ORDERED.

**Dated: June 17, 2020**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP,

Case No.: 8:16-bk-08167-MGW
Chapter 11

WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP,

Case No.: 8:16-bk-08168-MGW

Debtors.

Jointly Administered Under
Case No. 8:16-bk-08167-MGW

______________________________/

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP,

Plaintiff,

v.

Adv. Pro. No.:8:20-ap-00007-MGW

VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK,

Defendant.

______________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT VALLEY NATIONAL BANK'S AMENDED MOTION TO DISMISS AMENDED COMPLAINT**
(Doc. 14)

THIS PROCEEDING came before the Court for hearing on April 29, 2020 at 9:30 a.m. upon Defendant Valley National Bank's Amended Motion to Dismiss Amended Complaint (Doc. 14), and the Court having reviewed the record, heard argument of counsel and being otherwise fully advised in the premises. Accordingly, it is

**ORDERED**:

1. Defendant's Amended Motion to Dismiss Plaintiff's Amended Complaint is **denied** as to Counts I, IV, V, and VI.
2. Defendant's Amended Motion to Dismiss Plaintiff's Amended Complaint is **granted without prejudice** as to Count II.
3. Defendant's Amended Motion to Dismiss Plaintiff's Amended Complaint is **granted with prejudice** as to Count III.

**IT IS FURTHER ORDERED**:

1. Pursuant to an agreement of the parties, Plaintiff has agreed to drop Count II from the Amended Complaint. Defendant shall answer the remaining counts of the Amended Complaint (Counts I, IV, V, and VI) within 21 days of entry of this Order.

**Attorney Edmund S. Whitson, III, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of this order.**

ORDER SUBMITTED BY

/s/ Edmund S. Whitson, III
Edmund S. Whitson, III, Esq.
Florida Bar No. 897272
Adams and Reese LLP
101 E. Kennedy Blvd., Suite 4000

Tampa, FL 33602
Telephone: 813-402-2880
Facsimile: 813-402-2887
edmund.whitson@arlaw.com
Counsel for Defendant