UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No.: 8:16-bk-08167-MGW

WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP, Chapter 11

WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP, Case No.: 8:16-bk-08168-MGW

Debtors. Jointly Administered Under Case No. 8:16-bk-08167-MGW
_______________________________________/

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP,

Plaintiff,

v. Adv. Pro. No. 8:20-ap-00007-MGW

Valley NATIONAL BANK, principal subsidiary to Valley NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK,

Defendant.
_______________________________________/

**RULE 29 STIPULATION**

Plaintiff, Jeffrey W. Warren, as Liquidating Trustee for Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership (the "Liquidating Trustee") and Valley National Bank ("Valley") file this stipulation pursuant to Rule 29 of the Federal Rules of Civil Procedure as incorporated by Rule 7029 of the Federal Rules of Bankruptcy Procedure. The parties hereby stipulate that the Liquidating Trustee shall have through and including December 12, 2022, to serve objections and responses to Defendant's Second Request for Production of Documents to

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, Limited Partnership and Westport Holdings II, Limited Partnership.

Dated: November 21, 2022

/s/ Robert M.D Mercer
Robert M.D. Mercer
Georgia Bar No. 502317
r.mercer@mercerlawllc.com
MERCER LAW LLC
1230 Peachtree Street, N.E.
Promenade, Suite 1900
Atlanta, Georgia 30309
*Counsel for Plaintiff*

Dated: November 21, 2022

/s/ Edmund S. Whitson, III
Edmund S. Whitson, III, Esq.
Florida Bar No. 897272
Primary: edmund.whitson@arlaw.com
Secondary: madeline.algarin@arlaw.com

ADAMS AND REESE LLP
100 N. Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: 813-402-2880
Facsimile: 813-402-2887
*Counsel for Defendant*

(Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Robert M.D. Mercer attests that concurrence in the filing of this paper has been obtained).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2022, a true and correct copy of the foregoing has been furnished to all parties receiving CM/ECF notification via the Court's CM/ECF system.

/s/ Robert M.D. Mercer
ATTORNEY