UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/10/2023 10:00 AM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:16-bk-08167-CED** **Chapter 11** **01/08/2020**

**ADVERSARY: 8:20-ap-00007-CPM** **Pltf Atty:** David S Jennis

**Dft Atty:** Edmund S Whitson

**DEBTOR:** Westport Holdings Tampa, Limited Partnership

**HEARING:**

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPOR v. VALLEY NATIONAL BANK, principal subsidiary to VALL

1. Continued Hearing on Motion for Disqualification Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[229]). (Pollan, Adina) Doc #256
2. Continued Hearing on Motion for Protective Order Pending the Court's Determination of the Motion for Disqualification Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #257

.

**APPEARANCES:**: Edmund Whitson, Jeffrey Warren
AAPPEARANCES: via zoom: Adina Pollan, Jeffrey Warren

**RULING:**

1. Continued Hearing on Motion for Disqualification Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[229]). (Pollan, Adina) Doc #256

...Denied as moot without prejudice - Order by Pollan...

2. Continued Hearing on Motion for Protective Order Pending the Court's Determination of the Motion for Disqualification Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #257

...Granted in part; Denied in part - Order by Whitson...

.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.