

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/26/2023 03:30 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:16-bk-08167-CED** | **Chapter 11** | **01/08/2020** |
| **ADVERSARY:**  8:20-ap-00007-CPM | | **Pltf Atty:**  David S Jennis |
| | | **Dft Atty:** Edmund S Whitson |

**DEBTOR:**     Westport Holdings Tampa, Limited Partnership

**HEARING:**

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPOR v. VALLEY NATIONAL BANK, principal subsidiary to VALL

1. Emergency Motion to Extend Time Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #342
2. Motion for Disqualification and Exclusion of Opinions of Louis E. Robichaux IV Filed by Keith T Appleby on behalf of laintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #343
3. Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344
4. Motion to Compel Compliance with Subpoenas. and Motion for Sanctions Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #392
... - Opposition in Response to Defendant's Motion to Compel Litigation Funder Richard Ackerman's and A/Z Property Partners, LLC's Compliance with Subpoenas and Motion for Sanctions Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[392]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H # [9] Exhibit I # [10] Exhibit J # [11] Exhibit K) (Appleby, Keith) Doc #399
NOTE:
Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Adina Pollan, Kimberly Israel, Chantel Wonder APPERANCES in person: Keith Appleby, Jeffrey Warren, Edmund Whitson

**RULING:**
1. Emergency Motion to Extend Time Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal

subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #342

   ...Granted (through 11/27/2023) - Order by Pollan...

2. Motion for Disqualification and Exclusion of Opinions of Louis E. Robichaux IV Filed by Keith T Appleby on behalf of laintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #343

   ...ruling deferred...

3. Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344

   ...Continued in open court to 11/28/2023 at 3:30 p.m. - no further notice will be given...

4. Motion to Compel Compliance with Subpoenas. and Motion for Sanctions Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #392

   ...Continued in open court to 12/7/2023 at 1:30 p.m. - no further notice will be given...

... - Opposition in Response to Defendant's Motion to Compel Litigation Funder Richard Ackerman's and A/Z Property Partners, LLC's Compliance with Subpoenas and Motion for Sanctions Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[392]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H # [9] Exhibit I # [10] Exhibit J # [11] Exhibit K) (Appleby, Keith) Doc #399


NOTE:
[ Judge discussed ]

Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402

[ to be set 11/28/2023 at 3:30 p.m. ]

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.