# COMPOSITE EXHIBIT L

audited financial statement.  It does not reflect any framework.

Q.   I agree with you.  I understand that, but did you personally make a determination of goodwill value in this case for Westport Holdings?

A.   I did not do a direct valuation of the goodwill.  What I did is I looked for sources that existed at the time of the transaction that would tend to indicate what the goodwill value was.  One of the sources that I used was the Cushman & Wakefield appraisal and the Integra appraisal.

Q.   Okay.  Any other sources that you looked at?

A.   Those were the ones that I relied on for my analysis.

Q.   When you say you relied upon them, what do you mean by that?  I've got the Cushman.  For example, let's just go ahead and go to Cushman & Wakefield.  I think we already made copies of those.  I don't know why it's marked original, but here you go.  So I've handed you what we'll mark as Exhibit 4 to the deposition.

(Exhibit No. 4 was marked for identification.)

Q.   (BY MR. WHITSON)  It's identified as the "Appraisal of the Going Concern, University Village," dated March 6, 2014, prepared for BVM Management, Inc., by Cushman & Wakefield Regional, Inc.  Is this the

in terms of total assets and total liabilities.

Q.    Are you aware of any differences in the methodology the OIR requires and, like, state statutory accounting versus GAAP?

A.    I suspect that that may be what's going on. For example, the first adjustment between the audited financials and the OIR reporting is for 29,252, and that is where OIR apparently required -- or Westport Holdings reported 29,000 as being excess of minimum liquid reserve funds.  So I assume that that is a statutory requirement that they report it that way.  The differences are fairly slight and it's been reconciled here.

Q.    Okay.  So I'm sorry, I stopped you.  Go ahead.

A.    So you asked about the adjustment -- so on Exhibit VIII, the first column is the audited financial statement.  The second column are these adjustments to roll these balances forward to March 31st of 2014.  The third column is that they are value adjusted and that's where I've used the Cushman & Wakefield and the Integra reports to make adjustment to the value of the land, buildings and equipment, and the intangible assets based on those two reports.

So if you were to look at the Integra and the Cushman & Wakefield reports, you would have a certain

amount on both for real estate and for furniture, fixtures, and equipment.  I added those four numbers up, compared them to the 31,149,278, actually after the adjustment for the roll forward to March 31st.  So the fair value adjustment would just be the difference between what was reported on the balance sheet and the two appraisal reports and making adjustments based on the difference between the two.

Q.   Did you make any adjustment for the fact that Westport Holdings is no longer liable for its guaranty for $20 million?

A.   So if I look at the fourth column over, there is an adjustment for the assets that were transferred to Westport Nursing.

Q.   I see that, there's a $39 million adjustment to tangible assets the middle of the column.

A.   Right.  So what that is, is -- as I mentioned, Cushman & Wakefield and Integra both reported an intangible value and that intangible value I thought most closely corresponded to goodwill.  That would be things like the fact that you're not just selling -- in the case of a hypothetical sale, there's the real estate, which is the buildings.  There's furniture, fixtures, and equipment would be things like desks and beds and things that were inside the building.  And then

recollection, it matches what's on page 103.

Q. Okay. So you didn't have any inclusion at all for any net resale or the contract sales in your projections at all in your analysis?

A. The amount that I used, to my recollection, was this 22,700,000.

Q. Okay. But you'll agree with me that in contrast to what you testified to a minute ago, the revenue's not the same under both approaches, right?

A. Give me a moment to look at that.

Q. That's fine.

So going back to Exhibit VIII. So going back to Exhibit VIII of your report.

A. Yes.

Q. And the column to the far right has a balance sheet of Westport and Westport II as of March 31, 2014. How did you come up with the adjusted balance sheet values in that column?

A. I think we talked about this earlier. I started from the left column, which is the audited financial statement. I rolled them forward based on the OIR adjustment -- based on the OIR report of March 31st, and that's the second column.

The fair value adjustments are to adjust the buildings, furniture, fixtures, and equipment, and

Page 67

intangible assets to the values -- the combined values of the Cushman & Wakefield and the Integra reports. Again, subtracted out the assets that were transferred to Westport Nursing and the remainder is what is in that right-hand column, adjusted balance sheet as of March 31, 2014.

Q.   Right, I recall you saying that.

So your starting point was you audited 2014 -- sorry, 2013 statements, correct?

A.   Correct.

Q.   Were there not internal management-generated financial statements for the March 31, 2014, available to you?

A.   I believe that there were internal financial reports contained within the hard drive, yes.

Q.   And why didn't you use those, since they're prepared for that date rather than requiring adjustments?

A.   Well, these numbers didn't require any adjustments either.  They were based on what was reported to the OIR, which I felt would have an additional level of scrutiny from what was just contained in the management records.

Q.   But you had statements that were prepared for March 31, 2014, available to you, correct?

A.   Yes, there were internal statements from March 31, 2014, some of which were prepared on what was called an audit basis.  And those could be, in some cases, matched back to the audit, but in some cases there were some differences.  So I thought that the amounts that were reported to third parties were more reliable.

Q.   Okay.  So you disregarded the international management report for March 31, 2014, the financial statements?

A.   I wouldn't say that I disregarded them, but I chose to use the OIR filings.  I thought they were more reliable.

Q.   The ones you had to adjust?

A.   I didn't have to adjust the OIR filings.  I rolled forward the audited financial statements to March 31, 2014, based on the OIR filings because I wanted to have it basically on the same basis.

Q.   Okay.  Now, you deducted under non-current liabilities the due to affiliates, correct?

A.   I did not deduct.  There was a change in the balance between December 31, 2013, and March 31, 2014.  So that's what's captured in that 499,000 adjustment in the second column over.

Q.   Well, wasn't that all written off as part of

Page 94

experience in this industry and I think that she has some comments to make on the reasonableness of these projections.

Q.    And you incorporate those in your report, right, on page 10?

A.    I certainly refer to what she said on page 10, but I think that she goes into greater detail.  These are my own observations about the ten-year projection, the increase in occupancy.

Q.    Would the ten-year projections prepared by Ms. Burkholder be aware of those when you did your initial report?  Were they part of the documents that were provided to you by the trustee?

A.    I don't know.  I think that it's possible that they were part of that production.  They may have been on the hard drive.  I don't recall looking at them before I did my initial report.

Q.    Okay.  A projection is something you normally would consider in doing a valuation; whether you rely upon them, would you at least consider them?

A.    Yeah, absolutely I would consider them.

Q.    And have you ever worked with Ms. Benedict before or Forvis, LLP?

A.    No.

Q.    Do you have any knowledge or any opinion about