**From:** "Rabke, W. Wilhelm" <wrabke@williamsmullen.com>
**To:** "'Trey Korhn' (TKorhn@usameribank.com)" <TKorhn@usameribank.com>, "'Price, Jay' (jprice@burr.com)" <jprice@burr.com>
**Cc:** "Kevin L. Angelis" <kevin.angelis@bhmsinvestments.com>
**Subject:** FW: Westport MLR OIR Notice Letter
**Date:** Thu, 27 Mar 2014 16:23:02 +0000
**Importance:** Normal
**Attachments:** Westport_MLR_OIR_Notice_Letter_(2).DOCX

---

Jay and Trey,

Attached is the first draft on the MLR Notice Letter.  Jay, Trey and Kevin have discussed this.

I need an unlocked version of the account agreement, so I can add required language.

Thanks,

Will


Will Rabke
Williams Mullen

**804.420.6395**


---

**From:** Rabke, W. Wilhelm
**Sent:** Thursday, March 27, 2014 12:20 PM
**To:** philip.notopoulos@hklaw.com; John Bartle (jbartle6081@yahoo.com); Dane Starbuck; Kevin L. Angelis
**Cc:** Hungate-Noland, Beth
**Subject:** Westport MLR OIR Notice Letter


All,

I am circulating this notice letter to all parties simultaneously, so please pass along questions.  Separately I will forward it to Ameribank's counsel for their review.

Let me know any comments.  The Note will be pulled out of the loan docs.  We think it makes more sense to only attach the Note as opposed to the entire Loan Agreement.  The new agreement with USAB is a work in progress, because I need a form that we can edit from the bank.

Thanks,

Will

W. Wilhelm Rabke (Will)
Williams Mullen
A Professional Corporation
200 South 10th Street



PLAINTIFF'S
EXHIBIT
26
Korhn

CONFIDENTIAL

VNB_070836

Richmond, Virginia 23219
Tel: 804.420.6395
Fax: 804.420.6507
Email: wrabke@williamsmullen.com
www.williamsmullen.com

**CONFIDENTIALITY NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL

VNB_070837