From: "Price, Jay" <jprice@burr.com>
To: "Rabke, W. Wilhelm" <wrabke@williamsmullen.com>
Subject: RE: Westport MLR OIR Notice Letter
Date: Thu, 27 Mar 2014 18:28:56 +0000
Importance: Normal
Attachments: JAP_BF_Cmts_to_MLR_Draft_Letter_3_27_14_for_Westport_(20610338)_(1).PDF
Inline-Images: image001.jpg

---

Here is my mark up of the letter sent earlier. Are there any issues with the fact that our loan is for Westport Nursing Tampa, L.L.C. and not the limited partnership? Also, our projects have different operators. I just want to make sure I understand those steps. While there is an exception for financing in 1(b), the later language is a bit confusing when it starts talking about loans before and after 1993 and refinancings. Also, here we have affiliate entities.

From: Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
Sent: Thursday, March 27, 2014 12:00 PM
To: Price, Jay
Cc: Kevin L. Angelis; 'Trey Korhn' (TKorhn@usameribank.com)
Subject: RE: Westport MLR OIR Notice Letter

Jay,

Call me if there are concerns with this mark-up.

Thanks,

Will

Will Rabke
Williams Mullen

804.420.6395

From: Price, Jay [mailto:jprice@burr.com]
Sent: Thursday, March 27, 2014 12:31 PM
To: Rabke, W. Wilhelm; 'Trey Korhn' (TKorhn@usameribank.com)
Cc: Kevin L. Angelis
Subject: RE: Westport MLR OIR Notice Letter
Importance: High

I want to make sure we are on the same page. I thought this MLR account had something to do with funds other than the $3,000,000 that was being pledged by the borrower to the bank as cash collateral. As currently set up, based on prior conversations, I have the bank funding $15,000,000, but $3,000,000 coming into the cash collateral account. The cash collateral account is to be a separate account in which only the bank has rights. I want to make sure this is not some joint account where the State has certain special requirements or any interest therein. It was my understanding that we were talking about using this MLR account for amounts above and beyond the $3,000,000, but this states that it applies only to the $3,000,000 with the remainder still being held at Regions. We need to discuss this in the call. I need to make sure the bank understands. The last emails talked about assuming the bank would want accounts above and beyond the cash collateral account and that is what the MLR issue related to.

PLAINTIFF'S EXHIBIT
29
Korhn
PENGAD 800-631-6989

CONFIDENTIAL

VNB_071167

**Joel (Jay) A. Price, Jr. •** *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Thursday, March 27, 2014 11:23 AM
**To:** 'Trey Korhn' (TKorhn@usameribank.com); Price, Jay
**Cc:** Kevin L. Angelis
**Subject:** FW: Westport MLR OIR Notice Letter

Jay and Trey,

Attached is the first draft on the MLR Notice Letter. Jay, Trey and Kevin have discussed this.

I need an unlocked version of the account agreement, so I can add required language.

Thanks,

Will

**Will Rabke**
**Williams Mullen**

**804.420.6395**

CONFIDENTIAL

VNB_071168

**From:** Rabke, W. Wilhelm
**Sent:** Thursday, March 27, 2014 12:20 PM
**To:** philip.notopoulos@hklaw.com; John Bartle (jbartle6081@yahoo.com); Dane Starbuck; Kevin L. Angelis
**Cc:** Hungate-Noland, Beth
**Subject:** Westport MLR OIR Notice Letter

All,

I am circulating this notice letter to all parties simultaneously, so please pass along questions.  Separately I will forward it to Ameribank's counsel for their review.

Let me know any comments.  The Note will be pulled out of the loan docs.  We think it makes more sense to only attach the Note as opposed to the entire Loan Agreement.  The new agreement with USAB is a work in progress, because I need a form that we can edit from the bank.

Thanks,

Will

W. Wilhelm Rabke (Will)
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, Virginia 23219
Tel:  804.420.6395
Fax:  804.420.6507
Email:  wrabke@williamsmullen.com
www.williamsmullen.com

**CONFIDENTIALITY NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality.  If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL
VNB_071169