CONFIDENTIAL

Direct Dial: 804.420.6395
wrabke@williamsmullen.com

*JAP Cub 3/27/14 BF*

March __, 2014

<u>FED-EX DELIVERY</u>

Office of Insurance Regulation of the State of Florida

Re:   <u>University Village MLR Escrow Transfer</u>

To Whom It May Concern:

This letter is being delivered on behalf of Westport Holdings Tampa Limited Partnership, a Delaware limited partnership (the "Provider"), which operates the University Village Retirement Community, a residential continuing care retirement community located in Hillsborough County, Florida (the "Community"). The Provider has been issued a certificate of authority from the State of Florida to provide continuing care at the Community. The Provider is required by Section 651.035, Florida Statutes (the "MLR Statute"), to establish an escrow account (the "MLR Escrow") in a Florida bank, a Florida savings and loan association, or a Florida trust company acceptable to the Office of Insurance Regulation of the State of Florida (the "Department"). *Westport Nursing Tampa, L L C*

Currently, the entire MLR Escrow is held by Regions Bank, pursuant to that certain Agreement for University Village Minimum Liquid Reserve Escrow dated June 22, 2004 (the "Existing MLR Agreement"). The Provider is hereby providing notice as required by the MLR Statute, that it is moving $3,000,000 (the "Transferred Amount"), representing a portion of the MLR Escrow, from Regions Bank to USAmeriBank, a Florida state banking corporation ("USAB"). This move from Regions Bank to USAB is expected to be completed on March 31, 2014. The Transferred Amount shall be held at USAB under the Westport Nursing Tampa LLC Escrow Account, identified as Account Number 500106000, pursuant to that MLR Control Agreement between the Provider and USAB, which is attached hereto as Exhibit A. The Transferred Amount is a requirement for the funding of a mortgage loan (the "Mortgage Loan") by USAB, as evidenced by the promissory note (the "USAB Note") attached hereto as Exhibit B. The USAB Note attached is not in final form, but this version is substantially final.

USAB, as a condition of the Mortgage Loan, is requiring principal, interest, fees, taxes and insurance in the amount of $3,000,000 to be escrowed at USAB for the term of said Mortgage Loan. The transfer of the Transferred Amount shall satisfy this condition, and as such, the Transferred Amount shall continue to be considered a portion of the MLR Escrow pursuant to Section 1(b) of the MLR Statute. The remainder of the MLR Escrow is remaining with Regions Bank under control of the Existing MLR Agreement.

If you have any questions about the matters describe in this letter, please call me at the

Williams Mullen Center | 200 South 10th Street, Suite 1600 (23219) P.O. Box 1320 Richmond, VA 23218 |
www.williamsmullen.com
T 804.420.6000 | F 804.420.6507 | DC NC VA | A Professional Corporation

*Assignment and Pledge of Deposit Account*
*(Cash Collateral Account)*


PLAINTIFF'S
EXHIBIT
3D
Koehn

VNB_071170