Direct Dial: 804.420.6395
wrabke@williamsmullen.com

March 27,28, 2014

FED-EX DELIVERY

Office of Insurance Regulation
Specialty Product Administration
200 East Gaines Street
Tallahassee, FL   32399-0331

    Re:    University Village MLR Escrow Transfer

To Whom It May Concern:

This letter is being delivered on behalf of Westport Holdings Tampa Limited Partnership, a Delaware limited partnership (the "Provider"), which operatesProviderLP"), and Westport Nursing Tampa, L.L.C., a Florida limited liability company (the "ProviderLLC") that is owned by the identical owners as the ProviderLP, which together with another affiliate operate the University Village Retirement Community, a residential continuing care retirement community located in Hillsborough County, Florida (the "Community").  The ProviderProviderLP has been issued a certificate of authority from the State of Florida to provide continuing care at the Community.  The ProviderProviderLP is required by Section 651.035, Florida Statutes (the "MLR Statute"), to establish an escrow account (the "MLR Escrow") in a Florida bank, a Florida savings and loan association, or a Florida trust company acceptable to the Office of Insurance Regulation of the State of Florida (the "Department").  Currently the ProviderLLC is a wholly-owned subsidiary of ProviderLP; however, the Community is undergoing a refinancing and restructuring (the "Restructuring") to cause the ProviderLLC to become a sister entity to the ProviderLP in lieu of it being a subsidiary. Upon the completion of the Restructuring, each of the ProviderLP and the ProviderLLC will maintain separate MLR Escrows under the MLR Statute.

Currently, the entire MLR Escrow of the ProviderLP is held by Regions Bank, pursuant to that certain Agreement for University Village Minimum Liquid Reserve Escrow dated June 22, 2004 (the "Existing MLR Agreement").  The ProviderProviderLP is hereby providing notice as required by the MLR Statute, that as part of the Restructuring, it is moving $3,000,000 (the "Transferred Amount"), representing a portion of the ProviderLP MLR Escrow, from Regions Bank to USAmeriBank, a Florida state banking corporation ("USAB"), on behalf of the ProviderLLC.  This move from Regions Bank to USAB is expected to be completed on or before March 31, 2014.  The Transferred Amount shall be held at USAB under the Westport Nursing Tampa LLC Escrow Account, identified as Account Number 500106000, pursuant to that MLR Control AgreementAssignment and Pledge of Account (Cash Collateral Account) between the ProviderProviderLLC and USAB, which is attached hereto as Exhibit A.  The Transferred Amount is a requirement for the funding of a mortgage loan (the "Mortgage Loan") by USAB, as evidenced by the promissory note (the "USAB Note") attached hereto as Exhibit B.  The USAB Note attached is not in final form, but this version is substantially final.

USAB, as a condition of the Mortgage Loan, is requiring principal, interest, fees, taxes and insurance in the amount of $3,000,000 to be escrowed at USAB for the term of said Mortgage Loan.  The transfer of the Transferred Amount shall satisfy this condition, and as

Williams Mullen Center | 200 South 10th Street, Suite 1600 (23219) P.O. Box 1320 Richmond, VA  23218 | www.w
T 804.420.6000 | F 804.420.6507 | DC NC VA | A Professional Corporation

PLAINTIFF'S
EXHIBIT
34
Korhn
PENGAD 800-631-6989

CONFIDENTIAL

VNB_070992

such, the Transferred Amount shall continue to be considered a portion of the MLR Escrow pursuant to Section 1(b) of the MLR Statute that is now segregated between two different lenders for the Community. The remainder of the MLR Escrow is remaining with Regions Bank under control of the Existing MLR Agreement. Further details on the Restructuring and the debt allocation between the ProviderLP and the ProviderLLC will be provided in the Form OIR-A3-477 (rev. 07/03) to be filed with the Department by May 1.

If you have any questions about the matters describe in this letter, please call me at the number above.

Sincerely,

W. Wilhelm Rabke

24898242v23

CONFIDENTIAL

VNB_070993

Document comparison by Workshare Compare on Friday, March 28, 2014
10:55:06 AM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://WM-IW-APP/IWOVRIC/25150532/2 |
| Description | #25150532v2<IWOVRIC> - Westport MLR OIR Notice Letter |
| Document 2 ID | interwovenSite://WM-IW-APP/IWOVRIC/25150532/3 |
| Description | #25150532v3<IWOVRIC> - Westport MLR OIR Notice Letter |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 15 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 24 |

CONFIDENTIAL

VNB_070994