**From:** Trey Korhn <TKorhn@usameribank.com>
**To:** "Price, Jay" <jprice@burr.com>
**Subject:** Collateral Account
**Date:** Fri, 28 Mar 2014 12:15:37 +0000
**Importance:** Normal

---

Jay,

I hate to question this but just want to sleep well at night. Can you double check that statute they referenced in the collateral account agreement just to be certain that the state has no rights to it and that it is merely for reporting? I know you verified but if the rights to those funds were ever disputed I'd be looking for a new job.....

Thanks.

Trey

**Trey Korhn**
Vice President
USAmeriBank
113 E. Whiting St.
Tampa, FL 33602
813.418.4056 (office)
813.731.1444 (cell)
813.418.4066 (fax)
tkorhn@usameribank.com

NOTICE: Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

-----

This message has been scanned for viruses and content by McAfee.



PLAINTIFF'S EXHIBIT
35
Korhn
PENGAD 800-631-6989

VNB_070833