**From:** "Price, Jay" <jprice@burr.com>
   **To:** Trey Korhn <TKorhn@usameribank.com>
**Subject:** RE: Collateral Account
   **Date:** Fri, 28 Mar 2014 12:20:19 +0000
**Importance:** Normal

---

I have looked at it and it does not provide for any rights in the State. My question though to them is whether they can use this fund as they are using due to the fact that there are different entities. To me, they are sort of reaching across projects. The point of the statute appears to always have enough liquidity to care for patients if there is a problem, but it says it can be part of a debt service reserve or other collateral account. I think we may have to beef up the opinions from them.

Generally, though, we have clamp down on them if we are going to close this thing. I'm done being easy with them. They have screwed around too much and there is too much trying to close. They have to explain their ways out of stuff and give us the back up. I can't do their jobs for them at this point.

Burr & Forman LLP Logo          **Joel (Jay) A. Price, Jr.** • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com
vCard  bio  mapit  locations  twitter  twitter
ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Friday, March 28, 2014 7:16 AM
**To:** Price, Jay
**Subject:** Collateral Account

Jay,

I hate to question this but just want to sleep well at night. Can you double check that statute they referenced in the collateral account agreement just to be certain that the state has no rights to it and that it is merely for reporting? I know you verified but if the rights to those funds were ever disputed I'd be looking for a new job.....

Thanks.

Trey

**Trey Korhn**



CONFIDENTIAL

Vice President
USAmeriBank
113 E. Whiting St.
Tampa, FL 33602
813.418.4056 (office)
813.731.1444 (cell)
813.418.4066 (fax)
tkorhn@usameribank.com

**NOTICE:** Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

----

This message has been scanned for viruses and content by McAfee.

CONFIDENTIAL

VNB_071726