**From:** "Roofner, Ty" <troofner@burr.com>
**To:** "Price, Jay" <jprice@burr.com>
**Subject:** Re: Florida Statutes 651.035 -- Minimum Liquidity Reserve Requirements
**Date:** Fri, 28 Mar 2014 10:48:59 -0500
**Importance:** Normal

---

Jay, on all the deals we finance with bonds, the underwriter's criteria are greater than what the statute requires. Thus, we don't usually deal with it. I'm happy to help to the extent I can and can get you a call with the underwriter I work with.

Sent from my iPhone

On Mar 28, 2014, at 11:18 AM, "Price, Jay" <jprice@burr.com> wrote:

Is anyone well-versed in the above statute requiring minimum liquid reserves for senior housing projects in Florida. Specifically, I have questions related to the interplay with lender collateral accounts. Thanks.

Burr & Forman LLP Logo

Joel (Jay) A. Price, Jr. • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com
vCard  bio  mapit  locations  twitter  twitter
ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

Ty Roofner

Partner

Orlando

Direct: 407-540-6672

PLAINTIFF'S EXHIBIT
38
Kuhn
PENGAD 800-631-6989