**From:** "Price, Jay" <jprice@burr.com>
**To:** "wrabke@williamsmullen.com" <wrabke@williamsmullen.com>
**Subject:** MLR Account
**Date:** Fri, 28 Mar 2014 12:23:28 +0000
**Importance:** High

---

The lender is becoming increasingly concerned about this account given how the account seems to be allocated across the projects or with different operators and given the confusing language regarding whether or not it can or cannot be part of financing after 1993. The loan officer was up last night about it. Someone is going to have to give an opinion or otherwise comfort the bank. As noted before, I've never seen this on any of my Florida projects. I assume it was something going on behind the scenes perhaps. The only way this loan works is to have $3,000,000 hard cash collateral, period. Otherwise, my client loses his job. That is the dynamic. Thanks.

Burr & Forman LLP Logo          Joel (Jay) A. Price, Jr. • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com
vCard  bio  mapit  locations  twitter  twitter
ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.



PLAINTIFF'S
EXHIBIT
40

CONFIDENTIAL