**From:** "Rabke, W. Wilhelm" <wrabke@williamsmullen.com>
**To:** "Price, Jay" <jprice@burr.com>
**Subject:** RE: MLR Issue
**Date:** Fri, 28 Mar 2014 19:06:18 +0000
**Importance:** Normal
**Inline-Images:** ~WRD000.jpg

---

Excellent!

---

Will Rabke
Williams Mullen

**804.420.6395**

---

**From:** Price, Jay [mailto:jprice@burr.com]
**Sent:** Friday, March 28, 2014 3:01 PM
**To:** Rabke, W. Wilhelm
**Subject:** MLR Issue

Let's move forward as we have docs currently.  I have comforted the lender, I believe.

Joel (Jay) A. Price, Jr. • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

PLAINTIFF'S
EXHIBIT
43

CONFIDENTIAL

VNB_070899