**From:** "Rabke, W. Wilhelm" <wrabke@williamsmullen.com>
**To:** "Price, Jay" <jprice@burr.com>
**Subject:** RE: Escrow Follow Up
**Date:** Thu, 20 Mar 2014 14:02:38 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Jay,

Based on your response, let's go with $3mm going into the pledge account as described below and, separately, $1.2mm (or so) being placed in an escrow account.  Different purpose for the separated escrow account, so let me work on that escrow agreement.  I don't want to overfund the pledge account and just have rights to funds above the $3mm; it works better for our operations with a separate escrow account.

Thanks,

Will

---

**Will Rabke**
**Williams Mullen**

**804.420.6395**

**From:** Price, Jay [mailto:jprice@burr.com]
**Sent:** Thursday, March 20, 2014 9:56 AM
**To:** Rabke, W. Wilhelm
**Subject:** RE: Escrow Follow Up

I'm still not sure what you are calling an "Escrow Agreement".  The issue is whether the cash or what part of it is going to be in a locked down pledge account.  If $3,000,000 goes into a locked down pledge account and the other into another account, there would be no need for an "escrow agreement."  This is how the bank envisioned it.  If they are saying now that the $3,000,000 cannot be separated, then the loan officer has to figure out what to do, but it won't be an escrow agreement as much as a pledged account agreement (similar to the form you have) where we would simply give them rights to move money in and out subject to any restrictions like keeping a $3,000,000 unencumbered balance or whatever they decide.   Unless I'm missing something, that is what I would plan to do.  The forms would be similar.  I'm not understanding the need for an "escrow" concept.  We have to have $3,000,000 pledged to us as I understand it.  Otherwise, you will be able to work in the account.

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Thursday, March 20, 2014 8:52 AM
**To:** Price, Jay
**Subject:** RE: Escrow Follow Up

Jay,

While clients work out the detail, can you send me the bank's form Escrow Agreement?  I have never met a bank that didn't have their own form.  Worst case, my efforts at drafting something will be wasted, but I know we need an escrow agreement, it will be with your client, and we have a limited timeline.

CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 45**

VNB_070872

Thanks,

Will

---

**Will Rabke**
**Williams Mullen**

**804.420.6395**

---

**From:** Price, Jay [mailto:jprice@burr.com]
**Sent:** Thursday, March 20, 2014 9:44 AM
**To:** Rabke, W. Wilhelm
**Subject:** RE: Escrow Follow Up

I spoke to him and he was about as confused as me.  He said he would talk to your client.  I am awaiting instructions.  They need to talk through it.  I cannot draft a new escrow agreement with what I have right now.  Sorry.

Joel (Jay)  A. Price, Jr. • *Partner*

---

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

---

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Thursday, March 20, 2014 8:43 AM
**To:** Price, Jay
**Subject:** Escrow Follow Up

CONFIDENTIAL

Jay,

Did you make any progress yesterday with the bank, regarding setting up the new escrow agreement (form and timing of the swing)? I have a call with my client in an hour and I am hoping to have a substantive update. Feel free to call or email me.

Thanks,

Will

W. Wilhelm Rabke (Will)
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, Virginia 23219
Tel:  804.420.6395
Fax: 804.420.6507
Email:  wrabke@williamsmullen.com
www.williamsmullen.com

**CONFIDENTIALITY NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

VNB_070874