**From:** Trey Korhn <TKorhn@usameribank.com>
**To:** "Kevin L. Angelis" <kevin.angelis@bhmsinvestments.com>
**Cc:** John Bartle <jbartle6081@yahoo.com>, "Price, Jay" <jprice@burr.com>, Robert Salamon <rls@bhmsinvestments.com>
**Subject:** Re: Westport Loan Amount
**Date:** Thu, 20 Mar 2014 23:24:35 +0000
**Importance:** Normal

---

John,

Please confirm when you can so we can check that off the list. Thanks.

Trey

Sent from my iPhone

On Mar 20, 2014, at 3:51 PM, "Kevin L. Angelis" <kevin.angelis@bhmsinvestments.com> wrote:

Trey, as you know I am out of the country.  As such, I didn't have the opportunity to speak with John directly about this, but understand from Lou (John's colleague) that we were both in the $15MM mindset.  John, please confirm. Best, Kevin

Kevin L. Angelis
Managing Partner
BHMS Investments, LP
152 West 57th Street, 46th Floor
New York, NY 10019
646.481.6214 (o)
www.bhmsinvestments.com

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Thursday, March 20, 2014 3:27 PM
**To:** Kevin L. Angelis; John Bartle
**Cc:** Price, Jay
**Subject:** Westport Loan Amount

Kevin and John,

Has the final loan amount been determined?  If so, can you please confirm what that will be?  We can do anything between $15MM and $20MM with the cash escrow offsetting the overall loan amount to result in net $12MM. Please confirm ASAP.  Thanks.

Trey

**Trey Korhn**
Vice President
USAmeriBank
113 E. Whiting St.
Tampa, FL 33602
813.418.4056 (office)



CONFIDENTIAL

813.731.1444 (cell)
813.418.4066 (fax)
tkorhn@usameribank.com

**NOTICE:** Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

----

This message has been scanned for viruses and content by McAfee.

This message has been scanned for viruses and content by McAfee.

CONFIDENTIAL

VNB_072335