**From:** "Kevin L. Angelis" <kevin.angelis@bhmsinvestments.com>
**To:** "'Rabke, W. Wilhelm'" <wrabke@williamsmullen.com>, 'Trey Korhn'
<TKorhn@usameribank.com>
**Cc:** "'Price, Jay'" <jprice@burr.com>
**Subject:** RE: Westport Nursing Cash Collateral Agreement
**Date:** Fri, 21 Mar 2014 11:56:13 -0400
**Importance:** Normal

---

Trey, in short, we will have more money (~$1.2MM) than the $3MM and would like to deposit it with USAmeriBank to make our lives easier. As such, we need an escrow agreement that will catch the ~$1.2MM which is separate and distinct from the $3MM you are receiving as part of the transaction. We assumed you would like our additional deposit! Best, Kevin

Kevin L. Angelis
Managing Partner
BHMS Investments, LP
152 West 57th Street, 46th Floor
New York, NY 10019
646.481.6214 (o)
www.bhmsinvestments.com

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Friday, March 21, 2014 11:47 AM
**To:** Trey Korhn
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** RE: Westport Nursing Cash Collateral Agreement

Trey,

Sure thing. There is currently just over $4mm in escrow with Regions Bank; I believe the balance is about $4.2mm. Portions of that amount are related to amounts required to be held in escrow by the State to show the cash reserves of the operation. The $3mm that you need under the Account Control Agreement will come into the bank from this escrow at Regions, and we want the separate escrow account to catch the rest. The escrow agreement is where we will address the regulatory references.

Give me a call if you want to discuss in more detail. I do not have a template, but I will be adding recitals to your form and a notice provision that any disbursement requires notice to the State.

The most efficient action would be to send me your escrow agreement form, so I can drop the language that I need in, then you and Jay can review. If you prefer, we could either keep the $1.2mm at Regions or find a third bank, but our assumption (and preference) is that you would be happy to hold more deposits.

Thanks,

Will

---

**Will Rabke**
**Williams Mullen**

CONFIDENTIAL



PLAINTIFF'S
EXHIBIT
47

VNB_072210

804.420.6395

---

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Friday, March 21, 2014 11:29 AM
**To:** Rabke, W. Wilhelm
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** RE: Westport Nursing Cash Collateral Agreement

Thanks Will. Can you specify what the escrow is for? Is it an Account Control Agreement you are looking for, or an Escrow Agreement for taxes/insurance/etc? I'm just not sure exactly what the agreement you are referring to is to govern. Do you have one that you can send as a template? Thanks.

Trey

---

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Friday, March 21, 2014 10:02 AM
**To:** Trey Korhn
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** RE: Westport Nursing Cash Collateral Agreement

Trey,

I have this document, but we need to set up an escrow agreement for business operations purposes. I am looking for your form Escrow Agreement so I can modify it for our needs. It would be much more efficient for us to move this escrow fund to your bank, but to do so, we need to start working on the escrow agreement.

Thanks,

Will

---

**Will Rabke**
**Williams Mullen**

804.420.6395

---

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Friday, March 21, 2014 9:44 AM
**To:** Rabke, W. Wilhelm
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** Westport Nursing Cash Collateral Agreement

Will,

Per Kevin's request, attached is the latest pledge agreement for the cash collateral account. Please let Jay Price know if you have any comments. Thanks.

Trey

**Trey Korhn**
Vice President
USAmeriBank
113 E. Whiting St.

CONFIDENTIAL

VNB_072211

Tampa, FL 33602
813.418.4056 (office)
813.731.1444 (cell)
813.418.4066 (fax)
tkorhn@usameribank.com

**NOTICE:** Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

----

This message has been scanned for viruses and content by McAfee.

This message has been scanned for viruses and content by McAfee.

CONFIDENTIAL

VNB_072212