**From:** "Price, Jay" <jprice@burr.com>
**To:** "Trey Korhn (TKorhn@usameribank.com)" <TKorhn@usameribank.com>
**Subject:** FW: Westport Nursing Cash Collateral Agreement
**Date:** Fri, 21 Mar 2014 14:04:01 +0000
**Importance:** Normal

---

I have no idea what kind of escrow account he needs to set up. He keeps asking for a form. My understanding was that they pledged $3,000,000 now and otherwise, they were setting up accounts. If this account has nothing to do with the loan, then I don't know what it is or what kind of escrow he wants. I don't know what the escrow is for or what our role is. If I need to do something, let me know, but to him this is more important than finding the missing Malaysian airliner. I can't guess at what that fund is for.

Burr & Forman LLP Logo          **Joel (Jay)  A. Price, Jr. • *Partner***

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com
vCard bio mapit locations twitter twitter
ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Friday, March 21, 2014 9:02 AM
**To:** Trey Korhn
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** RE: Westport Nursing Cash Collateral Agreement

Trey,

I have this document, but we need to set up an escrow agreement for business operations purposes. I am looking for your form Escrow Agreement so I can modify it for our needs. It would be much more efficient for us to move this escrow fund to your bank, but to do so, we need to start working on the escrow agreement.

Thanks,

Will

---

**Will Rabke**



CONFIDENTIAL                                    VNB_071711

Williams Mullen

804.420.6395

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Friday, March 21, 2014 9:44 AM
**To:** Rabke, W. Wilhelm
**Cc:** Kevin L. Angelis; Price, Jay
**Subject:** Westport Nursing Cash Collateral Agreement

Will,

Per Kevin's request, attached is the latest pledge agreement for the cash collateral account. Please let Jay Price know if you have any comments. Thanks.

Trey

**Trey Korhn**
Vice President
USAmeriBank
113 E. Whiting St.
Tampa, FL 33602
813.418.4056 (office)
813.731.1444 (cell)
813.418.4066 (fax)
tkorhn@usameribank.com

**NOTICE:** Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

This message has been scanned for viruses and content by McAfee.

CONFIDENTIAL

VNB_071712