**From:** "Price, Jay" <jprice@burr.com>
  **To:** "Hungate-Noland, Beth" <BHungate-noland@williamsmullen.com>
  **Cc:** "Stricklin, Kristen" <kstricklin@burr.com>, "Murphy, Laura" <lmurphy@burr.com>, "Trey Korhn (TKorhn@usameribank.com)" <TKorhn@usameribank.com>, "Shari D. Smith (SSmith@usameribank.com)" <SSmith@usameribank.com>, "Dane Starbuck (dstarbuck@libertyfund.org)" <dstarbuck@libertyfund.org>, "kevin.angelis@bhmsinvestments.com" <kevin.angelis@bhmsinvestments.com>
**Subject:** RE: University Village - Loan Docs
  **Date:** Sat, 22 Mar 2014 13:39:46 +0000
**Importance:** Normal

---

As long as everyone is clear, it does not matter to us as long as the bank exposure is $12mm. I was told we were funding the $3mm direct and the borrower would not put in the money. If it matters for HUD take out, that is fine. Either way, the bank funds $15mm, but we have to have $3mm in the reserve account immediately, so instead of us funding directly in there without a wire in, we will fund out the extra $3mm (if it is fine with the bank), but the borrower has to fund $3mm into the collateral account simultaneously. That has to hit the collateral account. I will revise.


Joel (Jay) A. Price, Jr. - Partner
Burr & Forman LLP

Suite 3400 - 420 North 20th Street - Birmingham, Alabama 35203
direct 205-458-5147 - fax 205-244-5699 - main 205-251-3000
jprice@burr.com - http://cp.mcafee.com/d/2DRPoQ721J5AQsLI6zBZYQsECXCT4SnS4SnPryrbX2oVUSUCO-MCed79JNdBZNddUTcHm9e0arFGLNAgS1nBPrtdl-cy6MaYKrsRcQsE9ILZvAmm4Qn-LsKCCUeV4sqenTHYJt6OaqJXFYG7DR8OJMddECQkjt-hojuv78I9CzATsSkUwT6fbCN5qcHu2y3soYKrhKeuodwIqid40jx8PYqiCmd40pAuvF7Ph0nd40lHI3h07lJgSOMr16uV
ALABAMA - FLORIDA - GEORGIA - MISSISSIPPI - TENNESSEE

---

The information contained in this email is intended for the individual or entity above.
If you are not the intended recipient, please do not read, copy, use, forward or
disclose this communication to others; also, please notify the sender by replying to
this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require
us to inform you that any federal tax advice contained in this communication
(including attachments) (I) is not intended or written by Burr & Forman LLP to be used,
and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be
imposed on the taxpayer, and (II) is not written to support the promotion or marketing
of any transaction(s) or matter(s) addressed in this communication.

-----Original Message-----
From: Hungate-Noland, Beth [mailto:BHungate-noland@williamsmullen.com]
Sent: Saturday, March 22, 2014 8:33 AM
To: Price, Jay
Cc: Stricklin, Kristen; Murphy, Laura; Trey Korhn (TKorhn@usameribank.com); Shari D. Smith (SSmith@usameribank.com); Dane Starbuck (dstarbuck@libertyfund.org); kevin.angelis@bhmsinvestments.com
Subject: RE: University Village - Loan Docs [IWOV-IWOVRIC.FID1175419]

2.2 is not correct. Lender funds $15mm and Borrower funds $3mm.



CONFIDENTIAL

VNB_072179

Beth Hungate-Noland
804.420.6913 (office)
804.873.0603 (cell)


-------- Original message --------
From: "Price, Jay"
Date:03/22/2014 9:21 AM (GMT-05:00)
To: "Hungate-Noland, Beth"
Cc: "Stricklin, Kristen" ,"Murphy, Laura" ,"Trey Korhn (TKorhn@usameribank.com)" ,"Shari D. Smith
(SSmith@usameribank.com)" ,"Dane Starbuck (dstarbuck@libertyfund.org)" ,kevin.angelis@bhmsinvestments.com
Subject: RE: University Village - Loan Docs [IWOV-IWOVRIC.FID1175419]

Beth:

Here is a redline for your changes below.  This redline is actually across the last 2 versions as the last version circulated had
already addressed the loan amount change for section 2.2.  The other changes are noted.

