DECEMBER 2013



UNIVERSITY VILLAGE

TAMPA, FLORIDA

Assisted Living & Skilled Nursing Facility in Tampa, Florida

STRICTLY PRIVATE AND CONFIDENTIAL



BHMS investments

#7263.1



DEFENDANT'S EXHIBIT

Warren #1

4.24.23 OK

PENGAD 800-631-6989

# Disclaimer & Confidentiality

This confidential presentation (this "Presentation") is being furnished upon request and on a confidential basis to a limited number of sophisticated investors for the purpose of providing certain information about an investment in UNISPV, LP or a limited partnership that will directly or indirectly hold an interest in University Village (the "Fund"). Both this Presentation and the "Summary of Principal Terms" referenced herein should be read carefully prior to investment in the Fund for a description of the merits and risks of an investment in the Fund. Potential investors should pay particular attention to the "Important Risk Disclosures Pertaining to the Fund," annexed to the subscription documents. Investment in the Fund is suitable only for sophisticated investors and requires the financial ability and willingness to accept the high risks and lack of liquidity inherent in an investment in the Fund. Investors in the Fund must be prepared to bear such risks for an extended period of time. In considering the information contained herein, prospective investors should bear in mind that past or targeted performance is not necessarily indicative of future results, and no assurance can be given that the Fund's investment objective will be achieved or that investors will receive a return of their capital.

The discussions set forth in this Presentation do not purport to be complete. They are subject to, and qualified in their entirety by, reference to definitive documentation to be produced in connection with the transactions contemplated herein. None of BHMS Investments GP V, LLC (the "General Partner"), the Fund or any of their respective subsidiaries, directors, officers, employees, members, partners, shareholders, affiliates, agents or representatives (together, "BHMS") makes any representation or warranty, express or implied, as to the fairness, accuracy, reasonableness or completeness of the information contained herein.

This Presentation contains confidential, proprietary, trade secret and other commercially sensitive information. Except as provided in the following sentence, each recipient agrees to keep all information contained herein confidential, to use its best efforts to prevent the disclosure of the information contained herein and to treat all such information with the same degree of care as the recipient treats its own confidential information. Notwithstanding the foregoing, each investor may disclose the information hereof to its officers, agents, affiliates or consultants who likewise agree to maintain, or are otherwise bound by similar obligations to maintain, the confidentiality of the information hereof. Acceptance of this Presentation by a recipient constitutes an agreement to be bound by the foregoing terms.

Certain information contained in this Presentation constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," "illustrative," "project," "estimate," "intend," "continue," "target" or "believe" or the negatives thereof or other variations thereon or comparable terminology. Due to various risks and uncertainties, including the "Important Risk Disclosures Pertaining to the Fund," annexed to the subscription documents, actual events or results or the actual performance of the Fund may differ materially from those reflected or contemplated in such forward-looking statements.

Certain information herein (including certain forward-looking statements and economic and market information) has been obtained from published sources and/or prepared by other parties, which in certain cases has not been updated through the date thereof. While such sources are believed to be reliable, BHMS does not assume any responsibility for the accuracy or completeness of such information.

Unless otherwise indicated, all internal rates of return ("IRRs") mean an aggregate, compound, annual internal rate of return on investments, and are presented on a "gross" basis (i.e., they do not reflect the carried interest, taxes, transaction costs (including in connection with the disposition of unrealized investments) and other expenses to be borne by investors, which will reduce returns and, in the aggregate, are expected to be substantial. While the projected IRRs presented herein are based on assumptions that BHMS believes are reasonable under the circumstances, the actual returns investments will depend on, among other factors, future operating results, the value of the assets and market conditions at the time of disposition, any related transaction costs and the timing and manner of sale, all of which may differ from the assumptions on which the valuations used in the prior performance data contained herein are based. Accordingly, the actual returns on investments may differ materially from the returns indicated herein.

