

# TAMPA LIFE PLAN VILLAGE, INC.

Monthly Report - February 2023
March 28, 2023

**Distribution List:**

| | |
|---|---|
| *Seth Klempner* | *Lori Wittman* |
| *Ron Shuck* | *Sean Nealon* |
| *Michele Wausserlauf* | *Tom Brockwell* |
| *Kristin Ward* | *Bennett Kim* |
| *Richard Ackerman* | *Rob Gall* |
| *Michael Brown* | *Jane Praizner* |
| | *Lauren Messmer* |



DEFENDANT'S EXHIBIT

Jackson # 8

4.24.23 /DK

PENGAD-800-631-6989

SolutionsAdvisorsGroup

Unisen/TLPV Property Review with Rosemawr
March 28, 2023

SolutionsAdvisorsGroup

# Sales for the Quarter

| Deposit | Deposit Date | Amount | EF/Rental | Move in Date |
|---|---|---|---|---|
| Nichols | 1/26 | $10,000 | EF | 2/27 |
| Krawetz | 2/7 | $5,000 | Rental | 2/9 |
| McKenna's | 2/7 | $14,000 | EF | 5/15 |
| Nemke | 2/10 | $7,000 | EF | 8/30 |
| King's | 2/22 | $5,000 | Rental | 2/23 |
| Stevenson | 2/23 | $6,000 | EF | 3/10 |
| Crume's | 3/2 | $11,500 | EF | 5/1 |
| Boyd | 3/22 | $8,500 | EF | 6/10 |

# Key Highlights

- Sales Specialist starting on 3/29
  - Sheri Tucker has an excellent industry reputation and holds a strong sales regimen.
  - Embraces prospect centered selling
  - Continuously achieved and exceeded sales goals
  - Reputable coach and mentor for 17 years
- Website updated and digital integration
- Building Sales Culture
  - Working with the team on cadence and rhythm. They need consistent coaching on follow-ups and strategy.
  - The team is beginning to embrace home visits and creative follow up.
  - Continuous support on call strategies and asking for the deposit
- Property photo shoot completed – 122 photos

# Ongoing Areas of Focus

- Lack of renovated inventory
  - Currently 1 studio, 0 two-bedrooms, 0 small one-bedrooms
  - Prioritizing rent roll for unrenovated apartments.
- Driving new prospects to an off-site event and then following up with a tour as we have found the location can be an immediate turn-off to prospects
- Reviewing the productivity report weekly with the team
- Working with team on creating next steps and eliminating lunches on initial tours
- Onboarding the team with the OneDay app.
  - Using for creative follow-ups, personal connections and advancing the sale.
  - Contract being reviewed this week to sign
- Continuous CRM training on proper coding and documenting activities
- SAG conducting monthly formal CRM assessment ongoing as well to assess progress

4

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 6 of 23

- CRM Findings
- Continues to be too much reliance on emails versus true engagement with prospects leading to lower tour volume.
  - 11 days average between first activity and next activity in March
  - February averaged 22 days between first activities and next.
  - When a prospect books a tour there is too much of a gap from initial inquiry to the tour and have not started building the relationship
  - Documenting and completing tours in the CRM over due by 3 – 24 days.
  - SAG continues working with the sales team on how to engage through shadowing calls and one-on-one coaching on follow up

5

# March Data

- Team-based selling however reviewing data on both an individual and team level

- Activities through 3/25

- Clear need to focus on tours/face-to-face

|  | February | | March | |
| --- | --- | --- | --- | --- |
| Activity Type | Count | Goals | Count | Goals |
| Initial Inquiries | 65 | 65 | 101 | 65 |
| Initial Tours | 10 | 20 | 11 | 20 |
| Repeat Tours | 6 | 14 | 3 | 14 |
| Home Visits | 3 | 4 | 2 | 4 |
| Voice to Voice | 92 | 150 | 120 | 150 |
| Deposits | 4 | 3 | 2 | 3 |
| Move-ins | 2 | 3 | 2 | 3 |

6

SolutionsAdvisorsGroup

# March Lead Source Analysis



62 New Leads

7

SolutionsAdvisorsGroup

| | Name | Unit | Service Fee Income | | 2023 Entrance Fees | | | | | | |
| | | | Monthly | Annual | Entrance Fee | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | Cole, Jane | C204 | $ 1,350 | $ 16,200 | $ 50,000 | $ 50,000 | | | | | |
| Closed | Patterson, Judy - Deposit paid 12/2022, $27,500 | C112 | $ 4,100 | $ 49,200 | $ 110,000 | | $ 82,500 | | | | |
| Closed | Nichols, Cathy - Closing 2/28 | C105 | $ 1,795 | $ 21,540 | $ 100,000 | $ 10,000 | $ 90,000 | | | | |
| Closed | Stevenson, Suzanne | C205 | $ 2,350 | $ 28,200 | $ 60,000 | | $ 6,000 | $ 54,000 | | | |
| Closed | Kowch, Dorothy - Trial Life conversion | C201 | $ 2,700 | $ 32,400 | $ 67,500 | | | $ 67,500 | | | |
| Closed | Bauer, Susan | C210 | $ 2,350 | $ 28,200 | $ 100,000 | | | $ 100,000 | | | |
| Deposit | McKenna, Peggy & Anthony | 2012 VSD | $ 5,500 | $ 66,000 | $ 140,000 | | | $ 14,000 | | $ 126,000 | |
| Deposit | Nemke, Jane | G501 | $ 3,400 | $ 40,800 | $ 70,000 | | $ 7,000 | | $ (7,000) | | |
| Deposit | Crume, John & Barbara | 2022 VSD | $ 5,250 | $ 63,000 | $ 115,000 | | | $ 12,500 | | $ 102,500 | |
| Deposit | Boyd, Frederick Scott | 2029 VSD | $ 3,500 | $ 42,000 | $ 115,000 | | | $ 11,500 | | | |
| | Total | | $ 32,295 | $ 387,540 | $ 927,500 | $ 60,000 | $ 185,500 | $ 259,500 | $ (7,000) | $ 228,500 | $ - |

