

**Oscher Consulting, PLLC**
One Tampa City Center
201 N. Franklin St., Ste. 3150
Tampa, FL 33602
(813) 229-8250

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

| INVOICE DATE | INVOICE NO. |
|---|---|
| February 14, 2023 | 23-1200 |

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL 33602

| DATE | HOURS | | WORK PERFORMED Re: Westport Holdings | FEES |
|---|---|---|---|---|
| 1/12/23 | 1.50 | SSO | Meeting with Mr. Warren; Document review | $675.00 |
| 1/13/23 | 0.75 | SSO | Document review | 337.50 |
| 1/13/23 | 1.00 | LAU | Document review | 400.00 |
| 1/16/23 | 2.00 | LAU | Document review | 800.00 |
| 1/18/23 | 1.50 | LAU | Document review | 600.00 |
| 1/19/23 | 2.00 | LAU | Document review and analysis | 800.00 |
| 1/20/23 | 0.50 | SSO | Document review | 225.00 |
| 1/20/23 | 2.00 | TP | Document review | 175.00 |
| 1/20/23 | 2.00 | LAU | Document review and analysis | 800.00 |
| 1/23/23 | 1.75 | LAU | Document review and analysis | 700.00 |
| 1/25/23 | 2.25 | LAU | Document review and analysis | 900.00 |
| 1/26/23 | 2.50 | LAU | Document review and analysis | 1,000.00 |
| 1/27/23 | 2.00 | LAU | Document review and analysis | 800.00 |
| 1/31/23 | 0.50 | SSO | Document review | 225.00 |
| | 21.25 | | | |
| | | | **TOTAL FOR THIS INVOICE:** | 8,437.50 |

Provider(s):
SSO/ Steven S. Oscher          3.25 hours
LAU/ Lisl A. Unterholzner     17.00 hours
TP/ Tara Puigdomenech          1.00 hour

**THANK YOU!**

**TOTAL AMOUNT DUE:**  $8,437.50



EXHIBIT
2
Unterholzner
PENGAD 800-631-6989



**Oscher Consulting, PLLC**
**One Tampa City Center**
**201 N. Franklin St., Ste. 3150**
**Tampa, FL  33602**
**(813) 229-8250**

| INVOICE DATE | INVOICE NO. |
|---|---|
| **March 16, 2023** | **23-1201** |

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL  33602

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | **Re: Westport Holdings** | |
| 2/3/23 | 1.50 | LAU | Document review and analysis | $600.00 |
| 2/6/23 | 1.00 | TP | Document review and analysis | 175.00 |
| 2/6/23 | 1.08 | LAU | Document review and analysis | 432.00 |
| 2/16/23 | 1.00 | TP | Document review and analysis | 175.00 |
| 2/23/23 | 3.00 | TP | Document review | 525.00 |
| | 7.58 | | **TOTAL FOR THIS INVOICE:** | 1,907.00 |

Provider(s):
LAU/ Lisl A. Unterholzner      2.58 hours
TP/ Tara Puigdomenech          5.00 hours

Outstanding:
Invoice # 23-1200 dated 2/14/2023                   8,437.50

*The retainer of $15,000 received 1/19/2023 will be applied to the final invoice.*

**THANK YOU!**

| | **TOTAL AMOUNT DUE:** | **$10,344.50** |
|---|---|---|



**Oscher Consulting, PLLC**
**One Tampa City Center**
**201 N. Franklin St., Ste. 3150**
**Tampa, FL  33602**
**(813) 229-8250**

| INVOICE DATE | INVOICE NO. |
|---|---|
| **April 11, 2023** | **23-1202** |

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL  33602

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | **Re: Westport Holdings** | |
| 3/13/23 | 1.75 | LAU | Document review and analysis | $700.00 |
| 3/16/23 | 1.08 | LAU | Document review | 432.00 |
| 3/21/23 | 4.00 | LAU | Document review and analysis | 1,600.00 |
| 3/22/23 | 2.58 | LAU | Document review and analysis | 1,032.00 |
| 3/30/23 | 5.00 | LAU | Document review and analysis | 2,000.00 |
| **14.41** | | | **TOTAL FOR THIS INVOICE:** | **5,764.00** |
| | | | Provider(s): | |
| | | | LAU/ Lisl A. Unterholzner        14.41 hours | |
| | | | Outstanding: | |
| | | | Invoice # 23-1200 dated 2/14/2023 | 8,437.50 |
| | | | Invoice # 23-1201 dated 3/16/2023 | 1,907.00 |
| | | | *The retainer of $15,000 received 1/19/2023 will be applied to the final invoice.* | |
| | | | **THANK YOU!** | |
| | | | **TOTAL AMOUNT DUE:** | **$16,108.50** |



