#289571.1-#289571.321





advisory

valuation

# APPRAISAL OF THE GOING CONCERN

University Village
12401 North 22nd Street
Tampa, Hillsborough County, Florida 33612

IN AN APPRAISAL REPORT
As of March 6, 2014

Prepared For:
BVM Management, Inc.
P.O. Box 501188
Indianapolis, Indiana 46250



Prepared By:
Cushman & Wakefield Regional, Inc.
Valuation & Advisory
One Tampa City Center, Suite 3600
Tampa, Florida 33602
C&W File ID: 14-8002-900036-001


CUSHMAN &
WAKEFIELD.
VALUATION & ADVISORY

As a matter of environmental responsibility, C&W has adopted a corporate wide program to print our appraisal reports double-sided

# Valuation Process

## METHODOLOGY

There are three generally accepted approaches available in developing an opinion of value: the Cost, Sales Comparison and Income Capitalization approaches. We have considered each in this appraisal to develop an opinion of the market value of the subject property. In appraisal practice, an approach to value is included or eliminated based on its applicability to the property type being valued and the quality of information available. The reliability of each approach is dependent upon the availability of comparability of the market data as well as the motivation and thinking of purchasers.

The valuation process is concluded by analyzing each approach to value used in the appraisal. When more than one approach is used, each approach is judged based on its applicability, reliability, and the quantity and quality of its data. A final value opinion is chosen that either corresponds to one of the approaches to value, or is a correlation of all the approaches used in the appraisal.

We have considered each approach in developing our opinion of the value of the subject property. We discuss each approach below and conclude with a summary of their applicability to the subject property.

### COST APPROACH

The Cost Approach is based upon the premise that an informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements, which represent the highest and best use of the land; or when relatively unique or specialized improvements are located on the site, for which there exist few sales or leases of comparable properties.

In the Cost Approach, the appraiser forms an opinion of the cost of all improvements, depreciating them to reflect value loss from physical, functional and external causes. Land value, entrepreneurial profit and depreciated improvement costs are then added resulting in a value estimate for the subject property.

### SALES COMPARISON APPROACH

The Sales Comparison Approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject property. This approach typically uses a unit of comparison such as price per square foot of building area, price per unit or effective gross income multiplier. When developing an opinion of land value the analysis is based on recent sales of sites of comparable zoning and utility, and the typical units of comparison are price per square foot of land area, price per acre, price per unit, or price per square foot of potential building area. In both cases, adjustments are applied to the units of comparison from an analysis of comparable sales, and the adjusted unit of comparison is then used to derive a value for the subject property.

### INCOME CAPITALIZATION APPROACH

The Income Capitalization Approach first determines the income-producing capacity of a property by using contract rents on existing leases and by estimating market rent from rental activity at competing properties. Deductions then are made for vacancy and collection loss and operating expenses. The resulting net operating income is divided by an overall capitalization rate to derive an opinion of value for the subject property. The capitalization rate represents the relationship between net operating income and value. This method is referred to as Direct Capitalization.

Related to the Direct Capitalization Method is the Discounted Cash Flow Method. In this method, periodic cash flows (which consist of net operating income less capital costs) and a reversionary value are developed and



discounted to a present value using an internal rate of return that is determined by analyzing current investor yield requirements for similar investments.

## SUMMARY

This appraisal employs only the Income Capitalization Approach. Based on our analysis and knowledge of the subject property type and relevant investor profiles, it is our opinion that this approach would be considered necessary and applicable for market participants. The subject's age makes it difficult to accurately form an opinion of depreciation and tends to make the Cost Approach unreliable. Furthermore, public information regarding sale transaction details is generally insufficient to provide a reliable foundation for a value estimate. Therefore, we have not employed the Cost Approach or the Sales Comparison Approach to develop an opinion of market value.



# Income Capitalization Approach

## METHODOLOGY

The Income Capitalization Approach is a method of converting the anticipated economic benefits of owning property into a value through the capitalization process. The principle of "anticipation" underlies this approach in that investors recognize the relationship between an asset's income and its value. In order to value the anticipated economic benefits of a particular property, potential income and expenses must be projected, and the most appropriate capitalization method must be selected.

The two most common methods of converting net income into value are Direct Capitalization and Discounted Cash Flow. In direct capitalization, net operating income is divided by an overall capitalization rate to indicate an opinion of market value. In the discounted cash flow method, anticipated future cash flows and a reversionary value are discounted to an opinion of net present value at a chosen yield rate (internal rate of return).

Investors acquiring this type of asset will typically look at year one returns, but must also consider long-term strategies.  Hence, depending upon certain factors, both the direct capitalization and discounted cash flow techniques have merit.

Considering all of the aspects that would influence an investment decision in the subject property, we conclude that the discounted cash flow analysis method is appropriate in this assignment.

## POTENTIAL GROSS INCOME

Management provided financial statements for 2009, 2010, 2011 reflective of the entire campus IL/AL/ALZ/SNF. A budget was provided reflecting when the property is operating as an Independent Living only.  The financial statements are summarized on the following chart.

The subject is a Lifecare community.  The LifeCare contract covers independent living, assisted living and skilled nursing care.  Once beyond independent living, the resident incurs the added fees for the extra two daily meals.

There is only one type of payment source at the subject for Independent Living or Assisted Living services; private pay residents.  This type of payor is generally considered the most desirable since private pay rates allow for greater profitability than any fixed government rate plans.

The subject generates revenue from earned entrance fees (amortized), interest on the un-earned entrance fees/unrestricted assets, monthly rental revenues from the independent living, assisted living, and skilled nursing components of the facility, as well as from other sources such as second person (double occupancy) fees, additional meal revenue, as well as other miscellaneous revenue.

### CCRC FACILITY COMPONENTS OF REVENUE:

There are three main components of income within a CCRC facility, which are typically examined by market participants in three stages.  The components are as follows:

1. Monthly Service Revenue (or Operating Revenue) – this revenue reflects the monthly fees charged to residents for room/board, ancillary care, and miscellaneous income.  It is from this revenue stream that a stabilized operating statement is derived.  This provides the base of the operation and we have found that a typical entrance fee facility investor will expect a modest positive return on their base operation.  The other sources of income (entrance fee and interest income) act to supplement this income, however, they are not considered Operating Revenue, as such, they are not used to formulate a stabilized operating statement.



2.  Earned Entrance Fees – this revenue is not considered a source of Operating Revenue. As such, it is typically not included within a stabilized operating statement. However, this income is analyzed by a potential investor, as such; we have included this income stream within our discounted cash flow on a cash-on-cash basis rather than an amortized basis.

3.  Interest Income – this revenue is not considered a source of Operating Revenue. As such, it is typically not included within a stabilized operating statement. However, this income is analyzed by a potential investor, as such; we have included this income stream within our discounted cash flow.

In the below discussion on revenues and expenses, we isolated the first source of revenue, Operating Revenue derived from Monthly Service Revenue. We have then analyzed the expenses and resulting NOI based only on this revenue. In the next two sections, we examine the impact from the Non-Operating Revenue sources, Interest Income and Earned Entrance Fees, which will be incorporated into the DCF.



