UNIVERSITY VILLAGE

## University Village
## DISCOUNTED CASH-FLOW ANALYSIS

START DATE:   March 6, 2014

### ASSUMPTIONS

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INFLATION (MONTHLY INCOME) | | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% |
| INFLATION (EXPENSES) | | 2.50% | | | | | | | | | | |
| RESERVES PER UNIT | | $350 | | | | | | | | | | |
| MANAGEMENT FEE | | 4.00% | | | | | | | | | | |
| TERMINAL CAPITALIZATION RATE | | 9.50% | | | | | | | | | | |
| COSTS OF SALE | | 2.00% | | | | | | | | | | |
| DISCOUNT RATE | | 11.00% | | | | | | | | | | |

### FINANCIAL FORECAST

| PERIODS | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 26,395,175 (Reversion) | |
| EFFECTIVE GROSS INCOME | | $ 12,188,505 | $ 12,493,218 | $ 12,805,548 | $ 13,125,687 | $ 13,453,829 | $ 13,790,175 | $ 14,134,929 | $ 14,488,302 | $ 14,850,510 | $ 15,221,773 | $ 15,602,317 |
| TOTAL INCOME | | $ 12,188,505 | $ 12,493,218 | $ 12,805,548 | $ 13,125,687 | $ 13,453,829 | $ 13,790,175 | $ 14,134,929 | $ 14,488,302 | $ 14,850,510 | $ 15,221,773 | $ 15,602,317 |
| LESS: OPERATING EXPENSES | | $ 9,523,600 | $ 9,761,690 | $ 10,005,732 | $ 10,255,876 | $ 10,512,272 | $ 10,775,079 | $ 11,044,456 | $ 11,320,568 | $ 11,603,582 | $ 11,893,671 | $ 12,191,013 |
| LESS: MANAGEMENT FEE | 4.00% | $ 487,540 | $ 499,729 | $ 512,222 | $ 525,027 | $ 538,153 | $ 551,607 | $ 565,397 | $ 579,532 | $ 594,020 | $ 608,871 | $ 624,093 |
| LESS: RESERVES | $350 | $ 178,500 | $ 182,963 | $ 187,537 | $ 192,225 | $ 197,031 | $ 201,956 | $ 207,005 | $ 212,180 | $ 217,485 | $ 222,922 | $ 228,495 |
| TOTAL OPERATING EXPENSES | | $ 10,189,640 | $ 10,444,381 | $ 10,705,491 | $ 10,973,128 | $ 11,247,456 | $ 11,528,643 | $ 11,816,859 | $ 12,112,280 | $ 12,415,087 | $ 12,725,464 | $ 13,043,601 |
| CASH FLOW | | $ 1,998,865 | $ 2,048,836 | $ 2,100,057 | $ 2,152,559 | $ 2,206,373 | $ 2,261,532 | $ 2,318,070 | $ 2,376,022 | $ 2,435,423 | $ 28,891,483 | $ 2,558,716 |
| OPERATING EXPENSE RATIO | | 83.6% | 83.6% | 83.6% | 83.6% | 83.6% | 83.6% | 83.6% | 83.6% | 83.6% | -89.8% | 83.6% |

| AS-IS | | | |
|---|---|---|---|
| NET PRESENT VALUE | $22,654,657 | | |
| LESS NEEDED CAPEX | $0 | | |
| | $22,700,000 | (ROUNDED) | |

| | |
|---|---|
| REVERSION CAP RATE | 9.50% |
| SALE PRICE | $26,933,852 |
| LESS: COSTS OF SALE | ($538,677) |
| REVERSION | $26,395,175 |



