15728069.1

## USAMERIBANK ANNUAL REVIEW

| Changes to Original Approval/change in Account Folio: | | | |
|---|---|---|---|
| **Next Annual Review: 3/31/2016** | | **Last Review Date: N/A** | |
| **Date** | 5/5/2015 | **Interest Rate** | Fixed at 4.95% |
| **Loan Number** | 401658800 | **Existing Loan Grade** | 4 |
| **Relationship Code** | 2234 | **Proposed Loan Grade** | **5 - Downgrade** |
| **Borrower** | Westport Nursing Tampa, LLC | **Borrower/Stand-alone DSC** | 2.18x – 2014 Annualized |
| **Guarantor** | BVM Management, Inc. | **Global DSC** | 1.81x |
| **Loan Balance** | $14,562,094 | **NOI (if applicable)** | $2,582,500 – Annualized 2014 EBITDAR |
| **Note Date** | 3/31/2014 | **Deposits** | $3,052,879 – Includes $3MM in cash collateral |
| **Maturity Date** | 3/31/2016 | **NSF's / OD's** | None |
| **Original Balance** | $15,000,000 | **Relationship Manager** | Trey Korhn |
| **Collateral Code** | 48 / 29 | **Portfolio Manager** | John Jackson |
| **Call Code** | 1E1 | **Borrower Contact** | Larry Landry |
| **Repayment Terms** | Monthly P&I Payments based on 4.95% and 20-year amort. The loan has a 1% prepayment penalty during the initial 18-months | | |
| **Repayment History** | Paid As Agreed | | |
| **Original Purpose** | Acquire the subject property | | |
| **Collateral** | 1st REM & Assignment of Rents / Leases on a 230-bed ALF/SNF located at 12250 N 22nd Street, Tampa, FL 33612. The loan is also secured by $3MM in cash held in a USAB account. Please refer to the Collateral Section for the LTV calculation. | | |
| **Covenants & Compliance** | • Borrower to provide Tax Return annually and Compiled Statement Quarterly – In Compliance (Please Refer to attached PCF Form to change Financial Statement Requirements)<br>• Guarantor to provide Company Prepared and Audited Statement Annually – In Compliance<br>• Rent Roll to be provided annually – In Compliance<br>• Subject property to maintain a 1.75x DSCR – In Compliance<br>• Subject property to maintain a minimum EBITDARM of $2.5MM – In Compliance | | |
| **Policy Exceptions** | None | | |
| **Primary Source of Repayment** | Cash Flow from the Borrowing Entity | **Secondary Source of Repayment** | Recourse to Guarantor / Liquidation of Collateral |
| **ACH Exposure** | $0 | **RDC Exposure** | $0 |
| **Total Loan Exposure** | | $14,562,094 | |
| **Less Exemptions (Consumer/Seasoned Existing)** | | $0 | |
| **Total Approval Exposure** | | **$14,562,094** | |

Final Approver DLC

Loan Officer: _____    Final Approver: _____

Concurring: _____    Underwriter/PM: _____

PLAINTIFF'S EXHIBIT 200

Revised August 2014

## SUMMARY

Downgrade the subject credit from a Loan Grade of 4 to a Loan Grade of 5. This analysis also serves as the Annual Review for the subject credit. The Bank's borrower (Westport Nursing Tampa, LLC) has a partial common ownership and CCRC status with Westport Holdings of Tampa, LP, which requested a change of the general partner that triggered a review by the OIR (Office of Insurance Regulation). This review has resulted in negative publicity for the subject property. The situation is further discussed below.

## HISTORY / BACKGROUND

- In March of 2014 the bank made a $15MM loan to Westport Nursing Tampa, LLC secured by a 230 bed Assisted Living Facility (ALF) and Skilled Nursing Facility (SNF) located in Tampa, FL. The loan is secured by a first mortgage on the subject property as well as a $3MM cash collateral account. The loan is guaranteed by BVM Management, Inc.

- The subject property is leased to TR & SNF, Inc. and TALF, Inc., which are two Florida based non-profits that have partial common board members with the Borrowing Entity. Our borrower, Westport Nursing Tampa, LLC, is a real estate holding company and receives lease payments from these tenants to service the bank's loan. Financials provided by the borrower, coupled with property visits, all indicate that the health center is running well. Operationally, the property is run by onsite management including a director of nursing and executive director with input from the borrowing entity.

