

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: WESTPORT HOLDINGS TAMPA, LP and WESTPORT HOLDINGS TAMPA II, LP, Debtors,

Jointly Administered Under Case No. 8:16-bk-08167-MGW

JEFFREY W. WARREN, Liquidating Trustee for Westport Holdings Tampa, LP and Westport Holdings II, LP, Plaintiff,

v.

VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey corporation, as successor by merger to USAMERIBANK, Defendant

Adv. Pro. No.: 8:20-ap-00007-MGW

EXPERT REPORT AND DISCLOSURE OF
Stanley A. Murphy, CPA/ABV/CFF, CIRA/CDBV, CVA
ANKURA CONSULTING GROUP, LLC

APRIL 17, 2023



PLAINTIFF'S
EXHIBIT
181



## Table of Contents

I.    **INTRODUCTION** ...................................................................................3

II.   **PROFESSIONAL BACKGROUND AND EXPERIENCE**............................4

III.  **INFORMATION CONSIDERED** .............................................................6

IV.  **GENERAL BACKGROUND OF THE CURRENT MATTER**.......................6

V.   **SUMMARY OF OPINIONS**...................................................................7

VI.  **BASIS & REASONING – ANALYSIS**.......................................................8

   A.  **Insolvency Evaluation as of the Valuation Date**................................8

   a.  **Scope of Work**.....................................................................................8

   b.  **Balance Sheet Test**............................................................................9

   c.  **Standard and Premise of Value**........................................................9

   d.  **Valuation Approaches** ....................................................................10

   B.  **Discounted Cash Flow Analyses**.....................................................13

   C.  **Direct and Indirect Benefits**...........................................................30

   D.  **Identity of Interests**........................................................................31

   E.  **Factors responsible for OIR Petition to put Debtors into Receivership**...............31

   F.  **United States Economic Overview and Industry Overview**.......................32

   G.  **Aiding and Abetting Breach of Fiduciary Duty Damages** ...........................34

VII.  **RESERVATION OF RIGHTS AND COMPENSATION DISCLOSURE** ...................35



**ATTACHMENTS & EXHIBITS**

Attachment A – Stan Murphy CV

Attachment B – Stan Murphy Expert Witness Testimony, April 2019 – April 2023

Attachment C – Documents and Information Considered

Exhibit 1 – Solvency Analysis – Combined Appraisals - For Period Ending 02/28/14

Exhibit 2 – Solvency Analysis – Combined Appraisals - For Period Ending 03/31/14

Exhibit 3 – Budget to Actual Analysis - 2011-2013

Exhibit 4 – Solvency Analysis – Discounted Cash Flows - For Period Ending 02/28/14

Exhibit 5 – Solvency Analysis – Discounted Cash Flows - For Period Ending 03/31/14

Exhibit 6 – Discounted Cash Flows – For Period Ending 02/28/14

Exhibit 7 – Discounted Cash Flows – For Period Ending 03/31/14

Exhibit 8 – 2014 Economic and Industry Report



## I.   INTRODUCTION

1.   Ankura Consulting Group LLC ("Ankura"), has been retained by McGlinchey Stafford PLLC, as Counsel for Defendant Valley National Bank, Valley National Bankcorp and USAmeriBank (the "Company" or "Defendant"), to provide independent professional services in connection with the litigation matter titled *Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport Holdings II, LP, Plaintiff, v. Valley National Bank, principal subsidiary to Valley National Bankcorp, as successor by merger to USAmeriBank[1], Defendant*, Adv. Pro. No. 8:20-ap-00007-MGW. Plaintiff is the Liquidating Trustee for Westport Holdings Tampa, LP ("Westport Tampa") (Case No.: 8:16-bk-08167-MGW) and Westport Holdings Tampa II, LP ("Westport Tampa II") (Case No.: 8:16-bk-08168-MGW), jointly administered under Case No.: 8:16-bk-08167-MGW (collectively the "Debtors"). More specifically, we have been asked to (1) evaluate the insolvency of the Debtors as of immediately before the March 31, 2014 transaction and immediately after the March 31, 2014 transaction (the "Valuation Dates" or collectively the "Solvency Dates") and analyze the issue of whether the Debtors received reasonable equivalent value for their previous ownership of Westport Nursing Tampa, LLC ("WNT") in the transaction that closed on March 31, 2014 ; (2) prepare this Expert Report; and (3) possibly testify at deposition and/or trial.

2.   Throughout this expert report, I will refer to the plaintiff as "Mr. Warren" or "Plaintiff".

3.   The opinions offered in my report relate to our analyses of alleged insolvency, unreasonably small capital and alleged inability of the Debtors to pay their debts as they became due as of March 31, 2014. I also address in this report the issue of whether the Debtors received reasonable equivalent value for their previous ownership of WNT. This report, attachments, and supporting documents present my observations, findings, and conclusions.

4.   I have performed this engagement based on the AICPA's Statement on Standards for

---

[1] The subject transaction was originally financed by USAmeriBank which was acquired by Valley National Bank on July 26, 2017.



Valuation Services ("SSVS") and the AICPA Statement on Standards for Consulting Services ("SSCS"). This is not an attestation or audit report as defined by the Association of International Certified Professional Accountants ("AICPA") and this engagement is not an attest or audit engagement as defined by the AICPA.[2]

5.   This report is to be used solely for the purposes of the above-referenced litigation and is not to be used for any purpose unrelated to this matter without the prior written approval of Ankura. The use of terms "I," "we," "our," or "my" in this report, in the context of procedures, research, and analyses, refers to work performed by both me and staff working under my supervision and direction. The following sections set forth my qualifications as an expert, my conclusions, the documents considered, the basis for my conclusions, and disclosure of compensation.

## II.    PROFESSIONAL BACKGROUND AND EXPERIENCE

6.   I am a Senior Managing Director in the Global Disputes and Economics practice in Ankura's Tampa, FL office. Prior to joining Ankura in August 2018, I was a Managing Director with Navigant Consulting, Inc.'s Disputes and Investigations practice.[3]   Prior to joining Navigant Consulting in 2001, I was a partner in PricewaterhouseCoopers, LLP's Dispute Analysis and Investigation practice.

7.   I graduated from Florida State University in 1977 with a Bachelor of Science in Accounting degree.

8.   I have been a Certified Public Accountant ("CPA") since 1978, including 13 years of "Big

---

[2] In 2017, American Institute of Certified Public Accountants and the Chartered Institute of Management Accountants formed a joint venture and created the Association of International Certified Professional Accountants.  According to paragraph 44 of the American Institute of Certified Public Accountant's publication, "Litigation Services and Applicable Professional Standards", in an attestation engagement, "the CPA assesses the fairness of the written assertions of others, which may be in the form of financial statements, parts of such statements, or information not of a financial nature...the opinion expressed is that of the CPA firm." Similarly, the PCAOB defines an attest engagement as one in which "a certified public accountant in the practice of public accounting is engaged to issue or does issue an examination, a review, or an agreed-upon procedures report on subject matter, or an assertion about the subject matter that is the responsibility of another party." Ankura is not a CPA firm. Ankura's services under this engagement did not involve preparing, examining/auditing or expressing an opinion on the fair presentation of any financial statements as those terms are used in pertinent state Statutes and in generally accepted professional standards issued by the AICPA.

[3] On August 24, 2018, Navigant Consulting, Inc. completed the sale of its Disputes, Forensics and Legal Technology segment and its Transaction Advisory Services practice to Ankura Consulting Group, LLC.



4" auditing and accounting experience where I provided accounting, auditing, financial, and special services to clients in various industries including, among others, real estate development and healthcare clients.

9. I have received the Certified Insolvency and Restructuring Advisor ("CIRA") and the Certified in Distressed Business Valuation ("CDBV") designations by the Association of Insolvency and Restructuring Advisors ("AIRA"). The CIRA credential is conferred by the AIRA, a certification which included an 11-hour written examination and a minimum of 4,000 hours of prior insolvency related experience. In this capacity, I have assisted numerous debtors, creditors, and other interested parties in bankruptcies and other troubled company matters, including, among others, preparing and critiquing financial projections for numerous entities and insolvency evaluations. The CDBV credential included a four-hour written exam and prior experience in business valuation of distressed entities.

10. I hold an Accredited in Business Valuation ("ABV") credential conferred by the AICPA, and a Certified Valuation Analyst ("CVA") designation conferred by the National Association of Certified Valuation Analysts ("NACVA").

11. I hold a Certified in Financial Forensics ("CFF") credential conferred by the AICPA.

12. During approximately the last 30 years, a substantial portion of my professional time has been spent performing accounting and economic analyses, investigations, valuations, insolvency analyses, and business damage analyses for entities in a variety of actions, including, among others, breach of contract, non-compete, lost earnings in employment related and wrongful death actions, intellectual property infringement, preference and fraudulent transfer actions, civil rights deprivation actions, breach of fiduciary duty, eminent domain, white-collar crime, alter ego, and forensic accounting and fraud investigations.

13. My curriculum vitae and list of my expert testimony from April 2019 through April 2023 are attached to this report as Attachments A and B, respectively.



### III.    INFORMATION CONSIDERED

14. In arriving at the opinions set forth below, I have relied on my education, training, and experience in accounting, valuations, financial and damages analysis, discussions with Counsel, and my review of various documents, pleadings, transcripts and exhibits produced thus far by the parties. A list of the documents and information considered to arrive at my conclusions and opinions is provided in Attachment C.

### IV.    GENERAL BACKGROUND OF THE CURRENT MATTER[4]

15. The following summary is not intended to be a comprehensive history of this dispute, nor is it intended to represent any conclusion of fact or law relevant to this case.

16. Westport Tampa and Westport Tampa II, along with its previous wholly owned subsidiary WNT, owned "University Village", a Continuing Care Retirement Community ("CCRC"). The University Village property consists of an Independent Living Facility (the "ILF") that includes roughly 446 apartments (Westport Tampa) and 46 villas (Westport Tampa II), as well as a health center (WNT), consisting of a 110 unit Assisted Living Facility (the "ALF") and a 120 bed Skilled Nursing Facility (the "SNF"). WNT is independently operated by TALF, Inc. ("TALF") and TR & SNF, Inc. ("TR & SNF") through a lease agreement with WNT.

17. Prior to the Defendant's involvement in University Village, the Debtors' primary secured lender was Horizon LP UV Lender ("Horizon"). Horizon held mortgages approximating $20,000,000 secured by the Debtors and WNT's property.

18. The Horizon debt was scheduled to mature on January 15, 2013. In 2013, Horizon approved several temporary extensions of the maturity date with the last approval extending the maturity date to December 15, 2013.

19. Leading up to January 15, 2013, the Debtors marketed University Village for sale. Individual John Bartle ("Bartle") was identified as a possible buyer of University Village.

---

[4] The information in this section was compiled from the Amended Complaint.



The parties started negotiations, however the loans with Horizon matured during discussions.

20. Bartle was not able to close on the proposed transaction to purchase University Village. Ultimately the Debtors, WNT, and Bartle identified two lenders, CPIF Lending, LLC ("CPIF") and the Defendant to fund the acquisition of University Village and extinguish the Horizon debt. This transaction closed on March 31, 2014, the Valuation Date, wherein the Horizon loans were satisfied with proceeds received from CPIF and Defendant loans of $5,611,740.47 and $14,557,145.89, respectively. In exchange, the Debtors transferred $9,500,000 in liens to CPIF and WNT transferred $15,000,000 in liens to the Defendant. At the time of the closing Westport Tampa transferred roughly $3,000,000 to Defendant as collateral for the loan.

21. Subsequent to the March 31, 2014 University Village transaction, Bartle and associates submitted applications to acquire University Village with the Florida Department of Financial Services ("DFS") Office of Insurance Regulation Division ("OIR"). The applications were denied. After several months of unresolved regulatory issues, including OIR's refusal to approve the Debtors' new equity owners , and the OIR's pending receivership filings, Westport Tampa and Westport Tampa II filed a petition for bankruptcy protection on September 22, 2016.

22. The Plaintiff filed an amended complaint on March 17, 2020, alleging the Defendant aided and abetted the Debtors' breach of fiduciary duties, conspired to dissipate the Debtors' assets, and deepened and prolonged the Debtor' alleged insolvency, all resulting in harm to the residents of University Village and other Creditors.

## V.   SUMMARY OF OPINIONS

23. Based on the results of my analyses discussed in this report, my education, knowledge, experience and training, a summary of my opinions is as follows:

    A. The Debtors and WNT were not insolvent on a balance sheet basis immediately before and immediately after the March 31, 2014 transaction.



B. The Debtors and WNT did not have unreasonably small capital immediately before and immediately and after March 31, 2014 transaction.

C. The Debtors and WNT were able to pay their debts as they became due immediately before and immediately after the March 31, 2014 transaction.

D. Westport Tampa received reasonable equivalent value for its prior investment of WNT.

24. My analyses are based upon procedures performed with respect to specific documents and information provided in conjunction with my research and knowledge of the issues in this matter. The following section sets forth the approach, methodologies, assumptions, analyses, and basis for my overall conclusions.

## VI. BASIS & REASONING – ANALYSIS

25. For purposes of my report, I have been asked to review, analyze, and evaluate the solvency of the Debtors immediately before and immediately after the March 31, 2014 transaction, the Solvency Date, whether the Debtors and WNT had unreasonably small capital immediately before and immediately after the March 31, 2014 transaction, and whether the Debtors received reasonable equivalent value for their prior ownership interest in WNT. The following sets forth my analyses and is the basis for my conclusions as of the date of this report.

### A. Insolvency Evaluation as of the Valuation Date

#### a. Scope of Work

26. As part of my analysis, we performed an insolvency assessment of Westport Tampa and WNT (collectively "Westport Tampa/WNT") under 11 USC 548(a)(1)(B)(2) as of the Solvency Date. Our insolvency analysis addressed the following:

- The historical financial condition and operating results of Westport Tampa/WNT;



- Future performance estimates, forecasts or budgets, assumptions underlying the estimates or budgets, and risk factors that could affect projected performance. and
- The economic and competitive environment, including the industry in which Westport Tampa/WNT operated, to assess current and anticipated trends.

27. We also performed economic, industry, and financial analyses, other procedures and inquiries as we deemed appropriate.

### b. Balance Sheet Test

28. We relied on the "Balance Sheet Test" to determine whether Westport Tampa/WNT was insolvent as of the Solvency Date. The Balance Sheet Test analyzes whether the fair value of a company's assets is greater than its liabilities as of a valuation date.[5] Under this test, we calculated the Market Value of Invested Capital ("MVIC") of Westport Tampa/WNT using generally accepted valuation approaches and methodologies, and then subtracted Westport Tampa/WNT's debts to determine their respective equity values ("Equity Value"). If the Equity Value was negative, I would conclude that Westport Tampa/WNT was insolvent. But, since Westport Tampa/WNT's Equity Value was positive, I concluded that Westport Tampa/WNT was not insolvent as of the Solvency Date, both immediately before and immediately after the March 31, 2014 transaction.

29. To perform the Balance Sheet Test, we used the valuation approaches and methodologies discussed below.

### c. Standard and Premise of Value

30. For the purposes of my analysis, we have assumed fair valuation (or "fair value") as referenced in Fla. Stat. § 726.103(1) and 11 USC 548(a)(1) to be "the price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion

---

[5] Fla. Stat. § 726.103(1).



to sell, both parties having reasonable knowledge of the relevant facts."[6] I have also performed my analysis of Westport Tampa/WNT based on a going-concern premise of value. It is my understanding that Westport Tampa/WNT was operating as a going-concern as of the Valuation Date. For purposes of my analysis, I have assumed that as of the Solvency Date, there were no plans by Management to discontinue operating Westport Tampa/WNT as a going-concern.

### d. Valuation Approaches

31. This section of this report describes my valuation analyses to estimate the value of a 100% controlling equity interest in Westport Tampa/WNT as of the Solvency Dates. In preparing my valuation, I considered the three most common valuation approaches; (1) the income approach; (2) the market approach; and (3) the asset approach.[7] The income approach is a general way of determining a value indication of a business, business ownership interest, security, or intangible asset using one or more methods that convert anticipated economic benefits into a present single amount.[8]

32. The discounted cash flow ("DCF") method is a method within the income approach whereby the present value of future expected net cash flows is calculated using a discount rate.[9]

33. The market approach is a general way of determining a value indication of a business, business ownership interest, security, or intangible asset by using one or more methods that compare the subject to similar businesses, business ownership interests, securities, or intangible assets that have been sold.[10] The guideline public company ("GPC") method is a method within the market approach whereby market multiples are derived from market prices of stocks of companies that are engaged in the same or

---

[6] Internal Revenue Service Revenue Ruling 59-60 and Section 20.2031-1(b) of the Estate Tax Regulations (section 81.10 of the Estate Tax Regulations 105) and section 25.2512-1 of the Gift Tax Regulations (section 86.19 of Gift Tax Regulations 108).
[7] AICPA SSVS, p. 16. B8/T11
[8] Ibid. P. 45.
[9] Ibid. P. 43.
[10] Ibid. P. 46.



similar lines of business and that are actively traded on a free and open market.[11] The guideline company transactions ("GCT") method is a method within the GPC market approach whereby market multiples are derived from the sales of entire companies engaged in the same or similar lines of business.[12]

34. The asset approach is a general way of determining a value indication of a business, business ownership interest, or security using one or more methods based on the value of the assets net of liabilities.[13]

35. I relied on the DCF method, for my income approach.

36. For the market approach we utilized the fair market value appraisals done by Colliers International Valuation & Advisory Services ("Colliers") of Westport Tampa and Westport Tampa II as of the Valuation Date and the fair market value appraisal done by Integra Realty Resources Seniors Housing & Health Care Specialty Practice ("Integra") of WNT's assets as of the Valuation Date.

37. We determined that the Asset approach was not appropriate for our valuations because the Asset approach does not account for an entity's trained workforce, an operational plant, necessary licenses, systems and procedures in place, and intangible assets arising as a result of name, reputation or customer loyalty.

38. Our balance sheet tests for insolvency included the following two analyses:

    A. Utilizing fair market value appraisals of the ILF and ALF and SNF ("Health Center") prepared by two appraisers, Colliers and Integra, ("Combined Appraisers Analyses") as of the Valuation Date.

    B. Preparing fair value valuations of the ILF and Health Center combined under the income approach using a discounted cash flow method as of the Solvency Date.

---

[11] Ibid. P. 45.
[12] Ibid. P. 53.
[13] Ibid. P. 41.



### i.   Combined Appraisers Analysis

39. We reviewed the fair market value appraisal report of the Health Center prepared by Integra as of February 21, 2014[14] ("Integra Report"). We also reviewed the appraisal report dated April 13, 2023 of the ILF as of March 31, 2014 prepared by Colliers ("Colliers Report").

40. We used the Integra Report and the Colliers Report and compared the results of these fair market value appraisals to the consolidated balance sheets of Westport Tampa and subsidiaries as of the Valuation Date. We used the February 28, 2014 consolidated balance sheet for the solvency test immediately before the March 31, 2014 transaction ("March 2014 Transaction") because this was the latest balance sheet prepared prior to the March 31, 2014 transaction. We also compared the appraisal results for the ILF and the Health Center to the combined financial statements for Westport Tampa and WNT as of March 31, 2014 which incorporated the March 2014 Transaction.

41. As discussed below the results of the above comparisons indicated that Westport Tampa and Subsidiaries and WNT combined were not insolvent under the balance sheet test for insolvency immediately prior to the March 2014 Transaction and that Westport Tampa and subsidiaries and WNT combined were not insolvent under the balance sheet test for insolvency immediately after the March 2014 Transaction. See Exhibits 1 and 2 for additional detail of these comparisons.

42. Exhibits 1 and 2 include a solvency analysis of the balance sheets of Westport Tampa/WNT adjusted to reflect the fair market value per the Integra Report and the Colliers Report. The resulting $13,665,844 net equity amount on a fair market value basis for the February 28, 2014 balance sheet immediately prior to the March 2014 Transaction and the resulting $23,395,299 net equity amount on a fair market value basis immediately after the March 2014 Transaction indicate Westport Tampa/WNT

---

[14] University Village - Health Center Appraisal.pdf



were not insolvent under both measurements.[15]

43. We also reviewed the appraisal by Cushman & Wakefield Regional, Inc. Valuation & Advisory of the ILF at University Village dated February 21, 2014. Our analyses reflected that if we use the $22,700,000 as is valuation amount in this appraisal instead of using the Colliers Report appraisal amount in our Combined Appraisers Analysis that Westport Tampa/WNT were not insolvent both immediately before and immediately after the March 2014 Transaction.

### B. Discounted Cash Flow Analyses

44. The DCF method is comprised of four steps: (1) project future cash flows for a discrete projection period; (2) discount these cash flows to present value at a rate of return (e.g., discount rate) that considers the relative risk of achieving the cash flows and the time value of money; (3) estimate the residual value of cash flows subsequent to the discrete projection period; and (4) combine the present value of the residual cash flows with the discrete projection period cash flows to determine the fair value of the MVIC.

45. Prior to the March 31 2014 Transaction, Kathleen (Kathy) Burkholder ("Burkholder")[16], former CFO of the Debtors and WNT prepared 10-year budgets for University Village. It is my understanding these budgets were prepared contemporaneously and in the normal course of business.

46. In approximately February 2014, Burkholder prepared a detailed 10-year budget for2014 - 2023. As part of our analysis, we reviewed the budget calculations and found immaterial differences in Burkholder's final budgets.

47. The 10-year budget was an extensive and detailed calculation based on University Village's historical financial statements while also utilizing Burkholder's considerable experience from her lengthy tenure at University Village. Burkholder separately

---

[15] As is typical in valuations short term liabilities such as accounts payable and accrued liabilities are not included in debts.
[16] Kathleen Burkholder was employed at University Village from 1986 - 2015. She was the Director of Accounting from 1997-2014 and the Chief Financial Officer from 2014 through 2015.



calculated, among other things, annual operating income, operating expenses, entrance fee revenue and refunds, other revenue and expenses, and occupancy projections to calculate annual net cash flows.[17]

48. The budget included the following assumptions, among others:

    A. Occupancy rate increases of 4% in 2014 and 2015, 3% in 2016, and 2% for 2017-2023. The percentage increases were an aggregate for both life care and rental units. The budgeted occupancy rates were based on University Villages historical occupancy rates;[18]

    B. Yearly cost of sales increases annually between 2.5% - 4.0%;

    C. Average entrance fees increase annually by 3% starting in 2017; and

    D. Average monthly service fees increase annually by 3% starting in 2018.

### *Project Future Cash Flows*

49. To project future cash flows, we performed the following analyses:

    A. We analyzed Westport Tampa/WNT's budgeted results compared with their actual results for recent years prior to the Valuation Date (See below and Exhibit 3 for additional details).

    B. We adjusted the Westport Tampa/WNT 10-year budget as follows for our DCF:

        (i) We included federal income tax expenses into the 10-year budget. Westport Tampa/WNT's 10-year budget did not include federal income tax expense.

        (ii) We adjusted the pre-tax income to include an additional adjustment for depreciation.

---

[17] The budget included numerous tabs including, but not limited to the following: Revenue Summary, Fee Structures, Occupancy Data, Other Revenues, Payroll & Benefits, Net and Earned Entrance Fees, Marketing, Other Operating Expenses, Transportation, Social Services, Emergency Services, Building and Grounds Maintenance, Skilled Nursing, Lifestyles, Housekeeping and Laundry, Food and Dietary Services, and Administrative Services.

[18] #301959.1 - Historical Occupancy 2005 – 2013.



(iii) We adjusted the PIP refunds to be reflected after taxes because they are not tax deductible.

(iv) We added back depreciation because it is a non-cash transaction and deducted capital expenditures.

### *Analyses of Westport Tampa/WNT Budget Compared to Actual Historical Results*

50. In order to assess the reasonableness of Westport Tampa/WNT's historical budget process, we compared the budget to actual results for years 2011 through 2013. This analysis is discussed below.

51. Based on my review of the 2011 – 2013 consolidated financial statements[19] and the corresponding budgets, Westport Tampa and WNT alternated between both exceeding and falling short of budgeted revenues, expenses, and profits. For example, in 2011 actual revenues eclipsed the budgeted amounts by over $1.5 million. In the same year expenses fell below budgeted amounts by over $270,000. The 2011 net profit surpassed the budgeted amount by over $2.2 million or 275% over budget. In 2012, the Westport Tampa and WNT barely missed meeting the revenue targets by 2%. However, their expenses were below budget, which resulted in a positive 12% net profit before non-cash over budget. In 2013, again the Westport Tampa and WNT fell short of the revenue budget by 4%, yet expenses once more were under budget resulting in a less than ($400,000) net loss before non-cash difference from budget.

52. Overall, the historical budget to actual differences for both revenues and expenses were relatively small and reasonably close over the 2011-2013 period. Therefore, we concluded that we could rely on Burkholder's 10-year budget for purposes of our Discounted Cash Flow analysis.

### *Valuation Results*

53. These projections after adjusting to include federal income taxes reflected that

---

[19] **2011** - #106180.1-#106180.12 - 2011_Income_Stmt; **2012** - #288834.1-#288834.16 - 2012 Financial Statements; **2013** - #303954.1- Dec 2013 Financial Statements - Departmental Format.



University Village would be able to pay their debts as they became due including long term debt service payments. In addition, the present value of future earnings exceeded the long-term debt as of February 28, 2014 and March 31, 2014.

54. The results of utilizing Westport Tampa/WNT's 10-year budgets for the years 2014 to 2023 after adjusting to incorporate, among other things, federal income taxes reflects that Westport Tampa/WNT's MVIC as of immediately before the March 2014 Transaction was $37,503,988 and immediately after the March 2014 Transaction was $37,469,699. We added assets as of the Valuation Dates that were not included in the MVIC amounts. We reduced the total of the MVIC amounts and additional assets by approximately $28.8 million long term debt to arrive at a $14,357,472 Equity value as of immediately before the March 2014 Transaction. We reduced the total of the MVIC amounts and additional assets by approximately $20.7 million long term debt to arrive at a $23,880,661 Equity Value as of immediately after the March 2014 Transaction.[20] Accordingly, our analyses indicated that as of the Valuation Dates, the Debtors were not insolvent on a balance sheet basis. See Exhibits 4 and 5 and discussion below on these analyses.

### *DCF Method*

55. The DCF method applies a weighted-average cost of capital ("WACC") discount rate to convert the after-tax cash flow projections into present values as of the two Valuation Dates immediately before and immediately after the March 2014 Transaction. The discount rate is a key component of the DCF method and represents the rates of return required by investors supplying new capital to the firm.[21] Since our valuation of Westport Tampa/WNT measures the value of the business—i.e., the enterprise value or value of total invested capital before cash—the appropriate discount rate is the WACC.

56. The WACC represents the cost of a company's overall capital as measured by the

---

[20] The MVIC does not include certain additional assets for the equity value calculation.

[21] Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 182.



weighted average of the costs of all the firm's sources of financing in its capital structure, including both debt and equity capital, as well as preferred stock, if applicable. The relative weights of each capital component in the firm's capital structure are based on their percentage of total invested capital as measured in market value terms.

57.  From an economic perspective, the WACC represents an opportunity cost to equity investors and lenders of debt for their decisions to invest in or provide capital to the subject firm as opposed to some alternate or substitute investment with similar risk and other characteristics.[22] Risk in this context refers to the likely deviation of the future distribution of actual returns around the series of expected returns modeled in the DCF valuation (e.g., including forecast risk). This risk is then incorporated into the valuation through the process of discounting the expected future economic benefits (e.g., cash flows or dividends) back to risk-adjusted present values using the WACC discount rate. For a given level of expected future economic benefits, the lower the risk, the higher the present value of those expected benefits, or, conversely, the higher the risk, the lower the present value.[23]  This tradeoff between risk and return captures the degree of uncertainty as to the firm's realization of expected future economic benefits.[24]

58.  Arithmetically, the formula for calculating an after-tax WACC is as follows:

$$WACC = Ke \times We + [Kd\,(1-t) \times Wd]$$

where:

| | | |
|---|---|---|
| Ke | = | Cost of equity capital |
| Kd | = | Cost of debt capital |
| We | = | Percentage of equity capital in the capital structure |

[22] Koller, Tim, Goedhart, Marc, and Wessels, David. 2015. *Valuation: Measuring and Managing the Value of Companies.* 6th ed. McKinsey & Company. New Jersey: John Wiley & Sons, Inc. p. 283.

[23] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies.* 5th ed. The McGraw-Hill Companies, Inc. p. 61.

[24] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies.* 5th ed. The McGraw-Hill Companies, Inc. p. 184.



$$W_d \quad = \quad \text{Percentage of debt capital in the capital structure}$$

$$t \quad = \quad \text{Effective tax rate}$$

59. The WACC discount rate, thus, has three components: the company's target capital structure, the cost of equity, and the after-tax cost of debt.[25] Estimating these three components typically includes a consideration of publicly available market data on selected guideline public companies that serve as a proxy for assessing the subject firm or asset. We discuss our consideration of guideline public companies, as well as our analysis of each of these three WACC components, in detail in the paragraphs to follow.

60. We use standard methodologies that are widely used in valuation to estimate the WACC discount rate for Westport Tampa/WNT. The target capital structure assumption is based on market data available contemporaneously to the Solvency Date. Consistent with the fair market value framework, the target capital structure is based on an estimate of the optimal capital structure for Westport Tampa/WNT based on the industry data. For the cost of equity and cost of debt estimates, we use market data that was available contemporaneously to the Solvency Date.

61. For selecting our guideline public companies, we first identified the appropriate NAICS code covers the business of Westport Tampa/WNT. We identified the relevant NAICS code for Westport Tampa/WNT is 623311 - Continuing Care Retirement Communities and 623312 – Assisted Living Facilities for the Elderly. Based on these we identified the relevant industry SIC, 8050 and 8300, and searched for guideline public companies using S&P Capital IQ. We narrowed this list of companies to include only those that operate in the United States, companies that had a closing stock price as of the Solvency Date greater than $0.

62. The above-mentioned screening criteria results in a list of 11 companies. Based on a review of the business descriptions we identified companies that operate CCRCs or ILFs.

---

[25] Koller, Tim, Goedhart, Marc, and Wessels, David. 2015. *Valuation: Measuring and Managing the Value of Companies.* 6th ed. McKinsey & Company. New Jersey: John Wiley & Sons, Inc. p. 305.



Based on our review we selected the following guideline public companies.

    A. AlerisLife Inc.

    B. Brookdale Senior Living Inc.

    C. Emeritus Corp.

    D. Sonida Senior Living, Inc.

63. We note that the selected guideline public companies are larger and operate in multiple states across the United States. As we explain further below, we address the issue of size comparability between the selected guideline public companies and Westport Tampa/WNT through the application of a size premium in our cost of equity analysis for Westport Tampa/WNT.

64. We also considered a market approach valuation of Westport Tampa/WNT. However, we note that the guideline companies that we use for the WACC are larger than Westport Tampa/WNT. Additionally, unlike Westport Tampa/WNT, which operates in Tampa, Florida, the selected guideline public companies have properties and related operations in multiple states across the United States. As such, we did not use this approach for our valuations.

65. The WACC discount rate involves a calculation of the weighted average of a firm's cost of equity and after-tax cost of debt based on the target capital structure of the firm. A firm's target capital structure represents the ratio of debt to equity that reflects the firm's long-term expected use of financial leverage.[26] Valuation analysts commonly consider the average industry capital structure as a benchmark or proxy for the optimal capital structure of a firm. Further, the average or median capital structure of selected guideline public companies is frequently used to represent the industry-average capital

---

[26] Pratt, Shannon P, 2008, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed, The McGraw-Hill Companies, Inc., p. 218.



structure.[27]

66. Consistent with this, we determine a target capital structure for 42.78% debt and 57.22% equity based on the average capital structure of my guideline public companies, measured as of the Solvency Dates.

67. The cost of equity is the required rate of return to equity investors to invest their capital in a certain investment or an investment with comparable risk to the subject firm or asset.[28] We use the capital asset pricing model ("CAPM") to determine the cost of equity for Westport Tampa/WNT as of the Solvency Dates. The CAPM is the most widely used financial model for assessing the cost of equity in valuation.[29]

68. Under the CAPM, the cost of equity is a function of the systematic, or non-diversifiable, risk of the subject asset as measured by a factor called *beta*, which is a measure of the excess expected return on an individual security relative to the excess expected return on the market over and above the return available on a riskless investment.[30] In other words, the beta measures the incremental risk that the investment in the subject asset adds to the CAPM investor's portfolio, and, thus, the cost of equity compensates the equity investor for the systematic risk inherent in the subject investment.[31] Company-specific, or diversifiable risk, is not relevant under the CAPM framework, because such risk is eliminated through diversification since all investors are assumed to hold the well-diversified CAPM market portfolio.[32] Under this strict interpretation of the CAPM,

---

[27] Pratt, Shannon P, 2008, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed, The McGraw-Hill Companies, Inc., pp. 218-219.

[28] Damodaran, Aswath, 2012, Investment Valuation: Tools and Techniques for Determining the Value of Any Asset, 3rd ed, New Jersey: John Wiley & Sons, Inc., p. 13.

[29] *See* for example, Damodaran, Aswath, 2012, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*, 3rd ed, New Jersey: John Wiley & Sons, Inc., pp. 58, 77, and 208. *See* also, Pratt, Shannon P, 2008, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed, The McGraw-Hill Companies, Inc., Appendix A, p. 185..

[30] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*. 5th ed. The McGraw-Hill Companies, Inc. p. 187.

[31] Damodaran, Aswath. 2012. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*. 3rd ed. New Jersey: John Wiley & Sons, Inc. pp. 67 and 183.

[32] Pratt, Shannon P. 2008. Valuing a Business, The Analysis and Appraisal of Closely Held Companies. 5th ed. The McGraw-Hill Companies, Inc. p. 187 and Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. pp. 66-67.



only beta risk is priced in the discount rate.

69. That said, many valuation analysts prepare a modified CAPM, such as in valuations of closely held businesses, that include adjustments for size and certain company specific risk factors.[33] These adjustments recognize that the estimation of an appropriate cost of equity under the CAPM is necessarily subject to a degree of uncertainty. The discount rate is a forward-looking concept that addresses a state of expected future outcomes, there is an inherent level of randomness or uncertainty as to the eventual distribution of the actual future outcomes as compared to the distribution of the expected future outcomes used in a valuation model. As such, some valuation analysts contend that the additional adjustments for size and/or certain company specific risks increase the extent to which the modified CAPM captures or measures the riskiness of the subject investment.

70. Thus, the cost of equity under the modified CAPM is equal to:[34]

$$Ke = Rf + \beta \times (RPm) + RPs + CSRP$$

where:

Ke    =    Cost of equity capital

Rf    =    Risk-free rate of return

$\beta$    =    Beta

RPm    =    Equity risk premium (market return over risk-free rate of return)

RPs    =    Size premium

CSRP    =    Company-specific risk premium or alpha

71. The risk-free rate of return represents the expected return on a riskless asset—that is

---

[33] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies.* 5th ed. The McGraw-Hill Companies, Inc. p. 193.
[34] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies.* 5th ed. The McGraw-Hill Companies, Inc. p. 223.

21



an asset with a known return over the time horizon of the subject analysis where the actual return is always equal to the expected return.[35] From an economic perspective, this implies an asset with no default risk and no reinvestment (maturity) risk.[36] The risk-free rate of return, thus, represents the "rental rate" necessary to compensate investors for forgoing the use of their funds over the time horizon under consideration (without any premium associated with holding a risky asset) plus the expected rate of inflation over the time horizon.[37]

72. Valuation analysts typically use the yield on a U.S. government financial instrument with a maturity that is matched to the time horizon of the subject valuation analysis as a proxy for the risk-free rate of return—*e.g.*, the yield on a 20-year U.S. Treasury obligation for a valuation with a relatively longer time horizon.[38] The yield on the 20-year constant maturity U.S. Treasury bond was 3.31% as of March 31, 2014 (which is the last date with data prior to the Valuation Date).[39]

73. In the context of the CAPM, beta is a measure of the systematic risk of the subject firm or asset and represents the sensitivity of the expected return on the subject asset to changes in the return on the overall market.[40] Assuming the overall market has a beta of 1.0, the returns on an individual security with a beta of 1.5 would tend to rise or fall by 1.5 times the market return, all else being equal, whereas the returns on a security with a beta of 0.5 would tend to rise or fall by 0.5 times the market return, all else being equal. The returns on a security with a beta of 0.0 would tend not to correspond at all

---

[35] Damodaran, Aswath. 2012. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*. 3rd ed. New Jersey: John Wiley & Sons, Inc. pp. 68 and 154.

[36] Damodaran, Aswath. 2012. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 154 and 155.

[37] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*. 5th ed. The McGraw-Hill Companies, Inc. p. 183.

[38] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*. 5th ed. The McGraw-Hill Companies, Inc. pp. 183-184. Technically, there may be no investments with completely non-zero default and reinvestment risk, however, valuation analysts generally consider U.S. government securities to represent the closest available proxies to a riskless asset.

[39]Federal Reserve statistical release, Table H.15 (519) Selected Interest Rates, Treasury constant maturities, 20-year, as of November 14, 2014.

[40] Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*. 5th ed. The McGraw-Hill Companies, Inc. p. 185



to the market return. The relative systematic risk of an individual security is then manifest in a higher cost of equity for a security with a higher beta, and a lower cost of equity for a security with a lower beta. All else being equal, a firm with a higher cost of equity has a lower present value, and a firm with a lower cost of equity has a higher present value.

74. The conventional approach for estimating beta is to use a linear regression model that compares the historical returns on a security against the historical returns on a benchmark market index.[41] In the regression analysis, the market returns are the independent variable, and the stock price returns are the dependent variable. The slope of the regression line then provides an estimate of beta and represents the relative riskiness of the security as measured by the covariance of the historical stock and market returns.[42]

75. Obtaining a regression beta for a publicly traded company is a relatively straightforward exercise using data sourced from a financial database company such as Bloomberg, a well-known financial data service provider. We prepared a composite, fundamental beta based on a set of regression betas using the selected guideline public companies. We calculate the (unlevered) regression betas of the guideline public companies based on their historical stock and market price data, and we relever them using my assumed target capital structure and marginal tax rate of 38.58% to arrive at our estimate of Westport Tampa/WNT's (relevered) beta as of the Solvency Date.

76. The formula for unlevering beta ($\beta$) is as follows (where t = the tax rate and D / E = the market value debt-to-equity ratio of the firms):

Unlevered $\beta$ subject business = Levered $\beta$ comparable firms / [1 + (1 – t) (D / E comparable firms)]

77. Conversely, the formula for relevering beta ($\beta$) is as follows (where t = the tax rate and

---

[41] Koller, Tim, Goedhart, Marc, and Wessels, David. 2015. *Valuation: Measuring and Managing the Value of Companies.* 6th ed. McKinsey & Company. New Jersey: John Wiley & Sons, Inc. pp. 293 and 297.

[42] That is, the covariance ($R_s$, $R_m$) / $\sigma^2$, where $R_s$ is the stock returns, $R_m$ is the market returns, and $\sigma^2$ is the variance, or squared standard deviation about the mean. Damodaran, Aswath. 2012. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset.* 3rd ed. New Jersey: John Wiley & Sons, Inc. pp. 183-184.



D / E = the market value debt-to-equity ratio of the firms):

Levered $\beta_{\text{subject business}}$ = Unlevered $\beta_{\text{subject business}}$ * [1 + (1 − t) (D / E $_{\text{target capital structure}}$)]

78. A beta regression requires three main assumptions: (1) the length of the measurement period covered by the regression sample, (2) the frequency at which returns are measured during this period, and (3) the stock market index used as the benchmark for the market portfolio.[43]

79. We obtained the historical data for my beta calculations from Bloomberg. Using Bloomberg is a common practice by valuation analysts.[44] Bloomberg presents two different types of historical betas—a raw beta and an adjusted beta—both of which start with a sample regression analysis using historical stock price and market return data (note, Bloomberg ignores dividends). Bloomberg's adjusted beta then adjusts the raw beta up or down towards 1 to reflect empirical evidence that as firms grow larger, they become more diversified, and thus their stock returns increasingly approach the market beta of 1.[45]

80. We utilize the 5-year weekly beta using Standard & Poor's 500 Index as the market proxy benchmark for the beta calculations. We calculate unlevered betas for each of the selected guideline public companies. We then re-lever the average beta using the average capital structure of the selected guideline public companies as of the Solvency Date as a proxy for the optimal industry capital structure.

81. The equity risk premium reflects the additional return over the risk-free rate of return that investors require to compensate them for investing in non-riskless investments.[46] For example, since equity securities are considered riskier than U.S. Treasury securities,

---

[43] Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 188.
[44] Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 186.
[45] Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 187. Bloomberg's historical adjusted beta is calculated as follows:
Adjusted beta = Raw beta (0.67) + 1.00 (0.33)
[46] Pratt, Shannon P. 2008. Valuing a Business, The Analysis and Appraisal of Closely Held Companies. 5th ed. The McGraw-Hill Companies, Inc. pp. 184.



investors typically require greater returns from investments in equities than from investments in U.S. Treasury securities. Under the CAPM, the expected equity risk premium is the same for all investors and assets.

82. Duff & Phelps publishes a "supply-side" equity risk premium, which adjusts the historical data to remove the impacts of an observed expansion in the aggregate price-to-earnings ratio of public stocks that is not predicted to continue indefinitely.[47] The historical supply-side equity risk premium published in Duff & Phelps' *2014 Valuation Handbook: Guide to Cost of Capital* was 6.18% (measured as of December 31, 2013).[48] We use this equity risk premium for the DCF valuation.

83. The size (or small stock) premium represents the difference between the historical (observed) excess return on the market and the excess return as predicted by the CAPM.[49] Size premium may be added to cost of capital estimation models as an adjustment for the additional risk of smaller companies relative to large companies.[50] Smaller firms have different risk characteristics than larger firms.

84. Based on the CRSP (University of Chicago Center for Research in Security Prices) data presented in the Duff & Phelps *2014 Valuation Handbook: Guide to Cost of Capital*, Westport Tampa/WNT was categorized in the 10th decile in terms of market capitalization; therefore, we apply a 5.99% size premium.[51] The CRSP data includes total U.S. equity returns (capital appreciation plus dividends) since 1926.[52] The CSRP NYSE/AMEX/NASDAQ deciles 1-10 indicate that as size (measured by market

---

[47] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator. Chapter 3: Basic Building Blocks of the Cost of Equity Capital – Risk-free Rate and Equity Risk Premium. pp. 19-20.

[48] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator. Chapter 3: Basic Building Blocks of the Cost of Equity Capital – Risk-free Rate and Equity Risk Premium. pp. 20,24.

[49] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator, Chapter 7: The CRSP Decile Studies and the Risk Premium Report Studies – A Comparison, p. 7.

[50] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator, Chapter 7: The CRSP Decile Studies and the Risk Premium Report Studies – A Comparison, p. 7.

[51] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator, Chapter 4: Basic Building Blocks of the Cost of Equity Capital – Size Premium, p. 11.

[52] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator, Chapter 4: Basic Building Blocks of the Cost of Equity Capital – Size Premium, p. 1.



capitalization) decreases the return tends to increase.[53]

85. A company-specific risk premium (sometimes referred to as alpha) may be applied in a valuation analysis to address differences between the risk characteristics of the subject firm or asset and the sample of guideline public companies used in the analysis; although, the application of a company specific risk premium remains one of the most "controversial and elusive" areas of business valuation.[54] We did not apply a company-specific risk premium in our analysis.

86. Based on the abovementioned information, we calculated the cost of equity as of the Solvency Date of 18.31%.

87. The cost of debt is the cost of borrowing debt and/or issuing bonds to finance an investment with comparable risk to the subject firm or asset.[55] Because the principal and interest payments on debt instruments are promised payments, the relevant risk element measured by the cost of debt is default risk—*i.e.*, the risk that a borrower will fail to service its promised interest payments on time and in full and/or will fail to repay the principal when due.[56] The cost of debt recognizes that a borrower with higher default risk must pay higher interest rates on its debt as compared to a borrower with lower default risk, all else being equal.

88. For my pre-tax cost of debt, we selected the weighted coupon rate of the debt raised by Westport Tampa/WNT on March 31, 2014. Our pre-tax cost of debt is 7.33% as of the Solvency Dates.[57] The after-tax cost of debt is 4.50%, using a tax rate of 38.58%. The estimated corporate tax rate for Westport Tampa/WNT is based on the U.S. federal tax

---

[53] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator, Chapter 4: Basic Building Blocks of the Cost of Equity Capital – Size Premium, p. 2.

[54] Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital*. Cost of Capital Navigator. Chapter 6: Basic Building Blocks of the Cost of Equity Capital – Company-specific Risk Premium. p. 1.

[55] Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. p. 182.

[56] Damodaran, Aswath. 2012. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*. 3rd ed. New Jersey: John Wiley & Sons, Inc. pp. 77-78.

[57] Credit Suisse Fixed Income Research, Leveraged Finance Strategy Weekly, dated November 14, 2014, p. 3, Exhibit 2: High Yield Market Monitor.



rate of 35%[58] and the state of Florida tax rate of 5.5%.[59]

89. Based on the forgoing calculations, the target capital structure, the cost of equity capital, and the cost of debt capital, we estimated the WACC of 12.41% for Westport Tampa/WNT as of the Solvency Dates.

**Capital Adequacy Test**

90. My analysis of the financial condition and solvency of Westport Tampa/WNT under the capital adequacy test indicates that Westport Tampa/WNT did not have unreasonably small capital as of either the Solvency Date both immediately before and after the March 2014 Transaction.

91. Consistent with valuation and solvency literature, I consider capital adequacy to represent a financial condition in which Westport Tampa/WNT is both balance sheet solvent and the amount of cushion in the cash flow estimates, working capital, equity capital, allows West Port Tampa/WNT to sustain operations during the normal ebbs and flows of economic cycles and have a reasonable prospect of avoiding bankruptcy.[60] It is important to note that to be adequately capitalized does not require resources sufficient to withstand any and all setbacks.[61]

92. My stress test analyses indicates that the Westport Tampa/WNT's net pre-tax cash flow during each of the 10 years in the discreet projection periods would have to decrease by 40% immediately before the March 2014 Transaction and decrease by 67% immediately after the March 2014 Transaction to result in Westport Tampa/WNT being insolvent. Based on my experience, training and education these percentage decreases required to result in Westport Tampa/WNT being insolvent represent more than adequate cushions and therefore indicate that Westport Tampa/WNT did not have

---

[58] Per Bloomberg Tax.
[59] Per Bloomberg Tax.
[60] *See* for example, AICPA & CIMA. 2020. Forensic & Valuation Services Practice Aid. *Providing Bankruptcy and Reorganization Services, Vol. 2 – Valuation in Bankruptcy.* pp. 98-99.
[61] *Iridium IP LLC v. Motorola, Inc.*, B.R. Chapter 11, Case No. 99-4505 (JMP) Jointly Administered, Adv. Pro. No. 01-02952 (JMP) (Aug. 31, 2007), p. 5.



unreasonably small capital as of both valuations.

### March 31, 2014 Purchase Transaction Price

93. We reviewed the pricing of the March 31, 2014 transaction as described in Note 3 of the December 31, 2014 draft audited combined financial statements for the Debtors and WNT. The allocation of the March 31, 2014 purchase price paid by the purchasers of Westport Tampa and WNT reasonably reconciles to the total of the MVIC plus additional assets not included in our MVIC calculation that we used in our DCF method.

### Westport Tampa received Reasonable Equivalent Value in the March 2014 Transaction for their previous ownership of WNT

94. Based on my analyses of the journal entries recorded by Westport Tampa and WNT related to the closing of the March 2014 Transaction and additional journal entries recorded by Westport Tampa and WNT related to the March 2014 Transaction was as follows:

28



**Westport Tampa - Impact on Net Equity Increase (Decrease)**

| Description | Amount |
|---|---|
| Net Increase in Assets | $ 2,166,446 |
| Decrease in Loans Payable | 2,596,092 |
| Decrease in Capital from Owners | (1,421,813) |
| Reduction in Amount Due to/from Affiliates | (9,690,409) |
| Net Reduction in Net Equity | $ (6,349,684) |

**WNT - Impact on Net Equity Increase (Decrease)**

| Description | Amount |
|---|---|
| Increase in Assets | $ 489,298 |
| Reduction in Amount Due to/from Affiliates | 24,015,981 |
| P&L Impact | 12,145 |
| Increase in Loan to Banks | (7,354,538) |
| Net Increase in Net Equity | $ 17,162,886 |

95. $6,400,655 of the proceeds from the US AmeriBank's loan to WNT were included in the funds used to pay the $11,996,092 prior Horizon debt owed by Westport Tampa.

96. In addition to the approximately $15 million in accounts receivable from WNT recorded on Westport Tampa's balance sheet prior to the March 2014 Transaction, Westport Tampa had approximately $4.7 million net amounts due to affiliates other than WNT that were also removed from Westport Tampa's books in the same month the March 2014 Transaction was recorded by Westport Tampa.



97. Although Westport Tampa total book equity was approximately $6.3 million less after the March 2014 Transaction was recorded and several other adjustments were recorded to eliminate substantially all accounts receivable and accounts due from/payable to affiliated entities, Westport Tampa's previous $12,996,093 bank debt to Horizon ($11,996,093 mortgage + $100,000 revolving line) was extinguished and replaced with the CPIF $9.5 million loan.

98. It is also my understanding that Westport Tampa was a guarantor on the previous Horizon loan to WNT which had a $7,645,462 balance immediately before the March 2014 Transaction. This prior loan from Horizon was paid in full in connection with the March 2014 Transaction. Accordingly, Westport Tampa received $7,645,462 in immediate guarantor liability upon the closing of the March 2014 Transaction.

99. In addition, as explained below in the Direct and Indirect Benefits and Identity of Interest sections Westport Tampa received substantial benefits directly and indirectly as a result of being able to continue operating as a CCRC which included WNT's ability to provide certain health care services to University Village residents. WNT's ability to continue operating was a necessary and critical component of Westport Tampa being able to continue selling life care contracts to new residents after March 2014.

### C. Direct and Indirect Benefits

100. Prior to the March 2014 Transaction WNT was a wholly owned subsidiary of the Debtor Westport Tampa and WNT owned and leased out the Health Center as an integral and necessary component part of University Village's CCRC.

101. It is my understanding that WNT's lessees provided health and skilled nursing care to residents of the ILF, thus conferring an economic benefit to the Debtors and enabled Debtors to continue to offer life care contracts which provided economic sustenance to the Debtors.

102. As a result of the March 31 2014 Transaction WNT was able to obtain financing from Defendant and avoid foreclosure that would likely have resulted in conveyance of the



CCRC and the property to Horizon based on the terms of the deed-in lieu agreement. WNT was able to continue as a going concern and a necessary component of the CCRC. Accordingly, the Debtors received both direct and indirect benefit from the continued sale of life care contracts which incorporated future services to be provided by WNT's lessees to the residents of the ILF, which contributed to the Debtors receiving reasonable equivalent value for their prior ownership of WNT.

### D.  Identity of Interests

103. It is my understanding that the Debtors and WNT were inextricably intertwined parts of the CCRC and shared interest in the continuum of care operations typical of a CCRC. If WNT had not been able to secure the $15 million loan from US AmeriBank in connection with the March 2014 Transaction, University Villages' viability and ability to continuing operating as an CCRC would have been at risk. Based on information I reviewed, I understand that the OIR's position is that the continuum of care is critical to a CCRC's viability and ability to operate.

104. Accordingly, WNT and the Debtors share an identity of Interest arising from the ability to continue to operate as a viable CCRC.

### E.  Factors responsible for OIR Petition to put Debtors into Receivership

105. I read numerous filings by OIR and responses to the filings by the Debtors from approximately early 2015 through March 2016. In summary, substantially all of the justification in OIR's petition to put the Debtors in receivership related to OIR's refusal to approve the March 31, 2014 new investors of the Debtors and only an insignificant portion of OIR's arguments for the receivership were related to the Debtors' financial status immediately after the March 31, 2014 transaction. Below is an excerpt from Shaw Stiller's (former Chief Counsel for OIR):

"Q: But what was the hope for the settlement at that time that the OIR was hoping to achieve rather than, you know, essentially a recision if you will? . . . . What sort of the end game here - - the solution that OIR was hoping would come about?

31



A: That a qualified provider would apply and receive a certificate of authority. The last snapshot of University Village was audited in 2014. It wasn't in that bad of shape. It was certainly showing some downturns in finances. I believe there was a loss, if I'm remembering correctly, in 2014. But overall in 2015, at least in the assessment of OIR, University Village could continue. The problem was we didn't have an approved provider. The problem was we didn't have someone who was qualified to get the certificate of authority to move forward."[62]

106. Accordingly, the bankruptcy filing by the Debtors in September 2016 were attributable to developments with OIR that occurred several months and years after the March 2014 Transaction and were not attributable to the March 2014 Transaction.

### F.   United States Economic Overview and Industry Overview

107. I have analyzed the economic conditions in (1) the United States overall,[63] and (2) United States Continuing Care Retirement Community industry as of the Valuation Date.[64] My economic and industry analyses are attached in Exhibit 6.

108. In summary, the US Retirement Community industry experienced revenue growth from 2013 to 2014, and as of the Valuation Date the industry was also forecast to exhibit accelerated growth in subsequent years.[65] This revenue growth projection materialized as shown in industry reports in later years.[66]

109. An aging population and growing need for dementia care stimulated much of the industry's growth. While the industry exhibited resistance to the recession, a poor housing market in previous years hampered individuals' ability to move into a community because many seniors finance the expenses of retirement communities through selling their houses. As a result, the housing market's downturn over the five

---

[62] ShawStiller_PDFTran – pages 56: 15-25 and 57: 1-13.
[63] Business Valuation Resources 4Q 2013 Economic Outlook Update.
[64] IBIS World Industry Report 62331, Retirement Communities in the US, February 2014, Golden Years: An aging population and new programs and offerings will benefit the industry.
[65] Ibid.
[66] Statista, US Census Bureau, Statista ID 1014368, October 2020, Industry revenue of "community care facilities for the elderly" in the U.S. from 2012 to 2024 (in billion U.S. Dollars).



years leading up to 2014 partially offset industry revenue growth. However, IBISWorld estimated that industry revenue would continue to grow, and as discussed above, industry revenue did in fact grow in subsequent years.[67]

110. In the five years leading up to 2019, an improving economic environment, an aging population, healthcare reform legislation and new services were projected to facilitate this industry growth.[68]

111. The key external drivers of this projected industry growth, and potential adverse factors, in 2014 were as follows:[69]

    a. Growth in the population of adults aged 65 and older - The number of adults aged 65 and older was expected to increase during 2014, representing a potential opportunity for the industry. In 2014, the average age of residents in assisted living facilities was about 87 years. Growth in the population of adults aged 65 and older and an increase in the average age of this group would strengthen industry demand. As people age, they need more assistance with the activities of daily living, such as bathing, eating and dressing.

    b. Improving house price index - The housing price index was expected to increase slowly in 2014. An improving housing market helps seniors sell their homes and be able to afford industry services, boosting demand.

    c. Improving per capita disposable income - Per capita disposable income was expected to increase during 2014. An increase in income allows seniors to afford monthly resident fees or entrance fees since government programs do not reimburse many of the costs associated with retirement communities. Therefore, only seniors who have income from retirement funds or from

---

[67] IBIS World Industry Report 62331, Retirement Communities in the US, February 2014, Golden Years: An aging population and new programs and offerings will benefit the industry; Statista, US Census Bureau, Statista ID 1014368, October 2020, *Industry revenue of "community care facilities for the elderly" in the U.S. from 2012 to 2024 (in billion U.S. Dollars)*.

[68] IBIS World Industry Report 62331, Retirement Communities in the US, February 2014, Golden Years: An aging population and new programs and offerings will benefit the industry.

[69] Ibid.



family members that meet or exceed the comparable median income in the relevant region can afford to stay in these facilities.

d. Yield on 10-year Treasury note - An increase in interest rates may adversely affect the industry. The yield on the 10-year Treasury note was expected to increase during 2014, representing a potential threat to the industry. Interest rates influence the cost of borrowing capital to fund construction, equipment use and the development of buildings.

e. Federal funding for Medicare and Medicaid - Although the overall federal funding for Medicare and Medicaid was expected to increase during 2014, reductions in reimbursement rates can potentially cut into operators' profit margins. Many industry players rely on reimbursement from government programs such as Medicare and Medicaid for a portion of revenue. Reimbursement levels are subject to changes, which could adversely affect industry operations and profitability.

### G. Aiding and Abetting Breach of Fiduciary Duty Damages

112. Plaintiff's complaint alleges damages flowing from an alleged Aiding and Abetting Breach of Fiduciary Duty claim against the Defendant.

113. Based on my understanding of the March 2014 Transaction, my experience in calculating breach of fiduciary duty damages, and the documents that I have reviewed in this matter, I am not aware of any evidence consistent with a causal link between the alleged aiding and abetting breach of fiduciary duty and the Defendant's actions.

114. Also, based on my experience it is not atypical or out of the ordinary for businesses similar to Westport Tampa/WNT to separate the Health Center real estate assets and operations from the ILF real estate assets and operations for numerous reasons including, but not limited to potential personal injury liabilities of the Health Center being levied against the ILF. In addition, it is not unusual or out of the ordinary for the ILF and Health Center mortgage debt to be separated, including having different lenders



for the ILF and Health Center.

## VII.   RESERVATION OF RIGHTS AND COMPENSATION DISCLOSURE

115. The findings and conclusions expressed above are current as of the date of this report and are limited to my review and analysis of available records as reflected in Attachment C, information gathered from discussions with Defendant, discussions with counsel, and my education, experience, and training. Accordingly, I reserve the right to revise or expand these conclusions based upon further study and analyses of any existing or newly acquired information, expanded views expressed by Plaintiff's expert witnesses or Defendant or other interested parties, and/or documentary and testimonial evidence introduced at trial.

116. Ankura's hourly professional services rate in connection with my time on this engagement is $750 per hour[70], plus actual expenses. Payment of these professional fees and expenses is not dependent upon the outcome of this matter.

Dated April 17, 2023

Respectfully Submitted,

By: _____

Stanley A. Murphy
Senior Managing Director
Ankura Consulting Group, LLC
101 E. Kennedy Blvd., Suite 2250
Tampa, FL  33602
(813) 277-1700

---

[70] Rates for my staff who assisted on the matter were billed at rates lower than $750 per hour.

# ATTACHMENTS

ankura

# ATTACHMENT A

ankura



**ATTACHMENT A**

# Stan Murphy

**Senior Managing Director**

101 E Kennedy Boulevard, Suite 2250 | Tampa, FL 33602



## Contacts

+1.813.277.1700 Main
+1.813.277.1908 Direct
+1.813.340.7273 Mobile
stan.murphy@ankura.com

## Education

BS, Florida State University

## Certifications

Certified Public Accountant Certified in Financial Forensics
Accredited in Business Valuations
Certified Insolvency and Restructuring Advisor
Certified in Distressed Business Valuation
Certified Valuation Analyst

## Affiliations

Association of Insolvency and Restructuring Advisors

American Institute of Certified Public Accountants

Florida Institute of Certified Public Accountants

American Bar Association

American Bankruptcy Institute

National Association of Certified Valuation Analysts

Mr. Murphy is a Senior Managing Director in Ankura's Tampa office.[1] He has over 40 years of experience that includes over 25 years' experience in forensic accounting/fraud investigations, economic analyses, business damages matters, and financial consulting and accounting services in troubled company workouts and Chapter 11 reorganizations. Mr. Murphy is a Certified Public Accountant, has received the Certified Insolvency and Restructuring Advisor (CIRA) and the Certified in Distressed Business Valuation (CDBV) designations by the Association of Insolvency and Restructuring Advisors (AIRA). He is also a Certified Valuation Analyst (CVA) and he has received the Accredited in Business Valuation (ABV) and the Certified in Financial Forensics (CFF) designation by the AICPA.

Prior to joining Navigant in 2001, Mr. Murphy was a partner with PricewaterhouseCoopers, where his responsibilities included, among others, serving as one of five national partners with functional responsibility for the firm's health care fraud and abuse services and serving as Co-Chair of the firm's task force responsible for coordination of all corporate integrity agreement services. His prior experience also includes thirteen years of "Big 5" auditing and accounting experience providing accounting, auditing, financial and special services to insurance companies and agencies, health care, banking, mining, real estate, agribusiness, telecommunications, manufacturing, restaurant, professional sports, construction, retail, professional services, public utility and transportation clients. Some of these clients included entities subject to regulatory oversight.

---

[1] Effective August 24, 2018, Ankura purchased the Disputes, Forensics and Legal Technology (DFLT) segment and Transaction Advisory Services (TAS) of Navigant, Inc. Mr. Murphy practiced in the DFLT group prior to the sale.



### Chapter 11/Reorganization, Business Valuations, Insolvency Analyses, Fraudulent Transfers and Preferences

Assessed insolvency, unreasonably small capital and calculated deepening insolvency damages in a fraudulent transfer and breach of fiduciary duty matter filed by the Bankruptcy Trustee of a debtor holding Company who owned four regulated health insurance entities whose primary products were Medicare and Medicaid care plans and a related non- regulated debtor.

In connection with the bankruptcy of one of the largest independent mortgage originator and servicers in the US, served as the planned testifying expert for; 1) investigating the nature, source, and ownership of over $1 billion in cash, which involved hundreds of thousands of individual loan level transactions; and 2) asset reconciliation portion of the investigation which involved tracing purchase proceeds for over 500,000 mortgages and tracking the movement of over $40 billion in funds; and 3) insolvency analyses of the debtor entities. These investigations required review and analyses of financial records, interviews of management, and forensic reviews of electronically stored data. Also served as project lead in the identification/analyses/evaluation of approximately 500 preference and fraudulent transfer actions pursued by the Trustee which resulted in over $500 million in recoveries. These preference and fraudulent transfer analyses included, among others, forensic analyses of the historical policies and processes utilized by the loss mitigation group. This group was responsible for the management of delinquent loans, including several thousand loans that were taken through the foreclosure process. Performed insolvency assessments of the debtor entities.

Assessed insolvency, ability to pay debts as they became due, unreasonably small capital, related valuation analyses and other issues in separate adversary actions by a Chapter 11 Trustee against two individual defendants that alleged fraudulent transfers, breach of fiduciary duty, preferences and post-petition transfers in a matter involving a manufacturing and distribution company.

Assessed the solvency of a cement products manufacturing entity as of seven consecutive year-end dates for an estate personal representative in connection with a governmental agency's litigation (alleged actual fraudulent transfer) against the estate to recover approximately $70 million in distributions paid to the decedent over a seven-year period. Critiqued the expert report of the governmental agency's solvency expert. This insolvency analysis was also utilized in a separate engagement involving litigation (alleged actual fraudulent transfer) by a governmental agency to recover approximately $5 million in distributions paid to a minority owner over a seven-year period. This analysis also included an assessment of the entity's liabilities including contingent liabilities.

Assessed the solvency as of two dates of the debtor who was a former owner of a building products manufacturing entity in connection with a fraudulent transfer claim by a chapter 7 Trustee against a family member of the debtor related to alleged fraudulent transfers of the building products manufacturing entity stock, cash and real estate.

Damages and business valuation analyses in a confidential arbitration matter where the estate of a decedent who owned a minority interest in numerous international shipping related entities filed an action to force the repurchase of the estate's shares in the entities.

Prepared business valuation analyses of entities in industries including, among others, residential real estate development and construction, commercial real estate development, management and ownership, international shipping, freight and forwarding services and, administrative services to shipping entities, manufacturing, information systems consulting and implementation, transportation, technology, hospitals, physician practices, gaming industry manufacturing, retail/wholesale, and the telecommunications industry.



Analyzed certain factors in potential defenses available to three secured creditors on re-characterization of secured debt as equity claims by the unsecured creditors. The factors addressed in our analyses of these defenses included; 1) source of interest and principal payments, 2) thin or inadequate capitalization, 3) initial under-capitalization, 4) availability of credit from a disinterested lender, 4) ability of the corporation to obtain loans from an outside lending institutions, 6) extent to which the secured loan proceeds were used by the corporation to acquire capital assets, 7) and the fair market value of the secured lenders' collateral. In addition, prepared analyses of potential avoidance action claims available to the estate for certain payments made by a debtor manufacturing company during the preference period.

Provided financial consulting, accounting and litigation services to attorneys, debtors, secured and unsecured creditors in troubled company workouts and Chapter 11 reorganizations. Many of these engagements included valuation analyses of the debtor, detailed staffing reviews, monitoring of debtor operations and cash flows, insolvency analyses, ability to pay debts and unreasonably small capital analyses, identification and investigation of potential preference and avoidance transactions and fraudulent transfer analyses, detail analyses of loan transactions between the owners and debtor and determination of the appropriate classification of these transactions as equity versus creditor status, development of proposed reorganization plans, feasibility analysis of proposed reorganization plans, review of liquidation values and preparing confirmation and post confirmation balance sheets, calculation of cash requirements as of and following confirmation, detail testing of proofs of claims, preparing financial projections, valuation of bond and other credit collateral, evaluation of financial effects of transactions between parent and subsidiary and other related parties on secured and unsecured claims and forensic accounting analyses. These engagements have included debtors and borrowers in real estate development, construction, management and investment, medical device and other manufacturing, retail, hospitals, wholesale, mortgage banking, broker dealers, workers' compensation insurance agencies, agribusiness, transportation logistics technology, physician practices, distribution and leasing, and other industries.

Assessed solvency and related valuation analyses in adversary actions alleging fraudulent transfers between prior owners and a retail/wholesale chapter 11 debtor. These analyses included assessing the financial condition of the debtor and assessing whether the debtor was insolvent, had unreasonably small capital or the ability to pay debts as they became due at the time that the alleged fraudulent transfers occurred.

Performed analyses to assess potential alleged fraudulent conveyances, breach of fiduciary duty and preferences in an adversary action by a Chapter 11 Trustee in a matter involving numerous transactions between a workers compensation insurance carrier and a Third Party Administrator.

Analyzed solvency, unreasonably small capital, ability to pay debts as they become due and breach of fiduciary duty damages in connection with a liquidating Trustee's fraudulent transfer and breach of fiduciary duty claims against numerous defendants related to a company whose operations included a life insurance carrier and used automobile sales financing.

Performed analyses of numerous transactions between an investor and a real estate investment/management organization including insolvency, ability to pay debts as they become due, and unreasonably small capital analyses of the debtor, and fraudulent transfer evaluations of numerous transactions between the debtor and the investor and related alleged breach of contract and damages analyses.

Prepared insolvency, unreasonably small capital and ability to pay debts and damages analyses for a Physician Practice Management debtor in connection with an adversary action by several physician practice entities alleging failure to perform under the management agreements with the debtor.



Performed analyses of numerous transactions between two related broker dealers and certain related individuals covering several years and including numerous alleged fraudulent transfers. He also assessed the financial condition of the entities and determined whether the broker dealers were insolvent, had unreasonably small capital or the ability to pay debts as they became due at the time that the alleged fraudulent transactions occurred.

Assisted a health care provider in a governmental agency investigation covering alleged improper billings by an entity under contract with a large multi-hospital chain. Services included valuation analyses of various components of the services provided to the multi-hospital chain.

Performed a forensic accounting investigation on behalf of a telecommunications provider in a matter involving alleged fraudulent transfers made by an entity to various related parties, and assessed how the transfers negatively impacted the entity's solvency. He also has prepared a business valuation of the entity immediately prior to termination of telecommunication services to the entity.

Performed analyses, including an expert report, in relation to certain claims asserted by the Chapter 7 Trustee (and the opinions of the Chapter 7 Trustee's expert witness) in a breach of fiduciary duty litigation against the former Chairman of the Board of a debtor multi store furniture retailer entity. The debtor initially filed a Chapter 11 petition but it was converted to a Chapter 7 estate approximately seven months after the chapter 11 petition was filed.

Assisted a secured lender in their evaluation and monitoring of a medical device manufacturer borrower credit. These services included, among others, a detailed analysis of the company's market positioning, an evaluation of the company's financial reporting and accounting systems, profitability analysis by product, debt capacity analyses, budget and forecast system process analyses, comparison of the company's product pricing and sales systems to their largest competitors, cash flow projections, industry assessments, business plan evaluation, and an overall evaluation of the company's short and long term financial stability.

Assisted a secured lender in evaluating and monitoring a real estate tax certificate investment industry credit. These services included, among others, profitability analysis by product, budget and forecast system process analyses, cash flow projections, business plan analyses, and an overall evaluation of the company's financial stability.

Analyzed and critiqued the Plaintiff's expert damages report in a long-term real estate lease breach of contract adversary action in bankruptcy court. Analyses included among others, extensive research and industry specific modeling of the appropriate discount rate for the future component of damages in a breach of contract action for warehouse and industrial properties in a specific geographical market.

Assisted a wholesale food distributor co-operative in negotiating with their principal lender and seeking replacement lenders for accounts receivable, inventory and fixed asset backed loans. Assistance included preparing business plans, viability assessments, operations review, analyzing coverage on current loans, developing alternative proposals to current bank and proposing alternative financing terms to prospective lenders.

Prepared extensive analyses to determine which payments comprising approximately $52 million of alleged preference payments received by a major telecommunications service provider during the 90 day preference period were consistent with the new value, ordinary course or the contemporaneous exchange defense to preference avoidance actions by a creditor trust entity.

Analyzed damages on two separate consulting engagements in legal malpractice litigation. The analyses performed included, among others, business valuation and forensic accounting related to allocation of income, distributions, assets and related debts to different parties in connection with decedent's estate



plan. The primary business entities involved included construction material manufacturing, paving contracting, aggregate's mining, real estate holdings, real estate operations, real estate investments and other construction operations.

Served as the Chief Restructuring Officer for two related Chapter 11 Debtors whose principal line of business was trial consulting services.

Currently serving as the Chapter 11 Trustee of six related Chapter 11 Debtor entities who own and operate funeral homes and cemeteries in Central Florida.

Served as the Distribution Trustee of a Trust created under a confirmed plan of reorganization. The debtor entity was a multi-channel integrated direct marketing entity specializing in cost effective customer acquisition. Duties included among others, pursuing causes including fraudulent transfers, preferences and other actions on behalf of the Trust.

Served as the Post-confirmation Creditor Representative of a reorganized entity with the responsibility of identifying any recoverable preference payments. The assessment was performed through the analysis of the transactions entered into by the company, an analysis of the company's distributions, as well as an analysis of the existing claims register.

Served as the Chapter 11 Trustee on a bankruptcy matter in the technology/communications industry.

Served as the Court appointed Examiner in a Chapter 11 matter where the debtor was a recently formed LLC that owned residential property.

### Forensic Accounting and Investigations

Performed an analyses of a public company's accounts receivable reporting on its financial statements during periods before and after it changed its historical practice for accounts receivable greater than 365 days old in connection with litigation by a lender against three former officers.

Assisted a large physician billing service provider in analyses related to False Claim Act allegations brought by a whistleblower. Our procedures included, among others, detail analyses of billings for hundreds of physicians over approximately six years and calculation of potential over billings (damages) primarily attributable to procedure codes billed compared to medical records documentation.

Performed fair market valuation and other forensic accounting services for defendants in criminal litigation against two individual defendants in connection with alleged improper billing to governmental agencies for laboratory services.

Assisted a physician billing service company defendant and other physician group defendants in whistle blower actions. Services included historical analyses of alleged improprieties, reviews of system configurations and software, and other responses to the allegations including working with counsel in developing and evaluating possible defense strategies.

Assisted a large national healthcare provider in the evaluations of numerous False Claims Act claims by a whistleblower through analyses of certain data for approximately 2,000 dialysis facilities over a seven-year period.

Assisted an insurance company defendant in a governmental investigation of its billing practices in its high-risk Medicare HMO product, covering alleged improper billing of monthly premiums for dual eligible Medicare beneficiaries.



Assisted a home health agency defendant in a governmental agency investigation covering alleged improper billings for home health services, alleged improper expenses included in the Medicare cost reports, alleged improper cost shifting, and alleged improper related party transactions.

Assisted a health care provider in a governmental agency investigation covering alleged improper billings for radiology related physician services. He worked with the provider's outside counsel in conducting the investigation, determining the actual amount of the overpayment, testing the reasonableness of the governmental agency's alleged overpayment calculation methodology, negotiating with the OIG and other governmental agencies on the actual amount of the overpayment and the terms of the settlement agreement.

Assisted health care providers in internal investigations performed under the OIG's Voluntary Disclosure guidelines covering alleged improper billings for numerous diagnostic tests performed by outside contractors and alleged improper relationships with physicians. He worked with the providers' outside counsel in conducting the investigations, interacting with the OIG and other governmental agencies on the scope and progress of the investigation, and assisted in drafting the Voluntary Disclosure reports.

Served as a consulting expert in an accounting malpractice action against an accounting firm that had been the outside auditor for a tertiary care hospital and related foundation. Our assistance to outside counsel included: (1) evaluating the defendants' audit workpapers for compliance with generally accepted

auditing standards, (2) assessing the audited financial statements' compliance with generally accepted accounting principles, (3) assisting in identifying documents for inclusion in discovery requests, (4) assisting in identifying items to be included in responses to certain discovery requests, 5) assisting in drafting (outlines for defendant depositions, (6) reconciling defendant's audit workpapers to audited financial statements, (7) evaluating certain internal hospital and outside consultant documents for potential consideration in the litigation, (8) identifying particular professional standards that the defendant failed to meet in their audits (9) researching various changes in the professional standards during the time period that defendant served as the hospital's outside auditor, (10) researching separate professional standards for the Single Audits and  (11) assisting in evaluating potential damages approaches available to the hospital.

Performed a forensic accounting/fraud investigation in connection with a civil fraud claim against an investment manager who represented to his clients that he managed and controlled billions in real estate investments. This investigation included tracing the flow of funds through numerous related companies used or controlled by the investment manager to assess whether the Plaintiff's investment funds were utilized by the Defendant for his personal benefit. The investigation also involved comparing certain representations made by the Defendant related to the Plaintiff's investment (represented by Defendant as real estate investments) to the financial related documents. In addition, the investigation included comparing the investigation findings to "indicia of fraud" per the AICPA and to the badges of fraud per state statutes.

Performed forensic accounting analyses of certain issues including an assessment of the procedures performed in an internal investigation by an international equipment manufacturer in connection with wrongful termination/breach of contract litigation by a former executive against the manufacturer.

At the request of the Audit Committee for a public corporation (real estate developer and builder), conducted an investigation into allegations of fraud and conflict of interest regarding a former company executive.  The investigation required the review and analysis of financial records, interviews of management and vendors, background checks, asset searches and assessment of the potential scope of the alleged fraudulent activities. We also developed and critiqued proposed related recommendations to address improvements in the entities' internal control systems and policies and procedures.



Mr. Murphy led an engagement representing a real estate developer and its group of related entities in their defense of supplementary proceedings to enforcement actions initiated by a judgment creditor against one of the client's entities (the judgment debtor). In this regard, Mr. Murphy opined on and critiqued the opposing expert's report on whether the client's entities operated defacto as a single entity and whether there existed indicia of alter ego in the transactions conducted among these related entities. Mr. Murphy also opined and critiqued the opposing expert's opinion and support (or lack thereof) for the existence of the badges of fraud pursuant to the relevant State statutes.   Finally, Mr. Murphy opined and critiqued the opposing expert on his insolvency assessment and whether there existed reasonably equivalent value for the distributions and transactions conducted by the judgment debtor and related theories of indirect benefit in the transactions conducted among the client's entities.

Performed forensic accounting and financial analyses addressing the presence of indicia of alter ego in connection with a post-acquisition earn out dispute.  The analyses included, among others, assessing whether indicia of alter ego were present considering:

i.     whether new entities formed by the seller after the sales transaction had the ability to operate as stand- alone entities
ii.    whether certain large transactions were conducted on an arm's length basis
iii.   whether entities by the seller after the sales transaction commingled assets with related entities

iv.    whether these related entities shared common members/owners, Board of Managers, officers, accounting personnel, accounting software, and outside auditors.

v.     Assessed insolvency of individual investor debtor who was an investor in a cement products manufacturer entity and held numerous other real estate, business ownerships and thinly traded stocks.

Performed numerous forensic accounting, auditing, and disclosure investigations in several industries including among others, health care, real estate development, construction, mortgage banking, and manufacturing.

Performed forensic analyses and evaluation of potential or existing accounting malpractice claims in several industries including, among others, investment funds, technology outsourcing, real estate development, management and construction, integrated health care delivery, and mortgage banking.

Performed a forensic accounting and financial analyses addressing the presence or lack of presence of indicia of alter ego in connection with a breach of contract matter in which the plaintiff alleged that a US corporate entity was the alter ego of a Canadian entity that the plaintiff contracted with for manufacturing printed circuit boards.  These analyses included, among others, assessing the Canadian entity's adequacy of capitalization, a solvency assessment of the Canadian entity, de facto merger analyses, related party transactions analyses, and numerous other alter ego indicia analyses.  In addition, he performed analyses addressing the lack of presence of the badges and indicia of fraud and he critiqued the opposing expert's breach of contract damages findings.

Provided expert services in an accounting malpractice matter regarding misleading financial statements prepared for an investment firm, which had made fraudulent representations to attract investors. The engagement required analyses of financial records of the investment firm, review of the work papers of the accounting firms that compiled the financial statements, evaluation of compliance with appropriate professional standards and related expert witness testimony regarding the accounting firm's lack of compliance with these standards.



Analyzed certain revenue and expenses recorded in a public entity's financial statements in connection with civil litigation filed by a regulatory agency against individuals and a corporate defendant. Addressed, among others, whether these financial statements were materially misstated and whether the accounting for certain revenue and expenses in the financial statements were in accordance with Generally Accepted Accounting Principles.

Worked with counsel for a special committee of the Board of Directors in performing a forensic accounting investigation of a public company in connection with a shareholder derivative action alleging reckless and gross mismanagement through the issuance of false and misleading financial statements that did not comply with Generally Accepted Accounting Principles and required numerous accounting restatements.

At the request of the Audit Committee for an office equipment distributor and in response to an informal SEC inquiry, Mr. Murphy conducted an accounting investigation to assess allegations of improper revenue recognition practices. The investigation required the review and analysis of financial records, certain sales transactions, and interviews of management at various regional offices of the company.

Performed forensic accounting analyses for a special committee of the Board of Directors of a food service public entity in connection with an informal regulatory agency's investigation related to alleged misleading public disclosures by the registrant.

Assisted outside counsel for the audit committees of public companies in their independent investigations of certain alleged improperly accounted for transactions in response to formal or informal regulatory inquiries. In addition, he has provided consulting assistance including evaluations/recommendations to improve accounting/operating systems internal control effectiveness.

Led an investigation for a state agency of certain issues related to the adequacy of data privacy and other implementation controls utilized by a service company under a long-term management contract with the state agency.

Prepared analyses of and testified in state court on the completeness and accuracy of accounting disclosures in a municipal entity's financial statements related to bond debt for a sports complex facility.

Performed forensic accounting on a consulting engagement for an investor in a mortgage servicing entity related to potential auditor malpractice claims against the entity's outside former auditors.

Evaluated the financial reporting methods utilized by a pipeline owner/operator under a long-term lease and the propriety of the related cost pass through to the lessee.

Performed forensic accounting services including, among others, conducting and valuing a physical inventory of the collateral for a lender in connection with fraud and other claims by the lender against the debtors who operated a rare gold coin dealer operation in both state Court and in Bankruptcy Court.

Mr. Murphy was appointed by a United States Magistrate Judge as the independent forensic accountant in a large personal injury class action. Mr. Murphy's role included forensic accounting analyses of the method used by Plaintiff's counsel to allocate a $100 Million proposed settlement for certain class members and comparison of the method used by Plaintiff's counsel to the guidelines for the allocation provided by the Magistrate Judge in his role as Special Master.

Performed analyses, including an expert report, in relation to certain claims asserted by the Chapter 7 Trustee (and the opinions of the Chapter 7 Trustee's expert witness) in a breach of fiduciary duty litigation against the former Chairman of the Board of a debtor multi store furniture retailer entity. The debtor



initially filed a Chapter 11 petition but it was converted to a Chapter 7 estate approximately seven months after the chapter 11 petition was filed.

**Damages Analyses**

Calculated direct damages incurred by a large appliance manufacturer in connection with a formal recall of approximately 1.6 million refrigerator units in the U.S. and Canada and the projected future damages related to the manufacturer policy to reimburse customers for future repair costs to replace the alleged defective part on approximately 2 million additional refrigerator units.

Calculated damages on behalf of a national manufacturer in a matter involving defective resin in approximately 32,000 units of residential window and door products. The analysis included, among others, the (1) identification of available data through interviews, (2) the compilation, organization, and analysis of large volumes of historical data through the creation and population of detailed databases, (3) calculation of the historical and future manufacturing, labor, and installation costs related to the product replacement, and (4) quantification of claims identification, processing, and fulfillment costs to facilitate the replacement of the estimated 32,000 door and window units located in hundreds of individual homes.

Calculated direct damages incurred by a large appliance manufacturer in connection with a formal recall of approximately 1.8 million dishwasher units in the U.S. and Canada.

Analyzed and assessed for reasonableness and accuracy the opposing expert's calculation of damages in a racial discrimination class action filed against a multi-state retailer.

Analyzed damages in litigation between health care providers plaintiffs and a Medicaid managed care insurer related to the fair market value of out of network claims.

Analyzed damages in litigation between a health care provider plaintiff and insurer payer related to the fair market value of out of network health care claims.

Analyzed damages between a primary care physician network and a managed care insurer related to termination damages claimed by the primary care physician network providers.

Calculated damages in a dispute between a group of physicians and a Physician Practice Management (PPM) organization and/or an Independent Practice Association (IPA). The dispute was primarily related to capitation payments, distribution of surplus, bonuses, stop loss insurance and recoveries.

Calculated damages incurred by a large pharmacy benefits management company (PBM) arising from an alleged breach of a multi-year contract under which the PBM was to process all health insurance client's pharmacy claims submitted by its insured's.

Calculated damages incurred by a large pharmacy benefits management company (PBM) arising from an alleged breach of contract by a New Jersey based retail and mail order compound pharmacy operation against a pharmacy. Also critiqued the compound pharmacy's expert's anti-trust counter-claim damages analyses.

Prepared a lost profits/damages analysis for a large national health care provider defendant in litigation alleging breach of an alleged exclusive contract for the provision of medical director services to the defendant's skilled nursing facilities and rights to the provision of physician and nurse practitioner services to the patients at approximately 130 skilled nursing facilities owned and/or operated by the defendant over a three-year period.

ankura.com

9



Calculated economic losses on behalf of a group of physicians arising from a hospital's alleged improper termination of the physicians' staff privileges.

Prepared a lost profits/damages analysis for a large national health care provider defendant in litigation alleging breach of an alleged national exclusive contract for electronic submission of claims to third party payers over a five-year period.

Prepared financial analyses of lost profits/business damages for a plaintiff related to the alleged failure to perform under a contract for the processing of health claims including lost cash flow, direct costs, lost customers, and lost goodwill.

Performed assessment/critique of opposing expert's damages calculations expert report in a breach of contract action between an Independent Physician Association plaintiff and a state licensed health maintenance organization defendant.

Calculated damages in a breach of contract action matter between the owners of a specialty treatment center and a hospital. The Plaintiff primarily treated nursing home-based patients at a center located at the hospital. Mr. Murphy's analyses included among others, a critique of the Plaintiff's expert report and a calculation of the Plaintiff's damages. One of the key issues in assessing damages included, among others, appropriate billing for services provided by the specialty treatment center.

Calculated damages in a breach of contract matter brought by a reseller of electronic medical records software against a large national health care entity that specialized in billing and electronic medical records systems for large and small health care providers. The Plaintiff also provided medical billing and other back-office support to physician groups.

Calculated lost profits and business damages arising from construction defects at a transitional and long-term care health facility.

Assessed damages arising from alleged false advertising, product disparagement, unfair competition and tortuous interference for a corporation that specialized in the recycling and refurbishment of used golf balls.

Calculated damages in a matter alleging defamation, tortious interference, and breach of a separation agreement filed by a former executive of a regional financial institution against the financial institution and a senior officer. He also critiqued the opposing expert's findings.

Calculated damages in a matter alleging defamation and tortious interference filed by a former executive of a staffing industry entity and the owner. He also critiqued the opposing expert's findings.

Calculated damages in a matter involving claims made by an investor in a large apartment development under a construction costs guaranty agreement which protected the investors against certain construction cost overruns.

Calculated the incremental costs incurred by a medical equipment manufacturer resulting from an interruption in the business of a sterilization service provider and prepared an analysis relating to a subsequent claim by the service provider for breach of contract.

Analyzed an owner's damages due to alleged civil rights violations, breach of contract, and inverse condemnation against certain governmental entities related to land use and zoning issues on a proposed mixed-use development in North Central Florida.



Calculated damages arising from an alleged breach of contract dispute between two large fertilizer component mining companies. The primary dispute related to the calculation of actual historical mining production costs which were a significant component in the annual contract pricing formula.

Calculated damages in a breach of contract/fraud in the inducement action by a former employee for his alleged ownership of an air ambulance business that was subsequently sold to a public company.

Analyzed damages allegedly incurred by an agent/reseller in connection with the agent/reseller's breach of contract litigation against a manufacturer of medical equipment.

Analyzed damages allegedly incurred by a medical software reseller in connection with the reseller's breach of contract litigation against a large medical software developer/owner.

Prepared analyses of the reasonableness of due diligence procedures performed by an acquirer in litigation arising from termination of a physician practice management services contract.

Analyzed certain transactions between a municipality and a public waste services entity and calculated damages allegedly arising from a breach of contract.

Assessed an individual plaintiff's damages on behalf of an investment banking firm arising from an alleged breach of contract and failure to comply with the right of first refusal terms vested in the individual in connection with the sale of a specialty automobile parts and accessories company. The analysis included a critique of the opposing expert's theory and calculations, as well as a determination of the plaintiff's lost profits arising from the defendant's alleged violation of the right of first refusal terms.

Assisted clients with preparing/filing business economic loss claims associated with the 2012 Deepwater Horizon Settlement Agreement. Utilized a claim proprietary model to assist approximately 2,000 clients with the claim preparation process. Clients have ranged from sole proprietors to multi-national public companies throughout the Gulf of Mexico region.

Analyzed damages in alleged breaches of an exclusive dealership license (Southern, Southeastern, Mid-Atlantic states in the United States) for exclusive rights to sales, servicing, repair and distribution of all outdoor specialty use equipment manufactured by a large worldwide manufacturer headquartered in Germany. Mr. Murphy also critiqued the opposing expert's report and findings.

Prepared analyses of certain damage issues for a municipality defendant in litigation alleging improper termination of the general contractor under a construction contract.

Calculated damages on behalf of an imported stone countertop distributor arising from a claim for breach of an exclusive sales agreement with a leading home improvement retailer. The calculations included, among others, an assessment of the distributor's lost profits through the review and analysis of (1) historical financial statements, (2) detailed sales and expense data extracted from the distributors' accounting system, and (3) relevant industry data from the damage period.

Performed analyses of certain loan transactions and evaluated whether the loan transactions exceeded the usury interest rate per state statutes.

Calculated damages in a dispute between a professional sports team and a large cable TV operator. The dispute was primarily related to the number of new "premium" subscribers at specific dates and in certain markets and the number of new non-premium subscribers in certain markets who could view the professional sports team's games.



Prepared analyses of certain damage issues involving a regional airport and the related defendants, a municipality and the airport management company. The matter involved a fix based operator plaintiff seeking lost profits over a 30+ year period due to the alleged actions of the defendants. Our analysis included a critique of the opposing expert's findings and an alternative damages calculation.

Analyzed the operating policies and procedures used by a premium finance company during the period that fraud by an agent of the premium finance company was occurring and went undetected. His analyses also compared the premium finance company's operating procedures to those generally used by the premium finance industry during the period of the undetected fraud.

Analyzed and prepared a response to a governmental regulatory agency's expert report that addressed alleged false and misleading information in Business Plans and Private Placement Memorandum provided to potential investors of a startup company. The engagement included in depth evaluation of the opposing expert's opinions regarding the reasonableness and basis of specific representations by management in the Business Plans and Private Placement Memorandums.

Prepared a financial analyses and assessment of damages for a telecommunications provider in connection with a claim for failure to deliver stock certificates and the subsequent alleged loss related to a decrease in stock value.

Calculated damages in a matter involving an alleged breach of contract dispute between a company based in China whose primary business was exporting and selling refrigerants and related products and a US based importer and seller of similar products.

### Intellectual Property

Calculated damages in a matter involving alleged breaches of employment agreement restrictive covenants and alleged violations of trade secrets filed against a former employee of a large national insurance brokerage division of a major US bank. Allegations included breaches of obligations related to trade secrets, confidential information, non-solicitation, and assignment of inventions. He also critiqued the damages assessment and business valuation findings by the opposing expert.

Calculated damages in a matter including breach of contract, tortious interference, misappropriation of trade secrets, deceptive and unfair trade practices and unjust enrichment filed against multiple former employees of a multi-state traffic equipment and traffic control. Allegations included alleged breaches of non-compete and other restrictive covenants of the former employees' agreements with the plaintiff. He also critiqued the opposing expert's findings.

Calculated plaintiff's damages including last profits, out of pocket costs, and defendants' infringing sales in a Lanham Act – trade dress, breach of contract, theft of trade secrets and unfair trade practices matter in the food production industry. Analyses also included critique of the opposing expert's findings.

Calculated damages including the lost profits under a theft of trade secret, breach of contract, misappropriation of trade secrets, unfair competition, common law fraud, conversion and negligent misrepresentation claim and the defendant's lost profits in their breach of contract and quantum meruit counter claim on a matter related to computer keyboard design and manufacturing. His analyses also including critiquing the plaintiff's expert's findings related to the plaintiff's lost gross margins allegedly due to the plaintiff's lost sales under the contract with the plaintiff and lost sales attributable to the alleged trade secret misappropriation.

Calculated plaintiff's damages including unjust enrichment and lost profits under a breach of fiduciary duty, breach of contract, and misappropriation of trade secrets matter against individual former employees and a former licensee/distributor. The plaintiff manufactured, supplied and marketed power



transmission components including shaft couplings, hydraulic components and rubber suspension systems.

Provided consultant advisory services on strategy for a damage analysis of a theft of trade secrets case in a consultant brokerage specializing in software implementations using valuation and assessing the extent of diversion of the revenues.

Calculated damages under an alleged misappropriation of trade secrets, misappropriation of idea, Florida Deceptive and Unfair Trade Practices Act and breach of contract matter. This matter related to an agricultural irrigation product. His damages analyses included among others, the Plaintiff's lost profits, the alleged value of the Plaintiff confidential information, the Defendant's unjust enrichment, and head start damages. His damages analyses also included critiquing the Plaintiff's damages expert's findings.

Assessed damages to a corporation due to the breach of a settlement agreement that hinged on the trade secrets of watermelon seed formulae development and seed production. The analysis was based on the valuation of the settlement agreement and calculation of damages in the underlying trademark infringement suit, including apportionment of the lost sales factors other than the infringement. He also developed the rescission theory in order to calculate the true damage arising from the breach of settlement agreement.

Calculated lost profits and unjust enrichment in the context of a copyright infringement and misappropriation of trade secrets matter, considering the nuances of lost profits analyses particular to intellectual property damages. The trade secrets were healthcare industry software code, file structures and logic and other proprietary configurations of the software.

Calculated thefts of trade secret damages in a matter involving entities in the power transmission components industry.

Calculated damages including the plaintiff's lost profits and the defendant's actual profits allegedly arising from a breach of contract of an agreement for a new business in the durable medical equipment industry. Critiqued the plaintiffs' experts' damage calculations including determining the proper methodology for calculating the plaintiff's alleged trade secret damages, if any, in this matter. In addition, he analyzed the types of financial records used by the two parties for this business and compared them to the types of accounting and financial records that a partnership or joint venture would have prepared for this business.

Calculated breach of contract damages in a matter involving alleged trademark infringement damages in the healthcare software industry. Mr. Murphy also calculated the Plaintiff's breach of contract damages related to an alleged breach of license and service agreement between the same parties. In addition, Mr. Murphy critiqued the Plaintiff expert's breach of contract damages.

Calculated alleged damages incurred by certain central Florida locations of an international restaurant chain arising from alleged trade dress infringement, alleged unfair competition and alleged trademark dilution by a competing restaurant chain. His analyses included among others, assessing both the plaintiff's actual losses and the defendant's gains attributable to the alleged trade dress infringement and critiquing the opposing damages experts' findings.

Calculated lost profits of a new franchise operation based on the loss of trademark and its impact on the franchise's future development.

Calculated patent infringement and trademark damages in intellectual property litigation involving patents, trademarks and licensing agreements in the specialty turf grass industry.



Calculated lost profits, damages and a business valuation in a shareholder breach of contract/breach of fiduciary duty, trademark and corporate dissolution matter in the gaming industry.

Calculated intellectual property damages in a breach of contract dispute bought by a medical records software company against a large provider of software for large and small health care providers.

Analyzed damages in patent infringement litigation involving a consumer product. Calculated damages and critiqued the opposing expert's damages analyses in patent infringement litigation related to an office lighting product.

Calculated damages in patent infringement litigation related to a roofing product.

Prepared financial and accounting analyses in a matter and calculated the Plaintiff's damages in connection with an intellectual property dispute involving several software patents in the telecommunications industry.

Calculated damages (including defendant's profits) in two separate matters involving alleged copyright infringement by a national homebuilder/finance company and a national homebuilder.

Calculated the plaintiff's damages, defendant's unjust enrichment and a reasonable royalty in a matter related to the alleged copyright infringement of a cosmetic surgery medical practice's website by a former physician employee.

Calculated damages for an individual plaintiff whose copyrighted software code was allegedly used without his authorization as part of seven patent applications. In this regard, Mr. Murphy calculated damages based on copyright infringement (including defendant's profit), reasonable royalty and federal equitable relief available to the plaintiff as a co-inventor of the patents.

Calculated lost profits and other patent damages in a matter involving alleged patent infringement in the media/broadcast industry.

Prepared financial analyses involving "royalty audits" under license agreements for computer software products.

Provided consulting services to a university research foundation client in evaluating a previous settlement with an inventor relating to future royalties for a veterinarian drug product.

Prepared financial analyses involving "royalty audits" under license agreements for computer software products.

**Wrongful Death, Personal Injury and Employment Litigation**

Calculated damages in litigation filed by a former physician employee of a multi facility physician practice alleging restrictive covenant violations, violation of Florida Deceptive and Unfair Trade Practices and breach of employment agreement.

Represented a hospital defendant in an action brought by the legal guardians and parents of a Plaintiff who was born with birth defects allegedly resulting from the alleged negligence of the defendant and/or its employees/agents. Calculated the Plaintiff's economic damages which primarily included lost future earnings and the estimated cost of future medical care for the Plaintiff. Mr. Murphy also critiqued the opposing experts' damages opinion and calculations.



Represented a hospital defendant in an action brought by the legal guardians and parents of a Plaintiff who was born with birth defects allegedly resulting from the alleged negligence of the defendant and/or its employees/agents. Calculated the Plaintiff's economic damages which primarily included lost future earnings and the estimated cost of future medical care for the Plaintiff. Mr. Murphy also critiqued the opposing experts' damages opinion and calculations.

Represented a hospital defendant in an action brought by the legal guardians and parents of a Plaintiff who was born with birth defects allegedly resulting from the alleged negligence of the defendant and/or its employees/agents. Calculated the Plaintiff's economic damages which primarily included lost future earnings and the estimated cost of future medical care for the Plaintiff. Mr. Murphy also critiqued the opposing experts' damages opinion and calculations.

Represented a hospital defendant in an action brought by the legal guardians and parents of a Plaintiff child for personal injuries allegedly arising from alleged negligence of the defendant and/or its employees/agents. Calculated the Plaintiff's economic damages which primarily included lost future earnings and the estimated cost of future medical care for the Plaintiff. Mr. Murphy also critiqued the opposing experts' damages opinion and calculations.

Calculated multiple individual plaintiff's' damages for past and future medical costs allegedly arising from an explosion in a manufacturing facility.

Calculated wrongful death economic damages allegedly incurred by the estate of an individual related to alleged defective aircraft parts for an individual who owned and operated a fruit farm and wholesale operation.

Calculated wrongful death economic damages allegedly incurred by estates of individuals related to alleged defective aircraft parts for a professional golfer, a professional athlete manager and two of its employees, and a professional pilot.

Calculated wrongful death economic damages allegedly incurred by the estate of an individual related to alleged defective aircraft parts for an accountant/accounting business owner.

Calculated wrongful death economic damages allegedly incurred by the estate of an individual related to alleged defective aircraft parts for a professional pilot.

Calculated wrongful death economic damages allegedly incurred by the estate of an individual related to alleged defective aircraft parts for a professional pilot/aircraft mechanic.

Calculated wrongful death economic damages allegedly incurred by the estate of an individual related to alleged medical malpractice for a securities trader.

Calculated wrongful death economic damages and critiqued opposing experts' calculations of damages allegedly incurred by the estate of an individual related to alleged defective aircraft parts for an investor with ownership interest in numerous businesses.

Calculated the lost earnings capacity, on three separate matters, allegedly arising from a physician's wrongful termination from a surgical residency program.

Calculated lost future earnings, benefits and retirement income on behalf of hospital Defendant in a matter where the physician (Plaintiff) alleged injury while working at a hospital. Also critiqued the



Plaintiff's claim for damages by providing multiple damage scenarios of possible recovery times/treatments and quantified the effect of mitigation.

Assessed the lost earnings capacity and related damages allegedly arising from a hospital's retaliatory, wrongful termination of a management employee on two separate matters.

In connection with damages analyses on litigation by a former officer of a wholesale petroleum products distributor, Mr. Murphy's damages analyses included calculating the fair market value of a hypothetical 10% equity interest allegedly due the former officer. He also calculated the present value of alleged lost bonuses and lost salary due to the former officer less prior years' excess bonus payments to the former officer, due to the defendant.

Calculated lost future earnings and diminished earnings potential on behalf of a Plaintiff high school student who allegedly suffered personal injury as a result of sexual assault by the Defendant.

Calculated lost future earnings and diminished earnings potential of a Plaintiff Division 1 college athlete who allegedly suffered personal injury as a result of alleged medical malpractice by a hospital and physician.

Calculated lost future earnings on behalf of a State Government Agency (Defendant) in two matters where Plaintiffs alleged wrongful termination and age discrimination.

Calculated lost earnings capacity and damages allegedly arising from an outdoor media firm's wrongful termination of an employee.

Calculated individual plaintiffs' lost earnings capacity allegedly arising from mental disorders caused by alleged acts of racial discrimination and the individuals' termination from a college basketball program on approximately ten separate cases.

### Partnership/Shareholder Disputes

Prepared financial analyses to assist in assessing certain breach of contract, breach of fiduciary duty, improper termination and other claims brought by minority partners in numerous real estate development, real estate construction and real estate management/ownership entities that controlled approximately 10,000 apartment units in central Florida.

Performed forensic accounting analyses of certain transactions in connection with disputes between minority partner and the general partner of a real estate holding entity.

Prepared damage analyses in a real estate partnership dispute matter. The analyses included among others, reconstructing the partner capital accounts to properly include all partners, adjusting the partnership capital accounts to reflect assets at market value, and recalculating the net amounts due to or from each partner upon dissolution of the partnership.

Evaluated claims against a general partner in a real estate partnership including alleged improper payments and billings to parties related to the general partner. His analyses included detail reconstruction of numerous transactions covering approximately 10 years, evaluating adjustments proposed by the plaintiff's experts and identifying potential counter claims by the general partner against the limited partners.

### Post-Acquisition Disputes

Prepared financial and accounting analyses in post-acquisition disputes including a large integrated health care service provider, an integrated building products manufacturer, a health care software



franchise, a lawn products manufacturer, an entity with numerous federal and state government service contracts, an employee leasing company, a real estate development and construction entity, home health care, professional sports franchises, physician practice management entities, and physician groups. Issues addressed by Mr. Murphy in these matters generally included, among others, (1) impact on the closing date and final closing date balance sheet of various intercompany balances; (2) closing date balance sheet accounting adjustments required by the sales agreement terms; (3) inconsistencies of accounting policies between the seller's financial statements prior to the sale and subsequent to the sale; (4) appropriateness of numerous accruals included in the final closing date balance sheet for items not yet invoiced and the subsequent period to be used to determine the liabilities for such accruals on the final closing date balance sheet; (5) the impact on the final closing date balance sheet of numerous intercompany transactions in process at the time of sale; (6) the appropriateness of the seller's proposed adjustments to the closing date balance sheet; (7) the impact of accounting and financial statement related terms in the sales agreement, and (8) analyses of estimated amounts due to/from the seller under earn-out or post-closing adjustments to the purchase price attributable to post closing operating results.

Calculated post-closing adjustments in a dispute between the prior and current owners of an infant nutritional products manufacturer. s

Calculated post-closing adjustments in a dispute between the prior and current owner of a pharmacy benefit management entity.

Calculated damages, including among others, rescission damages, in a post-acquisition dispute breach of contract matter for a manufacturer of roofing products. The allegedly breached contract included among others, the purchase of a customer list, a 25-year distribution/marketing arrangement and a 25-year non-compete arrangement.

On behalf of a health care management company, conducted an investigation and analysis of the reasonableness of financial representations of an acquired entity.

### Eminent Domain

Calculated damages in connection with an eminent domain action by a natural gas pipeline operator against a cement manufacturing entity with substantial limestone reserves ("defendant"). Our damage analyses included among others, historical production cost and revenue analyses of the manufacturing/mining operation, calculating the fair value of lost limestone reserves due to the eminent domain taking under an income approach and analyses of additional potential damages attributable to the eminent domain taking. We also critiqued the defendant's damages analyses.

Provided consulting services including damages assessments to clients in eminent domain matters involving citrus operations.

Calculated damages in connection with an eminent domain action by a natural gas pipeline operator against a sod farm operation and a large international fertilizer components mining/producer/distributor including a critique of the opposing expert's findings including incorporation of recent public disclosure by the mining/producer/distributor.

Provided consulting services including damages assessments to clients in other eminent domain matters involving citrus and mining operations.

Calculated damages in connection with two separate eminent domain actions by a natural gas pipeline operator brought against two large fertilizer components mining/producer/distributors ("defendants"). Our damage analyses included among others, historical production cost and revenue analyses of the mining operations, calculating the fair value of lost mining reserves due to the eminent domain taking under an

ankura.com

17



income approach and comparison analyses of the public disclosures of the two defendants in connection with a proposed merger transaction versus the defendants' valuation expert's findings.

### Agribusiness

Calculated lost profits, including infringement sales and business damages arising from a breach of contract of a settlement agreement of a previous intellectual property dispute involving seed for a seedless fruit product. His analyses included among others, analyzing the historical market trends for the seed product, analyzing the agricultural production industry cost, sales, and production method trends for the seedless fruit production, evaluating the defendants' marketing, sales, financial and capital structure and comparing the defendants' structure in these areas to their competitors. His analyses in these areas also incorporated his knowledge and experience in the factors agricultural producers evaluate and analyze in their seed selection decision processes and how seed production entities market and sell their products.

Calculated lost profits and business damages allegedly arising from use of numerous alleged defective agricultural products (seeds, fertilizers, plants, fungicides, herbicides, seed treatment, plastic mulch and pesticides), and assisted legal counsel in structuring discovery requests, identified potential documents for discovery, critically reviewed the opposing parties expert witnesses' reports and calculations, provided counsel with suggestions for areas to explore during deposition, cross examination and discovery requests, and provided related expert witness testimony. Analyzed specific claimant and industry market, historical yields, and production cost trends for the agricultural products and in-depth financial analyses of the producer's operations during, prior to and subsequent to the claim periods. Cases included, among others; row crops, citrus, field and greenhouse vegetables, fruits, ornamentals, flowers, foliage, field and greenhouse crops, roses, plants, ferns, trees, orchards, turf grass, and other greenhouse and nursery products. Mr. Murphy has extensive knowledge of reporting requirements for agricultural producers and publicly available information related to agricultural production from numerous state and federal governmental agencies and programs and he has an understanding of productions costs and marketing unique to agricultural products.

Provided consulting services to an agricultural products manufacturer/distributor related to alleged damages claimed by a nursery producer/wholesaler in connection with a product defect claim by the plaintiff.

Provided consulting services to a manufacturer client that included assessing/critiquing damage claims by a tree nursery operation.

### Testimony Experience

Provided expert testimony in U.S. Bankruptcy, U.S. District, state court, state business court and arbitrations and he has successfully completed the Florida Circuit Civil Mediation Certification training.

# ATTACHMENT B

ankura

**ATTACHMENT B**

## Stanley A. Murphy
### Expert Witness Testimony
### April 2019 – April 2023

| MATTER | COURT | TESTIMONY |
|---|---|---|
| 3MT Investments, LLC, a Florida limited liability company and 3MT Investments, LLC, derivatively as member and manager of and on behalf of Fuel Investments & Development, LLC, a Florida limited liability company v. Black Diamond Brokerage Services LLC, et al. | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division | Trial |
| BBVA USA, in its capacity as Administrative Agent, Plaintiff v. Harry J. Fleming, P. David Young and Brandon Moreno, Defendants. | In the District Court of the 44th Judicial District, County of Dallas, Texas | Deposition |
| Brown & Brown, Inc., and Brown & Brown of Florida, Inc., Plaintiffs v Charles Lydecker, Alan Florez, Benjamin Barbieri, and Warburg Pincus, L. L. C., defendants | In the Circuit Court of the Seventh Judicial In And For Volusia County, Florida | Deposition |
| Confidential Arbitration | In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida | Deposition Trial |



**Stanley A. Murphy**
**Expert Witness Testimony**
**April 2019 – April 2023**

| MATTER | COURT | TESTIMONY |
|---|---|---|
| Hennessy F. Diaz Pedraza and Cristhian Gonzalez, individually, and as natural parents and legal guardians of A.G., a minor, Plaintiffs v. Florida Health Sciences Center, Inc., d/b/a Tampa General Hospital; and University of South Florida Board of Trustees, Defendants | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida | Deposition |
| NDC Westridge, LLC and NDC Capital Partners, LLC v. Acorn Housing, LLC, And Westridge Guaranty, LLC, And Agency Approval & Development, Inc., And Alpha Real Estate Investments, LLC | In the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida | Deposition Trial |
| T.T. International Co., LTD., v. BMP International Inc., BMP USA, Inc., and iGas USA, Inc. | United States District Court, Middle District of Florida, Tampa Division | Deposition Trial |
| Universal Health Care Group, Inc., American Managed Care, LLC, Debtors / Soneet R. Kapila, as Chapter 11 Trustee of Universal Health Care Group, Inc., Plaintiff v. Warburg Pincus, LLC; Warburg Pincus Private Equity Fund IX L.P.; Allen Wise and Alok Sanghvi, Defendants | United States Bankruptcy Court, Middle District of Florida, Tampa Division | Deposition |



# ATTACHMENT C

ankura

**ankura** ◖◗

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey corporation, as successor by merger to USAmeribank

### Documents and Information Considered

| Item | Description |
|------|-------------|
| 1 | 006 2020.03.17 Amended Stipulation to Amend Complaint (w_amended complaint attached) |
| 2 | 184 2022.09.20 Third Amended Answer and Affirmative Defenses to Amended Complaint |
| 3 | BARTLE000001 |
| 4 | LIQ_TT_0000001 (2) |
| 5 | LIQ_TT_0000003 |
| 6 | LIQ_TT_0000005 |
| 7 | LIQ_TT_0000007 |
| 8 | LIQ_TT_0000017 |
| 9 | LIQ_TT_0000020 |
| 10 | LIQ_TT_0000028 |
| 11 | LIQ_TT_0000038 |
| 12 | LIQ_TT_0000048 |
| 13 | LIQ_TT_0000087 |
| 14 | LIQ_TT_0000090 |
| 15 | LIQ_TT_0000138 |
| 16 | LIQ_TT_0000148 |
| 17 | LIQ_TT_0000158 |
| 18 | LIQ_TT_0000172 |
| 19 | LIQ_TT_0000175 |
| 20 | LIQ_TT_0000178 |
| 21 | LIQ_TT_0000180 |
| 22 | LIQ_TT_0000182 |
| 23 | LIQ_TT_0000184 |
| 24 | LIQ_TT_0000185 |
| 25 | LIQ_TT_0000186 |
| 26 | LIQ_TT_0000229 |
| 27 | LIQ_TT_0000239 |
| 28 | LIQ_TT_0000249 |
| 29 | LIQ_TT_0000259 |
| 30 | LIQ_TT_0000269 |
| 31 | LIQ_TT_0000279 |
| 32 | LIQ_TT_0000289 |

**ankura** ◉◉

ATTACHMENT C

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport
v.
Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey
corporation, as successor by merger to USAmeribank

## Documents and Information Considered

| Item | Description |
|------|-------------|
| 33 | LIQ_TT_0000290 |
| 34 | LIQ_TT_0000292 |
| 35 | LIQ_TT_0000293 |
| 36 | LIQ_TT_0000300 |
| 37 | LIQ_TT_0000301 |
| 38 | LIQ_TT_0000303 |
| 39 | LIQ_TT_0000305 |
| 40 | LIQ_TT_0000307 |
| 41 | LIQ_TT_0000309 |
| 42 | LIQ_TT_0000311 |
| 43 | LIQ_TT_0000312 |
| 44 | LIQ_TT_0000313 |
| 45 | LIQ_TT_0000315 |
| 46 | LIQ_TT_0000317 |
| 47 | LIQ_TT_0000320 |
| 48 | LIQ_TT_0000324 |
| 49 | LIQ_TT_0000328 |
| 50 | LIQ_TT_0000329 |
| 51 | LIQ_TT_0000331 |
| 52 | LIQ_TT_0000335 |
| 53 | LIQ_TT_0000337 |
| 54 | LIQ_TT_0000339 |
| 55 | LIQ_TT_0000341 |
| 56 | Production - Bates Label Bartle 000001-000588 |
| 57 | #6031.1 |
| 58 | #6679.1 |
| 59 | #6756.1 |
| 60 | #6039.1 |
| 61 | #6869.1 |
| 62 | #6879.1 |
| 63 | #6884.1 |
| 64 | #6960.1 |
| 65 | #6040.1 |



**ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport
v.
Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey
corporation, as successor by merger to USAmeribank

### Documents and Information Considered

| Item | Description |
|------|-------------|
| 66 | #7039.1 |
| 67 | #7136.1 |
| 68 | #1572451.1 |
| 69 | #1572460.1 |
| 70 | #1572508.1 |
| 71 | #1572549.1 |
| 72 | #1572591.1 |
| 73 | #1572592.1 |
| 74 | #1572640.1 |
| 75 | #1572654.1 |
| 76 | #1572680.1 |
| 77 | #1572687.1 |
| 78 | #1572702.1 |
| 79 | #1572712.1 |
| 80 | #1572806.1 |
| 81 | #1572852.1 |
| 82 | #1572857.1 |
| 83 | #1572868.1 |
| 84 | #1572939.1 |
| 85 | #1572963.1 |
| 86 | #1572967.1 |
| 87 | #1572972.1 |
| 88 | #1572984.1 |
| 89 | #1573011.1 |
| 90 | #1573013.1 |
| 91 | #1573024.1 |
| 92 | #1573025.1 |
| 93 | #1573051.1 |
| 94 | #1573084.1 |
| 95 | #1573087.1 |
| 96 | #1573165.1 |
| 97 | #1573721.1 |
| 98 | 2012 Audited Stmts TRSNF-TALF |



**ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey corporation, as successor by merger to USAmeribank

**Documents and Information Considered**

| Item | Description |
| --- | --- |
| 99 | 2012 UNI Financials (SNF & ALF) |
| 100 | 2012 UNI Financials (SNF & ALF) (2) |
| 101 | 2013.12.10 UNIF Financials HC |
| 102 | 2013.12.10 UNIF Financials HC (1) |
| 103 | 2013.12.30 UNI Financials |
| 104 | 2014.01.14 University Village Census |
| 105 | 2014.01.15 University Village Census |
| 106 | 2014.01.23 UNI Financials |
| 107 | BVM Florida Portfolio - POS - Appendix ) (1) |
| 108 | BVM Management Overview |
| 109 | Health Center Bridge Financials |
| 110 | University Village Feasibility Study Financials |
| 111 | University Village S&U 1-30-14 |
| 112 | UV Lender OM_12.10.13 |
| 113 | DocsforExpertReview_workproduct |
| 114 | #6031.1 |
| 115 | #6039.1 |
| 116 | #6040.1 |
| 117 | #6679.1 |
| 118 | #6756.1 |
| 119 | #6879.1 |
| 120 | #6884.1 |
| 121 | #7136.1 |
| 122 | #6960.1 |
| 123 | #7039.1 |
| 124 | ExpertsReview Docs_workproduct |
| 125 | OIR Recommended Order |
| 126 | Westport Org Chart |
| 127 | 1st Amended Discl. Statement for Second Amendment Joint Plan of Liquidation |
| 128 | Confirmed Second Amended and Restated Joint Plan of Liquidation |
| 129 | Second Amended Joint Plan of Liquidation |
| 130 | Exhibits - OIR Letter to Westport |
| 131 | 86R5588-Westport - 2022-11-07 Letter to E Whitson re Hard Drive |

 ankura

**ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport
v.
Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey
corporation, as successor by merger to USAmeribank

### Documents and Information Considered

| Item | Description |
|------|-------------|
| 132 | EXT_FW_Westport Nursing-Warren-Valley National Bank - Production from John Bartle |
| 133 | 01.00_#462522.1 |
| 134 | 02.00_#463401.1 |
| 135 | 03.00_#467762.1 |
| 136 | 04.00_#469379.1 |
| 137 | 05.00_#469436.1 |
| 138 | 06.00_#470381.1 |
| 139 | 07.00_#475663.1 |
| 140 | 08.00_#476325.1 |
| 141 | 09.00_#476701.1 |
| 142 | 10.00_#476788.1 |
| 143 | 11.00_#477282.1 |
| 144 | 12.00_#480715.1 |
| 145 | 13.00_#481266.1 |
| 146 | 14.00_#482206.1 |
| 147 | 15.00_#485541.1 |
| 148 | 16.00_#485759.1 |
| 149 | 17.00_#487849.1 |
| 150 | 18.00_#491983.1 |
| 151 | 19.00_#911748.1 |
| 152 | 20.00_#943708.1 |
| 153 | 21.00_#998932.1 |
| 154 | 22.00_#1017373.1 |
| 155 | 23.00_#1044148.1 |
| 156 | 24.00_#1044168.1 |
| 157 | 25.00_#1049013.1 |
| 158 | 26.00_#1056827.1 |
| 159 | 27.00_#1070330.1 |
| 160 | 28.00_#1070737.1 |
| 161 | 29.00_#1071329.1 |
| 162 | 30.00_#1076909.1 |
| 163 | 31.00_#1107666.1 |
| 164 | 32.00_#1181113.1 |

 **ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport
v.
Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey
corporation, as successor by merger to USAmeribank

### Documents and Information Considered

| Item | Description |
|------|-------------|
| 165 | 33.00_#1181836.1 |
| 166 | 34.00_#1184006.1 |
| 167 | 35.00_#1190596.1 |
| 168 | 36.00_#1196107.1 |
| 169 | 37.00_#1200489.1 |
| 170 | 38.00_#1201251.1 |
| 171 | 39.00_#1203830.1 |
| 172 | 40.00_#1208240.1 |
| 173 | 41.00_LIQ_TT_1683652 |
| 174 | 42.00_LIQ_TT_1683731 |
| 175 | 43.00_LIQ_TT_1683810 |
| 176 | 44.00_LIQ_TT_1684063 |
| 177 | getPDF (16) |
| 178 | WestportAnnRevSummary |
| 179 | Balance Sheet January 31, 2014 |
| 180 | UV_financials201401 |
| 181 | #1265401.1 (2014 budget presentation) |
| 182 | #1521669.1 (appraisal, date unclear) |
| 183 | $RNN18Z4 |
| 184 | Balance Sheet January 31, 2014 |
| 185 | Budget summary 3 years |
| 186 | cash_coverage_stmt_- Feb 2014 |
| 187 | cash_coverage_stmt_- Jan 2014 |
| 188 | Internal variance report May 2014 |
| 189 | UV_financials201401 |
| 190 | Assignment and Pledge of Deposit Account (MLR Escrow) |
| 191 | Bartle Emails |
| 192 | LIQ_TT_0184609 |
| 193 | Loan closing entry |
| 194 | March financial stmts - audit format |
| 195 | March_2014_Financial_Statements_-_Health_Center |
| 196 | March_2014_Financial_Statements_-_Villas |
| 197 | National Valley Document Tracker |

ankura ◉◉                                                    **ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey
corporation, as successor by merger to USAmeribank

### Documents and Information Considered

| Item | Description |
|------|-------------|
| 198 | PG6&7WS |
| 199 | PG6&7WS (Balance Sheet April 2014) |
| 200 | PG6&7WS (Balance Sheet May 2014) |
| 201 | University Village - Health Center Appraisal |
| 202 | University Village - ILF Appraisal |
| 203 | UV financials April 2014 |
| 204 | UV financials201403 |
| 205 | UVRC_2014_budget |
| 206 | Villas 2014 budget with no increase |
| 207 | Shawstiller_PDFTran |
| 208 | ShawStiller_1 |
| 209 | ShawStiller_2 |
| 210 | ShawStiller_3 |
| 211 | FW__Ext_FW_Westport - Jeff Warren Affidavit |
| 212 | #97364.1 |
| 213 | #1428818.1 |
| 214 | #1429800.1 |
| 215 | Villas 2014 budget |
| 216 | #34729.1 2016-03-15 Notice of Suspension |
| 217 | #262457.1 2015-08-11 Motion for Summary Dismissal |
| 218 | LIQ_TT_0121673 2016-08-22 Joint Prehearing Stipulation |
| 219 | LIQ_TT_0125792 2016-09-12 Alternative Purchase Plan for Rehab |
| 220 | LIQ_TT_0125817 2016-09-12 Concept Plan for Rehab |
| 221 | LIQ_TT_1510833 2016-06-17 Motion for Summary Judgment |
| 222 | LIQ_TT_1510841 2016-06-17 Support for MSJ |
| 223 | LIQ_TT_1520598 2016-05-04 Motion for Summary Judgment |
| 224 | LIQ_TT_1542851 2016-06-07 Appendix to Initial Brief of Appellant |
| 225 | LIQ_TT_1544342 2016-07-07 DFS Memo in Opposition of MSJ |
| 226 | LIQ_TT_1553980 2016-08-09 DFS Answer Brief |
| 227 | LIQ_TT_1554021 2016-08-09 Appendix to DFS Answer Brief |
| 228 | LIQ_TT_1555433 2017-08-08 Carolyn Morgan affidavit |
| 229 | LIQ_TT_1557840 2016-09-26 DFS Motion for Contempt and Request for Related Relief |
| 230 | LIQ_TT_1595944 2016-07-18 Westport Response to Order for Show Cause |



**ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey corporation, as successor by merger to USAmeribank

**Documents and Information Considered**

| Item | Description |
|------|-------------|
| 231 | LIQ_TT_1597819 2016-07-07 DFS Appendix to Motion |
| 232 | LIQ_TT_1600392 2016-09-27 DFS Filing |
| 233 | LIQ_TT_1608471 2016-08-10 DFS 3rd RFP |
| 234 | LIQ_TT_1608556 2016-07-07 DFS Correction Memo in Opposition to Debtors MSJ |
| 235 | LIQ_TT_1608848 2016-09-21 DFS Amended Request for Judicial Notice |
| 236 | #275706.1 |
| 237 | #1258895.1 |
| 238 | #1416267.1 |
| 239 | #1475147.1 |
| 240 | #34815.1 |
| 241 | #262969.1 |
| 242 | #263033.1 |
| 243 | #263095.1 |
| 244 | #263098.1 |
| 245 | #263108.1 |
| 246 | #283678.1 |
| 247 | #284271.1 |
| 248 | #284358.1 |
| 249 | #284405.1 |
| 250 | #285460.1 |
| 251 | #443112.1 |
| 252 | #869199.1 |
| 253 | #888544.1 |
| 254 | #889511.1 |
| 255 | #898648.1 |
| 256 | #929575.1 |
| 257 | #1386376.1 |
| 258 | #1468180.1 |
| 259 | #1468181.1 |
| 260 | #1488039.1 |
| 261 | #1501455.1 |
| 262 | LIQ_TT_0019040 |
| 263 | LIQ_TT_0098018 |

ankura ◖◗

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey corporation, as successor by merger to USAmeribank

## Documents and Information Considered

| Item | Description |
|---|---|
| 264 | LIQ_TT_0125810 |
| 265 | LIQ_TT_0129485 |
| 266 | LIQ_TT_1506127 |
| 267 | LIQ_TT_1506261 |
| 268 | LIQ_TT_1518502 |
| 269 | LIQ_TT_1520626 |
| 270 | LIQ_TT_1544532 |
| 271 | LIQ_TT_1564620 |
| 272 | LIQ_TT_1574661 |
| 273 | LIQ_TT_1601606 |
| 274 | LIQ_TT_1605675 |
| 275 | Ordering Granting Motion to Extend Discovery Deadlines - 12-13-22 (214) 87801027-0--34684 |
| 276 | Business Valuation Resources 4Q 2013 Economic Outlook Update |
| 277 | IBIS World Industry Report 62331, Retirement Communities in the US, February 2014, Golden Years: An aging population and new programs and offerings will benefit the industry. |
| 278 | Fla. Stat. § 726.103(1). |
| 279 | SRQ230114 University Village 4.12.2023 |
| 280 | Internal Revenue Service Revenue Ruling 59-60 and Section 20.2031-1(b) of the Estate Tax Regulations (section 81.10 of the Estate Tax Regulations 105) and section 25.2512-1 of the Gift Tax Regulations (section 86.19 of Gift Tax Regulations 108). |
| 281 | AICPA SSVS, p. 16.  B8/T11 |
| 282 | #301959.1 - Historical Occupancy 2005 – 2013. |
| 283 | #106180.1-#106180.12 - 2011_Income_Stmt |
| 284 | #288834.1-#288834.16 - 2012 Financial Statements |
| 285 | #303954.1- Dec 2013 Financial Statements - Departmental Format |
| 286 | Damodaran, Aswath. 2012. Investment Valuation: Tools and Techniques for Determining the Value of Any Asset. 3rd ed. New Jersey: John Wiley & Sons, Inc. |
| 287 | Koller, Tim, Goedhart, Marc, and Wessels, David. 2015. *Valuation: Measuring and Managing the Value of Companies*. 6th ed. McKinsey & Company. New Jersey: John Wiley & Sons, Inc. |
| 288 | Pratt, Shannon P. 2008. *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*. 5th ed. The McGraw-Hill Companies, Inc. |
| 289 | Federal Reserve statistical release, Table H.15 (519) Selected Interest Rates, Treasury constant maturities, 20-year, as of November 14, 2014. |



**ATTACHMENT C**

Jeffrey W. Warren, Liquidating Trustee for Westport Holdings Tampa, LP and Westport

v.

Valley National Bank, principal subsidiary to Valley National Bankcorp, a New Jersey corporation, as successor by merger to USAmeribank

## Documents and Information Considered

| Item | Description |
|---|---|
| 290 | Duff & Phelps. *2014 Valuation Handbook: Guide to Cost of Capital* . Cost of Capital Navigator. Chapter 3: Basic Building Blocks of the Cost of Equity Capital – Risk-free Rate and Equity Risk Premium. |
| 291 | Credit Suisse Fixed Income Research, Leveraged Finance Strategy Weekly, dated November 14, 2014, p. 3, Exhibit 2: High Yield Market Monitor. |
| 292 | Bloomberg Tax |
| 293 | AICPA & CIMA. 2020. Forensic & Valuation Services Practice Aid. *Providing Bankruptcy and Reorganization Services, Vol. 2 – Valuation in Bankruptcy.* |
| 294 | Iridium IP LLC v. Motorola, Inc., B.R. Chapter 11, Case No. 99-4505 (JMP) Jointly Administered, Adv. Pro. No. 01- *02952 (JMP) (Aug. 31, 2007),* |
| 295 | Shaw Stiller Deposition Transcript |
| 296 | Business Valuation Resources 4Q 2013 Economic Outlook Update |
| 297 | IBIS World Industry Report 62331, Retirement Communities in the US, February 2014, Golden Years: An aging population and new programs and offerings will benefit the industry. |
| 298 | Statista, US Census Bureau, Statista ID 1014368, October 2020, Industry revenue of "community care facilities for the elderly" in the U.S. from 2012 to 2024 (in billion U.S. Dollars). |
| 299 | #303942.1 - Feb 2014 Financial Statements - Departmental Format |
| 300 | #298808.1 - March 2014 Financial Statements |
| 301 | UVRC_2014_budget_1465409.1 |

# EXHIBIT 1

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**  **Exhibit 1**

Solvency Analysis - Combined Appraisals - For Period Ending 02-28-14

| Description | For Period Ending 02-28-14 [1] | Include | Exclude | UV Appraisal Reports [2] | Adjusted Balance Sheet For Period Ending 02-28-14 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current Assets | | | | | |
| Cash | $ 798,703 | $ 798,703 | $ - | | $ 798,703 |
| Accounts Receivable | 2,046,505 | - | 2,046,505 | | - |
| Inventory | 51,000 | - | 51,000 | | - |
| Prepaid Expenses | 65,934 | - | 65,934 | | - |
| Total Current Assets | $ 2,962,142 | $ 798,703 | $ 2,163,439 | | $ 798,703 |
| | | | | | |
| Fixed Assets | | | | | |
| CIP | $ 941,409 | $ - | $ 941,409 | $ | $ - |
| Fixed Assets | 56,365,460 | - | 56,365,460 | | - |
| Accumulated Depreciation | (26,436,140) | - | (26,436,140) | | - |
| Net Fixed Assets | $ 30,870,729 | $ - | $ 30,870,729 | $ 46,090,000 | $ 46,090,000 |
| | | | | | |
| Other Assets | | | | | |
| Goodwill | $ 55,079,079 | - | 55,079,079 | | - |
| A/A - Goodwill | (8,870,328) | - | (8,870,328) | | - |
| Minimum Liquid Reserve | 4,519,988 | 4,519,988 | - | | 4,519,988 |
| Capmark Debt Service Reserve | 237,000 | 237,000 | - | | 237,000 |
| Deposit - Utilities | 119,070 | 119,070 | - | | 119,070 |
| L/R - Westport Holdings Tampa II | 7,129,374 | - | 7,129,374 | | - |
| Total Other Assets | $ 58,214,183 | $ 4,876,058 | $ 53,338,125 | $ - | $ 4,876,058 |
| Total Assets | $ 92,047,054 | $ 5,674,761 | $ 86,372,293 | $ 46,090,000 | $ 51,764,761 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| Current Liabilities | | | | | |
| Accounts Payable | $ 524,810 | $ - | $ 524,810 | | $ - |
| Short term debt - Project Financing | 19,855,905 | 19,855,905 | - | | 19,855,905 |
| Refunds Payable - Gen S / PIP | 2,471,948 | 2,471,948 | - | | 2,471,948 |
| A/P-TR&SNF | 17,348 | - | 17,348 | | - |
| A/P-TALF | 76,632 | - | 76,632 | | - |
| Accrued Payroll | 73,409 | - | 73,409 | | - |
| Accrued PPD's | 288,427 | - | 288,427 | | - |
| Federal Income Tax W/H | 14,988 | - | 14,988 | | - |
| Fica Taxes W/H | 27,746 | - | 27,746 | | - |
| State Unemployment Tax Payable | 18,248 | - | 18,248 | | - |
| Federal Unemployment Tax Payable | 3,020 | - | 3,020 | | - |
| Misc Payroll Deduction | 283 | - | 283 | | - |
| 401K Deduction Payable | 5,619 | - | 5,619 | | - |
| Accrued Real Estate Taxes | 423,730 | - | 423,730 | | - |
| Accrued Personal Property Taxes | 21,486 | - | 21,486 | | - |
| Accrued Legal & Accounting | 74,319 | - | 74,319 | | - |

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**   **Exhibit 1**
Solvency Analysis - Combined Appraisals - For Period Ending 02-28-14

| Description | For Period Ending 02-28-14 [1] | Include | Exclude | UV Appraisal Reports [2] | Adjusted Balance Sheet For Period Ending 02-28-14 |
|---|---|---|---|---|---|
| Accrued Interest | 22,066 | - | 22,066 | | - |
| Accrued Trustee Fees | 4,093 | - | 4,093 | | - |
| Flex Dollar Account | (4,789) | - | (4,789) | | - |
| Sales Tax Payable | 1,273 | - | 1,273 | | - |
| Suspense | 4,747 | - | 4,747 | | - |
| **Total Current Liabilities** | $ 23,925,308 | $ 22,327,853 | $ 1,597,455 | $ - | $ 22,327,853 |
| | | | | | |
| Intercompany Liabilities | $ 12,883,697 | $ 12,883,697 | $ - | | $ 12,883,697 |
| Long-Term Liabilities | 56,945 | - | 56,945 | | - |
| Other Liabilities | | | | | |
| Current Resales - Deferred Revenue | 432,777 | - | 432,777 | | - |
| Deferred Revenue | 15,078,673 | - | 15,078,673 | | - |
| Plan Fees | 17,087 | - | 17,087 | | - |
| Current Resales - Refundable Deps | 610,001 | - | 610,001 | | - |
| Fmv Deferred Revenue | 262,735 | - | 262,735 | | - |
| Refundable Deposits | 31,860,276 | - | 31,860,276 | | - |
| PIP Deposits | 6,805,692 | 6,805,692 | - | | 6,805,692 |
| Deposits - Wait List | 14,550 | - | 14,550 | | - |
| Rental Deposits | 4,000 | - | 4,000 | | - |
| Refundable Deposits Used - HCLOC | (3,918,325) | (3,918,325) | - | | (3,918,325) |
| **Total Other Liabilities** | $ 51,167,466 | $ 2,887,367 | $ 48,280,099 | $ - | $ 2,887,367 |
| | | | | | |
| **Total Liabilities** | $ 88,033,416 | $ 38,098,917 | $ 49,934,499 | $ - | $ 38,098,917 |
| | | | | | |
| Equity | 4,013,640 | - | 4,013,640 | | 13,665,844 |
| **Total Liabilities & Equity** | $ 92,047,056 | $ 38,098,917 | $ 53,948,139 | $ - | $ 51,764,761 |

Source:

[1] #303942.1 - Feb 2014 Financial Statements - Departmental Format

[2] SRQ230114 University Village 4.12.2023. pdf and #289777.1-#289777.206 - University Village - Health Center Appraisal.

# EXHIBIT 2

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**      **Exhibit 2**
Solvency Analysis - For Combined Appraisals - For Period Ending 03-31-14

| Description | For Period Ending 03-31-14 [1] | Include | Exclude | UV Appraisal Reports [2] | Adjusted Balance Sheet For Period Ending 03-31-14 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 440,847 | $ 440,847 | $ - | | $ 440,847 |
| Accounts Receivable | 2,090,606 | - | 2,090,606 | | - |
| Inventory | 49,216 | - | 49,216 | | - |
| Prepaid Expenses | 46,523 | - | 46,523 | | - |
| Total Current Assets | $ 2,627,192 | $ 440,847 | $ 2,186,345 | | $ 440,847 |
| | | | | | |
| **Fixed Assets** | | | | | |
| CIP | $ 905,744 | $ - | $ 905,744 | | $ - |
| Fixed Assets | 57,312,718 | - | 57,312,718 | | - |
| Accumulated Depreciation | (26,580,850) | - | (26,580,850) | | - |
| Net Fixed Assets | $ 31,637,612 | $ - | $ 31,637,612 | $ 46,090,000 | $ 46,090,000 |
| | | | | | |
| **Other Assets** | | | | | |
| Goodwill | $ 55,079,079 | - | 55,079,079 | | - |
| A/A - Goodwill | (8,870,328) | - | (8,870,328) | | - |
| Minimum Liquid Reserve | 4,542,695 | 4,542,695 | - | | 4,542,695 |
| Capmark Debt Service Reserve | 1,987,000 | 1,987,000 | - | | 1,987,000 |
| Deposit - Utilities | 119,070 | 119,070 | - | | 119,070 |
| L/R - Westport Holdings Tampa II | 7,129,374 | - | 7,129,374 | | - |
| Total Other Assets | $ 59,986,890 | $ 6,648,765 | $ 53,338,125 | $ - | $ 6,648,765 |
| Total Assets | $ 94,251,694 | $ 7,089,612 | $ 87,162,082 | $ 46,090,000 | $ 53,179,612 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $ 398,313 | $ - | $ 398,313 | | $ - |
| Short term debt - Project Financing | 42,000 | 42,000 | - | | 42,000 |
| Refunds Payable - Gen S / PIP | 2,861,748 | 2,861,748 | - | | 2,861,748 |
| A/P-TR&SNF | 34,675 | - | 34,675 | | - |
| A/P-TALF | 94,880 | - | 94,880 | | - |
| Accrued Payroll | 104,008 | - | 104,008 | | - |
| Accrued PPD's | 289,456 | - | 289,456 | | - |
| Federal Income Tax W/H | 15,420 | - | 15,420 | | - |
| Fica Taxes W/H | 30,227 | - | 30,227 | | - |
| State Unemployment Tax Payable | 20,817 | - | 20,817 | | - |
| Federal Unemployment Tax Payable | 4,460 | - | 4,460 | | - |
| Misc Payroll Deduction | (284) | - | (284) | | - |
| 401K Deduction Payable | - | - | - | | - |
| Accrued Real Estate Taxes | 126,538 | - | 126,538 | | - |
| Accrued Personal Property Taxes | 4,905 | - | 4,905 | | - |
| Accrued Legal & Accounting | 75,154 | - | 75,154 | | - |
| Accrued Interest | - | - | - | | - |
| Accrued Trustee Fees | 574 | - | 574 | | - |

Page 1 of 2

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**     **Exhibit 2**

Solvency Analysis - For Combined Appraisals - For Period Ending 03-31-14

| Description | For Period Ending 03-31-14 [1] | | Include | | Exclude | | UV Appraisal Reports [2] | | Adjusted Balance Sheet For Period Ending 03-31-14 |
|---|---|---|---|---|---|---|---|---|---|
| Flex Dollar Account | | (4,903) | | - | | (4,903) | | | - |
| Sales Tax Payable | | 1,166 | | - | | 1,166 | | | - |
| Suspense | | (344,884) | | - | | (344,884) | | | - |
| **Total Current Liabilities** | $ | 3,754,270 | $ | 2,903,748 | $ | 850,522 | $ | - $ | 2,903,748 |
| | | | | | | | | | |
| Intercompany Liabilities | $ | 35,284 | $ | 35,284 | $ | - | | $ | 35,284 |
| Long-Term Liabilities | | 24,553,358 | | 24,553,358 | | - | | | 24,553,358 |
| Other Liabilities | | | | | | | | | |
| Current Resales - Deferred Revenue | | 910,985 | | - | | 910,985 | | | - |
| Deferred Revenue | | 14,652,033 | | - | | 14,652,033 | | | - |
| Plan Fees | | 18,116 | | - | | 18,116 | | | - |
| Current Resales - Refundable Deps | | 1,115,773 | | - | | 1,115,773 | | | - |
| Fmv Deferred Revenue | | 256,695 | | - | | 256,695 | | | - |
| Refundable Deposits | | 31,658,930 | | - | | 31,658,930 | | | - |
| PIP Deposits | | 6,243,915 | | 6,243,915 | | - | | | 6,243,915 |
| Deposits - Wait List | | 49,550 | | - | | 49,550 | | | - |
| Rental Deposits | | 2,000 | | - | | 2,000 | | | - |
| Refundable Deposits Used - HCLOC | | (3,951,992) | | (3,951,992) | | - | | | (3,951,992) |
| **Total Other Liabilities** | $ | 50,956,005 | $ | 2,291,923 | $ | 48,664,082 | $ | - $ | 2,291,923 |
| | | | | | | | | | |
| **Total Liabilities** | $ | 79,298,917 | $ | 29,784,313 | $ | 49,514,604 | $ | - $ | 29,784,313 |
| | | | | | | | | | |
| Equity | | 14,952,782 | | - | | 14,952,782 | | | 23,395,299 |
| **Total Liabilities & Equity** | $ | 94,251,699 | $ | 29,784,313 | $ | 64,467,386 | $ | - $ | 53,179,612 |

Source:

[1] #298808.1 - March 2014 Financial Statements

[2] SRQ230114 University Village 4.12.2023. pdf and #289777.1-#289777.206 - University Village - Health Center Appraisal.

# EXHIBIT 3

ankura

Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank  
Budget to Actual Analysis - 2011 - 2013

Exhibit 3

Case 8:20-ap-00007-CPM   Doc 444-3   Filed 11/15/23   Page 78 of 166

| Description | [1] Actual FYE 12 31 11 | [1] Budget FYE 12 31 11 | Favorable / Unfavorable Variance | Favorable / Unfavorable % Variance | [2] Actual FYE 12 31 12 | [2] Budget FYE 12 31 12 | Favorable / Unfavorable Variance | Favorable / Unfavorable % Variance | [3] Actual FYE 12 31 13 | [3] Budget FYE 12 31 13 | Favorable / Unfavorable Variance | Favorable / Unfavorable % Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Retirement Center Resident Fees | $ 9,315,329 | $ 9,200,609 | $ 114,720 | 1.2% | $ 10,335,240 | $ 10,612,535 | $ (277,295) | -2.6% | $ 9,901,883 | $ 10,089,195 | (187,312) | -1.5% |
| Other Service Revenue | 2,843,001 | 1,421,812 | 1,421,189 | 100% | 633,875 | 600,879 | 32,997 | 5% | 1,282,988 | 1,559,875 | (276,887) | -18% |
| Subtotal  Operating Revenues | $ 12,158,330 | $ 10,622,421 | $ 1,535,909 | 14% | $ 10,969,116 | $ 11,213,414 | $ (244,298) | -2% | $ 11,184,871 | $ 11,649,070 | (464,199) | -4% |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Administration | $ 1,786,535 | $ 1,670,176 | $ (116,359) | -7% | $ 3,272,319 | $ 3,310,818 | 38,501 | 1% | $ 1,812,850 | $ 1,784,900 | (27,950) | -2% |
| Dining Services | 1,956,022 | 1,943,015 | (13,007) | -1% | 1,896,686 | 2,013,829 | 117,143 | 6% | 1,895,827 | 1,905,966 | 10,139 | 1% |
| Grounds | 72,417 | 61,020 | (11,397) | -19% | - | - | - | | 74,727 | 69,300 | (5,427) | -8% |
| Housekeeping | 545,104 | 573,332 | 28,168 | 5% | 621,384 | 666,267 | 44,883 | 7% | 580,442 | 588,538 | 8,096 | 1% |
| Laundry | 72,059 | 78,364 | 6,305 | 8% | - | - | - | | 63,189 | 79,898 | 16,709 | 21% |
| Lifestyles | 327,763 | 343,846 | 16,085 | 5% | - | - | - | | 352,230 | 367,049 | 14,819 | 4% |
| Nursing Services | 223,368 | 226,686 | 3,318 | 1% | 767,829 | 790,700 | 22,871 | 3% | 210,596 | 214,368 | 3,772 | 2% |
| Plant | 780,758 | 853,777 | 64,019 | 7% | 2,307,770 | 2,397,722 | 88,952 | 4% | 933,474 | 840,952 | (92,522) | -11% |
| Security | 338,505 | 353,352 | 14,847 | 4% | 566,735 | 595,975 | 29,240 | 5% | 350,392 | 378,224 | 27,862 | 7% |
| Social Services | 55,440 | 52,431 | (3,009) | -6% | - | - | - | | 60,140 | 59,277 | (863) | -1% |
| Transportation | 252,971 | 260,931 | 7,960 | 3% | - | - | - | | 224,506 | 276,905 | 52,399 | 19% |
| Bad Debt, Resident Subsidy & Related | 206,995 | 205,046 | (1,349) | 0% | - | - | - | | 216,260 | 300,000 | 83,740 | 28% |
| Subtotal  Operations Expenses | $ 6,717,597 | $ 6,713,178 | $ (4,419) | 0% | $ 9,432,721 | $ 9,775,312 | $ 342,591 | 4% | $ 6,774,883 | $ 6,865,377 | 90,774 | 1% |
| Total Operating Margin | $ 5,440,733 | $ 3,909,243 | $ 1,531,490 | 39% | $ 1,536,395 | $ 1,438,102 | 98,293 | 7% | $ 4,410,288 | $ 4,783,669 | (373,425) | -8% |
| | | | | | | | | | | | | |
| **Other Operating Expenses** | | | | | | | | | | | | |
| Marketing | $ 1,174,103 | $ 1,178,450 | $ 4,347 | 0% | $ 1,229,651 | $ 1,276,311 | 46,659 | 4% | $ 1,342,074 | $ 1,256,763 | (85,311) | -7% |
| Nursing & AL Free Days | 577,711 | 570,000 | (7,711) | -1% | - | - | - | | 621,232 | 571,000 | 49,768 | 9% |
| Utilities | 999,292 | 1,046,399 | 47,107 | 5% | - | - | - | | 1,059,687 | 1,070,974 | 11,287 | 1% |
| Taxes | 538,952 | 590,304 | 51,352 | 9% | - | - | - | | 521,085 | 562,608 | 41,523 | 7% |
| Package & Other Insurance | 573,199 | 742,572 | 169,373 | 23% | - | - | - | | 631,819 | 564,947 | (66,872) | -12% |
| Liability Ins - Premium & Other | 120,566 | 138,854 | 18,288 | 13% | 146,913 | 150,798 | 3,885 | 3% | 85,406 | 150,799 | 65,393 | 43% |
| Management Fees | 386,757 | 382,297 | (4,460) | -1% | 400,781 | 398,137 | (2,644) | -1% | 448,526 | 414,163 | (34,363) | -8% |
| Subtotal  Other Operating Expenses | $ 4,370,580 | $ 4,648,876 | $ 278,296 | 6% | $ 1,777,345 | $ 1,825,246 | $ 47,900 | 3% | $ 4,809,829 | $ 4,591,254 | (18,573) | 0% |
| | | | | | | | | | | | | |
| Total Operating Margin | $ 1,070,153 | $ (739,633) | $ 1,809,786 | 245% | $ (340,951) | $ (387,143) | 146,193 | 38% | $ (199,561) | $ 192,439 | (392,000) | 204% |
| | | | | | | | | | | | | |
| **Debt Related Expense** | | | | | | | | | | | | |
| Interest Expense | $ 572,668 | $ 808,115 | $ 235,447 | 29% | 603,832 | 695,747 | 91,915 | 13% | 520,216 | 532,518 | 12,302 | 2% |
| Other Debt Related Expense | 357,033 | 302,855 | (54,178) | -18% | 377,312 | 349,200 | (28,112) | -8% | 416,186 | 432,267 | 16,081 | 4% |
| Subtotal  Debt Related Expense | $ 929,701 | $ 1,110,970 | $ 181,269 | 16% | $ 981,144 | $ 1,044,947 | 63,803 | 6% | $ 936,402 | $ 964,785 | 28,383 | 3% |
| | | | | | | | | | | | | |
| **Other Revenue** | | | | | | | | | | | | |
| Interest Income | $ 24,381 | $ 78,195 | $ (53,814) | -69% | 13,919 | 38,474 | (24,555) | -64% | 9,935 | 4,945 | 4,990 | 101% |
| Gain / Loss on Sales | (24,150) | - | (24,150) | | (21,998) | - | (21,998) | | (35,080) | - | (35,080) | |
| Subtotal  Other Revenue | $ 231 | $ 78,195 | $ (77,964) | 100% | $ (8,079) | $ 38,474 | $ (46,553) | 121% | $ (25,145) | $ 4,945 | (30,090) | 608% |
| | | | | | | | | | | | | |
| Net Profit / (Loss) Before Non Cash | $ 140,683 | $ (1,772,408) | $ 1,913,091 | 108% | $ (1,236,174) | $ (1,393,617) | 163,443 | 12% | $ (1,161,108) | $ (767,401) | (393,707) | 51% |
| | | | | | | | | | | | | |
| **Other Non Cash** | | | | | | | | | | | | |
| Earned Entrance Fees | $ 3,338,509 | $ 3,123,900 | $ 214,609 | 7% | 2,758,205 | 3,243,300 | (485,095) | -15% | 2,893,884 | 2,775,700 | 118,184 | 4% |
| Depreciation | (2,062,793) | (2,162,520) | 99,727 | -5% | (2,132,388) | (2,064,000) | (68,388) | 3% | (2,201,243) | (2,059,500) | (141,743) | 7% |
| Subtotal  Other Non Cash | $ 1,275,716 | $ 961,380 | $ 314,336 | 33% | $ 625,587 | $ 1,179,300 | $ (553,393) | 47% | $ 692,641 | $ 716,200 | (23,559) | 3% |
| | | | | | | | | | | | | |
| Net Profit / (Loss) | $ 1,416,399 | $ (811,028) | 2,227,427 | 275% | (604,267) | (214,317) | (389,950) | 182% | (468,467) | (51,201) | (417,266) | 815% |

**Notes:**
- The 2012 revenue and expense categories were classified differently than 2011 and 2013.

**Source:**
[1] #106180.1-#106180.12 - 2011_Income_Stmt.
[2] #288834.1-#288834.16 - 2012 Financial Statements.
[3] #303954.1- Dec 2013 Financial Statements - Departmental Format.

# EXHIBIT 4

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**    **Exhibit 4**
Solvency Analysis - Discounted Cash Flows - For Period Ending 02-28-14

| Description | For Period Ending 02-28-14 [1] | Include | Exclude | Discount Cash Flow Analysis NPV | Adjusted Balance Sheet For Period Ending 02-28-14 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 798,703 | $ 798,703 | $ - | | $ 798,703 |
| Accounts Receivable | 2,046,505 | - | 2,046,505 | | - |
| Inventory | 51,000 | - | 51,000 | | - |
| Prepaid Expenses | 65,934 | - | 65,934 | | - |
| Total Current Assets | $ 2,962,142 | $ 798,703 | $ 2,163,439 | | $ 798,703 |
| | | | | | |
| **Fixed Assets** | | | | | |
| CIP | $ 941,409 | $ - | $ 941,409 | | $ - |
| Fixed Assets | 56,365,460 | - | 56,365,460 | | - |
| Accumulated Depreciation | (26,436,140) | - | (26,436,140) | | - |
| Net Fixed Assets | $ 30,870,729 | $ - | $ 30,870,729 | $ 37,503,988 | $ 37,503,988 |
| | | | | | |
| **Other Assets** | | | | | |
| Goodwill | $ 55,079,079 | - | 55,079,079 | | - |
| A/A - Goodwill | (8,870,328) | - | (8,870,328) | | - |
| Minimum Liquid Reserve | 4,519,988 | 4,519,988 | - | | 4,519,988 |
| Capmark Debt Service Reserve | 237,000 | 237,000 | - | | 237,000 |
| Deposit - Utilities | 119,070 | 119,070 | - | | 119,070 |
| L/R - Westport Holdings Tampa II | 7,129,374 | - | 7,129,374 | | - |
| Total Other Assets | $ 58,214,183 | $ 4,876,058 | $ 53,338,125 | $ - | $ 4,876,058 |
| Total Assets | $ 92,047,054 | $ 5,674,761 | $ 86,372,293 | $ 37,503,988 | $ 43,178,749 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $ 524,810 | $ - | $ 524,810 | | $ - |
| Short term debt - Project Financing | 19,855,905 | 19,855,905 | - | | 19,855,905 |
| Refunds Payable - Gen S / PIP | 2,471,948 | - | 2,471,948 | | - |
| A/P-TR&SNF | 17,348 | - | 17,348 | | - |
| A/P-TALF | 76,632 | - | 76,632 | | - |
| Accrued Payroll | 73,409 | - | 73,409 | | - |
| Accrued PPD's | 288,427 | - | 288,427 | | - |
| Federal Income Tax W/H | 14,988 | - | 14,988 | | - |
| Fica Taxes W/H | 27,746 | - | 27,746 | | - |
| State Unemployment Tax Payable | 18,248 | - | 18,248 | | - |
| Federal Unemployment Tax Payable | 3,020 | - | 3,020 | | - |
| Misc Payroll Deduction | 283 | - | 283 | | - |
| 401K Deduction Payable | 5,619 | - | 5,619 | | - |
| Accrued Real Estate Taxes | 423,730 | - | 423,730 | | - |
| Accrued Personal Property Taxes | 21,486 | - | 21,486 | | - |
| Accrued Legal & Accounting | 74,319 | - | 74,319 | | - |

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**       **Exhibit 4**
Solvency Analysis - Discounted Cash Flows - For Period Ending 02-28-14

| Description | | For Period Ending 02-28-14 [1] | | Include | | Exclude | | Discount Cash Flow Analysis NPV | Adjusted Balance Sheet For Period Ending 02-28-14 |
|---|---|---|---|---|---|---|---|---|---|
| Accrued Interest | | 22,066 | | - | | 22,066 | | | - |
| Accrued Trustee Fees | | 4,093 | | - | | 4,093 | | | - |
| Flex Dollar Account | | (4,789) | | - | | (4,789) | | | - |
| Sales Tax Payable | | 1,273 | | - | | 1,273 | | | - |
| Suspense | | 4,747 | | - | | 4,747 | | | - |
| **Total Current Liabilities** | $ | 23,925,308 | $ | 19,855,905 | $ | 4,069,403 | $ | - $ | 19,855,905 |
| | | | | | | | | | |
| Intercompany Liabilities | $ | 12,883,697 | $ | 12,883,697 | $ | - | | $ | 12,883,697 |
| Long-Term Liabilities | | 56,945 | | - | | 56,945 | | | - |
| Other Liabilities | | | | | | | | | |
| Current Resales - Deferred Revenue | | 432,777 | | - | | 432,777 | | | - |
| Deferred Revenue | | 15,078,673 | | - | | 15,078,673 | | | - |
| Plan Fees | | 17,087 | | - | | 17,087 | | | - |
| Current Resales - Refundable Deps | | 610,001 | | - | | 610,001 | | | - |
| Fmv Deferred Revenue | | 262,735 | | - | | 262,735 | | | - |
| Refundable Deposits | | 31,860,276 | | - | | 31,860,276 | | | - |
| PIP Deposits | | 6,805,692 | | - | | 6,805,692 | | | - |
| Deposits - Wait List | | 14,550 | | - | | 14,550 | | | - |
| Rental Deposits | | 4,000 | | - | | 4,000 | | | - |
| Refundable Deposits Used - HCLOC | | (3,918,325) | | (3,918,325) | | - | | | (3,918,325) |
| **Total Other Liabilities** | $ | 51,167,466 | $ | (3,918,325) | $ | 55,085,791 | $ | - $ | (3,918,325) |
| | | | | | | | | | |
| **Total Liabilities** | $ | 88,033,416 | $ | 28,821,277 | $ | 59,212,139 | $ | - $ | 28,821,277 |
| | | | | | | | | | |
| Equity | | 4,013,640 | | - | | 4,013,640 | | | 14,357,472 |
| **Total Liabilities & Equity** | $ | 92,047,056 | $ | 28,821,277 | $ | 63,225,779 | $ | - $ | 43,178,749 |

Source:

[1] #303942.1 - Feb 2014 Financial Statements - Departmental Format

# EXHIBIT 5

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**          **Exhibit 5**
Solvency Analysis - Discounted Cash Flows - For Period Ending 03-31-14

| Description | For Period Ending 03-31-14 [1] | Include | Exclude | Discount Cash Flow Analysis NPV | Adjusted Balance Sheet For Period Ending 03-31-14 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 440,847 | $ 440,847 | $ - | | $ 440,847 |
| Accounts Receivable | 2,090,606 | - | 2,090,606 | | - |
| Inventory | 49,216 | - | 49,216 | | - |
| Prepaid Expenses | 46,523 | - | 46,523 | | - |
| Total Current Assets | $ 2,627,192 | $ 440,847 | $ 2,186,345 | | $ 440,847 |
| | | | | | |
| **Fixed Assets** | | | | | |
| CIP | $ 905,744 | $ - | $ 905,744 | $ | |
| Fixed Assets | 57,312,718 | - | 57,312,718 | | - |
| Accumulated Depreciation | (26,580,850) | - | (26,580,850) | | - |
| Net Fixed Assets | $ 31,637,612 | $ - | $ 31,637,612 | $ 37,469,699 | $ 37,469,699 |
| | | | | | |
| **Other Assets** | | | | | |
| Goodwill | $ 55,079,079 | - | 55,079,079 | | - |
| A/A - Goodwill | (8,870,328) | - | (8,870,328) | | - |
| Minimum Liquid Reserve | 4,542,695 | 4,542,695 | - | | 4,542,695 |
| Capmark Debt Service Reserve | 1,987,000 | 1,987,000 | - | | 1,987,000 |
| Deposit - Utilities | 119,070 | 119,070 | - | | 119,070 |
| L/R - Westport Holdings Tampa II | 7,129,374 | - | 7,129,374 | | - |
| Total Other Assets | $ 59,986,890 | $ 6,648,765 | $ 53,338,125 | $ - | $ 6,648,765 |
| Total Assets | $ 94,251,694 | $ 7,089,612 | $ 87,162,082 | $ 37,469,699 | $ 44,559,311 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $ 398,313 | $ - | $ 398,313 | $ | - |
| Short term debt - Project Financing | 42,000 | 42,000 | - | | 42,000 |
| Refunds Payable - Gen S / PIP | 2,861,748 | - | 2,861,748 | | - |
| A/P-TR&SNF | 34,675 | - | 34,675 | | - |
| A/P-TALF | 94,880 | - | 94,880 | | - |
| Accrued Payroll | 104,008 | - | 104,008 | | - |
| Accrued PPD's | 289,456 | - | 289,456 | | - |
| Federal Income Tax W/H | 15,420 | - | 15,420 | | - |
| Fica Taxes W/H | 30,227 | - | 30,227 | | - |
| State Unemployment Tax Payable | 20,817 | - | 20,817 | | - |
| Federal Unemployment Tax Payable | 4,460 | - | 4,460 | | - |
| Misc Payroll Deduction | (284) | - | (284) | | - |
| 401K Deduction Payable | - | - | - | | |
| Accrued Real Estate Taxes | 126,538 | - | 126,538 | | - |
| Accrued Personal Property Taxes | 4,905 | - | 4,905 | | - |
| Accrued Legal & Accounting | 75,154 | - | 75,154 | | |

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**    **Exhibit 5**
Solvency Analysis - Discounted Cash Flows - For Period Ending 03-31-14

| Description | For Period Ending 03-31-14 [1] | Include | Exclude | Discount Cash Flow Analysis NPV | Adjusted Balance Sheet For Period Ending 03-31-14 |
|---|---|---|---|---|---|
| Accrued Interest | - | - | - | | - |
| Accrued Trustee Fees | 574 | - | 574 | | - |
| Flex Dollar Account | (4,903) | - | (4,903) | | - |
| Sales Tax Payable | 1,166 | - | 1,166 | | - |
| Suspense | (344,884) | - | (344,884) | | - |
| **Total Current Liabilities** | $ 3,754,270 | $ 42,000 | $ 3,712,270 | $ - | $ 42,000 |
| | | | | | |
| Intercompany Liabilities | $ 35,284 | $ 35,284 | $ - | | $ 35,284 |
| Long-Term Liabilities | 24,553,358 | 24,553,358 | - | | 24,553,358 |
| Other Liabilities | | | | | |
| Current Resales - Deferred Revenue | 910,985 | - | 910,985 | | - |
| Deferred Revenue | 14,652,033 | - | 14,652,033 | | - |
| Plan Fees | 18,116 | - | 18,116 | | - |
| Current Resales - Refundable Deps | 1,115,773 | - | 1,115,773 | | - |
| Fmv Deferred Revenue | 256,695 | - | 256,695 | | - |
| Refundable Deposits | 31,658,930 | - | 31,658,930 | | - |
| PIP Deposits | 6,243,915 | - | 6,243,915 | | - |
| Deposits - Wait List | 49,550 | - | 49,550 | | - |
| Rental Deposits | 2,000 | - | 2,000 | | - |
| Refundable Deposits Used - HCLOC | (3,951,992) | (3,951,992) | - | | (3,951,992) |
| **Total Other Liabilities** | $ 50,956,005 | $ (3,951,992) | $ 54,907,997 | $ - | $ (3,951,992) |
| | | | | | |
| **Total Liabilities** | $ 79,298,917 | $ 20,678,650 | $ 58,620,267 | $ - | $ 20,678,650 |
| | | | | | |
| Equity | 14,952,782 | - | 14,952,782 | | 23,880,661 |
| **Total Liabilities & Equity** | $ 94,251,699 | $ 20,678,650 | $ 73,573,049 | $ - | $ 44,559,311 |

Source:

[1] #298808.1 – March 2014 Financial Statements

# EXHIBIT 6

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**    Exhibit 6
**University Village Budget - 2014 - 2023 - Discounted Cash Flow Analysis - 02/28/14**

| Description | | Year 1 [1]<br>2014 | | Year 2<br>2015 | | Year 3<br>2016 | | Year 4<br>2017 | | Year 5<br>2018 | | Year 6<br>2019 | | Year 7<br>2020 | | Year 8<br>2021 | | Year 9<br>2022 | | Year 10<br>2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Income | $ | 8,499,111 | $ | 11,834,768 | $ | 12,924,988 | $ | 13,618,236 | $ | 14,598,518 | $ | 15,398,907 | $ | 16,324,410 | $ | 17,110,515 | $ | 18,074,172 | $ | 18,961,017 |
| Operating Expenses | | (8,554,457) | | (11,162,631) | | (11,730,372) | | (12,311,951) | | (12,782,896) | | (13,404,389) | | (13,950,275) | | (14,460,678) | | (15,151,995) | | (15,706,788) |
| Entrance Fee Revenue | | 6,663,871 | | 10,058,444 | | 9,713,669 | | 9,583,322 | | 10,528,876 | | 11,260,256 | | 12,280,303 | | 12,648,712 | | 13,028,173 | | 13,419,019 |
| Entrance Fee Refunds | | (3,703,616) | | (4,978,980) | | (5,143,845) | | (4,921,490) | | (4,857,055) | | (4,772,339) | | (4,780,588) | | (4,789,109) | | (4,797,912) | | (4,807,007) |
| Lease Income | | 960,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 | | 1,800,000 |
| Other Revenue and Expenses | | (664,954) | | (816,623) | | (799,254) | | (762,494) | | (755,206) | | (748,419) | | (742,149) | | (736,411) | | (731,221) | | (726,595) |
| Capital Expenditures | | (1,492,320) | | (1,870,100) | | (1,816,800) | | (1,713,000) | | (1,745,200) | | (1,685,500) | | (1,714,200) | | (1,742,900) | | (1,771,600) | | (1,800,300) |
| Add: Depreciation Adjustment | | (746,160) | | (935,050) | | (908,400) | | (856,500) | | (872,600) | | (842,750) | | (857,100) | | (871,450) | | (885,800) | | (900,150) |
| Pre-Tax Income | $ | 961,475 | $ | 3,929,827 | $ | 4,039,986 | $ | 4,436,123 | $ | 5,914,438 | $ | 7,005,765 | $ | 8,360,401 | $ | 8,958,679 | $ | 9,563,817 | $ | 10,239,197 |
| Federal Income Taxes | | (370,937) | | (1,516,127) | | (1,558,627) | | (1,711,456) | | (2,281,790) | | (2,702,824) | | (3,225,443) | | (3,456,258) | | (3,689,721) | | (3,950,282) |
| After-Tax Income | $ | 590,538 | $ | 2,413,700 | $ | 2,481,359 | $ | 2,724,667 | $ | 3,632,648 | $ | 4,302,941 | $ | 5,134,958 | $ | 5,502,421 | $ | 5,874,097 | $ | 6,288,915 |
| Add: Depreciation | | 2,238,480 | | 2,805,150 | | 2,725,200 | | 2,569,500 | | 2,617,800 | | 2,528,250 | | 2,571,300 | | 2,614,350 | | 2,657,400 | | 2,700,450 |
| Less: Capital Expenditures | | (1,492,320) | | (1,870,100) | | (1,816,800) | | (1,713,000) | | (1,745,200) | | (1,685,500) | | (1,714,200) | | (1,742,900) | | (1,771,600) | | (1,800,300) |
| Less: P P Refunds | | (720,000) | | (900,000) | | (900,000) | | (900,000) | | (500,000) | | (500,000) | | (500,000) | | (500,000) | | (500,000) | | (500,000) |
| Debt-free Cash Flow | $ | 616,698 | $ | 2,448,750 | $ | 2,489,759 | $ | 2,681,167 | $ | 4,005,248 | $ | 4,645,691 | $ | 5,492,058 | $ | 5,873,871 | $ | 6,259,897 | $ | 6,689,065 |
| Reversion Value (10%) | | | | | | | | | | | | | | | | | | | | 66,890,646 |
| Less: Sale Costs (3%) | | | | | | | | | | | | | | | | | | | | (2,006,719) |
| Projected Cash Flow | $ | 616,698 | $ | 2,448,750 | $ | 2,489,759 | $ | 2,681,167 | $ | 4,005,248 | $ | 4,645,691 | $ | 5,492,058 | $ | 5,873,871 | $ | 6,259,897 | $ | 64,883,926 |
| Net Present Value | $ | 37,503,988 | | | | | | | | | | | | | | | | | | |

**Notes**

[1] Year 1 discounted cash flows equal 80% of totals to account for period beginning 03/01/14.

**Source**

- #1465409.1 - UVRC_2014_budget

# EXHIBIT 7

ankura

**Westport Holdings (Debtors) – Jeff Warren (Liquidating Trustee) v. Valley National Bank**
**University Village Budget - 2014 - 2023 - Discounted Cash Flow Analysis - 03/31/14**

Exhibit 7

| Description | | Year 1 [1] 2014 | | Year 2 2015 | Year 3 2016 | Year 4 2017 | Year 5 2018 | Year 6 2019 | Year 7 2020 | Year 8 2021 | Year 9 2022 | Year 10 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Income | $ | 7,967,916 | $ | 11,834,768 $ | 12,924,988 $ | 13,618,236 $ | 14,598,518 $ | 15,398,907 $ | 16,324,410 $ | 17,110,515 $ | 18,074,172 $ | 18,961,017 |
| Operating Expenses | | (8,019,803) | | (11,162,631) | (11,730,372) | (12,311,951) | (12,782,896) | (13,404,389) | (13,950,275) | (14,460,678) | (15,151,995) | (15,706,788) |
| Entrance Fee Revenue | | 6,247,379 | | 10,058,444 | 9,713,669 | 9,583,322 | 10,528,876 | 11,260,256 | 12,280,303 | 12,648,712 | 13,028,173 | 13,419,019 |
| Entrance Fee Refunds | | (3,472,140) | | (4,978,980) | (5,143,845) | (4,921,490) | (4,857,055) | (4,772,339) | (4,780,588) | (4,789,109) | (4,797,912) | (4,807,007) |
| Lease Income | | 900,000 | | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 | 1,800,000 |
| Other Revenue and Expenses | | (623,395) | | (816,623) | (799,254) | (762,494) | (755,206) | (748,419) | (742,149) | (736,411) | (731,221) | (726,595) |
| Capital Expenditures | | (1,399,050) | | (1,870,100) | (1,816,800) | (1,713,000) | (1,745,200) | (1,685,500) | (1,714,200) | (1,742,900) | (1,771,600) | (1,800,300) |
| Add: Depreciation Adjustment | | (699,525) | | (935,050) | (908,400) | (856,500) | (872,600) | (842,750) | (857,100) | (871,450) | (885,800) | (900,150) |
| Pre-Tax Income | $ | 901,382 | $ | 3,929,827 $ | 4,039,986 $ | 4,436,123 $ | 5,914,438 $ | 7,005,765 $ | 8,360,401 $ | 8,958,679 $ | 9,563,817 $ | 10,239,197 |
| Federal Income Taxes | | (347,753) | | (1,516,127) | (1,558,627) | (1,711,456) | (2,281,790) | (2,702,824) | (3,225,443) | (3,456,258) | (3,689,721) | (3,950,282) |
| After-Tax Income | $ | 553,629 | $ | 2,413,700 $ | 2,481,359 $ | 2,724,667 $ | 3,632,648 $ | 4,302,941 $ | 5,134,958 $ | 5,502,421 $ | 5,874,097 $ | 6,288,915 |
| Add: Depreciation | | 2,098,575 | | 2,805,150 | 2,725,200 | 2,569,500 | 2,617,800 | 2,528,250 | 2,571,300 | 2,614,350 | 2,657,400 | 2,700,450 |
| Less: Capital Expenditures | | (1,399,050) | | (1,870,100) | (1,816,800) | (1,713,000) | (1,745,200) | (1,685,500) | (1,714,200) | (1,742,900) | (1,771,600) | (1,800,300) |
| Less: PIP Refunds | | (675,000) | | (900,000) | (900,000) | (900,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) |
| Debt-free Cash Flow | $ | 578,154 | $ | 2,448,750 $ | 2,489,759 $ | 2,681,167 $ | 4,005,248 $ | 4,645,691 $ | 5,492,058 $ | 5,873,871 $ | 6,259,897 $ | 6,689,065 |
| Reversion Value (10%) | | | | | | | | | | | | 66,890,646 |
| Less: Sale Costs (3%) | | | | | | | | | | | | (2,006,719) |
| Projected Cash Flow | $ | 578,154 | $ | 2,448,750 $ | 2,489,759 $ | 2,681,167 $ | 4,005,248 $ | 4,645,691 $ | 5,492,058 $ | 5,873,871 $ | 6,259,897 $ | 64,883,926 |
| Net Present Value | $ | 37,469,699 | | | | | | | | | | |

**Notes**

[1] Year 1 discounted cash flows equal 75% of totals to account for period beginning 04/01/14.

**Source**

- #1465409.1 - UVRC_2014_budget

# EXHIBIT 8

ankura



# ECONOMIC OUTLOOK UPDATE
## QUARTERLY

*4Q 2013*  REVIEW OF AND OUTLOOK FOR THE U.S. ECONOMY

## ECONOMIC UPDATE AT A GLANCE

U.S. economic growth decelerated in the fourth quarter of 2013 and matched economists' predictions (3.2%). The third-quarter GDP rate was significantly revised upward by 1.3 percentage point. Fourth quarter consumer spending rose at its quickest rate in three years, contributing a sizable 2.26 percentage points to the fourth-quarter GDP rate—its largest contribution in three years. Disposable personal income increased in the fourth quarter, while the personal saving rate declined. Increased exports, business spending, private inventory investment, and state and local government spending also made positive contributions to the fourth-quarter GDP rate. Total government spending fell in the fourth quarter, as increased state and local government spending was not enough to offset the large decline in federal government spending, which dropped at a rate of 12.6%. Final sales of domestic product, also known as final demand, grew more slowly than overall GDP, at a rate of 2.8% in the fourth quarter. Fourth-quarter final sales accelerated slightly from the third quarter when they grew at a rate of 2.5%.

The Conference Board reported that its Leading Economic Index rose for the sixth consecutive month in December. The report stated that the upward trend in the Leading Economic Index throughout the fourth quarter suggests that economic conditions will gradually strengthen through early 2014.

The Consumer Price Index rose in December, fueled by higher energy costs. The Consumer Price Index has now risen 1.5% over the last 12 months, below the Federal Reserve's objective of 2.0%. The Producer Price Index also rose in December due to higher prices for energy. The Producer Price Index has now risen 1.2% over the last 12 months.

---

*Subscribers are permitted to quote all or parts of the* Economic Outlook Update. *Please see the Disclaimer and Copyright Permission Statement at the end of the report for the terms and conditions of this grant of permission.*

## 4Q 2013 CONTENTS

ECONOMIC UPDATE AT A GLANCE. . . . . . . . . . . . . . . . . .1
ABOUT THE ANALYSIS IN THIS REPORT . . . . . . . . . . . .2
EXHIBIT 1: Real Gross Domestic Product 4Q 2006-4Q 2013 . . . .3
EXHIBIT 2: Historical Economic Data 2004-2012 and
  Forecasts 2013-2021 . . . . . . . . . . . . . . . . . . . .4
1. GROSS DOMESTIC PRODUCT . . . . . . . . . . . . . . . .5
EXHIBIT 3: Key Economic Variables Actual 2004-2013 and
  Forecast 2014-2023 . . . . . . . . . . . . . . . . . . . .5
EXHIBIT 4: Economic Indicators Historical Data . . . . . . . . . . . .6
1.1 CONSUMER SPENDING . . . . . . . . . . . . . . . . . .7
1.2 GOVERNMENT SPENDING. . . . . . . . . . . . . . . . . .7
EXHIBIT 5: U.S. Retail and Food Service Sales. . . . . . . . . . . .8
1.3 FIXED INVESTMENTS . . . . . . . . . . . . . . . . . . . 10
1.4 BUSINESS INVENTORIES . . . . . . . . . . . . . . . . . 10
1.5 EXPORTS AND IMPORTS . . . . . . . . . . . . . . . . . 10
2. CONSUMER PRICES AND INFLATION RATES . . . . . . . . 10
3. ENERGY PRICES. . . . . . . . . . . . . . . . . . . . . . 11
EXHIBIT 6: Consumer Price Index and Producer Price Index . . . 12
4. INTEREST RATES . . . . . . . . . . . . . . . . . . . . . 14
5. UNEMPLOYMENT AND PERSONAL INCOME . . . . . . . . 14
EXHIBIT 7: U.S. Employment . . . . . . . . . . . . . . . . . . 16
6. CONSUMER CONFIDENCE AND BUSINESS OPTIMISM . . . 18
EXHIBIT 8: Consumer Confidence and Small Business
  Optimism . . . . . . . . . . . . . . . . . . . . . . . . . 19
7. STOCK MARKETS AND VOLATILITY . . . . . . . . . . . . 22
8. BOND MARKETS. . . . . . . . . . . . . . . . . . . . . . 22
EXHIBIT 9: Stock Market Historical Data . . . . . . . . . . . . . 23
EXHIBIT 10: Bond Market Historical Data. . . . . . . . . . . . . 24
9. CONSTRUCTION . . . . . . . . . . . . . . . . . . . . . . 25
10. MANUFACTURING . . . . . . . . . . . . . . . . . . . . 25
EXHIBIT 11: Treasury Historical Data . . . . . . . . . . . . . . . 26
EXHIBIT 12: Prime Lending and Federal Funds Historical Data . . 26
11. SERVICES . . . . . . . . . . . . . . . . . . . . . . . . . 27
EXHIBIT 13: Manufacturing, Services, and Housing Indicators . . 28
12. REAL ESTATE . . . . . . . . . . . . . . . . . . . . . . . 29
EXHIBIT 14: National Association of Realtors Market Forecast . . 30
EXHIBIT 15: Mortgage Bankers Association Market Forecast. . . 31
EXHIBIT 16: REIT Returns Historical Data . . . . . . . . . . . . 32
EXHIBIT 17: Property Index Returns Historical Data . . . . . . . 32
13. ECONOMIC OUTLOOK. . . . . . . . . . . . . . . . . . . 33
DISCLAIMER AND PERMISSION STATEMENT . . . . . . . . . 34
ECONOMIC OUTLOOK UPDATE DATA SOURCES . . . . . . . 35

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.    1

## ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

The Federal Reserve's December statement disclosed it would "modestly" taper its bond-buying program, reducing its monthly purchases of Treasury securities to a pace of $40 billion per month from $45 billion per month, and agency mortgage-backed securities to a pace of $35 billion per month from $40 billion per month. The FOMC cited an improvement in economic activity and labor market conditions in making its decision. The Federal Reserve continued to keep its target for the federal funds rate near zero, as it maintained its commitment to link short-term interest rates to a specific level of unemployment. In their December statement, however, the FOMC found that it will likely be appropriate to keep their current target for the federal funds rate near zero even if unemployment falls below 6.5%. It citied additional factors in making this assessment, including additional measures of labor market conditions, indicators of inflation pressures and inflation expectations, and readings on financial developments.

Total retail sales rose 0.2% in December. Excluding auto sales, retail sales increased 0.7% in December. The core retail sales figure—which excludes volatile automobile, gasoline, and building material sales—rose 0.7%.

The economy added fewer jobs than forecasted in December, though unemployment dropped to its lowest rate since October 2008. The labor-force participation rate dropped, while the employment-population ratio—the share of the working-age population with a job—was unchanged. Hourly wages for private-sector employees rose in December, though the average workweek declined.

The Conference Board's Consumer Confidence Index rose in December, beating economists' forecasts and breaking the trend of three consecutive monthly declines. Most of the increase came from consumers' views of current conditions, which jumped to a five-and-a-half-year high. Consumers viewed both economic and labor market conditions more favorably.

The Thomson Reuters/University of Michigan's Index of Consumer Sentiment rose to a five-month high in December. Consumers had more favorable buying attitudes and fewer concerns about the economy. Consumers also reported that their personal financial situations improved because of increasing home values and rising stock prices. Earnings expectations were less positive. Overall, consumers reported that they anticipated their inflation-adjusted incomes would not rise.

The National Federation of Independent Business reported that the Small Business Optimism Index rose in

### ABOUT THE ANALYSIS IN THIS REPORT

A well-prepared business valuation contains a thorough and relevant economic section. Revenue Ruling 59-60 requires consideration of "the economic outlook in general and the condition and outlook of the specific industry in particular." An understanding of the economic outlook is fundamental to developing reasonable expectations about a subject company's future prospects. In any business valuation, the general economic outlook as of the appraisal date should be considered, since the national economic outlook is often the basis of how investors perceive alternative investment opportunities at any given time. Appraisers should integrate the information presented in the *Economic Outlook Update* with their valuation assignment and discuss how the economic information impacts their valuation assumptions and conclusions.

In this analysis, we examine the general economic climate that existed at the end of the fourth quarter of 2013. This summary provides an overview of some selected economic factors that prevailed at that time as well as a discussion of the factors that are crucial over an extended time period. Topics addressed include general economic conditions, gross domestic product, consumer prices and inflation rates, energy prices, interest rates, unemployment, consumer spending, the stock and bond markets, construction, manufacturing, real estate markets, and the future economic outlook.

Adam Manson
Managing Editor

Doug Twitchell
Publisher

David Foster
CEO

Lucretia Lyons
President

Retta Dodge
Customer Service

The *Economic Outlook Update* (ISSN 1558-4062) is published monthly and quarterly by Business Valuation Resources, LLC, 1000 SW Broadway, Ste. 1200, Portland, OR, 97205. The annual subscription price for the *Economic Outlook Update* (*EOU*) is $339. Site licenses are available for those who wish to distribute *EOU* throughout their firms. Contact sales@bvresources.com or 503-291-7963 ext. 2 for details. Please also visit www.BVResources.com.

Although the information in this publication has been obtained from sources that BVR believes to be reliable, we do not guarantee its accuracy, and such information may be condensed or incomplete. This publication is intended for information purposes only, and it is not intended as financial, investment, legal, or consulting advice. No portion of this document can be republished without the express written consent of Business Valuation Resources, LLC.

December. The main highlights noted in the report were the frequency of reported capital outlays over the past six months, which hit its highest level since early 2005, and the number of owners who increased employment, which reached its best reading since February 2006.

The 4Q 2013 Wells Fargo/Gallup Small Business Index fell, though it remains at the second highest reading in the last five years. The survey found that almost one-quarter of small business owners expected a better business-operating environment in 2014, while half of the respondents expected the operating environment to be about the same as it is this year.

The major stock indexes made sizable gains in the fourth quarter, as many reached record highs. The S&P 500 Index experienced its best year since 1997, while the Dow Jones Industrial Average had its biggest annual gain since 1995. Market volatility, as measured by VIX, was mild in the fourth quarter. All 10 of the S&P 500's sectors had positive gains in the fourth quarter. Large-cap stocks outperformed small- and mid-cap stocks in the fourth quarter, though the latter generally had better gains for the year. For large-cap stocks, growth stocks moderately outpaced value stocks, while the inverse was true for smaller-cap stocks.

The Institute for Supply Management's manufacturing sector index declined slightly in December, though the reading in November was the index's highest since April 2011. The components for new orders and employment rose, while the components for production and backlog declined. The index has now been at a level signifying an expansion in the manufacturing sector for seven successive months.

The Institute for Supply Management's index for the services sector fell in December. The components that measure business activity and new orders fell, while the employment component rose. The drop in new orders brought the component down to a reading signaling a contraction in new orders for the first time since July 2009. Notwithstanding, the index remained at a level signaling growth in the services sector for the 48th consecutive month.



**EXHIBIT 1: Real Gross Domestic Product 4Q 2006-4Q 2013**

Source of data: U.S. Department of Commerce.
Note: Figures are seasonally adjusted at annual rates. As the U.S. Department of Commerce issues revised data, some historically reported figures may change.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

The Federal Reserve reported that industrial production rose in December. Output from manufacturing and mining rose, while the output of utilities decreased. For the fourth quarter as a whole, industrial production rose at an annual rate of 6.8%, the largest quarterly increase since the second quarter of 2010.

Existing-home sales rose in December, though housing inventory remained low throughout much of the U.S. The number of existing-home sales for all of 2013 was the highest since 2006. Home prices continued to increase in December, rising 11.5% from one year ago. Inventory was the tightest in the West region, which held down sales in many markets, and bidding wars caused the region to experience the strongest price gains in the U.S.

Housing starts dropped in December, as fewer single-family homes and multifamily homes were started. Building permits authorized also fell in December. Despite the December declines, housing starts and building permits authorized were up from a year ago.

The National Association of Home Builders/Wells Fargo Housing Market Index rose in December after remaining unchanged in the previous month. The report stated that an increasing number of builders possessed a positive view on where the industry is going.

| EXHIBIT 2: Historical Economic Data 2004-2013 and Forecasts 2014-2023 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HISTORICAL DATA | | | | | | | | | | CONSENSUS FORECASTS** | | | | | |
| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019-2023 |
| Real GDP* | 3.8 | 3.4 | 2.7 | 1.8 | -0.3 | -2.8 | 2.5 | 1.8 | 2.8 | 1.9 | 2.6 | 3.1 | 3.0 | 2.8 | 2.8 | 2.5 |
| Industrial production* | 2.3 | 3.2 | 2.2 | 2.5 | -3.4 | -11.3 | 5.7 | 3.4 | 3.6 | 2.6 | 3.0 | 3.7 | 3.3 | 2.9 | 2.7 | 2.7 |
| Personal consumption* | 3.8 | 3.5 | 3.0 | 2.2 | -0.4 | -1.6 | 2.0 | 2.5 | 2.2 | 2.0 | 2.5 | 2.8 | 2.7 | 2.6 | 2.5 | 2.5 |
| Real disposable personal income* | 3.6 | 1.5 | 4.0 | 2.1 | 1.5 | -0.5 | 1.1 | 2.4 | 2.0 | 0.7 | 2.7 | 3.2 | 3.1 | 3.0 | 2.8 | 2.7 |
| Nonresidential fixed investment* | 5.2 | 7.0 | 7.1 | 5.9 | -0.7 | -15.6 | 2.5 | 7.6 | 7.3 | 2.6 | 4.5 | 5.0 | 5.0 | 4.4 | 4.1 | 3.8 |
| Nominal pretax corp. profits* | 21.5 | 15.1 | 11.4 | -7.1 | -16.0 | 8.4 | 25.0 | 7.9 | 7.0 | 4.1 | 4.6 | 5.6 | 6.3 | 4.1 | 5.4 | 4.4 |
| Total government spending* | 1.6 | 0.6 | 1.5 | 1.6 | 2.8 | 3.2 | 0.1 | -3.2 | -1.0 | -2.2 | -0.1 | NA | NA | NA | NA | NA |
| Consumer prices* | 2.7 | 3.4 | 3.2 | 2.8 | 3.8 | -0.4 | 1.6 | 3.2 | 2.1 | 1.5 | 1.7 | 2.1 | 2.3 | 2.3 | 2.3 | 2.3 |
| 3-Month Treasury Bill rate | 1.40 | 3.22 | 4.85 | 4.48 | 1.40 | 0.15 | 0.14 | 0.05 | 0.09 | 0.06 | 0.1 | 0.9 | 2.3 | 3.4 | 3.8 | 3.8 |
| 10-Year Treasury Bond yield | 4.27 | 4.29 | 4.80 | 4.63 | 3.66 | 3.26 | 3.22 | 2.78 | 1.80 | 2.35 | 3.4 | 3.8 | 4.5 | 5.0 | 5.0 | 5.0 |
| Unemployment rate | 5.5 | 5.1 | 4.6 | 4.6 | 5.8 | 9.3 | 9.6 | 8.9 | 8.1 | 7.4 | 6.9 | NA | NA | NA | NA | NA |
| Housing starts (millions) | 1.956 | 2.068 | 1.801 | 1.355 | 0.906 | 0.554 | 0.587 | 0.609 | 0.781 | 0.923 | 1.120 | NA | NA | NA | NA | NA |

Source of historical data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau, and The Federal Reserve Board.
Source of forecasts: *Consensus Forecasts—USA*, December 2013.

Notes:
*Numbers are based on percent change from preceding period. Consumer prices are the percent change between annual averages. Historic unemployment rate, 3-month Treasury rate, and 10-year Treasury yield are the annual averages.
**Forecast numbers are based on percent change from preceding period (excludes unemployment rate, housing starts, 3-month Treasury rate, and 10-year Treasury yield). Consumer Price Index information is the percent change between annual averages. The 2012 through 2018 forecasts for the 3-month Treasury rate and 10-year Treasury yield are for the end of each period. Forecasts for 2018-2023 signify the average for that period.

Personal consumption includes spending on services and durable and nondurable goods.
Nonresidential fixed investment is also known as business spending.
Total government spending includes federal, state, and local government spending.

Every month, Consensus Economics surveys a panel of 30 prominent United States economic and financial forecasters for their predictions on a range of variables, including future growth, inflation, current account and budget balances, and interest rates.

The National Association of Realtors Confidence Index for current conditions was unchanged for single-family homes, while the index for townhomes rose, and the index for condos fell. The National Association of Realtors Confidence Index for future conditions rose for all three property types.

## 1. GROSS DOMESTIC PRODUCT

The Bureau of Economic Analysis reported that the nation's economy—as indicated by GDP—grew at an annual rate of 3.2% in the fourth quarter of 2013. This matched forecasts, as the result of a survey conducted by Bloomberg found that the median forecast of economists was a 3.2% rate. GDP is the total market value of goods and services produced in the U.S. economy and is generally considered the most comprehensive measure of economic growth. The Bureau of Economic Analysis revised the third-quarter GDP rate upward to 4.1% from a previously reported 2.8%. GDP grew 1.9% in 2013, a deceleration from 2.8% in 2012.

Final sales of domestic product, also known as final demand, grew more slowly than overall GDP, at a rate of 2.8% in the fourth quarter. Fourth-quarter final sales accelerated slightly from the third quarter when they grew at a rate of 2.5%. Final sales are GDP minus the influence of private inventory investment, which tends to be volatile from quarter to quarter. The Economic Policy Institute has stated that final demand is arguably a better indicator of underlying economic strength than GDP.

The Bureau of Economic Analysis reported that the increase in the fourth-quarter real GDP primarily reflected positive contributions from personal consumption, exports, nonresidential fixed investment, private inventory investment, and state and local government spending. This was partly offset by negative contributions from federal government spending and residential fixed investment. Imports, which are a subtraction in the calculation of GDP, increased.

The deceleration in the fourth-quarter real GDP primarily reflected a deceleration in private inventory investment, a larger decrease in federal government spending, a downturn in residential fixed investment, and decelerations in state and local government spending and in nonresidential fixed investment. This was partly offset by accelerations in exports and in personal consumption and a deceleration in imports.



EXHIBIT 3: Key Economic Variables Actual 2004-2013 and Forecast 2014-2023

Source of historical data: U.S. Department of Commerce, U.S. Department of Labor, and The Federal Reserve Board.
Source of forecasts: Consensus Forecasts.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 4: Economic Indicators Historical Data**

| | MONTHLY DATA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/13 | 2/13 | 3/13 | 4/13 | 5/13 | 6/13 | 7/13 | 8/13 | 9/13 | 10/13 | 11/13 | 12/13 |
| Real GDP | | | 1.1 | | | 2.5 | | | 4.1 | | | 3.2 |
| Personal consumption | | | 2.3 | | | 1.8 | | | 2.0 | | | 3.3 |
| Nonresidential fixed investment | | | -4.6 | | | 4.7 | | | 4.8 | | | 3.8 |
| Total government spending | | | -4.2 | | | -0.4 | | | 0.4 | | | -4.9 |
| Exports | | | -1.3 | | | 8.0 | | | 3.9 | | | 11.4 |
| Imports | | | 0.6 | | | 6.9 | | | 2.4 | | | 0.9 |
| CPI (1-month % change) | 0.0 | 0.7 | -0.2 | -0.4 | 0.1 | 0.5 | 0.2 | 0.1 | 0.2 | -0.1 | 0.0 | 0.3 |
| Unemployment rate | 7.9 | 7.7 | 7.6 | 7.5 | 7.6 | 7.6 | 7.4 | 7.3 | 7.2 | 7.3 | 7.0 | 6.7 |
| PMI | 53.1 | 54.2 | 51.3 | 50.7 | 49.0 | 50.9 | 55.4 | 55.7 | 56.2 | 56.4 | 57.3 | 57.0 |
| NMI | 55.2 | 56.0 | 54.4 | 53.1 | 53.7 | 52.2 | 56.0 | 58.6 | 54.4 | 55.4 | 53.9 | 53.0 |
| HMI | 47.0 | 46.0 | 44.0 | 41.0 | 44.0 | 51.0 | 56.0 | 58.0 | 58.0 | 54.0 | 54.0 | 58.0 |
| Housing starts (millions) | 0.898 | 0.969 | 1.005 | 0.852 | 0.919 | 0.835 | 0.891 | 0.883 | 0.873 | 0.899 | 1.107 | 0.999 |
| Building permits (millions) | 0.915 | 0.952 | 0.890 | 1.005 | 0.985 | 0.918 | 0.954 | 0.926 | 0.974 | 1.039 | 1.017 | 0.986 |

Notes: Real GDP and subcomponents data only available on a quarterly basis and therefore are quarterly figures. The numbers in this table are seasonally adjusted at annual rates. PMI is the Institute of Supply Management's Manufacturing Index—any reading above 50.0% suggests growth in the manufacturing economy, whereas a reading below 50.0% indicates contraction. NMI is the Institute of Supply Management's Non-Manufacturing Index, which measures the strength of the services sector—any reading above 50.0% suggests growth, whereas a reading below 50.0% indicates contraction.

| | QUARTERLY DATA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q 10 | 2Q 10 | 3Q 10 | 4Q10 | 1Q 11 | 2Q 11 | 3Q 11 | 4Q 11 | 1Q 12 | 2Q 12 | 3Q 12 | 4Q 12 |
| Real GDP | 1.6 | 3.9 | 2.8 | 2.8 | -1.3 | 3.2 | 1.4 | 4.9 | 3.7 | 1.2 | 2.8 | 0.1 |
| Personal consumption | 2.1 | 3.3 | 2.8 | 4.3 | 2.1 | 1.5 | 2.1 | 2.4 | 2.9 | 1.9 | 1.7 | 1.7 |
| Nonresidential fixed investment | 4.2 | 11.4 | 8.3 | 8.6 | -0.9 | 9.9 | 16.7 | 9.5 | 5.8 | 4.5 | 0.3 | 9.8 |
| Total government spending | -2.9 | 2.9 | -0.3 | -4.1 | -7.5 | -1.3 | -2.5 | -1.5 | -1.4 | 0.3 | 3.5 | -6.5 |
| Exports | 6.4 | 9.5 | 10.9 | 12.4 | 3.8 | 4.9 | 7.0 | 2.7 | 4.2 | 3.8 | 0.4 | 1.1 |
| Imports | 11.9 | 20.2 | 14.5 | 0.9 | 2.8 | 0.7 | 4.9 | 5.9 | 0.7 | 2.5 | 0.5 | -3.1 |
| CPI (3-month % change) | 0.0 | 0.0 | 0.5 | 1.0 | 1.2 | 0.9 | 0.7 | 0.2 | 0.8 | 0.0 | 1.0 | 0.0 |
| Unemployment rate | 9.7 | 9.5 | 9.6 | 9.4 | 8.8 | 9.2 | 9.1 | 8.5 | 8.2 | 8.2 | 7.8 | 7.8 |
| PMI | 59.3 | 56.1 | 56.5 | 57.3 | 59.3 | 55.8 | 53.2 | 52.9 | 53.3 | 50.2 | 51.6 | 50.2 |
| NMI | 53.2 | 54.5 | 53.7 | 57.1 | 55.4 | 53.8 | 52.8 | 52.7 | 55.0 | 52.7 | 55.2 | 55.7 |
| HMI | 15.0 | 16.0 | 13.0 | 16.0 | 17.0 | 13.0 | 14.0 | 21.0 | 28.0 | 29.0 | 40.0 | 47.0 |
| Housing starts (millions) | 0.636 | 0.536 | 0.594 | 0.539 | 0.600 | 0.615 | 0.647 | 0.697 | 0.706 | 0.754 | 0.854 | 0.983 |
| Building permits (millions) | 0.687 | 0.587 | 0.563 | 0.632 | 0.590 | 0.633 | 0.616 | 0.701 | 0.769 | 0.760 | 0.921 | 0.943 |

Notes: Unemployment Rate is the rate for the last month of the quarter. Housing Starts and Building Permits are seasonally adjusted annual rates for the last month of the quarter. The numbers in this table are seasonally adjusted at annual rates.

| | YEARLY DATA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| Real GDP | 1.8 | 2.8 | 3.8 | 3.4 | 2.7 | 1.8 | -0.3 | -2.8 | 2.5 | 1.8 | 2.8 | 1.9 |
| Personal consumption | 2.5 | 3.1 | 3.8 | 3.5 | 3.0 | 2.2 | -0.4 | -1.6 | 2.0 | 2.5 | 2.2 | 2.0 |
| Nonresidential fixed investment | -6.9 | 1.9 | 5.2 | 7.0 | 7.1 | 5.9 | -0.7 | -15.6 | 2.5 | 7.6 | 7.3 | 2.6 |
| Total government spending | 4.4 | 2.2 | 1.6 | 0.6 | 1.5 | 1.6 | 2.8 | 3.2 | 0.1 | -3.2 | -1.0 | -2.2 |
| Exports | -1.9 | 1.6 | 8.5 | 7.4 | 9.4 | 7.5 | 6.1 | -12.0 | 14.3 | 7.1 | 3.5 | 2.8 |
| Imports | 3.4 | 4.3 | 11.0 | 6.1 | 6.1 | 2.3 | -2.6 | -13.7 | 12.8 | 4.9 | 2.2 | 1.4 |
| Consumer Price Index | 1.6 | 2.3 | 2.7 | 3.4 | 3.2 | 2.8 | 3.8 | -0.4 | 1.6 | 3.2 | 2.1 | 1.5 |
| Unemployment rate | 5.8 | 6.0 | 5.5 | 5.1 | 4.6 | 4.6 | 5.8 | 9.3 | 9.6 | 8.9 | 8.1 | 7.4 |
| Housing starts (millions) | 1.705 | 1.848 | 1.956 | 2.068 | 1.801 | 1.355 | 0.906 | 0.554 | 0.587 | 0.609 | 0.781 | 0.923 |
| Building permits (millions) | 1.748 | 1.889 | 2.070 | 2.155 | 1.838 | 1.398 | 0.905 | 0.583 | 0.605 | 0.624 | 0.830 | 0.975 |

Notes: Yearly Consumer Price Index information is the percent change between annual averages. Yearly unemployment is the annual average rate. Personal Consumption includes spending on services, durable, and nondurable goods. Government Spending includes federal, state, and local government spending. As the Government issues revised data, some historical reported figures may have changed.

Source of data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau The Federal Reserve Board, and the Institute of Supply Management.

(See Exhibits 1, 2, and 4 for historic and forecasted GDP figures.)

## 1.1 CONSUMER SPENDING

Consumer spending grew at a rate of 3.3% during the fourth quarter of 2013. This is an acceleration from the prior quarter's rate of 2.0%. Consumer spending—also referred to as "personal consumption"—accounts for approximately 70% of the U.S. GDP.

The fourth quarter's growth in consumer spending contributed 2.26 percentage points to the fourth-quarter GDP, its largest contribution to GDP in the last three years.

Overall consumer spending increased 2.0% in 2013, after growing 2.2% in 2012.

(See Exhibits 2 and 4 for historic and forecasted consumer spending figures.)

Consumer spending on durable goods—items meant to last three years or more, such as computers, cars, and machinery—increased at a rate of 5.9% in the fourth quarter, compared with 7.9% in the third quarter. Consumer spending on durable goods increased 7.1% in 2013 and 7.7% in 2012.

Consumer spending on nondurable goods—items such as food and gasoline—increased at a rate of 4.4% in the fourth quarter, up from a rate of 2.9% in the third quarter. Consumer spending on nondurable goods increased 2.1% in 2013 and 1.4% in 2012.

Service expenditures grew at a rate of 2.5% in the fourth quarter, a sharp acceleration from the 0.7% rate in the third quarter. Consumer spending on services increased 1.2% in 2013 and 1.6% in 2012.

According to the U.S. Department of Commerce, total retail and food service sales rose 0.2% in December, after rising 0.4% in November. Total retail sales in December were up 4.1% from one year ago. Total retail sales for all of 2013 were up 4.2% from 2012. Total retail sales for the fourth quarter of 2013 were up 1.0% from the same period a year ago.

The December retail sales reading was above economists' forecasts, as the median forecast in a survey of economists conducted by Reuters expected retail sales to advance by 0.1%.

Seven of the 13 major retail categories showed gains in December. The largest increases came from food and beverage stores (+2.0%), clothing and accessories (+1.8%), gas stations (+1.6%), and nonstore retailers (+1.4%). Nonstore retailers experienced the largest increase from one year ago, with sales up 9.9%.

The categories with the largest December declines were electronics and appliances stores (-2.5%), auto dealers (-1.8%), and miscellaneous stores (-1.6%). Sales at miscellaneous store retailers remain up 2.4% from one year ago, while auto dealers' sales are up 5.9% from one year ago.

Excluding auto sales, retail sales increased 0.7% in December. Ward's Automotive Group found that auto purchases fell to a 15.3 million annualized rate in December from a 16.3 million pace in November. It was noted that adverse weather may have played a role in the decreased auto sales, as this was the coldest December since 2009 and snowfall was 21% above normal, according to weather-data provider Planalytics Inc.

The core retail sales figure increased 0.7% in December after rising 0.2% in November. Economists polled by Reuters had expected core retail sales to rise 0.3% in December. The core retail sales figure excludes volatile automobile, gasoline, and building material sales and corresponds most closely with the consumer-spending component of GDP.

(See Exhibit 5 for total retail and food service sales figures.)

## 1.2 GOVERNMENT SPENDING

Total government spending fell at a rate of 4.9% in the fourth quarter, compared with an increasing rate of 0.4% in the third quarter. Total government spending has declined in 12 of the previous 16 quarters. This quarter's decline in government spending subtracted 0.93 percentage point from the fourth-quarter GDP rate. Total government spending decreased by 2.2% in 2013 and 1.0% in 2012.

(See Exhibits 2 and 4 for historic and forecasted government spending figures.)

Federal government spending decreased at a rate of 12.6% in the fourth quarter, after declining at a rate of 1.5% in the third quarter. The decline in federal government spending subtracted 0.93 percentage point from

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 5: U.S. Retail and Food Service Sales**



Total Retail Sales—Past 24 Months

Total Retail Sales Change From One Year Prior—Past 24 Months With Averages

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 5: U.S. Retail and Food Service Sales, Continued**



Source of data: U.S. Department of Commerce.
Notes: Monthly retail and food services sale are seasonally adjusted.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

the fourth-quarter GDP rate. Federal government spending declined by 5.1% in 2013 and 1.4% in 2012.

Federal national defense spending decreased at a rate of 14.0% in the fourth quarter. This came after declining at rates of 0.5% and 0.6% in the third and second quarters, respectively. Federal national defense spending declined 7.0% in 2013 and 3.2% in 2012.

Federal nondefense spending dropped at a rate of 10.3% in the fourth quarter after falling at a rate of 3.1% in the third. Federal nondefense spending dropped 2.0% in 2013 after rising 1.8% in 2012.

State and local government spending rose at a rate of 0.5% in the fourth quarter, a deceleration from the 1.7% rate in the third quarter. The increase in state and local government spending contributed only 0.06 percentage point to the fourth-quarter GDP rate. State and local government spending declined 0.2% in 2013 and 0.7% in 2012.

## 1.3 FIXED INVESTMENTS
Business spending, also known as "nonresidential fixed investment," grew at a rate of 3.8% in the fourth quarter, a deceleration from a rate of 4.8% in the third quarter. Business spending has now increased in 14 of the last 16 quarters. Business spending contributed 0.46 percentage point to the fourth-quarter GDP. Business spending increased 2.6% in 2013 and 7.3% in 2012.

(See Exhibits 2 and 4 for historic and forecasted business spending figures.)

Business spending on structures (nonresidential structures) declined at an annual rate of 1.2% in the fourth quarter, after increasing at a rate of 13.4% in the third quarter and 17.6% in the second. Business spending on structures contributed a negative 0.03 percentage point to the fourth-quarter GDP rate.

Business spending on equipment rose at a rate of 6.9% in the fourth quarter, after increasing at a rate of 0.2% in the third quarter. Business spending on equipment added 0.38 percentage point to the fourth-quarter GDP rate.

Business spending on intellectual property products rose at a rate of 3.2% in the fourth quarter. This was the 13th quarter of growth in intellectual property spending in the last 16 quarters. Business spending on intellectual property products added 0.12 percentage point to

the fourth-quarter GDP rate, with software accounting for half of the gain and research and development accounting for the remainder.

Residential fixed investment, often considered a proxy for the housing market, decreased at an annual rate of 9.8% during the fourth quarter. The fourth-quarter decline broke 12 consecutive quarters of growth, with seven of those quarters seeing double-digit rates of growth. This quarter's drop in residential fixed investment subtracted 0.32 percentage point from the fourth-quarter GDP. Residential fixed investment increased 12.0% in 2013 and 12.9% in 2012.

## 1.4 BUSINESS INVENTORIES
Businesses increased their inventories in the fourth quarter the most since the first quarter of 1998. Businesses increased inventories by $127.2 billion in the fourth quarter, following increases of $115.7 billion in the third quarter and $56.6 billion in the second. The change in real private inventories contributed 0.42 percentage point to the fourth-quarter GDP rate, compared with a 1.67-percentage-point contribution in the third quarter.

## 1.5 EXPORTS AND IMPORTS
Exports grew at a rate of 11.4% in the fourth quarter, a sharp acceleration from a rate of 3.9% in the third quarter. Exported goods grew at a rate of 15.1% in the fourth quarter, compared with 5.6% in the previous quarter. Exported services increased at a rate of 3.4% in the fourth quarter after growing at a rate of 0.1% in the third. Exports increased 2.8% in 2013 and 3.5% in 2012.

Imports, which are a subtraction in the calculation of GDP, grew at a 0.9% rate in the fourth quarter, compared with 2.4% in the third quarter. Imported goods grew at a rate of 0.8% in the fourth quarter, down from a rate of 2.4% in the previous quarter. Imported services increased at a rate of 1.5% in the fourth quarter after growing at a rate of 2.5% in the third. Imports increased 1.4% in 2013 and 2.2% in 2012.

Net exports (the value of exports minus the value of imports) added 1.33 percentage points to the fourth-quarter GDP. This was greater than the 0.14-percentage-point contribution they made in the third quarter.

(See Exhibit 4 for historic export and import figures.)

## 2. CONSUMER PRICES AND INFLATION RATES
According to the Bureau of Economic Analysis, the price index for gross domestic purchases increased 1.2% in

the fourth quarter, compared with an increase of 1.8% in the previous quarter. The price index for gross domestic purchases measures prices paid by U.S. residents. Excluding food and energy prices, the price index for gross domestic purchases increased 1.7% in the fourth quarter, compared with an increase of 1.5% in the previous quarter.

The U.S. Department of Labor reported that the Consumer Price Index (CPI) rose 0.3% in December, on a seasonally adjusted basis. CPI was unchanged in November after falling 0.1% in October. CPI is a measure of a basket of products and services—including housing, electricity, food, and transportation—and is used as a measure of inflation. CPI is comprised of three main indexes: the food index, the energy index, and the all items less food and energy index (also known as "Core CPI"). Over the last 12 months, CPI has risen 1.5%.

The food index rose 0.1% in December for its sixth increase in the past seven months. The index for food at home was unchanged in December. The index for non-alcoholic beverages rose 0.5% in December after declining in November. The index for dairy products rose 0.4% in December, while the indexes for meats, poultry, fish, and eggs and for other food at home both rose 0.3%. The fruits and vegetables index declined 1.5% in December, fueled by a steep 2.7% decline in the index for fresh vegetables. The index for food away from home rose 0.1% in December after increasing 0.3% in November. The food index has risen 1.1% over the past 12 months.

The energy index rose 2.1% in December, on a seasonally adjusted basis. The gas index rose 3.1% in December after falling 1.6% in November. The fuel oil index climbed 2.4% in December, while the electricity index rose 0.4%, its fourth consecutive increase. The only major energy index component to decline in December was the index for natural gas, which fell 0.4%, its third consecutive monthly decline. The energy index has risen 0.5% over the past 12 months.

Core CPI, a measure of inflation that excludes volatile food and energy costs, rose 0.1% in December, on a seasonally adjusted basis. The shelter index rose 0.2% in December, its seventh consecutive monthly increase. The rent index increased 0.3% in December, while the index for owners' equivalent rent rose 0.2%. The index for lodging away from home fell 0.3% in December. The apparel index rose 0.9% in December after declining in each of the three previous months. The index for medical care services increased 0.3% in December, while the index for medical care commodities declined 0.8%, with the prescription drugs index dropping 0.9%. The index for tobacco increased 0.6% in December, and the index for personal care rose 0.3%. The new vehicles index was unchanged in December, while the indexes for recreation, household furnishings and operations, and used cars and trucks all fell. Core CPI has risen 1.7% over the past 12 months.

(See Exhibits 2, 4, and 6 for historic and forecasted CPI figures.)

The U.S. Department of Labor reported that the Producer Price Index (PPI) climbed 0.4% in December, on a seasonally adjusted basis. PPI fell 0.1% in November and 0.2% in October. PPI is a gauge of inflation in the manufacturing process that can be a precursor to inflation in consumer prices. PPI is comprised of three main indexes: the food index, the energy index, and the all items less food and energy index (also known as "Core PPI"). Over the last 12 months, PPI has risen 1.2%.

The food index fell 0.6% in December, on a seasonally adjusted basis, following no change in November. In December, the prices for fresh and dry vegetables fell 13.4%, fueling the decline in the food index.

The energy index rose 1.6% in December after declining 0.4% in November. Over half of the December rise in the energy index was attributed to a 2.2% increase in the gas index, though higher prices for diesel fuel and home heating oil were also factors.

Core PPI, which does not include volatile food and energy prices, increased 0.3% in December, its largest advance since July 2012 and its 13th increase in 14 months. Nearly half of the December rise in Core PPI was the result of higher prices for tobacco products, which jumped 3.6%. Higher prices for motor vehicles also contributed to the December Core PPI increase.

(See Exhibit 6 for historic PPI figures.)

## 3. ENERGY PRICES

The Energy Information Administration (EIA) reported that the spot price for a barrel of West Texas Intermediate (WTI) crude oil was $98.90 at the end of the fourth quarter of 2013. This was down from $102.36 per barrel at the end of the previous quarter but up from one year ago, when the price was $91.83 per barrel.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 6: Consumer Price Index and Producer Price Index**



**U.S. Consumer Price Index—Past 24 Months**

**U.S. Consumer Price Index—Past 24 Months With Averages**

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013



**EXHIBIT 6: Consumer Price Index and Producer Price Index, Continued**

**U.S. Producer Price Index—Past 24 Months**

**U.S. Producer Price Index—Past 24 Months With Averages**

Source of data: U.S. Department of Labor.
Note: Core CPI and Core PPI exclude volatile food and energy prices.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

The regular retail gas price (conventional areas) was $3.26 per gallon at the end of the fourth quarter. This was down from $3.35 per gallon at the end of the previous quarter but little changed from one year ago when the price was $3.25 per gallon.

The Henry Hub natural gas spot price was $4.41 per million Btu (MMBtu) at the end of the fourth quarter. This was up sharply from $3.48 per MMBtu at the end of the previous quarter and $3.43 per MMBtu from one year ago.

## 4. INTEREST RATES

The Federal Open Market Committee (FOMC) met twice during the fourth quarter of 2013, issuing two statements on its target for the federal funds rate. As expected, the FOMC continued its pledge to keep its target for the federal funds rate near zero. The federal funds rate is the interest rate at which a commercial bank lends immediately available funds in balances at the Federal Reserve to another commercial bank. The FOMC establishes a target rate and expands or contracts the money supply with the aim that the federal funds rate, a market rate, will approximate the target rate.

The FOMC continued its pledge to leave rates near zero until unemployment falls to 6.5% or lower, provided the outlook for projected inflation for one and two years ahead remains under 2.5%. The FOMC did note, however, that it considers other factors pertaining to the labor markets, inflation pressures and expectations, and readings on financial developments. As such, the FOMC now anticipates, based on its assessment of these factors, that it will likely be appropriate to keep the current target for the federal funds rate well past the time that the unemployment rate drops to below 6.5%, especially if projected inflation continues to run below its 2% longer-run goal.

In its final statement of the year, the FOMC stated that it would reduce its monthly purchases of Treasury securities to a pace of $40 billion per month from $45 billion per month, and agency mortgage-backed securities to a pace of $35 billion per month from $40 billion per month. The FOMC cited an improvement in economic activity and labor market conditions in making its decision to "modestly" reduce the pace of their purchases. The FOMC reiterated that the purchases would continue until the outlook for the labor market has improved substantially in a context of price stability. The goal in making these purchases is to hold down long-term interest rates, making it less expensive for consumers and businesses to borrow, which may stimulate growth.

The FOMC stated that the information it received indicated that the economy continued to expand at a moderate pace. Labor market conditions have shown further signs of improvement, though the unemployment rate continues to remain elevated. The FOMC noted that both household and business spending continued to advance, but the recovery in the housing sector slowed somewhat toward the end of 2013. The FOMC also found that fiscal policy continues to restrain economic growth, although it believes that the extent of the restraint may be diminishing. The FOMC noted that inflation has been running somewhat below its objective of 2%, but it believes that inflation will move back toward the target rate over the medium term.

During the fourth quarter of 2013, the Board of Governors of the Federal Reserve left the discount rate unchanged, at 0.75%. The discount rate is the interest rate a commercial bank is charged to borrow funds, typically for a short period, directly from a Federal Reserve Bank. The board of directors of each Reserve Bank establishes the discount rate every 14 days, subject to the approval of the Board of Governors.

## 5. UNEMPLOYMENT AND PERSONAL INCOME

The U.S. Department of Labor reported that the pace of payroll growth slowed in December. There were 74,000 jobs created in December, well below the median forecast of 197,000 jobs in a Bloomberg survey of economists and below the 241,000 jobs created in November. The December employment report showed that job gains in November were revised upward, while jobs gains in October were unchanged. With those revisions, employment gains in November and October combined were 38,000 higher than previously reported. The December figure brings the three-month payroll growth average to 172,000 jobs per month and the 12-month payroll growth average to 182,000 jobs per month. The White House Council of Economic Advisors noted that the economy has now added private-sector jobs for 46 consecutive months, with private-sector employment increasing by more than 8.2 million over that period. Over the last 12 months, 2.19 million jobs have been added across all sectors.

In December, employment continued to pick up in retail trade (+55,000), with job gains occurring in food and beverage stores (+12,000), clothing and accessories stores (+12,000), general merchandise stores (+8,000), and auto dealers (+7,000). Retail trade added an average of 32,000 jobs per month in 2013.

Wholesale trade added 15,000 jobs in December, with most of the job growth coming from hiring in electronic markets and agents and brokers (+9,000). Wholesale trade added an average of 8,000 jobs per month in 2013.

Employment in professional and business services continued to rise in December, adding 19,000 jobs. Within the sector, temporary help services added 40,000 jobs in December, while employment in accounting and bookkeeping services declined by 25,000. Job growth in professional and business services averaged 53,000 per month in 2013.

Manufacturing employment rose in December (+9,000), fueled by hiring in primary metals (+4,000) and petroleum and coal products (+2,000). Jobs in electronic instruments fell (-4,000). Manufacturing added 77,000 jobs in 2013, compared with an increase of 154,000 jobs in 2012.

Mining employment rose by 5,000 jobs in December and added a total of 29,000 jobs in 2013.

The healthcare sector dropped by 6,000 jobs in December. Employment gains in healthcare averaged 17,000 per month in 2013, compared with an average monthly gain of 27,000 in 2012.

Employment in information fell in December (-12,000), driven by a decline in the motion picture and sound recording industry (-14,000). Employment in information was essentially unchanged in 2013.

Construction employment declined in December (-16,000), though the sector added an average of 10,000 jobs per month in 2013. Employment in nonresidential specialty trade contractors declined in December (-13,000), possibly reflecting unusually cold weather in parts of the country.

The U.S. Department of Labor reported that employment in other major industries, including transportation and warehousing, financial activities, leisure and hospitality, and government, changed little in December.

The unemployment rate (also known as the U3 unemployment rate) fell to 6.7% in December, or approximately 10.4 million unemployed, from 7.0% in November. This was the lowest unemployment rate since October 2008. The U3 unemployment rate is the official unemployment rate per the International Labour Organization definition and occurs when people who have actively looked for work within the past four weeks are still without jobs.

The labor-force participation rate fell by 0.2 percentage point to 62.8% in December. The employment-population ratio—the share of the working-age population with a job—was unchanged in December at 58.6%.

The percentage of unemployed who have been out of work for 27 weeks or longer rose to 37.7% in December from 37.4% in November. The average unemployment duration was unchanged in December at 37.1 weeks.

If the economy added 208,000 jobs a month, which was the average monthly rate for the best year of job creation in the 2000s, then the Hamilton Project calculates it will take until September 2018 to close the "jobs gap" left by the recession. The jobs gap is the number of jobs that the U.S. economy needs to create to return to prerecession employment levels while also absorbing the people who enter the labor force each month. At a pace of 172,000 per month, which is the average growth rate over the last three months, the Hamilton Project calculates that it would take until March 2020 to fill the U.S. job gap. The Hamilton Project was launched in 2006 as an economic policy initiative at the Brookings Institution. The Hamilton Project is guided by an advisory council of academics, business leaders, and former public policymakers.

The Economic Policy Institute finds that the U.S. currently needs 7.9 million jobs to return to the prerecession unemployment rate. At the current three-month average growth rate of 172,000 jobs per month, Economic Policy Institute calculates that it would take nearly six years to regain prerecession labor market conditions.

The rate of another category of unemployment, U6, remained at 13.1% in December. U6 unemployment is broader than U3 and includes "marginally attached workers" and people who are looking for and want full-time work but have settled for part-time employment. Marginally attached workers are people who are not actively looking for work but who have indicated that they want a job and have looked for work (without success) sometime in the past 12 months. This class also includes "discouraged workers," those who have completely given up on finding a job because they feel they would be unable to find one.

(See Exhibits 2, 4, and 7 for historic and forecasted unemployment figures.)

Average hourly earnings for all private-sector employees rose 2 cents in December, to $24.17. Over the last year, average hourly earnings for all private-sector employees

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

**EXHIBIT 7: U.S. Employment**



ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 7: U.S. Employment, Continued**



Source of data: U.S. Department of Labor.

Notes: U3 is the official unemployment rate per the International Labour Organization definition and occurs when people are without jobs and they have actively looked for work within the past four weeks. U6 unemployment is broader than U3 to include "marginally attached workers" and people who are looking for and want full-time work but have to settle on part-time employment. "Marginally attached workers" are people who are not actively looking for work, but who have indicated that they want a job and have looked for work (without success) sometime in the past 12 months. This class also includes "discouraged workers" who have completely given up on finding a job because they feel that they just won't find one.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

have increased 42 cents, or 1.8%. Average hourly earnings for private-sector production and nonsupervisory employees rose by 3 cents in December, to $20.35. Over the last 12 months, average hourly earnings for private-sector production and nonsupervisory employees have increased 42 cents, or 2.1%. The average workweek for all private workers declined by 0.1 hour in December to 34.4 hours.

The Bureau of Economic Analysis reported that current-dollar personal income increased $69.4 billion (+2.0%) in the fourth quarter, after increasing by $140.0 billion (+4.0%) in the previous quarter. The BEA found that this was primarily the result of downturns in personal dividend income and in farm proprietors' income, and a deceleration in personal current transfer receipts. This was partly offset by an acceleration in wages and salaries.

Personal current taxes increased $23.7 billion in the fourth quarter, compared with a decrease of $11.0 billion in the third quarter.

Disposable personal income increased $45.7 billion (+1.5%) in the fourth quarter, compared with an increase of $151.0 billion (+5.0%) in the third. Real disposable personal income increased 0.8% in the fourth quarter, compared with an increase of 3.0% in the previous quarter.

Personal outlays increased $118.6 billion (+4.0%) in the fourth quarter, compared with an increase of $113.4 billion (+3.9%) in the third. Personal saving—disposable personal income less personal outlays—was $545.1 billion in the fourth quarter, down from $618.0 billion in the third.

The personal saving rate—saving as a percentage of disposable personal income—was 4.3% in the fourth quarter, down from 4.9% in the previous quarter.

## 6. CONSUMER CONFIDENCE AND BUSINESS OPTIMISM

The Conference Board's Consumer Confidence Index rose to 78.1 in December from a reading of 72.0 in November. The December rise broke a three-month consecutive decline. The December reading was above economists' forecasts, as the consensus forecast of economists surveyed by Bloomberg was 76.0. Sentiments toward current conditions increased to a five-and-a-half-year high, as consumers viewed both economic and labor market conditions more favorably. Looking ahead, consumers

expressed increasing confidence in future economic and job prospects but were less optimistic about their earnings prospects. The report noted that consumers were more optimistic overall at the end of 2013 than when the year began.

The Present Situation Index component increased to 76.2 in December from 73.5 in November. The percentage of respondents claiming jobs were "hard to get" decreased to 32.5% from 34.1% in the month before, while those claiming that jobs were "plentiful" rose somewhat to 12.2% from 12.0%. Those who believed business conditions were "good" declined to 19.6% from 20.4% in the month before, while those saying business conditions were "bad" fell to 22.6% from 24.6%.

The Expectations Index rose to 79.4 in December from 71.1 in November. The percentage of respondents who expected business conditions to improve over the next six months rose to 17.2% from 16.7%, while the percentage of those expecting business conditions to worsen decreased to 14.0% from 16.1%. The percentage of respondents who anticipated more jobs in the months ahead jumped to 17.1% from 13.1%, and those anticipating fewer jobs decreased to 19.0% from 21.4%. Those expecting their incomes to increase declined to 13.9% from 15.3%, while those expecting their incomes to decrease fell to 14.0% from 15.5%.

The Consumer Confidence Index is an indicator designed to measure the degree of optimism about the state of the economy that consumers are expressing through their savings and spending. A month-on-month decreasing trend in the Consumer Confidence Index suggests consumers have a negative outlook on their ability to secure and retain good jobs, whereas a rising trend in consumer confidence indicates improvements in consumer buying patterns. Opinions on current conditions make up 40% of the index (the Present Situation Index), while expectations of future conditions comprise the remaining 60% (the Expectations Index).

The Thomson Reuters/University of Michigan's Index of Consumer Sentiment rose to 82.5 in December from a reading of 75.1 in November. This was a five-month high for the index. The December reading was slightly below expectations, as the median forecast from economists surveyed by Bloomberg called for a reading of 83.0. The Expectations Index rose to 72.1 in December from 66.8 in November, while the Current Conditions Index rose sharply to 98.6 from 88.0.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 8: Consumer Confidence and Small Business Optimism**



ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 8: Consumer Confidence and Small Business Optimism, Continued**



Source of data: The Conference Board, Thomson Reuters/University of Michigan, National Federation of Independent Business.
Notes:
* Thomson Reuters/University of Michigan Index of Consumer Sentiment
** The Conference Board Consumer Confidence Index®
*** National Federation of Independent Business Small Business Optimism Index
**** Wells Fargo/Gallup Small Business Index

Confidence rose significantly in households with incomes less than $75,000 in December, while higher income households maintained the same level of confidence they exhibited in the prior month. The end of the government shutdown eased consumers' concerns about the economy, but it did nothing to improve consumers' confidence in the government's economic policies. The majority of December's gain in confidence reflected consumers' more favorable attitudes toward buying, as well as improved short-term prospects for the economy. The survey found that consumers' attitudes toward buying homes, vehicles, and household durable goods all rose in December.

Consumers' personal financial situations improved slightly in December, due in large part to rising home values and stock prices. While all households experienced an increase in home values and stocks, the gains were most pronounced among households in the top third of incomes. While households in the top third of incomes expected the greatest nominal income gains over the year ahead, no income group anticipated rising inflation-adjusted incomes.

Consumers reported hearing more news of job gains, leading them to anticipate that the unemployment rate would decline over the next year. They cited a strengthening economy as a reason for the expected decline in unemployment, although they believed the economy was vulnerable to setbacks in the long term.

The Thomson Reuters/University of Michigan's Survey of Consumers is a rotating panel survey based on a nationally representative sample that gives each household in the contiguous U.S. an equal probability of being selected. Interviews are conducted by telephone throughout the month. The Index of Consumer Sentiment is composed of the Expectations Index and the Current Conditions Index and is intended to gauge how consumers feel the economic environment will change. The survey's Index of Consumer Expectations is an official component of the U.S. Leading Economic Index.

The National Federation of Independent Business (NFIB) reported that the Small Business Optimism Index increased 1.4 points to 93.9 in December. Overall, half of the index's 10 components rose, while two remained unchanged, and three declined. The main highlights noted in the report were the frequency of reported capital outlays over the past six months, which hit its highest level since early 2005, and the number of owners who increased employment, which reached its best reading

since February 2006. Despite the December increase, the report noted that the index remains 6.0 points below the prerecession average.

The percentage of owners reporting higher nominal sales over the past three months compared to the prior three months was unchanged. However, the percentage of owners expecting higher real sales volumes rose 5.0 points. The report found that inventory reduction continued, though at a somewhat slower pace than in November. The net percentage of owners reporting higher worker compensation rose, reaching its best reading since 2007, though the percentage of owners planning to raise compensation in the coming months retreated slightly from November.

The Small Business Optimism Index is compiled from a survey of the NFIB's 350,000 members that it conducts each month. NFIB, founded in 1943, began conducting its survey quarterly in 1974, transitioning to a monthly survey in 1986. The index is a composite of 10 seasonally adjusted components based on questions about the following: plans to increase employment, plans to make capital outlays, plans to increase inventories, whether members expect the economy will improve, whether they expect real sales will be higher, current inventory, current job opening, expected credit conditions, whether now is a good time to expand, and earnings trend. Analysts watch the index because small businesses are responsible for the majority of new job creation and the NFIB focuses on this sector of the economy.

The Q4 2013 Wells Fargo/Gallup Small Business Index report noted that the index dropped 1.0 point to a reading of 24.0. While this is the index's second highest reading in the last five years, it is below prerecession levels. Business owners reported that their top concern was finding new business. Other concerns included the economy, healthcare, and the government. The survey found that almost one-quarter of small business owners expected a better business-operating environment in 2014, while half of the respondents expected the operating environment to be about the same as it is this year.

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small-business owners on current and future perceptions of their business's financial situation. The Small Business Index is published once a quarter. The Small Business Index consists of owners' ratings of their business's current situation and their expectations for the next 12 months, measured in terms of their overall financial situation, revenue, cash flow, capital

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

spending, number of jobs, and ease of obtaining credit. Prior to the recession and financial crisis of 2008-2009, Small Business Index scores were generally in triple digits. The Small Business Index reached its peak of 114.0 in December 2006 and hit its low point of -28.0 in July 2010.

(See Exhibit 8 for consumer confidence, consumer sentiment, and business optimism figures.)

## 7. STOCK MARKETS AND VOLATILITY

The major stock indexes made sizable gains in the fourth quarter, with T. Rowe Price noting that many reached record highs. The S&P 500 experienced its best year since 1997, while the Dow Jones Industrial Average had its biggest annual gain since 1995. All 10 of the S&P 500's sectors had positive gains in the fourth quarter. T. Rowe Price reported that large-cap stocks outperformed small- and mid-cap stocks in the fourth quarter, though the latter generally had better gains for the year. For large-cap stocks, growth stocks moderately outpaced value stocks, while the inverse was true for smaller-cap stocks.

The Dow Jones Industrial Average (Dow) rose 9.6% in the fourth quarter and 26.5% for the year. Including dividends, the Dow's total return was 10.2% in the fourth quarter and 29.7% in 2013, according to T. Rowe Price. The Dow is an index of 30 of the largest and most widely held public companies in the U.S. and is considered the most-watched index in the world.

The NASDAQ Composite index (NASDAQ), consisting mainly of high-tech stocks, rose 10.7% in the fourth quarter and 38.3% in 2013. Including dividends, the NASDAQ's total return was still 10.7% for the fourth quarter and 38.3% for the year.

The S&P 500 rose 9.9% in the fourth quarter and 29.6% for the year. Including dividends, the S&P 500's total return was 10.5% in the fourth quarter and 32.4% in 2013. The S&P 500 consists of a representative sample of 500 leading companies of the U.S. economy and is one of the most commonly used benchmarks for the overall U.S. stock market.

The Wilshire 5000 index rose 9.6% in the fourth quarter and 31.4% for the year. The total return for the Wilshire 5000 was 33.1% in 2013. The Wilshire 5000 accounts for virtually every U.S.-based publicly traded company listed on the major exchanges with readily accessible price information.

The Russell 2000 index rose 8.4% this quarter and was 37.0% for 2013. The total return for the Russell 2000 was 8.7% in the fourth quarter and 38.8% in 2013. The Russell 2000 Index serves as a benchmark for small-cap stocks in the U.S. stock market.

(See Exhibit 9 for stock price figures.)

The Chicago Board Options Exchange Volatility Index (VIX)—a popular volatility measure—began the fourth quarter at 16.60 and ended at 13.72. The highest closing VIX reading in the fourth quarter was 20.34, compared with last quarter's high of 17.01. The average VIX reading in the third quarter was 14.23, compared to 14.28 last quarter.

The VIX represents the implied volatility of 30-day options on the Standard & Poor's 500 stocks and has been termed by analysts and investors as the "fear gauge." Accordingly, the VIX represents the expected volatility of the market, as represented by the S&P 500. Stock market professionals use the VIX to gauge investor sentiment.

Investopedia says the following: "VIX values greater than 30 are generally associated with a large amount of volatility as a result of investor fear or uncertainty, while values below 20 generally correspond to less stressful, even complacent, times in the markets."

(See Exhibit 9 for VIX figures.)

## 8. BOND MARKETS

T. Rowe Price reported that high-yield corporate bonds posted the highest returns among the fixed asset classes in the fourth quarter. Investment-grade bonds also saw gains in the fourth quarter, though not nearly as much as those of high-yield debt. The increase in Treasury yields impacted investment-grade bonds in the fourth quarter, though a narrowing of credit spreads more than offset those negative price effects. The gridlock in Washington, D.C., over the debt limit had little effect on the Treasury market, as only the yields on Treasury bills maturing in late October and early November temporarily moved significantly higher. T. Rowe Price also found that emerging market debt and municipal bonds both rebounded in the fourth quarter after a big sell off this summer, while non-U.S. developed market government bonds posted mixed results. The December news that the Federal Reserve would taper its purchases of agency mortgage backed securities created selling pressure and caused the class to decline.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

## EXHIBIT 9: Stock Market Historical Data

### QUARTERLY RETURNS

| (%) | 1Q 11 | 2Q 11 | 3Q 11 | 4Q 11 | 1Q 12 | 2Q 12 | 3Q 12 | 4Q 12 | 1Q 13 | 2Q 13 | 3Q 13 | 4Q 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DJIA | 6.4 | 0.8 | -12.1 | 12.0 | 8.1 | -2.5 | 4.3 | -2.5 | 11.3 | 2.3 | 1.5 | 9.6 |
| NASDAQ Composite | 4.8 | -0.3 | -12.9 | 7.9 | 18.7 | -5.1 | 6.2 | -3.1 | 8.2 | 4.2 | 10.8 | 10.7 |
| S&P 500 | 5.4 | -0.4 | -14.3 | 11.2 | 12.0 | -3.3 | 5.8 | -1.0 | 10.0 | 2.4 | 4.7 | 9.9 |
| Wilshire 5000** | 5.5 | -0.6 | -15.6 | 11.4 | 12.2 | -3.7 | 5.5 | -0.3 | 10.7 | 2.4 | 5.8 | 9.6 |
| Russell 2000 | 7.6 | -1.9 | -22.1 | 15.0 | 12.1 | -3.8 | 4.9 | 1.4 | 12.0 | 2.7 | 9.9 | 8.4 |

### YEARLY RETURNS / FORECAST*

| (%) | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| DJIA | 16.3 | 6.4 | -33.8 | 18.8 | 11.0 | 5.5 | 7.3 | 26.5 | | |
| NASDAQ Composite | 9.5 | 9.8 | -40.5 | 43.9 | 16.9 | -1.8 | 15.9 | 38.3 | | |
| S&P 500 | 11.8 | 3.5 | -38.5 | 23.5 | 12.8 | 0.0 | 13.4 | 29.6 | 1.4 | 3.9 |
| Wilshire 5000** | 13.9 | 3.9 | -38.7 | 23.3 | 19.2 | -1.3 | 13.7 | 31.4 | | |
| Russell 2000 | 14.7 | -2.7 | -34.8 | 25.2 | 25.3 | -5.5 | 14.6 | 37.0 | | |

### MONTHLY DATA

| | 1/13 | 2/13 | 3/13 | 4/13 | 5/13 | 6/13 | 7/13 | 8/13 | 9/13 | 10/13 | 11/13 | 12/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DJIA | 13,860.58 | 14,054.49 | 14,578.54 | 14,839.80 | 15,115.57 | 14,909.60 | 15,499.54 | 14,810.31 | 15,129.67 | 15,545.75 | 16,086.41 | 16,576.66 |
| NASDAQ Composite | 3,142.13 | 3,160.19 | 3,267.52 | 3,328.79 | 3,455.91 | 3,403.25 | 3,626.37 | 3,589.87 | 3,771.48 | 3,919.71 | 4,059.89 | 4,176.59 |
| S&P 500 | 1,498.11 | 1,514.68 | 1,569.19 | 1,597.57 | 1,630.74 | 1,606.28 | 1,685.73 | 1,632.97 | 1,681.55 | 1,756.54 | 1,805.81 | 1,848.36 |
| Wilshire 5000** | 15,824.33 | 15,993.70 | 16,598.27 | 16,864.44 | 17,212.41 | 16,992.14 | 17,890.61 | 17,352.12 | 17,982.43 | 18,711.92 | 19,201.96 | 19,706.03 |
| Russell 2000 | 902.09 | 911.11 | 951.54 | 947.46 | 984.15 | 977.48 | 1,045.26 | 1,010.90 | 1,073.79 | 1,100.15 | 1,142.89 | 1,163.64 |
| VIX*** | 14.68 | 18.99 | 15.36 | 17.56 | 16.30 | 20.49 | 16.44 | 17.01 | 16.61 | 20.34 | 13.91 | 16.21 |

| | 1Q 10 | 2Q 10 | 3Q 10 | 4Q 10 | 1Q 11 | 2Q 11 | 3Q 11 | 4Q 11 | 1Q 12 | 2Q 12 | 3Q 12 | 4Q 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DJIA | 10,856.63 | 9,774.02 | 10,788.05 | 11,577.51 | 12,319.73 | 12,414.34 | 10,913.38 | 11,577.51 | 13,212.04 | 12,880.09 | 13,437.13 | 13,104.14 |
| NASDAQ Composite | 2,397.96 | 2,109.24 | 2,368.62 | 2,652.87 | 2,781.07 | 2,773.52 | 2,415.40 | 2,652.87 | 3,091.57 | 2,935.05 | 3,116.23 | 3,019.51 |
| S&P 500 | 1,169.43 | 1,030.71 | 1,141.20 | 1,257.64 | 1,325.83 | 1,320.64 | 1,131.42 | 1,257.64 | 1,408.47 | 1,362.16 | 1,440.67 | 1,426.19 |
| Wilshire 5000** | 12,222.30 | 10,823.31 | 12,020.91 | 13,360.12 | 14,101.30 | 14,023.08 | 11,842.12 | 13,189.94 | 14,805.55 | 14,258.42 | 15,044.22 | 14,995.11 |
| Russell 2000 | 678.64 | 609.49 | 676.14 | 783.65 | 843.55 | 827.43 | 644.16 | 783.65 | 830.30 | 798.49 | 837.45 | 849.35 |
| VIX*** | 19.26 | 36.57 | 23.89 | 21.36 | 29.40 | 22.73 | 48.00 | 30.59 | 20.84 | 26.66 | 17.98 | 21.79 |

### YEARLY DATA / FORECAST*

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DJIA | 10,717.50 | 12,463.15 | 13,264.82 | 8,776.39 | 10,428.05 | 11,577.51 | 12,217.56 | 13,104.14 | 16,576.66 | | |
| NASDAQ Composite | 2,205.32 | 2,415.29 | 2,652.28 | 1,577.03 | 2,269.15 | 2,652.87 | 2,605.15 | 3,019.51 | 4,176.59 | | |
| S&P 500 | 1,248.29 | 1,418.30 | 1,468.36 | 903.25 | 1,115.10 | 1,257.64 | 1,257.60 | 1,426.19 | 1,848.36 | 1875.00 | 1948.50 |
| Wilshire 5000** | 12,517.70 | 14,257.50 | 14,819.60 | 9,087.20 | 11,207.34 | 13,360.12 | 13,189.94 | 14,995.11 | 19,706.03 | | |
| Russell 2000 | 673.22 | 787.66 | 766.03 | 499.45 | 625.39 | 783.65 | 740.92 | 849.35 | 1163.64 | | |
| VIX*** | 17.74 | 23.81 | 31.09 | 80.86 | 56.65 | 45.79 | 48.00 | 26.66 | 20.49 | | |

Source of data: Yahoo! Finance
Index Tickers: ^DJI, ^IXIC, ^GSPC, ^W5000, ^RUT, ^VIX
Notes: Quotes are closing prices on the last day of trade for the month.
*Source: The Livingston Survey, June 6, 2012
**Prior to November 2009, the Wilshire 5000 was managed by the Dow Jones company and went by the name "Dow Jones Wilshire 5000" and carried the symbol ^DWC.
***VIX values reported are the highest value of the respective time period. VIX is a popular volatility measure; higher values correspond to greater volatility.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

## EXHIBIT 10: Bond Market Historical Data

| | PERIODIC DATA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10/13 | | | 11/13 | | | 12/13 | | |
| (%) | BM | MM | EM | BM | MM | EM | BM | MM | EM |
| 30-day Treasury Bill[1] | 0.10 | 0.32 | 0.03 | 0.03 | 0.06 | 0.05 | 0.02 | 0.02 | 0.01 |
| 5-year Treasury Note[1] | 1.42 | 1.45 | 1.31 | 1.37 | 1.36 | 1.37 | 1.43 | 1.55 | 1.75 |
| 10-year Treasury Bond[1] | 2.66 | 2.75 | 2.57 | 2.65 | 2.71 | 2.75 | 2.81 | 2.89 | 3.04 |
| 20-year Treasury Bond[1] | 3.43 | 3.50 | 3.33 | 3.40 | 3.50 | 3.54 | 3.58 | 3.63 | 3.72 |
| Prime lending rate | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| Federal funds rate | 0.08 | 0.10 | 0.07 | 0.08 | 0.09 | 0.07 | 0.09 | 0.09 | 0.07 |
| Discount window primary credit rate | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Corporate Bonds Moody's Seasoned Aaa[4] | 4.59 | 4.62 | 4.48 | 4.54 | 4.65 | 4.62 | 4.67 | 4.65 | 4.57 |
| Corporate Bonds Moody's Seasoned Baa[4] | 5.42 | 5.41 | 5.22 | 5.29 | 5.41 | 5.36 | 5.41 | 5.39 | 5.37 |

Notes: BM=beginning of month, MM = mid-month, EM = end of month

| | MONTHLY DATA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (%) | 10/12 | 11/12 | 12/12 | 1/13 | 2/13 | 3/13 | 4/13 | 5/13 | 6/13 | 7/13 | 8/13 | 9/13 |
| 30-day Treasury Bill[1] | 0.11 | 0.12 | 0.04 | 0.05 | 0.08 | 0.08 | 0.05 | 0.02 | 0.03 | 0.02 | 0.04 | 0.02 |
| 5-year Treasury Note[1] | 0.71 | 0.67 | 0.70 | 0.81 | 0.85 | 0.82 | 0.71 | 0.84 | 1.20 | 1.40 | 1.52 | 1.60 |
| 10-year Treasury Bond[1] | 1.75 | 1.65 | 1.72 | 1.91 | 1.98 | 1.96 | 1.76 | 1.93 | 2.30 | 2.58 | 2.74 | 2.81 |
| 20-year Treasury Bond[1] | 2.51 | 2.39 | 2.47 | 2.68 | 2.78 | 2.78 | 2.55 | 2.73 | 3.07 | 3.31 | 3.49 | 3.53 |
| Prime lending rate[2] | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| Federal funds rate[2] | 0.16 | 0.16 | 0.16 | 0.14 | 0.15 | 0.14 | 0.15 | 0.11 | 0.09 | 0.09 | 0.08 | 0.08 |
| Discount window primary credit rate[2] | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Corporate Bonds Moody's Seasoned Aaa[4] | 3.47 | 3.50 | 3.65 | 3.80 | 3.90 | 3.93 | 3.73 | 3.89 | 4.27 | 4.34 | 4.54 | 4.64 |
| Corporate Bonds Moody's Seasoned Baa[4] | 4.58 | 4.51 | 4.63 | 4.73 | 4.85 | 4.85 | 4.59 | 4.73 | 5.19 | 5.32 | 5.42 | 5.47 |

| | YEARLY DATA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (%) | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| 30-day Treasury Bill[1] | 1.27 | 3.00 | 4.75 | 4.41 | 1.29 | 0.10 | 0.11 | 0.04 | 0.07 | 0.05 |
| 5-year Treasury Note[1] | 3.43 | 4.05 | 4.75 | 4.43 | 2.80 | 2.20 | 1.93 | 1.52 | 0.76 | 1.17 |
| 10-year Treasury Bond[1] | 4.27 | 4.29 | 4.80 | 4.63 | 3.66 | 3.26 | 3.22 | 2.78 | 1.80 | 2.35 |
| 20-year Treasury Bond[1] | 5.04 | 4.64 | 5.00 | 4.91 | 4.36 | 4.11 | 4.03 | 3.62 | 2.54 | 3.12 |
| Prime lending rate[3] | 4.34 | 6.19 | 7.96 | 8.05 | 5.09 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| Federal funds rate[3] | 1.35 | 3.22 | 4.97 | 5.02 | 1.92 | 0.16 | 0.18 | 0.10 | 0.14 | 0.11 |
| Discount window primary credit rate[3] | 2.34 | 4.19 | 5.96 | 5.86 | 2.39 | 0.50 | 0.72 | 0.75 | 0.75 | 0.75 |
| Corporate Bonds Moody's Seasoned Aaa[4] | 5.63 | 5.23 | 5.59 | 5.56 | 5.63 | 5.31 | 4.94 | 4.64 | 3.67 | 4.23 |
| Corporate Bonds Moody's Seasoned Baa[4] | 6.39 | 6.06 | 6.48 | 6.48 | 7.44 | 7.29 | 6.04 | 5.66 | 4.94 | 5.10 |

Source of data: The Federal Reserve Board.
Notes:
(1) Yields on actively traded non-inflation-indexed issues adjusted to constant maturities (2) Monthly figures are averages of each calendar day in the month (3) Annualized figures use a 360-day year or bank interest (4) Average yield to maturity on selected long-term bonds

The 30-day T-bill rate was 0.01% at the end of the fourth quarter, down slightly from 0.03% at the end of third. The five-year Treasury ended the fourth quarter with a yield of 1.75%, up from 1.39% at the end of the previous quarter.

The 10-year Treasury bond yield was 3.04% at the end of the fourth quarter, up from a yield of 2.64% at the end of the previous quarter. The 20-year Treasury bond yield was 3.72% at the end of the fourth quarter, up from 3.44% at the end of the previous quarter.

Moody's seasoned Aaa and Baa corporate bonds ended the fourth quarter with a yield of 4.57% and 5.37%, respectively, little changed from yields of 4.56% and 5.39% at the end of the previous quarter.

The prime lending rate was 3.25% at the beginning of the fourth quarter and remained there through the end of December. The discount window (primary credit) remained at 0.75% during the fourth quarter.

(See Exhibits 2, 10, 11, and 12 for historic and forecasted Treasury, bond, and federal funds rate figures.)

## 9. CONSTRUCTION

According to the U.S. Census Bureau, privately owned housing starts in December were at a seasonally adjusted annual rate of 999,000, down 9.8% from the previous month but up 11.9% from one year ago. The construction of single-family homes fell 7.0% in December but was up 7.6% from one year ago. The construction of multifamily homes dropped 17.9% in December and was down 9.6% from one year ago. The multifamily home sector, which consists of buildings with five units or more, tends to be more volatile than the single-family home sector.

(See Exhibits 2 and 4 for historic and forecasted housing starts figures.)

Building permit authorizations for privately owned housing units, considered a good leading indicator of demand for new homes, were at a seasonally adjusted rate of 986,000 in December. This was down 3.0% from November's rate but was up 4.6% from one year ago. Building permits for single-family housing units fell 4.8% in December but were up 4.5% from one year ago. Building permits for multifamily housing units declined 0.6% in December but were up 6.4% from one year ago.

(See Exhibit 4 for building permit authorization figures.)

The U.S. Census Bureau reported that overall spending on construction was at a seasonally adjusted annual rate of $930.5 billion in December. This figure was 0.1% above the November rate of $929.9 billion and 5.3% above the $883.6 billion rate from one year ago. Overall construction spending amounted to $898.4 billion in 2013, 4.8% above the $857.0 billion spent in 2012.

Spending on all private construction was at a seasonally adjusted annual rate of $663.9 billion in December, 1.0% above the November rate of $657.1 billion and 8.0% above the rate from one year ago. Private residential construction spending was at a seasonally adjusted annual rate of $352.6 billion in December, up 2.6% from the rate of $343.8 billion in November and 18.3% above the rate from one year ago. Private nonresidential construction was at a seasonally adjusted annual rate of $311.3 billion in December, 0.7% below the November rate of $313.4 billion and 1.7% below the rate from a year ago.

The total value of private construction was $627.2 billion in 2013, up 8.5% from the amount spent in 2012. Spending on residential construction was $330.7 billion in 2013, up 18.0% from the amount spent in 2012. Spending on nonresidential private construction was $296.5 billion in 2013, down 1.5% from 2012.

The seasonally adjusted annual rate of total public construction spending was $266.6 billion in December, down 2.3% from the November rate of $272.8 billion and down 0.7% from a year ago. Educational construction was at a seasonally adjusted annual rate of $58.2 billion in December, 7.2% below the November rate of $62.7 billion and down 10.8% from a year ago. Highway and street construction was at a seasonally adjusted annual rate of $84.0 billion in December, 1.8% above the November rate of $82.5 billion and 11.3% above from the rate one year ago.

The total value of public construction was $271.2 billion in 2013, down 2.8% from the amount spent in 2012. Spending on educational construction was $62.4 billion in 2013, 8.4% below the amount spent in the previous year. Spending on highway and street construction was $81.1 billion in 2013, 1.0% above the amount spent in 2012.

## 10. MANUFACTURING

The Federal Reserve reported that total industrial production rose 0.3% in December, following a 1.0% rise in November and a 0.3% increase in October. Industrial

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

production is an output measure of the industrial sector of the economy. The industrial sector includes manufacturing, mining, and utilities, with manufacturing accounting for approximately 75% of total industrial production. The December reading was on par with economists' forecasts, as the median forecast of economists surveyed by Reuters expected an increase of 0.3%. For the fourth quarter as a whole, industrial production rose at an annual rate of 6.8%, the largest quarterly increase since the second quarter of 2010. Industrial production was up 3.7% from one year ago.

Manufacturing output rose by 0.4% in December, its fifth consecutive monthly increase. Manufacturing output rose



EXHIBIT 11: Treasury Historical Data



EXHIBIT 12: Prime Lending and Federal Funds Historical Data

at an annual rate of 6.2% in the fourth quarter and was up 2.6% from its level a year earlier. The manufacturing output of durable goods rose 0.1% in December. The largest gains (~1.5%) came from primary metals; electrical equipment, appliances, and components; and motor vehicles and parts. The largest declines (~2.0%) came from wood products and machinery. For the fourth quarter, the output of durable goods grew at an annual rate of 8.8%, as the indexes for all of its major components increased. The output of nondurable goods increased 0.9% in December. All of the major categories in nondurable goods, except textile and product mills, increased in December. For the fourth quarter, the index for nondurable goods manufacturing rose at an annual rate of 4.1%, with gains widespread among its major categories.

The output of utilities fell 1.4% in December, after rising 3.0% in November and 1.0% in October. Both the output of electric utilities and natural gas declined in December. For the fourth quarter, the output of utilities rose at an annual rate of 18.6% after having declined at a rate of 6.4% in the third quarter. The output of utilities was up 7.6% from one year ago. Mining rose 0.8% in December following growth of 1.9% in November and a decline of 1.5% in October. Mining output grew at an annual rate of 2.8% in the fourth quarter and was up 6.6% from one year ago.

(See Exhibit 1 for historical and forecasted industrial production figures.)

Industrial capacity utilization rose 0.1 percentage point to 79.2% in December. Capacity utilization is the percentage of production capacity manufacturers actually use. The December capacity utilization rate is 1.8 percentage points above its level from a year earlier but 1.0 percentage point below its long-run average between 1972 and 2012.

The U.S. Census Bureau announced that new orders for manufactured durable goods decreased $10.3 billion (4.3%) in December, to $229.3 billion. December's decrease in new orders followed an increase of 2.6% in November and a decline of 0.7% in October. Excluding defense, new orders fell 3.7% in December after rising 2.7% in November. Excluding the volatile transportation orders, new orders decreased 1.6% in December after rising 0.1% in November. Orders for transportation equipment fell 9.5% in December after increasing 7.9% in November and falling 3.5% in October. New orders for nondefense capital goods excluding volatile aircraft orders—an indicator of business spending strength—fell

1.3% in December after rising 2.6% in November and declining 0.6% in October.

The Institute for Supply Management (ISM) reported that its Manufacturing Index (PMI) declined to 57.0% in December from 57.3% in November, which was the highest reading since April 2011. PMI is an indicator of the economic health of the manufacturing sector and is based on data compiled from purchasing and supply executives nationwide. Of the 18 manufacturing sectors surveyed in December, 13 reported growth. The ISM noted that comments from the panel generally found December to be a solid month, with the second half of 2013 being characterized by continuous growth and momentum in the manufacturing sector.

The December PMI reading was above forecasts, as the median forecast from a Bloomberg survey of economists was 56.8%. The component for new orders rose 0.6 percentage point to 64.2% in December, marking its seventh consecutive monthly reading indicating growth in new orders. The component for production dropped 0.6 percentage point to 62.2% but remained at a level signaling production growth for the seventh consecutive month. The employment component rose 0.4 percentage point to 56.9%, the highest reading since June 2011 and indicating an expansion in manufacturing hiring for the sixth consecutive month. The component for order backlog declined by 2.5 percentage points to 51.5% but remained at a level indicating expanding backlogs for the third consecutive month.

The December PMI reading of 57.0% was above the 12-month average of 53.9% but was below the 12-month high of 57.3%.

A reading above 50% indicates that the manufacturing economy is generally expanding; a reading below 50% indicates that it is generally contracting. A PMI in excess of 42.5%, over a period of time, generally indicates an expansion of the overall economy. Therefore, the December PMI indicates an expansion in the manufacturing sector for the seventh consecutive month and growth in the overall economy for the 55th consecutive month.

(See Exhibits 4 and 13 for historical PMI figures.)

## 11. SERVICES

The ISM reported that its Non-Manufacturing Index (NMI) fell to 53.0% in December from a reading of 53.9% in November. The December NMI reading was below the

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

**EXHIBIT 13: Manufacturing, Services, and Housing Indicators**



Source of data: Institute for Supply Management and the National Association of Home Builders.
Notes: PMI is the Institute of Supply Management's Manufacturing Index—any reading above 50.0% suggests growth in the manufacturing economy, whereas a reading below 50.0% indicates contraction. NMI is the Institute of Supply Management's Non-Manufacturing Index, which measures the strength of the services sector—any reading above 50.0% suggests growth, whereas a reading below 50.0% indicates contraction. HMI is the National Association of Home Builders/Wells Fargo Housing Market Index—any reading over 50 indicates that more builders view sales conditions as good than poor.

median forecast of 54.7% in a Bloomberg survey of economists. NMI measures the strength of the services sector and is based on data compiled from purchasing and supply executives nationwide. Of the 18 nonmanufacturing sectors surveyed in December, eight reported growth. While new orders declined, the respondents' comments mostly reflected that business conditions were stable.

The component that measures business activity fell 0.3 percentage point to 55.2% in December but remained at a level signifying growth in business activity. Of the surveyed industries, nine reported increased business activity, six reported decreased activity, and the rest reported no change. The new orders component of the index fell sizably, dropping 7.0 percentage points to 49.4%. The decline in new orders left the index at a level signaling a contraction for the first time since July 2009. The survey found that respondents believed that customers might be waiting until 2014 for new funding for expenditures. The employment component rose 3.3 percentage points to 55.8% and marked the 17th consecutive month of increased hiring in the services sector. Eight industries reported increased employment, seven industries reported decreased employment, and the remainder reported no change. For the most part, respondents' comments indicated that businesses continued to grow and sales force staff increased.

A reading above 50% indicates that the services sector of the economy is generally expanding, whereas a reading below 50% indicates that the services sector is generally contracting. The reading in December indicates continued growth in the services sector for the 48th consecutive month.

(See Exhibits 4 and 13 for historical NMI figures.)

## 12. REAL ESTATE
### NATIONAL ASSOCIATION OF HOME BUILDERS
The National Association of Home Builders (NAHB)/Wells Fargo Housing Market Index (HMI) rose 4.0 points in December to a reading of 58.0. An HMI reading above 50.0 indicates more builders view sales conditions as good, rather than poor. The reading has been above 50.0 for the last seven months. The report stated that an increasing number of builders have a positive view on where the industry is going. The component that gauges current sales rose 6.0 points in December to 64.0. The component that measures sales expectations in the next six months rose 2.0 points to 62.0, while the component that gauges prospective buyer traffic increased 2.0 points to 44.0. The

three-month moving average was mixed across the four regions. The South rose 1.0 point higher to 57.0, while the Northeast, Midwest, and West each fell a single point to 38.0, 59.0, and 59.0, respectively.

(See Exhibit 13 for historical HMI figures.)

### NATIONAL ASSOCIATION OF REALTORS
The National Association of Realtors (NAR) reported that existing-home sales rose 1.0% in December to an adjusted annual rate of 4.87 million. Home sales are down 0.6% from the rate one year ago, but sales for all of 2013 were the highest since 2006. Existing-home sales are completed transactions that include single-family houses, townhomes, condominiums, and co-ops. December's rate was below expectations, as economists polled by Reuters had expected existing-home sales to be at a 4.94 million-unit rate. NAR found that existing-home sales have risen nearly 20% since 2011 and cited job growth, low mortgage interest rates, and high demand as the main propellants. Home sales in the Northeast declined 1.5% in December but were up 3.2% from one year ago. Sales in the Midwest fell 4.3% in December and were 0.9% below a year ago. Sales in the South rose 3.0% and were up 4.6% from a year ago. Sales in the West rose 4.8% but were down 10.7% from one year ago.

The national median existing-home price for all housing types was $197,100 in December, up 11.5% from a year ago. In December, home prices in the Northeast were up 3.6% from one year ago, while prices in the Midwest climbed 7.0%. Home prices in the South and West rose 3.0% and 16.0%, respectively, over the last 12 months.

The median time on the market for all homes sold in December was 72 days, up from 56 days in November but down from 73 days in December 2012. NAR reported that adverse weather delayed December closings in many areas. The median time on the market for short sales was 122 days in December, while foreclosures typically sold in 67 days, and nondistressed homes took 70 days. In December, 28% of all homes sold were on the market for less than a month.

Distressed homes comprised 14% of home sales in December, unchanged from November but below 24% from one year ago. Distressed homes include foreclosures and short sales, which are generally sold at deep discounts. In December, 10% of home sales were foreclosures and 4% were short sales. December foreclosures sold for an average discount of 18% below market value, while short sales sold at an average discount of 14%.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

Total housing inventory declined 9.3% in December to 1.89 million existing homes available for sale. This represents a 4.6-month supply at the current sales pace, down from a 5.1-month supply in November but up from a 4.5-month supply in December 2012.

NAR reported that, according to Freddie Mac, the national average commitment rate for a 30-year, conventional, fixed-rate mortgage rose to 4.46% in December from 4.26% in November. The rate one year ago was 3.35%.

NAR's Realtors Confidence Index (RCI) for current conditions was mixed for the various property types in December. The RCI for single-family homes was unchanged in December at 59.0, while the RCI for townhomes rose 1.0 point to 43.0, and the figure for condos dropped a point to 37.0 (strong = 100; moderate = 50; weak = 0). The RCI is a key indicator of housing market strength based on a monthly survey of over 50,000 real estate practitioners. Practitioners are asked about home sales, prices, and market conditions.

Pending home sales fell in December to their lowest level since October 2011. NAR attributed the decline to unusually cold weather driving potential buyers indoors, but also found that rising prices and low inventory were also factors. NAR's Pending Home Sales Index (PHSI), a forward-looking indicator based on contract signings, fell 8.7 points in December to a reading of 92.4. PHSI is down 8.8 points from a year ago when it was 101.3. The December PHSI reading was the lowest since October 2011 when it was at 92.2.

The PHSI is an indicator for the housing sector, based on pending sales of existing homes. A sale is listed as pending when the contract has been signed but the transaction has not closed, though the sale usually is finalized within one or two months of signing. There is a closer relationship between annual index changes (from the same month a year earlier) and year-ago changes in sales performance than with month-to-month comparisons. An index of 100 is equal to the average level of contract activity during 2001, which was the first year to be examined, as well as the first of five consecutive record years for existing-home sales.

The PHSI in the Northeast fell 10.3 points in December and is down 5.5 points from a year ago. The Midwest index dropped 6.8 points in December and is 6.9 points below its level from a year ago. The South index fell 8.8 points in December and remains 6.9 points lower than its level from a year ago. The West index, which is mostly constrained by inventory, declined 9.8 points in December and is down 16.0 points from one year ago.

(See Exhibit 14 for forecasted figures from NAR.)

| EXHIBIT 14: National Association of Realtors Market Forecast | | | | |
|---|---|---|---|---|
| | Q1 2014 | Q2 2014 | 2014 | 2015 |
| **Housing measures (thousands)** | | | | |
| Housing starts | 1,063 | 1,132 | 1,169 | 1,454 |
| Single-family | 710 | 764 | 791 | 1,030 |
| Two or more | 353 | 368 | 378 | 424 |
| **Home sales** | | | | |
| Total existing homes | 4,938 | 5,077 | 5,110 | 5,306 |
| New homes | 490 | 527 | 550 | 720 |
| **Home prices (thousands)** | | | | |
| Existing homes (median) | $187.7 | $214.2 | $207.8 | $216.3 |
| New homes (median) | $260.8 | $272.9 | $270.6 | $280.0 |
| **Mortgage Rates** | | | | |
| 30-year fixed rate | 4.6% | 5.0% | 5.0% | 5.6% |
| 1-year adjustable | 2.7% | 2.8% | 2.9% | 3.7% |
| Source of data: National Association of Realtors Notes: Figures are in thousands, except for rates. Quarterly housing starts and home sales are seasonally adjusted at annual rate. Total existing home sales include single-family homes, condos, and co-ops. | | | | |

## HOMEOWNERSHIP RATES, HOMEOWNER VACANCY RATES, AND RENTAL VACANCY RATES

The U.S. Census Bureau found that the homeownership rate was 65.2% in the fourth quarter, down slightly from a rate of 65.3% in the third-quarter rate and below the 65.4% rate from one year ago. The national vacancy rate for rental housing was 8.2% in the fourth quarter, down somewhat from 8.3% in the third. Rental vacancy is down from this time one year ago, when the rate was 8.7%. The national vacancy rate for homeowners was 2.1% in the fourth quarter, up from 1.9% in the third quarter and from 1.9% one year ago.

## MORTGAGE BANKERS ASSOCIATION

The Mortgage Bankers Association (MBA) reported that, while macroeconomic data indicate that the economy is strengthening, recent housing market data are not nearly as strong. The MBA pointed out that purchase mortgage application volume was down 20% from last year's pace and refinance applications were down 70% from the prior year. In December, the four-week moving average for the MBA's refinance index was the lowest since September 2008. The MBA also cited recent weak existing home sales as a negative housing market indicator. Based on rising prices and low inventory, they do not expect a sharp upswing in sales in the near future. The MBA's four-week moving average of its seasonally adjusted purchase index was at its lowest level since March 2012.

(See Exhibit 15 for forecasted figures from MBA.)

## NATIONAL ASSOCIATION OF REAL ESTATE INVESTMENT TRUSTS

Investment returns for properties, as measured by the National Association of Real Estate Investment Trusts (NAREIT), were mixed in December after a mostly negative November. In November, each property type posted negative returns with the exception of commercial financing. October showed positive returns, with the exception of home financing.

(See Exhibit 16 for more REIT return figures from NAREIT.)

## NATIONAL COUNCIL OF REAL ESTATE INVESTMENT FIDUCIARIES

Property index returns, as measured by the National Council of Real Estate Investment Fiduciaries (NCREIF), were positive in the fourth quarter. Of the property-type indexes, industrial and retail had the best gains in the fourth quarter, just as they had in the previous quarter. Of the regional indexes, the South outperformed the others, just as it had in the third quarter.

The NCREIF Property Index (NPI) is a quarterly time series composite total rate of return measure of investment performance of a very large pool of individual commercial real estate properties acquired in the private market for

| EXHIBIT 15: Mortgage Bankers Association Market Forecast | | | | |
|---|---|---|---|---|
| | Q1 2014 | Q2 2014 | 2014 | 2015 |
| **Housing measures (thousands)** | | | | |
| Housing starts | 985 | 1,030 | 1,043 | 1,145 |
| Single-family | 655 | 690 | 704 | 829 |
| Two or more | 330 | 340 | 339 | 316 |
| **Home sales** | | | | |
| Total existing homes | 5,300 | 5,383 | 5,372 | 5,548 |
| New homes | 481 | 488 | 490 | 510 |
| **Home prices (thousands)** | | | | |
| Existing homes (median) | $189.5 | $202.4 | $197.8 | $203.4 |
| New homes (median) | $261.0 | $277.2 | $271.6 | $275.2 |
| **Rates** | | | | |
| 30-year fixed rate mortgage | 4.7% | 4.8% | 4.9% | 5.2% |
| 10-Year Treasury yield | 3.0% | 3.1% | 3.2% | 3.4% |

Source of data: Mortgage Bankers Association.
Notes:
Figures are in thousands, except for rates. Quarterly housing starts and home sales are seasonally adjusted at annual rate. Total existing home sales include single-family homes, condos, and co-ops.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

ECONOMIC OUTLOOK UPDATE QUARTERLY – 4Q 2013

### EXHIBIT 16: REIT Returns Historical Data

#### MONTHLY DATA

| (%) | 1/13 | 2/13 | 3/13 | 4/13 | 5/13 | 6/13 | 7/13 | 8/13 | 9/13 | 10/13 | 11/13 | 12/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All equity REITs* | 3.66 | 1.24 | 3.01 | 6.33 | -5.90 | -2.19 | 0.83 | -6.62 | 3.43 | 4.33 | -4.87 | 0.58 |
| Office** | 3.56 | 2.85 | 1.23 | 5.19 | -5.22 | -0.75 | 1.61 | -5.80 | 2.72 | 3.69 | -4.99 | 2.14 |
| Industrial** | 8.95 | -1.00 | 3.46 | 5.10 | -4.19 | -5.63 | 2.99 | -8.16 | 7.13 | 6.59 | -4.25 | -2.07 |
| Retail** | 3.17 | 1.54 | 2.00 | 9.81 | -6.74 | -4.49 | 2.13 | -8.52 | 2.11 | 6.09 | -3.31 | -0.40 |
| Residential** | -0.26 | -0.39 | 1.65 | 3.75 | -2.51 | 2.37 | -1.19 | -8.81 | 3.05 | 1.99 | -5.58 | 1.22 |
| Commercial financing** | 13.07 | 6.71 | 2.52 | 1.37 | -4.46 | -0.27 | 3.80 | -5.47 | 3.70 | 3.66 | 3.05 | 9.16 |
| Home financing** | 9.18 | 0.52 | 6.24 | 0.67 | -14.68 | -4.86 | -3.72 | -2.83 | 3.69 | -0.49 | -5.84 | 0.81 |

#### YEARLY DATA

| (%) | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All equity REITs* | 37.13 | 31.58 | 12.16 | 35.06 | -15.69 | -37.73 | 27.99 | 27.95 | 8.28 | 19.70 | 2.86 |
| Office** | 34.01 | 23.28 | 13.11 | 45.22 | -18.96 | -41.07 | 35.55 | 18.41 | -0.76 | 14.15 | 5.57 |
| Industrial** | 33.14 | 34.09 | 15.42 | 28.92 | 0.38 | -67.47 | 12.17 | 18.89 | -5.16 | 31.28 | 7.40 |
| Retail** | 46.77 | 40.23 | 11.80 | 29.01 | -15.77 | -48.36 | 27.17 | 33.41 | 12.20 | 26.74 | 1.86 |
| Residential** | 25.90 | 32.72 | 13.67 | 38.93 | -25.21 | -24.89 | 30.82 | 46.01 | 15.37 | 6.94 | -5.36 |
| Commercial financing** | 84.67 | 7.45 | -16.06 | 30.31 | -48.79 | -74.84 | -40.99 | 41.99 | -11.34 | 42.98 | 41.77 |
| Home financing** | 42.73 | 24.91 | -25.95 | 14.75 | -38.23 | -20.02 | 28.19 | 21.02 | -0.87 | 16.38 | -12.69 |

Source of data: National Association of Real Estate Investment Trusts (NAREIT).
Notes:
* FTSE NAREIT Composite REIT Index.
** Data derived from the constituents of the FTSE NAREIT Composite REIT Index.

### EXHIBIT 17: Property Index Returns Historical Data

#### QUARTERLY DATA

| (%) | 1Q 11 | 2Q 11 | 3Q 11 | 4Q 11 | 1Q 12 | 2Q 12 | 3Q 12 | 4Q 12 | 1Q 13 | 2Q 13 | 3Q 13 | 4Q 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| National* | 3.36 | 3.94 | 3.30 | 2.96 | 2.59 | 2.68 | 2.34 | 2.54 | 2.57 | 2.87 | 2.59 | 2.53 |
| East region* | 3.61 | 3.91 | 2.98 | 2.93 | 2.06 | 2.41 | 2.06 | 2.20 | 2.09 | 2.52 | 2.09 | 2.28 |
| West region* | 3.57 | 4.83 | 3.77 | 2.92 | 3.05 | 3.10 | 2.65 | 2.67 | 2.77 | 3.09 | 2.77 | 2.71 |
| South region* | 2.98 | 2.99 | 3.20 | 3.13 | 2.72 | 2.65 | 2.31 | 2.96 | 3.03 | 3.05 | 3.04 | 2.83 |
| Midwest region* | 2.68 | 3.19 | 2.96 | 2.88 | 2.52 | 2.30 | 2.27 | 2.31 | 2.47 | 2.97 | 2.72 | 2.09 |
| Hotel* | 3.68 | 3.52 | 2.03 | 2.08 | 1.50 | 2.13 | 2.14 | 2.24 | 1.15 | 1.95 | 2.11 | 2.27 |
| Apartment* | 3.34 | 4.21 | 3.60 | 3.48 | 2.79 | 2.77 | 2.43 | 2.81 | 2.57 | 2.50 | 2.48 | 2.48 |
| Retail* | 3.63 | 2.53 | 3.58 | 3.37 | 2.81 | 3.04 | 2.31 | 2.97 | 3.72 | 3.21 | 2.70 | 2.66 |
| Industrial* | 3.28 | 4.49 | 3.39 | 2.69 | 2.70 | 2.92 | 2.32 | 2.37 | 2.50 | 3.22 | 3.14 | 2.93 |
| Office* | 3.19 | 4.45 | 2.96 | 2.51 | 2.34 | 2.34 | 2.32 | 2.17 | 1.92 | 2.84 | 2.42 | 2.34 |

Source of data: National Council of Real Estate Investment Fiduciaries (NCREIF).
Notes:
* NCREIF Property Index.
The NCREIF Property Index is a quarterly time series composite total rate of return measure of investment performance of a very large pool of individual commercial real estate properties acquired in the private market for investment purposes only. All properties in the NPI have been acquired, at least in part, on behalf of tax-exempt institutional investors, the great majority being pension funds. As such, all properties are held in a fiduciary environment.

investment purposes only. All properties in the NPI have been acquired, at least in part, on behalf of tax-exempt institutional investors—the great majority being pension funds. As such, all properties are held in a fiduciary environment.

(See Exhibit 17 for more property index returns from NC-REIF.)

## 13. ECONOMIC OUTLOOK

Consensus Economics Inc., publisher of Consensus Forecasts—USA, reports that the consensus of U.S. forecasters is that real GDP will increase at a seasonally adjusted annual rate of 2.5% in the first quarter of 2014 and 2.8% in the second quarter. Every month, Consensus Economics surveys a panel of 30 prominent U.S. economic and financial forecasters for their predictions on a range of variables, including future growth, inflation, current account and budget balances, and interest rates. The forecasters expect GDP to grow 2.6% in 2014, 3.1% in 2015, and 3.0% in 2016.

They forecast personal consumption will increase at a rate of 2.6% in the first quarter of 2014 and 2.7% in the second quarter. They expect personal consumption to increase 2.5% in 2014 and 2.8% in 2015.

These forecasters believe unemployment will average 7.0% in the first quarter of 2014 and 6.9% in the second quarter. They believe unemployment will average 6.9% in 2014.

The forecasters believe the three-month Treasury bill rate will be 0.1% at the end of the first quarter of 2014 and will remain at 0.1% through the end of the fourth quarter of 2014. They forecast the three-month Treasury bill rate will rise to 0.2% in the first quarter of 2015. They forecast the 10-year Treasury bond yield will be 2.9% at the end of the first quarter of 2014 and 3.1% at the end of the second quarter. They believe the 10-year Treasury bond yield will rise to 3.4% at the end of 2014.

They also believe consumer prices will rise at a rate of 1.7% in the first quarter of 2014 and 1.8% in the second quarter. They expect consumer prices to increase 1.7% in 2014 and 2.1% in 2015. They expect producer prices to increase at a rate of 1.0% in the first quarter of 2014 and 1.3% in the second quarter. The forecasters anticipate producer prices will rise 1.3% in 2014 and 2015.

The forecasters in the survey believe real disposable personal income will rise at a rate of 2.7% in the first quarter of 2014 and 2.5% in the second quarter. They believe real disposable personal income will increase 2.7% in 2014 and 3.2% in 2015.

The forecasters expect industrial production to increase at a rate of 3.0% in the first quarter of 2014 and 3.2% in the second quarter. They forecast industrial production will increase 3.0% in 2014 and 3.7% in 2015.

Nominal pretax corporate profits will increase 4.6% in 2014 and 5.6% in 2015, according to the forecasters. The forecasters project housing starts will be 1,120,000 in 2014.

The 33 participants in *The Livingston Survey* (the *Survey*) released their latest predictions in December. The *Survey*, conducted by the Federal Reserve Bank of Philadelphia, is the oldest continuous survey of economists' expectations. It summarizes the forecasts of economists from industry, government, banking, and academia. The participants project real GDP to grow at an annual rate of 2.5% in the first half of 2014 (down from their previous estimate of 2.8%). They then expect GDP will increase at an annual rate of 2.8% in the second half of 2014. They believe GDP will grow 2.6% annually over the next 10 years, the same estimate as in the previous survey.

The *Survey* noted that forecasts for the unemployment rate were revised downward from the previous forecast. They expect the unemployment rate to be 7.0% by June 2014, down from their previous estimate of 7.2%. They expect the unemployment rate to decline to 6.7% in December 2014.

The forecasters in the *Survey* have downwardly modified their predictions for consumer price inflation (CPI). They expect CPI to be 1.8% in 2014, down from 2.0% in the previous survey. They predict CPI will be 2.1% in 2015. The *Survey* expects CPI to average 2.3% over the next 10 years. The *Survey* expects producer price inflation (PPI) to be 1.5% in 2014, before increasing to 1.6% in 2015.

The *Survey* predicts the interest rate on three-month Treasury bills will be 0.09% at the end of June 2014. They predict that the rate will increase to 0.15% in December 2014 before rising to 0.75% in December 2015. They predict the interest rate on 10-year Treasury bonds will reach 3.01% at the end of June 2014. According to the *Survey*, the rate will then rise to 3.25% in December 2014 and to 3.88% in December 2015.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

The forecasters from the *Survey* have somewhat increased their previous projections for future S&P 500 values. They expect the S&P 500 will be at 1,841.1 at the end of June 2014, before climbing to 1,875.0 by the end of December 2014. They believe the S&P 500 will end 2015 at 1,948.5.

The Energy Information Administration predicts that the West Texas Intermediate crude oil spot price will average approximately $93.33 per barrel in 2014 and $89.58 per barrel in 2015, compared with $97.91 in 2013. The EIA expects retail prices for regular-grade gas to average $3.46 per gallon in 2014 and $3.39 per gallon in 2015, compared with $3.51 per gallon in 2013.

The Energy Information Administration believes the Henry Hub natural gas spot price will average $3.89 per million Btu (MMBtu) in 2014 and $4.11 per MMBtu in 2015, compared with $3.73 per MMBtu in 2013. The cost of coal delivered to electric generating plants, which averaged $2.35 per MMBtu in 2013, is expected to average $2.38 per MMBtu in 2014 and $2.39 per MMBtu in 2015. Residential electric prices, which averaged 12.12 cents per kilowatt-hour (kWh) in 2013, are expected to average 12.35 cents per kWh in 2014 and 12.61 cents per kWh in 2015. The airline ticket price index, which averaged 313.4 in 2013, is expected to average 319.5 in 2014 and 323.7 in 2015.

The National Association of Realtors' Realtors Confidence Index for future conditions rose for all three property types. The RCI for the outlook of single-family homes rose 2.0 points to 66.0 in December, while the figure for townhomes rose 2.0 points to 48.0, and the figure for condos increased 1.0 point to 44.0 (strong = 100; moderate = 50; weak = 0). The RCI is a key indicator of housing market strength based on a monthly survey of over 50,000 real estate practitioners. Practitioners are asked about their expectations for home sales, prices, and market conditions.

NAR believes existing-home sales will be 5.110 million (+0.0%) in 2014, before rising to 5.306 million (3.8%) in 2015. NAR believes the median existing-home price will increase to $207,800 (+5.3%) in 2014, before increasing to $216,300 (+4.1%) in 2015. It believes new single-family home sales will increase to 550,000 (+29.2%) in 2014, before increasing to 720,000 (+31.0%) in 2015. NAR believes the median new-home price will increase to $270,600 (+4.0%) in 2014, before increasing to $280,000 (+3.5%) in 2015. It expects housing starts to increase to 1,169,000 (+25.8%) in 2014, then to 1,454,000 (+24.4%) in 2015. NAR believes the 30-year fixed mortgage rate will average 5.0% in 2014 before rising to 5.6% in 2015.

(See Exhibits 2, 3, 14, and 15 for more forecasted figures.)

**DISCLAIMER AND PERMISSION STATEMENT**

*This* Economic Outlook Update *reflects the general economic conditions at the end of the fourth quarter of 2013. No statement in this report is to be construed as advice for a valuation engagement. It is the responsibility of the individual appraiser to relate the information contained herein to the particular valuation engagement. The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of this report, take no responsibility for the information contained herein.*

*As long as the individual subscriber to the* Economic Outlook Update *is in compliance with the Single User License Agreement, he or she may quote portions of the* Update *or the entire* Update *in a valuation report, provided the following attribution and disclaimer are included as a footnote:*

*"Part/All [choose one] of the contents of the economic outlook section of this valuation report are quoted from the Economic Outlook Update 4Q 2013 published by Business Valuation Resources, LLC, © 2014, reprinted with permission. The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of the Update, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation report."*

## Economic Outlook Update Data Sources

Bloomberg. Available from www.bloomberg.com.

Bureau of Economic Analysis, U.S. Department of Commerce. Available from www.bea.gov.

Bureau of Labor Statistics, U.S. Department of Labor. Available from www.bls.gov.

CFA Institute. Available from www.cfainstitute.org.

CNN Money. Available from www.money.cnn.com.

Conference Board. Available from www.conference-board.org.

Consensus Economics Inc., *Consensus Forecasts — USA*. Available from www.consensuseconomics.com.

Council of Economic Advisers, The White House. Available from www.whitehouse.gov/cea.

Economic Policy Institute, GDP Picture. Available from www.epi.org.

Energy Information Administration. Available from www.eia.gov.

Federal Reserve Bank of Philadelphia. Available from www.phil.frb.org.

Federal Reserve Bank of St. Louis. Available from www.stlouisfed.org.

Federal Reserve Board Press Release. Available from www.federalreserve.gov.

Federal Reserve Board, The. Available from www.federalreserve.gov.

*Forbes*. Available from www.forbes.com.

Institute for Supply Management. Available from www.ism.ws.

Investopedia. Available from www.investopedia.com.

MarketWatch. Available from www.marketwatch.com.

Mortgage Bankers Association. Available from www.mbaa.org.

National Association of Homebuilders. Available from www.nahb.org.

National Association of Real Estate Investment Trusts. Available from www.reit.com.

National Association of Realtors. Available from www.realtor.org.

National Council of Real Estate Investment Fiduciaries, NCREIF Property Index Returns. Available from www.ncreif.com.

National Federation of Independent Business. Available from www.nfib.com.

National Retail Federation. Available from www.nrf.com.

Thomson Reuters. Available from www.thomsonreuters.com.

*Wall Street Journal* Online, The. Available from online.wsj.com.

U.S. Census Bureau, U.S. Department of Commerce. Available from www.census.gov.

T. Rowe Price. Available from www.troweprice.com.

Vanguard Group, The. Available from www.vanguard.com.

Yahoo! Finance. Available from www.finance.yahoo.com.

© 2014 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.



**IBIS**World

WHERE KNOWLEDGE IS POWER

# Golden years: An aging population and new programs and offerings will benefit the industry

## IBISWorld Industry Report 62331

# Retirement Communities in the US

February 2014                                                    Dmitry Diment

2   About this Industry
2   Industry Definition
2   Main Activities
2   Similar Industries
3   Additional Resources

4   Industry at a Glance

5   Industry Performance
5   Executive Summary
5   Key External Drivers
7   Current Performance
10  Industry Outlook
13  Industry Life Cycle

15  Products & Markets
15  Supply Chain
15  Products & Services
18  Demand Determinants
19  Major Markets

21  International Trade
22  Business Locations

24  Competitive Landscape
24  Market Share Concentration
24  Key Success Factors
25  Cost Structure Benchmarks
27  Basis of Competition
27  Barriers to Entry
28  Industry Globalization

29  Major Companies
29  Brookdale Senior Living Inc.

33  Operating Conditions
33  Capital Intensity
34  Technology & Systems
35  Revenue Volatility
36  Regulation & Policy
37  Industry Assistance

39  Key Statistics
39  Industry Data
39  Annual Change
39  Key Ratios

40  Jargon & Glossary

# About this Industry

| | |
|---|---|
| **Industry Definition** | This industry provides residential and personal care services for the elderly and other individuals who are unable to fully care for themselves or who desire to live in a community facility. The industry excludes companies that predominantly provide inpatient nursing, skilled nursing or rehabilitative services. |

## Main Activities

The primary activities of this industry are

Providing room and board

Nursing and other supervision

Assistance in daily living

Housekeeping services

The major products and services in this industry are

Assisted-living facilities

Continuing-care retirement communities

Independent-living facilities

## Similar Industries

**53111 Apartment Rental in the US**
This industry includes apartment or condominium complexes where people live independently in rented housing units.

**62211 Hospitals in the US**
This industry includes companies that provide diagnostic and medical treatment (surgical and nonsurgical) to inpatients with medical conditions.

**62311 Nursing Care Facilities in the US**
Establishments in this industry provide inpatient nursing and rehabilitative services.

**62412 Elderly & Disabled Services in the US**
This industry provides outpatient social assistance services to improve the quality of life for the elderly, the mentally ill and people with disabilities.

# About this Industry

**Additional Resources**

For additional information on this industry

**www.seniorshousing.org**
American Seniors Housing Association

**www.alfa.org**
Assisted Living Federation of America

**www.leadingage.org**
LeadingAge

**www.nahc.org**
National Association for Home Care

**www.ahcancal.org**
National Center for Assisted Living

**www.ncoa.org**
National Council on Aging

IBISWorld writes over 700 US industry reports, which are updated up to four times a year. To see all reports, go to www.ibisworld.com

# Industry at a Glance

## Retirement Communities in 2014

**Key Statistics Snapshot**

| | | |
|---|---|---|
| **Revenue** | **Annual Growth 09-14** | **Annual Growth 14-19** |
| $60.2bn | 3.7% | 4.8% |
| **Profit** | **Wages** | **Businesses** |
| $3.3bn | $23.0bn | 16,795 |

**Market Share**
Brookdale Senior Living Inc. 5.6%

p. 29

**Key External Drivers**

- Number of adults aged 65 and older
- House price index
- Per capita disposable income
- Yield on 10-year Treasury note
- Federal funding for Medicare and Medicaid

p. 5



Revenue vs. employment growth

Revenue ■ Employment



Number of adults aged 65 and older

SOURCE: WWW.IBISWORLD.COM



Products and services segmentation (2014)

- 22% Continuing-care retirement communities
- 41% Assisted-living facilities
- 37% Independent-living facilities

SOURCE: WWW.IBISWORLD.COM

**Industry Structure**

| Life Cycle Stage | Growth | Regulation Level | Heavy |
|---|---|---|---|
| Revenue Volatility | Low | Technology Change | Low |
| Capital Intensity | Medium | Barriers to Entry | Low |
| Industry Assistance | High | Industry Globalization | Low |
| Concentration Level | Low | Competition Level | High |

FOR ADDITIONAL STATISTICS AND TIME SERIES SEE THE APPENDIX ON PAGE 39

# Industry Performance

**Executive Summary | Key External Drivers | Current Performance
Industry Outlook | Life Cycle Stage**

## Executive Summary

The Retirement Communities industry is forecast to exhibit accelerated growth in the next two decades. An aging population and growing need for dementia care (care provided to those with memory impairment) are stimulating much of the industry's growth. Retirement communities provide a number of services to assist seniors who suffer from chronic illnesses or with activities of daily living. In the past five years, the number of assisted living facilities that provide dementia care has risen as a proportion of total facilities. While the industry has

### Aging baby boomers and restrained construction of new facilities will drive demand

exhibited resistance to the recession, a poor housing market hampers individuals' ability to move into a community because many seniors finance the expenses of retirement communities through selling their houses. As a result, the housing market's downturn over the five years to 2014 has partially offset industry revenue growth. During this period, IBISWorld estimates that industry revenue will grow at an annualized rate of 3.7% per year to $60.2 billion, including a projected 4.6% jump in 2014.

Profit has been pressured slightly since 2008, mainly due to the costs associated with regulation compliance, although most companies have managed to maintain profitability through higher rent and entrance fees. In addition, industry profit margins have benefited from slow growth in new senior housing starts early in the five-year period, which increased occupancy levels across existing facilities. As a result, higher occupancy rates were able to buoy the industry's profit margins, offsetting the declines in demand from those affected by the recession.

In the five years to 2019, an improving economic environment, an aging population, healthcare reform legislation and new services will facilitate industry growth. IBISWorld estimates industry revenue will grow at an annualized rate of 4.8%, reaching $76.2 billion by 2019. As the housing market improves, more seniors will be able to sell their homes and pay resident fees. However, despite increased financing for the construction market, risk associated with bank-line renewal and the lower liquidity that many operators are experiencing will likely cause them to depend on real estate investment trusts to supply new industry facilities. Over the five years to 2019, the number of industry establishments is projected to rise at an average annual rate of 2.1% to 26,319 to meet the demands of an aging population.

## Key External Drivers

**Number of adults aged 65 and older**
The average age of residents in assisted living facilities is about 87 years, according to the Assisted Living Federation of America. Growth in the population of adults aged 65 and older and an increase in the average age of this group will strengthen industry demand. As people age, they need more assistance with the activities of daily living, such as bathing, eating and dressing. The number of adults aged 65 and older is expected to increase during 2014, representing a potential opportunity for the industry.

**House price index**
Home equity can be used to pay for costs associated with entry into retirement and assisted living facilities, particularly for private-pay and more expensive services. An improving housing market will help seniors sell their homes and be able to

# Industry Performance

**Key External Drivers continued**

afford industry services, boosting demand. The housing price index is expected to increase slowly in 2014.

**Per capita disposable income**
The majority of industry revenue is generated from private sources, including out-of-pocket payments. An increase in income allows seniors to afford monthly resident fees or entrance fees. Government programs do not reimburse many of the costs associated with retirement communities. Therefore, only seniors who have income from retirement funds or from family members that meet or exceed the comparable median income in the relevant region can afford to stay in these facilities. Per capita disposable income is expected to increase during 2014.

**Yield on 10-year Treasury note**
Interest rates influence the cost of borrowing capital to fund

construction, equipment use and the development of buildings. Therefore, an increase in interest rates may adversely affect the industry. The yield on the 10-year Treasury note is expected to increase during 2014, representing a potential threat to the industry.

**Federal funding for Medicare and Medicaid**
Many industry players rely on reimbursement from government programs such as Medicare and Medicaid for a portion of revenue. Reimbursement levels are subject to changes, which could adversely affect industry operations and profitability. Although the overall federal funding for Medicare and Medicaid is expected to increase during 2014, reductions in reimbursement rates can potentially cut into operators' profit margins.



SOURCE: WWW.IBISWORLD.COM

# Industry Performance

## Current Performance

Demand for retirement and assisted living communities is on the rise, with an aging population and a growing need for Alzheimer's and dementia care responsible for much of the industry's growth. Alzheimer's and dementia care is provided to individuals with memory impairment, which can include medical and social assistance with the activities of daily living, including bathing, eating and dressing. The percentage of the population aged 65 and older is growing, driving up demand for these services. As a result, IBISWorld estimates that industry revenue has grown at an annualized rate of 3.7% to $60.2 billion in the five years to 2014, including a projected 4.6% increase in 2014.

The decision to move into a retirement community is influenced by an individual's ability to pay for the services. Because many seniors finance the cost of living in industry facilities through their accumulated assets, industry demand is largely impacted by their wealth. Although the industry continued to grow during the recession, the fragile state of the housing market has decreased occupancy rates at senior



Industry revenue

SOURCE: WWW.IBISWORLD.COM

housing facilities. As many seniors finance the expenses of assisted living communities through selling their houses, the anemic state of the residential real estate market during the recession shrank the value of many houses, making it more difficult for seniors to sell their homes to pay for industry services. At the same time, however, the limited construction of new facilities helped boost the occupancy rates of existing facilities, which partially offset this trend.

## Aging population and dementia care bolstering demand

Demographic trends have underscored a growing demand for senior housing. As people age, they become more likely to suffer from chronic illnesses or lose some functional abilities. Retirement communities provide a number of options for these seniors to assist them with the activities of daily living. Over the five years to 2014, growth in the population of adults aged 65 and older has facilitated the rising demand for industry services. IBISWorld estimates that the number of individuals aged 65 and older has increased at an average annual rate of 2.7% to 45.3 million people over the past five years. The average assisted living resident's age is about 87,

according to the Assisted Living Federation of America, an organization that serves the interests of senior living communities. The population aged 85 and older is expected to grow at about three times the national population growth rate through 2014 due to advances in medical care that have increased the average life span.

The more needs-driven a housing segment is, the more insulated it becomes from recessionary forces. This factor helps explain why facilities that provide assistance with daily living are leading industry growth. Specifically, facilities that provide dementia services have outperformed independent living

# Industry Performance

**Aging population and dementia care bolstering demand continued**

and continuing-care retirement communities (CCRCs). CCRCs are age-restricted facilities that include a combination of independent living, assisted living and skilled nursing services to residents all on one campus. Facilities for Alzheimer's disease and dementia care, also known as memory care, are rarely stand-alone facilities; there is usually a wing dedicated to these services in assisted living communities. Today, about 5.4 million Americans are living with Alzheimer's, 800,000 of whom live alone, according to the Alzheimer's Association.

Medical awareness of dementia and identification of people at the earliest stages of the condition are rising, generating strong demand for facilities that include memory care. Operators have picked up on the trend, including industry major player Brookdale Senior Living, which is implementing a bed-expansion program that increases capacity for a wider range of facilities, including memory care units. The expansion has allowed the company to keep its residents in the system longer, improving overall occupancy. Furthermore, while demand for independent living facilities and CCRCs has suffered from the changes in the housing market and economy, the number of assisted living facilities has risen as a proportion of total industry facilities.

**Satisfactory occupancy levels**

In the five years to 2014, various factors, including lowered construction levels, have enabled operators to maintain occupancy rates. Higher occupancy rates have helped buoy industry profit margins. Since the first quarter of 2010, the average occupancy rate for both independent living facilities and assisted living facilities has risen consistently to about 89.7% in the fourth quarter of 2013 (latest available data), according to the National Investment Center for the Seniors Housing and Care Industry (NIC).

Although the number of new industry housing unit starts was lower for much of the previous five year period, recent NIC projections suggest that construction levels have, as of 2013, recovered to prerecession levels. Nonetheless, difficult conditions have prompted operators with a national presence to continue consolidating in an effort to build brand equity. As operators grow larger, they have more resources at their disposal and are able to take advantage of economies of scale. Despite increased acquisition activity by industry leaders, unabated

> Low construction levels have helped maintain occupancy rates during the past five years

industry growth and renewed construction have prompted new operators to enter the industry; IBISWorld estimates that the number of industry firms has grown at an average annual rate of 1.7% to 16,795 over the five years to 2014.

At the same time, several healthcare real estate investment trusts (REITs), which are companies that own, operate or lease senior housing and healthcare properties, have shifted their focus from growth strategies to liquidation strategies as a way to address debt problems. Historically, unit supply has been higher than unit demand due to periods of excess housing construction. The Retirement Communities industry has benefited from the cutback in supply, which has increased occupancy

# Industry Performance

**Satisfactory occupancy levels continued**

rates in existing facilities and allowed companies to maintain stable profit margins over the past five years. In 2014, IBISWorld estimates operating profit will account for about 5.4% of total revenue.

**Rising regulation costs**

The number and types of regulations to which industry operators are subject to are continuing to intensify. Compliance costs have pressured industry profit margins, although most companies have managed to maintain profitability through higher rent and entrance fees. In addition, Medicare and Medicaid reimbursement cuts have been a hindrance to industry growth and operating profit. Many companies operate communities that participate in federal or state healthcare reimbursement programs, including state Medicaid waiver programs for assisted living communities, the Medicare skilled-nursing-facility benefit program and other healthcare programs. Although Medicare does not cover the costs of most industry facilities, it does cover qualified healthcare costs at certified facilities. Medicare is most often used to pay for skilled-nursing facilities at CCRCs.

Furthermore, the Centers for Medicare and Medicaid Services has implemented new resident assessment and classification systems that require an investment in capital to improve the quality of care and comply with new regulations. In addition, these programs have revised the definition of group therapy, requiring allocation of group therapy minutes in assigned payment groups. In light of these regulatory changes, ongoing training, improved staffing and communication and diligent documentation are taking on new importance and growing in cost. Facilities are hiring more staff based on the degree of resident need, including reimbursement coordinators to focus on the rules of payment coding. As a result, IBISWorld estimates that employment will increase at an annualized rate of 3.7% to 942,986 people in the five years to 2014.

# Industry Performance

## Industry Outlook

The Retirement Communities industry is forecast to perform strongly in the five years to 2019, generating an annualized revenue growth of 4.8% to $76.2 billion. Revenue is forecast to increase 4.6% in 2014 as demand continues to pick up. In the next five years, an improving economic environment, an aging population, favorable healthcare reform legislation and new service offerings will support this growth.

## Housing market improvement

With occupancy levels slightly below their 2007 peak, revenue and profit have the potential to grow as the economy rebounds. As occupancy rises, more aggressive increases in pricing will magnify this effect, helping profit margins to reach 6.5% of revenue in 2019. In addition, the housing market is projected to regain some strength as a result of the improving economic climate. IBISWorld forecasts that the rate of growth in house prices will accelerate in the next five years as demand improves in conjunction with higher income growth, shrinking unemployment and improved consumer sentiment. However, this pace of recovery is vulnerable to the Federal Reserve's interest rate policies, which directly determine mortgage rates and, in turn, the affordability of homes.

> **Operators will raise prices as occupancy levels go up, increasing profitability**

With an estimated 80.0% of seniors selling their homes to finance the costs of entering an independent living facility, demand for senior living is closely tied to the health of the housing market. This pattern is particularly true for independent living and entrance-fee communities, which tend to be more discretionary by nature. Because these communities make up a considerable portion of industry capacity, a recovering economy is expected to contribute considerably to revenue growth.

## Healthcare reform and other legislation

In the five years to 2019, healthcare reform will become a more pertinent topic as the government faces steeper budget deficits. Medicare and Medicaid reimbursement for senior care is expected to suffer, which may deter many individuals from entering retirement communities. Pension obligations and a decline in real estate tax revenue will lead to tax increases, particularly in the form of increased local real estate taxes. Higher taxes are projected to cause more operators to sell real estate assets and lease more facilities.

In April 2012, Congress announced the Patient Protection and Affordable Care Act that will allow senior citizens to receive care in their communities instead of being admitted to a hospital or nursing home. While improving the quality of home- and community-based care, the new legislation will also help reduce costs for individuals living with chronic illnesses. Additionally, the anticipated shortage of healthcare professionals will result in rising wages for certain industry employees. As a result, IBISWorld projects that wages will increase at an average annual rate of 4.8% over the next five years to $29.0 billion. To address the lack of trained professionals in the geriatrics field (healthcare for the elderly), part of the healthcare reform legislation allocates

# Industry Performance

| Healthcare reform and other legislation continued | millions of dollars to grant funding, scholarships and workforce training for the study of geriatrics and other areas. The measure authorizes $338.0 million over six years for nursing programs under the Public Health Service Act. | These efforts will help mitigate wage rates that have increased in response to labor shortages, allowing industry operators to maintain profit margins at about 6.5% of industry revenue during the five years to 2019. |

**A new kind of retirement**

Many Americans have been delaying their retirement, and this trend is expected to persist throughout the next two decades. Today, people have longer life spans, and their improved health allows them to extend their work lives. Additionally, people have decided to remain in the workforce for longer periods, as their savings accounts and pensions have suffered because of the recession.

Major technological advances and new architectural designs will play a significant role in industry growth as demand for innovative amenities strengthens. To many consumers, retirement and assisted living communities are considered a refuge of last resort. To counter this perception, operators will adjust services and facilities to attract more knowledgeable and educated residents. More rooms will have instant voice and visual access to family and friends, and facilities will

> **Facilities will integrate better technology and creative architecture to attract more seniors**

feature access to a wider variety of medical sources, ranging from physicians to nutritionists. Technology will be able to measure calorie intake and changes in weight, hearing, eyesight, blood pressure and vital signs. Also, operators will incorporate more home-like designs into their facilities that will likely include better and more creative use of light, sound, water and greenery to enhance socialization areas. In order to accommodate rising demand, industry operators will hire more workers, with employment projected to rise 4.2% per year on average to about 1.2 million people over the five years to 2019.

**Changing supply model**

Over the next five years, credit concerns will generally ease. Long-term borrowing costs are forecast to increase as the yield on treasury bills trend upward and reach an estimated 4.3% in 2019. However, this trend may hamper industry operating profit, as the cost of borrowing money for constructing new facilities rises. While financing for new construction is projected to become more available over the next five years, the risk associated with bank-line renewal and the lower liquidity

experienced by many operators will likely cause them to depend on real estate investment trusts to supply new industry facilities. Consequently, real estate investment trusts (REITs) are projected to own more assets in the industry as operators realize the difficulty of managing and owning industry properties. The four largest publicly listed US healthcare REITs that invest in diverse assets such as senior-living facilities, medical offices, skilled-nursing facilities and hospitals, are looking to buy

# Industry Performance

**Changing supply model continued**

more of these properties to tap into industry growth. Despite the changing supply model, industry growth will spur new industry construction; according to data from the National Investment Center for the Seniors Housing and Care Industry (NIC), the number of new senior housing starts surpassed prerecession levels in 2013. Over the five years to 2019, IBISWorld projects industry establishments to rise at an average annual rate of 2.1% to 26,319.

# Industry Performance

**Life Cycle Stage**

There is excess capacity in most markets

The population of retirees will continue to grow, but the moderate level of senior housing construction will slowdown supply

Companies continue to consolidate to achieve economies of scale



SOURCE: WWW.IBISWORLD.COM

# Industry Performance

## Industry Life Cycle

This industry is **Growing**

The Retirement Communities industry's revenue growth is expected to accelerate in the next five years with a growing number of retiring baby boomers, indicating that the industry is in the growth phase of it life cycle. Industry value added, a measure of the industry's contribution to the overall US economy, is forecast to grow 6.5% per year on average over the 10 years to 2019. Over the same period, the average annual growth in US GDP is projected to be 2.7%, based on IBISWorld estimates.

Strong growth in the aging population and an increase in the incidence of progressive illnesses like Alzheimer's disease will drive demand for services. Over the 10 years to 2019, IBISWorld estimates that the number of individuals aged 65 and older will increase at an average annual rate of 2.7% to 52.9 million. Social factors, such as an increase in people living alone and a reduction in the level of assistance families provide to the elderly, are also expected to boost demand. In addition, the high level of fragmentation in the industry is indicative of its continued expansion. With the number of new operators continuing to rise, only about 14.0% of industry revenue is generated by the four largest firms. However, this may change in the coming decade as real estate investment trusts (REITs), which are companies that own, operate or lease senior housing and healthcare properties, become more active in acquiring smaller operators and attempt to establish greater brand recognition.

# Products & Markets

**Supply Chain | Products & Services | Demand Determinants**
**Major Markets | International Trade | Business Locations**

## Supply Chain

### KEY BUYING INDUSTRIES

| | | |
|---|---|---|
| 62111a | **Primary Care Doctors in the US** | Doctors are major referrers of patients to retirement communities. |
| 62111b | **Specialist Doctors in the US** | Doctors are major referrers of patients to retirement communities. |
| 62211 | **Hospitals in the US** | Hospitals are major referrers of patients to retirement communities. |
| 62311 | **Nursing Care Facilities in the US** | Nursing care facilities are a referral source for the industry. |
| 9901 | **Consumers in the US** | People aged 65 and older are the primary beneficiaries of industry services. |

### KEY SELLING INDUSTRIES

| | | |
|---|---|---|
| 23611b | **Apartment & Condominium Construction in the US** | This industry provides construction and renovation of residential units for retirement communities. |
| 52593 | **Real Estate Investment Trusts in the US** | This industry owns and leases private pay senior housing properties. |
| 56172 | **Janitorial Services in the US** | Janitorial services help to keep facilities clean and hygienic. |
| 62161 | **Home Care Providers in the US** | Providers of home healthcare services can refer residents to retirement and assisted living communities. |
| 62421 | **Community Food Services in the US** | This industry provides delivered meals to facilities. |
| 81232 | **Dry Cleaners in the US** | This industry provides facilities with laundry services. |
| 92 | **Public Administration in the US** | Government subsidies and healthcare programs fund many industry services. |

## Products & Services

Retirement and assisted living communities provide a substantial range of products, including independent living, assisted living, skilled nursing and a combination of these, usually referred to as continuing care retirement communities. Facilities that primarily provide skilled nursing are not included in this industry. The US Census Bureau classifies the segments as homes for the elderly and continuing care retirement communities.

**Homes for the elderly**
Homes for the elderly, as defined by the US Census Bureau, include facilities that offer residential and personal care services; these companies do not offer onsite nursing care. Senior apartments, independent living communities and assisted living facilities are classified under homes for the elderly, where services may include room, board, supervision and assistance in daily living, such as housekeeping. Overall, the occupancy rate for senior housing facilities has been consistently growing during the past five years. In the second quarter of 2013, the average occupancy rate for both independent living facilities and assisted living facilities averaged 89.0%, according to the National

# Products & Markets

**Products & Services continued**



**Products and services segmentation (2014)**

22% Continuing-care retirement communities

41% Assisted-living facilities

37% Independent-living facilities

Total $60.2bn

SOURCE: WWW.IBISWORLD.COM

Investment Center for the Seniors Housing and Care Industry. Occupancy rates showed improvement in 2014 compared with previous years, suggesting that the recovery will remain stable.

Senior apartments are residencies that are legally restricted to seniors aged 55 and older, not required to be licensed and often have income restrictions. They are similar in design to "family" complexes, except they usually have elevators, interior halls, more common area, and only one and two bedroom plans. Senior apartments do not have central kitchen facilities and generally do not provide meals to residents, but may offer community rooms, social activities and other amenities.

**Independent living facilities**
Independent living communities enable individuals to maintain their lifestyles without custodial or medical assistance. If custodial or medical care becomes necessary, residents are permitted to bring in outside services of their choice. Meals and activities are included as part of a monthly resident fee, but assistance with activities of daily living and health services (e.g. medications and nursing care) are not provided. Any housing arrangements designed exclusively for

seniors may be classified as an independent living community and follow the US Department of Housing and Urban Development regulations, which allow for age discrimination. If the age restriction is 55 years and over, at least one person in the apartment must be at least 55 and the apartment community must have no more than 20.0% of all residents under the age of 55. If the restriction is 62 and over, then all residents must be at least 62. Because independent living facility residents voluntarily choose these housing arrangements, occupancy rates are more closely tied to the state of the economy and the housing market, which determines the ease with which individuals are able to sell their homes to finance moves to industry facilities. As a result, the poor housing market has caused occupancy rates in this segment to dip over the five years to 2014.

**Assisted living facilities**
Assisted living communities are state regulated rental properties that cater to seniors who need ongoing help with personal care and daily activities, yet who wish to retain their independence to the fullest extent that they can. Because these individuals do not need daily

# Products & Markets

**Products & Services continued**

medical care at this point, assisted living can be an appropriate housing option. Assisted living facilities aim to provide as much autonomy as the resident is capable of. Most facilities offer 24-hour supervision and a variety of support services, with more privacy and space than many nursing homes, and usually at a lower cost.

Assisted living services include assistance with simple domestic tasks, ranging from housekeeping, laundry, and meal preparation, to assistance with bathing and dressing. High-service assisted living facilities are more likely to provide services as transportation, assistance with medications, exercise and wellness programs, basic health status monitoring, help with locomotion, assistance with toilet use, and nursing supervision or monitoring. Other services include temporary nursing care and minor foot care and, less commonly, they sometimes offer hospice care and overnight sitter or companion services.

Over the past five years, the number of assisted living facilities has been on the rise as the proportion of total facilities due to the aging population who is becoming frailer and needs assistance with activities of daily living. Occupancy rates for assisted living facilities have not been significantly stifled by the recession because these facilities provide less discretionary services, thus creating heightened opportunity in dementia care that tends to be more needs-based than independent living facilities. In fact, a number of top industry operators have converted independent living unites to assisted living communities or boosted services at assisted living facilities to include memory care.

**Continuing care retirement communities**
Continuing care retirement communities (CCRCs) are age-restricted properties that include a combination of independent living, assisted living and

skilled nursing services available to residents all on one campus. Resident payment plans vary and include entrance fee, condo/coop and rental programs. The majority of the units are not licensed skilled nursing beds.

There are two defining characteristics of a CCRC. First, it provides a continuum of care that includes housing, services and healthcare; however, it does not suggest that all three level of care (i.e. independent living, assisted living and nursing care) are provided. Nursing care is always available, either on- or off-site, but assisted living is not always included. The second characteristic is a contractual agreement between the resident and the CCRC that guarantees these services or at least access to these services (i.e. independent living, assisted living and nursing care) for a minimum of one year, but usually for the lifetime of the resident. CCRC contract involves an equity agreement where the resident purchases a condominium or cooperative unit instead of paying an entrance fee. In a third, but less common, type of CCRC contract, residents pay monthly fees only.

Different from assisted living facilities, independent living facilities and CCRCs are more affected by changes in the housing market and economy. People entering independent living communities choose to do so for lifestyle reasons, not because they have a healthcare need. Consequently, potential residents may delay moving into independent living residences until the economy or housing market improves. Meanwhile, CCRCs are facing similar challenges as most individuals move into CCRCs as independent living residents. In addition, many CCRCs are entrance-fee facilities that require potential residents to pay a certain amount upfront on top of the monthly fee. Although a portion of this fee is refundable, most people use the money from selling their home to pay the

# Products & Markets

**Products & Services continued**

entrance fee. Occupancy rates can suffer as the housing market slumps because it takes longer for people to sell their homes. As a result, this segment has declined as a share of industry revenue over the past five years.

**Demand Determinants**

Demand for the Retirement Communities industry is driven by demographic factors, such as age, wealth and health of the population, which determine the need for and ability to afford industry services. Other factors that influence demand for industry services include alternatives for care, the percentage of seniors living alone, and the tastes and preferences of the population in relation to senior living.

**Aging population is at the wheel**
The growth in the aging population and the generation of retiring baby boomers are driving demand for industry services. According to the National Center for Assisted Living, the average age of residents in assisted living facilities is 87 years. As people age, they become frailer, more inclined to suffer from chronic illnesses, including memory loss, heart disease, diabetes, colon cancer and high blood pressure. In addition, aging affects a person's functional abilities such as sight, hearing, muscle strength and coordination, exposing older people to significant risks of injuries. Consequently, older adults (or their families) consider moving into retirement communities, where they can receive assistance with activities of daily living, including bathing, dressing, toileting and eating. As a result of the aging demographic trend, demand for services provided by retirement communities is expected to stay strong in future years.

**Wealth affects affordability**
The decision to move into a retirement or assisted living community is influenced by an individual's ability to pay for the services. Since most seniors who consider moving into a facility are retired, their wealth is influenced by their assets. The state of the US economy and the housing market has a significant impact on industry occupancy rates. A drop in home prices has both a psychological and financial impact on seniors, often causing them to delay their decision to move. The inability or unwillingness of seniors to sell their homes in a depressed market could prevent them from moving into continuing care retirement communities, which typically require an entry fee that ranges from $150,000 to more than $1.0 million.

The cost of services is, in some markets, influenced by the extent of insurance coverage and government assistance. According to the US Health and Human Services Department, assisted living facilities for the elderly make up a largely private-pay sector (most residents cover the costs out-of-pocket or use private insurance). A private room in an assisted living facility costs, on average, less than two-thirds of an equivalent room in a nursing home. However, there is less reimbursement available, compared with a nursing home, so most residents pay out-of-pocket. Medicaid, which is now available in about 40 states, only covers partial costs. High-service or high-privacy assisted living facilities are largely unaffordable for most moderate and low income older people unless they spend down their assets or receive help from relatives. An increase in the availability of insurance that covers long-term care could promote industry activity.

Demand is also determined by government programs that encourage people to stay in their own homes, thus

# Products & Markets

**Demand Determinants continued**

reducing the need among some people for accommodation in senior housing and assisted living facilities. Families can also help people stay in their own homes by assisting them with household chores and providing financial assistance.

**Industry demand is needs-based**
The decision to enter an assisted living community often depends on the individual's need for assistance and the available alternatives in the market. According to the US Census Bureau, 16.0% of the population aged 75 to 79 requires assistance with the activities of daily life. This percentage increases considerably to 30.0% for those aged 80 and over.

Over the past 20 years, assisted living has proved to be an alternative to institutionalized care for many seniors. While many seniors are able to live out their lives in assisted living without moving to a nursing home, this is not always possible. Most states still require a person to move to a nursing home or other institution if their needs increase significantly. As a result, assisted living communities make admission and retention determinations based on state regulations as well as their own ability to meet a given resident's particular needs without compromising the ability to care for other residents.

**Major Markets**

Demographics have been a fundamental driver for growth in retirement communities. The increasing age of people living in the US has encouraged operators to expand geographically and offer additional services. Advances in nutrition and medical science have resulted in an increased life expectancy, and consequently, a growing number of older residents. Many seniors are living longer, more active lives, and delaying retirement to accumulate more wealth to provide for their needs after exiting the workforce. As a result, these individuals are choosing independent or assisted living over nursing homes, which provide 24-hour medical care and less autonomy.

**Seniors aged 65 and older**
Demand for industry services is driven by the growth in the 65-and-older population and aging generation of baby boomers. According to the latest available US Census data from 2010, the number of people aged 65 and older grew faster than the total US population between 2000 and 2010, reaching 40.3 million. In 2010, this group accounted

for 13.0% of the total population, an increase from 12.4% in 2000, and is expected to grow to 46.8 million in 2015. The largest market segment in the industry is elderly people who live alone, particularly those who have no children. According to the National Center for Assisted Living (NCAL), the average age of residents in assisted living facilities is nearly 87 years. Also, the number of people aged 85 and older increased across all states during the 10-year period; the 85-to-94 group had the fastest growth, increasing to 5.1 million in 2010.

More than three-quarters of residents in industry facilities are female, reflecting the overall demographics in the United States, where women are the majority in the older population. More specifically, women represent nearly 70.0% of the population aged 85 and over. Although women outnumber men in the older ages, men continue to increase at a faster rate than women. Among five-year age groups, men between 90 and 94 experienced the fastest growth rate (50.3%) while women between 65 and 69 increased the fastest (28.2%).

# Products & Markets

**Major Markets
continued**



Major market segmentation (2014)

7% Males with incomes less than $20,000

18% Males with incomes greater than $20,000

55% Females with incomes greater than $20,000

20% Females with incomes less than $20,000

Total $60.2bn

SOURCE: WWW.IBISWORLD.COM

**Seniors with special needs**

Most seniors move to assisted living because of health reasons or because they have a need for assistance or are unable to live alone, according to the Assisted Living Federation of America (ALFA). The need for assistance increases with age, rising from 20.9% of the 75 to 84 years of age population to 50.2% of the 85 years of age population. Moderately disabled seniors need assistance with one to two activities of daily living (ADLs), while severely disabled seniors need assistance with two or more activities. The average assisted living resident needs assistance with 1.6 ADLs according to the ALFA.

Many retirement communities provide services to seniors with physical and behavioral issues, including care for the individuals coping with Alzheimer's disease and dementia. Although Alzheimer's disease develops differently for every individual, most often it is diagnosed in people aged 65 and older. As the disease progresses, these individuals begin experiencing problems with language and long-term memory loss and, thus, require special assistance in daily tasks, such as feeding themselves.

**Financial profile**

The resident profile varies by geographic region. For instance, a notable difference between the metropolitan and non-metropolitan assisted living resident concerns financial status. The average annual pre-tax income of residents overall is about $29,000, and residents' average assets are worth $160,000. However, the pre-tax income and average asset figures for metropolitan residents are $31,000 and $182,000, respectively, compared with $27,700 and $133,600, respectively, for non-metropolitan residents. Additionally, the percentage of residents with incomes of less than $20,000 is about 27.0% overall, but there is a significant difference between metropolitan and nonmetropolitan numbers for this demographic (22.1% compared with 33.2%).

Residents move to industry facilities from a variety of settings, including from their homes or apartments (60.0%), from another retirement or independent living community (12.0%), from a family residence, such as living with children (10.0%), from another assisted living facility or group home (9.0%), or from a nursing facility (8.0%). Today, many

# Products & Markets

**Major Markets continued**

older Americans want to remain in their current homes and communities as they age; according to the US Census data, about 21.4% of adults aged 65 and over owned a house in 2011. However, many seniors are already facing problems affording their homes or finding a subsidized place. As a result, some seniors move in with their adult children or enter senior living communities.

**International Trade**

The Retirement Communities industry operates domestically, serving senior adults and other individuals at industry locations. Because of the nature of industry services, there is no international trade.

# Products & Markets

## Business Locations 2014



Additional States (as marked on map)

1 VT 0.3  2 NH 0.5  3 MA 1.5  4 RI 0.3
5 CT 0.8  6 NJ 1.3  7 DE 0.2  8 MD 2.1  9 DC 0.1

Establishments (%)

Less than 3%
3% to less than 10%
10% to less than 20%
20% or more

SOURCE: WWW.IBISWORLD.COM

# Products & Markets

**Business Locations**

A retirement community's location is an important factor in occupancy and overall performance. To be successful, housing facilities must be located where seniors want to live. Since 1997, the greatest proportion of senior housing has been developed in California, accounting for about 14.9% of the total industry's establishments in 2014. The states with the next highest percentages are Washington and Florida, according to the American Senior Housing Association. While weather can factor into the decision on location, facilities in the North also attract seniors despite the colder climate. Seniors often choose locales near their families. This decision, like the choice of the community itself, depends on what feels like home for the residents. For instance, people from large cities, particularly in the Mid-Atlantic, who lived in high-density areas will seek out high-density facilities.

Some regions display discrepancy between the number of establishments and the total population. While accounting for only about 17.1% of the total population, the West region has the highest concentration of establishments per person, 27.8%. On the contrary, the Mid-Atlantic, Southeast and Southwest regions display a negative discrepancy between establishments and population, estimated at 11.0%, 21.2% and 8.8% of the total number of establishments, respectively. At the state level, Florida, West Virginia, Maine and Pennsylvania represent the highest level of senior citizen population.

Although construction softened during the recession, construction of



Distribution of establishments vs. population

■ Establishments
■ Population

SOURCE: WWW.IBISWORLD.COM

new senior housing has rebounded to prerecession levels. Developers typically target cities with high population growth rates and few barriers to entry. Future construction of new facilities focuses on areas with market and job growth, low unemployment and where the number of people between the ages of 45 and 65 is increasing, provided the area has a healthy economy and is not overbuilt. According to a US News Report, major metropolitan cities like Las Vegas, Atlanta, Houston and Dallas are among the fastest growing retirement locations in the United States, with the population of senior adults increasing rapidly over the past ten years. Because most people retire near regions where they spent their careers, cities with a large number of older workers will see growth in the number of new retirement communities.

# Competitive Landscape

Market Share Concentration  |  Key Success Factors  |  Cost Structure Benchmarks
Basis of Competition  |  Barriers to Entry  |  Industry Globalization

## Market Share Concentration

**Level**
Concentration in this industry is Low

The Retirement Communities industry is highly fragmented, with the four largest operators accounting for about 14.0% of industry revenue in 2013. Based on total resident capacity, the top five operators of senior living facilities control only 9.0% of the market, according to the American Seniors Housing Association.

Consolidation slowed during the recessionary years of 2008 and 2009, when lending was difficult to secure from banks. However, banks and private equity entities are beginning to view retirement homes and assisted living as a desirable sector again, and the major real estate investment trusts in senior housing are well-positioned to invest again. However, many of the acquisitions made during the coming years will likely be distressed properties, and high-end properties are unlikely to be sold.

Some companies are focused on capitalizing on industry fragmentation. For instance, Brookdale Senior Living was formed in 2005 for the purpose of combining two senior living operating companies, Brookdale Living Communities, Inc. and Alterra Healthcare Corporation. Brookdale acquired American Retirement Corporation in 2006 to become the largest operator of senior living facilities in the United States. The company plans to continue expanding through the selective purchase of the individual communities from existing operating companies. In September 2011, Brookdale acquired 91 communities with over 16,200 units from Horizon Bay, the ninth-largest operator of senior living communities in the United States.

## Key Success Factors

IBISWorld identifies 250 Key Success Factors for a business. The most important for this industry are:

**Superior financial management and debt management**
Operating expenses must be managed to ensure that each additional resident generates maximum profit for the company. Also, mortgage and lease obligations increase risk because defaults on indebtedness secured by properties may result in foreclosure.

**Being familiar with local tastes and preferences**
Meeting the residential care needs of the local population changes with each region. Companies must adapt their services and accommodations to attract nearby residents by making them feel at home.

**Ability to attract local support/patronage**
Many residents prefer to move to facilities that are located in their current cities, in order to stay in proximity to family and friends.

**Realize operating efficiencies**
Larger businesses can realize cost and operating efficiencies in the procurement of goods and services. Scale also allows companies to achieve increased efficiencies with respect to various employee and executive functions.

**Ability to provide a broad spectrum of care**
Continuing care retirement communities are growing in popularity. Such facilities enable operators to meet a range of customers' needs. More individuals are choosing to move to facilities where they can stay for the remainder of their lives.

**Ability to obtain regulatory approvals**
Delays in obtaining required regulatory approvals could impede a company's ability to expand to additional communities, which could negatively impact operations and cash flows.

# Competitive Landscape

**Cost Structure Benchmarks**

**Profit**

Retirement communities' operating profit margin, defined as earnings before interest and taxes, is estimated to account for about 5.4% of total revenue in 2014. Profit margins in this industry typically range between 2.0% and 10.0%, which is largely influenced by the type of resident conditions and costs that shift frequently with changing needs. Containing these costs at acceptable levels has become one of the most significant challenges for the industry. The typical assisted living resident suffers from chronic conditions that gradually worsen with time. This factor can result in significant cost creep and profit margin erosion if higher levels of care are provided without corresponding increases in pricing. To compensate for 45.0% to 50.0% annual resident turnover, many operators have modified their admission and discharge policies in an attempt to extend the average length of stay. Furthermore, industry operators must strike a delicate balance between profit margins, high standards of care, clinical excellence and optimum resident satisfaction.

Some of the largest players in the industry have generated operating losses in the past five years. In many cases, losses were attributable to the poor economic environment. For example, industry major player Brookdale Senior Living generated $2.0 billion in revenue and $2.2 billion in operating expenses, resulting in an operating loss of $240.0 million in 2008. Nevertheless, the industry has benefited from the cutback in supply that increased occupancy in existing facilities and allowed companies to improve profit margins during the past five-year period.

Larger operators are able to use operating efficiencies gained through reducing fixed costs, such as food procurement and advertising; however, managing a high number of units increases quality control costs. Fixed costs for facilities are high, so spreading these expenses across more units can result in a higher profit margin. Emeritus Corporation, because of its relatively large size, is able to purchase items such as food, equipment, insurance and employee benefits at lower costs, and to negotiate more favorable financing arrangements.

**Wages**

The largest single expense in the industry is wages, which are estimated to account for about 38.1% of revenue. About 8.0% of revenue goes to paying top-level administrators, accountants, lawyers and activities directors. Wages, which have risen slightly over the past five years, are likely to rise in the five years to 2019 as industry operators face the possibility of employee unionization. Healthcare services continue to be an attractive, market for unions seeking to expand their membership. Currently, less than 14.0% of healthcare workers are union members. Direct care, by nature, cannot be offshored, while business conditions have hampered wage growth in fields like assisted living.

**Purchases**

Accounting for an estimated 15.0% of revenue, purchases are the second largest operating expense and include anything that is required on a daily basis to keep the facility running, including food, beverages, medications, medical equipment and supplies and other goods. Over the past five years, purchases as a share of revenue have increased to accommodate the rising needs of facility residents.

**Marketing**

Because the Retirement Communities industry is highly competitive, operators invest in marketing strategies to increase awareness about their products and

# Competitive Landscape

**Cost Structure Benchmarks continued**

services among potential residents and their family members and among referral sources, such as hospitals, physicians, home health agencies and social workers. In addition to direct contacts with prospective referral sources, firms also use the internet, print advertising, direct mail, health fairs and community receptions. At about 5.0% of industry revenue in 2014, marketing expenses have remained relatively stable over the past five years.

**Other**
Other costs include security and maintenance, housekeeping and laundry services, the cost of utilities, property costs (i.e. rent or depreciation, depending on whether facilities are owned or leased) and patient care liability insurance costs. Operators incur costs to develop and own facilities; as such, depreciation and interest expenses can be significant. If facilities are leased, rent can be a significant expense. Operators of multiple facilities have an advantage in this cost category, as they can spread their insurance costs over a larger pool of residents. Other costs, including depreciation, have risen as a share of revenue to an estimated 13.9% over the five years to 2014.



Sector vs. Industry Costs

SOURCE: WWW.IBISWORLD.COM

# Competitive Landscape

## Basis of Competition

**Level & Trend**
Competition in this industry is **High** and the trend is **Steady**

The Retirement Communities industry is highly competitive, as evidenced by the large number of operators and low average profit margin. The competitive environment is attributable to low barriers to entry and periods of excess supply. Industry companies compete among themselves and with other organizations that provide similar senior living alternatives, such as home healthcare agencies, community-based service programs and skilled nursing facilities. In general, regulatory and other barriers to entry in the retirement center and assisted living sectors are not substantial, except in the skilled nursing area.

### Location

Competition in this industry is principally based on location. Residents want to be close to family and friends and feel that they are in a familiar area. While achieving geographic diversity is advantageous, operators tend to focus on areas that have dense populations of seniors, such as Florida and California.

In addition to location, product positioning is an integral basis of competition. Some regions lend themselves to specific types of services. If a large portion of the local population is approaching 85 years and over, memory services are key. Further, companies that focus on only one or two core business strategies are more likely to achieve sustained growth and survive economic recession, according to the Assisted Living Federation of America. Hence, companies should clearly define their set of products, customer segments, and technologies that build the greatest competitive advantage in the local area.

Within any region, companies can gain market power by building a well-defined customer segment and developing and maintaining customer loyalty. This is a particularly powerful strategy in retirement communities and senior living because it is a high-touch, personal business that involves residents and families.

## Barriers to Entry

**Level & Trend**
Barriers to Entry in this industry are **Low** and **Increasing**

The Retirement Communities industry has moderate barriers to entry, particularly when there is no certificate-of-need (CON) regulation. CONs are legal documents required in many states before proposed acquisitions, expansions, or creations of medical facilities are allowed. CONs are necessary for the construction of a medical facility in 36 states and are issued by state healthcare agencies. A CON may be required in the case of continuing care retirement communities (CCRCs). Operators must also adhere to other federal, state and local government laws and regulations, which can be extensive, when establishing and operating facilities. For instance, facilities must be accredited and licensed.

Aside from regulation, barriers to entry are low. Capital costs per bed are

| Barriers to Entry checklist | Level |
|---|---|
| Competition | High |
| Concentration | Low |
| Life Cycle Stage | Growth |
| Capital Intensity | Medium |
| Technology Change | Low |
| Regulation & Policy | Heavy |
| Industry Assistance | High |

SOURCE: WWW.IBISWORLD.COM

lower for senior living facilities than for hospitals, and new operators can enter the market with little personal equity and high debt. Retirement homes do not need highly specialized equipment and the labor force is less skilled than in hospitals. Although licensing can be burdensome, the costs of becoming

# Competitive Landscape

**Barriers to Entry
continued**

accredited are low. Finally, the market is highly fragmented, and there are few very large operators. Therefore, operators can enter the market with a small number of beds and compete with an existing facility.

However, operators must attract a critical mass of patients to be viable, and it may be difficult for new entrants to establish referral relationships with medical practitioners, insurers and hospitals, or awareness among the local community. There also appear to be some advantages to larger operators in this industry. Bigger companies can spread some costs (including information technology costs) over many locations, can refer patients to

their own facilities, and may be in a better position to negotiate with suppliers and payers.

Entry barriers are relatively higher in the CCRC segment. Currently, about 80% of all CCRCs are owned and operated by nonprofit entities. CCRCs are often big projects, and many are large campuses on 20 to 50 acres of land. Obtaining the necessary approvals can take years, and financing can be difficult to obtain. For-profit developers and investors have typically shied away from CCRCs, focusing instead on rental projects. These developers have focused mostly on the upper end of the market where the profit margins are higher than at lower-priced properties.

**Industry
Globalization**

**Level & Trend**
**Globalization in this industry is Low and the trend is Steady**

Industry globalization is limited, as services are principally provided by US establishments to US citizens. There are segments in this industry in which nonprofit welfare organizations have a major stake and most segments' markets are localized. Nevertheless, there are some exceptions. Holiday Retirement Corporation, a privately-held company, has operations in the United States and

Canada, although in early 2007 the company sold its operations and facilities to affiliates of Fortress Investment Group LLC. Additionally, Sunrise Senior operates 311 communities, including 269 communities in the United States, 15 communities in Canada and 27 communities in the United Kingdom. The company previously owned nine communities in Germany.

# Major Companies

**Brookdale Senior Living Inc.  |  Other Companies**



**Major players**
(Market share)

**94.4%**
Other

Brookdale Senior Living Inc. 5.6%

SOURCE: WWW.IBISWORLD.COM

## Player Performance

**Brookdale Senior Living Inc.**
Market share: 5.6%
**Industry Brand Names**
Optimum Life

Brookdale Senior Living is the largest operator of senior living communities in the United States by total capacity. Headquartered in Tennessee, the company operates 647 properties in 36 states, serving more than 66,700 residents. The top five states, which include Florida, Texas, North Carolina, California and Colorado, represent about 48.0% of the company's total bed capacity. Brookdale's units offer various types of retirement communities; most units are for rental independent living, assisted living and dementia. The company also operates rehabilitation therapy and home health businesses that serve about 36,000 units and 23,000 units, respectively. Brookdale has about 30,000 employees. The company presently includes the merged companies Alterra, American Retirement and numerous other smaller acquisitions.

Brookdale's target independent living residents are senior citizens aged 75 and older; the average resident stays in these facilities for about 31 months. Brookdale's target assisted living residents are senior citizens aged 80 and older who require assistance with two or three activities of daily living; the average resident resides in these facilities for about 19 months. The company's memory care facilities are specifically designed, freestanding facilities for residents with Alzheimer's disease and other dementia conditions. Brookdale's continuing care retirement communities (CCRCs) include a variety of living arrangements and services, with most of these facilities offering independent living, assisted living and skilled nursing on one campus.

In September 2011, Brookdale completed the acquisition of Horizon Bay Realty, which provided 91 senior living communities with more than 16,200 units located in 19 states, primarily in Texas, Florida and Rhode Island. The acquisition added levels of care to the company's existing communities and added new markets, increasing purchasing volume and reducing costs. About 80.0% of the acquired units are located in markets where Brookdale can add ancillary services immediately and gain additional benefits from the acquisition. In connection with the Horizon Bay acquisition, Brookdale formed and acquired 10.0% in a joint venture with HCP, a healthcare REIT, by using the REIT Investment Diversification and Empowerment Act of 2007.

**Financial performance**
The occupancy rate at Brookdale's facilities has averaged 88.0% during the past five years. The company generates about 79.5% of its revenue from private payers and about 20.5% from government funding sources. Revenue at Brookdale has consistently increased over the five years to 2013, growing at an estimated average annual rate of 7.6% to $2.9 billion. This growth includes an expected 4.0% rise in 2013. Brookdale incurred operating losses in 2008, but the company has returned to profitability and is estimated to earn a 3.2% operating profit

# Major Companies

**Player Performance continued**

margin in 2013. Profitability returned in 2009 when the average number of occupied rooms increased; occupancy was particularly strong in assisted living. In 2013, assisted living and memory care occupancy is expected to grow along with occupancy in the company's skilled-nursing units. Despite the challenging economic environment, occupancy remains within 2.0% of all-time highs. Further, stronger revenue growth in 2012 was supported by the addition of leased and managed communities from the Horizon Bay and HCP deals.

Over the next five years, Brookdale anticipates to achieve revenue growth through the continued expansion of ancillary services, such as therapy, home health and hospice services, as well as the redevelopment and repositioning of existing communities. The company also plans to achieve revenue growth through a combination of occupancy growth and monthly fee increases due to Brookdale's competitive strength and growing demand for retirement communities in general. Brookdale's economies of scale will help the company cut costs related to the procurement of goods and services and increase efficiencies in relation to various corporate functions.

## Brookdale Senior Living Inc. – financial performance

| Year | Revenue ($ million) | (% change) | Operating Income ($ million) | (% change) |
|------|---------------------|------------|------------------------------|------------|
| 2008 | 2,001.3 | 5.0 | -240.1 | 482.8 |
| 2009 | 2,100.3 | 4.9 | 29.8 | N/C |
| 2010 | 2,280.5 | 8.6 | 66.0 | 121.5 |
| 2011 | 2,457.9 | 7.8 | 90.2 | 36.7 |
| 2012 | 2,770.1 | 12.7 | 82.3 | -8.8 |
| 2013* | 2,880.9 | 4.0 | 91.6 | 11.3 |

*Estimates

SOURCE: ANNUAL REPORT AND IBISWORLD

**Other Companies**

The Retirement Communities industry is highly fragmented and characterized by numerous local and regional operators. According to data from the US Census Bureau's Service Annual Survey, nonprofit operators account for about 45.0% of industry revenue, but account for only about 20.0% of total facilities in the United States. Although the industry is fragmented, there are several players that are relatively large and influence smaller participants.

### Emeritus Corporation
Estimated market share: 3.7 %
Emeritus Corporation is a major national operator of assisted living residential communities. On September 4, 2007, Emeritus completed a merger with Summerville Senior Living Inc., and became one of the largest national assisted living companies in the United States. The company operates more than 480 senior living communities in 45 states, comprising about 43,000 units with a capacity for 50,100 residents. Of

# Major Companies

**Other Companies continued**

these communities, 298 offer Alzheimer's and dementia care services. The average age of a resident is 85 years old.

Emeritus positions itself as a consolidator in the fragmented assisted living sector. Over the next several years, smaller, over-leveraged operators that expanded using short-term money may be unable to refinance or put in additional equity, giving larger operators like Emeritus a chance to grow by acquiring new locations.

Emeritus is focused on expanding, initially through lease agreements with the option to purchase the assets at some point in the future. The company is also planning to expand ancillary services for tenants, including hospice and rehabilitation care, which are currently provided through third-party contractors. This expansion is still in its early stages and could take some time to develop, given licensing requirements in some states.

The company's senior housing portfolio is particularly recession resistant, compared with many other operators, because almost all of Emeritus's properties are dedicated to assisted living and dementia. These services are less discretionary than independent living facilities, making the company somewhat of a specialist operator in the larger industry. In 2013, Emeritus is estimated to generate about $1.9 billion in revenue, with about 87.2% of its revenue coming from private sources, thus limiting its vulnerability to changes in government funding. The company's operating income increased 3.5% to $61.7 million in 2011, reflecting its acquisitions, including the acquisition of the 24 Blackstone JV communities purchased for $225.7 million, and an increase in management fee revenue.

## Five Star Quality Care Inc.
Estimated market share: 2.7 %
Five Star Quality Care operates independent and assisted living facilities,

as well as skilled-nursing homes. The company owns, leases and operates 261 senior living communities, with more than 30,400 units in 31 states. Most of its facilities are leased from Senior Housing Properties Trust (SNH). The company also owns and operates an institutional pharmacy business and leases two inpatient rehabilitation hospitals in the Boston area from SNH.

During the five years to 2013, Five Star's revenue is expected to grow at an average annual rate of 7.9% to $1.4 billion. The company's growth is attributed to the acquisitions and long-term leases of independent and assisted living communities where residents' private resources account for about 85.0% of the company's total revenue. In 2011, the company acquired seven assisted living communities containing 854 living units, located in Arizona and Indiana, for $148.4 million. Despite consistent revenue growth, the company's profitability suffered during the recession. Over the past five years, Five Star has experienced declining occupancies due to a slowdown in the economy. However, the company has improved its operating margins by increasing rates and occupancies and limiting expenses.

## Sunrise Senior Living Inc.
Estimated market share: 2.7 %
Sunrise Senior Living (Sunrise) operates more than 300 communities located in the United States, Canada and the United Kingdom, with an estimated capacity of 29,400 units. The company offers a range of personalized senior living services, including independent living, assisted living, care for individuals with Alzheimer's and other forms of dementia, nursing and rehabilitative care.

In 2013, the company is expected to generate about $1.4 billion in revenue. In 2011, financial performance was weaker at Sunrise than at other large, private-pay

# Major Companies

**Other Companies continued**

senior housing operators, such as Brookdale Senior Living. Over the past five years, Sunrise has performed relatively poorly despite the fact that it operates more needs-driven assisted living units than Brookdale, as well as more top-tier properties that might be expected to outperform industry averages. Sunrise's occupancy has suffered from its expensive fees, its uncertain financial position and the distractions brought on by major financial restructuring and turnover in leadership.

In January 2013, the third-largest healthcare real estate investment trust Health Care REIT completed the closing of its previously announced acquisition of Sunrise to expand its assisted living communities. The $4.3 billion investment is expected to include 120 wholly owned properties and five joint-venture properties, which generate high average monthly rental rates due to the high concentration of age and income-qualified seniors. In September 2012, Health Care REIT also announced its plans to sell Sunrise's management business to affiliates of private equity firms KKR, BPOC and Coastwood for about $130.0 million. As a result of the management partnership, Health Care REIT expects to reduce management fees charged on the wholly owned and joint-venture communities.

**The Evangelcal Lutheran Good Samaritan Society**
Estimated market share: 1.8 %
Since its founding in 1922, the Evangelical Lutheran Good Samaritan Society (the Society) has grown into the nation's largest nonprofit provider of senior care and services. Today, it owns or manages Christian Communities of Care in 24 states, employs 24,000 staff members and serves more than 27,000 residents. The Society has a total of 19,714 senior living units at 224 communities. These communities include 78 CCRCs, five independent living facilities, 32 assisted living facilities and 74 nursing facilities. The Society is expected to earn about $976.3 million in 2013.

During the past five years, the Society has sustained operating profitability, including strong growth in 2011 with a 2.0% profit margin. Improved financial performance was due to increases in Medicare reimbursement programs and private-pay profitability, increased occupancy levels at residential housing facilities and the closure of underperforming skilled-nursing facilities. Although occupancy increased, a sluggish economic recovery and cuts in Medicare rates for skilled nursing are expected to account for the organization's projected operating losses in 2012 and 2013. Also, due to high dependence on government funding, which accounts for about 62.0% of revenue, the Society is subject to federal and state budget changes in reimbursement.

**National HealthCare Corporation**
Estimated market share: 1.9 %
National HealthCare Corporation (NHC), a long-term care provider, offers services to 75 healthcare centers with more than 9,400 beds. NHC's affiliates operate 37 homecare programs, six independent-living centers and 17 assisted living communities. Other services include Alzheimer's units, long-term care pharmacies, hospices, a rehabilitation services company and management services to third parties. Over the five years to 2013, the company has invested about $70.0 million in new construction for skilled nursing and assisted living facilities. It has also invested about $345.0 million to acquire healthcare and skilled-nursing centers and homecare programs. During the past five years, NHC's revenue has grown at an estimated average annual rate of 5.2%, reaching $820.1 million in 2013.

# Operating Conditions

Capital Intensity | Technology & Systems | Revenue Volatility
Regulation & Policy | Industry Assistance

## Capital Intensity

**Level**
The level of capital intensity is **Medium**

This industry requires relatively moderate levels of capital investment. For every $1.00 spent on wages, the average industry firm allocates about $0.24 toward capital expenditure. Despite the use of low-cost voluntary labor in the nonprofit sector, labor costs are significant because residents require a high level of care from trained staff. Other than buildings for accommodation (which can be leased, owned or managed on behalf of others) and some expenditure on fixtures and fittings, there is little ongoing investment in fixed assets. Nevertheless, property expenses are significant, particularly during periods of consolidation during which firms invest capital to acquire and improve



**Capital intensity**
Capital units per labor unit

Dotted line shows a high level of capital intensity
SOURCE: WWW.IBISWORLD.COM

additional locations. In periods of increased construction of new facilities, operators need large amounts of

## Tools of the Trade: Growth Strategies for Success



**New Age Economy**

Recreation, Personal Services, Health and Education. Firms benefit from personal wealth so stable macroeconomic conditions are imperative. Brand awareness and niche labor skills are key to product differentiation.

**Investment Economy**

Information, Communications, Mining, Finance and Real Estate. To increase revenue firms need superior debt management, a stable macroeconomic environment and a sound investment plan.

Labor Intensive

Capital Intensive

Retirement Communities

Specialist Doctors
Primary Care Doctors
Apartment & Condominium Construction
Hospitals
Apartment Rental

**Traditional Service Economy**

Wholesale and Retail. Reliant on labor rather than capital to sell goods. Functions cannot be outsourced therefore firms must use new technology or improve staff training to increase revenue growth.

**Old Economy**

Agriculture and Manufacturing. Traded goods can be produced using cheap labor abroad. To expand firms must merge or acquire others to exploit economies of scale, or specialize in niche, high-value products.

Change in Share of the Economy

SOURCE: WWW.IBISWORLD.COM

# Operating Conditions

**Capital Intensity continued**

capital, and the investment requirements may intensify.

Over the past five years, the level of capital investment has increased significantly. In 2009, by comparison, for every $1.00 spent on wages, about $0.16 was allocated toward capital expenditure. However, this trend reflects the increase in new retirement community construction rather than spending on new technology. In 2009, the collapse of the housing market caused new retirement community construction to bottom out; according to a National Investment Center for the Seniors Housing and Care Industry (NIC), there were 9,642 new housing units for seniors started from the second quarter of 2009 to the first quarter of 2010, the lowest such figure in nearly a decade. However, new retirement community construction has rebounded to pre-recession levels; according to NIC estimates, there were 26,469 new housing units for seniors started from the second quarter of 2012 to the first quarter of 2013 alone. As a result, investment in new buildings has caused industrywide capital intensity figures to rise.

**Technology & Systems**

**Level**
**The level of Technology Change is Low**

**Providing care with technology**

Technology change in this industry is relatively low. However, residential care providers use new "smart technology" to improve care. First-generation technology systems include Personal Emergency Response systems, which are wearable solutions that use sensors to detect when a resident falls. Second-generation technology uses alarm systems throughout residences and various wearable devices, allowing vital signs to be monitored remotely. Third-generation systems are able to leverage new technologies to provide in-home reminders and dispense medication. In addition, new applications for cellular technology provide additional options for tracking seniors who may wander due to Alzheimer's disease or other forms of dementia. As the number of seniors who need memory care services increases, the use of technologies that enhance care strategies will grow. The use of "smart technology" is rising among retirement community operators. According to a survey by Brecht Associates and Mather LifeWays, 15.0% of continuing care retirement communities (CCRCs) with more than 300 units and 3.0% of CCRCs with less than 300 units employ some form of smart technology.

Few retirement communities use electronic health records (EHRs) that allow them to share information with other healthcare providers, a standard known as interoperability. EHRs will provide greater overview into patient care, including the frequency and amount of medication consumed, tracking of vital signs and identification of abnormalities. With the approaching mandated deadline for EHRs transitions, retirement communities will need to train their staff and protect patient privacy.

Operators may also benefit from using adequate systems to monitor and ensure compliance with legislation and regulations relevant to the type of care provided. Adequate accounting and management information systems should be in place to allow an analysis of the client base and costs of providing services to specific types of clients.

**Providing connectivity with technology**

Seniors continue to be the fastest growing group of people adopting technology; this group is using the internet to reach out to their friends and family, explore new interests, take courses, plan travel, and keep mentally and socially active. Seniors want to stay connected while living in

# Operating Conditions

**Technology & Systems continued**

retirement and assisted living communities. Many senior living sites try to meet this demand by setting up computer workstations in a common room and providing internet access in all patient rooms.

**Revenue Volatility**

| Level |
| --- |
| The level of Volatility is **Low** |

**Demand for retirement facilities**

The Retirement Communities industry has a low level of revenue volatility. Because industry revenue has grown at an average annual rate of 3.7% over the five years to 2014, average annual volatility over this period has been a minimal 0.5%. Changes in supply and demand causes minor fluctuations in revenue growth. When operators begin construction of new facilities, it is difficult to delay or stop the construction in response to economic downturns and deteriorating demand. Demand is usually slow to change, making it difficult to quickly slow down construction activities, resulting in facility oversupply and in turn, low occupancy rates. During the recent recession, for example, seniors delayed moving into facilities due to the poor housing market, which restricted their ability to generate funds to purchase retirement community housing. By the time operators perceived falling demand, plans for additional construction were already being implemented and therefore, unable to be quickly stopped.

However, the industry's nondiscretionary nature ensures that revenue volatility is consistently low. Because relocating to an assisted living facility is often a necessary decision, sales in the assisted living and continuing care segments are relatively consistent from year to year. Furthermore, the continued growth in the elderly population benefits industry performance, keeping revenue volatility to a minimum.



A higher level of revenue volatility implies greater industry risk. Volatility can negatively affect long-term strategic decisions, such as the time frame for capital investment.

When a firm makes poor investment decisions it may face underutilized capacity if demand suddenly falls, or capacity constraints if it rises quickly.

**Volatility vs Growth**

Revenue volatility* (%)

1000  Hazardous    Rollercoaster

Retirement Communities

0.1  Stagnant    Blue Chip

−30    −10    10    30    50    70

Five year annualized revenue growth (%)

* Axis is in logarithmic scale

SOURCE: WWW.IBISWORLD.COM

# Operating Conditions

## Regulation & Policy

**Level & Trend**
The level of Regulation is **Heavy** and the trend is **Increasing**

### Regulation varies by state

The regulatory environment surrounding the Retirement Communities industry has been intensifying, with the number of laws and the scope of regulation rising significantly. Because there is no federal regulation of assisted living facilities (ALFs), regulation varies from state to state. As of 2014, more than two-thirds of states use the licensure term "assisted living" to refer to the industry. The second most used term is "residential care," although other expressions include "boarding home, community residence, personal care home and home for the aged." State governments often regulate assisted living and continuing care retirement communities through legislation created under insurance acts.

Although regulatory requirements vary from state to state, they generally address personnel education, training and records, staffing levels, facility services (including administration and assistance with self-administration of medication), limited nursing services, physical residence specification, furnishing of residence units, food and housekeeping services, emergency evacuation plans and residence rights and responsibilities. Residences are also subject to various state and local building codes as well as other ordinances, including safety codes. Typically, operators are required to obtain licenses for assisted living residences which must be renewed annually or biannually. Assisted living residences are subject to periodic survey or inspection by governmental authorities.

In 2011, 16 states reported making regulatory, statutory or policy changes impacting assisted and residential care communities, according to the Assisted Living State Regulatory Review from March 2012. For example, South Dakota revised standards in many areas, including food service, occupant protection, infection control and prevention and drug disposal, in addition to updating fire safety standards. At least six states added or revised education and training requirements. Other key changes pertain to information disclosure, fire safety, infection control and TB testing, discharge or transfer between care sites, admission and retention thresholds, medication management and physical plant upkeep. Furthermore, several states reported changes that impact residents who receive Medicaid services.

### Safety and financial regulations must be met

Senior living facilities must comply with the Americans with Disabilities Act, Fair Housing Act and fire, safety and other regulations. There are various federal and state laws governing a wide array of referral and financial relationships, as well as a number of statutes prohibiting fraud by healthcare providers (including retirement community operators) such as the Health Insurance Portability and Accountability Act of 1996 and Federal Anti-Kickback and Stark laws. The Continuing Care Accreditation Commission, sponsored by the American Association of Homes and Services for the Aging, is the only accrediting body for non-profit and for-profit CCRCs.

Industry companies also provide services and operate communities that participate in federal or state healthcare reimbursement programs, which subjects companies to federal and state laws that prohibit anyone from presenting, or causing to be presented, claims for reimbursement which are false, fraudulent or are for items or services that were not provided as claimed. Violation of any of these laws can result in loss of licensure, civil or criminal penalties and exclusion of healthcare providers or suppliers from furnishing covered items or services to beneficiaries of the applicable federal or state healthcare reimbursement program.

# Operating Conditions

**Regulation & Policy continued**

**Seniors can opt for community-based living**

Legislation has been enacted in states such as Wisconsin, Mississippi, Michigan and, most recently, Texas, which upholds a senior's right to receive care in non-institutional settings. These laws favor case-by-case decision-making by a team of those most familiar with an elderly person's actual health status and the resources available to them at their assisted living home, rather than impersonal care decisions based on state policy. A court decision in the Olmstead v. L.C. Supreme Court case in 1999 established the right of the disabled to request that necessary services be provided in a community-based setting, rather than an institution whenever feasible. Based on the Olmstead decision, the federal government is encouraging states to use their Medicaid programs to fund some level of community-based care (and not just institutional care) for individuals who qualify.

**Industry Assistance**

**Level & Trend**
The level of Industry Assistance is **High** and the trend is **Increasing**

Federal policy-makers have been striving to expand cost effective home and community-based long-term care as an alternative to institutionalized care. They have also been trying to provide wider access to people with low income.

**Medicare and Medicaid**

Medicaid is the largest source of federal funding for home and community-based long-term care for the elderly. According to the National Center for Assisted Living (NCAL), the number of people receiving Medicaid coverage in assisted living communities has been growing significantly since 2007 after virtually no growth over the previous three years. As assisted living communities are growing as an option under the Medicaid program, the number of people receiving Medicaid coverage for services in licensed assisted living settings has been increasing. Nationwide, about 131,000 low-income frail elderly Americans receive services in assisted living communities under the Medicaid program (about 134,500 if programs with state-only funding are included), according to 2011 data from the National Center for Assisted Living.

In the United States, 37 states provide coverage under 1915 (c) home and community based services waivers to cover services in residential settings; thirteen states provide coverage directly under their state Medicaid state plan; four include services in residential settings under 1115 demonstration program authority; and six use state general revenue. Additionally, 24 states supplement the beneficiary's federal Supplemental Security Income (SSI) payment, which states typically use as the basis for room and board payment. SSI payments combined with state supplements range from $722 to $1,350 a month depending on the state. Some states provide no supplement.

While Medicare does not cover housing expenses for the elderly, it does cover some expenses that may be incurred in assisted living (such as skilled nursing, outpatient rehabilitation, home healthcare, pharmacy services and transportation). Medicare is government-funded health insurance that covers acute hospital care, services of medical professionals and some allied health professionals such as physical and occupational therapists, for the elderly and the disabled. These types of coverage are strictly for medical care, so they do not help directly with housing costs; payments exclude help with activities of daily living, like eating, bathing and dressing. Medigap insurance covers some

# Operating Conditions

**Industry Assistance continued**

costs that Medicare does not, such as the deductible for hospitalization, but it also excludes coverage for custodial care.

After a hospital stay, Medicare and private health insurance sometimes pay for follow-up care in a nursing home or skilled nursing facility for a limited period of rehabilitation. However, if there is a need for long-term nursing care, the coverage ends. Similarly, Medicare-covered home care is for a limited time period and may consist of visits by a registered nurse or physical therapist only two or three times a week for an hour or less each time. Most people with chronic illnesses or progressive diseases like Alzheimer's and Parkinson's often need custodial care not covered under Medicare.

Section 202 of the US Housing Act of 1959 and Section 811 of the National Affordable Housing Act (NAHA) of 1990 authorize the use of capital grants and rental assistance to eligible non-profit organizations to construct, rehabilitate, or purchase housing for very-low-income elderly or disabled persons. In addition, Section 8 tenant-based assistance is provided for supportive housing for disabled renters to allow them to search for and rent a standard unit in the private market. Section 808 of NAHA authorizes the use of service coordinators within existing projects for the elderly or frail elderly to enable residents to live independently. Services provided include meals, housekeeping and chore assistance, personal care, laundry assistance, transportation services, and health-related services. The Assisted Living Production Program provides operating subsidies to assisted living units for the elderly to encourage the construction of mixed-income assisted living.

**Conversion grants**
Conversion to assisted living grants are available to existing Section 202

projects that convert some or all units to assisted living. The US Housing Act of 1959 is administered by the US Department of Housing and Urban Development. The Older Americans Act and Social Services may also provide block funds for home and community-based services. The US Older Americans Act of 1965 (as amended) awards funds to state agencies on aging, based on the number of older persons in the state, to plan, develop and coordinate systems to support in-home and community-based services. Most states have established agencies which contract with public and private groups to provide various services, including senior centers and nutrition services. Some firms may qualify to raise funds using revenue bonds, which can offer a low cost of funds.

**Industry associations**
The Assisted Living Federation of America (ALFA) represents over 7,000 for-profit and not-for-profit providers of assisted living, continuing care retirement communities, independent living and other forms of housing and services. ALFA was founded in 1990 to advance the Retirement Communities industry and enhance the quality of life for residents. ALFA broadened its membership in 1999 to embrace the full range of housing and care providers who share ALFA's consumer-focused philosophy of care.

Other industry associations include the National Center for Assisted Living, the American Association of Homes and Services for the Aging, the American Seniors Housing Association, the National Association of Home Care, the National Association of Nutrition and Aging Services and the National Council on Aging.

# Key Statistics

## Industry Data

| | Revenue ($m) | Industry Value Added ($m) | Establish-ments | Enterprises | Employment (People) | Exports | Imports | Wages ($m) | Domestic Demand | House price Index (Index) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 40,430.4 | 18,511.4 | 18,771 | 14,297 | 620,419 | -- | -- | 12,269.1 | N/A | 179.0 |
| 2006 | 42,906.0 | 18,995.5 | 19,303 | 14,647 | 640,128 | -- | -- | 13,188.6 | N/A | 188.3 |
| 2007 | 46,366.1 | 21,040.8 | 20,351 | 14,960 | 685,024 | -- | -- | 14,672.3 | N/A | 179.7 |
| 2008 | 48,686.1 | 23,473.9 | 21,105 | 15,109 | 778,707 | -- | -- | 17,047.2 | N/A | 151.3 |
| 2009 | 50,194.7 | 22,345.1 | 21,416 | 15,445 | 787,568 | -- | -- | 17,397.0 | N/A | 134.0 |
| 2010 | 51,495.9 | 24,350.9 | 22,136 | 15,802 | 815,736 | -- | -- | 18,047.9 | N/A | 134.2 |
| 2011 | 53,299.3 | 26,624.6 | 22,468 | 15,983 | 842,551 | -- | -- | 19,082.3 | N/A | 128.4 |
| 2012 | 55,167.5 | 27,846.9 | 22,844 | 16,263 | 871,918 | -- | -- | 20,161.3 | N/A | 132.0 |
| 2013 | 57,593.4 | 30,279.7 | 23,248 | 16,486 | 905,425 | -- | -- | 21,367.4 | N/A | 144.2 |
| 2014 | 60,243.0 | 31,694.4 | 23,710 | 16,795 | 942,986 | -- | -- | 22,959.2 | N/A | 150.5 |
| 2015 | 62,954.0 | 32,471.3 | 24,143 | 17,018 | 979,790 | -- | -- | 23,986.0 | N/A | 154.1 |
| 2016 | 65,849.9 | 34,046.0 | 24,627 | 17,339 | 1,020,243 | -- | -- | 25,109.2 | N/A | 157.3 |
| 2017 | 69,010.6 | 36,867.8 | 25,171 | 17,614 | 1,062,613 | -- | -- | 26,305.0 | N/A | 162.6 |
| 2018 | 72,530.2 | 39,252.2 | 25,714 | 17,958 | 1,109,811 | -- | -- | 27,642.2 | N/A | 166.9 |
| 2019 | 76,229.2 | 41,766.1 | 26,319 | 18,257 | 1,158,207 | -- | -- | 29,029.4 | N/A | 171.4 |
| Sector Rank | 10/76 | 9/76 | 25/76 | 25/76 | 8/76 | N/A | N/A | 9/76 | N/A | N/A |
| Economy Rank | 154/1306 | 89/1306 | 241/1305 | 249/1305 | 39/1306 | N/A | N/A | 71/1306 | N/A | N/A |

## Annual Change

| | Revenue (%) | Industry Value Added (%) | Establish-ments (%) | Enterprises (%) | Employment (%) | Exports (%) | Imports (%) | Wages (%) | Domestic Demand (%) | House price Index (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 6.1 | 2.6 | 2.8 | 2.4 | 3.2 | N/A | N/A | 7.5 | N/A | 5.2 |
| 2007 | 8.1 | 10.8 | 5.4 | 2.1 | 7.0 | N/A | N/A | 11.2 | N/A | -4.6 |
| 2008 | 5.0 | 11.6 | 3.7 | 1.0 | 13.7 | N/A | N/A | 16.2 | N/A | -15.8 |
| 2009 | 3.1 | -4.8 | 1.5 | 2.2 | 1.1 | N/A | N/A | 2.1 | N/A | -11.4 |
| 2010 | 2.6 | 9.0 | 3.4 | 2.3 | 3.6 | N/A | N/A | 3.7 | N/A | 0.1 |
| 2011 | 3.5 | 9.3 | 1.5 | 1.1 | 3.3 | N/A | N/A | 5.7 | N/A | -4.3 |
| 2012 | 3.5 | 4.6 | 1.7 | 1.8 | 3.5 | N/A | N/A | 5.7 | N/A | 2.8 |
| 2013 | 4.4 | 8.7 | 1.8 | 1.4 | 3.8 | N/A | N/A | 6.0 | N/A | 9.2 |
| 2014 | 4.6 | 4.7 | 2.0 | 1.9 | 4.1 | N/A | N/A | 7.4 | N/A | 4.4 |
| 2015 | 4.5 | 2.5 | 1.8 | 1.3 | 3.9 | N/A | N/A | 4.5 | N/A | 2.4 |
| 2016 | 4.6 | 4.8 | 2.0 | 1.9 | 4.1 | N/A | N/A | 4.7 | N/A | 2.1 |
| 2017 | 4.8 | 8.3 | 2.2 | 1.6 | 4.2 | N/A | N/A | 4.8 | N/A | 3.4 |
| 2018 | 5.1 | 6.5 | 2.2 | 2.0 | 4.4 | N/A | N/A | 5.1 | N/A | 2.6 |
| 2019 | 5.1 | 6.4 | 2.4 | 1.7 | 4.4 | N/A | N/A | 5.0 | N/A | 2.7 |
| Sector Rank | 43/76 | 39/76 | 44/76 | 38/76 | 24/76 | N/A | N/A | 11/76 | N/A | N/A |
| Economy Rank | 373/1306 | 390/1306 | 514/1305 | 468/1305 | 215/1306 | N/A | N/A | 95/1306 | N/A | N/A |

## Key Ratios

| | IVA/Revenue (%) | Imports/ Demand (%) | Exports/ Revenue (%) | Revenue per Employee ($'000) | Wages/Revenue (%) | Employees per Est. | Average Wage ($) | Share of the Economy (%) |
|---|---|---|---|---|---|---|---|---|
| 2005 | 45.79 | N/A | N/A | 65.17 | 30.35 | 33.05 | 19,775.51 | 0.13 |
| 2006 | 44.27 | N/A | N/A | 67.03 | 30.74 | 33.16 | 20,603.07 | 0.13 |
| 2007 | 45.38 | N/A | N/A | 67.69 | 31.64 | 33.66 | 21,418.67 | 0.14 |
| 2008 | 48.21 | N/A | N/A | 62.52 | 35.01 | 36.90 | 21,891.67 | 0.16 |
| 2009 | 44.52 | N/A | N/A | 63.73 | 34.66 | 36.77 | 22,089.52 | 0.15 |
| 2010 | 47.29 | N/A | N/A | 63.13 | 35.05 | 36.85 | 22,124.68 | 0.16 |
| 2011 | 49.95 | N/A | N/A | 63.26 | 35.80 | 37.50 | 22,648.24 | 0.18 |
| 2012 | 50.48 | N/A | N/A | 63.27 | 36.55 | 38.17 | 23,122.93 | 0.18 |
| 2013 | 52.57 | N/A | N/A | 63.61 | 37.10 | 38.95 | 23,599.30 | 0.19 |
| 2014 | 52.61 | N/A | N/A | 63.89 | 38.11 | 39.77 | 24,347.34 | 0.20 |
| 2015 | 51.58 | N/A | N/A | 64.25 | 38.10 | 40.58 | 24,480.76 | 0.20 |
| 2016 | 51.70 | N/A | N/A | 64.54 | 38.13 | 41.43 | 24,611.00 | 0.20 |
| 2017 | 53.42 | N/A | N/A | 64.94 | 38.12 | 42.22 | 24,755.01 | 0.21 |
| 2018 | 54.12 | N/A | N/A | 65.35 | 38.11 | 43.16 | 24,907.12 | 0.21 |
| 2019 | 54.79 | N/A | N/A | 65.82 | 38.08 | 44.01 | 25,064.09 | 0.22 |
| Sector Rank | 43/76 | N/A | N/A | 62/76 | 45/76 | 12/76 | 68/76 | 9/76 |
| Economy Rank | 214/1306 | N/A | N/A | 1194/1306 | 191/1306 | 308/1305 | 1103/1306 | 89/1306 |

Figures are inflation-adjusted 2014 dollars. Rank refers to 2014 data.

SOURCE: WWW.IBISWORLD.COM

# Jargon & Glossary

## Industry Jargon

**ACTIVITIES OF DAILY LIVING (ADL)** Everyday activities such as bathing, grooming, eating, using the toilet and getting dressed.

**CARE FOR ALZHEIMER'S DISEASE AND DEMENTIA** Care provided to individuals with memory impairment; can include medical and social assistance with activities of daily living.

**CONTINUING CARE RETIREMENT COMMUNITY (CCRC)** A facility that provides the individual with a choice of services and living situations for the remainder of their life.

**HOSPICE CARE** Care and comfort measures provided to those with a terminal illness and their families; can include medical, counseling and social services.

**NURSING HOME** A facility licensed by the state that provides 24-hour nursing care, room and board and activities for convalescent residents and those with chronic and/or long-term illnesses.

## IBISWorld Glossary

**BARRIERS TO ENTRY** High barriers to entry mean that new companies struggle to enter an industry, while low barriers mean it is easy for new companies to enter an industry.

**CAPITAL INTENSITY** Compares the amount of money spent on capital (plant, machinery and equipment) with that spent on labor. IBISWorld uses the ratio of depreciation to wages as a proxy for capital intensity. High capital intensity is more than $0.333 of capital to $1 of labor; medium is $0.125 to $0.333 of capital to $1 of labor; low is less than $0.125 of capital for every $1 of labor.

**CONSTANT PRICES** The dollar figures in the Key Statistics table, including forecasts, are adjusted for inflation using the current year (i.e. year published) as the base year. This removes the impact of changes in the purchasing power of the dollar, leaving only the "real" growth or decline in industry metrics. The inflation adjustments in IBISWorld's reports are made using the US Bureau of Economic Analysis' implicit GDP price deflator.

**DOMESTIC DEMAND** Spending on industry goods and services within the United States, regardless of their country of origin. It is derived by adding imports to industry revenue, and then subtracting exports.

**EMPLOYMENT** The number of permanent, part-time, temporary and seasonal employees, working proprietors, partners, managers and executives within the industry.

**ENTERPRISE** A division that is separately managed and keeps management accounts. Each enterprise consists of one or more establishments that are under common ownership or control.

**ESTABLISHMENT** The smallest type of accounting unit within an enterprise, an establishment is a single physical location where business is conducted or where services or industrial operations are performed. Multiple establishments under common control make up an enterprise.

**EXPORTS** Total value of industry goods and services sold by US companies to customers abroad.

**IMPORTS** Total value of industry goods and services brought in from foreign countries to be sold in the United States.

**INDUSTRY CONCENTRATION** An indicator of the dominance of the top four players in an industry. Concentration is considered high if the top players account for more than 70% of industry revenue. Medium is 40% to 70% of industry revenue. Low is less than 40%.

**INDUSTRY REVENUE** The total sales of industry goods and services (exclusive of excise and sales tax); subsidies on production; all other operating income from outside the firm (such as commission income, repair and service income, and rent, leasing and hiring income); and capital work done by rental or lease. Receipts from interest royalties, dividends and the sale of fixed tangible assets are excluded.

**INDUSTRY VALUE ADDED (IVA)** The market value of goods and services produced by the industry minus the cost of goods and services used in production. IVA is also described as the industry's contribution to GDP, or profit plus wages and depreciation.

**INTERNATIONAL TRADE** The level of international trade is determined by ratios of exports to revenue and imports to domestic demand. For exports/revenue: low is less than 5%, medium is 5% to 20%, and high is more than 20%. Imports/domestic demand: low is less than 5%, medium is 5% to 35%, and high is more than 35%.

**LIFE CYCLE** All industries go through periods of growth, maturity and decline. IBISWorld determines an industry's life cycle by considering its growth rate (measured by IVA) compared with GDP; the growth rate of the number of establishments; the amount of change the industry's products are undergoing; the rate of technological change; and the level of customer acceptance of industry products and services.

**NONEMPLOYING ESTABLISHMENT** Businesses with no paid employment or payroll, also known as nonemployers. These are mostly set up by self-employed individuals.

# Jargon & Glossary

**IBISWorld Glossary continued**

**PROFIT** IBISWorld uses earnings before interest and tax (EBIT) as an indicator of a company's profitability. It is calculated as revenue minus expenses, excluding interest and tax.

**VOLATILITY** The level of volatility is determined by averaging the absolute change in revenue in each of the past five years. Volatility levels: very high is more than ±20%; high volatility is ±10% to ±20%; moderate volatility is ±3% to ±10%; and low volatility is less than ±3%.

**WAGES** The gross total wages and salaries of all employees in the industry. The cost of benefits is also included in this figure.

www.ibisworld.com | 1-800-330-3772 | info@ibisworld.com

# At IBISWorld we know that industry intelligence is more than assembling facts
## It is combining data with analysis to answer the questions that successful businesses ask

Identify high growth, emerging & shrinking markets
Arm yourself with the latest industry intelligence
Assess competitive threats from existing & new entrants
Benchmark your performance against the competition
Make speedy market-ready, profit-maximizing decisions



**IBIS**World
WHERE KNOWLEDGE IS POWER

Who is IBISWorld?
We are strategists, analysts, researchers, and marketers. We provide answers to information-hungry, time-poor businesses. Our goal is to provide real world answers that matter to your business in our 700 US industry reports. When tough strategic, budget, sales and marketing decisions need to be made, our suite of Industry and Risk intelligence products give you deeply-researched answers quickly.

IBISWorld Membership
IBISWorld offers tailored membership packages to meet your needs.

## Disclaimer

This product has been supplied by IBISWorld Inc. ('IBISWorld') solely for use by its authorized licensees strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any other person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The publication is sold on the basis that the purchaser agrees not to copy the material contained within it for other than the purchasers own purposes. In the event that the purchaser uses or quotes from the material in this publication – in papers, reports, or opinions prepared for any other person – it is agreed that it will be sourced to: IBISWorld Inc.

Copyright 2014 IBISWorld Inc