University Village
Historical Occupancy

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Total Potential Occupancy | 677 | 688 | 708 | 722 | 722 | 722 | 722 | 722 | 722 |
| Towers Independent Living | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 |
| Villas | 20 | 20 | 32 | 46 | 46 | 46 | 46 | 46 | 46 |
| Nursing | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Assisted Living | 91 | 102 | 110 | 110 | 110 | 110 | 110 | 110 | 110 |

| Independent Living | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Occupancy | | 405 | 439 | 443 | 431 | 413 | 389 | 354 | 342 | 341 |
| | Move Ins | 78 | 59 | 41 | 39 | 30 | 33 | 44 | 55 | 67 |
| | Move Outs | (44) | (55) | (53) | (57) | (54) | (68) | (56) | (56) | (59) |
| Ending Occupancy | | 439 | 443 | 431 | 413 | 389 | 354 | 342 | 341 | 349 |
| Ending Occupancy % | | 94% | 95% | 90% | 84% | 79% | 72% | 70% | 69% | 71% |

| Assisted Living | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Occupancy | | 73 | 80 | 85 | 91 | 92 | 97 | 102 | 95 | 90 |
| | Move Ins | 65 | 66 | 83 | 70 | 53 | 61 | 52 | 55 | 59 |
| | Move Outs | (58) | (61) | (77) | (69) | (48) | (56) | (59) | (60) | (61) |
| Ending Occupancy | | 80 | 85 | 91 | 92 | 97 | 102 | 95 | 90 | 88 |
| Ending Occupancy % | | 88% | 83% | 83% | 84% | 88% | 93% | 86% | 82% | 80% |

| Nursing Center | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Occupancy | | 115 | 112 | 112 | 112 | 107 | 111 | 105 | 110 | 89 |
| | Move Ins | 343 | 393 | 315 | 383 | 324 | 394 | 406 | 327 | 330 |
| | Move Outs | (346) | (393) | (315) | (388) | (320) | (400) | (401) | (348) | (319) |
| Ending Occupancy | | 112 | 112 | 112 | 107 | 111 | 105 | 110 | 89 | 100 |
| Ending Occupancy % | | 93% | 93% | 93% | 89% | 93% | 88% | 92% | 74% | 83% |

PLAINTIFF'S EXHIBIT
187
tabbies