0/13 ASSISTANTS MEETING ████████████████

0/16 NAIC HEALTHCARE REFORM CALL ████████████████████████

10/21/13 GLENMOOR ████████████████████████

10/22/13 UV CALL ██ WITH CRAIG TAYLOR OF KISCO
BVM LOOKING FOR ALTERNATIVE FINANCING AS
BONDS CAN'T BE ISSUED THAT QUICKLY
DECEMBER 15 DEADLINE

10/23 BRIAN WEBB WEEKLY CALL ████████████████████████

EXHIBIT
10
4/18/23

10/23/13 BVM MEETING — CROWN POINT OF YORKTOWN COMMUNITIES - SPRING HILL

UV IS LAST ASSET OF PARTNERSHIP

WESTPORT SENIOR LIVING MGMT BECAME AGEWELL

$5.75 \xrightarrow{6/30} 7.25 \ ^{10/1}$  30 YR RATE

10/31 BEHEALTHY MEETING

10/31 PLHSO MEETING WITH JACK BRONNAN

11/6/13 FLORIDA MEDICARE PLUS

BRUCE REMINDED DOC REPS