**Office of Insurance Regulation**
*Specialty Product Administration*

| | |
|---|---|
| **FLORIDA COMPANY CODE:** | **FEDERAL EMPLOYER IDENTIFICATION NUMBER:** |
| 88104 | 65-1059079 |

## ANNUAL REPORT
## OF THE

### WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP

(Continuing Care Provider)

### TO THE
### OFFICE OF INSURANCE REGULATION
### OF THE
### STATE OF FLORIDA

Specialty Product Administration
200 East Gaines Street
Tallahassee, FL 32399 - 0331

### FOR CALENDAR YEAR ENDED

December 31, 2014

**Original Submission**

OIR-A3-470   Rev(02/98)

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## GENERAL INFORMATION AND INSTRUCTIONS

1. Financial statements must be prepared in accordance with generally accepted accounting principles and as prescribed in the Florida Statutes.

2. The Balance Sheet, Statement of Operations and the Statement of Cash flows must be prepared based on year-end amounts.

3. All terms used in this report will have their general meaning except where specific statutory language applies under the applicable provisions of the Florida Insurance Code.

4. This form is submitted electronically.  Adobe Reader version 7.0.5 or higher is required. If you do not have that version, please upgrade at http://www.adobe.com  prior to downloading any forms.

5. When you downloaded this report, you were assigned a session key. This session key has an expiration date that was also assigned prior to downloading this form. **Please make sure you save or submit prior to this expiration date or all work up until the last save will be lost.**

   This session will expire on:   **04/30/2015 11:30:00 PM**  Eastern Time

6. To assist you in completing this form click both "Highlight Fields" and "Highlight Required Fields" in the upper right hand corner of the report page. This will highlight the fields where you may enter data.

7. The report form will calculate all totals and pre-populate fields based upon your responses. Data cannot be entered into the total and pre-populated fields.

8. Please enter all numeric fields with numbers only (no commas, dashes, dollar signs, etc.).   Unanswered questions and blank lines on schedules will not be accepted.  If no answers or entries are to be made, enter "0" on all lines asking for a numeric response and "None" or "N/A" on all lines requesting a non-numeric response. Additionally, certain Schedules and Exhibits provide the option "Check if N/A" if the information requested is not applicable to your company.

9. Line descriptions may not be altered or added. When in doubt where to place an item, show the item in an appropriate "Other" line and include a supplemental schedule describing the items listed in the "Other" category. Any item which is of an extraordinary nature should also be entered on an appropriate "Other" line.

10. "Save" or "Submit" buttons are provided on the last page of this report.  Hit the ALT+s keys to go to the last page. By clicking the Save button, all data entered on the form will be saved to our website.  **It is strongly recommended that you save your data periodically as you fill in this form.** You will receive a confirmation message once the data is successfully saved.

11. When you either save or submit the form, all data is checked for completeness; you will be notified if errors have occurred.   When submitting data, you will be asked to correct these validation errors. Once the form is successfully submitted, the form becomes read-only.  **To update information after submission, an amended form must be filed through REFS.**

12. If additional explanations, supporting statements or schedules are added or are necessary, the additions should be properly cross-referenced to the item being answered. This additional information should be in electronic format (i.e. Word, Excel, PDF, etc) or, if in paper format, scanned in as a PDF, and should be attached and uploaded to the filing as a Miscellaneous Document through REFS.

13 When you have completed a form and selected "Submit Final," your report form is uploaded as a "Completed" document to your Component List; this does not submit the report to the Office of Insurance Regulation.  Upon completion of all required items, the "Begin Submission Process" button (bottom right of the screen) will activate. You must select and complete the "Begin Submission Process" to successfully submit your entire filing to OIR.

14. Please print, sign, notarize and upload a PDF version of the Jurat/Attestation Page (see next page) under the corresponding component in REFS. If you do not have a component so named, please upload a signed PDF under the Miscellaneous Documents component.

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## ATTESTATION

Please the Instructions Page OR you may notarize this form electronically by entering the Notary Public, Commission Number and Expiration Date on the form prior to submitting.

**NOTE:  ATTESTATIONS SUBMITTED MANUALLY MUST HAVE ORIGINAL SIGNATURES.  COPIES ARE NOT ACCEPTABLE.**

I.   Regardless of the form of the organization, this report **must** be attested to by the Facility Administrator or Executive Director **AND** one of the following:

A.   If the organization is a sole proprietorship, the report must be attested to by the owner.

B.   If the organization is a corporation, the report must be attested to by both the President and Secretary of the Corporation.

