UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WESTPORT HOLDINGS TAMPA,
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA II,
LIMITED PARTNERSHIP,

     Debtors.
_____/

JEFFREY W. WARREN, LIQUIDATING
TRUSTEE FOR WESTPORT HOLDINGS
TAMPA, LIMITED PARTNERSHIP and
WESTPORT HOLDINGS TAMPA II, LIMITED
PARTNERSHIP,

     Plaintiff,

v.

VALLEY NATIONAL BANK, principal
subsidiary to VALLEY NATIONAL
BANKCORP, a New Jersey domestic profit
corporation, as successor by merger to
USAMERIBANK,

     Defendant.
_____/

Case No.:  8:16-bk-08167-CED
Chapter 11

Case No.:  8:16-bk-08168-CED

Jointly Administered Under
Case No. 8:16-bk-08167-CED

Adv. Pro. No. 8:20-ap-00007-CPM

**NOTICE OF FILING OF EXHIBITS 21-175 FROM THE DEPOSITION TRANSCRIPT**
**<u>OF CHRISTOPHER STRUK</u>**

Plaintiff, Jeffrey W. Warren, as the Liquidating Trustee (the "**Liquidating Trustee**") for Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership, hereby files Exhibits 21-175 from the deposition transcript of Christopher Struk, taken April 18, 2023.

8BA6214.DOCX

November 15, 2023

/s/ *Keith T. Appleby*
Keith T. Appleby, Esq.
Florida Bar No: 0011028
Appleby Law P.A.
4916 W Melrose Ave S
Tampa, FL 33629
Telephone: (813) 435-0396
Email: keithtappleby@icloud.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2023, the foregoing was served using the Court's CM/ECF System, which will send a notice of electronic filing to all attorneys of record in this matter.

/s/ *Keith T. Appleby*
Keith T. Appleby, Esq.

8BA6214.DOCX