Case 8:20-ap-00007-CPM Doc 448-14 Filed 11/15/23 Page 1 of 8

  

| ACQUISITIONS |

# $70 Million Transaction Could Turn 'Untouchable' Property Into Modern, Middle-Market CCRC

By **Tim Mullaney** | August 10, 2020



 

modern senior living at a more affordable price point.

"We identified this as an opportunity because it's kind of been untouchable, this asset," Richard Ackerman, managing partner of Big Rock Partners, told Senior Housing News. "It's a large asset, it's complicated, there's a lot of different vested interests … it was attractive to us because it's so complicated."

The asset in question is University Village, a CCRC in Tampa that has been in bankruptcy since 2016 and drew attention — including from state legislators — due to the related turmoil. Big Rock initially explored acquiring the community in a private transaction, viewing it as a chance to enter the CCRC market for the first time, Ackerman said. Big Rock is a private equity firm that has invested in and managed more than $1 billion in real estate assets, and has over $200 million in senior housing assets.

ADVERTISEMENT

The complexities of the deal — including the liabilities being assumed, the cost of needed renovations and the cost of the acquisition — made it clear that a conventional transaction would not be feasible, according to Ackerman. Prior to Big Rock,

SUBSCRIBE

## SHN+ Exclusive

KEY INSIGHTS

**Brookdale's Bounceback Shows Senior Living Industry On Wild Ride in 2023**

SHN + TALKS

**CLC CEO: Senior Living Industry Can Trim Costs, Improve Services By Embracing Value-Based Care**

KEY INSIGHTS

**5 Senior Living Operators to Watch in 2023**

EXCLUSIVE REPORT

**SHN+ Report: The Medicare Advantage Opportunity for Senior Housing**

KEY INSIGHTS

**Why a Big Year for Operator Consolidation Could Spur Senior Living Innovation**

## Related Stories

SPONSORED BY:

**SENIOR HOUSING NEWS**    Building & Design    Communities    Finance    Law & Regulation    Operations

REPORTS        EVENTS       JOBS       AWARDS       ADVERTISE       PODCAST
SHN +                                                                            SUBSCRIBE

 SENIOR HOUSING NEWS        Building & Design   Communities   Finance   Law & Regulation   Operations

 **SENIOR HOUSING NEWS**    Building & Design    Communities    Finance    Law & Regulation    Operations

Ackerman was head of the Los Angeles office of private equity giant Apollo Real Estate Advisors, in which role he helped oversee many complex workout situations, including the sale of Summerville Senior Living to Emeritus Corp. He drew on this skillset to navigate the University Village transaction.

The solution was to create a not-for-profit entity, Tampa Life Plan Village, which was formed on Jan. 31, 2020. Working with Chicago-based speciality investment bank Ziegler, the new nonprofit secured tax-exempt and taxable fixed-rate bonds in the amount of nearly $70 million. Ziegler closed on the bonds in late July.

The bonds will be used to fund the acquisition from sellers Westport Holdings Tampa and Westport Holdings Tampa II, as well as long-deferred maintenance and renovations that are needed. The transaction encompasses the independent living portion of University Village, consisting of 445 apartments, 46 villas and common areas.

## DO YOU KARE?

**Don't use an agency!**
Use KARE instead. If you like our Heroes, you can hire them for FREE!

**LEARN MORE**

ACQUISITIONS

**Transactions & Financings: Atlas Acquires Community; Berkadia Closes $86M in Q1**

April 18, 2023

ACQUISITIONS

**Senior Living Industry Sees Fewest M&A Deals Since Early 2021**

April 13, 2023

FINANCE & DEVELOPMENT

**Transactions & Financings: Eskaton Exits Standalone Skilled Nursing; Acts, Mease Explore Affiliation**

April 10, 2023

SPONSORED BY:

 

 **SENIOR HOUSING NEWS**        Building & Design    Communities    Finance    Law & Regulation    Operations

hospitality, health and wellness in senior living.

