**Westport Holdings Tampa,
Limited Partnership and Subsidiary
d/b/a University Village
(A wholly owned subsidiary of Westport
Senior Living Investment Fund, L.P.)**

Consolidated Financial Statements

For the years ended
December 31, 2013 and 2012



PLAINTIFF'S
EXHIBIT
17
3/8/23

PENGAD 800-631-6989

**Westport Holdings Tampa,
Limited Partnership and Subsidiary
d/b/a University Village**
(A wholly owned subsidiary of Westport
Senior Living Investment Fund, L.P.)

Consolidated Financial Statements

For the years ended
December 31, 2013 and 2012

**Table of Contents**

Independent Auditors' Report ................................................................................ 1-2

**Consolidated Financial Statements**

Consolidated Balance Sheets ................................................................................ 3-4

Consolidated Statements of Operations and Comprehensive Loss ........................................ 5

Consolidated Statements of Changes in Partners' Capital ................................................ 6

Consolidated Statements of Cash Flows .................................................................... 7-8

Notes to Consolidated Financial Statements ............................................................... 9-29

**Supplementary Information**

Independent Auditors' Report on Supplementary Information ............................................. 30

Schedule I – Consolidating Balance Sheet ................................................................. 31-32

Schedule II – Consolidating Statement of Operations and
   Comprehensive Loss ..................................................................................... 33

# LKD

### CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

CHARLES L. LAMN, CPA *RETIRED
GARY R. KRIELOW, CPA
MARTIN A. DYTRYCH, CPA
GARTH E. ROSENKRANCE, CPA
JoANN L. WAGNER, CPA
MICHAEL R. DILLON, CPA

500 University Blvd., Suite 215
Jupiter, FL 33458
(561) 694-1040  Fax (561) 626-2158
www.lkdcpa.com

## INDEPENDENT AUDITORS' REPORT

To the Partners of
Westport Holdings Tampa, Limited Partnership and Subsidiary
d/b/a University Village
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Tampa, Florida

We have audited the accompanying consolidated financial statements of Westport Holdings Tampa, Limited Partnership and Subsidiary d/b/a University Village (a wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.), which comprise the consolidated balance sheets as of December 31, 2013 and 2012, and the related consolidated statements of operations and comprehensive loss, changes in partners' capital, and cash flows for the years then ended, and the related notes to the consolidated financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free of material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the Partnership's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Partnership's internal control. Accordingly, we express no such opinion. An

A TRADITION OF EXCELLENCE SINCE 1970

To the Board of Directors and Stockholders of
Westport Holdings Tampa, Limited Partnership and Subsidiary
d/b/a University Village
Page 2

*Auditors' Responsibility (Continued)*

audit also includes evaluating the appropriateness of accounting policies used and the
reasonableness of significant accounting estimates made by management, as well as evaluating
the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a
basis for our audit opinion.

*Opinion*

In our opinion, the consolidated financial statements referred to above present fairly, in all
material respects, the financial position of Westport Holdings Tampa, Limited Partnership and
Subsidiary d/b/a University Village as of December 31, 2013 and 2012, and the results of its
operations and its cash flows for the years then ended in conformity with accounting principles
generally accepted in the United States of America.

*LKD*

LKD
Certified Public Accountants & Consultants

June 24, 2014

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
**Consolidated Balance Sheets**
December 31, 2013 and 2012

| | 2013 | 2012 |
|---|---|---|
| **Assets** | | |
| | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 771,300 | $ 378,780 |
| Restricted cash | 226,598 | 138,589 |
| Accounts receivable, net | 1,962,829 | 2,491,967 |
| Prepaid expenses and other current assets | 141,441 | 145,671 |
| Inventory | 58,675 | 38,413 |
| Total current assets | 3,160,843 | 3,193,420 |
| | | |
| **Land, Buildings and Equipment, net** | 42,024,706 | 43,126,321 |
| | | |
| **Other Assets** | | |
| Assets limited as to use | 4,712,021 | 4,829,021 |
| Intangible assets, net | 42,286,878 | 46,186,878 |
| Deposits | 140,943 | 140,318 |
| Total other assets | 47,139,842 | 51,156,217 |
| **Total assets** | $ 92,325,391 | $ 97,475,958 |

*Read the accompanying notes and independent auditors' report.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Consolidated Balance Sheets (Continued)
December 31, 2013 and 2012

| | 2013 | 2012 |
|---|---|---|
| **Liabilities and Partners' Capital** | | |
| **Current Liabilities** | | |
| Accounts payable and accrued expenses | $ 1,102,560 | $ 1,096,101 |
| Accrued employee compensation and benefits | 522,086 | 538,855 |
| Deposits | 6,550 | 14,550 |
| Current maturities of Personal Income Protection Program deposits | 2,899,737 | 2,076,916 |
| Current maturities of long-term debt | 19,900,637 | 20,753,924 |
| Line of credit | 100,000 | -0- |
| Total current liabilities | 24,531,570 | 24,480,346 |
| **Long-Term Liabilities** | | |
| Long-term debt, less current maturities | 64,069 | 96,779 |
| Due to affiliates | 13,451,432 | 12,917,553 |
| Deferred revenue from entrance fees | 15,817,495 | 15,688,607 |
| Refundable entrance fees | 28,186,003 | 27,694,593 |
| Personal Income Protection Program deposits, less current maturities | 6,491,706 | 8,139,827 |
| Total long-term liabilities | 64,010,705 | 64,537,359 |
| Total liabilities | 88,542,275 | 89,017,705 |
| **Commitments and Contingencies** | | |
| Minority interest | 3,746,055 | 4,050,058 |
| **Partners' Capital** | | |
| Capital contributions | 49,352,000 | 49,352,000 |
| Accumulated deficit | (49,316,228) | (44,946,648) |
| Accumulated other comprehensive income | 1,289 | 2,843 |
| Total partners' capital | 37,061 | 4,408,195 |
| **Total liabilities and partners' capital** | $ 92,325,391 | $ 97,475,958 |