We will need the signature blocks for all entities in the loan documents as noted.  That will be helpful to make sure we get
those as cleaned up as possible in advance of circulation.

Thanks.




[Burr & Forman LLP Logo]        Joel (Jay)  A. Price, Jr. • Partner

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203 direct 205-458-5147 • fax 205-244-5699 • main 205-
251-3000 jprice@burr.com<mailto:jprice@burr.com> • http://cp.mcafee.com/d/5fHCN0SyOqenS3hO--
qekjtPryrbX2rbVJNdBZxcsYrsjpvoj76zASUCO-UCCYrClH4D05dQRnUO8r0HOVJKCG_6h3o5undKqCqek4Sn-
LObb2qb_nKnjjs7syed7bXR-mKzp5dmZQ-
I3PWApmU6CQPqa9K_8I9LfzAm4PhOrKrasgrz7BPoyJ6lL1h1KcundET7fc6Mmd96y09MAp-
d9jb6y0cOffQzVEwbCy0aRS1Ew3GSErpodFv1U-
WUc<http://cp.mcafee.com/d/avndy0srhpd7bX1EVvvd7a9KVJNdBZxdBYSUCO-
MCeudK9ILI9zzhOrsjpvsjjudPaRyjw2CWqHYp4dwlVsSTjlvz8xI2LbCTdjd7a2rb_nV5Bxd5_HTbFFK3Kh76zBZW_bnhI
yCHuWvaxVZicHs3jr9J54TvAm4TDNOb2pEVdTdw0y3soYKr4lEOJUa8dNzOVJ6UVVwS2NF8Qg1e4zfNFapoQg1Ch
V-Avd41sQg1mKMd40tmR3rb1LoPo6oX8mRPC>
[vCard]<http://cp.mcafee.com/d/FZsS71MO96QmjhO-
MqenTPhOyrKrsjpvojpvdK9ILI9zDzryrbX2oUQsCT4SnT4QTzsOJoAU0FKCG_6h3o5undJQRnUO8r0HOVJPkPhOwC
O_R-
hpojhvWZOWqrwXAhNEVvuLORQr8FGTKDOEuvkzaT0QSMrhhdTV5xdVYsyMCqejtPo08wT6fbU9lllH09PAvasLFM
f3OgxetoMYI6E76N5qcHu2y3soYKrhKeuodwIqid40jx8PYqiCmd40pAuvF7Ph0nd40lHI3h07lJgSOMr80aK{4A5F614E-
01C2-4532-A0B1-C7227AB2E2E9}&QueryType=vcard> [bio] <http://cp.mcafee.com/d/5fHCN8SyOqenS3hO--
qekjtPryrbX2rbVJNdBZxcsYrsjpvoj76zASUCO-UCCYrClH4D05dQRnUO8r0HOVJKCG_6h3o5undKqCqek4Sn-
LObb2qb_nKnjjs7syed7bXR-mKzp5dmZQ-
I3PWApmU6CTPqa9K_8I9LfzAm4PhOrKr0146UNVv1aGGJo1eszVjBZe1Uui49PH67BwR0US8HhBrMkgrz7BPqdNPP
1I5zihEw2s96vzikONEw3czPZ8-q82VEw2Jtwq80WJG6Sm3ryvIo3r{4A5F614E-01C2-4532-A0B1-
C7227AB2E2E9}&QueryType=profile> [mapit] <http://cp.mcafee.com/d/5fHCN0i418qdEICzBZwQsLLCzB4TsSUCO-
MCO-rsjpvoj7f6T4SnS4NNEVdK9ILK9FL6VBqN9M1jtdl-
cy6MaYKrrFGLNAgS1nBPrCFCzB1dB_HYyOMCy_RXBQQT1T8zzhO-ZvBHESHjlLtfBgY-
F6lK1FJMSyyrLOb2rPUV5xcQsCXCM0qKHltWkYojKfjK3aNCj7FTjLcCfjKcjz_P7FT66VjYuDtByZNWtNWtNCklpg8
AZ17FT43Z8qHEZeXbWtSjoyJ6lL1h1KcundET7fc6Mmd96y09MAp-
d9jb6y0cOffQzVEwbCy0aRS1Ew3GSErpodErVm> [locations]
<http://cp.mcafee.com/d/1jWVli3xEp43qb9EVvod7bXVEVhdTdK9ILI9ILCT4SnS4NPNJNdBZxcsqejryrbXyqrNKpmIis
0kTjlvz8xI2LbCSWqHYp4dwlVsSVGpEVgjpvW_8II9ELZuVtddMtO8UQsLLnVqWdAkRrTjVkffGhBrwqr76Qkjt-
hojuv78I9CzATsS028dNzO-mH2uSDMf3PoyJ6lL1h1KcundET7fc6Mmd96y09MAp-