Except where otherwise indicated herein, the information provided in this presentation is based on matters as they exist as of December 2013 and not as of any future date, and will not be updated or otherwise revised to reflect information that subsequently becomes available, or circumstances existing or changes occurring after the date hereof.

PAST PERFORMANCE IS NOT INDICATIVE OF FUTURE RESULTS.

1

#7263.2

# University Village Overview

- Located nine miles north of downtown Tampa and less than one mile from the campus of the University of Florida, University Village ("University") is a 110 bed assisted living ("ALF") and 120 bed skilled nursing facility ("SNF" and together, the "Health Center" or "Facility")

- Built in 1989 and with over 137K sq. ft. in total, the first floor is dedicated to the SNF; Memory Care and ALF units reside on the second floor; with the remaining ALF units and therapy space (available to all SNF and ALF residents) located on the third floor

  - Through June YTD 2013, the Health Center averaged 83% occupancy

  - The ALF is entirely private pay and on average, the SNF is 50%, 25% and 25% Medicaid, Medicare and private pay, respectively

- The Facility owner purchased the property in 1999 and the current manager of the Health Center is a small local operator

- BVM Management, Inc. ("BVM"), a long-standing developer, owner and operator of SNF, ALF, independent living ("ILF") and continuing care retirement communities ("CCRC"), agreed to acquire the property for $15.4MM (see the following page for a detailed BVM description)

- Today, the Health Center generates $15.7MM and $3.0MM of revenue and Adjusted EBITDARM, respectively

- BHMS Investments, LP is seeking $12.0MM of debt for the acquisition of the Health Center

  - $3.4MM or ~22% of equity will be invested beneath the debt

  - In addition, there will be a $3.0MM lender escrow for interest and principal in the event of a default, thereby reducing net debt exposure to $9.0MM






Case 8:20-ap-00007-CPM   Doc 440-2   Filed 11/15/23   Page 3 of 19

2

#7263.3

# BVM Overview

Case 8:20-ap-00007-CPM    Doc 440-2    Filed 11/15/23    Page 4 of 19

- With a focus on the mid-west and south, BVM has developed, owned and managed twenty-four SNF, twelve ALF and five ILF/CCRC facilities incorporating 3,500+ beds

  - Over time, BVM has successfully divested properties including selling 23 properties to a large REIT in 2007

  - In addition to health care related facilities, BVM has also developed, owned and managed numerous multi-family properties

- BVM currently has an ownership stake and manages six SNF, ALF and ILF/CCRCs properties as well as four multi-family properties

  - BVM also operates the legal and compliance function for 26 health care facilities owned and otherwise operated by Magnolia Health Systems, a premier SNF operator in Indiana

- BVM has experience working with distressed assets, having acquired properties from court-supervised receiverships, bankruptcies and conservatorships, as well as assisting many lenders with foreclosure actions

- Given its scale, BVM has contracts to provide institutional pharmacy services, home care, hospice care, mobile imaging and construction management to the facilities it manages

- Derived primarily from the management of SNF, ALF and ILF/CCRC properties, BVM generated $41.2MM and $5.8MM of revenue and EBITDA, respectively, in FY 2013

  - EBITDA is post rent and management fees; EBITDARM across the facilities average 30% or $12.4MM

- See Appendix Page 18 for biographies of BVM's principals



**Financial Summary (Year Ended August)**

Revenue / EBITDARM / EBITDA

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| Revenue | $38.8 | $39.6 | $41.2 |
| EBITDARM | $11.6 | $11.9 | $12.4 |
| EBITDA | $4.1 | $4.3 | $5.8 |

**Revenue Distribution**

- SNF 82%
- IL 8%
- ALF 7%
- Memory 1%
- Other 2%

#7263.4

# Transaction Outline

Case 8:20-ap-00007-CPM   Doc 440-2   Filed 11/15/23   Page 5 of 19

## Overview

- The total purchase price for the Facility is $15.4MM

- The structure of the acquisition at closing will be in the form of the industry-standard "OpCo/PropCo" structure