| | Name | Unit | Rental Income | | Rental Sales | | | | | | |
| | | | Monthly | Annual | Community Fee | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | Krawetz, Marsha | A202 | $ 3,375 | $ 40,500 | $ 5,000 | | $ 5,000 | | | | |
| Closed | King, Mr/Mrs | C211 | $ 6,125 | $ 73,500 | $ 5,000 | | $ 5,000 | | | | |
| | Total | | $ 9,500 | $ 114,000 | $ 10,000 | $ - | $ 10,000 | $ - | $ - | $ - | $ - |

**Tampa Life Plan Village**
**Independent Living Occupancy**
**2023**

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| # of Occupied Units at Beg. of Month | 119 | 118 | 121 | 122 | 121 | 123 | 123 | 123 | 123 | 123 | 123 | 123 |
| **Move-Ins** | | | | | | | | | | | | |
| Towers | 1 | 3 | 3 | | 2 | | | | | | | |
| Villas | | | | | | | | | | | | |
| **Total Move-Ins** | 1 | 3 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Move-outs** | | | | | | | | | | | | |
| Transfer to Partner Communities | (1) | | (1) | (1) | | | | | | | | |
| Deceased | (1) | | | | | | | | | | | |
| Relocated | | | (1) | | | | | | | | | |
| **Total Move-Outs** | (2) | - | (2) | (1) | - | - | - | - | - | - | - | - |
| **Occupancy - Actual** | 118 | 121 | 122 | 121 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 |
| | 24.0% | 24.6% | 24.8% | 24.6% | 25.1% | 25.2% | 25.2% | 25.2% | 25.2% | 25.2% | 25.2% | 25.2% |
| **Occupancy - 2023 Budget** | 116 | 118 | 119 | 121 | 123 | 126 | 130 | 134 | 138 | 142 | 146 | 150 |
| | 23.6% | 24.0% | 24.2% | 24.6% | 25.1% | 25.7% | 26.5% | 27.3% | 28.1% | 28.9% | 29.7% | 30.5% |
| **Vacant Units** | 373 | 370 | 369 | 370 | 368 | 366 | 366 | 366 | 366 | 366 | 366 | 366 |
| | 76.0% | 75.4% | 75.2% | 75.4% | 74.9% | 74.5% | 74.5% | 74.5% | 74.5% | 74.5% | 74.5% | 74.5% |

*Occupancy based on 491 available units - January thru May*

*Occupancy based on 489 available units - June thru December*

**Residents by Contract Type**
**2023**

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IL** | | | | | | | | | | | | |
| Life Care - 1st Person | 107 | 108 | 110 | | | | | | | | | |
| Life Care - 2nd Person | 19 | 18 | 17 | | | | | | | | | |
| Trial Life/PLP - 1st Person | 5 | 5 | 5 | | | | | | | | | |
| Trial Life/PLP - 2nd Person | 0 | 0 | 0 | | | | | | | | | |
| Rental Agreements - 1st Person | 7 | 8 | 7 | | | | | | | | | |
| Rental Agreements - 2nd Person | 0 | 0 | 0 | | | | | | | | | |
| **Total Residents IL** | 138 | 139 | 139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SeaCoast ALF - Lifecare residents | - | - | - | | | | | | | | | |
| Promise Point - ALF/Memory Care | 10 | 11 | 11 | | | | | | | | | |
| Angels - ALF/Memory Care | 4 | 4 | 4 | | | | | | | | | |
| Other - ALF/Memory Care | 7 | 7 | 7 | | | | | | | | | |
| Other - Skilled Nursing | 2 | 2 | 3 | | | | | | | | | |
| **Total Residents - Partner Communities** | 23 | 24 | 25 | - | - | - | - | - | - | - | - | - |

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 11 of 23

## Unit Inventory as of 3/13/2023

| Unit Type | | East | West | Total | Renovated | | | Not Renovated | | | ALF | Total IL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Occupied/Sold | Available | Total | Occupied/Sold | Available | Total | Renovated | Occupied | Available | Total |
| Studio | 5% | 0 | 24 | 24 | 1 | 3 | 4 | 3 | 17 | 20 | 0 | 4 | 20 | 24 |
| One Bedroom | 64% | 79 | 203 | 282 | 8 | 8 | 16 | 49 | 193 | 242 | 12 | 57 | 213 | 270 |
| Two Bedroom | 27% | 47 | 73 | 120 | 4 | 0 | 4 | 27 | 75 | 102 | 7 | 31 | 82 | 113 |
| Three Bedroom | 4% | 15 | 2 | 17 | 2 | 0 | 2 | 3 | 12 | 15 | 0 | 5 | 12 | 17 |
| Total Units | 100% | 141 | 302 | 443 | 15 | 11 | 26 | 82 | 297 | 379 | 19 | 97 | 327 | 424 |

| Villas | Renovated | | | Not Renovated | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Occupied/Sold | Available | Total | Occupied | Available | Total | Occupied | Available | Total |
| | 15 | 11 | 26 | 11 | 9 | 20 | 26 | 20 | 46 |