**Oscher Consulting, PLLC**
**One Tampa City Center**
**201 N. Franklin St., Ste. 3150**
**Tampa, FL  33602**
**(813) 229-8250**

| INVOICE DATE | INVOICE NO. |
|---|---|
| May 10, 2023 | 23-1203 |

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL  33602

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | **Re: Westport Holdings** | |
| 4/3/23 | 2.17 | LAU | Document review and analysis | $868.00 |
| 4/6/23 | 3.58 | LAU | Document review and analysis; Call with Mr. Warren; Meeting with Mr. Warren and Mr. Appleby | 1,432.00 |
| 4/7/23 | 3.67 | LAU | Document review and analysis | 1,468.00 |
| 4/10/23 | 1.25 | LAU | Document review and analysis | 500.00 |
| 4/11/23 | 3.42 | LAU | Document review and analysis | 1,368.00 |
| 4/12/23 | 2.00 | TP | Document review | 350.00 |
| 4/12/23 | 1.92 | LAU | Document review and analysis | 768.00 |
| 4/13/23 | 2.00 | TP | Document review | 350.00 |
| 4/13/23 | 3.58 | LAU | Document review and analysis | 1,432.00 |
| 4/14/23 | 2.00 | TP | Document review | 350.00 |
| 4/14/23 | 6.25 | LAU | Document review and analysis; Meeting with Mr. Warren and Mr. Appleby | 2,500.00 |
| 4/16/23 | 1.00 | TP | Document review | 175.00 |
| 4/16/23 | 4.00 | LAU | Draft report | 1,600.00 |
| 4/17/23 | 2.00 | TP | Document review | 350.00 |
| 4/17/23 | 4.33 | LAU | Report preparation; Call with Mr. Appleby and Mr. Warren; Finalize report | 1,732.00 |
| 4/18/23 | 1.25 | LAU | Document review and analysis; Call with Mr. Appleby and Mr. Warren | 500.00 |
| 4/19/23 | 1.75 | LAU | Call with Mr. Warren; Document review | 700.00 |
| 4/20/23 | 1.92 | LAU | Document review; Prepare deposition questions | 768.00 |

(continued)

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| 4/25/23 | 2.67 | LAU | Document review; Prepare deposition questions | 1,068.00 |
| | 50.76 | | **TOTAL FOR THIS INVOICE:** | **18,279.00** |

Provider(s):
LAU/ Lisl A. Unterholzner      41.76 hours
TP/ Tara Puigdomenech      9.00 hours

Prior Outstanding:

| | |
|---|---|
| Invoice # 23-1200 dated 2/14/2023 | $8,437.50 |
| Invoice # 23-1201 dated 3/16/2023 | 1,907.00 |
| Invoice # 23-1202 dated 4/11/2023 | 5,764.00 |
| APPLY RETAINER | (15,000.00) |
| **TOTAL FOR PRIOR OUTSTANDING:** | **1,108.50** |

**THANK YOU!**

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$19,387.50** |



**Oscher Consulting, PLLC**
**One Tampa City Center**
**201 N. Franklin St., Ste. 3150**
**Tampa, FL  33602**
**(813) 229-8250**

| INVOICE DATE | INVOICE NO. |
|---|---|
| June 16, 2023 | 23-1204 |

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL  33602

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | **Re: Westport Holdings** | |
| 5/10/23 | 0.33 | LAU | Phone call with Mr. Warren | $132.00 |
| 5/22/23 | 2.33 | LAU | Document review and analysis | 932.00 |
| 5/31/23 | 1.00 | TP | Document review | 175.00 |
| 5/31/23 | 2.75 | LA | Document review and analysis | 660.00 |
| 5/31/23 | 2.25 | LAU | Document review and analysis | 900.00 |
| | 8.66 | | **TOTAL FOR THIS INVOICE:** | 2,799.00 |