Case 8:20-ap-00007-CPM   Doc 441-5   Filed 11/15/23   Page 7 of 33

## University Village
### INCOME AND OPERATING EXPENSE SUMMARY

| | 2009 (January - December) | | | 2010 (January - December) | | | 2011 (January - December) | | | IL Only Budget (January - December) | | | C&W Year 1 Forecast Stabilized | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | $/Unit[1] | %of EGI | Amount | $/Unit[1] | %of EGI | Amount | $/Unit[1] | %of EGI | Amount | $/Unit[1] | %of EGI | Amount | $/Unit[1] | %of EGI |
| **REVENUES** | | | | | | | | | | | | | | | |
| Independent Living Income | $ 8,299,508 | $ 11,495 | 33.53% | $ 8,299,508 | $ 11,495 | 33.53% | $ 9,337,455 | $ 12,933 | 28.57% | $ 9,902,000 | $ 27,737 | 83.99% | $ 16,220,400 | $ 31,805 | |
| Less: Lifecare Utilzation Discount | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ (521,000) | $ (1,459) | -4.42% | $ (567,000) | $ (1,112) | |
| Second Person Fees | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ 1,283,000 | $ 3,594 | 10.88% | $ 1,044,225 | $ 2,048 | |
| New Resident Fees | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ - | $ - | 0.00% | $ 357,000 | $ 700 | |
| Other | $ 16,453,225 | $ 27,129 | 66.47% | $ 16,453,225 | $ 28,486 | 66.47% | $23,350,563 | $ 42,555 | 71.43% | $ 1,125,000 | $ 3,151 | 9.54% | $ - | $ - | |
| **GROSS POTENTIAL REV.** | $ 24,752,733 | $ 40,814 | 100.00% | $ 24,752,733 | $ 42,854 | 100.00% | $ 32,688,018 | $ 59,571 | 100.00% | $ 11,789,000 | $ 33,022 | 100.00% | $ 17,054,625 | $ 34,141 | |
| Vacancy/Collection Loss | Inc. Above | | | Inc. Above | | | Inc. Above | | | Inc. Above | | | $ (4,866,120) | | |
| **TOTAL NET REVENUE** | $ 24,752,733 | $ 40,814 | 100.00% | $ 24,752,733 | $ 42,854 | 100.00% | $ 32,688,018 | $ 59,571 | 100.00% | $ 11,789,000 | $ 33,022 | 100.00% | $ 12,188,505 | $ 34,141 | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| **Departmental** | | | | | | | | | | | | | | | |
| General/Administrative | $ 3,147,492 | $ 5,190 | 12.72% | $ 3,147,492 | $ 5,449 | 12.72% | $ 4,354,009 | $ 7,935 | 13.32% | $ 1,813,000 | $ 5,078 | 15.38% | $ 2,150,000 | $ 6,022 | 17.64% |
| Payroll Taxes & Benefits | $ 2,930,526 | $ 4,832 | 11.84% | $ 2,930,526 | $ 5,074 | 11.84% | $ 2,181,917 | $ 3,976 | 6.67% | $ - | $ - | 0.00% | $ - | $ - | 0.00% |
| Resident Care | $ 6,607,439 | $ 10,895 | 26.69% | $ 6,607,439 | $ 11,439 | 26.69% | $ 6,817,595 | $ 12,425 | 20.86% | $ 211,000 | $ 591 | 1.79% | $ 500,000 | $ 1,401 | 4.10% |
| Food Services | $ 3,258,915 | $ 5,373 | 13.17% | $ 3,258,915 | $ 5,642 | 13.17% | $ 3,332,003 | $ 6,072 | 10.19% | $ 1,896,000 | $ 5,311 | 16.08% | $ 1,925,000 | $ 5,392 | 15.79% |
| Activities | $ 951,919 | $ 1,570 | 3.85% | $ 951,919 | $ 1,648 | 3.85% | $ 687,303 | $ 1,253 | 2.10% | $ 637,000 | $ 1,784 | 5.40% | $ 425,000 | $ 1,190 | 3.49% |
| Housekeeping/Laundry | $ 1,182,658 | $ 1,950 | 4.78% | $ 1,182,658 | $ 2,048 | 4.78% | $ 1,170,921 | $ 2,134 | 3.58% | $ 643,000 | $ 1,801 | 5.45% | $ 750,000 | $ 2,101 | 6.15% |
| Plant Operations | $ 1,635,838 | $ 2,697 | 6.61% | $ 1,635,838 | $ 2,832 | 6.61% | $ 1,912,049 | $ 3,485 | 5.85% | $ 1,008,000 | $ 2,824 | 8.55% | $ 1,350,000 | $ 3,782 | 11.08% |
| Utilities | $ 1,529,662 | $ 2,522 | 6.18% | $ 1,529,662 | $ 2,648 | 6.18% | $ 507,401 | $ 925 | 1.55% | $ 1,060,000 | $ 2,969 | 8.99% | $ 800,000 | $ 2,241 | 6.56% |
| Marketing/Promotions | $ 875,787 | $ 1,444 | 3.54% | $ 875,787 | $ 1,516 | 3.54% | $ 1,140,211 | $ 2,078 | 3.49% | $ 805,000 | $ 2,255 | 6.83% | $ 600,000 | $ 1,681 | 4.92% |
| **Non-Departmental** | | | | | | | | | | | | | | | |
| Real Estate Taxes | $ 645,136 | $ 1,064 | 2.61% | $ 645,136 | $ 1,117 | 2.61% | $ 677,143 | $ 1,234 | 2.07% | $ 521,000 | $ 1,459 | 4.42% | $ 348,600 | $ 976 | 2.86% |
| Property & Liability Insurance | $ 1,244,734 | $ 2,052 | 5.03% | $ 1,244,734 | $ 2,155 | 5.03% | $ 1,049,299 | $ 1,912 | 3.21% | $ 632,000 | $ 1,770 | 5.36% | $ 675,000 | $ 1,891 | 5.54% |
| Management Fees (4% of EGI) | $ 990,109 | $ 1,633 | 4.00% | $ 990,109 | $ 1,714 | 4.00% | $ 1,307,521 | $ 2,383 | 4.00% | $ 449,000 | $ 1,258 | 3.81% | $ 487,540 | $ 1,366 | 4.00% |
| Replacement Reserves ($/Unit) | $ 178,500 | $ 294 | 0.72% | $ 178,500 | $ 309 | 0.72% | $ 178,500 | $ 325 | 0.55% | $ 178,500 | $ 500 | 1.51% | $ 178,500 | $ 500 | 1.46% |
| **TOTAL ALL EXPENSES** | $ 25,178,715 | $ 41,516 | 101.72% | $ 25,178,715 | $ 43,592 | 101.72% | $ 25,315,872 | $ 46,136 | 77.45% | $ 9,853,500 | $ 27,601 | 83.58% | $ 10,189,640 | $ 28,542 | 83.60% |
| **EXPENSE RATIO** | 101.7% | | | 101.7% | | | 77.4% | | | 83.6% | | | 83.6% | | |
| **NET OPERATING INCOME** | $ (425,982) | $ (702) | -1.72% | $ (425,982) | $ (738) | -1.72% | $ 7,372,146 | $ 13,435 | 22.55% | $ 1,935,500 | $ 5,422 | 16.42% | $ 1,998,865 | $ 5,599 | 16.40% |
| **OCCUPANCY** | 84.0% | | | 80.0% | | | 76.0% | | | 70.0% | | | 70.0% | | |

2009, 2010 & 2011 Included Entire Campus. Budget for IL portion only. Forecast C&W Year 1 Includes only Independent Living.

[1] Per Occupied Revenue Unit

CUSHMAN & WAKEFIELD
VALUATION & ADVISORY

## BASE MONTHLY FEES

The following chart details our reconciled base rental rates for all unit types at the subject.  These rates were concluded to in the Competitive Market Analysis section of the report.

| University Village RECONCILED MARKET FEES | | | |
|---|---|---|---|
| Unit Type | Resident Type | No. Units | Market Fee |
| Studio | IL | 24 | $1,800 |
| One-Bedroom | IL | 283 | $2,400 |
| Two-Bedroom | IL | 124 | $3,000 |
| Three-Bedroom | IL | 15 | $3,500 |
| Cottage Two-Bedroom | IL | 64 | $3,200 |

*Companion Suite Rent = 2 Residents Per Unit*

## VACANCY AND COLLECTION LOSS

Both the investor and the appraiser are primarily interested in the annual revenue an income property is likely to produce over a specified period of time, rather than the income it could produce if it were always 100 percent occupied and all tenants were paying their rent in full and on time.  A normally prudent practice is to expect some income loss as tenants vacate, fail to pay rent, or pay their rent late. Model units or other rent loss, if necessary, is addressed separately.

Historical and forecast occupancy levels are shown in the following chart:

| Subject Occupancy | | |
|---|---|---|
| Year | Total | IL |
| 2009 | 84% | |
| 2010 | 80% | |
| 2011 | 76% | |
| IL Only Budget | 70% | 70% |
| DATE OF INSPECTION | 78% | 67% |
| C&W YEAR 1 FORECAST | 70% | 70% |

The 2009, 2010 and 2011 occupancy levels provided reflect the overall campus including assisted living/ memory care and skilled nursing. The budget provided reflected the forecasted independent living occupancy only. At the time of inspection the independent living was at 67 percent and the overall campus at 78 percent occupied. The occupancies of the comparables ranged up to 87 percent.

Considering the subject's occupancy trends in conjunction with the competitor's occupancies, we forecast stabilized vacancy and collection loss of 30.00 percent for the subject as a blended average of all levels of care.



## OTHER REVENUES

In addition to unit or room revenue, the subject receives additional income from additional personal care, new resident fees (community fees), second person fees, as well as miscellaneous revenue from such items as barber/beauty income, laundry services, cable TV revenue, meal and guest fees, food catering, health supplies, etc.

### LIFECARE UTILIZATION DISCOUNT

This relates to the additional costs for additional healthcare services provided to independent living residents, or additional levels of care provided to assisted living residents, not covered within the base rental income figures provided earlier.

| Less: Lifecare Utilization Discount | | |
|---|---|---|
| Year | Total | $/Unit |
| IL Only Budget | -$521,000 | -$1,459 |
| C&W YEAR 1 FORECAST | -$567,000 | -$1,112 |

We forecasted that out of the 150 residents believed to be under a contract for healthcare discounts approximately 15% percent of the residents will need to be paid out the maximum lifetime or some equivalent average of $21,000 to cover additional ancillary healthcare fees. This equates to forecast Year 1 stabilized revenue at $-567,000. This was based on discussions were the property contact that some of the 150 residents may have already used up 100 percent of their discount while in worse case the new ownership could be liable to honor 150 residents at $21,000 each for a total of $3,150,000. Then if any additional units undergo a similar plan this discount payout could continue; however, the range varies from $0 up to $21,000 per resident over their lifetime.