EXHIBIT

4B

Unterholzner



CUSHMAN & WAKEFIELD
VALUATION & ADVISORY

UNIVERSITY VILLAGE

INCOME CAPITALIZATION APPROACH    104

### University Village
### DISCOUNTED CASH-FLOW ANALYSIS

START DATE:  March 6, 2014

#### ASSUMPTIONS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INFLATION  (MONTHLY INCOME) | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% |
| INFLATION  (EXPENSES) | 2.50% | | | | | | | | | |
| RESERVES PER UNIT | $350 | | | | | | | | | |
| MANAGEMENT FEE | 4.00% | | | | | | | | | |
| TERMINAL CAPITALIZATION RATE | 9.50% | | | | | | | | | |
| COSTS OF SALE | 2.00% | | | | | | | | | |
| DISCOUNT RATE | 11.00% | | | | | | | | | |

#### FINANCIAL FORECAST

| PERIODS | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFFECTIVE GROSS INCOME | | $ 12,188,505 | $ 12,493,218 | $ 12,805,548 | $ 13,125,687 | $ 13,453,829 | $ 13,790,175 | $ 14,134,929 | $ 14,488,302 | $ 14,850,510 | $ 33,228,334 $ 15,221,773 | (Reversion) $ 15,602,317 |
| PLUS:  REVENUE | | $442,035 | $456,902 | $487,989 | $487,989 | $504,235 | $520,969 | $538,204 | $555,957 | $574,242 | $593,076 | $612,475 |
| PLUS: INVESTMENT INCOME | | $39,000 | $39,975 | $40,974 | $41,999 | $43,049 | $44,125 | $45,228 | $46,359 | $47,518 | $48,706 | $49,923 |
| TOTAL INCOME | | $ 12,669,540 | $ 12,990,095 | $ 13,334,511 | $ 13,655,675 | $ 14,001,113 | $ 14,355,268 | $ 14,718,361 | $ 15,090,618 | $ 15,472,270 | $ 15,863,554 | $ 16,264,715 |
| LESS:    OPERATING EXPENSES | | $ 9,523,600 | $ 9,761,690 | $ 10,005,732 | $ 10,255,876 | $ 10,512,272 | $ 10,775,079 | $ 11,044,456 | $ 11,320,568 | $ 11,603,582 | $ 11,893,671 | $ 12,191,013 |
| LESS:    MANAGEMENT FEE | 4.00% | $ 487,540 | $ 499,729 | $ 512,222 | $ 525,027 | $ 538,153 | $ 551,607 | $ 565,397 | $ 579,532 | $ 594,020 | $ 608,871 | $ 624,093 |
| LESS:    RESERVES | $350 | $ 178,500 | $ 182,963 | $ 187,537 | $ 192,225 | $ 197,031 | $ 201,956 | $ 207,005 | $ 212,180 | $ 217,485 | $ 222,922 | $ 228,495 |
| TOTAL OPERATING EXPENSES | | $ 10,189,640 | $ 10,444,381 | $ 10,705,491 | $ 10,973,128 | $ 11,247,456 | $ 11,528,643 | $ 11,816,859 | $ 12,112,280 | $ 12,415,087 | $ 12,725,464 | $ 13,043,601 |
| CASH FLOW | | $ 2,479,900 | $ 2,545,714 | $ 2,629,021 | $ 2,682,547 | $ 2,753,657 | $ 2,826,626 | $ 2,901,503 | $ 2,978,338 | $ 3,057,183 | $ 36,366,423 | $ 3,221,114 |
| OPERATING EXPENSE RATIO | | 80.4% | 80.4% | 80.3% | 80.4% | 80.3% | 80.3% | 80.3% | 80.3% | 80.2% | -129.2% | 80.2% |

| AS-STABLE | |
|---|---|
| NET PRESENT VALUE | $ 27,827,818 |
| LESS NEEDED CAPEX | ($1,000,000) |
| | $26,800,000  (ROUNDED) |

| | |
|---|---|
| REVERSION CAP RATE | 9.50% |
| SALE PRICE | $33,906,463 |
| LESS: COSTS OF SALE | ($678,129) |
| REVERSION | $33,228,334 |



**CUSHMAN & WAKEFIELD.**
VALUATION & ADVISORY