- The subject property is part of a CCRC (Continuing Care Retirement Community) and related to an approximately 500 bed Independent Living Facility (ILF) across the street. This ILF is owned by a limited partnership, Westport Holdings Tampa, LP, and not part of the bank's collateral. The relationship between the two properties is that 1) they have common ownership, and 2) the health center associated with the bank's loan is to provide beds for residents that leave the ILF if the residents need the care provided in the health center. The health center can also provide beds to the general public. The ILF, and Westport Holdings Tampa, LP, is financed by a different lender.

- Under the CCRC model, the ILF facility provides condo-like units or villas for a large entrance fee with a lower monthly rent payment. For example, an entrance fee might be $150,000 with rent of $1,500 per month. The entrance fee is somewhat similar to prepaid rent. When a resident leaves the ILF, a portion of the entrance fee is refundable based on length of stay at the ILF and initial contract terms. Refunds can range from 40% of the entrance fee to 90% of the entrance fee. Because of the refund liability associated with the CCRC model, the ILF is regulated by the OIR (Office of Insurance Regulation) to assure that it maintains financial stability to keep the facility in good standing and repay any entrance fee refunds if they become due. Thus, because of this regulation by the OIR, it is a requirement that the GP of the operating entity be approved by the OIR. The Bank's borrower, and the health center, are not regulated by the OIR and the OIR does not have to approve the operating GP. This regulation applies primarily to the ILF side.

- When the bank made its loan to Westport Nursing Tampa, and when the common ownership purchased the adjacent ILF through Westport Holdings Tampa, LP, the GP of that entity was Larry Landry. Landry was the GP as part of the prior ownership group who stayed on board after the acquisition. Landry was the approved GP by the OIR. Sometime during 2014, Larry Landry indicated to the partnership that he planned to retire and step down as the GP of Westport Holdings Tampa, LP. This prompted a process by which the partnership was to submit application to the OIR for a new GP to replace Landry. This applicant was to be approved by the OIR.

- The partnership proposed that Rebecca Bartle, one of the owners of both properties and a senior housing professional with a background in skilled nursing, be approved by the OIR as the new GP of Westport Holdings Tampa, LP. During this application process, the OIR issued an Initial Order of Suspension to Westport Holdings Tampa, LP. As understood through conversations with Bank counsel and borrower counsel, this is not an Order of Suspension whereby Westport

Revised August 2014

Tampa Holdings, LP (Borrowing Entity) and the ILF is suspended from operations. The entity can continue to operate the ILF.

- The order specifically references John Bartle, Rebecca's husband, and prior litigation that he has been linked to with other senior housing projects. It also references Rebecca Bartle, but the primary focus seems to be on John Bartle. John Bartle is a consultant for the Guarantor BVM Management, Inc. and the subject tenants. Mr. Bartle self admittedly is involved in litigation as he specializes in restructuring distressed senior housing assets. John Bartle is not an owner in the Bank's borrowing entity and is reportedly not an owner of the Westport Holdings Tampa, LP entity which owns the neighboring ILF.

- Bank counsel has reviewed the order, as well as the bank's position, and feels that John Bartle has no direct ownership or direct/indirect control of our borrowing entity. They also indicated that the OIR's order should not affect the operation of the health center, which is the collateral and repayment source of the bank's loan.

- The Westport Holdings Tampa, LP group had 21 days from the date of the order to appeal the application of Rebecca Bartle as GP of the entity and approval by the OIR. They engaged Broad and Cassel, a Tallahassee based law firm specializing in senior housing, who has a partner with a lengthy history of working closely with the OIR on similar cases.

- According to the borrower and their counsel, it appears that the OIR is looking for a suitable GP for the Westport Holdings Tampa, LP that is not Rebecca Bartle due to her association with husband John Bartle and prior litigation. The group has indicated that they will propose Eli Freiden, one of the owners of both properties, as a possible replacement. The bank's understanding is that they are currently in the application process with the new GP and working with the OIR to come up with a suitable resolution for both parties.

- To reiterate, this order issued by the OIR was not to the Bank's borrower and the OIR does not regulate the Bank's borrowing entity. The two properties are linked via common ownership and the CCRC structure. Bank counsel has reviewed the order, as well as loan documents and entity control, and does not feel that the order would have an immediate impact on the bank's collateral. The control of the Bank's borrowing entity is via a majority vote as outlined later in this memo. It is a possibility that the bank's borrowing entity and performance of the health center could be impacted by negative press about the situation at the ILF but that has not been seen based on the financial information received to date.