C.   If the organization is a limited partnership, the report must be attested to by the general partner.

D.   If the organization is a partnership other than a limited partnership, the report must be attested to by all the partners.  If the organization is a trust, the report must be attested to by all trustees and officers.

II.   As an insurer licensed to transact business in the state of Florida, I am familiar with the laws of Florida relating to continuing care contracts and do hereby certify under penalty of filing false or misleading documents pursuant to 817.2341, FS, or 837.06, FS, that the information reported provided herein is a full and true reporting of the requested information. This report is submitted for compliance with Chapter 651, FS.

| (Typed Name) | (Typed Name) | (Typed Name) |
|---|---|---|
| (Signature) | (Signature) | (Signature) |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me          Subscribed and sworn to before me          Subscribed and sworn to before me

This _____ day of _____ , 20 ___          This _____ day of _____ , 20 ___          This _____ day of _____ , 20 ___

Notary Public: _____          Notary Public: _____          Notary Public: _____

Commission Number: _____          Commission Number: _____          Commission Number: _____

Expiration Date: _____          Expiration Date: _____          Expiration Date: _____

☐ Personally Known or          ☐ Personally Known or          ☐ Personally Known or

☐ Produced Identification          ☐ Produced Identification          ☐ Produced Identification

(Type of Identification Produced)          (Type of Identification Produced)          (Type of Identification Produced)

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:  December 31, 2014

**SECTION I
PROVIDER INFORMATION**

1.      Furnish the Provider's:

Company Name:   WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP

Street:    12401 North 22nd Street

City: Tampa          State/Prov: Florida          Zip/Postal:      33612

Phone:  (813) 975-5018          Ext:          Fax:  (813) 975-5490

Mailing Street:  12401 North 22nd Street

City:  Tampa          State/Prov: Florida          Zip/Postal:      33612

Contact Name: Kathleen Burkholder

Contact Title: Chief Financial Officer

Phone:  (813) 975-5018          Ext:          Fax:  (813) 975-5490

Email Address: kburkholder@universityvillage.net

Federal Employer Identification Number (FEIN): 65-1059079

2.      A.  Indicate the organizational structure of the Provider and attach the most current organizational chart:
(Check all appropriate answers)

- [X]  For Profit
- [ ]  Not for Profit
- [ ]  Corporation
- [ ]  General Partnership
- [X]  Limited Partnership
- [ ]  Trust
- [ ]  Joint Venture
- [ ]  Other          (Explain): _____

B.  Is the Provider religiously affiliated?:

- [ ]  Check if Yes

If Yes, please provide list of all affiliations:

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

4.      List the name and address of every CCRC in Florida for which the provider is licensed pursuant to Chapter 651, F.S.: (List one name and address per line)

Westport Holdings Tampa, LP d/b/a University Village

5.      A.  List the name and address of every CCRC owned or managed by the provider in any state other than Florida: (List one name and address per line)

N/A

B.  If a management company is utilized, list the name and address of every CCRC owned or managed by that management company in Florida: (Use one name and address per line)

University Village
Tampa, FL 33612

In other states:

N/A

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

6.      Does the provider pay commission to any officer, director, or salaried employee?          ☒   Check if Yes

If yes, give Name and Title (List one name/title per line):

Merrilyn Fernandez - Marketing Director
Rita Williams - Sales Rep
Kara Elias (Hull) - Sales Rep
Cathy Indermuehle - Move In Coordinator
Linda Jones - Marketing Personnel
Susanne Aude - Administrative Assistant

7.      A.  Based on the *provider's* indebtedness, give the following amounts due and identify the related lender(s) for this reporting period. (If different from Question 13, Page 8)

Debt Service Payment

Principal  _____          Taxes      _____

Interest   _____          Insurance  _____

Lender(s) (List one lender per line) (Enter N/A if not applicable):

B.  Are all debt payments current for this period?          ☒   Check if Yes

8.      If you currently use a management company, what is the expiration date of the agreement?   ____01/30/2015____

**If the agreement was renewed during the reporting period, upload a copy via REFS.**

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## SECTION II
## FACILITY INFORMATION