**LEARN MORE**

An adjacent health center, including assisted living and skilled nursing, are not being acquired. The health center was not in bankruptcy but was encumbered by a bank loan, and the parties ultimately were unable to settle on a price, Ackerman said.

Plans are to build assisted living and memory care within the existing independent living footprint. Future residents would pay an entrance fee of $75,000 for a contract that would ensure their care on campus or — if the need should arise — in off-site skilled nursing facilities operated by third parties, Ackerman said. A similar arrangement is in place for current residents, who are occupying 138 units.

**ABOUT**

About SHN

Contact

Companies

Advertising

Events

**LEGAL**

Terms of Service

Privacy Policy

**FOLLOW US**

Many CCRCs charge six-figure entrance fees, but by acquiring the property at such a low cost, the nonprofit ownership entity will be able to fully update the building with the latest amenities while keeping costs for residents down, according to Ackerman. He termed the offering a "modern middle-market product." Big Rock's senior housing portfolio includes several high-end properties, and Ackerman believes that University Village will compare favorably to these types of communities, even if the quality of carpet or wall coverings might not be the same.

The goal is to start the sales program for the renovated property in May 2021.

The CCRC will be managed by BRP Senior Housing Management, a Big Rock affiliate. In 2017, Big Rock completed the initial public offering for a special purpose acquisition corporation formed with the

Senior Housing News (SHN) is the leading source for news and information covering the senior housing industry. SHN is part of the Aging Media Network.

© Senior Housing News 2023. All rights reserved.

## Industry Jobs

**Care Giver PT all shifts**

Sunrise Senior Living | *Park Ridge, Illinois*

**Care Giver**

Sunrise Senior Living | *Potomac Falls, Virginia*

4/20/2023, 11:32 AM

 

VIEW ALL JOBS

properties, and will do so on a selective basis, likely for future workout situations. Big Rock is continuing to work with Des Moines, Iowa-based LCS as the operator on its new developments.

"We won't ever be a large manager," Ackerman said. "Our main goal is creating value, and the best way to do it was to be hands-on."

As has been the case across the senior living industry, Covid-19 has taken a toll on Big Rock communities. New leasing has been down, and Big Rock has seen some attrition of residents who are moving out to be with family, Ackerman said. However, he stressed that the firm's projects are well-capitalized and he has no doubt that they will weather the pandemic.

The same cannot be said for every senior living community across the country, and Ackerman does anticipate that functionally obsolete assisted living and memory care buildings — particularly smaller, single-site communities — will experience distress. These properties could be good candidates for being acquired and repurposed at a more affordable price point. But Big Rock is not targeting these smaller deals, given the firm's expertise in taking on more challenging opportunities.

"We're looking for the larger, more complicated type of projects, and they're there, but probably doing one or two a year is more realistic," Ackerman said.

**Companies featured in this article:**

Big Rock Partners, BRP Senior Housing Management, LCS

  

 SENIOR HOUSING NEWS   **Building & Design**   **Communities**   **Finance**   **Law & Regulation**   **Operations**

 If not in the newsroom, Tim likes to be on the tennis court or traveling to a new destination. Recent highlights include Sri Lanka and Iceland.



# You May Also Like

**Senior Housing Investments & Acquisitions: Sentio Healthcare, Aviv REIT, Validus**

**Transactions & Financings: 'Big 3' REITs in Fed's Bond Buying Program; Ziegler's $278M Deal Volume**

**Transactions & Financings: AccentCare, Seasons Hospice Merging; Ziegler's $42M Financing Package**

**Transactions & Financings: Welltower, Healthpeak Reportedly Sell South Florida Communities at Steep**

**Transactions & Financings: Lancaster Pollard, Blueprint, CBRE**

**Transactions & Financings: Lancaster Pollard, Blueprint, CBRE**