*Read the accompanying notes and independent auditors' report.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Consolidated Statements of Operations and Comprehensive Loss
For the years ended December 31, 2013 and 2012

|  | 2013 | 2012 |
|---|---|---|
| **Revenues** | | |
| Monthly service fees | $ 9,972,607 | $ 10,065,926 |
| Rental income | 577,476 | 255,203 |
| Earned entrance fees | 2,893,884 | 2,758,295 |
| Investment income | 9,935 | 13,919 |
| Other income | 582,910 | 590,545 |
| Total revenues | 14,036,812 | 13,683,888 |
| **Expenses** | | |
| Medical care | 731,828 | 767,829 |
| General and administrative | 3,246,633 | 3,272,318 |
| General and professional liability insurance | 85,406 | 146,913 |
| Dining service | 1,896,693 | 1,896,686 |
| Plant operations | 2,445,417 | 2,307,770 |
| Laundry and housekeeping | 643,631 | 621,384 |
| Other resident care | 577,697 | 566,735 |
| Management fees | 448,526 | 400,781 |
| Personal Income Protection Program discounts | 384,342 | 377,312 |
| Marketing | 1,289,896 | 1,172,210 |
| Total operating expenses | 11,750,069 | 11,529,938 |
| Total operating income before other income (expenses) | 2,286,743 | 2,153,950 |
| **Other income (expenses)** | | |
| Depreciation | (2,496,066) | (2,427,212) |
| Interest expense | (528,975) | (603,832) |
| Realized gain on sale of assets limited as to use | -0- | 1,057 |
| Loss on disposal of property and equipment | (35,285) | (118,267) |
| Gain on real estate held for sale | -0- | 630 |
| Impairment of goodwill | (3,900,000) | -0- |
| Total other income (expenses) | (6,960,326) | (3,147,624) |
| Loss before minority interest | (4,673,583) | (993,674) |
| Minority interest of variable interest entity | 304,003 | 294,824 |
| Net loss | (4,369,580) | (698,850) |
| **Other comprehensive loss** | | |
| Unrealized holding loss on available-for-sale securities | (1,554) | (2,987) |
| **Comprehensive loss** | $ (4,371,134) | $ (701,837) |

*Read the accompanying notes and independent auditors' report.*

*- 5 of 33 -*

## Westport Holdings Tampa, Limited Partnership and Subsidiary
## d/b/a University Village
### (A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
### Consolidated Statements of Changes in Partners' Capital
### For the years ended December 31, 2013 and 2012

| | Capital Contributions | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Partners' Capital (Deficit) |
|---|---|---|---|---|
| Balance, January 1, 2012 | $ 49,352,000 | $ (44,247,798) | $ 5,830 | $ 5,110,032 |
| Net loss | -0- | (698,850) | -0- | (698,850) |
| Other comprehensive loss - unrealized holding loss on available-for-sale securities | -0- | -0- | (2,987) | (2,987) |
| Balance, December 31, 2012 | 49,352,000 | (44,946,648) | 2,843 | 4,408,195 |
| Net loss | -0- | (4,369,580) | -0- | (4,369,580) |
| Other comprehensive loss - unrealized holding loss on available-for-sale securities | -0- | -0- | (1,554) | (1,554) |
| Balance, December 31, 2013 | $ 49,352,000 | $ (49,316,228) | $ 1,289 | $ 37,061 |

*Read the accompanying notes and independent auditors' report.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Consolidated Statements of Cash Flows
For the years ended December 31, 2013 and 2012

| | 2013 | 2012 |
|---|---|---|
| **Operating Activities** | | |
| Net loss | $    (4,369,580) | $    (698,850) |
| Adjustment to reconcile change in net loss | | |
| to net cash provided by operating activities: | | |
| Depreciation | 2,496,066 | 2,427,212 |
| Other non-cash operating expenses | 67,764 | 137,935 |
| Realized gain on sale of assets limited as to use | -0- | (1,057) |
| Provision for bad debts | 1,071,260 | 1,120,435 |
| Loss on disposal of property and equipment | 35,285 | 118,267 |
| Gain on real estate held for sale | -0- | (630) |
| Impairment of goodwill | 3,900,000 | -0- |
| Earned entrance fees | (2,893,884) | (2,758,295) |
| Nonrefundable entrance fees received | 3,022,772 | 2,166,025 |
| Minority interest | (304,003) | (294,824) |
| Changes in assets and liabilities: | | |
| (Increase) decrease in assets: | | |
| Restricted cash | (88,009) | (38,942) |
| Accounts receivable, net | (542,122) | (853,777) |
| Prepaid expenses and other current assets | 4,230 | (46,303) |
| Inventory | (20,262) | 16,049 |
| Accrued interest receivable in assets | | |
| limited as to use | (1) | 1 |
| Other assets | (625) | -0- |
| **Increase (decrease) in liabilities:** | | |
| Accounts payable and accrued expenses | 6,459 | (23,854) |
| Accrued employee compensation and benefits | (16,769) | (7,152) |
| Deposits | (8,000) | (20,632) |
| **Net cash provided by** | | |
| **operating activities** | 2,360,581 | 1,241,608 |

*Read the accompanying notes and independent auditors' report.*

## Westport Holdings Tampa, Limited Partnership and Subsidiary
## d/b/a University Village
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Consolidated Statements of Cash Flows (Continued)
For the years ended December 31, 2013 and 2012

|  | 2013 | 2012 |
|---|---|---|
| **Investing Activities** | | |
| Proceeds from sale of property and equipment | $ 15,596 | $ 2,249 |
| Proceeds from real estate held for sale | -0- | 150,230 |
| Purchases of property and equipment | (1,433,922) | (1,406,422) |
| Purchases of assets limited as to use | (12,495,112) | (14,189,593) |
| Principal repayments, maturities and sale of assets limited as to use | 12,610,559 | 14,676,006 |
| Net cash used by investing activities | (1,302,879) | (767,530) |
| **Financing Activities** | | |
| Repayments from affiliates | -0- | 1,415 |
| Advances from affiliates | 500,000 | 710,000 |
| Repayments to affiliates | (33,885) | (382,998) |
| Advances on line of credit | 100,000 | -0- |
| Principal payments on long-term debt | (897,407) | (871,851) |
| Refundable entrance fees received | 3,848,539 | 1,944,891 |
| Repayment of refundable entrance fees | (3,357,129) | (2,977,000) |
| Personal Income Protection Program deposits received | 50,000 | 2,338,000 |
| Personal Income Protection Program refunds | (875,300) | (866,489) |
| Net cash used by financing activities | (665,182) | (104,032) |
| Increase in cash and cash equivalents | 392,520 | 370,046 |
| Cash and cash equivalents at beginning of year | 378,780 | 8,734 |
| Cash and cash equivalents at end of year | $ 771,300 | $ 378,780 |

**Supplemental disclosure of non-cash investing and financing activities:**

During 2013, the Partnership financed the purchase of property and equipment for $11,410. See Note 6.

During 2012, the Partnership financed the purchase of property and equipment for $17,328. See Note 6.

*Read the accompanying notes and independent auditors' report.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

**Nature of Operations**

Westport Holdings Tampa, Limited Partnership, was organized in Delaware and registered to transact business in the State of Florida in October 2000, merged on December 31, 2000 with Westport Housing Tampa, L.L.C., a limited liability company originally incorporated in the State of Florida in July 1999. Westport Holdings Tampa, Limited Partnership (the Partnership) is the surviving business entity. Westport Holdings University Village, L.L.C. is the sole general partner of Westport Holdings Tampa, Limited Partnership. Westport Senior Living Investment Fund, L.P. (the Fund) is the sole limited partner of Westport Holdings Tampa, Limited Partnership and the sole member of Westport Holdings University Village, L.L.C. Westport Holdings Tampa, Limited Partnership's wholly owned subsidiary, Westport Nursing Tampa, L.L.C. was incorporated in the State of Florida in January 1999.