CONFIDENTIAL                                                                                                    VNB_072180

d9jb6y0cOffQzVEwbCy0aRS1Ew3GSErpodKvU3> [twitter]
<http://cp.mcafee.com/d/5fHCN0idEICzBZwQsLLCzB4TsSUCO-MCO-
rsjpvoj7f6T4SnS4NNEVdK9ILK9FL6VBqN9M1jtdl-
cy6MaYKrrFGLNAgS1nBPrCFCzB1dB_HYyOMCy_RXBQQT1T8zzhO-ZvBHEShjlLtfBgY-
F6lK1FJUSyyrLOb2rPUV5xcQsCXCOsVHkiP9C9jDYunMprz4nH5no6N5qcHu2y3soYKrhKeuodwIqid40jx8PYqiCmd4
0pAuvF7Ph0nd40lHI3h07lJgSOMrg81UGzUVMOu-> [twitter] <http://cp.mcafee.com/d/FZsS938QcCQmjhO-
MqenTPhOyrKrsjpvojpvdK9ILI9zDzryrbX2oUQsCT4SnT4QTzsOJoAU0FKCG_6h3o5undJQRnUO8r0HOVJPkPhOwC
O_R-
hpojhvWZOWqrwXAhNEVvuLORQr8FGTKDOEuvkzaT0QSqejqa9K_8I9LfzAm4PhOrKr017OwlZ2kenNpIxwzFoKJ6l
LNz67PhPzPXxIhmzaTwEwT6fbCQrzDC3ob6Azh04Uic_6AFBzh06p7DWhYQg5Ph05qX0Qg1RrkdIl6SnUf>
ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

From: Hungate-Noland, Beth [mailto:BHungate-noland@williamsmullen.com]
Sent: Friday, March 21, 2014 8:52 PM
To: Price, Jay; Stricklin, Kristen; Murphy, Laura
Subject: University Village - Loan Docs [IWOV-IWOVRIC.FID1175419]

Hopefully this is it for comments to the Loan Agreement.

1.    Section 2.2 – Per my client, USA will be funding $15mm and Borrower will be funding $3mm.
2.    3.26 – compliance officer is David Mills.
3.    Exhibit C - ownership should be revised to match the attached chart.

We will get you the final signature block for the Borrower by Monday at the latest.

Beth G. Hungate-Noland
Attorney
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
T 804.420.6913
F 804.420.6507
bhungate-noland@williamsmullen.com<mailto:bhungate-noland@williamsmullen.com>
http://cp.mcafee.com/d/FZsS838wrhpd7bX1EVvvd7a9KVJNdBZxdBYSUCO-
MCeudK9ILI9zzhOrsjpvsjjudPaRyjw2CWqHYp4dwIVsSTjlvz8xI2LbCTdjd7a2rb_nV5Bxd5_HTbFFK3Kh76zBZW_bnhI
yCHuWvaxVZicHs3jqdPqa9K_8I9LfzAm4PhOrKrasoAuvblqaJDD_3BPoyJ6lL1h1KcundET7fc6Mmd96y09MAp-
d9jb6y0cOffQzVEwbCy0aRS1Ew3GSErpodZsD7<http://cp.mcafee.com/d/k-
Kr6xAq4zqb9EVvod7bXVEVhdTdK9ILI9ILCT4SnS4NPNJNdBZxcsqejryrbXyqrNKpmIis0kTjlvz8xI2LbCSWqHYp4dw
IVsSVGpEVgjpvW_8II9ELZuVtddMtO8UQsLLnVqWdAkRrTjVkffGhBrwqrhhdEECXYyMCY-
ehojd79KVI04oAuvblqaJDD_3BPoyJ6lL1h1KcundET7fc6Mmd96y09MAp-
d9jb6y0cOffQzVEwbCy0aRS1Ew3GSErpod_dx6>

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or

CONFIDENTIAL

VNB_072181

distribution thereof.

CIRCULAR 230 DISCLOSURE:      To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL

VNB_072182