  OpCo, or BVM, will be responsible for operations

  The PropCo will provide the capital to purchase the Facility and have a long-term lease with OpCo

- UNISPV, LP ("UNISPV"), a dedicated vehicle managed by BHMS, will fund the $3.4MM of equity required

- The PropCo will enter into a lease with OpCo (the "Lease") with the following payments in Years 1 through 4, respectively, and grow at 2.5% thereafter:  $2.5MM, $3.0MM, $4.0MM and $5.0MM

  Importantly, BVM is providing a corporate guarantee for the Lease

- BHMS is seeking $12.0MM of debt at the Health Center

  As alluded to on Page 2, Florida law requires a liquidity reserve, which is fully funded today and $3.0MM can be escrowed to the Lender for interest and principal payments in the event of a default

## Transaction Structure

```
BHMS Investments GP V, LLC        LP Investors
     (Delaware LLC)

              UNISPV, LP
             (Delaware LP)

             $3.4MM

        Health Center PropCo        $12.0MM
                                       Debt
             $15.4MM

         Facility Purchase
           by PropCo
```

## Sources & Uses @ Closing

| Sources | $MM | Uses | $MM |
|---|---|---|---|
| 3rd Party Debt – SNF/ALF | $12.0 | Deal Value | $14.4 |
| UNISPV Equity | 3.4 | Deal Expenses | 1.0 |
| Total | $15.4 | Total | $15.4 |

4

#7263.5

# Health Center Bridge Financials

## Historical & Bridge Financials

- PF A reflects a discount to BVM expectations and assumes: (i) flat revenue, (ii) reduced expenses in place shortly after closing as BVM replaces select service providers/contracts with superior, lower cost alternatives and (iii) other easily attainable expense reductions (*Note: excludes items that involve material operational changes*)

- PF B reflects BVM internal projections

| Dollars in Thousands | 2012 | PF A | PF B |
|---|---|---|---|
| SNF | $11,301 | $11,301 | $11,301 |
| ALF | 4,366 | 4,366 | 4,366 |
| Total Revenue | $15,666 | $15,666 | $15,666 |
| SNF | 1,197 | 1,197 | 1,197 |
| ALF | 821 | 821 | 821 |
| EBITDARM | $2,018 | $2,018 | $2,018 |
| Dietary | N/A | 258 | 258 |
| Laundry | N/A | 40 | 40 |
| Housekeeping | N/A | 70 | 70 |
| QAF | N/A | 340 | 340 |
| Administration | N/A | 194 | 194 |
| Professional Other | N/A | 91 | 91 |
| Other | N/A | (5) | 77 |
| Nursing | N/A | 0 | 488 |
| Ancillary | N/A | 0 | 367 |
| Payroll/Tax/Benefits | N/A | 0 | 377 |
| Expense Adjustments | $0 | $988 | $2,302 |
| Adj. EBITDARM | $2,018 | $3,006 | $4,320 |

## BVM Expense Reduction Rationalization

*PF A*

- Dietary: BVM utilizes US Foods as its dietary provider throughout its other facilities and already has a quote in-hand for the Facility (as herein defined)

- Laundry & Housekeeping: Similar to Dietary, BVM will utilize an existing provider, Healthcare Services Group, and already has quotes in-hand

- QAF: Annual facility fee that will no longer be paid (Note: due to the unsophisticated nature of the current operator, the Facility was paying an unnecessary annual fee; Facility is exempt from this payment)

- Administration: ALF infrastructure for accounting and payroll can and will be rationalized into BVM operations

- Professional Other: This is an additional management fee being charged by the current operator (e.g. akin to an expense add-back)

*PF B Additions*

- Nursing: BVM will institute its standard employee/shift allocation software system, which requires BVM approval prior to scheduling and paying overtime to the staff

- Ancillary: BVM will bring the Therapy contract in-house rather than using contract labor; while BVM recently transferred this successfully in another property, the expense rationalization requires hiring and transitioning from the existing method of operation

- Payroll/Tax/Benefits: Associated reductions with regard to the Nursing and Ancillary changes detailed above