## Operations Update

### Assisted Living Services

CSS (Installer of our Fire Panel) and Fire Marshall have completed an initial review of new system. The Fire Marshall has made some recommendations on zone tie-ins to the panel. CSS is working on the new configurations. Fire Marshall is requiring an additional (20) speakers be deployed. We have requested a waiver to disengage an automated message stating "Evacuate the building via stairwells immediately". This will be reviewed at time of final inspection.

Next steps after completed fire inspection:

1. Review of our Community's Emergency Management Plan, including Generator Inspection by Hillsborough Office of Emergency Management. They have 60 days from our submittal to approve the Emergency Management Plan.
2. Simultaneous to above, we will submit our Application to the Agency for Healthcare Administration, (AHCA) for our Licensure. AHCA has 60 days FROM RECEIPT OF APPROVAL FROM Office of Emergency Management, to schedule a site visit. A provisional License will be issued following a successful review.

### Culinary Services

Our Culinary Team is fully integrated under the Unisen umbrella. The department is fully staffed, including Dining Room Manager.

This team is led by Chef Thomas McKinney – Stehr, most recently of Innisbrook Resort & Golf Course. His talent and his personality has already made a very positive impact on residents and staff alike!

### Human Resources

Our current staffing needs are minimal. Openings that we are currently recruiting for are:

- Dishwasher – 1 Part-Time position
- Porter/Housekeeper – 1 Full-Time
- Concierge – 1 Part-Time overnight

Additionally, we are recruiting, in advance, for the following positions in AL:

- 1 LPN – Full and Part-Time

- 4 HHA/CAN – Full and Part-Time

- Overall, staffing is in very good shape and having no negative impact on resident satisfaction, or operations.

## Financial Review – Month Ending February 28, 2023

- Entrance Fees – We received $185,500 for Entrance Fees in February of which $82,500 was the balance on Patterson who deposited in December and $90,000 on Nichols who deposited in January. We received three new deposits that total $38,000. So far in March, 259,500 has been collected on Entrance Fees and deposits. Stevenson closed for $54,000, Kowch converted from a Trial Life contract to LifeCare, $67,500 and we just received $100,000 and signed contract today for Susan Bauer.

- Rental Contracts – There are two new rental contracts in February, each with a $5,000 Community Fee. Note that rental contract monthly fees are 25% higher than the MSF for LifeCare. The 2 Bedroom 1st and 2nd person fee is $6,125 and the non-renovated 1 Bedroom is $3,375.

- Occupancy is 3 above budget, closing February at 121. There were no move outs for the month and will have 2 out for March and 3 move ins.

- Market Rates – SAG is working on an updated Market Rate Study per MTI Supplement Indenture Number 2, section 4.25 (b) which will be included in all future reporting effective 90 days from closing of 2022 bonds.

- 2022 Audit – The auditors were on-site 2/27 – 3/3 and all requests are up to date. There are no surprises expected and are on track to have the audit finalized in April in plenty of time for the OIR Annual to be submitted.

- OIR – All reporting is up to date. Q1 2023 will be due 5/15/23, 45 days after the quarter ends. OIR sent confirmation of receipt of TLPV new financing, with no additional information needed.

- Revenue exceeded plan by $27,132 due to Interest Income at $27,002 plus there is a reversal of January accrual for Homestead Exemption Credit. Leading Age confirmed that we are not required to give this credit as a NFP. After adjusting for non-cash line

items, MSF revenue was $387,277 compared to budgeted $404,065 for a negative variance of ($16,788).

- Operating expenses were under plan for the month by $169,865 and YTD $335,335. Culinary is seeing a significant reduction in expenses with bringing services in-house. Starting in March, landscaping will increase with a new contract in place.