Provider(s):
LAU/ Lisl A. Unterholzner    4.91 hours
TP/ Tara Puigdomenech    1.00 hour
LA/ LuAnne Anderson    2.75 hours

| Prior Outstanding: | |
|---|---|
| Invoice # 23-1200 dated 2/14/2023 | $8,437.50 |
| Invoice # 23-1201 dated 3/16/2023 | 1,907.00 |
| Invoice # 23-1202 dated 4/11/2023 | 5,764.00 |
| APPLY RETAINER | (15,000.00) |
| Invoice # 23-1203 dated 5/10/2023 | 18,279.00 |
| **TOTAL FOR PRIOR OUTSTANDING:** | 19,387.50 |

**THANK YOU!**

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$22,186.50** |



**Oscher Consulting, PLLC**
**One Tampa City Center**
**201 N. Franklin St., Ste. 3150**
**Tampa, FL  33602**
**(813) 229-8250**

| | INVOICE DATE | INVOICE NO. |
|---|---|---|
| | July 21, 2023 | 23-1205 |

BILL TO:
Jeffrey W. Warren, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

REMIT TO:
Oscher Consulting, PLLC
One Tampa City Center
201 N. Franklin St., Suite 3150
Tampa, FL  33602

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | **Re: Westport Holdings** | |
| 6/1/23 | 3.25 | LA | Document review and analysis | $780.00 |
| 6/2/23 | 2.50 | LA | Document review and analysis | 600.00 |
| 6/2/23 | 0.58 | LAU | Document review and analysis | 232.00 |
| 6/3/23 | 4.00 | LA | Document review and analysis | 960.00 |
| 6/4/23 | 0.50 | LA | Document review and analysis | 120.00 |
| 6/5/23 | 2.00 | LA | Document review and analysis | 480.00 |
| 6/6/23 | 2.25 | LA | Document review and analysis | 540.00 |
| 6/7/23 | 2.50 | LAU | Document review and analysis | 1,000.00 |
| 6/8/23 | 1.50 | LA | Document review and analysis | 360.00 |
| 6/9/23 | 5.25 | LA | Document review and analysis | 1,260.00 |
| 6/9/23 | 1.00 | LAU | Document review | 400.00 |
| 6/10/23 | 2.75 | LA | Document review and analysis | 660.00 |
| 6/11/23 | 2.25 | LA | Document review and analysis | 540.00 |
| 6/13/23 | 3.33 | LAU | Meeting with Ms. Elizabeth, Mr. Warren and Mr. Appleby | 1,332.00 |
| 6/14/23 | 0.75 | LAU | Document review | 300.00 |
| 6/17/23 | 2.00 | LAU | Document review and analysis | 800.00 |
| 6/26/23 | 1.50 | LAU | Phone call with Mr. Warren | 600.00 |
| 6/27/23 | 0.42 | LAU | Call with Mr. Warren and Forvis team | 168.00 |
| 6/29/23 | 1.00 | LAU | Report preparation | 400.00 |
| 6/30/23 | 2.17 | LAU | Document review and analysis; Report preparation | 868.00 |
| | 41.50 | | **TOTAL FOR THIS INVOICE:** | 12,400.00 |

Provider(s):
LAU/ Lisl A. Unterholzner          15.25 hours
LA/ LuAnne Anderson               26.25 hours

(continued)

| DATE | HOURS | | WORK PERFORMED | FEES |
|---|---|---|---|---|
| | | | Prior Outstanding: | |
| | | | Invoice # 23-1200 dated 2/14/2023 | $8,437.50 |
| | | | Invoice # 23-1201 dated 3/16/2023 | 1,907.00 |
| | | | Invoice # 23-1202 dated 4/11/2023 | 5,764.00 |
| | | | APPLY RETAINER | (15,000.00) |
| | | | Invoice # 23-1203 dated 5/10/2023 | 18,279.00 |
| | | | Invoice # 23-1204 dated 6/16/2023 | 2,799.00 |
| | | | **TOTAL FOR PRIOR OUTSTANDING:** | **22,186.50** |
| | | | **THANK YOU!** | |
| | | | **TOTAL AMOUNT DUE:** | **$34,586.50** |