### SECOND PERSON FEES

This revenue relates to the monthly charge for a second occupant in the same unit. This generally consists of either a spouse or sibling. The revenue for this category is shown in the following chart.

| Second Person Fees | | |
|---|---|---|
| Year | Total | $/Unit |
| IL Only Budget | $1,283,000 | $3,594 |
| C&W YEAR 1 FORECAST | $1,044,225 | $2,048 |

According to the *Continuing Care Retirement Communities 2011 Profile,* married couples comprised 42.2 percent of a CCRCs population.

The historical financials for 2009, 2010 and 2011 did not give detail breakdown regarding the second person fees. We forecast Year 1 stabilized second person occupancy at 25.00 percent of the occupied IL units at an average charge per resident of $975 per month. This equates to $1,044,225 on an annual basis. This represents a net revenue figure.

### NEW RESIDENT FEES

The subject charges a one-time fee for all new residents. This is generally referred to a community fee and is a common charge at the competing properties and within the industry. In some instances, facilities will reduce or



waive the community fee as part of an enticement to secure new residents. The revenue for this category is shown in the following chart.

| New Resident Fees | | |
|---|---|---|
| Year | Total | $/Unit |
| C&W YEAR 1 FORECAST | $357,000 | $700 |

The historical financials for 2009, 2010, 2011 and budget did not give detail breakdown regarding the second person fees. However, new resident or community fees at the subject average $5,000 per resident which is consistent within the subject's market area.

According to data by *The State of Seniors Housing 2013* report, in 2012 performance, ASHA reflects length of stay performance resulting in the following annual turnover:

- IL units:  31.6% turnover

- AL units: 54.4% turnover

- AL/ALZ units: 50.3% turnover

For the subject, we estimate that 20 percent of the residents will pay entry or new resident fees of $5,000 during the subsequent 12 months.  This equates to forecast Year 1 stabilized new resident fees at $357,000. This represents a net revenue figure.

## OTHER INCOME

This category includes revenue received from the subject's barber/beauty income, laundry services, cable TV revenue, meal and guest fees, food catering, health supplies, etc.   The revenue for this category is shown in the following chart.

| Other | | |
|---|---|---|
| Year | Total | $/Unit |
| 2009 | $16,453,225 | $27,129 |
| 2010 | $16,453,225 | $28,486 |
| 2011 | $23,350,563 | $42,555 |
| IL Only Budget | $1,125,000 | $3,151 |

For 2009, 2010 and 2011 this other category included all revenues from assisted living/ memory care and skilled nursing. The budget includes other revenues not included in the main revenue from independent living charges. Based on the data, we forecast Year 1 stabilized revenue from this source at $1,125,000.  This represents a net revenue figure.

## CONCESSIONS/RENTAL ALLOWANCES

At the time of inspection, the subject was offering rent concessions.  Concessions are considered a negligible part of the market typically used only to stimulate lease-up of unforeseen vacancies and should not be of any major significance to a property like the subject.  Therefore, no allowance for rent concessions is applied to the subject.



While some CCRCs have arguably encountered more difficulty in leasing vacant units in recent years, not all CCRC models are struggling and not even all entry-fee based CCRCs are struggling as certain regions have encountered less housing market fall-out. CCRCs have also experienced census issues as residents have delayed entry for economic reasons, and the downturn in the stock market coupled with declining interest yields paid on fixed investments has put pressure on the prospective resident's ability to pay monthly service fees. However, the investment markets have added back some value to previously shrunk portfolios.

Areas more prone to problems include new, unstabilized developments, or CCRCs in markets where housing sales are significantly depressed. Additionally larger suburban and urban market locations where options within the price range are plentiful may also offer more difficult sales challenges.

Well-managed CCRCs have taken extreme care to safeguard their organization's financial soundness in order to protect the resources that residents have devoted to the community. The subject has offered a limited degree of financial charitable assistance. We have forecast a reduction in this allowance under a for-profit operator.

## EFFECTIVE GROSS INCOME

The following table summarizes the projected estimate of stabilized income based on the above findings. The stabilized revenues are based on current market rents and trends and reflect what we consider a typical purchaser would anticipate.

| University Village STABILIZED YEAR 1 OPERATING INCOME | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNIT TYPE | RESIDENT TYPE | NO. UNITS | MONTHLY RATE | | INCOME | | PER UNIT1 |
| Studio | IL | 24 | $ | 1,800 | $ | 518,400 | |
| One-Bedroom | IL | 283 | $ | 2,400 | $ | 8,150,400 | |
| Two-Bedroom | IL | 124 | $ | 3,000 | $ | 4,464,000 | |
| Three-Bedroom | IL | 15 | $ | 3,500 | $ | 630,000 | |
| Cottage Two-Bedroom | IL | 64 | $ | 3,200 | $ | 2,457,600 | |
| TOTAL RENTAL REVENUE | | 510 | | | $ | 16,220,400 | $ 31,805 |
| POTENTIAL GROSS INCOME | | 510 | | | $ | 16,220,400 | |
| LESS: IL VACANCY & COLLECTION LOSS @ | | | 30.0% | | $ | (4,866,120) | |
| Less: Lifecare Utilization Discount | | | 150 | $21,000 x 18% | $ | (567,000) | $ (1,112) |
| Add: Second Person | | | 25% | $ 975 | $ | 1,044,225 | $ 2,048 |
| Add: New Resident Fees | | | 20% | $ 5,000 | $ | 357,000 | $ 700 |
| Add: Other | | | | | $ | - | $ - |
| EFFECTIVE GROSS INCOME | | | | | $ | 12,188,505 | $ 34,141 |

1 Per Occupied Unit

* Companion Suites Rates Based on 2 Persons Per Unit



## HISTORICAL COMPARISON

The following chart details effective gross income (EGI) for the property.

| Effective Gross Income (EGI) | | |
|---|---|---|
| Year | Total | $/Occ. Unit |
| 2009 | $24,752,733 | $40,814 |
| 2010 | $24,752,733 | $42,854 |
| 2011 | $32,688,018 | $59,571 |
| IL Only Budget | $11,789,000 | $33,022 |
| C&W YEAR 1 FORECAST | $12,188,505 | $34,141 |

## OPINION OF EXPENSES

We developed an opinion of the property's annual operating expenses after reviewing its historical performance and reviewing the operating statements of similar senior living properties. The operating information for the property was summarized previously.

We supported our estimate of projected expenses with other senior living facilities in the region, as well as from overall industry statistics. We also note that the reader is cautioned when reviewing the comparable expenses for individual facilities, in that the reporting of expenses varies by property and that different congregate living facilities offer different services. All comparisons will be made on an *actual unit* basis.

### EXPENSE COMPARABLES

The expense comparables are summarized in the following chart. All comparisons are made on a per occupied unit basis.

We have applied a 3.0% per annum increase to trend the comparable expenses to current.



UNIVERSITY VILLAGE

INCOME CAPITALIZATION APPROACH          73

## SUMMARY OF COMPARABLE OPERATING EXPENSES
### SENIOR LIVING FACILITIES

| Facility Name | Confidential | | Confidential | | Confidential | | Confidential | | Confidential | |
|---|---|---|---|---|---|---|---|---|---|---|
| Region | Southeast Region | | Southeast Region | | Southeast Region | | Southeast Region | | Southeast Region | |
| Reporting Period | 2012 | | 2013 | | 2012 | | 2012 | | 2012 | |
| Year Built | 1987, 2007 & 2008 | | 1988 | | 1990 | | 2009 | | 1998 | |
| No. of IL Units | 0 | | 75 | | 303 | | 185 | | 257 | |
| No. of AL/ALZ Units | 32 | | 74 | | 36 | | 0 | | 88 | |
| No. of SNF Beds | 32 | | 149 | | 339 | | 185 | | 345 | |
| Total Units | 29.5 | | 134.1 | | 276 | | 128 | | 334 | |
| Occupancy | 92% | | 84% | | 81% | | 69% | | 96% | |
| | Per Occ. Unit | | Per Occ. Unit | | Per Occ. Unit | | Per Occ. Unit | | Per Occ. Unit | |
| **TOTAL NET REVENUES*** | $ 23,533 | | $ 32,294 | | $ 64,454 | | $ 67,107 | | $ 46,088 | |
| **EXPENSES** | | | | | | | | | | |
| General & Administrative | $1,922 | 8.2% | $3,626 | 11.2% | $21,250 | 33.0% | $0 | 0.0% | $2,832 | 6.1% |
| Payroll Taxes & Benefits | $1,268 | 5.4% | $2,699 | 8.4% | $0 | 0.0% | $625 | 0.9% | $3,308 | 7.2% |
| Resident Care | $2,773 | 11.8% | $5,534 | 17.1% | $2,191 | 3.4% | $5,622 | 8.4% | $7,600 | 16.5% |
| Food Services | $566 | 2.4% | $457 | 1.4% | $342 | 0.5% | $541 | 0.8% | $1,126 | 2.4% |
| Activities | $117 | 0.5% | $697 | 2.2% | $952 | 1.5% | $958 | 1.4% | $1,481 | 3.2% |
| Housekeeping | $1,230 | 5.2% | $5,351 | 16.6% | $2,293 | 3.6% | $3,956 | 5.9% | $1,533 | 3.3% |
| Plant Operations | $1,823 | 7.7% | $2,078 | 6.4% | $2,989 | 4.6% | $0 | 0.0% | $2,437 | 5.3% |
| Utilities | $9 | 0.0% | $3,249 | 10.1% | $1,019 | 1.6% | $708 | 1.1% | $2,464 | 5.3% |
| Marketing/Promotions | $0 | 0.0% | $28 | 0.1% | $1,313 | 2.0% | $3,015 | 4.5% | $1,130 | 2.5% |
| Real Estate Taxes | $600 | 2.6% | $359 | 1.1% | $1,180 | 1.8% | $516 | 0.8% | $1,630 | 3.5% |
| Insurance | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% |
| **ADJUSTED OPERATING EXPENSES** | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% |
| Management Fee 4.0% | $1,498 | 6.4% | $939 | 2.9% | $2,610 | 4.0% | $2,315 | 3.4% | $2,212 | 4.8% |
| Expense Ratio Before Reserves | | 6.4% | | 3.5% | | 4.0% | | 3.4% | | 4.8% |
| Reserves | $0 | | $0 | | $0 | | $0 | | $0 | |