- The ownership group of Westport Holdings Tampa, LP and their counsel have indicated that the likely outcome of the order is one of the following scenarios: 1) the OIR gets comfortable with Rebecca Bartle as GP and approves her, 2) the group proposes a new GP that is approved by the OIR, 3) the group proposes a new GP approved by the OIR with conditional oversight by an approved third party manager, 4) the OIR requires management by a third party, or 5) sell the entire campus. The borrower indicated that the likely resolution with the OIR is a 60-120 day process and they plan to sell the entire campus.

- The Borrower has received several offers in the $38MM range to sell the property after the review from the OIR is settled and management change is finalized. One of the offers is from USAB customer Terrence McCarthy. The Borrower has sent contract drafts to the 4 most qualified parties and asked them to submit executed offers by May 21st.

- The bank was considering a request to refinance the Westport Holdings Tampa, LP (ILF) property, but in light of the order from the OIR and uncertainty, the group was notified that the Bank will not consider that request. The financial information provided by the group during this initial loan evaluation was very strong. The ILF property appeared to be having one of its best years in recent history from a cash flow, entrance fee sales, and occupancy perspective.

- 3 -

Revised August 2014

## BORROWING ENTITY OWNERSHIP STRUCTURE

Ownership and control of Westport Nursing Tampa, LLC, which is our borrowing entity that owns the real estate associated with the Assisted Living Facility and Skilled Nursing Facility is outlined below.  It is an LLC with some actions controlled by the Managing Member and other actions that require a vote of 80% of the Board of Managers (4 out of 5 votes). This overview shows that neither Rebecca Bartle (nor John Bartle) have majority control over the borrowing entity:



### Managing Member - BHMSUNI, LLC

The Managing Member is (or essentially Kevin Angelis and Robert Salamon).  Kevin and Robert can operate the company as outlined in the operating agreement unless an action calls for the 80% Board of Managers approval.  Kevin and Robert have no affiliation with BVM Management or the Bartle's.  They did not know them until this transaction and do not have a history with them in any other transactions.

### Board of Managers of Westport Nursing Tampa, LLC

There are 5 members of the Board of Managers.  For certain actions outlined in the operating agreement, 80% of the Board of Managers must consent.  Most major actions of the entity require this 80% approval level.  The 5 members of the Board of Managers are appointed by ownership per the below:

- BHMSUNI, LLC Appoints 2 Members (Kevin Angelis and Robert Salaman entity)
- IMH Healthcare, LLC Appoints 1 Member ( Eli Freiden entity)
- JF Consultants, LLC Appoints 1 Member (Jonathan Fuchs entity)
- BVM University Village, LLC Appoints 1 Member (Rebecca Bartle, Lou Jackson, Robert Rynard)

Therefore, any action that requires Board of Managers approval must have support from 4 of the 5 members as appointed above.  Two things to note about this structure:  1) At least 1 of the 2 members appointed by BHMSUNI must support any action because without at least one of their votes, there are only 3 other members remaining and not enough for an 80% approval, and 2) the Rebecca Bartle associated entity only has 1 member on the Board of Managers and thus only controls 20% of the needed 80% vote.

### BVM University Village, LLC

This entity owns 40% of the borrower as noted above and is comprised of a 33% ownership by Rebecca Bartle, 33% by Lou Jackson, and 33% by Robert Rynard (or their individual entities).  At least 2 of the 3 owners (Rebecca Bartle, Lou Jackson, and Robert Rynard) vote on an action with a majority approval.  In other words, Rebecca Bartle does not solely control this entity either.  If Jackson and Rynard vote differently on an action or issue than Bartle, their majority wins.  So BVM University Village, LLC not only controls just 40% of the borrowing entity, but Rebecca Bartle doesn't have sole control of this entity either because she is only a third of its ownership.

Revised August 2014

## COLLATERAL ANALYSIS

USAB currently has a FREM along with an assignment of all rents, leases, and profits on an existing 230-bed ALF/SNF located at 12401 N 22nd St., Tampa, FL 33612 known as University Village. USAB will also currently has a $3MM cash account held as additional collateral on the subject loan.

The property was built in 1989 with over 137,000 total square feet situated amongst three stories. There are currently 110-beds allocated towards AL with 120-beds pertaining to SN. The ALF units reside on the second floor along with a section of the third floor and are completely private pay related. The first floor is dedicated to the SNF and Memory Care and consists of 50% Medicaid, 25% Medicare, and 25% private pay. The subject property is zoned PD-H and is situated on 3.56-acres or 155,088 SF of land. The 2014 real estate taxes and all previous years have been paid. All insurance and collateral documentation was located on account folio.