9.  Facility Name:   Westport Holdings Tampa, LP d/b/a University Village

Street Address:   12401 North 22nd Street

City:   Tampa                              State: Florida               Zip: 33612

Phone:  (813) 975-5475          Fax: (813) 977-2688          County: Hillsborough

Executive Director or Administrator:    Tim Parker, Executive Director

Phone:  (813) 975-5475          Ext:                Fax: (813) 977-2688

---

**\* For other facility related address information, see questions 22 through 27**

10.      A.  Provide the estimated or actual market value of this facility:

Amount:       $81,529,320          As of Date:             12/31/2014

B.  Amount of insurance coverage on this facility:          $97,018,397

**(Please upload the Insurance Declaration or Certificate of Insurance page via REFS)**

11.  Have any additions or expansions to the original facility been made during this period?          ☐  Check if Yes

If yes, describe the purpose of each structure including the number of living or nursing units added:

12.  Are any phases under construction or to be constructed in the future?          ☐  Check if Yes

If yes, describe the purpose of each structure including the number of living or nursing units added:

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

13.    Based on the facility's financial condition, give the following amounts due and identify the related lender(s) for this reporting period:

Debt Service Payment

| | | | |
|---|---|---|---|
| Principal | $502,590 | Taxes | $468,406 |
| Interest | $1,764,821 | Insurance | $583,163 |

Lender(s) (List one lender per line)(Enter N/A if not applicable):

CPIF Lending, LLC
1910 Fairview Ave. E.
Suite 200
Seattle, WA  98102

US Ameribank
113 East Whiting Street                                                                        +

14.    A. Identify the President, or person performing a similar function, of the President's Council or similar body:

Steve Miller, Resident Council

B. Provide the dates on which quarterly meetings were held during the reporting period:

3/12/14, 5/28/14, 9/10/14, 12/3/14

15.    A. Specify the range of entrance fees:          from      $86,900      to      $356,900

2nd person fees:          from          0          to          0

B. Specify the range of maintenance fees:          from      $1,725      to      $3,555

2nd person fees:          from      $945      to      $945

16.    Provide a list of any changes or increases in fees for care or services during the reporting period:
**(If there is not enough space provided below, please upload a separate document via REFS.)**

The CPI protected contracts were increased by 2.1%, while other contracts were increased by 3%.  If a contract is at market rate or close to it, there would be no increase or a partial increase that maxed out at the market rate.

Beginning in April 2014, we no longer offer 90% refundable contracts.

17.    Specify the total number of <u>INDIVIDUALS</u> contracted with this facility pursuant to:

A. Continuing Care Agreement:          555    C. Skilled Nursing-Community patients (non-CCRC):

B. Continuing Care At-Home Agreement:               D. Rental Agreement:          45    E. Total:          600

18.    Provide the average age of the resident population:  84

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

19.     Do your continuing care or continuing
care at-home residency contracts provide          ☒  Check if Yes
skilled nursing services?

If yes, check all appropriate answers:

A.  ☒  On site          ☐  or off site

B.  ☐  Owned          ☒  or by outside contractor

C.  If contracted, name of entity:          TR&SNF, Inc.

D.  Is contracted entity affiliated?:          ☐  Check if Yes

E. **Upload a copy (via REFS) of the most recent license renewal and nursing home rating
(Regardless of ownership)**

20.     If skilled nursing facility is owned by provider, does it participate in either of the following:

Medicare:     ☐  Check if Yes     Annual Receipts _____

Medicaid:     ☐  Check if Yes     Annual Receipts _____

21.     Does this facility require or arrange long-term care insurance, Medicare
supplement insurance or similar types of insurance policies on behalf of the residents     ☐  Check if Yes
or the facility?