The Partnership owns and operates an independent living facility under the name University Village (the Village), containing 446 apartments in Tampa, Florida. The Partnership operates under the "continuing care" concept (CCRC) in which residents enter into a residency and care agreement which requires payment of a one-time entrance fee (either prospective or deferred) and a monthly service fee. Generally, payment of these fees entitles residents to the use and privileges of the Village for life. The residency and care agreement does not entitle the residents to an interest in the real estate or any property owned by the Partnership. Westport Holdings Tampa II, Limited Partnership (the Villas), was organized in Delaware and registered to transact business in the State of Florida in October 2000, is an affiliate for which the Partnership is the primary beneficiary, and is developing 60 villa units and a community clubhouse on approximately 11 acres adjacent to the Village. At December 31, 2013 and 2012, 46 villa units had been completed. The completed units are operated as additional residences for the Village's CCRC.

Westport Nursing Tampa, L.L.C. owns a health center within the Village, which consists of a 120 bed skilled nursing facility and a 110 unit assisted living facility. Prior to October 16, 2002, Westport Nursing Tampa, L.L.C. provided health care and other patient services through operation of the health center. Effective October 16, 2002, the Partnership leased the skilled nursing center and assisted living facility and related assets to two unrelated Florida not-for-profit corporations under a triple-net lease with an original expiration date of October 31, 2007. The lease was amended during 2007, which extended the term for an additional 12 months effective November 1, 2007. Beginning November 1, 2008, both parties agreed to continue with the lease on a month-to-month basis.

**Westport Holdings Tampa, Limited Partnership and Subsidiary
d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES:

This summary of significant accounting policies of Westport Holdings Tampa, Limited Partnership and Subsidiary, and Westport Holdings Tampa II, Limited Partnership is presented to assist in understanding the consolidated financial statements. The consolidated financial statements and notes are representations of management, who is responsible for their integrity and objectivity. These accounting policies conform to accounting principles generally accepted in the Unites States of America (GAAP) and have been applied on a consistent basis.

**Principles of Consolidation**

The accompanying consolidated financial statements include the accounts of Westport Holdings Tampa, Limited Partnership and its subsidiary, Westport Nursing Tampa, L.L.C., and Westport Holdings Tampa II, Limited Partnership (collectively the Partnership) after elimination of significant intercompany accounts and transactions.

In accordance with GAAP with respect to *Consolidation of Variable Interest Entities,* the Partnership also began consolidating, as of January 8, 2004, Westport Holdings Tampa II, Limited Partnership (the Villas), an affiliate for which the Partnership became, as of that date, the primary beneficiary. The primary beneficiary of a variable interest entity is the party that absorbs a majority of the entity's expected losses, receives a majority of its expected residual returns, or both, as a result of holding variable interests, which are the ownership, contractual, or other pecuniary interests in an entity that change with changes in the fair value of the entity's net assets excluding variable interests. Interests of the owner of the related affiliate, totaling 100% of the entity, are recorded as minority interests in the consolidated balance sheets.

**Basis of Accounting and Use of Estimates**

The Partnership's policy is to prepare its consolidated financial statements in accordance with GAAP under the accrual basis of accounting which generally records items under historical cost and sometimes requires the use of estimates and assumptions. The accrual basis of accounting records revenue in the period in which earned rather than when received and records expenses in the period in which incurred rather than when paid. The use of estimates and assumptions may affect the reported amounts of assets and liabilities, disclosures of contingent assets and liabilities at the date of the consolidated financial statements and reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED):

### Cash and Cash Equivalents and Restricted Cash

Cash and cash equivalents include investments in highly liquid debt instruments with original maturities of three months or less. Restricted cash consists of escrow accounts representing prospective resident deposits restricted as to use, and deposits held in escrow for seven days after receipt, as required by Florida Statutes.

### Accounts Receivable, Net

The accounts receivable arise in the normal course of business. It is the policy of management to review the outstanding accounts receivable on a monthly basis and at year end, as well as bad debt write-offs experienced in prior years, and establish an allowance for doubtful accounts for amounts estimated to be uncollectible.

### Investments

Securities classified as available-for-sale may be sold. Available-for-sale securities are carried at fair value. Unrealized gains and losses on investment securities available for sale are based on the difference between book value and fair value of each security. These gains and losses are credited or charged to other comprehensive income (loss), as adjustments to partners' capital whereas realized gains and losses are recognized in the Partnership's net income.

### Inventory

Inventory is stated at the lower of cost or market determined on the first-in, first-out method.

### Assets Limited as to Use

Assets limited as to use are investments held in escrow in accordance with Florida Statutes requiring maintenance of minimum liquid reserve funds as a condition of the Partnership's Certificate of Authority. Assets limited as to use consist of debt securities and cash equivalents and are stated at fair value in the consolidated balance sheets. Fair value is determined using the quoted closing or latest bid prices. The Partnership considers all assets limited as to use to be available-for-sale. Interest and dividends are included in investment income as they are earned. Realized gains and losses and decreases in asset value, judged to be other-than-temporary, are also included in investment income. Realized gains and losses are calculated based on cost, using the specific-identification method. Other assets limited as to use include cash reserves designated specifically for debt service requirements. Unrealized gains and losses on investments are recorded as an adjustment to partners' capital.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED):

**Comprehensive Income (Loss)**

GAAP requires the reporting of comprehensive income (loss) in addition to net income (loss) from operations. Comprehensive income (loss) is a more inclusive financial reporting methodology that includes disclosures of certain financial information that historically has not been recognized in the calculation of net income (loss). The Partnership's comprehensive income (loss) is presented on the consolidated statement of changes in partners' capital, and includes the accumulated unrealized gains and losses on available-for-sale marketable securities.

**Land, Buildings and Equipment, Net**

Land, buildings and equipment, net is stated at cost. Additions and betterments that extend the life of an asset are capitalized. Maintenance and repair expenditures are expensed as incurred. Depreciation expense is computed using the straight-line method over the following estimated useful lives:

| | |
|---|---|
| Buildings and improvements | 15 - 40 years |
| Furniture and equipment | 7 - 10 years |
| Vehicles | 3 - 7 years |

The Partnership assesses and recognizes its long-lived assets for impairment in accordance with GAAP with respect to *Accounting for the Impairment or Disposal of Long-Lived Assets* which requires a three-step approach as follows: (1) consider whether indicators of impairment of long-lived assets are present; (2) if indicators of impairment are present, determine whether the sum of the estimated future cash flows attributable to the assets in question is less than their carrying amount; and (3) if less, recognize an impairment loss based on the excess of the carrying amounts of the assets over their respective fair values.

**Residency and Care Agreements**

The Partnership operates under residency and care agreements (Resident Contracts) that include payment of an entrance fee at time of occupancy with a portion of the fee refundable at termination.

**Rental Agreements**

The Partnership offers agreements to rent a unit, with the option of converting the agreement to a Resident Contract. The terms are usually for 12 months and the rents are billed on or before the first day of each calendar month.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED):

### Intangible Assets, Net

The Partnership's intangible assets represent the excess of purchase price over fair market value of assets purchased and liabilities assumed through acquisitions, which are considered goodwill. The Partnership accounts for its intangible assets in accordance with GAAP , whereby amortization of goodwill ceased as of December 31, 2001, and the Partnership now evaluates the goodwill on an annual basis for potential impairment.