#7263.6

# Health Center Pro Forma Financials (Scenario A & B)

## Key Assumptions: Scenario A

- OpCo Assumptions:
  - Projections reflect the "PF A" column on Page 5 and assume 2.5% growth thereafter
- PropCo Assumptions:
  - <u>Revenue reflects the Year 1 Lease rate grown at an annual rate of 2.5%</u>
  - Assumes operator is both kept in place and does not come out of pocket for lease payment shortfalls
- Credit Statistics:
  - EBITDARM in the numerator since Management fee is subordinated to Rent

## Financial Summary: Scenario PF A

| P&L | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Health Center Revenue | $15.3 | $15.7 | $16.1 | $16.5 | $16.9 |
| % Growth | | 2.5% | 2.5% | 2.5% | 2.5% |
| Health Center EBITDARM | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 |
| % Sales | 16.6% | 16.6% | 16.6% | 16.6% | 16.6% |
| | | | | | |
| PropCo Revenue | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 |
| PropCo Interest Expense | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |

| Credit Statistics | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| EBITDARM / Rent | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x |
| EBITDARM / Interest Expense | 2.7x | 2.8x | 2.9x | 2.9x | 3.0x |
| Rent / Interest Expense | 2.7x | 2.8x | 2.9x | 2.9x | 3.0x |

## Key Assumptions: Scenario B

- OpCo Assumptions:
  - Year 1 through Year 3 reflect BVM internal projections for the Health Center; thereafter, revenue and EBITDA are projected to grow at 2.5% annually
- PropCo Assumptions:
  - <u>Revenue reflects terms of the Lease which has a BVM corporate guarantee in place</u>
- Credit Statistics:
  - EBITDARM in the numerator since Management fee is subordinated to Rent

## Financial Summary: Scenario PF B

| P&L | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Health Center Revenue | $17.0 | $18.1 | $18.7 | $19.1 | $19.6 |
| % Growth | | 6.5% | 3.3% | 2.5% | 2.5% |
| Health Center EBITDARM | 5.3 | 6.1 | 6.5 | 6.6 | 6.8 |
| % Sales | 31.1% | 33.9% | 34.7% | 34.7% | 34.7% |
| | | | | | |
| PropCo Revenue | 2.5 | 3.0 | 4.0 | 5.0 | 5.1 |
| PropCo Interest Expense | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |

| Credit Statistics | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| EBITDARM / Rent | 2.1x | 2.0x | 1.6x | 1.3x | 1.3x |
| EBITDARM / Interest Expense | 5.7x | 6.6x | 7.0x | 7.1x | 7.3x |
| Rent / Interest Expense | 2.7x | 3.2x | 4.3x | 5.4x | 5.5x |

#7263.7

# Downside Protection

Case 8:20-ap-00007-CPM   Doc 440-2   Filed 11/15/23   Page 8 of 19

## Risks & Mitigants

× **Government "Stroke of the Pen" Risk:** The U.S. Government, by way of Medicare and Medicaid, is the primary source of revenue for SNF operators

  While the near-term outlook is stable with increases in Medicare rates scheduled for 2014 and flat rates anticipated for Medicaid, in the medium-term Medicare and Medicaid budgets could be trimmed

✓ **Government "Stroke of the Pen" Mitigants:**

  SNFs provide comprehensive care for a nominal cost relative to the alternative available settings (see Page 10). As such, SNFs are expected to gain market share as health systems and payors focus on more cost effective settings and as the Affordable Care Act, which penalizes hospitals for readmission, is implemented

  As illustrated at right, were the Year 1 PF A EBITDARM to fall by 25% and rent was consequently adjusted down on a sale to conform with industry standard coverage ratios, principal would still be preserved

  The ALF is primarily private pay and ~28% of PF A EBITDARM

× **"Out of the Box" Risk:** BVM will not fully take over management of the operations until post-closing and may need some time to implement all changes and upgrades considered