**Tampa Life Plan Village, Inc.**

**Actual vs Budget Statement of Operations**

**28-Feb-23**

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Occupancy** | 121 | 118 | 3 | | | |
| Move In | 3 | 3 | 0 | 4 | 6 | (2) |
| Move Out | 0 | 3 | (3) | 2 | 3 | (1) |
| Net | 3 | 0 | 3 | 2 | 3 | (1) |
| **Operating Income** | | | | | | |
| Operating Revenues | 496,493 | 469,361 | 27,132 | 964,614 | 924,929 | 39,685 |
| Income | $ 496,493 | $ 469,361 | $ 27,132 | $ 964,614 | $ 924,929 | $ 39,685 |
| **Operating Expense** | | | | | | |
| Administration | 293,814 | 323,454 | 29,640 | 599,019 | 661,329 | 62,310 |
| Transportation | 21,616 | 19,709 | (1,907) | 40,671 | 41,321 | 650 |
| Health and Wellness | 13,905 | 6,218 | (7,687) | 31,290 | 13,040 | (18,250) |
| ALF | 9,234 | 9,489 | 255 | 18,041 | 19,812 | 1,771 |
| Lifestyles | 20,226 | 25,336 | 5,110 | 40,329 | 52,491 | 12,162 |
| Culinary Services | 85,754 | 187,842 | 102,088 | 188,984 | 373,984 | 185,000 |
| Housekeeping | 42,325 | 43,128 | 803 | 94,719 | 90,387 | (4,332) |
| Laundry | 12,329 | 10,275 | (2,054) | 23,710 | 21,069 | (2,641) |
| Maintenance | 132,545 | 149,844 | 17,299 | 275,425 | 305,259 | 29,834 |
| Grounds | 4,239 | 11,000 | 6,761 | 6,812 | 19,000 | 12,188 |
| Security | 4,658 | 5,000 | 342 | 9,285 | 10,000 | 715 |
| Marketing / Sales | 88,159 | 107,374 | 19,215 | 164,810 | 220,738 | 55,928 |
| Expenses | $ 728,805 | $ 898,669 | $ 169,865 | $ 1,493,095 | $ 1,828,430 | $ 335,335 |
| Net Operting Income (Loss) | $ (232,312) | $ (429,308) | $ 196,997 | $ (528,481) | $ (903,501) | $ 375,020 |
| **Non-Operating Expense** | | | | | | |
| Non Operating Income/Expense | 730,732 | 709,064 | (21,668) | 1,472,955 | 1,418,128 | (54,827) |
| Net Income (Loss) | $ (963,044) | $ (1,138,372) | $ 175,328 | $ (2,001,436) | $ (2,321,629) | $ 320,193 |

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 17 of 23

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | |
| Operating Revenues | | | | | | |
| Monthly Service Fees CPI | 11,295 | 0 | 11,295 | 22,590 | 0 | 22,590 |
| Monthly Service Fees UNL | 201,543 | 385,052 | (183,509) | 399,558 | 764,996 | (365,438) |
| Monthly Service Fees LC | 106,486 | 0 | 106,486 | 217,642 | 0 | 217,642 |
| Monthly Service Fees Unl - 2Nd Person | 13,882 | 28,913 | (15,031) | 29,837 | 57,561 | (27,724) |
| Monthly Service Fees LC - 2nd Person | 6,420 | 0 | 6,420 | 12,840 | 0 | 12,840 |
| Rental Income | 29,211 | 0 | 29,211 | 59,806 | 0 | 59,806 |
| Meal Credits PI | (1,055) | 0 | (1,055) | (1,960) | 0 | (1,960) |
| Promotional Rate Discounts | (2,195) | 0 | (2,195) | (6,237) | 0 | (6,237) |
| PIP Discounts | (9,748) | (9,900) | 152 | (19,495) | (19,800) | 305 |
| CPI Resident Rate Discount | (1,672) | 0 | (1,672) | (3,343) | 0 | (3,343) |
| Non-CPI Resident Rate Discount | 33,055 | 0 | 33,055 | 65,384 | 0 | 65,384 |
| Veterans Discount | (1,000) | 0 | (1,000) | (2,000) | 0 | (2,000) |
| EEF Non Refundable - Legacy | 30,645 | 34,000 | (3,355) | 61,290 | 68,000 | (6,710) |
| EEF - Non Refundable | 24,312 | 14,746 | 9,566 | 51,023 | 21,946 | 29,077 |
| Care For Life Expense | (1,739) | (3,000) | 1,261 | (3,478) | (6,000) | 2,522 |
| Homestead Exemption Credit | 4,500 | (4,167) | 8,667 | 0 | (8,334) | 8,334 |
| Community Fee | 5,000 | 0 | 5,000 | 5,000 | 0 | 5,000 |
| Resident Additional Meals | 0 | 0 | 0 | 134 | 0 | 134 |
| Guest Meals | 590 | 0 | 590 | 590 | 0 | 590 |
| Special Functions | 37 | 0 | 37 | 168 | 0 | 168 |
| Transportation PI | (59) | 0 | (59) | (59) | 0 | (59) |
| Covered Parking | 425 | 0 | 425 | 875 | 0 | 875 |
| Telephone & Internet | 2,585 | 0 | 2,585 | 5,115 | 0 | 5,115 |
| Repairs And Installation | 3,540 | 0 | 3,540 | 3,540 | 0 | 3,540 |
| Guest Room | 750 | 0 | 750 | 5,000 | 0 | 5,000 |
| Pool Income | 465 | 0 | 465 | 965 | 0 | 965 |
| Interest Income | 27,002 | 10 | 26,992 | 44,619 | 20 | 44,599 |
| 5% Contract Admin Fees | 10,500 | 19,064 | (8,564) | 13,000 | 37,254 | (24,254) |
| Misc Income | 1,717 | 4,643 | (2,926) | 2,212 | 9,286 | (7,074) |
| Total Operating Revenues | $ 496,493 | $ 469,361 | $ 27,132 | $ 964,614 | $ 924,929 | $ 39,685 |
| Income | $ 496,493 | $ 469,361 | $ 27,132 | $ 964,614 | $ 924,929 | $ 39,685 |
| **Operating Expense** | | | | | | |
| Administration | | | | | | |
| Wages Staff | 33,746 | 30,470 | (3,276) | 69,722 | 63,937 | (5,785) |
| Wages Accounting | 5,595 | 21,256 | 15,661 | 27,795 | 44,656 | 16,861 |
| Wages Reception | 15,959 | 28,309 | 12,350 | 39,626 | 59,651 | 20,025 |
| Wages OT | 315 | 0 | (315) | 779 | 0 | (779) |