*Revenues exclude income from Entrance Fees or Interest Income.

*All comparisons based on per occupied unit*


CUSHMAN &
WAKEFIELD
VALUATION & ADVISORY

We also provide data from the most recent publication of *The State of Seniors Housing 2013* report. We note the expense categories do not match exactly those presented in our expense comparables; however, most line items appear to reflect similar categorization.

| | CCRC OPERATING EXPENSES ASHA PUBLICATION | | | | |
|---|---|---|---|---|---|
| | ASHA Lower Decile | ASHA Lower Quartile | ASHA Median | ASHA Upper Quartile | ASHA Upper Decile |
| Reporting Period | 2012 | 2012 | 2012 | 2012 | 2012 |
| TOTAL NET REVENUES (Revenues Including Net Entrance Fees and Interest Income) | $36,882 | $43,598 | $59,317 | $88,315 | $101,921 |
| EXPENSES | | | | | |
| General & Administrative | $2,077 | $1,904 | $3,073 | $2,754 | $3,209 |
| All Other Operating Expenses | $6,400 | $7,099 | $9,366 | $14,341 | $15,805 |
| Payroll Taxes & Benefits | $3,193 | $3,598 | $4,041 | $4,892 | $5,342 |
| Resident Care | $5,689 | $6,163 | $7,222 | $10,340 | $10,799 |
| Food Services | $4,971 | $5,930 | $6,476 | $8,275 | $8,897 |
| Activities | $257 | $257 | $465 | $1,001 | $1,230 |
| Housekeeping | $971 | $1,173 | $1,254 | $2,146 | $2,299 |
| Plant Operations | $1,458 | $1,841 | $1,807 | $3,099 | $2,459 |
| Utilities | $1,650 | $1,982 | $2,217 | $3,295 | $3,419 |
| Marketing/Promotions | $1,087 | $1,054 | $1,895 | $2,269 | $2,357 |
| Real Estate Taxes | $963 | $1,475 | $1,260 | $2,975 | $3,798 |
| Insurance | $518 | $620 | $536 | $1,068 | $1,239 |
| Management Fee | $1,016 | $1,340 | $1,691 | $2,388 | $2,523 |
| Reserves | n/a | $3,096 | $3,647 | $5,047 | n/a |
| Expense Ratio For-Profit Communities Only | | 93.3% | 72.5% | 62.3% | |

Source: The State of Seniors Housing, 2012, ASHA.
 Overall Expense ratios are also derived from separate data columns and do not reflect a calculation from the above data.
* All comparable categories based on Actual Occupied Unit.

The following is a discussion and summary of expense items that would be incurred by a typical investor in the operation of the subject facility. The financial data for the subject was presented earlier in this analysis.



## GENERAL & ADMINISTRATIVE

These costs, for the basis of the subject analysis, include office supplies, licenses/permits, dues/subscriptions, travel/meals, communications/telephone, transportation, business licenses, as well as the payroll cost for the administrative staff.

These costs also include the applicable employee benefits for this expense category.

| General/Administrative | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $3,147,492 | $5,190 | 12.72% |
| 2010 | $3,147,492 | $5,449 | 12.72% |
| 2011 | $4,354,009 | $7,935 | 13.32% |
| IL Only Budget | $1,813,000 | $5,078 | 15.38% |
| C&W YEAR 1 FORECAST | $2,150,000 | $6,022 | 17.64% |

The expense comparables showed costs for this category up to $21,250 per occupied unit (average of $5,926 per occupied unit). The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized General and Administrative costs at $2,150,000 or $6,022 per occupied unit.

## PAYROLL TAXES AND BENEFITS

These costs, for the basis of the subject analysis, include cost for the employee pension plan, employee incentives, vacation and holiday pay, employee benefits and payroll taxes.

| Payroll Taxes & Benefits | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $2,930,526 | $4,832 | 11.84% |
| 2010 | $2,930,526 | $5,074 | 11.84% |
| 2011 | $2,181,917 | $3,976 | 6.67% |

The expense comparables showed costs for this category up to $3,308 per occupied unit (average of $1,580 per occupied unit). The subject's actual expenses are supported by the expense comparables.

## RESIDENT CARE

This expense is for the costs associated with the personal or assisted living services for the assisted living residents and care provided within the healthcare center. Additionally, residents within the independent living units may purchase optional ancillary healthcare services, which are added a la carte. These include all health care and special needs supplies and related activities, as well as payroll.

These costs also include the applicable employee benefits for this expense category.



| Resident Care | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $6,607,439 | $10,895 | 26.69% |
| 2010 | $6,607,439 | $11,439 | 26.69% |
| 2011 | $6,817,595 | $12,425 | 20.86% |
| IL Only Budget | $211,000 | $591 | 1.79% |
| C&W YEAR 1 FORECAST | $500,000 | $1,401 | 4.10% |

The expense comparables showed costs for this category from $2,191 to $7,600 per occupied unit (average of $4,744 per occupied unit). The subject's actual expenses are not supported by the expense comparables.

We forecast Year 1 stabilized Resident Care costs at $500,000 or $1,401 per occupied unit.

## FOOD SERVICES

These costs include raw food costs, as well as kitchen supplies and all payroll costs for the food service staff. The residents at the subject are provided with one complete meal per day.

These costs also include the applicable employee benefits for this expense category.

| Food Services | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $3,258,915 | $5,373 | 13.17% |
| 2010 | $3,258,915 | $5,642 | 13.17% |
| 2011 | $3,332,003 | $6,072 | 10.19% |
| IL Only Budget | $1,896,000 | $5,311 | 16.08% |
| C&W YEAR 1 FORECAST | $1,925,000 | $5,392 | 15.79% |

The expense comparables showed costs for this category from $342 to $1,126 per occupied unit (average of $606 per occupied unit). The subject's actual expenses are not supported by the expense comparables.

We forecast Year 1 stabilized Food Services costs at $1,925,000 or $5,392 per occupied unit.



## ACTIVITIES

This category is for the activities and recreation costs, as well the payroll costs for the activities staff.

These costs also include the applicable employee benefits for this expense category.

| Activities | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $951,919 | $1,570 | 3.85% |
| 2010 | $951,919 | $1,648 | 3.85% |
| 2011 | $687,303 | $1,253 | 2.10% |
| IL Only Budget | $637,000 | $1,784 | 5.40% |
| C&W YEAR 1 FORECAST | $425,000 | $1,190 | 3.49% |

The expense comparables showed costs for this category from $117 to $1,481 per occupied unit (average of $841 per occupied unit). The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Activities costs at $425,000 or $1,190 per occupied unit.

## HOUSEKEEPING/LAUNDRY

This category is for all housekeeping costs, including all supplies requisite to housekeeping and laundry services, as well as the payroll costs for the housekeeping/laundry staff.

These costs also include the applicable employee benefits for this expense category.

| Housekeeping/Laundry | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $1,182,658 | $1,950 | 4.78% |
| 2010 | $1,182,658 | $2,048 | 4.78% |
| 2011 | $1,170,921 | $2,134 | 3.58% |
| IL Only Budget | $643,000 | $1,801 | 5.45% |
| C&W YEAR 1 FORECAST | $750,000 | $2,101 | 6.15% |

The expense comparables showed costs for this category from $1,230 to $5,351 per occupied unit (average of $2,873 per occupied unit). The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Housekeeping costs at $750,000 or $2,101 per occupied unit.