**Appraisal** - USAB received an appraisal dated 02/21/2014, which provided an overall market value of $16,390M (real estate "fee-simple" = $13,040M, tangible FF&E = $460M, and a "Going Concern" value = $2,890M). Based on the total appraised value of $16,390M, and the net loan amount of $11,562M after offsetting the $3MM cash collateral account, the LTV equates to 71%. Based on the "Fee-Simple" value of $13,040M and offsetting $3MM, the LTV would be 89%. The appraisal analyzed the subject property as an owner-operator versus an investment property with a tenant. Furthermore, the appraisal did not provide any consideration of the current in-place lease. Thus, the in-place rental rate could not be compared to a market rent; however, as the lease is not completely arm's length, this method is considered to be appropriate.

**Lease** – The subject property is 100% leased to two entities (TR & SNF, Inc. and TALF, Inc.) via one-lease. These entities are related to the loan Guarantor, BVM Management, Inc., which also guarantees the lease. TR & SNF, Inc. operates the SNF portion of the property and TALF, Inc. operates the ALF portion. These two entities and BVM Management Inc. are related to BVM University Village, LLC, which is a partial owner in the Borrowing Entity. The lease is for 15 years and is an absolute net lease with the tenants paying 100% of all expenses associated with the subject property. The rental rate

- 5 -

Revised August 2014

noted in the lease is $2.5MM in year 1, $3MM in year 2, $4MM in year 3, $5MM in year 4 and annual increases based upon CPI thereafter. However, based on the provided financial statements for the tenants, the rental rate paid in the initial 5-months was only $100,000 per month. From September through December 2014, the rental rate increased to the scheduled lease payments of approximately $208M per month.

**Tenant Analysis** – The Borrowing entity is a single asset entity and the lease is Absolute Net. Furthermore, the subject's current lease is not fully arm's length and is structured to capture the majority of the net cash flow from the tenant's operations. Thus, financial statements for the Borrower are not prepared and are requested to be permanently waived and replaced by the quarterly statements for the subject tenants (TR & SNF, Inc. and TALF, Inc.). As the Borrower purchased the subject property in April 2014, the April through December 2014 financial statements for the tenants (along with the 2012 and 2013 full year statements were presented below. The 2014 statements were annualized for this analysis. The loan contains a minimum $2.5MM EBITDARM covenant to be tested annually. As shown below, the 12/13/14 annualized EBITDARM was $3.4MM. The loan also has a minimum 1.75x DSCR Covenant, which was satisfied by the 12/31/14 Annualized cash flow. The annualized cash flow is acceptable for the 1st year according to the loan agreement.