If yes, fully describe:

Company Name: WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP                                                                                          Year Ending:  December 31, 2014

**22.  Facility owned by:**

| Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**23.  Name of entity contracted to operate this facility: (A licensed CCRC provider who leases the facility from the owner)**

| Agreement Date | Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

**24.  Name of company contracted to manage this facility:**

| Agreement Date | Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/2010 | Agewell Senior Living Mgmt, LLC | 11360 North Jog Rd. | Palm Beach Gardens | FL | 33418 | (561) 624-1225 |  |  | Mark Lichtenwalner |

**25.  Name of entity which facility or any part of facility (ex. ground lease, building lease, etc.) is leased TO:**

| Agreement Date | Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|---|
| 08/13/2002 | TALF, Inc. | 12250 N 22nd Street | Tampa | FL | 33612 | (317) 627-0504 |  |  | John Bartle |
| 08/13/2002 | TR&SNF, Inc. | 12250 N 22nd Street | Tampa | FL | 33612 | (317) 627-0504 |  |  | John Bartle |

**26.  Name of entity which facility or any part of facility (ex. ground lease, building lease, etc.) is leased FROM:**

| Agreement Date | Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|---|
| 01/08/2004 | Westport Holdings Tampa II | 12401 N 22nd Street | Tampa | FL | 33612 | (813) 975-5000 |  |  | Eli Freiden |
|  |  |  |  |  |  |  |  |  |  |

**27.  If the facility's records are not located on site, please indicate the location below:**

| Name | Street Address | City | State/Prov. | Zip/Postal Code | Phone # | Ext | Fax # | Contact Name |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

OIR-A3-470    Rev(02/98)                                          Page 10 of 23                                          Click Alt+s to jump to the Save/Submit page

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:  December 31, 2014

## SECTION III
## UNIT ANALYSIS

Do not include units *permanently* utlilzed as something other than the categories below.

| | (A) Currently Sold or Rented | (B) Unsold and Available to Market | (C) Unsold and Unavailable to Market or Reserved | (D) Total (A+B+C) |
|---|---|---|---|---|
| **Continuing Care Units** | | | | |
| 1.  Independent Living Units | 343 | 108 | | 451 |
| 2.  Assisted Living Units | | | | |
| 3.  Total Continuing Care Units | 343 | 108 | | 451 |
| **Rental Units** | | | | |
| 4.  Rental Units | 40 | | | 40 |
| **Skilled Nursing Units** | | | | |
| 5.  Community Beds | | | | |
| 6.  Sheltered Beds | | | | |
| 7.  Total Skilled Nursing Units | | | | |
| * **Other Continuing Care Contracts** | | | | |
| 8.  Independent Living | | | | |
| 9.  Assisted Living | 65 | | | 65 |
| 10.  Skilled Nursing | 23 | | | 23 |
| 11.  Total Other Continuing Care Contracts | 88 | | | 88 |

* Continuing care and continuing care at-home contract holders residing at the location not operated by the provider.

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:  December 31, 2014

## UNIT SALES

| Total CCRC Designated Units (From Line 3, Column D, Page 11): | 451 | |
|---|---|---|
| | | **Number** |
| 1. | Total CCRC units available beginning of this period: (Must agree to ending balance last period) | 143 |
| 2. | Plus units returned to inventory due to cancellation of sale, death, transfer, move-out, etc. this period: | 58 |
| 3. | Less CCRC units sold this period: | ( 67 ) |
| 4. | Less CCRC units removed from this period from inventory for renovation, rental or other purposes: | ( 26 ) |
| 5. | Total CCRC units available end of this period: (Item 1 + Item 2 - Item 3 - Item 4) Should agree to Line 3, Column B, Page 11 | 108 |

## WAITING LIST

| | | Number | Amount |
|---|---|---|---|
| 1. | Deposits on hand beginning of this period: | 4 | $6,550 |
| 2. | Deposits received this period: | 103 | $536,850 |
| 3. | Less Deposits utilized or returned this period: | ( 102 ) | ( $534,850 ) |
| 4. | Net deposits on hand end of this period: | 5 | $8,550 |

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## ENTRANCE FEE CASH SUMMARY REPORT

| | | Number | Amount |
|---|---|---|---|
| 1. | Total Entrance Fees Collected this period: (Include all initial entrance fee deposits and installments collected ($): | | $8,505,288 |
| 2. | Beginning Refunds Due | 15 | $623,647 |
| 3. | Refunds Incurred this Period | 88 | $5,500,220 |
| 4. | Refunds Paid this Period | ( 78 ) | ( $4,159,405 ) |
| 5. | Refunds Due End of Period | 25 | $1,964,462 |

| Refund Balances at End of Period (Aging) | | Number | Amount |
|---|---|---|---|
| 6. | Less than 30 Days | 6 | $543,223 |
| 7. | 30 - 60 Days | 8 | $533,574 |
| 8. | 61 - 90 Days | 6 | $535,260 |
| 9. | 91 - 120 Days | 5 | $352,405 |
| 10. | * Over 120 Days | 0 | 0 |
| 11. | TOTAL (Must equal Line 5 above) | 25 | $1,964,462 |