### Deferred Revenue from Entrance Fees and Refundable Entrance Fees

The Partnership accounts for the nonrefundable portion of entrance fees related to the sale of certain residency and care agreements (Resident Contracts) as deferred revenue from entrance fees. Income from these fees is recognized over the estimated remaining life expectancy of each resident, with the life expectancy reevaluated annually, and amortization calculated monthly on the remaining unamortized portion of the nonrefundable entrance fee. The refundable portion is accounted for as refundable entrance fees and is not amortized. Refundable entrance fees are required to be refunded within 120 days of Resident Contract termination. If the Resident Contract is terminated during the first 3-28 months after move-in, depending on the Resident Contract, the refund may be higher. Various forms of contracts have been implemented which allows for 0%, 20%, 30%, 40%, 50%, 75% and 90% refund options. Subsequent to contract termination, payments of refunds are charged against the resident's refundable entrance fee. The unamortized portion of the resident's nonrefundable entrance fee is included in earned entrance fees at contract termination. Contractual refund obligations related to all types of Resident Contracts, if all contracts were terminated at the balance sheet date, were approximately $35,600,000 and $32,400,000 at December 31, 2013 and 2012, respectively. The Partnership allows residents to borrow against the Partnership's contractual refund obligation to pay for healthcare services. At December 31, 2013 and 2012, approximately $3,970,000 and $4,250,000, respectively, had been borrowed against all types of Resident Contracts.

### Personal Income Protection Program Deposits

Residents may participate in the Personal Income Protection Program (PIPP) whereby a refundable deposit is paid to the Partnership for a reduction in their monthly service fees of approximately 4.0%. For the years ended December 31, 2013 and 2012, the reduction in monthly service fees for PIPP participants was $384,342 and $377,312, respectively. In conjunction with the 2013 debt extensions, discussed in Note 6, the Partnership will no longer accept new deposits pursuant to the PIPP.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED):

### Obligation to Provide Future Services and the Use of Facilities

The Partnership calculates the present value of the net cost of future services and the use of facilities to be provided to current residents and compares that amount with the balance of deferred revenue from entrance fees annually. If the present value of the net cost of future services and the use of facilities exceeds the deferred revenue from entrance fees, a liability is recorded (an obligation to provide future services and the use of facilities) with a corresponding charge to income. The obligation has been discounted using a rate of 4.0% for the years ended December 31, 2013 and 2012. No liability has been recorded at December 31, 2013 and 2012 because the present value of the net cost of future services and the use of facilities is less than deferred revenue from entrance fees.

### Marketing Costs

The Partnership's marketing costs represent advertising, promotions and sales costs that are expensed when incurred.

### Deposits

Deposits represent refundable amounts received from prospective residents and residents who have entered in rental agreements.

### Income Taxes

Under the provisions of the Internal Revenue Code and applicable state tax laws, the Partnership is not subject to taxation of income. The tax consequences of Partnership's profits and losses accrue to its partners.

Management has assessed its tax positions for the years ended December 31, 2013 and 2012 and determined there are no uncertain tax positions to be recognized. The Partnership is generally no longer subject to U.S. federal, state and local examinations by tax authorities for years before 2010. Management continually evaluates expiring statutes of limitations, audits, proposed settlements, changes in tax law and new authoritative rulings.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED):

### Real Estate Held for Sale

The Partnership, under certain circumstances, accepts real estate as partial or full payment for resident entrance fees. The real estate is marketed for immediate sale and is carried at the lower of cost or estimated fair value, less disposal costs. As of December 31, 2013 and 2012, the Partnership had no real estate held for sale.

### Fair Value Measurements

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 17.

### Fair Value of Financial Instruments

The Partnership's recorded values of the current portion of its financial instruments, such as cash and cash equivalents, accounts receivables, accounts payable, and personal income protection program deposits, approximate their fair values based on their short-term nature.

The recorded values of long-term debt approximate their fair values, as interest approximates market rates.

The recorded values of the Partnership's other long-term financial instruments, such as deferred revenue from entrance fees, refundable entrance fees and personal income protection program deposits reflects costs which management believes approximates fair value.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 2. ACCOUNTS RECEIVABLE, NET:

Accounts receivable, net consists of the following:

|  | 2013 | 2012 |
|---|---|---|
| Due from residents | $        32,225 | $        20,951 |
| Entrance fees | 652,041 | 1,183,106 |
| Due from operation of skilled nursing and assisted living facilities, net | 1,278,563 | 1,278,730 |
| Other receivables | -0- | 9,180 |
|  | $     1,962,829 | $     2,491,967 |

## 3. LAND, BUILDINGS AND EQUIPMENT, NET:

Land, buildings and equipment, net consists of the following at December 31, 2013:

|  | Westport Holdings Tampa, L.P. and Subsidiary (The Village) | Westport Holdings Tampa II, L.P. (The Villas) | Consolidated Total |
|---|---|---|---|
| Land and improvements | $     2,178,205 | $     2,604,594 | $     4,782,799 |
| Buildings and improvements | 42,045,726 | 10,400,114 | 52,445,840 |
| Furniture and equipment | 11,764,391 | 160,542 | 11,924,933 |
| Vehicles | 370,784 | -0- | 370,784 |
|  | 56,359,106 | 13,165,250 | 69,524,356 |
| Less:  accumulated depreciation | (26,069,330) | (2,289,821) | (28,359,151) |
|  | 30,289,776 | 10,875,429 | 41,165,205 |
| Construction in progress | 859,501 | -0- | 859,501 |
| Net, land, buildings and equipment | $     31,149,277 | $     10,875,429 | $     42,024,706 |

Depreciation expense for the year ended December 31, 2013 was $2,201,243 and $294,823 for the Village and the Villas, respectively.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

### 3. LAND, BUILDINGS AND EQUIPMENT, NET (CONTINUED):

Land, buildings and equipment, net consists of the following at December 31, 2012:

| | Westport Holdings Tampa, L.P. and Subsidiary (The Village) | Westport Holdings Tampa II, L.P. (The Villas) | Consolidated Total |
|---|---|---|---|
| Land and improvements | $ 2,172,220 | $ 2,604,594 | $ 4,776,814 |
| Buildings and improvements | 42,045,726 | 10,400,114 | 52,445,840 |
| Furniture and equipment | 10,985,792 | 160,542 | 11,146,334 |
| Vehicles | 362,894 | -0- | 362,894 |
| | 55,566,632 | 13,165,250 | 68,731,882 |
| Less: accumulated depreciation | (24,260,840) | (1,994,998) | (26,255,838) |
| | 31,305,792 | 11,170,252 | 42,476,044 |
| Construction in progress | 650,277 | -0- | 650,277 |
| Net, land, buildings and equipment | $ 31,956,069 | $ 11,170,252 | $ 43,126,321 |

Depreciation expense for the year ended December 31, 2012 was $2,132,388 and $294,824 for the Village and the Villas, respectively.