✓ **"Out of the Box" Mitigants:**

  OpCo, which is managed by a reputable and experienced team, could have over budgeted internal Year 1 EBITDARM (or PF B) by 100%+ and still afford its Year 1 Lease payment

  OpCo will be wholly owned by BVM, a well capitalized entity with ~$2MM of cash on its most recent balance sheet that generates ~$6MM of EBITDA annually

## Illustrative Downside Sensitivity [1]

| Sale Scenario | | |
|---|---|---|
| PF A Year 1 EBITDARM/Lease Rate | A | $2.5 |
| Downside Haircut | B | 25.0% |
| Adjusted EBITDARM | C = A*(1-B) | $1.9 |
| EBITDARM Coverage | D | 1.35x |
| Adjusted Exit Year Lease Rate | E = C/D | $1.4 |
| Cap Rate | F | 10.0% |
| Asset Value | G | 13.9 |
| Net Health Center Debt | H | 12.0 |
| Equity Value | I = G - H | $1.9 |
| Escrow | J | 3.0 |
| Excess Value | K = I + J | $4.9 |

(1)  Excludes any completed debt service

#7263.8

#7263.9

**Industry Overview**

Appendix

# SNF Overview

- **SNFs provide need-based care for seniors, generally at a higher acuity level of care than other housing options such as Assisted- and Independent-Living**

  - SNFs provide care for either long-term residents who need significant assistance with daily living or shorter-term "post-acute" patients who are recovering from an illness or surgery and have been discharged from an acute-care hospital

  - Recently, many SNFs have been focusing on the post-acute/rehabilitation dimension of the business, in partial competition with traditional services provided by long-term acute care hospitals ("LTACs")

| | | | **Continuum of Care** | | | |
|---|---|---|---|---|---|---|
| *High Government Reimbursement & Private Insurance Revenue Share* | *High Acuity* | | | | *Low Acuity* | *Private Pay Revenue Sources* |
| | Acute Care Hospitals | LTAC & Rehab Hospitals | Skilled Nursing | Assisted Living | Independent Living | |

- **The SNF industry is large and fragmented, both from an owner and operator perspective** [1]

  - There are approximately 15,700 facilities, ~1.7 million beds and over 2,400 operators

  - Approximately one-third of SNFs are owned by either the government or not-for-profit entities

  - Of the ~1.7 million beds, only ~23% are operated by the industries' top 50 companies

- **As detailed on the following pages, the SNF industry is expected to benefit from current and projected near-term economic, demographic and regulatory trends driving demand for post-acute and long-term care services provided by SNFs**

  - SNFs provide comprehensive delivery of care to residents at a lower cost than higher acuity healthcare facilities

  - The targeted resident population for post-acute and long-term care SNFs is expected to increase dramatically in the coming years

  - The SNF industry is insulated from competition by significant barriers to entry, which limit the supply of additional SNFs

---

(1)    American Health Care Association; National Investment Center for the Seniors Housing & Care Industry ("NIC"); McKinsey & Co.

#7263.10

# SNFs as the Low Cost Provider

- **SNFs provide comprehensive care for a nominal cost vis-à-vis other alternatives**

  The majority of the cost structure of a SNF is labor and SNFs typically employ lower cost and less staff as compared to LTACs and In-Patient Rehabilitation Facilities ("IRFs")

  SNFs also have significantly less physical plant requirements and are efficiently designed to deliver care, typically with smaller-sized rooms that have single or double occupancy and shared bathrooms

- **According to the Medicare Payment Advisory Commission ("MedPAC"), the cost of providing post-acute services is significantly lower in SNFs**

  For example, the cost of providing services for tracheotomy patients with a ventilator is on average 61% lower in a SNF than in an IRF and on average 90% lower than in a LTAC

  The cost of providing services for respiratory patients with a ventilator is on average 70% lower in a SNF than in an IRF and on average 89% lower than in a LTAC

  The cost of providing services for a joint replacement patient is on average 64% lower in a SNF than in an IRF and on average 91% lower than in a LTAC