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | |
| Fica Expense Bu | 4,132 | 6,123 | 1,991 | 10,765 | 12,871 | 2,106 |
| Futa/Suta Bu | 590 | 853 | 263 | 2,955 | 1,706 | (1,249) |
| Worker'S Compensation Bu-Premium | 4,667 | 3,801 | (866) | 9,333 | 7,602 | (1,731) |
| Wages Pto | 423 | 0 | (423) | 423 | 0 | (423) |
| Name Badges | 29 | 50 | 21 | 243 | 100 | (143) |
| Group Health Insurance | 23,272 | 28,000 | 4,728 | 43,528 | 56,000 | 12,472 |
| Flex Medical - ER | 957 | 2,792 | 1,835 | 2,605 | 5,584 | 2,979 |
| Contract Labor | 1,225 | 0 | (1,225) | 1,225 | 0 | (1,225) |
| 403B Employer Contribution | 3,406 | 2,075 | (1,331) | 7,080 | 4,150 | (2,930) |
| 403B Consulting Fees | 208 | 117 | (91) | 417 | 234 | (183) |
| Employees Physicals & Labs | 1,143 | 525 | (618) | 1,149 | 1,050 | (99) |
| Payroll Services | 1,814 | 1,500 | (314) | 4,145 | 3,000 | (1,145) |
| Safety Program | 0 | 150 | 150 | 0 | 300 | 300 |
| Recruiting | 12,500 | 417 | (12,083) | 12,500 | 834 | (11,666) |
| Orientation | 0 | 250 | 250 | 0 | 500 | 500 |
| Employee Appreciation | 0 | 50 | 50 | 0 | 100 | 100 |
| Consultant | 125 | 0 | (125) | 250 | 0 | (250) |
| Equipment Rental | 1,128 | 319 | (809) | 1,478 | 638 | (840) |
| Travel | 0 | 2,250 | 2,250 | 0 | 4,500 | 4,500 |
| Dues & Subscriptions | 404 | 1,100 | 696 | 809 | 2,200 | 1,391 |
| Training & Education | 0 | 500 | 500 | 0 | 1,000 | 1,000 |
| Software Application | 7,023 | 10,613 | 3,590 | 14,135 | 21,226 | 7,091 |
| CSX IT Managed Services | 2,331 | 0 | (2,331) | 3,996 | 0 | (3,996) |
| Supplies | 485 | 1,100 | 615 | 924 | 2,200 | 1,276 |
| Postage | 137 | 400 | 263 | 157 | 800 | 643 |
| Uniforms | 0 | 184 | 184 | 0 | 368 | 368 |
| Utilities - Telephone | 1,917 | 4,450 | 2,533 | 4,383 | 8,900 | 4,517 |
| Contract Services | 1,608 | 750 | (858) | 2,684 | 1,500 | (1,184) |
| Professional Fees | 0 | 667 | 667 | 0 | 1,334 | 1,334 |
| Legal & Accounting | 9,060 | 14,999 | 5,939 | 15,600 | 29,998 | 14,398 |
| License Fees | 0 | 250 | 250 | 23 | 2,900 | 2,878 |
| Bank Service Charges | 2,576 | 2,634 | 58 | 4,497 | 5,268 | 771 |
| Late Charges & Fees | 116 | 0 | (116) | 163 | 0 | (163) |
| Real Estate Taxes | 34,760 | 33,333 | (1,427) | 69,519 | 66,666 | (2,853) |
| Personal Property Tax Expense | 1,250 | 0 | (1,250) | 2,500 | 0 | (2,500) |
| Auto Insurance | 2,641 | 2,641 | (0) | 5,282 | 5,282 | (0) |
| General & Professional Liability Ins. | 30,426 | 0 | (30,426) | 60,852 | 0 | (60,852) |
| Property Insurance | 45,783 | 55,796 | 10,013 | 91,565 | 111,592 | 20,027 |
| Cyber Insurance | 274 | 274 | (0) | 549 | 548 | (1) |
| Liability Insurance - Umbrella Premiums | 0 | 18,704 | 18,704 | 0 | 37,408 | 37,408 |