## PLANT OPERATIONS

These costs include general repairs and maintenance for the physical plant, supplies and equipment purchases for the facility, grounds maintenance, payroll costs for the maintenance staff, facility vehicle expenses, etc.

These costs also include the applicable employee benefits for this expense category.

| Plant Operations | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $1,635,838 | $2,697 | 6.61% |
| 2010 | $1,635,838 | $2,832 | 6.61% |
| 2011 | $1,912,049 | $3,485 | 5.85% |
| IL Only Budget | $1,008,000 | $2,824 | 8.55% |
| C&W YEAR 1 FORECAST | $1,350,000 | $3,782 | 11.08% |

The expense comparables showed costs for this category up to $2,989 per occupied unit (average of $1,866 per occupied unit).  The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Plant Operations costs at $1,350,000 or $3,782 per occupied unit.

## UTILITIES

This expense is for the annual cost for natural gas, electricity, water/sewer, and trash removal.

| Utilities | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $1,529,662 | $2,522 | 6.18% |
| 2010 | $1,529,662 | $2,648 | 6.18% |
| 2011 | $507,401 | $925 | 1.55% |
| IL Only Budget | $1,060,000 | $2,969 | 8.99% |
| C&W YEAR 1 FORECAST | $800,000 | $2,241 | 6.56% |

The expense comparables showed costs for this category up to $3,249 per occupied unit (average of $1,490 per occupied unit).  The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Utility costs at $800,000 or $2,241 per occupied unit.



CUSHMAN &
WAKEFIELD.
VALUATION & ADVISORY

## MARKETING/PROMOTIONS

This expense is directly connected to the advertising and marketing of the complex for such things as newspapers and brochures, resident retention, etc.  These costs also include the payroll costs of the marketing staff.

These costs also include the applicable employee benefits for this expense category.

| Marketing/Promotions | | | |
| --- | --- | --- | --- |
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $875,787 | $1,444 | 3.54% |
| 2010 | $875,787 | $1,516 | 3.54% |
| 2011 | $1,140,211 | $2,078 | 3.49% |
| IL Only Budget | $805,000 | $2,255 | 6.83% |
| C&W YEAR 1 FORECAST | $600,000 | $1,681 | 4.92% |

The expense comparables showed costs for this category up to $3,015 per occupied unit (average of $1,097 per occupied unit). The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Marketing costs at $600,000 or $1,681 per occupied unit.

## REAL ESTATE TAXES

This cost is for the annual real and personal property tax liability for the subject.

| Real Estate Taxes | | | |
| --- | --- | --- | --- |
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $645,136 | $1,064 | 2.61% |
| 2010 | $645,136 | $1,117 | 2.61% |
| 2011 | $677,143 | $1,234 | 2.07% |
| IL Only Budget | $521,000 | $1,459 | 4.42% |
| C&W YEAR 1 FORECAST | $348,600 | $976 | 2.86% |

The expense comparables showed costs for this category from $359 to $1,630 per occupied unit (average of $857 per occupied unit).  Please refer to the Real Estate Taxes and Assessments section of the report for a discussion on how the Year 1 real estate taxes were estimated.

We forecast the Year 1 stabilized Real Estate Tax expense at $348,600 or $976 per occupied unit.


CUSHMAN & WAKEFIELD® VALUATION & ADVISORY

## INSURANCE

This cost is for the annual liability and property insurance for the property.

| | Property & Liability Insurance | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $1,244,734 | $2,052 | 5.03% |
| 2010 | $1,244,734 | $2,155 | 5.03% |
| 2011 | $1,049,299 | $1,912 | 3.21% |
| IL Only Budget | $632,000 | $1,770 | 5.36% |
| C&W YEAR 1 FORECAST | $675,000 | $1,891 | 5.54% |

According to data by *The State of Seniors Housing 2013* report, the average cost of property/liability insurance was $437 per unit per year for an independent living facility, $588 per unit per year for an assisted living facility, $689 per unit per year for an assisted/Alzheimer's facility and $741 per unit per year for a CCRC.  The subject's actual expenses are supported by the expense comparables.

We forecast Year 1 stabilized Insurance costs at $675,000 or $1,891 per occupied unit.

## MANAGEMENT FEE

According to data by *The State of Seniors Housing 2013* report, the average management fee for independent and assisted living facilities is approximately 5.0 percent of collected revenues, with a range of 2.7 to 8.1 percent. CCRCs indicated a range in management fees of 1.4 to 11.5 percent, with an average management fee of 3.7 percent.

We consider a rate consistent with the market to be reasonable and have concluded to a management fee equal to 4.00 percent of collected revenues, which equates to a Year 1 stabilized expense of $487,540 or $1,366 per occupied unit.

## REPLACEMENT RESERVES

Replacement reserves are necessary for replacement of roof covering, mechanical systems, furnishings, appliances, etc. For a facility such as the subject, it is reasonable to deduct one to two percent of net resident revenues for replacement reserves.  We interviewed several national senior housing operators and the reserves ranged from $250 to $550 per unit, with an average of $325 per unit. In the case of the subject and its date of construction, we deducted an amount equal to $350 per unit, which equates to a total cost of $178,500 or $500 per occupied unit, which is supported by the industry data.



## EXPENSE SUMMARY

Overall, we project Year 1 stabilized expenses for the subject (including management fees and reserves) at $10,189,640 ($28,542 per occupied unit) and 83.60 percent of effective gross income. This information is shown below.

| Total Operating Expenses | | | |
|---|---|---|---|
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | $25,178,715 | $41,516 | 101.72% |
| 2010 | $25,178,715 | $43,592 | 101.72% |
| 2011 | $25,315,872 | $46,136 | 77.45% |
| IL Only Budget | $9,853,500 | $27,601 | 83.58% |
| C&W YEAR 1 FORECAST | $10,189,640 | $28,542 | 83.60% |

As a comparison, *The State of Seniors Housing 2013* report provided CCRC expense comparables and operating margin performance. Overall, inclusive of all revenue sources including earned entrance fees and interest income, this report reflected for-profit expense ratios (after management fees and reserves) of 93.3 percent for the lower quartile performers, 72.5 percent for the median performers, and 62.3 percent for the upper quartile performers.

Like many other sectors of the U.S. economy, the CCRC sector has been affected by the current economic challenges that began in the fourth quarter of 2008. Established CCRCs, for the most part, have managed their way through the most difficult period, with some viewing this as an opportunity to re-examine expenditures and operations.

According to *The Senior Care Acquisition Report, Eighteenth Edition, 2013*, the average expense ratio (which includes management fees) for independent living communities has historically been between 60 and 65 percent. Historically, this has ranged from 63.7 percent in 2008, 58.7 percent in 2009, and 65.4 percent in 2010. However, in 2011, the independent living average expense ratio increased to 71.6 percent. While there were still properties with expense ratios below 60 percent, there were enough sales with much higher expense ratios to bring the average higher than seen for assisted living. In 2012, the average expense ratio for independent living decreased to 67.4 percent, returning to its "normal" level.

For assisted living communities, the report indicated average performance has ranged from 75.6 percent in 2008, 72.8 percent in 2009, 75.2 percent in 2010, 71.5 percent in 2011, and flat at 71.5 percent in 2012.

However, the subject is an entrance fee CCRC, and a significant amount of revenues are derived from entrance fee turnovers and interest income, which are not included in our analysis thus far.

Our Year 1 stabilized net operating income estimate equates to $5,599 per occupied unit. A summary of the historical net operating income for the subject is shown below.



| Net Operating Income (NOI) | | | |
| --- | --- | --- | --- |
| Year | Total | $/Occ. Unit | % of EGI |
| 2009 | -$425,982 | -$702 | -1.72% |
| 2010 | -$425,982 | -$738 | -1.72% |
| 2011 | $7,372,146 | $13,435 | 22.55% |
| IL Only Budget | $1,935,500 | $5,422 | 16.42% |
| C&W YEAR 1 FORECAST | $1,998,865 | $5,599 | 16.40% |

## INCOME AND EXPENSE PROFORMA

Based on the data, the expenses and resultant net operating income estimate for the subject are considered reasonable. A summary of our Year 1 Stabilized Pro Forma is presented as follows:

| University Village STABILIZED YEAR 1 OPERATING STATEMENT | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Total | | PU[1] | % of EGI |
| EFFECTIVE GROSS INCOME | | $ 12,188,505 | $ | 34,141 | |
| EXPENSES | | | | | |
| General/Administrative | | $ 2,150,000 | $ | 6,022 | 17.64% |
| Payroll Taxes & Benefits | | $ - | $ | - | 0.00% |
| Resident Care | | $ 500,000 | $ | 1,401 | 4.10% |
| Food Services | | $ 1,925,000 | $ | 5,392 | 15.79% |
| Activities | | $ 425,000 | $ | 1,190 | 3.49% |
| Housekeeping/Laundry | | $ 750,000 | $ | 2,101 | 6.15% |
| Plant Operations | | $ 1,350,000 | $ | 3,782 | 11.08% |
| Utilities | | $ 800,000 | $ | 2,241 | 6.56% |
| Marketing/Promotions | | $ 600,000 | $ | 1,681 | 4.92% |
| Real Estate Taxes | | $ 348,600 | $ | 976 | 2.86% |
| Property & Liability Insurance | | $ 675,000 | $ | 1,891 | 5.54% |
| TOTAL OPERATING EXPENSES | 78.1% | $ 9,523,600 | $ | 26,677 | 78.14% |
| Management Fees | 4.0% | $ 487,540 | $ | 1,366 | 4.00% |
| Replacement Reserves | $350 | $ 178,500 | $ | 500 | 1.46% |
| TOTAL EXPENSES | 83.6% | $ 10,189,640 | $ | 28,542 | 83.60% |
| NET OPERATING INCOME | | $ 1,998,865 | $ | 5,599 | 16.40% |

[1] Per Occupied Unit

## ADDITIONAL CCRC SOURCES OF REVENUE

The following discussions consider the other two sources of income for an entrance fee facility, Entrance Fee Income and Interest Income.