| Combined SNF/ALF Financials | %/Rev | Actual 2012 | %/Rev | Actual 2013 | %/Rev | Annualized 9-Mos 12/31/14 |
|---|---|---|---|---|---|---|
| SNF Income | 72.13% | $11,301,000 | 72.93% | $11,238,000 | 73.31% | $11,972,000 |
| ALF Income | 27.87% | $4,366,000 | 27.07% | $4,172,000 | 26.69% | $4,358,000 |
| **Effective Gross Income** | 100.00% | $15,667,000 | 100.00% | $15,410,000 | 100.00% | $16,330,000 |
| **Expenses** | | | | | | |
| Real Estate Taxes & Insurance | 0.49% | $76,000 | 0.38% | $58,000 | 0.69% | $113,000 |
| Laundry & Activities | 3.38% | $529,000 | 3.52% | $542,000 | 3.21% | $525,000 |
| Utilities | 3.41% | $534,000 | 3.46% | $533,000 | 3.17% | $517,000 |
| Payroll | 10.22% | $1,601,000 | 15.33% | $2,362,000 | 13.71% | $2,239,000 |
| G&A | 14.53% | $2,276,000 | 7.80% | $1,202,000 | 7.10% | $1,160,000 |
| Management Fees | 4.99% | $782,000 | 4.88% | $752,000 | 5.00% | $816,500 |
| Dietary | 8.84% | $1,385,000 | 9.12% | $1,406,000 | 7.54% | $1,231,000 |
| Medical Records | 0.64% | $100,000 | 0.73% | $112,000 | 0.75% | $122,000 |
| Cost of Capital/Lease | 6.71% | $1,051,000 | 6.74% | $1,038,000 | 11.65% | $1,902,000 |
| Nursing/Personal Care | 29.05% | $4,551,000 | 29.68% | $4,574,000 | 25.52% | $4,167,000 |
| Ancillaries | 9.50% | $1,489,000 | 10.02% | $1,544,000 | 11.36% | $1,855,000 |
| Housekeeping | 1.77% | $278,000 | 1.78% | $274,000 | 1.83% | $299,000 |
| Maintenance & Repairs | 3.12% | $489,000 | 3.37% | $520,000 | 2.86% | $467,000 |
| Other Operating | 1.21% | $189,000 | 1.38% | $213,000 | 1.45% | $236,000 |
| **Total Operating Expenses** | 97.85% | $15,330,000 | 98.18% | $15,130,000 | 95.83% | $15,649,500 |
| **Actual Net Operating Income** | 2.15% | $337,000 | 1.82% | $280,000 | 4.17% | $680,500 |
| **Expense Adjustments:** | | | | | | |
| Dietary & Laundry | | $298,000 | | $298,000 | | $0 |
| Housekeeping | | $70,000 | | $70,000 | | $0 |
| Annual Facility Fee (QAF) | | $340,000 | | $0 | | $0 |
| Admin. & Professional | | $280,000 | | $280,000 | | $0 |
| Current Lease / Cost of Capital | | $1,051,000 | | $1,038,000 | | $1,902,000 |
| **Total Adjustments** | | $2,039,000 | | $1,686,000 | | $1,902,000 |
| **EBITDAR** | 15.17% | $2,376,000 | 12.76% | $1,966,000 | 15.81% | $2,582,500 |
| Current Rent | | $2,500,000 | | $2,500,000 | | $2,500,000 |
| FCCR | | 0.95x | | 0.79x | | 1.03x |
| **EBITDAR** | | $2,376,000 | | $1,966,000 | | $2,582,500 |
| Actual Debt Service | | $1,182,954 | | $1,182,954 | | $1,182,954 |
| DSCR | | 2.01x | | 1.43x | | 2.18x |
| **Minimum $2.5MM EBITDARM** | | $3,158,000 | | $2,718,000 | | $3,399,000 |
| **Sensitivity Analysis** | | | | | | |
| 20% Decrease in EBITDAR | | 1.61x | | 1.33x | | 1.75x |
| 3% Increase in Interest Rate | | 1.58x | | 1.31x | | 1.72x |

Revised August 2014

**Expense Reduction Explanation:** The expense adjustments along with the following chart were provided by the Borrower upon origination to explain the adjustments to represent their operations post-acquisition. As 2014 represents the subject property completely under the Borrower's operations, the only adjustments we applied were to increase the management fee to 5% of EGI (which is consistent with previous years) and add the rental expense back before the FCCR and DSCR calculation.

**BVM Expense Reduction Rationalization**

*PF A*

- Dietary: BVM utilizes US Foods as its dietary provider throughout its other facilities and already has a quote in-hand for the Facility (as herein defined)

- Laundry & Housekeeping: Similar to Dietary, BVM will utilize an existing provider, Healthcare Services Group, and already has quotes in-hand

- Management Fee: The current management fee at the facility (which is not reflective of market)

- QAF: Annual facility fee that will no longer be paid (Note: due to the unsophisticated nature of the current operator, the Facility was paying an unnecessary annual fee; Facility is exempt from this payment)

- Administration: ALF infrastructure for accounting and payroll can and will be rationalized into BVM operations

- Professional Other: This is an additional management fee being charged by the current operator (e.g. akin to an expense add-back)

**Real Estate Analysis** – As the subject property is encumbered by a lease, although it is not fully arm's length, we have provided a cash flow based upon the in-place lease and underwriting adjustments including a 5% vacancy, 3% management fee and 2% replacement reserve. Yr 1 and Yr 2 columns represent the 1st and 2nd year of the lease, the 1.20X DSCR is the minimum rental rate needed to cover the subject debt at 1.20X and the Appraisal Pro Forma represents the Direct Capitalization Pro Forma from the 2/21/14 appraisal.