* Explanation required for Refunds over 120 days past due (limited to 1000 characters):

OIR-A3-470    Rev(02/98)                     Page 13 of 23                     Click Alt+s to jump to the Save/Submit page

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## BALANCE SHEET
## ASSETS

| | CURRENT ASSETS | |
|---|---|---:|
| 1. | Cash | $17,976 |
| 2. | Short-Term Investments with Maturity of 12 Months or Less | 0 |
| 3. | Accounts Receivable | $5,723,668 |
| 4. | Prepaid Expenses | $189,852 |
| 5. | Excess of MINIMUM LIQUID RESERVE funds | 0 |
| 6. | Other | $762,482 |
| 7. | **TOTAL CURRENT ASSETS** | **$6,693,978** |

| | NON-CURRENT ASSETS | |
|---|---|---:|
| 8. | Restricted Assets whose use is limited: | |
| | a.  Required Minimum Liquid Reserve (See Schedule B) | $4,963,061 |
| | b.  Other | 0 |
| 9. | Property, Plant and Equipment | $58,242,521 |
| | a.  Less Accumulated Depreciation (See Schedule A) | ( $27,944,126 ) |
| 10. | Long-Term Investments | 0 |
| 11. | Other  **(Amount entered is 57% of Line 12, please upload breakdown via REFS)** | $46,421,678 |
| 12. | **TOTAL NON-CURRENT ASSETS** | **$81,683,134** |
| 13. | **TOTAL ASSETS** | **$88,377,112** |

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:  December 31, 2014

## BALANCE SHEET (continued)
## LIABILITIES

| | | |
|---|---|---:|
| **CURRENT LIABILITIES** | | |
| 14. | Accounts Payable | $1,112,170 |
| 15. | Accrued Expenses | $951,437 |
| 16. | Accrued Interest | $63,329 |
| 17. | Refunds Payable | $1,964,462 |
| 18. | Current Portion of Long-Term Debt: | |
| | a.  On Facility | $9,002,591 |
| | b.  Other | $3,960,134 |
| 19. | Current Portion of Notes Payable | 0 |
| 20. | Other **(Amount entered is 15% of Line 21, please upload breakdown via REFS)** | $3,044,436 |
| **21.** | **TOTAL CURRENT LIABILITIES** | **$20,098,559** |
| | | |
| **NON-CURRENT LIABILITIES** | | |
| 22. | Unearned Entrance Fees | $17,737,884 |
| 23. | Long-Term Debt: | |
| | a.  On Facility | $14,274,009 |
| | b.  Other | 0 |
| 24. | Notes Payable | 0 |
| 25. | Other **(Amount entered is 49% of Line 26, please upload breakdown via REFS)** | $30,184,955 |
| **26.** | **TOTAL NON-CURRENT LIABILITIES** | **$62,196,848** |
| **27.** | **TOTAL LIABILITIES** | **$82,295,407** |
| | | |
| **FUND BALANCE** | | |
| 28. | Beginning Fund Balance (Must agree with Line 31, Page 15 from prior year's report) | $37,061 |
| 29. | Excess / Deficit (Should equal Line 22, Page 16) | ($5,166,204) |
| 30. | Other Contributions or Adjustments **(Please upload breakdown via REFS)** | $11,210,848 |
| **31.** | **TOTAL FUND BALANCE** | **$6,081,705** |
| **32.** | **TOTAL LIABILITIES AND FUND BALANCE** | **$88,377,112** |