### 4. ASSETS LIMITED AS TO USE:

Assets limited as to use consist of the following at December 31:

| | | 2013 | | 2012 |
|---|---|---|---|---|
| Required by Florida Statutes: | | | | |
| Minimum liquid reserve | $ | 4,475,021 | $ | 4,592,021 |
| Debt service reserve | | 237,000 | | 237,000 |
| Total assets limited as to use | $ | 4,712,021 | $ | 4,829,021 |

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 4. ASSETS LIMITED AS TO USE (CONTINUED):

The carrying value (cost) and fair market value of assets limited as to use are shown below:

| December 31, 2013 | Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
|---|---|---|---|---|
| Debt Securities: | | | | |
| U.S. Government securities | $ 4,397,760 | $ 1,289 | $ -0- | $ 4,399,049 |
| Debt service reserve | 237,000 | -0- | -0- | 237,000 |
| Cash and cash equivalents | 75,970 | -0- | -0- | 75,970 |
| Accrued interest receivable | 2 | -0- | -0- | 2 |
| | $ 4,710,732 | $ 1,289 | $ -0- | $ 4,712,021 |

| December 31, 2012 | Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
|---|---|---|---|---|
| Debt Securities: | | | | |
| U.S. Government securities | $ 4,545,375 | $ 2,843 | $ -0- | $ 4,548,218 |
| Debt service reserve | 237,000 | -0- | -0- | 237,000 |
| Cash and cash equivalents | 43,802 | -0- | -0- | 43,802 |
| Accrued interest receivable | 1 | -0- | -0- | 1 |
| | $ 4,826,178 | $ 2,843 | $ -0- | $ 4,829,021 |

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 4. ASSETS LIMITED AS TO USE (CONTINUED):

The cost and estimated fair value of debt securities classified as available-for-sale at December 31, 2013 and 2012, by contractual maturity, are shown below. Expected maturities may differ from contractual maturities because the issuer of the securities may have the right to prepay obligations.

| | 2013 | |
| Maturity | Cost | Estimated Fair Value |
| --- | --- | --- |
| Due within one year | $ 4,397,760 | $ 4,399,049 |
| Due after one year through five years | -0- | -0- |
| | $ 4,397,760 | $ 4,399,049 |

| | 2012 | |
| Maturity | Cost | Estimated Fair Value |
| --- | --- | --- |
| Due within one year | $ 4,545,375 | $ 4,548,218 |
| Due after one year through five years | -0- | -0- |
| | $ 4,545,375 | $ 4,548,218 |

## 5. INTANGIBLE ASSETS, NET:

As of December 31, 2013 and 2012, the Partnership had $42,286,878 and $46,186,878, respectively, in intangible assets, which is net of $8,870,328 in accumulated amortization recorded through December 31, 2001. For goodwill at December 31, 2013 and 2012, the Partnership completed the annual tests for impairment using the two-step process prescribed by GAAP. At December 31, 2013, management determined that an impairment of $3,900,000 was required as the carrying value of goodwill exceeded its estimated implied fair value. Implied fair value was estimated using a market-based measurement.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

### 6. DEBT:

The Partnership's long-term debt consists of the following at December 31:

|  | 2013 | 2012 |
|---|---|---|
| Notes payable | $ 19,859,199 | $ 20,713,250 |
| Capital leases | 85,350 | 100,773 |
| Other long-term debt | 20,157 | 36,680 |
|  | 19,964,706 | 20,850,703 |
| Less:  current maturities | (19,900,637) | (20,753,924) |
|  | $ 64,069 | $ 96,779 |

**Notes Payable:**

On December 21, 2006, the Partnership and its wholly owned subsidiary entered into two notes payable (the Original Agreements) totaling $35,250,000.  The Original Agreements provide for interest at a variable rate of 30-day "London Inter Bank Offered Rate" (LIBOR) plus 2.3%, monthly principal payments to commence February 2007 using a 25-year amortization period, and an original maturity date of January 9, 2010.  The Original Agreements also provide for a deferred financing fee of $352,500; which is 1% of the original principal amount of the loan, payable on the earlier of the date when full repayment of the loans occur, the maturity date or on the date of acceleration following an event of default.

The Original Agreements contained restrictions with respect to payment of distributions if certain financial ratios are not maintained.  In addition, the Original Agreements required the establishment of a $237,000 debt service reserve which was collateralized with a letter of credit in the amount of $237,000 that expired January 9, 2010.  As required by the New Agreement discussed later in this note, the lender requires a debt service reserve of $237,000.  The balance of the debt service reserve at December 31, 2013 and 2012 was $237,000.  The Original Agreements require minimum annual capital expenditures for the Village of $350 per bed/unit, including ordinary repairs and maintenance.

The debt is collateralized by all the Partnership's assets and all property and equipment of Westport Nursing Tampa, L.L.C.

In connection with the Original Agreements, the Fund unconditionally guaranteed full and prompt payment of the Partnership's obligations on this debt.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

**6. DEBT (CONTINUED):**

**Notes Payable (Continued):**

In March 2010, the Partnership and the lender entered into a Loan Modification Agreement (the New Agreement), which extended the loan's maturity date to January 9, 2012. The New Agreement required a principal reduction payment of $10,000,000 which was funded by the Partnership's sole limited Partner during 2010, revised restrictions with respect to the payment of distributions if certain financial ratios are not maintained and the elimination of the requirement for the Partnership's retention of a Manager. The New Agreement provided for three one-year extensions, with the final extension expiring on January 9, 2015, provided that the loans are not in default and are in compliance with the covenants, and the Partnership provides written notice of its intent to exercise the extension option at least 30 days before the then current maturity date. In December 2011, the Partnership and the lender executed the first extension under the New Agreement which extended the maturity date to January 9, 2013. During 2013, the lender approved several temporary extensions of the January 9, 2013 maturity date with the last approval extending the maturity date to December 15, 2013. The lender issued a forbearance for the period after December 15, 2013 through March 31, 2014, the date that the Partnership's sole general and sole limited partners sold their partnership interest in the Partnership and the date that the notes were satisfied. See Notes 13 and 18. In conjunction with the 2013 extensions, the Partnership will no longer accept new deposits pursuant to the Personal Income Protection Plan. All other terms of the Original Agreements remain in effect as of the date of the New Agreement. The variable interest rate at December 31, 2013 and 2012 was 2.5%.

**Capital Leases:**

During December 2011, the Partnership acquired equipment under a long-term capital lease. The lease requires 60 monthly payments of $2,313 including interest at 4.8% and expires December 2016. For financial reporting purposes, the present value of the minimum lease payments has been capitalized. The property under this lease had a total cost of $123,078 and accumulated depreciation of $36,630 and $19,048 at December 31, 2013 and 2012, respectively. Future minimum payments required under the lease for each of the succeeding three years, 2014 through 2016, are $27,751 for a total of $83,254. The future minimum lease payments include interest of $5,886 for a net present value of the capital lease payable of $77,368.