## Average Cost for Higher Acuity Settings (Dollars in Thousands)



Source: MedPAC

#7263.11

# Significant Population Tailwind

- **The SNF industry is poised to benefit from current and projected near-term demographic trends, driving demand for post-acute and long-term care services**

  According to the U.S. Census Bureau, the number of Americans age 65+, the targeted resident population for post-acute and long-term care SNFs, is expected to increase 36% from 2010 to 2020E, representing a CAGR of 3.1%, compared to 0.9% for the total U.S. population over the same period

- **Therefore, even if utilization rates, or the percentage of the U.S. population age 65+ residing in SNFs, were to remain constant, demand for SNFs is estimated to increase by ~500K beds based on the population growth from 2010 to 2020E alone**

  To meet the needs of the aging population at similar penetration rates, senior housing inventory must grow at 4.5%+ from 2013 through 2020E

**Population Age 65+**



Source: U.S. Census Bureau

11

**#7263.12**

# Limited New SNF Supply

- The SNF industry is insulated from competition by significant barriers to entry including certificates of need and other similar programs, Medicare and Medicaid provider agreements, as well as specialized knowledge and local market expertise

- As such, new construction in the SNF industry has been limited

  According to the NIC, the current number of SNF beds under construction is equal to only 0.6% of the existing SNF inventory of approximately 1.7 million beds

  In addition, since 2008, there has been a meaningful decline in SNF bed construction starts

- As a result, the number of facilities has remained relatively stable

## Total SNF Facilities



| 2008 | 2009 | 2010 | 2011 | 2012 |
|------|------|------|------|------|
| 15,699 | 15,672 | 15,664 | 15,666 | 15,663 |

Source: AHCA

#7263.13

# Payor Overview

- **SNFs receive a majority of their revenue through reimbursement from state and federally funded Medicaid and Medicare programs**

  - As detailed on the right, state Medicaid programs pay for roughly two-thirds of SNF industry residents

  - However, because Medicare rates are higher, reflecting higher acuity, Medicare payments account for just under one-third of SNF industry revenues

- **Medicaid Overview**

  - Medicaid is a state-administered program financed by state funds and matching federal funds

  - Medicaid programs are need-based health benefits for individuals that may supplement Medicare benefits for persons aged 65 and older

  - Medicaid reimbursement formulas are established by each state with the approval of the federal government in accordance with federal guidelines

- **Medicare Overview**

  - Medicare is a federal program that provides healthcare benefits to individuals who are 65 years of age or older or are disabled

  - Medicare SNF coverage is limited to 100 days per episode of illness for those beneficiaries who require daily care following discharge from an acute care hospital

  - Medicare pays for inpatient SNF services under the prospective payment system, which payment is based upon the medical condition of and care needed by each beneficiary

- **How will the Affordable Care Act ("ACA") affect the healthcare industry and skilled nursing facilities?**

  - The ACA should increase demand for nearly every healthcare real estate property type as the ACA will insure 30 million more patients over the next several years

  - This influx of insured patients will materially increase the nation's healthcare budget highlighting the need to treat patients more efficiently in order to reduce healthcare costs

  - One way this will be achieved is to shift more medically complex patients to lower cost settings such as SNFs



**Residents by Payor Source**

- 22% Other
- 14% Medicare
- 64% Medicaid

Payors

Source: McKinsey & Co.

13

**#7263.14**

# Stable Reimbursement & Expenditure Environment Over Time

- As detailed, SNFs receive a majority of their revenue from state and federally-funded Medicare and Medicaid reimbursement programs

  - Average daily rates for Medicare payments to SNFs have increased at an annual CAGR of 4.2% from 1999 through 2012 and average daily rates for Medicaid payments to SNFs have increased at a 4.0% CAGR

  - During the last five years, Medicare and Medicaid reimbursement rates are estimated to have increased 4% and 3%, respectively

- It is expected that the government will continue to provide adequate funding to both the Medicare and Medicaid reimbursement for SNFs