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 18 of 23

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

Case 8:20-ap-00007-CPM    Doc 440-9    Filed 11/15/23    Page 19 of 23

|  | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Expense** |  |  |  |  |  |  |
| Management Fees | 25,000 | 30,342 | 5,342 | 51,500 | 59,898 | 8,398 |
| LifeCare HC Benefits | 10,121 | 5,160 | (4,961) | 20,530 | 14,328 | (6,202) |
| Bad Debt-Private | 0 | 250 | 250 | 0 | 500 | 500 |
| Board Expense | 6,667 | 10,000 | 3,333 | 13,333 | 20,000 | 6,667 |
| Total Administration | $ 293,814 | $ 323,454 | $ 29,640 | $ 599,019 | $ 661,329 | $ 62,310 |
| **Reception** |  |  |  |  |  |  |
| Futa/Suta Bu | (316) | 0 | 316 | (316) | 0 | 316 |
| Wages Pto | 316 | 0 | (316) | 316 | 0 | (316) |
| **Transportation** |  |  |  |  |  |  |
| Wages Staff | 9,296 | 12,163 | 2,867 | 20,462 | 25,629 | 5,167 |
| Wages OT | 297 | 0 | (297) | 433 | 0 | (433) |
| Fica Expense Bu | 667 | 930 | 263 | 1,990 | 1,960 | (30) |
| Futa/Suta Bu | 114 | 199 | 85 | 207 | 398 | 191 |
| Wages Pto | 151 | 0 | (151) | 151 | 0 | (151) |
| Equipment Repair | 4,338 | 300 | (4,038) | 4,396 | 1,100 | (3,296) |
| Fuel Expense | 1,180 | 750 | (430) | 2,028 | 1,500 | (528) |
| Equipment Rental | 2,060 | 2,200 | 140 | 4,120 | 4,400 | 280 |
| Car Lease | 3,114 | 3,114 | 0 | 6,228 | 6,228 | 0 |
| Supplies | 0 | 0 | 0 | 120 | 0 | (120) |
| Uniforms | 0 | 53 | 53 | 0 | 106 | 106 |
| Contract Services | 379 | 0 | (379) | 489 | 0 | (489) |
| Tolls | 0 | 0 | 0 | 6 | 0 | (6) |
| License Fees | 20 | 0 | (20) | 41 | 0 | (41) |
| Total Transportation | $ 21,616 | $ 19,709 | $ (1,907) | $ 40,671 | $ 41,321 | $ 650 |
| **Health and Wellness** |  |  |  |  |  |  |
| Wages Staff | 8,251 | 5,235 | (3,016) | 22,565 | 11,031 | (11,534) |
| Wages OT | 1,193 | 0 | (1,193) | 1,350 | 0 | (1,350) |
| Fica Expense Bu | 1,377 | 400 | (977) | 3,273 | 843 | (2,430) |
| Futa/Suta Bu | 38 | 71 | 33 | 910 | 142 | (768) |
| Wages Pto | 2,788 | 0 | (2,788) | 2,788 | 0 | (2,788) |
| Special Functions | 80 | 0 | (80) | 80 | 0 | (80) |
| Training & Education | 0 | 150 | 150 | 0 | 300 | 300 |
| Supplies | 178 | 250 | 72 | 322 | 500 | 178 |
| Uniforms | 0 | 67 | 67 | 0 | 134 | 134 |
| Contract Services | 0 | 45 | 45 | 0 | 90 | 90 |
| Total Health and Wellness | $ 13,905 | $ 6,218 | $ (7,687) | $ 31,290 | $ 13,040 | $ (18,250) |

ALF

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 20 of 23

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---:|---:|---:|---:|---:|---:|
| **Operating Expense** | | | | | | |
| Wages Staff | 7,815 | 7,385 | (430) | 15,630 | 15,561 | (69) |
| Fica Expense Bu | 0 | 400 | 400 | 0 | 843 | 843 |
| Futa/Suta Bu | 0 | 537 | 537 | 0 | 1,074 | 1,074 |
| Consultants | 428 | 750 | 323 | 428 | 1,500 | 1,073 |
| Training & Education | 811 | 0 | (811) | 1,623 | 0 | (1,623) |
| Software Application | 181 | 0 | (181) | 361 | 0 | (361) |
| Licensing | 0 | 417 | 417 | 0 | 834 | 834 |
| Total ALF | $    9,234 | $    9,489 | $    255 | $    18,041 | $    19,812 | $    1,771 |
| **Lifestyles** | | | | | | |
| Wages Staff | 15,690 | 17,027 | 1,337 | 31,607 | 35,744 | 4,137 |
| Wages Bonus | 50 | 0 | (50) | 50 | 0 | (50) |
| Fica Expense Bu | 1,222 | 1,303 | 81 | 2,667 | 2,735 | 68 |
| Futa/Suta Bu | 22 | 178 | 156 | 735 | 356 | (379) |
| Wages Pto | 190 | 0 | (190) | 190 | 0 | (190) |
| Travel | 0 | 275 | 275 | 0 | 550 | 550 |
| Special Events | 2,091 | 3,800 | 1,709 | 3,276 | 7,600 | 4,324 |
| Dues & Subscriptions | 42 | 150 | 108 | 52 | 300 | 248 |
| Supplies | 86 | 750 | 664 | 86 | 1,500 | 1,414 |
| Uniforms | 0 | 53 | 53 | 0 | 106 | 106 |
| Contract Services | 833 | 1,500 | 667 | 1,667 | 3,000 | 1,333 |
| License Fees | 0 | 300 | 300 | 0 | 600 | 600 |
| Total Lifestyles | $    20,226 | $    25,336 | $    5,110 | $    40,329 | $    52,491 | $    12,162 |
| **Culinary Services** | | | | | | |
| Wages Staff | 50,763 | 0 | (50,763) | 118,363 | 0 | (118,363) |
| Wages - Overtime | 1,078 | 0 | (1,078) | 2,156 | 0 | (2,156) |
| Salary Recognition | 0 | 0 | 0 | 50 | 0 | (50) |
| Fica Expense Bu | 3,901 | 0 | (3,901) | 9,436 | 0 | (9,436) |
| Futa/Suta Bu | 563 | 0 | (563) | 2,951 | 0 | (2,951) |
| Contract Labor | 470 | 0 | (470) | 1,632 | 0 | (1,632) |
| Raw Food | 22,578 | 0 | (22,578) | 42,374 | 0 | (42,374) |
| Beverage | 751 | 0 | (751) | 1,674 | 0 | (1,674) |
| Paper & Disposables | 2,300 | 0 | (2,300) | 3,490 | 0 | (3,490) |
| Chemical & Janitorial | 957 | 0 | (957) | 1,299 | 0 | (1,299) |
| Fuel Surcharges | 39 | 0 | (39) | 56 | 0 | (56) |
| Equipment Repair | 494 | 3,242 | 2,748 | 494 | 4,784 | 4,290 |
| Small Equipment | 0 | 500 | 500 | 0 | 1,000 | 1,000 |
| Equipment Rental | 1,016 | 950 | (66) | 2,090 | 1,900 | (190) |
| Special Events | 47 | 0 | (47) | 47 | 0 | (47) |
| Supplies | 88 | 150 | 62 | 1,572 | 300 | (1,272) |