CUSHMAN & WAKEFIELD®
VALUATION & ADVISORY

## ENTRANCE FEE ANALYSIS

A considerable portion of the subject's revenue is attributed to the earned entrance fees. On an annual basis, the subject receives net revenue from the amount of re-sales of the units, after accounting for the amount refunded from prior sales/turnover.

Entrance fees are typically analyzed differently for "first generation" as compared to "resale" entrance fees. For new construction, many providers have used initial entrance fees to repay debt early, as these "first generation" entrance fees do not encounter the same refund obligation as do the "resales." This has, in effect, reduced the overall debt burden and allowed providers to price their communities as competitively as possible.

In an existing facility we analyze the data provided by the operator to determine net revenue from entrance fees after refunds to be used in our discounted cash flow analysis.

The subject offers the following entrance fee plans:

- Type B Modified Plan with 90% Refundable Entrance Fees

- Type B Modified Plan with Traditional Plan Entrance Fees, which amortize to zero refund after 50 months

In discussions with the operator, we understand few residents chose the 90% Plan, as most use the Traditional Plan. We have based our forecast on a blend of the plans.

Refunds are paid upon re-leasing of the unit or two years, whichever comes first. Thus the subject may re-sell a unit before they are required to pay the refund, but must do so within a two-year window, which reduces the risk to the subject.

Based on current fee schedules, we calculated the current weighted average entrance fee in the below chart.



UNIVERSITY VILLAGE

INCOME CAPITALIZATION APPROACH   84

| Entrance Fees | | | |
| --- | --- | --- | --- |
| University Village | | | |
| Description | No. Units | 40% Refundable Plan (Traditional Plan) | 90% Refundable Plan |
| | | Entrance Fee | Entrance Fee |
| Independent Living | | | |
| Studio- Shakespeare | 24 | $60,830 | $86,379 |
| Classic One-Bedroom/ One Bath | 141 | $79,000 | $112,180 |
| Deluxe One-Bedroom/ One Bath | 142 | $99,000 | $140,580 |
| Grand One Bedroom/ Two Bath | 30 | $128,030 | $181,803 |
| Regal One Bedroom/ Two Bath | 43 | $128,730 | $182,797 |
| One Bedroom/ Den/ Two Bath | 21 | $163,730 | $232,497 |
| Classic Two Bedroom/ Two Bath | 25 | $180,530 | $256,353 |
| Deluxe Two Bedroom/ Two Bath | 5 | $185,430 | $263,311 |
| Three Bedroom/ Two Bath | 15 | $249,830 | $354,759 |
| Villa- Two Bedroom/ Two Bath | 64 | $185,430 | $263,311 |
| | 510 | | |
| Second Person Fee | | $803 | $803 |
| Weighted Avg. Entrance Fee | | $118,680 | $168,526 |
| Weighted Avg. w/Second Person | | $118,881 | $168,727 |
| % Residents Choosing Plan: | | 60.0% | 40.0% |
| Reconciled Total Weighted Average Fee: | | $138,819 | |

(We have applied an attachment rate of 25% for second occupants for new entrants)

Based on choice of residents, approximately 60 percent of residents are on the Traditional Plan, and 40 percent are on the 90% Refundable Plan. As a weighted average, we derive a blended average entrance fee of $138,819, which we will use for our turnover analysis.

We examined the operator's historical entrance fee activity, which is recapped as follows:

| | | | | | University Village Entrance Fee Activity | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Year | Entrance Fee Income | Number of Entrants | Entrance Fee Refunds | Number of Refunds | Net Entrance Fee | Average Entrance Fee | Average Refund | Refund as a % of Entrance Fees |
| 2009 | $5,252,481 | 30 | $2,899,149 | 64 | $2,353,332 | $175,083 | $45,299 | 55.2% |
| 2010 | $5,456,306 | 33 | $5,749,217 | 76 | -$292,911 | $165,343 | $75,648 | 105.4% |
| 2011 | $5,784,000 | 32 | $3,776,600 | 70 | $2,007,400 | $180,750 | $53,951 | 65.3% |
| 2012 | $2,775,900 | 15 | $1,781,000 | 35 | $994,900 | $185,060 | $50,886 | 64.2% |
| 2013 | $4,457,000 | 25 | $2,206,900 | 45 | $2,250,100 | $178,280 | $49,042 | 49.5% |

Median Refund as % of Entrance Fee
64.2%

In order to determine our average turnover, we examined the number of new entrants over the review period. Based on the occupied units, this indicates the following average length of stay:



UNIVERSITY VILLAGE

| University Village Historical Turnover Analysis | | | | |
| --- | --- | --- | --- | --- |
| Year | IL Occupied Units | Units Turned | Turnover Rate | Length of Stay |
| 2010 | 372.0 | 29.0 | 7.8% | 12.8 |
| 2011 | 346.0 | 26.0 | 7.5% | 13.3 |
| 2012 | 335.0 | 11.0 | 3.3% | 30.5 |
| 2013 | 341.0 | 6.0 | 1.8% | 56.8 |
| | | | Median | 21.9 |

The median length of stay within the IL community is approximately 10 years. This would indicate that for the average resident, the facility has no refund obligation for the Traditional Plan, and residents under the 90% Refundable Plan are refunded at a rate of 90% from the original Entrance Fee from 10 to 11 years prior. Due to the subject's low number of 90% Refundable Plans chosen, the subject's historical performance appears reasonable.

The following chart reflects our forecast for income derived through entrance fee activity.



UNIVERSITY VILLAGE

## University Village
## NET RESALE REVENUES

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IL Units | 510 | | | | | | | | | | | |
| Inflation | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Average Fee Blended: | $ | 138,819 | 142,984 | 147,273 | 151,692 | 156,242 | 160,930 | 165,758 | 170,730 | 175,852 | 181,128 | 186,562 |
| Less Market Concessions | $ | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) |
| Total Average Entrance Fee | $ | 123,819 | 127,984 | 132,273 | 136,692 | 141,242 | 145,930 | 150,758 | 155,730 | 160,852 | 166,128 | 171,562 |
| Projected Average Refund %: | | -90% | -90% | -90% | -90% | -90% | -90% | -90% | -90% | -90% | -90% | -90% |
| Projected Average Refund: | | ($111,437) | ($115,186) | ($119,046) | ($123,022) | ($127,118) | ($131,337) | ($135,682) | ($140,157) | ($144,767) | ($149,515) | ($154,405) |
| IL Occupancy: | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% |
| IL Units Occupied: | | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 | 357.0 |
| Forecast Length Stay (years): | | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| Units Turning Over: | | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 |
| **EXISTING RESALES:** | | | | | | | | | | | | |
| Number of Resales | | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 |
| IL Entrance Fees Collected | | $4,420,349 | $4,569,025 | $4,722,161 | $4,879,891 | $5,042,352 | $5,209,688 | $5,382,043 | $5,559,570 | $5,742,422 | $5,930,760 | $6,124,747 |
| Number of Refunds | | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 | 35.7 |
| IL Entrance Fees Refunded | | ($3,978,315) | ($4,112,122) | ($4,249,945) | ($4,391,901) | ($4,538,117) | ($4,688,719) | ($4,843,839) | ($5,003,613) | ($5,168,180) | ($5,337,684) | ($5,512,273) |
| Net Resales | | $442,035 | $456,902 | $472,216 | $487,989 | $504,235 | $520,969 | $538,204 | $555,957 | $574,242 | $593,076 | $612,475 |

Case 8:20-ap-00007-CPM   Doc 441-5   Filed 11/15/23   Page 26 of 33


CUSHMAN & WAKEFIELD® VALUATION & ADVISORY

UNIVERSITY VILLAGE

## ENTRANCE FEE CONCLUSION

We compared our above analysis to the entrance fees which are amortized on the operator's financial statements in the following chart:

| University Village Net Entrance Fee Comparison | | |
|---|---|---|
| Year | Operator's Cash Flow Net Entrance Fee | Operator's Amortized Net Entrance Fee |
| 2009 | $2,353,332 | $3,000,000 |
| 2010 | -$292,911 | $3,000,000 |
| 2011 | $2,007,400 | $3,000,000 |
| 2012 | $994,900 | $3,000,001 |
| 2013 | $2,250,100 | $3,000,002 |
| C&W Estimate Year 1 | | $442,035 |
| C&W Estimate Year 1 Incl Absorption | | $442,035 |

As a check to the reasonableness of our forecast net entrance fees, the operator's historical net cash flows and net amortized entrance fees collected support our estimates.