|  | | Yr 1 | | Yr 2 | | 1.20x DSCR | | Appraisal Pro Forma | |
|---|---|---|---|---|---|---|---|---|---|
|  | %/Rev | Annual | %/Rev | Annual | %/Rev | Annual | %/Rev | Annual |
| Rental Income | 105.26% | $2,500,000 | 105.26% | $3,000,000 | 105.26% | $1,575,000 | 81.52% | $12,702,020 |
| Other Income | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 21.80% | $3,396,641 |
| Less Vacancy Factor | -5.26% | ($125,000) | -5.26% | ($150,000) | -5.26% | ($78,750) | -3.32% | ($517,346) |
| Effective Gross Income | 100.00% | $2,375,000 | 100.00% | $2,850,000 | 100.00% | $1,496,250 | 100.00% | $15,581,315 |
| **Expenses** | | | | | | | | |
| Operating Expenses | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 88.69% | $13,819,356 |
| Management Fee 3% | 3.00% | $71,250 | 3.00% | $85,500 | 3.00% | $44,888 | 0.00% | $0 |
| Replacement Reserv 2% | 2.00% | $47,500 | 2.00% | $57,000 | 2.00% | $29,925 | 0.00% | $0 |
| Total Operating Expenses | 5.00% | $118,750 | 5.00% | $142,500 | 5.00% | $74,813 | 88.69% | $13,819,356 |
| Net Operating Income | 95.00% | $2,256,250 | 95.00% | $2,707,500 | 95.00% | $1,421,438 | 11.31% | $1,761,959 |
| Debt Service (P & I) | | $1,182,954 | | $1,182,954 | | $1,182,954 | | $1,182,954 |
| Cash After Debt Service | | $1,073,296 | | $1,524,546 | | $238,483 | | $579,005 |
| Debt Service Coverage | | 1.91x | | 2.29x | | 1.20x | | 1.49x |
| **Sensitivity Analysis** | | | | | | | | |
| 20% Decrease in NOI | | 1.53x | | 1.83x | | 0.96x | | 1.19x |
| 3% Increase in Rate | | 1.50x | | 1.81x | | 0.95x | | 1.17x |

Revised August 2014

## GUARANTOR ANALYSIS

BVM was incorporated in the State of Indiana on February 24, 1950, under the name Bethany Village Ministries, Inc. and amended on December 20, 2000, under the name BVM Management, Inc. The purpose of BVM is to establish, develop, own, maintain and operate health care facilities including residential facilities designed to meet the housing, health, personal needs and financial security needs of the elderly and other special populations. The operations of BVM are managed by its Board of Directors (the "Board"). There is no limit on the number of successive terms that a director may serve. The officers and members of the Board of BVM are Robert L. Rynard, Sr., Edward Fodrea, Rebecca J. Bartle, Dana Wadman-Huth, David L. Richey and Bradley L. Jackson. Thus, several board members are owners of the Entities occupying the subject property and BVM University Management, LLC, which has a 40% interest in the Borrowing Entity. The 6/30/12 FYE, 8/31/13 FYE and 8/31/14 FYE financials are summarized below. The statements are company prepared. Tax Returns are not required; however, the Audited Statements are required annually and will be provided when completed.