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## STATEMENT OF OPERATIONS

| | | |
|---|---|---|
| **REVENUES** | | |
| 1. | Earned Entrance Fees | $2,912,134 |
| 2. | Health Care Center (Gross) | 0 |
| 3. | Monthly Maintenance Fees | $9,475,973 |
| 4. | Rental Revenues | $926,443 |
| 5. | Other Income (Gross) | $2,128,752 |
| **6.** | **TOTAL REVENUES** | **$15,443,302** |
| **EXPENSES** | | |
| 7. | Wages and Benefits | $4,281,595 |
| 8. | Food Service | $910,181 |
| 9. | Housekeeping | $78,432 |
| 10. | Insurance: | |
| a. | On Facility | $583,163 |
| b. | Other | $582,921 |
| 11. | Interest: | |
| a. | Long-Term Debt on Facility | $1,439,306 |
| b. | Other | $6,504 |
| 12. | Leasehold Payments | 0 |
| 13. | Maintenance | $1,781,269 |
| 14. | Management Fees | $733,998 |
| 15. | Marketing | $441,244 |
| 16. | Medical Care | $484,319 |
| 17. | Taxes: | |
| a. | Property | $468,406 |
| b. | Other | $370,409 |
| 18. | Other Expenses | $1,556,509 |
| 19. | Amortization | $4,626,085 |
| 20. | Depreciation | $2,265,165 |
| **21.** | **TOTAL EXPENSES** | **$20,609,506** |
| **22.** | **EXCESS / (DEFICIT)** | **($5,166,204)** |

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP        Year Ending:  December 31, 2014

## STATEMENT OF CASH FLOWS

| A. OPERATING ACTIVITIES | | |
|---|---|---|
| 1. | Net Income (From Line 22, Page 16, Statement of Operations) | ($5,166,204) |
| 2. | Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| | a. Gross Entrance Fees Received | $8,505,288 |
| | b. Refunds Paid | ( $5,409,533 ) |
| | c. Earned Entrance Fees | ( $2,912,134 ) |
| | d. Depreciation and Amortization | $6,891,250 |
| | e. Disposal of Assets | $24,235 |
| | f. Increase in Prepaids & Other & A/R Maintenance Fee | ($579,275) |
| | g. Increase in A/P & Accrued Expenses | $502,287 |
| | h. Refundable Deposits Used | $305,139 |
| | i. Increase in Other Deposits | ($1,251,568) |
| | j. Decrease in Due to Affiliates | ($13,737,212) |
| | k. Change in restricted cash | ($421,782) |
| | l. Total Operations Adjustments (Sum of Line 2(a) - Line 2(k)) | ($8,083,305) |
| 3. | Total Operating Adjustments (Sum of Line 1 and Line 2(l)) | ($13,249,509) |
| **B. INVESTING ACTIVITIES** | | |
| 1. | Purchase of PP&E | ($1,438,518) |
| 2. | Increase in Minimum Liquid Reserve | ($489,075) |
| 3. | | |
| 4. | | |
| 5. | Total Investing Activities | ($1,927,593) |
| **C. FINANCING ACTIVITIES** | | |
| 1. | Total Gross Debt Principal Paid | ( $21,288,105 ) |
| 2. | New Financing | $24,500,000 |
| 3. | Increase in Capital Distributions | ($1,731,814) |
| 4. | Increase in Capital Contributions | $12,943,697 |
| 5. | | |
| 6. | Total Financing Activities | $14,423,778 |
| **D.** | **Increase (Decrease) in Cash (Sum of A.3. & B.5. & C.6.)** | **($753,324)** |
| **E.** | **Cash at Beginning of Period (Must agree with prior year's ending cash)** | **$771,300** |
| **F.** | **Cash at End of Period (Sum of D & E. Must agree to Line 1, Page 14)** | **$17,976** |

OIR-A3-470    Rev(02/98)               Click Alt+s to jump to the Save/Submit page

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:  December 31, 2014

## SCHEDULE A

### 1. Property Plant and Equipment Used To Furnish Or Provide Continuing Care *

| Asset | Date Acquired | Actual Cost | Depreciation to Date |
|---|---|---|---|
| Land | 1999 - 2001 | $1,814,623 | 0 |
| Land Improvements | 1999 - 2014 | $382,406 | $328,882 |
| Buildings | 1999 - 2001 | $31,504,739 | $12,356,237 |
| Building Improvements | 2001 - 2014 | $10,545,128 | $5,986,226 |
| Furniture & Equipment | 1999 - 2014 | $13,622,141 | $8,934,472 |
| Transportation Equipment | 1999 - 2014 | $373,484 | $338,309 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **$58,242,521** | **$27,944,126** |

### 2. Property Plant and Equipment Not Used To Furnish Or Provide Continuing Care *

| Asset | Date Acquired | Actual Cost | Depreciation to Date |
|---|---|---|---|
| N/A | N/A | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **0** | **0** |

* Include only items having an original cost of $25,000 or more.