During February 2013, the Partnership acquired equipment under a long-term capital lease. The lease requires a security deposit of $783 and 34 monthly payments of $391 including interest at 14.25% and expires in December 2015. For financial reporting purposes, the present value of the minimum lease payments has been capitalized. The property under this lease had a total cost of $14,263 and accumulated depreciation of $1,868 at December 31, 2013. Future minimum payments required under this lease for each of the succeeding two years, 2014 through 2015, are 4,697 for a total of $9,394. The future minimum lease payments include interest of $1,412 for a net present value of the capital lease payable of $7,982.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

### 6. DEBT (CONTINUED):

**Other Long-Term Debt:**

During October 2008, the Partnership entered into an installment loan of $40,606 to acquire a vehicle. The loan required 48 monthly installments of $972 including interest at 7.32%, was repaid in full during October 2012, and was collateralized by the vehicle.

During June 2010, the Partnership entered into an installment loan of $27,031 to acquire a vehicle. The loan required 36 monthly installments of $797 including interest at 3.9%, was repaid in full during May 2013, and was collateralized by the vehicle.

During May 2011, the Partnership entered into an installment loan of $28,248 to acquire a vehicle. The loan requires 48 monthly installments of $612 including interest at 1.9%, is due May 2015, and is collateralized by the vehicle.

During September 2012, the Partnership entered into an installment loan of $17,328 to acquire a vehicle. The loan requires 36 monthly installments of $530 including interest at 6.24%, is due September 2015, and is collateralized by the vehicle.

Maturities of all long-term debt at December 31 are as follows:

| | |
|---|---|
| 2014 | $ 19,900,637 |
| 2015 | 37,029 |
| 2016 | 27,040 |
| | $ 19,964,706 |

### 7. LINE OF CREDIT:

On August 8, 2013, the Partnership entered into a revolving promissory note for $100,000 for the purpose of improving the Partnership's real property. The note bears interest at 5% per annum, which is payable monthly, is secured by a second mortgage and assignment of leases and rents, and is due in full with accrued interest on August 8, 2014. The outstanding balance on the note at December 31, 2013 was $100,000.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 8. INTEREST EXPENSE:

Cash payments for interest were approximately $532,000 and $630,000 in 2013 and 2012, respectively. Interest expense charged to operations for the years ended December 31, 2013 and 2012 is $528,975 and $603,832, respectively.

## 9. MARKETING COSTS:

Total marketing costs expensed for the years ended December 31, 2013 and 2012, were $1,289,896 and $1,172,210, respectively.

## 10. RETIREMENT PLAN:

The Partnership, at its discretion, makes matching contributions to a defined contribution plan for non-bargaining employees. Matching contributions totaled $27,753 and $25,619 for the years ended December 31, 2013 and 2012, respectively. Effective June 1, 2007, the Partnership entered into a collective bargaining contract that requires participation in a pension plan, which is a Limited Partner of the Fund, for all eligible bargaining employees for the term of the contract. For the years ended December 31, 2013 and 2012, contributions to the Plan were $0.45 per hour worked for each employee. The Partnership was also subject to supplemental contributions, as required by the Plan, which were 33.7% prior to June 1, 2012 and 47.4 from June 1, 2012 through May 31, 2013. Effective June 1, 2013, the Partnership was subject to supplemental contributions of 62.5%, as required by the Plan. See Note 12. Pension contributions totaled $100,831 and $93,240 for the years ended December 31, 2013 and 2012, respectively.

## 11. LEASES:

Prior to October 16, 2002, Westport Nursing Tampa, L.L.C. provided health care and other patient services through operation of the health center. Effective on that date, the Partnership leased the skilled nursing center and assisted living facility and related assets, with an approximate cost of $13,590,000 and approximate accumulated depreciation of $6,162,000 and $5,735,000 at December 31, 2013 and 2012, respectively, to two unrelated Florida not-for-profit corporations (collectively the Lessee) under a triple-net lease with an original expiration date of October 31, 2007. The lease was amended during 2007, which extended the term for an additional 12 months effective November 1, 2007. Beginning November 1, 2008, both parties agreed to continue with the lease on a month-to-month basis. Pursuant to service agreements executed with University Village, the Lessee provides assisted living and skilled nursing services to the residents of University Village.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 11. LEASES (CONTINUED):

Commencing in May 2003, the Lessee is required to pay $15,000 in initial monthly base rental payments to the extent of the Lessee's Available Cash Flow, as defined in the agreement. The lease requires base rent escalations commencing in October 2003. Commencing in May 2003, the lease requires percentage rent payments calculated on the Lessee's Net Revenue, as defined in the agreement, which exceeds $11,000,000 to the extent of Available Cash Flow. Total current rent is capped at $1,755,000 in a lease year. Any amounts of base rent or percentage rent deferred because of insufficient Available Cash Flow are due on the earlier of (i) demand subsequent to the Lessee achieving sufficient Available Cash Flow, or (ii) termination of the lease. To the extent there is excess cash flow following payment of base rent, percentage rent, and contributions to a capital improvements reserve, the Lessee is required to make payments under the revolving line of credit discussed below.

Pursuant to the terms of the lease, the Partnership recorded annual base rents of $900,000 and deferred percentage rents of $855,000 for each of the years ended December 31, 2013 and 2012. As of December 31, 2013 and 2012, management estimated $3,401,561 and $2,546,561, respectively, to be uncollectible and recorded an allowance for doubtful accounts accordingly. For each of the years ended December 31, 2013 and 2012, rental income of $900,000, net of current period bad debt expense of $855,000 is recorded in other income in the accompanying consolidated statements of operations.

## 12. TRANSACTIONS WITH RELATED PARTIES:

Due to affiliates represents the net amounts due primarily for operating expenses and debt reduction the Fund and other related entities paid on behalf of the Partnership.

The Fund provides the Partnership with operational support, which is integral to conducting the Partnership's business. The Partnership is not required to reimburse the Fund for the related costs, and the accompanying consolidated statement of operations and comprehensive loss and partners' capital does not include any charges relating to these services.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

## 12. TRANSACTIONS WITH RELATED PARTIES (CONTINUED):

The Partnership entered into a management service agreement ("Agreement") in February 2010, with Agewell Senior Living Management, LLC ("Manager"), an affiliate of the Fund's General Partner, whereby the Manager has agreed to operate and manage the CCRC. As compensation, the Manager receives a monthly management fee based on percentage of the previous month's revenue, as defined by the Agreement which expires January 2015. The Partnership incurred management fees under the Agreement of approximately $449,000 and $401,000 for the years ended December 31, 2013 and 2012, respectively. At December 31, 2013 and 2012, unpaid fees of $67,764 and $33,681, respectively, are included in due to affiliates in the accompanying consolidated balance sheets.