  - According to the Centers for Medicare & Medicaid Services ("CMS"), national expenditures for Medicare and Medicaid payments to SNFs are expected to grow 84% from approximately $83 billion in 2011 to approximately $152 billion in 2021E, representing a CAGR of 6.3%

  - SNFs represent a small portion of total Medicare and Medicaid expenditures, representing only 6% of total Medicare expenditures and 10% of total Medicaid expenditures



Source: Eljay LLC and Composite of CMS, AHCA, AQNHC & Avalere Group Data

Source: CMS

Case 8:20-ap-00007-CPM   Doc 440-2   Filed 11/15/23   Page 15 of 19

14

#7263.15

Industry Overview

**Appendix**

#7263.16

# Health Center Historical Performance



**Occupancy**

SNF   ALF

| Year | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| SNF | 92% | 95% | 90% | 93% | 93% | 91% |
| ALF | 83% | 83% | 84% | 88% | 93% | 89% |

**Revenue ($ Millions)**

SNF   ALF   Total

| Year | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| SNF | $9.5 | $10.5 | $10.1 | $11.0 | $11.6 | $12.7 |
| ALF | $3.9 | $4.0 | $4.4 | $4.4 | $4.5 | $4.5 |
| Total | $13.4 | $14.5 | $14.5 | $15.4 | $16.1 | $17.2 |

Case 8:20-ap-00007-CPM   Doc 440-2   Filed 11/15/23   Page 17 of 19

16

**#7263.17**

#7263.18

# Health Care Facility Valuation Comparables



Source: Green Street Advisors, Inc. Health Care Sector Update

# Leading Industry Management Team

| Profile | | |
|---|---|---|
| Name | Position/Title | Career Highlights |
| John Bartle | Managing Director – Americare | ■ *Americare Property Investors, Inc. ("Americare") provides financial consulting, development services, acquisition analysis and due diligence services exclusively to BVM*<br>■ John was Managing Partner at Americare Living Centers & Communities from 1988 through 2007, when those assets were sold to Nationwide Health Properties, Inc., a publicly-traded REIT<br>■ He has provided consulting and development services to over 75 senior care and multi-family properties with market valuations exceeding $265MM<br>■ As past Chairman of the Payment Committee at the Indiana Health Care Association, John assisted with the development of Medicaid reimbursement principles<br>■ John began his career in public accounting |
| S. Louis Jackson | Managing Director – Americare | ■ In 1994, Louis became President of United Management, an entity which opened ALF and ILF centers in IN, OH, PA, MI and FL and ultimately sold to Americare in 2002 for $50MM<br>■ Louis began his career with Goodyear Tire & Rubber Company, ultimately ending a 25-year career at the company as the Division Director in Chicago overseeing 13 Midwestern states<br>■ After Goodyear, Louis was recruited by Household Finance to become Executive Vice President of a 600 store retail chain, White Homes and Auto Stores<br>■ In 1985 Household Finance sold White Homes to Canadian Tire and Louis proceeded to open six Super Automotive Stores in Dallas and Houston, TX, which were later sold |
| Robert L. Rynard, Sr. | Chairman – BVM | ■ Mr. Rynard is licensed in the State of IN as a Health Facility Administrator and has been involved in operations and management of SNF, ALF, ILF and affordable housing for nearly 40 years<br>■ He began operating SNFs in 1972 and owned a chain of SNFs in Central IN for ~20 years |
| Edward Fodrea | Chief Operating Officer – BVM | ■ Edward has over 13 years of experience in the long-term care industry<br>■ He previously served as the Regional Director of Operations for AmeriCare Living Centers/Magnolia Health Systems in IN until 2009, where he was directly responsible for the management of administration, regulatory compliance and facility management for ten facilities with 700 employees and an overall annual budget of $15MM<br>■ From 2003 to 2007, Edward served as the Regional Director of Operations for AmeriCare Living Centers, a long-term care organization with 24 senior living facilities in IN and OH |

#7263.19