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 21 of 23

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | |
| Contract Services | 708 | 183,000 | 182,292 | 1,300 | 366,000 | 364,700 |
| Total Culinary Services | $ 85,754 | $ 187,842 | $ 102,088 | $ 188,984 | $ 373,984 | $ 185,000 |
| **Housekeeping** | | | | | | |
| Wages Staff | 34,624 | 36,033 | 1,409 | 78,809 | 75,904 | (2,905) |
| Wages OT | 27 | 0 | (27) | 140 | 0 | (140) |
| Fica Expense Bu | 2,680 | 2,757 | 77 | 6,142 | 5,807 | (335) |
| Futa/Suta Bu | 383 | 660 | 277 | 2,169 | 1,320 | (849) |
| Wages Pto | 2,166 | 0 | (2,166) | 2,166 | 0 | (2,166) |
| Equipment Repair | 0 | 150 | 150 | 0 | 300 | 300 |
| Software Application | 445 | 605 | 160 | 890 | 1,210 | 320 |
| Supplies | 2,000 | 2,750 | 750 | 4,364 | 5,500 | 1,136 |
| Uniforms | 0 | 173 | 173 | 40 | 346 | 306 |
| Total Housekeeping | $ 42,325 | $ 43,128 | $ 803 | $ 94,719 | $ 90,387 | $ (4,332) |
| **Laundry** | | | | | | |
| Wages Staff | 4,861 | 4,504 | (357) | 10,266 | 9,491 | (775) |
| Wages OT | 4 | 0 | (4) | 5 | 0 | (5) |
| Fica Expense Bu | 335 | 345 | 10 | 810 | 726 | (84) |
| Futa/Suta Bu | 58 | 91 | 33 | 306 | 182 | (124) |
| Wages Pto | 250 | 0 | (250) | 250 | 0 | (250) |
| Linen & Bedding Expense | 2,214 | 750 | (1,464) | 2,214 | 1,500 | (714) |
| Equipment Repair | 0 | 500 | 500 | 703 | 1,000 | 297 |
| Equipment Rental | 3,638 | 3,533 | (105) | 7,276 | 7,066 | (210) |
| Supplies | 969 | 525 | (444) | 1,880 | 1,050 | (830) |
| Uniforms | 0 | 27 | 27 | 0 | 54 | 54 |
| Total Laundry | $ 12,329 | $ 10,275 | $ (2,054) | $ 23,710 | $ 21,069 | $ (2,641) |
| **Maintenance** | | | | | | |
| Wages Staff | 29,256 | 34,334 | 5,078 | 64,908 | 72,213 | 7,305 |
| Wages OT | 185 | 0 | (185) | 301 | 0 | (301) |
| Fica Expense Bu | 2,183 | 2,627 | 444 | 5,311 | 5,525 | 214 |
| Futa/Suta Bu | 138 | 355 | 217 | 1,564 | 710 | (854) |
| Wages Pto | 2,477 | 0 | (2,477) | 2,477 | 0 | (2,477) |
| Equipment Repair | 2,044 | 9,400 | 7,356 | 3,419 | 18,800 | 15,381 |
| Fuel | 113 | 0 | (113) | 113 | 0 | (113) |
| Small Equipment | 509 | 0 | (509) | 1,145 | 0 | (1,145) |
| Software Application | 1,057 | 738 | (319) | 2,115 | 1,476 | (639) |
| Supplies | 3,753 | 8,000 | 4,247 | 7,531 | 16,000 | 8,469 |
| Uniforms | 0 | 147 | 147 | 110 | 294 | 184 |
| Utilities - Cable/Internet | 0 | 0 | 0 | 47 | 0 | (47) |

## Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
## February 28, 2023

Case 8:20-ap-00007-CPM   Doc 440-9   Filed 11/15/23   Page 22 of 23

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | |
| Pest Control | 2,324 | 2,500 | 176 | 5,349 | 5,000 | (349) |
| Contract Services | 9,959 | 6,956 | (3,003) | 15,151 | 15,667 | 516 |
| Utilities-Gas | 4,615 | 4,525 | (90) | 10,170 | 9,050 | (1,120) |
| Utilities-Electricity | 36,039 | 36,387 | 348 | 76,544 | 72,774 | (3,770) |
| Utilities-Water | 23,616 | 26,000 | 2,384 | 47,725 | 52,000 | 4,275 |
| Utilities-Trash | 2,194 | 2,300 | 106 | 4,260 | 4,600 | 340 |
| Utilities - Frontier | 553 | 0 | (553) | 2,949 | 0 | (2,949) |
| Utilities - Spectrum | 11,531 | 15,000 | 3,469 | 24,238 | 30,000 | 5,762 |
| Licensing | 0 | 575 | 575 | 0 | 1,150 | 1,150 |
| Total Maintenance | $ 132,545 | $ 149,844 | $ 17,299 | $ 275,425 | $ 305,259 | $ 29,834 |
| **Grounds** | | | | | | |
| Contract Services | 4,239 | 11,000 | 6,761 | 6,812 | 19,000 | 12,188 |
| Total Grounds | $ 4,239 | $ 11,000 | $ 6,761 | $ 6,812 | $ 19,000 | $ 12,188 |
| **Security** | | | | | | |
| Supplies | 158 | 0 | (158) | 285 | 0 | (285) |
| Contract Services | 4,500 | 5,000 | 500 | 9,000 | 10,000 | 1,000 |
| Total Security | $ 4,658 | $ 5,000 | $ 343 | $ 9,285 | $ 10,000 | $ 715 |
| **Marketing / Sales** | | | | | | |
| Wages Staff | 28,042 | 34,593 | 6,551 | 64,220 | 72,892 | 8,672 |
| Wages Commissions | 2,000 | 4,500 | 2,500 | 2,900 | 9,000 | 6,100 |
| Fica Expense Bu | 2,417 | 2,646 | 229 | 5,327 | 5,576 | 249 |
| Futa/Suta Bu | 99 | 305 | 206 | 1,107 | 610 | (497) |
| Equipment Rental | 88 | 0 | (88) | 132 | 0 | (132) |
| Travel | 419 | 0 | (419) | 419 | 0 | (419) |
| Special Events | 584 | 10,000 | 9,416 | 1,204 | 22,000 | 20,796 |
| Software Application | 1,618 | 980 | (638) | 2,468 | 1,960 | (508) |
| Supplies | 192 | 0 | (192) | 318 | 0 | (318) |
| Advertising | 1,625 | 0 | (1,625) | 1,625 | 0 | (1,625) |
| Move In Incentives | 0 | 3,000 | 3,000 | 0 | 6,000 | 6,000 |
| Creative Follow Up | 852 | 0 | (852) | 852 | 0 | (852) |
| Promotional Expense | 64 | 0 | (64) | 128 | 0 | (128) |
| Creating Results | 0 | 51,350 | 51,350 | 13,387 | 102,700 | 89,313 |
| Solutions Advisors | 50,158 | 0 | (50,158) | 70,558 | 0 | (70,558) |
| Contract Services | 0 | 0 | 0 | 165 | 0 | (165) |
| Total Marketing / Sales | $ 88,159 | $ 107,374 | $ 19,215 | $ 164,810 | $ 220,738 | $ 55,928 |
| Expenses | $ 728,805 | $ 898,669 | $ 169,864 | $ 1,493,095 | $ 1,828,430 | $ 335,336 |

# Tampa Life Plan Village, Inc.
## Actual vs Budget Statement of Operations
### February 28, 2023

| | Current Actual | Current Budget | Variance | YTD Actual | YTD Budget | Variance |
|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | |
| Net Expense | $ (232,312) | $ (429,308) | $ 196,996 | $ (528,481) | $ (903,501) | $ 375,020 |
| **Non-Operating Expense** | | | | | | |
| Non Operating Income / Expense | | | | | | |
| Interest 2020A Bonds | 377,781 | 378,589 | 808 | 755,563 | 757,178 | 1,616 |
| Interest 2020B Bonds | 90,756 | 90,948 | 192 | 181,511 | 181,896 | 385 |
| Interest 2022A Bonds | 16,391 | 0 | (16,391) | 36,425 | 0 | (36,425) |
| Interest 2022B Bonds | 35,372 | 0 | (35,372) | 78,604 | 0 | (78,604) |
| DeprecLandImprovements | 2,281 | 2,858 | 577 | 4,562 | 5,716 | 1,154 |
| DeprecBuildings | 71,858 | 90,039 | 18,181 | 143,716 | 180,078 | 36,362 |
| DeprecBuildingImprovements | 11,992 | 15,022 | 3,030 | 23,981 | 30,044 | 6,063 |
| DeprecFurniture&Equipment | 49,554 | 62,081 | 12,527 | 99,098 | 124,162 | 25,064 |
| Amort Of Goodwill Exp | 35,527 | 35,527 | 0 | 71,053 | 71,054 | 1 |
| 2020A Issuance Amort | 6,060 | 6,613 | 553 | 12,121 | 13,226 | 1,105 |
| 2020B Issuance Amort | 10,055 | 7,387 | (2,668) | 20,110 | 14,774 | (5,336) |
| 2020A Discount Amort | 16,565 | 14,338 | (2,227) | 33,130 | 28,676 | (4,454) |
| 2020B Discount Amort | 6,541 | 5,662 | (879) | 13,081 | 11,324 | (1,757) |
| Total Non Operating Income / Expense | $ 730,732 | $ 709,064 | $ (21,668) | $ 1,472,955 | $ 1,418,128 | $ (54,827) |
| Non-Operating Expense | $ 730,732 | $ 709,064 | $ (21,668) | $ 1,472,955 | $ 1,418,128 | $ (54,827) |
| Net Income (Loss) | $ (963,044) | $ (1,138,372) | $ 175,328 | $ (2,001,436) | $ (2,321,629) | $ 320,193 |

Case 8:20-ap-00007-CPM    Doc 440-9    Filed 11/15/23    Page 23 of 23