## INTEREST INCOME

Because the subject is being appraised as a going concern, we have included the investment income derived from the investment holdings. The subject has both restricted and unrestricted holdings and invests these holdings in a variety of investment vehicles. The subject receives significant revenue from entrance fees and other income that may be partially invested. We have included the estimated average annual holdings and applied a safe rate of return of 3.0 percent based on the average of the recent holdings as well as current market conditions as follows:

| Historical Investment Income | | | |
|---|---|---|---|
| Year | Total Investments | Amount | Return |
| 2009 | $ 1,312,859 | $ 248,513 | 18.9% |
| 2010 | $ 1,383,860 | $ 609,207 | 44.0% |
| 2011 | $ 1,204,002 | $ 287,752 | 23.9% |
| 2013 | $ 1,274,313 | $ 243,380 | 19.1% |
| C&W Forecast | $ 1,300,000 | $ 39,000 | 3.0% |

## RECONCILIATION OF INCOME SOURCES

In the preceding sections, we identified three sources of revenue typically earned within an entrance fee facility: Monthly Service Revenue, Interest Income Revenue and Resale Revenue. These three revenue sources are typically analyzed individually and then brought together within the Discounted Cash Flow analysis in order to derive the total cash flow for the operation—both Operating Cash Flow and Non-Operating Cash Flow. Our DCF


CUSHMAN & WAKEFIELD®
VALUATION & ADVISORY

will reflect each of the three revenue sources as well as the operating expenses, as discussed in the preceding sections.

In examining the total of the three revenue sources for the stabilized year as compared to our stabilized operating expenses, we calculated the following:

| University Village Revenue Forecast Reconciliation | |
|---|---|
| | Year 1 |
| Monthly Revenue | $12,188,505 |
| Net Entrance Fee Income | $442,035 |
| Interest Income | $39,000 |
| Total Operating and Non-Operating Revenue | $12,669,540 |
| Expenses | $10,189,640 |
| NOI Including Non-Operating Revenue | $2,479,900 |
| Effective Expense Ratio | 80.4% |

A well performing rental independent living facility will manage an expense ratio ranging from 55 to 65 percent and an assisted living expense ratio of approximately 65 to 70 percent. A reasonably well performing skilled nursing facility will manage an expense ratio of 88 percent. The subject facility is a CCRC, which typically will run a higher expense ratio than individual freestanding facilities; however, primary operations are at the IL level of care. We consider the projections reasonable for a Continuing Care community and the above reconciliation lends support to our forecast.

As a comparison, *The State of Seniors Housing 2013* report provided CCRC expense comparables and operating margin performance. Overall, inclusive of all revenue sources including earned entrance fees and interest income, this report reflected for-profit expense ratios (after management fees and reserves) of 93.3 percent for the lower quartile performers, 72.5 percent for the median performers, and 62.3 percent for the upper quartile performers.

## DIRECT CAPITALIZATION RATE ANALYSIS

In determining an appropriate capitalization rate, we utilized several different methods: market extraction from the sales comparables; findings reported in *The Senior Care Acquisition Report, Eighteenth Edition, 2013,* published by Irving Levin Associates, Inc.; the findings from the *2014 Senior Care Participants Survey* completed by Cushman & Wakefield, Inc.

We analyzed investment rates of return acceptable to buyers in order to determine the capitalization rate. The overall rate on an investment is determined by analyzing several aspects of that investment and then assigning a risk associated with those aspects. Elements usually considered are:



- *Reliability of the gross income prediction*. How certain is it that the income will be forthcoming? Income is more dependable when the property is leased on a long-term basis to financially responsible tenants than when rented on a month-to-month basis to less reliable tenants.

- *Reliability of the expense prediction*. Is there great danger of having expenses increase materially, or is there a fair chance that they will remain about the same or even decrease?

- *Expense ratio*. If the expenses are low in relation to gross income, the quality of the net income may be better, because a moderate reduction in gross income or a moderate increase in expenses does not affect the net income substantially.

- *Burden of management*. Even when real estate management is employed, a property that requires constant attention, because of either maintenance or rent collection problems, is less desirable than one that needs minimal management. A long-term lease that requires a tenant to take care of all repairs and to pay taxes and insurance presents a situation that is relatively free from this burden of management.

- *Marketability of the property*. An investment that has marketability and liquidity appeals to a wider group of investors than one lacking those attributes.

- *Stability of value*. The value or market price of a piece of real property tends to remain within a narrower range for longer periods of time than do most other commodities.

As described previously, the gross income projected for the property is subject to such uncertainties as competition from other facilities and fluctuations in demand for the subject's services. Moreover, a purchaser must have the appropriate operating license from the applicable state regulatory agencies, which limits the number of potential investors and would, in any potential sale of the property, create impediments and delays.

## GOING-IN CAPITALIZATION RATE

The first method used to derive the capitalization rate was a review of comparable sales that occurred in the subject's regional area. The overall capitalization rates derived from the senior living facility sales used in the Sales Comparison Approach are summarized in the following chart.

| Sale No. | Property Name | Date of Sale | Year Built | Occupancy | Capitalization Rate |
|---|---|---|---|---|---|
| 1 | Ladiga Manor | Nov-13 | 2009 | 79% | 7.30% |
| 2 | Gracemont Assisted Living & Memory | Aug-13 | 2011 | 95% | 7.53% |
| 3 | Terrace at Jasper | Jul-13 | 1998 | 94% | 8.50% |
| 4 | The Preserve at Palm Aire | May-13 | 1991 | 96% | N/A |
| 5 | Hampton Manor Portfolio | Nov-12 | 1984 | 89% | 9.67% |
| Low | | | 1984 | 79% | 7.30% |
| High | | | 2011 | 96% | 9.67% |
| Median | | | 1998 | 94% | 8.02% |
| Average | | | 1999 | 91% | 8.25% |

**CAPITALIZATION RATE SUMMARY**

The overall capitalization rates of the comparable sales range from 7.30 to 9.67 percent, with an average indication of 8.25 percent. These rates are reported after management fee and reserves. The capitalization rates reflect actual buyer expectations of existing facilities and are directly applicable to the subject.



CUSHMAN & WAKEFIELD
VALUATION & ADVISORY

Based on this data, it would appear that a capitalization rate for the subject property should fall within the upper portion of the range indicated.      However, as the sales are trailing indicators of market activity, additional discussion of the current investment climate needs to be undertaken.

### INDUSTRY FINDINGS

To further test the capitalization rates, we consulted data on senior living property acquisition trends in *The Senior Care Acquisition Report, Eighteenth Edition, 2013*.   This information is summarized in the following graphs.





Source:  *The Senior Care Acquisition Report, Eighteenth Edition, 2013*

*The Senior Care Acquisition Report, Eighteenth Edition, 2013* report indicated that after seeing a general decline in capitalization rates for both independent and assisted living properties between 2003 and 2007, 2008 began an



upward increase for both property types as the capital markets slowed. As discussed, activity has increased, both in the number of transactions and the dollar volumes resulting in lower capitalization rates in 2011 and 2012.

Average capitalization rates for independent living in 2012 were 8.0 percent, while assisted living rates averaged 8.7 percent. Assisted living sales dominated the market again in 2012, and they made up the majority of cap rates for the senior housing sector. While 2011 witnessed more high-end, low cap rate independent living sales than it had for several years, this caused the average independent living cap rate to decline to 7.9 percent, moderating somewhat in 2012 to 8.0 percent.

Capitalization rates for CCRCs are generally not tracked by *The Senior Care Acquisition Report*, however, in the 2010 edition, they analyzed the statistics on five years of pricing and capitalization rates (from 2005 through 2009). The findings in the study were impacted by the issue that close to 50 percent of the CCRCs included were distressed sales.

On average over this time period, the price for CCRC sales was $97,100 per unit/bed, which was lower than the aggregate non-CCRC senior housing market combined average of $109,200 per unit/bed. In terms of capitalization rates, the report indicated that in the CCRC acquisition market, the skilled nursing component of the community is usually viewed as a cost center and is often not what the buyer is looking at from an opportunity perspective.