| COMPANY: BVM Management Inc | Date Printed: | | | 05/05/15 | | | | |
|---|---|---|---|---|---|---|---|---|
| Underwriter: John Jackson | Co-Prep | | | Co-Prep | | | Co-Prep | |
| | # of Mos. | | | # of Mos. | | | # of Mos. | |
| (000s) | 12 | | | 12 | | | 12 | |
| **Income Statement** | **06/30/12** | **%** | | **08/31/13** | **%** | | **08/31/14** | **%** |
| Sales | $39,580 | 100.0% | | $41,169 | 100.0% | | $27,355 | 100.0% |
| COGS | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| *Gross Profit* | *$39,580* | 100.0% | | *$41,169* | 100.0% | | *$27,355* | 100.0% |
| Operating Expenses | $35,263 | 89.1% | | $35,359 | 85.9% | | $20,444 | 74.7% |
| Owner Compensation | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Depreciation/Amortization Expense | $864 | 2.2% | | $845 | 2.1% | | $1,071 | 3.9% |
| *Total Operating Expenses* | *$36,127* | 91.3% | | *$36,204* | 87.9% | | *$21,515* | 78.7% |
| *Net Operating Profit* | *$3,453* | 8.7% | | *$4,965* | 12.1% | | *$5,840* | 21.3% |
| Interest Expense | $1,355 | 3.4% | | $1,333 | 3.2% | | $2,245 | 8.2% |
| Other Income/Expense | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Income Taxes | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| *Net Profit* | *$2,098* | 5.3% | | *$3,632* | 8.8% | | *$3,595* | 13.1% |
| Dividends ( - ) & Contributions (+) | $0 | | | $0 | | | $0 | |
| **Balance Sheet** | **08/31/12** | | | **08/31/13** | | | **08/31/13** | |
| Cash | $3,572 | 7.6% | | $1,787 | 4.1% | | $1,204 | 2.3% |
| Accounts Receivable | $1,207 | 2.6% | | $1,075 | 2.5% | | $1,877 | 3.7% |
| Inventory | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Work in Process | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Other Current Assets | $1,310 | 2.8% | | $781 | 1.8% | | $487 | 0.9% |
| *Current Assets* | *$6,089* | 13.0% | | *$3,643* | 8.3% | | *$3,568* | 7.0% |
| N/R - Stockholders & Affiliates | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Other Non-Current Assets | $40,826 | 87.0% | | $40,160 | 91.7% | | $47,723 | 93.0% |
| Intangibles | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| *Total Assets* | *$46,915* | 100.0% | | *$43,803* | 100.0% | | *$51,291* | 100.0% |
| A/R Financing | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| CPLTD | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Accounts Payable | $1,468 | 3.1% | | $987 | 2.3% | | $1,211 | 2.4% |
| Other Current Liabilities | $5,073 | 10.8% | | $4,090 | 9.3% | | $2,810 | 5.5% |
| *Current Liabilities* | *$6,541* | 13.9% | | *$5,077* | 11.6% | | *$4,021* | 7.8% |
| Long Term Debt | $37,634 | 80.2% | | $34,674 | 79.2% | | $41,762 | 81.4% |
| Due to Stockholder & Affiliates | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| Subordinated Debt | $0 | 0.0% | | $0 | 0.0% | | $0 | 0.0% |
| *Total Liabilities* | *$44,175* | 94.2% | | *$39,751* | 90.7% | | *$45,783* | 89.3% |
| *Net Worth* | *$2,740* | 5.8% | | *$4,052* | 0.09251 | | *$5,508* | 0.10739 |
| **Cash Flow** | | | | | | | | |
| Net Income | $2,098 | | | $3,632 | | | $3,595 | |
| Depreciation Expense | $864 | | | $845 | | | $1,071 | |
| Interest Expense | $1,355 | | | $1,333 | | | $1,333 | |
| *Cash Available for Debt Service (CADS)* | *$4,317* | 0% | | *$5,810* | | | *$5,998* | |
| 1) EST. LTD Based on Year Outstanding 5%, 20-Yrs | $2,980 | | | $2,746 | | | $3,307 | |
| *Surplus/(Deficit) Funds* | *$1,337* | | | *$3,064* | | | *$2,691* | |
| **Debt Service Coverage** | **1.45** | x | | **2.12** | x | | **1.81** | x |

Revised August 2014

## SUMMARY

### Strengths

- The 2014 annualized EBITDAR for the tenants provide a DSCR of 2.18x over the subject debt service. The 2012 and 2013 DSCR from the tenant's EBITDAR (under previous management) was 2.01x and 1.43x, respectively.
- Based on the total appraised value of $16,390M (including FF&E and Going Concern), and the net loan amount of $11,562M after offsetting the $3MM cash collateral account, the LTV equates to 71%. Based on the "Fee-Simple" value of $13,040M and offsetting $3MM, the LTV would be 89%.
- The Guarantor has a stable cash flow over the past three years and a long history of owning / managing ALF/SNF properties.

### Risks & Mitigants

- As previously noted, the proposed management change for the related entity, Westport Holdings Tampa, LP (Non Borrowing Entity), has been suspended by the OIR (Office of Insurance Regulation) and is currently under review. The Bank's borrower (Westport Nursing Tampa, LLC) does have partial common ownership and CCRC status with Westport Holdings of Tampa, LP. The suspension / review has resulted in negative publicity of the subject property. However, there has been no indication to date that operation and financial performance of the health center have been negatively impacted since the ownership group acquired the property in April of 2014. The Borrower has also received interest from several buyers to purchase the entire campus following settlement of the OIR review.

### Recommendation

- Based on the aforementioned suspension / review by the OIR on the related entity, the subject credit is recommended to be downgraded from a Loan Grade of 4 to a Loan Grade of 5.