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## SCHEDULE B

1. Complete a listing of the information detailed below for all assets maintained in the Minimum Liquid Reserve.

| Asset | Date Acquired | Actual Cost | Market Value |
|---|---|---|---|
| Cash and Cash Equivalents | Various | $3,063,154 | $3,063,154 |
| US Treasury Bills | Various | $1,899,652 | $1,899,907 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | $4,962,806 | $4,963,061 |

2.  Are all Minimum Liquid Reserve assets invested in compliance with the requirements of Part II Chapter 625, F.S.?          ☐   Check if No

If No, identify which assets do not comply and provide and explanation of the circumstances surrounding their purchase and holding (limited to 1000 characters),

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP                              Year Ending:  December 31, 2014

**SCHEDULE C-1**
**LIST OF OFFICERS/DIRECTORS AND KEY PERSONNEL**

Complete the following for all officers, directors, partners, members, and facility executive director/administrators. Include shareholders and affiliates holding at least 10% interest in the operations of the provider. State the percentage owned. If such person and/or shareholder has been appointed, elected, nominated, designated or has been added to this list during this report period, place a check in the "New" column provided. If required biographical information has not been previously submitted on those checked, please refer to the instructions provided at http://www.floir.com/siteDocuments/OfficeDirector.pdf.

| Name | Position/Title | Residence Address | City | State/ Prov. | Zip/Postal Code | Date of Birth | % | New |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  |  | ☐ |

OIR-A3-470    Rev(02/98)

Click Alt+s to jump to the Save/Submit page

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP

Year Ending:  December 31, 2014

**SCHEDULE C-2**
**LIST OF COMPANIES**

Complete the following for all companies and affiliates holding at least 10% interest in the operations of the provider. <u>State the percentage owned.</u> If such company has been added to this list during this report period, place a check in the "New" column provided.

| Name | Business Address | City | State/ Prov. | Zip/Postal Code | FEIN | % | New |
|------|------------------|------|--------------|-----------------|------|---|-----|
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  |  | ☐ |

OIR-A3-470    Rev(02/98)

Click Alt+s to jump to the Save/Submit page

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP        Year Ending:   December 31, 2014

## INVOICE

### FLORIDA DEPARTMENT OF FINANCIAL SERVICES
### OFFICE OF INSURANCE REGULATION
### CONTINUING CARE RETIREMENT COMMUNITY
### LIFE CARE PROVIDER ANNUAL REPORT:

Name of Company:   WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP

FEIN:  651059079

Street Address:   12401 North 22nd Street

City, State and Zip Code: Tampa, Florida  33612

Phone Number: (813) 975-5018

Mailing Address (If different from Street Address)

Street Address:   12401 North 22nd Street

City, State and Zip Code: Tampa, FL  33612

1.      Make check payable to the Office of Insurance Regulation and **mail check and invoice only to:**
        **Office of Insurance Regulation**
        **Bureau of Financial Services**
        **Post Office Box 6100, Tallahassee**
        **Florida 32314-6100**

2.      **IF YOU ARE MAILING IN THE ANNUAL REPORT:**
        Attach a copy of the check and the invoice to the report.  The completed annual report, Form OIR-A3-470 should be submitted to:
        Florida Department of Financial Services - Office of Insurance Regulation
        Bureau of Specialty Insurers - Continuing Care Section
        200 E. Gaines Street, Larson Building
        Tallahassee, Florida 32399-0331

|  | B/T | CY/TL | F/T | AMOUNT |
|---|---|---|---|---|
| Annual Filing Fee | C | 12/23 | F | $100.00 |

Company Name:  WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP          Year Ending:   December 31, 2014

## SAVE/SUBMIT PAGE

**Save** - Use this button to save your data to our server. **It is strongly recommended that you save your data periodically as you fill in this form.** You can still save your data even if you have validation errors appear below.

**Submit Final** - Use this button if you have entered all the required information and want to submit this data to our server. If you have validation errors, they must be corrected before being able to submit the form data. **Once you successfully submit the form data, you can no longer make changes.**

The session key will expire on:  **04/30/2015 11:30:00 PM**   Eastern Time

**You have (1) validation errors.**

1) Line 4 of the Entrance Fee Cash Summary Report (Page 13) and Line A.2.b of the Statement of Cash Flows (Page 17) are required fields and must be equal.