Due to affiliates consisted of the following at December 31:

|  | 2013 | 2012 |
|---|---|---|
| Due to the Fund | $  13,383,667 | $  12,883,872 |
| Due to the Manager | 67,765 | 33,681 |
| Total | $  13,451,432 | $  12,917,553 |

During 2010, the Partnership renewed its lease agreement of program services for the residents of University Village for 36 months with a not-for-profit corporation whose board member is an individual related to the Fund's managing principal. In October 2013, the Partnership renewed the agreement for an additional 36 months. For the years ended December 31, 2013 and 2012, the Partnership incurred program service expenses of approximately $62,400 and $61,500, respectively, under the terms of the agreement. At December 31, 2013 and 2012, $40 and $-0-, respectively, was due to the related party and is included in accounts payable and accrued expenses in the accompanying balance sheets.

One of the Fund's Limited Partners is the pension plan the Partnership contributes to for its eligible bargaining employee labor force. At December 31, 2013 and 2012, $8,151 and $7,340, respectively, was due to the related party and is included in accounts payable and accrued expenses in the accompanying balance sheets. See Note 10.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
**Notes to Consolidated Financial Statements**
**As of and for the years ended December 31, 2013 and 2012**

### 13. LIQUIDITY AND CAPITAL RESOURCES:

As of December 31, 2013, the Partnership has incurred significant losses, has a working capital deficit, and its current liabilities exceed current assets by approximately $21,371,000. On December 15, 2013 the lender granted a forbearance, on the long-term debt, through March 31, 2014 to facilitate a pending sale. In March 2014, the Partnership's sole general and sole limited partners sold their partnership interest in the Partnership for $2,500,000. The sale included the transfer of the Partnership's assets, with the exception of the amounts due from the operation of the skilled nursing and assisted living facilities, and the assumption of the liabilities of the Partnership. See Notes 6 and 18.

### 14. COMMITMENTS:

The Partnership leases office and maintenance equipment under long-term operating leases for use in the operation of University Village that range from 48 to 60 months that expire between December 2016 and June 2017. Total expense applicable to these leases was approximately $63,200 and $87,500 for the years ended December 31, 2013 and 2012, respectively. In addition, in January 2012, the Partnership entered into a 60 month contract for bulk cable services for the residents of University Village that expires December 2016. Total cable expense for each of the years ended December 31, 2013 and 2012 approximated $86,000.

The Partnership has long-term maintenance agreements that end between December 2014 and December 2016. Total expense applicable to these agreements was approximately $33,000 and $34,000 for the years ended December 31, 2013 and 2012, respectively.

The future commitments for these leases and agreements are as follows at December 31

| | | |
|---|---|---|
| 2014 | $ | 183,322 |
| 2015 | | 183,322 |
| 2016 | | 150,289 |
| 2017 | | 5,208 |
| Total | $ | 522,141 |

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

### 15. CONCENTRATION OF CREDIT RISK:

The Partnership maintains its cash and cash equivalent balances in several financial institutions located in Florida. The accounts are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000. At December 31, 2013 and 2012, the Partnership's cash and cash equivalents exceeded federally insured limits by approximately $683,000 and $160,000, respectively. The Partnership has not experienced any losses in such accounts, and believes it is not exposed to any significant credit risk on cash and cash equivalents.

### 16. CONCENTRATION OF SOURCE OF SUPPLY OF LABOR:

Approximately 79% and 77% of the Partnership's labor force for 2013 and 2012, respectively, are members of the Service Employees International Union (SEIU). The Partnership's contract with SEIU was renewed in June 2013 for 12 months. The remaining 21% and 23% of the labor force for 2013 and 2012, respectively, is not represented by a union.

### 17. FAIR VALUE MEASUREMENTS:

GAAP provides a framework for measuring fair value. Fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date. GAAP requires that valuation techniques maximize the use of observable inputs and minimize the use of unobservable inputs, and also establishes a fair value hierarchy, which prioritizes the valuation inputs into three levels.

> **Level 1:** Quoted prices (unadjusted) for identical assets or liabilities in active markets that the entity has the ability to access as of the measurement date.

> **Level 2:** Significant other observables inputs other than Level 1 prices, such as quoted prices for similar assets or liabilities, quoted prices in markets that are not active, and other inputs that are observable or can be corroborated by observable market data.

> **Level 3:** Significant unobservable inputs that reflect a Partnership's own assumptions about the assumption that market participants would use in pricing an asset or liability.

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
Notes to Consolidated Financial Statements
As of and for the years ended December 31, 2013 and 2012

### 17. FAIR VALUE MEASUREMENTS (CONTINUED):

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. The fair value calculations may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Partnership believes its valuation methods are appropriate and consistent with other market participants, the use of different methods or assumptions to determine fair value could result in a different fair value measurement at the reporting date.

Fair value of assets measured on a recurring basis is as follows:

| Description | Fair Value | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| December 31, 2013: | | | | |
| Securities | $ 4,399,049 | $ 4,399,049 | $ -0- | $ -0- |
| December 31, 2012: | | | | |
| Securities | $ 4,548,218 | $ 4,548,218 | $ -0- | $ -0- |

Fair value of assets measured on a nonrecurring basis is as follows:

| Description | Fair Value | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| December 31, 2013: | | | | |
| Goodwill | $ 42,286,878 | $ -0- | $ -0- | $ 42,286,878 |
| December 31, 2012: | | | | |
| Goodwill | $ 46,186,878 | $ -0- | $ -0- | $ 46,186,878 |

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
**Notes to Consolidated Financial Statements**
**As of and for the years ended December 31, 2013 and 2012**

### 18. SUBSEQUENT EVENTS:

In March 2014, the Partnership's sole general and sole limited partners sold their partnership interest in the Partnership for $2,500,000. See Note 13.

The Partnership has evaluated subsequent events through June 24, 2014, the date which the consolidated financial statements were available to be issued.

**Supplementary Information**

# LKD

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

CHARLES L. LAMN, CPA *RETIRED
GARY R. KRIELOW, CPA
MARTIN A. DYTRYCH, CPA
GARTH E. ROSENKRANCE, CPA
JOANN L. WAGNER, CPA
MICHAEL R. DILLON, CPA

500 University Blvd., Suite 215
Jupiter, FL 33458
(561) 694-1040  Fax (561) 626-2158
www.lkdcpa.com

## INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

To the Partners of
Westport Holdings Tampa, Limited Partnership and Subsidiary
d/b/a University Village
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Tampa, Florida

We have audited the consolidated financial statements of Westport Holdings Tampa, Limited Partnership and Subsidiary d/b/a University Village as of and for the years ended December 31, 2013 and 2012, and our report thereon dated June 24, 2014, which expressed an unmodified opinion on those consolidated financial statements, appears on page one. Our audits were conducted for the purpose of forming an opinion on the consolidated financial statements as a whole. Schedule I - Consolidating Balance Sheet and Schedule II - Consolidating Statement of Operations and Comprehensive Loss are presented for purposes of additional analysis and are not a required part of the consolidated financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the consolidated financial statements. The information has been subjected to the auditing procedures applied in the audit of the consolidated financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the consolidated financial statements or to the consolidated financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the consolidated financial statements as a whole.