We also provided the below NIC MAP Capital Markets data, collected on actual transactions:

| NIC - Capitalization Rates | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCRC | | | IL | | | AL | | | SNF | | |
| Range | Avg. | No. Trans. | Range | Avg. | No. Trans. | Range | Avg. | No. Trans. | Range | Avg. | No. Trans. |
| **Period** | | | | | | | | | | | |
| 2008 | 7.5% - 12.5% | 9.10% | 41 | 5.8% - 13.0% | 8.20% | 59 | 7.0% - 13.0% | 9.08% | 212 | 9.0% - 15.0% | 12.84% | 195 |
| 2009 | 8.5% - 12.0% | 9.66% | 34 | 7.0% - 10.0% | 8.55% | 79 | 7.2% - 16.6% | 9.60% | 262 | 7.2% - 20.2% | 13.20% | 425 |
| 2010 | 8.3% - 14.0% | 10.30% | 51 | 6.3% - 13.0% | 8.25% | 114 | 7.0% - 16.6% | 9.63% | 349 | 9.0% - 17.0% | 13.18% | 907 |
| 2011 | 7.0% - 14.0% | 9.73% | 38 | 6.5% - 13.5% | 8.30% | 92 | 7.0% - 13.5% | 9.30% | 344 | 4.4% - 16.0% | 13.20% | 397 |
| 2012 | 8.8% - 14.0% | 10.38% | 19 | 4.7% - 10.0% | 7.90% | 61 | 5.6% - 14.0% | 8.90% | 188 | 8.5% - 17.5% | 13.20% | 478 |
| **Trailing 4 Quarters:** | | | | | | | | | | | |
| Q2 2012 | 8.8% - 9.5% | 9.00% | 3 | 6.0% - 10.0% | 7.90% | 18 | 7.4% - 14.0% | 8.80% | 50 | 9.0% - 16.0% | 13.00% | 86 |
| Q3 2012 | 10.5% - 14.0% | 12.10% | 9 | 4.7% - 9.0% | 7.80% | 23 | 5.6% - 10.0% | 8.40% | 66 | 8.5% - 15.0% | 13.20% | 118 |
| Q4 2012 | 10.5% - 11.4% | 10.90% | 5 | 6.3% - 10.0% | 8.10% | 14 | 7.4% - 10.2% | 8.90% | 52 | 10.0% - 15.5% | 13.10% | 167 |
| Q1 2013 | 8.3% - 10.1% | 9.20% | 13 | 7.5% - 10.0% | 8.20% | 12 | 6.0% - 11.1% | 8.80% | 109 | 7.6% - 15.0% | 13.20% | 123 |

*Source: Senior NIC MAP Capital Markets*

In 2010 and 2011, the lower-end of the NIC range reflected a small compression in capitalization rates; however, the upper-end of the range has not displayed a compression, which has further divided asset classes. In 2012, capitalization rates show a small decline in most assets, although with fewer transactions. CCRCs reflect more volatility in capitalization rates, however, the number of transactions is few.

In addition, Cushman & Wakefield, Inc. surveyed senior care participants regarding their investment parameters for senior housing properties. This recent information is summarized in the following table.



CUSHMAN & WAKEFIELD.
VALUATION & ADVISORY

| | | | | |
|---|---|---|---|---|
| **2014 Cushman & Wakefield Senior Care Participants Survey** | | | | |
| Property Type | Survey Range | Survey Average | Change From 2013<br>Basis Point     % | Change From 2012<br>Basis Point     % |
| **Capitalization Rates** | | | | |
| 55+ Senior Apartments | 5.00% - 9.00% | 7.05% | -10      -1.40% | -35      -4.73% |
| Independent Living | 5.00% - 11.00% | 7.35% | -30      -3.92% | -65      -8.13% |
| Assisted Living | 5.80% - 13.00% | 8.00% | -15      -1.84% | -25      -3.03% |
| Skilled Nursing | 8.75% - 15.25% | 13.00% | 0       0.00% | 0       0.00% |
| Continuing Care Retirement Community | 8.00% - 15.25% | 10.15% | -10      -0.98% | -10      -0.98% |
| **Internal Rates of Return** | | | | |
| 55+ Senior Apartments | 7.00% - 10.50% | 9.10% | -25      -2.67% | -40      -4.21% |
| Independent Living | 8.00% - 12.50% | 10.75% | -25      -2.27% | -70      -6.11% |
| Assisted Living | 8.50% - 14.00% | 12.00% | -15      -1.23% | -35      -2.83% |
| Skilled Nursing | 9.50% - 16.00% | 14.50% | -10      -0.68% | -20      -1.36% |
| Continuing Care Retirement Community | 10.00% - 15.00% | 13.00% | -25      -1.89% | -30      -2.26% |

*Source: Senior Care Participants Survey 2014 by Cushman & Wakefield, Inc.*

In reviewing the 2014 Cushman & Wakefield Senior Care Participants Survey, capitalization rates for senior living facilities ranged from 5.00 to 15.25 percent, depending upon the property type. Independent living capitalization rates ranged from 5.00 to 11.00 percent (average of 7.35 percent), while assisted living capitalization rates ranged from 5.80 to 13.00 percent (average of 8.00 percent). CCRC performance reflects a range of 8.00 to 15.25 percent (average of 10.15 percent).

The senior housing market has become more active. Capital that has been sitting on the sidelines has been seeking high quality investment assets. The 2014 C&W survey also shows that capitalization rates have decreased from both 2013 and 2012 levels, and feedback from market participants indicated that the low end of the capitalization rate spectrum reflects true A quality properties in desirable markets.

## INVESTMENT CONSIDERATIONS

### OVERVIEW

Current estimates suggest that the U.S. Gross Domestic Product (GDP) grew at an annual rate of 3.8 percent in the fourth quarter of 2013, which followed an unexpectedly strong 4.1 percent annual growth rate in the third quarter. An increase in consumer and business spending along with an increase in imports drove economic growth in the fourth quarter. In addition, the housing sector steadily improved throughout 2013, as an increase in sales and prices led to an increase in housing starts.

Employment growth did not reflect the stronger GDP growth in the second half of 2012. In fact, the economy added approximately 1.0 million jobs in the second half of 2013, compared to approximately 1.2 million during the first half of the year. On the positive side, office-using employment increased by about 2.5 percent, or 90 basis points stronger than the total employment. As a result, the economy has now fully recovered all of the office-using jobs lost during the economic recession.



The commercial real estate market strengthened during 2013, highlighted by an increase in transaction volume and consistently low overall capitalization rates. For the most part, the ongoing price appreciation and low interest rates fueled the improvement in the commercial real estate market. According to Moody's Commercial Property Price Index, the value for properties in primary (or gateway) markets increased 8.9 percent in 2013, causing a decline in cap rates. As a result, many investors devoted capital to opportunities located within secondary and tertiary markets in an effort to obtain higher yields. This became apparent by the end of the year, as the overall capitalization rate for the entire market closed out 2013 at 6.9 percent, about 10 basis points higher than the same time last year.

## CURRENT ECONOMIC CONDITIONS

Although the private sector appears to be healthy, the ongoing battle in Congress to solve the nation's budget and debt issues kept business and consumer confidence relatively low in 2013. That said, the bipartisan budget deal reached during the final days of 2013 repealed some of the uncertainty in the market, which should improve business and consumer confidence over the next 12 months. In addition, the deal will reinstate more than $63.0 billion in spending cuts related to Sequestration that were set to go into effect in 2014 and 2015.

Despite the temporary shutdown of the Federal Government in October, the U.S. Bureau of Economic Analysis (BEA) estimated the Real Gross Domestic Product (GDP) increased at an annual rate of 3.8 percent during the fourth quarter of 2013. This followed an unexpectedly strong GDP growth rate of 4.1 percent in the previous quarter and it is well above the growth rate of 0.1 percent recorded during the fourth quarter of 2012.

Often viewed as a forward-looking indicator to GDP growth, the strong performance of the stock market over the past six months is encouraging. In fact, the stock market reached all-time highs in November 2013, suggesting that investors are optimistic about the future of corporate earnings. Accordingly, Moody's Economy.com projects the national GDP growth rate to remain healthy throughout 2014.

The following graph displays historical and projected U.S. Real GDP percent change (annualized on a quarterly basis) from fourth quarter 2008 through fourth quarter 2018 (red bar underscores the most recent quarter 13Q4):



**Historical and Projected U.S. Real GDP**
2008Q4 - 2018Q4

Source: Historical Data Courtesy of the Bureau of Economic Analysis; Forecast Data Courtesy of Moody's Economy.com

Notable concerns regarding current economic conditions are as follows:

- So far, Sequestration (budgets cuts that went into effect during the first quarter of 2013) has not had the grim impact on the national economy many predicted. However, the reduction of $85.0 billion in funding for the Department of Defense have caused economic and employment growth to remain slow across the nation. This is evident in areas such as Baltimore and Washington, D.C., which are heavily influenced by the Federal Government. On the positive side, the new budget deal passed at the end of 2013 eases more than $40.0 billion of defense cuts in 2014 and about $20.0 billion in 2015.


CUSHMAN & WAKEFIELD
VALUATION & ADVISORY