### Attachments

- **PCF Form**
- **CRC Form**

# PORTFOLIO CHANGE FORM ("PCF")

| Customer Name | Westport Nursing Tampa, LLC |
|---|---|
| Loan Number | 401658800 |
| Relationship Code | 2234 |
| Servicing Officer | Trey Korhn |

| DOCUMENT TYPE * | REASON FOR CHANGE | REQUEST ** | EXISTING EXCEPTION DATE | NEW EXCEPTION DATE *** |
|---|---|---|---|---|
| Bs. Tax Returns for: | | | | |
| Financial Statement for: | Westport Nursing Tampa, LLC | Permanent Waiver | 4/30/14 | N/A |
| Other Financial Stmt for: | TR & SNF, Inc. and TALF, Inc. | Require Quarterly Statements – 30 days after Quarter End | N/A | 7/31/15 |
| Tax Returns for: | | | | |
| Borrowing Base Cert. for: | | | | |
| A/R Aging for: | | | | |
| Inventory Report for: | | | | |
| Annual Review Date for: | | | | |

| APPROVALS | SIGNATURE & TITLE | DATE |
|---|---|---|
| Submitted By | John Jackson | 5/5/15 |
| Approved By | | |

*In the event that there is more than one folder for the selected Document Type in AccountFolio, specify to which folder the requested change should apply.*

*\*\* Input the following values based on the nature of the request:*
- *"Permanent Waiver" to permanently waive an item*
- *"Temporary Waiver for (the period waived, e.g. "2009," "1st Qtr 2010," etc.)" to waive an item for a specific period*
- *"Extension" to extend the exception date for the current period for an item that will still be required*
- *"Ongoing Extension" to extend the exception date for the current and future periods for an item that will still be required.*

*\*\*\* Will be "N/A" for permanent waivers.*

DISTRIBUTION:
Credit Department
Servicing Officer
Loan Operations
Credit File

REVISION DATE:
06/08/2010

**CREDIT RISK COMMITTEE REQUEST FORM** (CLAR)

| | | | |
|---|---|---|---|
| Borrower(s): | Westport Nursing Tampa, LLC | Date | 5/5/15 |
| Guarantor(s): | BVM Management, Inc. | Officer | Trey Korhn   Region Florida CRE |

**REQUEST TYPE:**   ☐ Special Assets Transfer Request    ☑ AQR Change Request    ☐ Nonaccrual Request
To Officer: _____ *(to be completed by CRC)*    ☐ Restore Accrual
SAD: ☐ Add Screen Alerts   ☐ Remove Screen Alerts

*For Monitoring Purposes:*   ☐ Property in Flood Zone    ☐ Flood Insurance   ☐ ARM Discl loan   ☐ ARM Notice being sent   ☐ Loan has escrows

**Indicate latest financials:**

| | Borrower<br>Westport Nursing Tampa, LLC | Guarantor<br>BVM Management, Inc. |
|---|---|---|
| Last analysis date | 5/5/15 | 5/5/15 |
| Latest Financial statement | 12/31/14 | 8/31/14 FYE |
| Latest Tax Return | N/A | N/A |
| Global DSC Ratio | 1.81x | 1.81x |

**Reason for Change Request(s):** *[If AQR is 7 or worse, should account move to Special Assets or Nonaccrual? Explain.]*

Downgrade the subject credit from a Loan Grade of 4 to a Loan Grade of 5. The Bank's borrower (Westport Nursing Tampa, LLC) has a partial common ownership and CCRC status with Westport Holdings of Tampa, LP, which requested a change of the general partner that triggered a review by the OIR (Office of Insurance Regulation). This review has resulted in negative publicity for the subject property. The situation is further discussed in the corresponding Annual Review.

**Current Status of Loan/Relationship:** *[Include Action Plan for resolution.]*

Downgrade the subject credit and the Loan Officer will monitor the situation.

*Complete bold fields only if changing*

| List Loans to be Changed:<br>Loan # | Balance | Days<br>Past due | Collateral Description | Value | Valuation<br>Source | Valuation<br>Date | **Unpaid<br>Interest** | Current<br>AQR | **Proposed<br>AQR** |
|---|---|---|---|---|---|---|---|---|---|
| 401658800 | $14,562,094 | None | 1st REM and $3MM Cash | $16,390M | Appraisal | 2/21/2014 | $0 | 4 | **5** |
| | | | | | | | | | |

**Signatures Required:**

Relationship Manager   _____

Team/Region Manager   _____

Credit Risk Committee   _____

| LOAN OPS ONLY: |
|---|
| ___ Check GL Code |
| ___ Check Product Code |

*Submit signed forms to Robin Greenlee via email; Incomplete forms will be returned.*