*LKD*

LKD
Certified Public Accountants & Consultants

June 24, 2014

A TRADITION OF EXCELLENCE SINCE 1970

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Schedule I - Consolidating Balance Sheet
For the year ended December 31, 2013

| | Westport Holdings Tampa, LP and Subsidiary | Westport Holdings Tampa II, LP | Eliminations | Total |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $ 771,300 | $ -0- | $ -0- | $ 771,300 |
| Restricted cash | 226,598 | -0- | -0- | 226,598 |
| Accounts receivable, net | 1,962,829 | -0- | -0- | 1,962,829 |
| Prepaid expenses and other current assets | 141,441 | -0- | -0- | 141,441 |
| Inventory | 58,675 | -0- | -0- | 58,675 |
| Total current assets | 3,160,843 | -0- | -0- | 3,160,843 |
| **Land, Buildings and Equipment, net** | 31,149,277 | 10,875,429 | -0- | 42,024,706 |
| **Other Assets** | | | | |
| Assets limited as to use | 4,712,021 | -0- | -0- | 4,712,021 |
| Intangible assets, net | 42,286,878 | -0- | -0- | 42,286,878 |
| Deposits | 140,943 | -0- | -0- | 140,943 |
| Due from affiliates | 7,129,374 | -0- | (7,129,374) | -0- |
| Total other assets | 54,269,216 | -0- | (7,129,374) | 47,139,842 |
| **Total assets** | $ 88,579,336 | $ 10,875,429 | $ (7,129,374) | $ 92,325,391 |

*Read the independent auditors' report on supplementary information.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Schedule I - Consolidating Balance Sheet (Continued)
For the year ended December 31, 2013

| | Westport Holdings Tampa, LP and Subsidiary | Westport Holdings Tampa II, LP | Eliminations | Total |
|---|---|---|---|---|
| **Liabilities and Partners' Capital** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable and accrued expenses | $ 1,102,560 | $ -0- | $ -0- | $ 1,102,560 |
| Accrued employee compensation and benefits | 522,086 | -0- | -0- | 522,086 |
| Customer deposits | 6,550 | -0- | -0- | 6,550 |
| Current maturities of Personal Income Protection Program deposits | 2,899,737 | -0- | -0- | 2,899,737 |
| Current maturities of long-term debt | 19,900,637 | -0- | -0- | 19,900,637 |
| Line of credit | 100,000 | -0- | -0- | 100,000 |
| Total current liabilities | 24,531,570 | -0- | -0- | 24,531,570 |
| **Long-Term Liabilities** | | | | |
| Long-term debt, less current maturities | 64,069 | -0- | -0- | 64,069 |
| Due to affiliates | 13,451,432 | 7,129,374 | (7,129,374) | 13,451,432 |
| Deferred revenue from entrance fees | 15,817,495 | -0- | -0- | 15,817,495 |
| Refundable entrance fees | 28,186,003 | -0- | -0- | 28,186,003 |
| Personal Income Protection Program deposits, less current maturities | 6,491,706 | -0- | -0- | 6,491,706 |
| Total long-term liabilities | 64,010,705 | 7,129,374 | (7,129,374) | 64,010,705 |
| Total liabilities | 88,542,275 | 7,129,374 | (7,129,374) | 88,542,275 |
| **Commitments and Contingencies** | | | | |
| Minority interest | -0- | -0- | 3,746,055 | 3,746,055 |
| **Partners' Capital** | | | | |
| Capital contributions | 49,352,000 | 11,976,871 | (11,976,871) | 49,352,000 |
| Accumulated deficit | (49,316,228) | (8,230,816) | 8,230,816 | (49,316,228) |
| Accumulated other comprehensive income | 1,289 | -0- | -0- | 1,289 |
| Total partners' capital | 37,061 | 3,746,055 | (3,746,055) | 37,061 |
| **Total liabilities and partners' capital** | $ 88,579,336 | $ 10,875,429 | $ (7,129,374) | $ 92,325,391 |

*Read the independent auditors' report on supplementary information.*

**Westport Holdings Tampa, Limited Partnership and Subsidiary**
**d/b/a University Village**
(A wholly owned subsidiary of Westport Senior Living Investment Fund, L.P.)
Schedule II - Consolidating Statement of Operations and Comprehensive Loss
For the year ended December 31, 2013

| | Westport Holdings Tampa, LP and Subsidiary | Westport Holdings Tampa II, LP | Eliminations | Total |
|---|---|---|---|---|
| **Revenues** | | | | |
| Monthly service fees | $ 9,972,607 | $ -0- | $ -0- | $ 9,972,607 |
| Rental income | 577,476 | -0- | -0- | 577,476 |
| Earned entrance fees | 2,893,884 | -0- | -0- | 2,893,884 |
| Investment income | 9,935 | -0- | -0- | 9,935 |
| Other income | 582,910 | -0- | -0- | 582,910 |
| Total revenues | 14,036,812 | -0- | -0- | 14,036,812 |
| **Expenses** | | | | |
| Medical care | 731,828 | -0- | -0- | 731,828 |
| General and administrative | 3,237,453 | 9,180 | -0- | 3,246,633 |
| General and professional liability insurance | 85,406 | -0- | -0- | 85,406 |
| Dining service | 1,896,693 | -0- | -0- | 1,896,693 |
| Plant operations | 2,445,417 | -0- | -0- | 2,445,417 |
| Laundry and housekeeping | 643,631 | -0- | -0- | 643,631 |
| Other resident care | 577,697 | -0- | -0- | 577,697 |
| Management fees | 448,526 | -0- | -0- | 448,526 |
| Personal Income Protection Program discounts | 384,342 | -0- | -0- | 384,342 |
| Marketing | 1,289,896 | -0- | -0- | 1,289,896 |
| Total operating expenses | 11,740,889 | 9,180 | -0- | 11,750,069 |
| Total operating income (loss) before other income (expenses) | 2,295,923 | (9,180) | -0- | 2,286,743 |
| **Other income (expenses)** | | | | |
| Depreciation | (2,201,243) | (294,823) | -0- | (2,496,066) |
| Interest expense | (528,975) | -0- | -0- | (528,975) |
| Loss on disposal of property and equipment | (35,285) | -0- | -0- | (35,285) |
| Impairment of goodwill | (3,900,000) | -0- | -0- | (3,900,000) |
| Total other income (expenses) | (6,665,503) | (294,823) | -0- | (6,960,326) |
| Loss before minority interest | (4,369,580) | (304,003) | -0- | (4,673,583) |
| Minority interest of variable interest entity | 304,003 | -0- | -0- | 304,003 |
| Net loss | (4,065,577) | (304,003) | -0- | (4,369,580) |
| **Other comprehensive loss** | | | | |
| Unrealized holding loss on available-for-sale securities | (1,554) | -0- | -0- | (1,554) |
| **Comprehensive loss** | $ (4,067,131) | $ (304,003) | $ -0- | $ (4,371,134) |

*Read the independent auditors' report on supplementary information.*