RC & Villas Balance Sheet
For the Period Ending April 30, 2014

|  |  | Actual Year To Date |
|---|---|---|
| **ASSETS** |  |  |
| | Current Assets | |
| | Cash | |
| 1030 00 | Cash-Escrow RC Regions | 228,022 |
| 1060 00 | Cash-Depository | 448,291 |
| 1085 00 | Petty Cash | 500 |
| | Total Cash | 676,813 |
| | Accounts Receivable | |
| 1210 00 | A/R- Residents | 39,866 |
| 1280 00 | A/R-Misc | 18,868 |
| 1285 00 | A/R-TR & SNF, Inc. | 2,032 |
| 1286 00 | A/R - TALF, Inc. | 1,795 |
| 1290 00 | A/R-Entrance Fees | 642,117 |
| 1297 00 | Accrued Interest Receivable | 6 |
| | Total Accounts Receivable | 704,683 |
| | Inventory | |
| 1360 00 | Inventory - Food | 32,809 |
| 1362 00 | Inventory Food - Commons | 254 |
| 1370 00 | Inventory - Dietary Supplies | 5,799 |
| 1390 00 | Inventory Maint Supplies | 3,220 |
| | Total Inventory | 42,083 |
| | Prepaid Expenses | |
| 1450 00 | Prepaid Insurance | 84,732 |
| 1460 00 | Prepaid - License Fee | 609 |
| 1490 00 | Prepaid - Maint Contracts | 4,110 |
| 1495 00 | Prepaid - Other | 51,586 |
| | Total Prepaid Exps | 141,037 |
| | Total Current Assets | 1,564,617 |
| **FIXED ASSETS** | | |
| | CIP | |
| 1500 00 | Contruction in Progress | 36,894 |
| 1510 00 | Capital Asset Holding | 320 |
| 1520 00 | Remodel for Resale | 1,056,628 |
| | Total CIP | 1,093,842 |
| | Fixed Assets | |
| 1600 00 | Land | 1,266,100 |



PLAINTIFF'S EXHIBIT
Burkholder #95
4.15.23   OK
PENGAD 800-631-6989

|           |                                | Actual<br>Year To Date |
|-----------|--------------------------------|-----------------------:|
| 1605 00   | Land Improvements              | 353,834                |
| 1610 00   | Buildings                      | 23,565,237             |
| 1615 00   | Building Improvements          | 6,724,991              |
| 1620 00   | Furniture & Equipment          | 10,452,273             |
| 1650 00   | Transportation Equipment       | 370,784                |
| 1725 00   | CPI&T                          | 59,600                 |
|           | Subtotal Fixed Assets          | 42,792,820             |
|           | Accumulated Depreciation       |                        |
| 1660 00   | A/D - Land Improvements        | (303,549)              |
| 1665 00   | A/D - Buildings                | (8,839,490)            |
| 1670 00   | A/D - Building Improvements     | (3,611,919)            |
| 1675 00   | A/D - Furn & Equip             | (7,412,346)            |
| 1695 00   | A/D - Transportation Equip     | (330,840)              |
|           | Total Accum Depr               | (20,498,144)           |
|           | Net Fixed Assets               | 23,388,517             |
|           | Other Assets                   |                        |
| 1710 00   | Loan Costs                     | 416,446                |
| 1760 00   | A/A - Loan Costs               | (23,136)               |
| 1700 00   | Goodwill                       | 48,470,836             |
| 1750 00   | A/A - Goodwill                 | (7,806,547)            |
| 1900 00   | Minimum Liquid Reserve         | 4,564,946              |
| 1901 00   | Capmark Debt Service Reserve   | 237,000                |
| 1903 00   | Capital Expenditure Reserve    | 1,750,000              |
| 1920 00   | Deposit - Utilities            | 114,400                |
| 1800 00   | L/R - Westport Holdings Tampa II | 7,129,374            |
|           | Total Other Assets             | 54,853,319             |
|           | TOTAL ASSETS                   | 79,806,453             |
|           |                                | ============           |
|           | LIABILITIES & EQUITY           |                        |
|           | Current Liabilities            |                        |
| 2000 00   | Accounts Payable               | 545,491                |
| 2002 00   | Short Term Debt - Project Financing | 42,189            |
| 2006 00   | Refunds Payable - Gen S / PIP  | 3,332,586              |
| 2007 00   | A/P-TR&SNF                     | 38,825                 |
| 2008 00   | A/P-TALF                       | 90,494                 |
| 2200 00   | Accrued Payroll                | 125,971                |
| 2220 00   | Accrued PPD's                  | 288,427                |
| 2250 00   | Fica Taxes W/H                 | 9,637                  |
| 2260 00   | State Unemployment Tax Payable | 3,618                  |
| 2270 00   | Federal Unemployment Tax Payable | 403                  |
| 2275 00   | Union Dues Payable             | (187)                  |

|  |  | Actual Year To Date |
|---|---|---:|
| 2280 00 | Misc Payroll Deduction | (925) |
| 2300 00 | Accrued Real Estate Taxes | 173,292 |
| 2310 00 | Accrued Personal Property Taxes | 6,540 |
| 2350 00 | Accrued Legal & Accounting | 80,989 |
| 2360 00 | Accrued Interest | 85,890 |
| 2380 00 | Accrued Trustee Fees | 4,816 |
| 2391 00 | Flex Dollar Account | (3,232) |
| 2395 00 | Sales Tax Payable | 896 |
|  | Total Current Liabilities | 4,825,719 |
|  | **Intercompany Liabilities** |  |
| 2012 00 | A/P-Westport Senior Living Mgmt | 35,095 |
|  | Total Intercompany Liabilities | 35,095 |
|  | **Long Term Liabilities** |  |
| 2535 00 | L/P Verizon Capital Lease | 44,357 |
| 2501 00 | L/P- CPIF Lending, LLC | 9,500,000 |
| 2536 00 | L/P-Vend Lease | 2,790 |
| 2550 00 | L/P- First Union (Bus) | 2,609 |
|  | Total Long Term Liabilities | 9,549,756 |
|  | **Other Liabilities** |  |
| 2770 00 | Current Resales - Deferred Revenue | 1,053,749 |
| 2771 00 | Deferred Revenue | 14,625,091 |
| 2772 00 | Plan Fees | 11,087 |
| 2773 00 | Current Resales - Refundable Deps | 1,210,949 |
| 2774 00 | Fmv Deferred Revenue | 250,655 |
| 2775 00 | Refundable Deposits | 31,235,848 |
| 2777 00 | PIP Deposits | 5,725,946 |
| 2778 00 | Deposits - Wait List | 69,550 |
| 2779 00 | Rental Deposits | 4,000 |
| 2780 00 | Refundable Deposits Used - HCLOC | (3,880,598) |
|  | Total Other Liabilities | 50,306,278 |
|  | **Equity** |  |
| 2900 00 | Retained Earnings - Prior Years | (24,462,863) |
| 2910 00 | Capital Contributions | 41,078,547 |
| 2940 00 | Return of Capital | 1,431,814 |
| 2985 00 | Investment Adjustment | 91 |
| 9999 99 | Net Income / (Loss) | (94,356) |
|  | Total Equity | 15,089,605 |
|  | TOTAL LIABILITIES & EQUITY | 79,806,453 |
|  |  | ============ |

Nursing Center Balance Sheet
For the Period Ending April 30, 2014

|  |  | Actual Year To Date |
|---|---|---:|
| | ASSETS | |
| | Current Assets | |
| | Cash | |
| 1030 00 | Cash-Depository | 100,000 |
| | Total Cash | 100,000 |
| | Accounts Receivable | |
| 1285 00 | A/R-TR & SNF, Inc. | 4,784,894 |
| 1288 00 | Allowance - McCoy | (3,401,561) |
| | Total Accounts Receivable | 1,383,333 |
| | Inventory | |
| | Prepaid Expenses | |
| | Total Current Assets | 1,483,333 |
| | FIXED ASSETS | |
| | CIP | |
| | Fixed Assets | |
| 1600 00 | Land | 548,523 |
| 1605 00 | Land Improvements | 11,494 |
| 1610 00 | Buildings | 7,939,502 |
| 1615 00 | Building Improvements | 3,756,396 |
| 1620 00 | Furniture & Equipment | 1,331,809 |
| | Subtotal Fixed Assets | 13,587,724 |
| | Accumulated Depreciation | |
| 1660 00 | A/D - Land Improvements | (6,320) |
| 1665 00 | A/D - Buildings | (2,978,133) |
| 1670 00 | A/D - Building Improvements | (2,021,690) |
| 1675 00 | A/D - Furn & Equip | (1,298,662) |
| | Total Accum Depr | (6,304,806) |
| | Net Fixed Assets | 7,282,919 |
| | Other Assets | |
| 1710 00 | Loan Costs | 489,298 |

|          |                                   | Actual Year To Date |
|----------|-----------------------------------|--------------------:|
| 1760 00  | A/A - Loan Costs                  | (20,387)            |
| 1700 00  | Goodwill                          | 6,608,243           |
| 1750 00  | A/A - Goodwill                    | (1,063,780)         |
| 1920 00  | Deposit - Utilities               | 4,670               |
|          | Total Other Assets                | 6,018,044           |
|          | TOTAL ASSETS                      | 14,784,295          |
|          |                                   | ============        |

LIABILITIES & EQUITY

Current Liabilities

| 2002 00 | Short term debt - US Ameribank | 450,586 |
| 2300 00 | Accrued Real Estate Taxes      | (664)   |
| 2360 00 | Accrued Interest               | 63,938  |
|         | Total Current Liabilities      | 513,859 |

Intercompany Liabilities

Long Term Liabilities

| 2502 00 | L/P- US Ameribank           | 14,549,414 |
|         | Total Long Term Liabilities | 14,549,414 |

Other Liabilities

Equity

| 2900 00 | Retained Earnings - Prior Years | (19,390,319) |
| 2910 00 | Capital Contributions           | 19,654,106   |
| 9999 99 | Net Income / (Loss)             | (542,765)    |
|         | Total Equity                    | (278,978)    |
|         | TOTAL LIABILITIES & EQUITY      | 14,784,295   |
|         |                                 | ============ |

|                                      | Actual Prior Month Period | Actual Current Period | Actual Year to Date |
|--------------------------------------|---------------------------|-----------------------|---------------------|
| **Revenue**                          |                           |                       |                     |
| Nursing Per Diems                    | _____                | _____            | _____          |
|                                      | _____                | _____            | _____          |
|                                      | _____                | _____            | _____          |
|                                      | _____                | _____            | _____          |
|                                      | ============              | ============          | ============        |
| Insurance Surcharge                  | _____                | _____            | _____          |
| Ancillary Revenue                    |                           |                       |                     |
| Pharmacy Revenue                     | _____                | _____            | _____          |
| X-Ray Revenue                        | _____                | _____            | _____          |
| Medical Supplies Revenue             | _____                | _____            | _____          |
| Nutritional Supplements Revenue      | _____                | _____            | _____          |
| Oxygen Revenue                       | _____                | _____            | _____          |
| Nursing Supplies Revenue             | _____                | _____            | _____          |
| Equipment Rental Revenue             | _____                | _____            | _____          |
| Podiatrist Revenue                   | _____                | _____            | _____          |
| Incontinent Care Revenue             | _____                | _____            | _____          |
| Laboratory Revenue                   | _____                | _____            | _____          |
| Complex Medical Equipment Revenue    | _____                | _____            | _____          |

|  |  | Actual Prior Month Period | Actual Current Period | Actual Year to Date |
|---|---|---|---|---|
| | Ambulance Revenue | | | |
| | Enteral & Urological Revenue | | | |
| | | | | |
| | Therapy Revenue | | | |
| | Physical Therapy Revenue | | | |
| | Speech Therapy Revenue | | | |
| | Occupational Therapy Revenue | | | |
| | Respiratory Revenue | | | |
| | | | | |
| | Contractual Allowance | | | |
| | Other Revenue | | | |
| 4300 00 | Lease Income | 75,000 | 208,333 | 433,333 |
| | Other Service Revenue | $ 75,000 | $ 208,333 | $ 433,333 |
| | Total Revenue | 75,000 | 208,333 | 433,333 |
| | Operations Expenses | | | |
| | Administration | | | |
| 7112 30 | License Fees | 0 | 139 | 139 |
| | Total Administration | 0 | 139 | 139 |
| | Admissions | | | |
| | Beauty / Barber | | | |

|  | Actual Prior Month Period | Actual Current Period | Actual Year to Date |
|---|---|---|---|
| Dining Services | | | |
| Grounds | | | |
| Housekeeping | | | |
| Laundry | | | |
| Lifestyles | | | |
| Medical Records | | | |
| Nursing Administration | | | |
| Nursing Unit - Alzheimers | | | |
| Nursing Unit - Certified | | | |
| Nursing Unit - Non Certified | | | |
| Nursing Unit - Training & Inservice | | | |
| Plant | | | |
| Regional Office | | | |
| Security | | | |
| Social Services | | | |
| Transportation | | | |
| Ancillaries | | | |

| | Actual Prior Month Period | Actual Current Period | Actual Year to Date |
|---|---|---|---|
| Occupational Therapy | | | |
| Physical Therapy | | | |
| Respiratory Therapy | | | |
| Speech Therapy | | | |
| Subtotal Operations Expenses | 0 | 139 | 139 |
| Other Operating Expenses | | | |
| Marketing | | | |
| Nursing & AL Free Days | | | |
| Utilities | | | |
| Taxes | | | |
| Package Insurance | | | |
| Risk Management | | | |
| Other Insurance | | | |
| Laibility Insurance | | | |
| Management Fees | | | |
| 7400 32 Management Fees | 300,000 | 0 | 300,000 |
| Total Management Fees | 300,000 | 0 | 300,000 |
| Bad Debt, Resident Subsidy & Related | | | |

|  | Actual Prior Month Period | Actual Current Period | Actual Year to Date |
|---|---|---|---|
| Other | | | |
| Subtotal Other Operating Expenses | 300,000 | 0 | 300,000 |
| Total Operating Expenses | 300,000 | 139 | 300,139 |
| Other Income | | | |
| Depreciation Expense | | | |
| 8440 32 Depreciation - Land Improvements | 50 | 50 | 200 |
| 8450 32 Depreciation - Building | 16,950 | 16,950 | 67,800 |
| 8455 32 Depreciation - Building Improvements | 16,280 | 16,280 | 65,120 |
| 8460 32 Depreciation Furniture & Equip | 2,365 | 2,365 | 9,460 |
| Total Depreciation Exp | 35,645 | 35,645 | 142,580 |
| Amortization Expense | | | |
| 8530 32 Amortization - Loan Costs | 400,475 | 20,387 | 420,862 |
| Total Amortization | 400,475 | 20,387 | 420,862 |
| Interest Exp - GMAC | | | |
| 9210 42 Interest - Mortgage | 16,420 | 62,876 | 112,517 |
| Total Interest | 16,420 | 62,876 | 112,517 |
| Other Debt Related Expenses | | | |
| Total Net Income / (Loss) | (677,540) | 89,287 | (542,765) |

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| | **Revenue** | | | | | | | |
| 3000 20 | Monthly Service Fees - CPI Protected | 138,655 | 138,655 | 127,974 | 10,682 | 562,137 | 542,119 | 20,017 |
| 3000 21 | Monthly Services Fees - Market Rate | 738,698 | 752,515 | 735,559 | 16,956 | 2,971,511 | 2,895,724 | 75,787 |
| 3005 20 | Monthly Service Fees CPl - 2Nd Person | 8,505 | 8,505 | 12,055 | (3,550) | 35,182 | 50,393 | (15,211) |
| 3005 21 | Monthly Service Fees - Market 2nd Person | 83,151 | 78,861 | 80,083 | (1,222) | 325,621 | 311,069 | 14,552 |
| | Total Monthly Service Fee | 969,009 | 978,536 | 955,670 | 22,866 | 3,894,451 | 3,799,306 | 95,145 |
| | **Rental Income** | | | | | | | |
| 3008 02 | Rental Income | 62,850 | 63,388 | 67,251 | (3,863) | 243,561 | 256,900 | (13,339) |
| 4020 02 | Community Fee | 4,000 | (5,000) | 5,000 | (10,000) | (2,000) | 20,000 | (22,000) |
| | Total Rental Income | 66,850 | 58,388 | 72,251 | (13,863) | 241,561 | 276,900 | (35,339) |
| 3207 01 | Selective Services Discount Pl | (609) | (313) | (1,300) | 987 | (1,738) | (5,200) | 3,462 |
| 3208 01 | Travel Leave Credit | (969) | 0 | (1,306) | 1,306 | (2,906) | (5,224) | 2,318 |
| 3210 01 | Meal Credits Pl | (3,978) | (3,522) | (4,500) | 978 | (16,383) | (17,916) | 1,533 |
| 3211 01 | Promotional Rate Discounts Pl | (53,929) | (55,080) | (60,058) | 4,977 | (214,251) | (250,388) | 36,138 |
| 3213 01 | Move In Discount Pl | (2,402) | 0 | 0 | 0 | (2,402) | 0 | (2,402) |
| 3217 01 | Non-Cpi Resident Rate Discount | (87,388) | (83,198) | (78,669) | (4,528) | (334,754) | (307,987) | (26,767) |
| 3218 01 | Buydown Plan Discount | 0 | 0 | (121) | 121 | 0 | (484) | 484 |
| 3216 01 | Cpi Resident Rate Discount | (43,745) | (43,745) | (42,629) | (1,116) | (177,161) | (180,722) | 3,561 |
| | Total Monthly Service Fee Credits | (193,020) | (185,858) | (188,583) | 2,725 | (749,595) | (767,921) | 18,327 |
| 4025 02 | Key Club Fee | 0 | 200 | 0 | 200 | 550 | 0 | 550 |
| 4100 00 | Resident Additional Meals | 584 | 709 | 150 | 559 | 2,500 | 600 | 1,900 |
| 4101 00 | Guest Meals | 4,324 | 4,781 | 4,300 | 481 | 18,670 | 16,100 | 2,570 |
| 4103 00 | Special Functions | 2,520 | 868 | 1,200 | (332) | 9,541 | 4,800 | 4,741 |
| 4105 00 | Deli Income | 1,010 | 1,071 | 800 | 271 | 4,886 | 3,200 | 1,686 |
| 4106 00 | Tray Service | 750 | 756 | 600 | 156 | 2,910 | 2,400 | 510 |
| 4107 00 | Convenience Ctr Income | 194 | 296 | 270 | 26 | 526 | 1,080 | (554) |
| 4114 01 | Transportation Pl | 59 | 40 | 55 | (15) | 198 | 220 | (22) |
| 4115 00 | Covered Parking | 1,500 | 0 | 1,500 | (1,500) | 3,000 | 6,000 | (3,000) |
| 4118 01 | Beauty & Barbershop Pl | 500 | 500 | 500 | 0 | 2,002 | 2,000 | 2 |
| 4119 01 | Home Health Rent | 800 | 800 | 800 | 0 | 3,200 | 3,200 | 0 |
| 4126 01 | Laundry Pl | 1,086 | 1,070 | 1,000 | 70 | 4,388 | 4,000 | 388 |
| 4140 00 | Telephone & Internet | 15,627 | 14,545 | 14,481 | 64 | 60,274 | 57,674 | 2,600 |
| 4170 00 | Repairs And Installation | 113 | 325 | 350 | (25) | 1,020 | 1,400 | (380) |
| 4190 00 | Guest Room | 2,416 | 1,965 | 1,500 | 465 | 12,864 | 9,500 | 3,364 |
| 4280 00 | Bank Income | 2,456 | 2,456 | 2,480 | (24) | 9,823 | 9,920 | (96) |
| 4290 00 | Doctor'S Clinic | 600 | 200 | 200 | 0 | 1,200 | 800 | 400 |
| 4600 00 | Misc Income | 45 | 97 | 0 | 97 | 286 | 0 | 286 |
| | Other Service Revenue | 34,583 | 30,679 | 30,186 | 493 | 137,839 | 122,894 | 14,945 |
| | Total Revenue | $ 877,423 | $ 881,746 | $ 869,525 | $ 12,222 | $ 3,524,257 | $ 3,431,179 | $ 93,078 |

|  | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| **Operations Expenses** | | | | | | | | |
| **Administration** | | | | | | | | |
| 5090 30 | Wages Receptionist BU | 8,727 | 7,248 | 8,802 | 1,555 | 31,775 | 35,209 | 3,433 |
| 5500 30 | Wages Administrator NBU | 26,911 | 12,525 | 12,660 | 134 | 61,440 | 50,638 | (10,802) |
| 5502 30 | Wages Administrative Asst | 3,415 | 5,361 | 5,108 | (253) | 17,296 | 20,433 | 3,137 |
| 5552 30 | Wages Resident Relations NBU | 4,588 | 2,932 | 4,303 | 1,371 | 14,521 | 17,212 | 2,691 |
| 5588 30 | Wages Accounting NBU | 20,862 | 15,426 | 15,650 | 225 | 70,121 | 62,603 | (7,518) |
| 5590 30 | Wages Receptionist NBU | 4,593 | 4,416 | 4,404 | (12) | 17,241 | 17,483 | 242 |
| 5592 30 | Wages Personnel NBU | 4,073 | 4,484 | 4,724 | 240 | 16,910 | 18,894 | 1,985 |
| 5200 30 | Wages PPD's Bu | 8,378 | 8,143 | 2,983 | (5,160) | 43,092 | 11,902 | (31,190) |
| 5100 30 | Fica Expenses Bu | 6,129 | 4,531 | 4,485 | (46) | 16,841 | 17,930 | 1,089 |
| 5101 30 | Futa / Suta Bu | 282 | 138 | 236 | 98 | 3,260 | 4,088 | 828 |
| 5102 30 | Workers Comp Bu | 5,141 | 5,859 | 6,878 | 1,019 | 23,096 | 27,513 | 4,417 |
| 5203 30 | Employee Benefits | 63 | 0 | 0 | 0 | 63 | 0 | (63) |
| 5703 30 | Employee Benefits Nbu | 431 | 117 | 42 | (75) | 845 | 368 | (477) |
| 5713 30 | Employee Physical/Labs Nbu | 140 | 35 | 146 | 111 | 540 | 829 | 289 |
| 5205 30 | Group Insurance Bu | 32,386 | 32,437 | 32,682 | 245 | 126,574 | 130,729 | 4,154 |
| 5207 30 | Pension Contribution Bu | 7,803 | 7,951 | 9,114 | 1,163 | 35,947 | 36,441 | 494 |
| 5707 30 | 401 K Employer Contribution | 2,522 | 2,224 | 2,257 | 32 | 9,600 | 8,851 | (749) |
| 6133 30 | Special Functions Food | 14 | 57 | 60 | 3 | 458 | 240 | (218) |
| 6409 30 | Small Equipment | 0 | 65 | 0 | (65) | 119 | 150 | 32 |
| 6415 30 | Mileage | 0 | 0 | 20 | 20 | 0 | 80 | 80 |
| 6420 30 | Travel / Seminar | 1,677 | 199 | 0 | (199) | 2,707 | 5,326 | 2,619 |
| 6430 30 | Dues & Subscriptions | 0 | 0 | 0 | 0 | 115 | 200 | 85 |
| 6432 30 | Classified Advertising | 46 | 0 | 100 | 100 | 284 | 400 | 116 |
| 6438 30 | Inservice Training | 0 | 0 | 124 | 124 | 1,208 | 496 | (712) |
| 6447 30 | Printing Exp | 64 | 95 | 25 | (70) | 295 | 200 | (95) |
| 6448 30 | Copier Exp | 1,813 | 1,791 | 2,000 | 209 | 7,358 | 8,000 | 642 |
| 6449 30 | Data Processing Exp | 6,713 | 1,507 | 1,675 | 168 | 12,077 | 6,700 | (5,377) |
| 6454 30 | Guest Room Supplies | 0 | 0 | 45 | 45 | 0 | 180 | 180 |
| 6455 30 | Supplies | 881 | 886 | 900 | 14 | 3,426 | 3,600 | 174 |
| 6456 30 | Postage | 1,217 | 419 | 700 | 281 | 3,505 | 2,800 | (705) |
| 6459 30 | Uniforms | 0 | 0 | 0 | 0 | 50 | 320 | 270 |
| 6502 30 | Telephone | 10,929 | 11,061 | 11,075 | 14 | 43,414 | 44,300 | 886 |
| 6519 30 | Public Relations / Advertising | 0 | 318 | 100 | (218) | 347 | 400 | 53 |
| 6546 30 | Contract Services | 1,651 | 1,575 | 1,680 | 105 | 6,490 | 6,720 | 230 |
| 6565 30 | Professional Fees | 1,600 | 300 | 350 | 50 | 1,900 | 650 | (1,250) |
| 6570 30 | Legal & Accounting | 58,314 | 5,835 | 7,000 | 1,165 | 75,819 | 28,000 | (47,819) |
| 7112 30 | License Fees | 145 | 1,422 | 1,180 | (242) | 3,227 | 2,770 | (457) |
| 7113 30 | Bank Service Charges | 800 | 852 | 850 | (2) | 3,412 | 3,400 | (12) |
| 7116 30 | Penalties | 0 | 0 | 0 | 0 | (254) | 0 | 254 |
| 7117 30 | Late Charges | 0 | 0 | 0 | 0 | 40 | 0 | (40) |
| | Total Administration | 222,310 | 140,211 | 142,359 | 2,147 | 655,159 | 576,055 | (79,104) |
| **Dining Services - Commons** | | | | | | | | |
| **Dining Services** | | | | | | | | |
| 5004 44 | Wages Staff Bu | 16,283 | 16,443 | 13,749 | (2,694) | 70,228 | 54,995 | (15,234) |

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| 5070 44 | Wages Cooks Bu | 9,840 | 9,699 | 10,803 | 1,103 | 38,809 | 43,210 | 4,401 |
| 5073 44 | Wages Dining Room Bu | 22,614 | 20,394 | 19,046 | (1,348) | 84,827 | 76,183 | (8,644) |
| 5076 44 | Wages Bakers Bu | 4,588 | 3,660 | 4,882 | 1,223 | 14,988 | 19,529 | 4,541 |
| 5085 44 | Wages Office Staff Bu | 2,553 | 2,432 | 2,504 | 72 | 7,834 | 10,015 | 2,181 |
| 5098 44 | Wages - Training | 0 | 0 | 684 | 684 | 0 | 2,736 | 2,736 |
| 5096 44 | Wages Allocation | (326) | (521) | 0 | 521 | (1,187) | 0 | 1,187 |
| 5502 44 | Wages Supervisor Nbu | 15,146 | 15,810 | 14,907 | (904) | 60,498 | 59,400 | (1,098) |
| 5570 44 | Wages Cooks Nbu | 6,185 | 7,704 | 10,692 | 2,988 | 28,405 | 42,767 | 14,361 |
| 5200 44 | Wages Pto's Bu | 8,564 | 2,187 | 5,975 | 3,788 | 29,510 | 23,891 | (5,619) |
| 5100 44 | Fica Expense Bu | 6,332 | 5,756 | 6,368 | 612 | 24,581 | 25,453 | 872 |
| 5101 44 | Futa/Suta Bu | 1,532 | 1,147 | 1,690 | 543 | 8,949 | 10,137 | 1,188 |
| 6131 44 | Food | 55,250 | 57,895 | 54,109 | (3,786) | 233,318 | 214,496 | (18,822) |
| 6133 44 | Special Events | 82 | 116 | 25 | (91) | 587 | 257 | (330) |
| 6136 44 | Convenience Ctr Merchandise | 309 | 444 | 200 | (244) | 1,377 | 800 | (577) |
| 6158 44 | Linen Exp | 364 | 362 | 375 | 13 | 1,453 | 1,500 | 47 |
| 6211 44 | Equip Repair | 208 | 529 | 616 | 87 | 2,574 | 2,464 | (110) |
| 6409 44 | Small Equipment | 1,706 | 597 | 1,665 | 1,068 | 7,791 | 6,660 | (1,131) |
| 6410 44 | Equipment Rental | 908 | 908 | 878 | (30) | 3,616 | 3,512 | (104) |
| 6455 44 | Supplies | 2,308 | 6,303 | 3,485 | (2,818) | 20,759 | 13,940 | (6,819) |
| 6459 44 | Uniforms | 682 | 506 | 600 | 94 | 2,242 | 4,240 | 1,998 |
| 6546 44 | Contract Services | 1,580 | 0 | 0 | 0 | 4,476 | 200 | (4,276) |
| | Total Dining Services | 156,707 | 152,371 | 153,251 | 880 | 645,636 | 616,383 | (29,253) |
| | **Dining Services-Assisted Living** | | | | | | | |
| | **Grounds** | | | | | | | |
| 6546 46 | Contract Services | 3,375 | 3,375 | 3,375 | 0 | 13,500 | 13,500 | 0 |
| 6240 46 | Maintenance - Grounds | 520 | 968 | 2,086 | 1,118 | 5,226 | 8,344 | 3,118 |
| | Total Grounds | 3,895 | 4,343 | 5,461 | 1,118 | 18,726 | 21,844 | 3,118 |
| | **Housekeeping** | | | | | | | |
| 5004 48 | Wages Staff Bu | 29,146 | 28,690 | 30,657 | 1,967 | 114,171 | 122,305 | 8,134 |
| 5502 48 | Wages Supervisor Nbu | 8,364 | 6,419 | 7,962 | 1,543 | 28,360 | 31,846 | 3,486 |
| 5200 48 | Wages Pto's Bu | 3,122 | 4,962 | 3,353 | (1,609) | 19,758 | 13,381 | (6,377) |
| 5100 48 | Fica Expense Bu | 2,983 | 2,940 | 3,211 | 271 | 11,731 | 12,816 | 1,085 |
| 5101 48 | Futa/Suta Bu | 939 | 620 | 1,247 | 627 | 4,581 | 5,990 | 1,410 |
| 6409 48 | Small Equipment | 364 | 306 | 200 | (106) | 1,020 | 800 | (220) |
| 6455 48 | Supplies | 1,546 | 1,506 | 1,476 | (30) | 6,163 | 5,867 | (297) |
| 6459 48 | Uniforms | 8 | 278 | 110 | (168) | 405 | 1,160 | 755 |
| 6546 48 | Contract Services | 1,288 | 5,606 | 28 | (5,578) | 9,959 | 123 | (9,836) |
| | Total Housekeeping | 47,760 | 51,327 | 48,243 | (3,084) | 196,148 | 194,288 | (1,859) |
| | **Laundry** | | | | | | | |
| 5004 50 | Wages Staff Bu | 2,881 | 4,250 | 3,771 | (479) | 13,865 | 15,085 | 1,220 |
| 5200 50 | Wages Pto's Bu | 1,269 | 409 | 75 | (334) | 3,155 | 302 | (2,853) |
| 5100 50 | Fica Expense Bu | 301 | 340 | 294 | (46) | 1,195 | 1,177 | (18) |
| 5101 50 | Futa/Suta Bu | 117 | 81 | 151 | 70 | 513 | 605 | 92 |

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| 6158 50 | Linen | 993 | 1,063 | 1,130 | 67 | 4,146 | 4,400 | 254 |
| 6455 50 | Supplies | 1,013 | 937 | 951 | 14 | 3,742 | 3,804 | 62 |
| 6459 50 | Uniforms | 0 | 0 | 0 | 0 | 0 | 80 | 80 |
| | Total Laundry | 6,575 | 7,081 | 6,373 | (708) | 26,617 | 25,453 | (1,164) |
| | **Lifestyles** | | | | | | | |
| 5004 52 | Wages Staff Bu | 2,301 | 2,110 | 2,098 | (13) | 6,699 | 8,391 | 1,692 |
| 5502 52 | Wages Supervisor Nbu | 7,180 | 10,140 | 9,786 | (354) | 33,615 | 39,143 | 5,528 |
| 5540 52 | Wages - Masterpiece Nbu | 0 | 0 | 3,534 | 3,534 | 0 | 14,136 | 14,136 |
| 5200 52 | Wages Pto's | 2,960 | (327) | 593 | 920 | 5,381 | 2,372 | (3,009) |
| 5100 52 | Fica Expense Bu | 930 | 892 | 1,225 | 333 | 3,506 | 4,899 | 1,393 |
| 5101 52 | Futa/Suta Bu | 59 | 62 | 77 | 16 | 793 | 1,336 | 543 |
| 6133 52 | Special Functions Food | 1,781 | 2,719 | 2,264 | (455) | 10,254 | 9,901 | (353) |
| 6425 52 | Special Events | 1,300 | 1,193 | 1,200 | 7 | 4,896 | 5,000 | 104 |
| 6455 52 | Supplies | 432 | 589 | 660 | 71 | 1,837 | 2,120 | 283 |
| 6459 52 | Uniforms | 118 | 0 | 0 | 0 | 118 | 200 | 82 |
| 6546 52 | Contract Services | 756 | 696 | 1,083 | 387 | 8,742 | 4,772 | (3,970) |
| 6700 52 | Contract Services - Masterpiece | 5,387 | 5,433 | 5,432 | (0) | 21,593 | 21,729 | 136 |
| 6710 52 | Equipment - Masterpiece | 153 | 367 | 395 | 28 | 795 | 670 | (125) |
| | Total Lifestyles | 23,355 | 23,873 | 28,347 | 4,474 | 98,229 | 114,669 | 16,440 |
| | **Nursing Services** | | | | | | | |
| 5507 56 | Wages - DON | 2,751 | 4,471 | 3,811 | (660) | 14,268 | 15,061 | 793 |
| 5200 56 | Wages PTO's Bu | 1,234 | (514) | 76 | 591 | 1,260 | 301 | (959) |
| 5100 56 | Fica Expense | 278 | 276 | 297 | 21 | 1,068 | 1,175 | 107 |
| 5101 56 | Futa/Suta BU | 0 | 0 | 0 | 0 | 264 | 334 | 70 |
| 6459 64 | Uniforms | 0 | 0 | 0 | 0 | 0 | 320 | 320 |
| 6455 56 | Supplies | 41 | 109 | 188 | 79 | 150 | 456 | 306 |
| 6546 56 | Contract Services | 25 | 71 | 38 | (33) | 146 | 152 | 6 |
| 5022 64 | Wages LPN Bu | 12,450 | 10,274 | 10,902 | 628 | 44,792 | 43,606 | (1,186) |
| 5200 64 | Wages Pto's Bu | 1,614 | 1,322 | 1,295 | (26) | 5,671 | 5,181 | (490) |
| 5100 64 | Fica Expense Bu | 1,074 | 884 | 933 | 49 | 3,773 | 3,732 | (41) |
| 5101 64 | Futa/Suta Bu | 209 | 139 | 24 | (115) | 1,277 | 1,093 | (184) |
| | Total Nursing Services | 19,676 | 17,031 | 17,564 | 533 | 72,670 | 71,412 | (1,258) |
| | **Plant** | | | | | | | |
| 5004 68 | Wages Staff Bu | 22,259 | 20,789 | 22,182 | 1,393 | 76,643 | 88,728 | 12,085 |
| 5504 68 | Wages Staff Nbu | 5,096 | 4,163 | 4,226 | 63 | 17,555 | 16,904 | (651) |
| 5582 68 | Wages Supervisor Other Nbu | 2,948 | 5,527 | 5,497 | (30) | 17,421 | 21,509 | 4,089 |
| 5200 68 | Wages Pto's Bu | 1,538 | 2,258 | 1,192 | (1,065) | 15,304 | 4,751 | (10,553) |
| 5100 68 | Fica Expense Bu | 2,835 | 2,694 | 2,532 | (162) | 10,692 | 10,090 | (603) |
| 5101 68 | Futa/Suta Bu | 382 | 137 | 344 | 207 | 2,936 | 3,813 | 877 |
| 6218 68 | Refurbishments | 1,794 | 3,944 | 3,150 | (794) | 13,940 | 12,600 | (1,340) |
| 6220 68 | Maintenance-Building | 1,232 | 2,493 | 2,775 | 282 | 10,024 | 11,100 | 1,076 |
| 6230 68 | Maintenance-Equipment | 5,826 | 12,962 | 7,212 | (5,750) | 30,331 | 28,848 | (1,483) |
| 6455 68 | Supplies | 5,376 | 4,854 | 2,926 | (1,928) | 16,215 | 11,704 | (4,511) |
| 6459 68 | Uniforms | 268 | 338 | 352 | 14 | 1,333 | 1,856 | 523 |
| 6512 68 | TV Systems | 5,243 | 5,243 | 5,248 | 5 | 20,972 | 20,993 | 22 |

For the Period Ending April 30, 2014

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| 6546 68 | Contract Services | 10,885 | 12,049 | 9,061 | (2,988) | 54,319 | 34,384 | (19,935) |
| | Total Plant | 65,680 | 77,449 | 66,698 | (10,751) | 287,685 | 267,282 | (20,404) |
| | Regional Office | | | | | | | |
| | Security | | | | | | | |
| 5004 74 | Wages Staff Bu | 21,516 | 19,442 | 20,219 | 776 | 81,694 | 80,875 | (819) |
| 5502 74 | Wages Supervisor Nbu | 2,909 | 3,723 | 3,582 | (142) | 12,857 | 14,326 | 1,469 |
| 5200 74 | Wages Pto's Bu | 1,895 | 4,634 | 3,740 | (895) | 14,454 | 14,958 | 504 |
| 5100 74 | Fica Expense Bu | 1,919 | 2,032 | 2,107 | 75 | 7,836 | 8,427 | 592 |
| 5101 74 | Futa/Suta Bu | 563 | 380 | 674 | 294 | 3,058 | 4,113 | 1,054 |
| 6455 74 | Supplies | 0 | 0 | 82 | 82 | 190 | 328 | 138 |
| 6459 74 | Uniforms | 0 | 0 | 0 | 0 | 167 | 400 | 233 |
| | Total Security | 28,802 | 30,212 | 30,402 | 191 | 120,257 | 123,428 | 3,171 |
| | Social Services | | | | | | | |
| 5502 76 | Wages Supervisor Nbu | 4,987 | 4,426 | 4,414 | (12) | 16,466 | 17,657 | 1,191 |
| 5200 76 | Wages Pto's Bu | 620 | 0 | 170 | 170 | 1,605 | 679 | (926) |
| 5100 76 | Fica Expense Bu | 425 | 335 | 351 | 16 | 1,415 | 1,403 | (13) |
| 5101 76 | Futa/Suta Bu | 0 | 0 | 0 | 0 | 266 | 334 | 68 |
| | Total Social Services | 6,032 | 4,761 | 4,935 | 174 | 19,752 | 20,072 | 320 |
| | Transportation | | | | | | | |
| 5058 86 | Wages-Drivers Bu | 10,312 | 11,933 | 13,596 | 1,663 | 44,559 | 54,385 | 9,826 |
| 5200 86 | Wages Pto's Bu | 1,445 | 496 | 1,739 | 1,243 | 5,255 | 6,957 | 1,702 |
| 5100 86 | Fica Expense Bu | 853 | 904 | 1,173 | 269 | 3,638 | 4,693 | 1,055 |
| 5101 86 | Futa/Suta Bu | 335 | 164 | 390 | 227 | 1,538 | 2,248 | 709 |
| 6216 86 | Fuel | 2,453 | 2,489 | 2,200 | (289) | 9,349 | 8,800 | (549) |
| 6230 86 | Trans Equip Maint | 566 | 848 | 2,406 | 1,558 | 7,822 | 9,624 | 1,802 |
| 6459 86 | Uniforms | 0 | 0 | 0 | 0 | (5) | 350 | 355 |
| 6546 86 | Contract Services | 238 | 3,832 | 283 | (3,549) | 4,672 | 1,132 | (3,540) |
| | Total Transportation | 16,202 | 20,665 | 21,788 | 1,122 | 76,828 | 88,188 | 11,360 |
| | Subtotal Operations Expenses | 596,993 | 529,324 | 525,420 | (3,904) | 2,217,706 | 2,119,074 | (98,632) |
| | Other Operating Expenses | | | | | | | |
| | Marketing | | | | | | | |
| 5004 54 | Wages Staff Bu | 5,926 | 5,793 | 5,872 | 79 | 27,277 | 23,489 | (3,788) |
| 5502 54 | Wages Supervisor Nbu | 5,409 | 5,562 | 6,061 | 499 | 17,441 | 27,244 | 9,802 |
| 5504 54 | Wages Staff Nbu | 15,158 | 14,508 | 16,476 | 1,968 | 56,468 | 65,655 | 9,187 |
| 5555 54 | Wages Commissions Nbu | 18,250 | 23,411 | 16,745 | (6,666) | 49,554 | 45,331 | (4,223) |
| 5200 54 | Wages Pto's Bu | 2,504 | 2,439 | 435 | (2,004) | 15,905 | 1,735 | (14,170) |
| 5100 54 | Fica Expense Bu | 3,523 | 3,841 | 2,999 | (842) | 14,879 | 10,916 | (3,963) |
| 5600 54 | Fica Expense Nbu | 0 | 0 | 488 | 488 | 0 | 1,588 | 1,588 |

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| 5101 54 | Futa/Suta Bu | 28 | 0 | 0 | 0 | 1,862 | 1,603 | (259) |
| 5601 54 | Futa/Suta Nbu | 0 | 0 | 16 | 16 | 0 | 231 | 231 |
| 3212 01 | Resident referrals | 7,500 | 7,083 | 5,000 | (2,083) | 30,000 | 20,000 | (10,000) |
| 6133 54 | Special Functions Food | 6,703 | 6,161 | 8,205 | 2,044 | 22,087 | 26,620 | 4,533 |
| 6415 54 | Mileage | 92 | 184 | 315 | 131 | 562 | 1,260 | 698 |
| 6425 54 | Special Events | 1,362 | 639 | 1,600 | 961 | 2,645 | 4,900 | 2,255 |
| 6430 54 | Dues & Subs | 1,148 | 1,148 | 3,000 | 1,852 | 4,512 | 7,100 | 2,588 |
| 6455 54 | Supplies | 344 | 375 | 710 | 335 | 1,744 | 3,240 | 1,496 |
| 6456 54 | Postage | 6,523 | 469 | 7,755 | 7,286 | 13,520 | 31,270 | 17,750 |
| 6507 54 | Promotional Exp | 1,439 | 1,131 | 3,700 | 2,569 | 4,778 | 10,300 | 5,522 |
| 6519 54 | Public Relations / Advertising | 505 | 66 | 600 | 534 | 682 | 1,900 | 1,218 |
| 6546 54 | Contract Services | 5,504 | 5,982 | 4,792 | (1,190) | 22,583 | 15,267 | (7,316) |
| 6460 54 | Direct Mail | 7,389 | 0 | 15,100 | 15,100 | 30,751 | 41,500 | 10,749 |
| 6465 54 | Print Media | 8,368 | 2,727 | 11,120 | 8,393 | 22,695 | 57,880 | 35,185 |
| 6470 54 | Internet | 2,674 | 1,924 | 5,337 | 3,413 | 8,610 | 17,498 | 8,889 |
| 6475 54 | Collateral Materials | 591 | 1,926 | 4,750 | 2,824 | 4,709 | 11,500 | 6,791 |
| 6545 54 | List Management - Ad Agency | 150 | 150 | 150 | 0 | 600 | 600 | 0 |
| | **Total Marketing** | 101,091 | 85,521 | 121,226 | 35,705 | 353,862 | 428,628 | 74,766 |
| | **Nursing & AL Free Days** | | | | | | | |
| 6147 56 | Health Care Days | 65,553 | 29,195 | 22,500 | (6,695) | 144,882 | 147,500 | 2,618 |
| | **Total Free Days** | 65,553 | 29,195 | 22,500 | (6,695) | 144,882 | 147,500 | 2,618 |
| | **Utilities** | | | | | | | |
| 7001 68 | Utilities-Gas | 7,623 | 4,610 | 4,299 | (311) | 21,788 | 17,196 | (4,592) |
| 7002 68 | Utilities-Electric | 45,678 | 46,196 | 49,980 | 3,784 | 187,642 | 187,916 | 274 |
| 7003 68 | Utilities-Water | 6,553 | 7,113 | 6,438 | (676) | 28,186 | 28,774 | 587 |
| 7004 68 | Utilities-Sewer | 13,254 | 14,288 | 12,926 | (1,362) | 56,713 | 57,714 | 1,001 |
| 7005 68 | Utilities-Trash | 4,271 | 5,640 | 6,149 | 509 | 19,843 | 24,596 | 4,753 |
| | **Total Utilities** | 77,379 | 77,848 | 79,791 | 1,943 | 314,171 | 316,195 | 2,024 |
| | **Taxes** | | | | | | | |
| 7218 32 | Sales Tax | 1,579 | 17 | 1,400 | 1,383 | 4,570 | 5,600 | 1,030 |
| 7275 32 | Real Estate Taxes | 42,334 | 42,334 | 42,334 | 0 | 169,336 | 169,336 | 0 |
| 7276 32 | Personal Property Taxes | 1,673 | 1,892 | 1,635 | (257) | 6,834 | 6,540 | (294) |
| | **Total Taxes** | 45,586 | 44,242 | 45,369 | 1,127 | 180,740 | 181,476 | 736 |
| | **Package Insurance** | | | | | | | |
| 7323 32 | Package Insurance | 25,193 | 58,208 | 51,636 | (6,572) | 183,664 | 205,039 | 21,374 |
| | **Total Package Insurance** | 25,193 | 58,208 | 51,636 | (6,572) | 183,664 | 205,039 | 21,374 |
| | **Risk Management** | | | | | | | |
| | **Other Insurance** | | | | | | | |
| 7321 32 | Auto Insurance | 2,077 | 2,532 | 2,094 | (438) | 8,764 | 8,374 | (389) |

For the Period Ending April 30, 2014

| | | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|---|
| 7325 32 | Loss Control Insurance | 565 | 1,278 | 500 | (778) | 2,814 | 1,986 | (828) |
| | Total Other Insurance | 2,642 | 3,810 | 2,594 | (1,216) | 11,577 | 10,360 | (1,217) |
| | Laibility Insurance | | | | | | | |
| 7340 32 | Liability Insurance-Premium | 6,327 | 6,773 | 7,486 | 713 | 26,342 | 29,942 | 3,601 |
| | Total Liability Insurance | 6,327 | 6,773 | 7,486 | 713 | 26,342 | 29,942 | 3,601 |
| | Management Fees | | | | | | | |
| 7400 32 | Management Fees | 35,284 | 35,095 | 34,581 | (514) | 141,184 | 136,447 | (4,737) |
| | Total Management Fees | 35,284 | 35,095 | 34,581 | (514) | 141,184 | 136,447 | (4,737) |
| | Lease Payment | | | | | | | |
| | Bad Debt, Resident Subsidy & Related | | | | | | | |
| 7901 32 | Bad Debt Exp | 12,262 | 14,027 | 17,016 | 2,989 | 55,574 | 64,408 | 8,834 |
| | Total Bad Debt Exp | 12,262 | 14,027 | 17,016 | 2,989 | 55,574 | 64,408 | 8,834 |
| | Other | | | | | | | |
| 7410 32 | Management Company Travel/Reimbursable | 0 | 0 | 1,000 | 1,000 | 0 | 4,000 | 4,000 |
| | Total Other Exps | 0 | 0 | 1,000 | 1,000 | 0 | 4,000 | 4,000 |
| | Subtotal Other Operating Expenses | 371,315 | 354,718 | 383,198 | 28,480 | 1,411,997 | 1,523,995 | 111,998 |
| | Total Operating Expenses | $ 968,308 | $ 884,042 | $ 908,618 | $ 24,576 | $ 3,629,703 | $ 3,643,069 | $ 13,366 |
| | Other Income - Non Cash | | | | | | | |
| 4000 00 | Entrance Fee Revenue | 226,500 | 226,500 | 226,500 | 0 | 906,000 | 904,000 | 2,000 |
| 4005 00 | E-Plan Revenue | 3,000 | 3,000 | 3,000 | 0 | 12,000 | 12,000 | 0 |
| | Total Other Income - Non Cash | (229,500) | (229,500) | (229,500) | 0 | (918,000) | (916,000) | 2,000 |
| | Other Income - Cash | | | | | | | |
| 4400 00 | Interest Income | 867 | 219 | 380 | (161) | 1,873 | 1,507 | 366 |
| 4410 00 | Realized Gain/Loss on Investments | 371 | 0 | 0 | 0 | 371 | 0 | 371 |
| 4440 00 | Gain/Loss on Sale of Assets | 100 | 1,140 | 0 | 1,140 | 1,240 | 0 | 1,240 |
| | Total Other Income - Cash | 1,338 | 1,359 | 380 | 979 | 3,484 | 1,507 | 1,977 |
| | Depreciation Expense | | | | | | | |
| 8440 32 | Depreciation - Land Improvements | 2,690 | 2,690 | 2,690 | 0 | 10,760 | 10,760 | 0 |
| 8450 32 | Depreciation - Building | 50,350 | 50,350 | 50,350 | 0 | 201,400 | 201,400 | 0 |
| 8455 32 | Depreciation - Building Improvements | 27,775 | 27,775 | 27,775 | 0 | 111,100 | 111,100 | 0 |
| 8460 32 | Depreciation Furniture & Equip | 63,945 | 63,945 | 63,945 | 0 | 255,780 | 255,780 | 0 |
| 8480 32 | Depreciation - Trans Equip | 3,000 | 3,000 | 3,000 | 0 | 12,000 | 12,000 | 0 |

For the Period Ending April 30, 2014

| | Actual Prior Month Period | Actual Current Period | Budget Current Period | Variance Current Period | Actual Year to Date | Budget Year to Date | Variance Year to Date |
|---|---|---|---|---|---|---|---|
| Total Depreciation Exp | 147,760 | 147,760 | 147,760 | 0 | 591,040 | 591,040 | 0 |
| **Amortization Expense** | | | | | | | |
| 8530 32  Amortization - Loan Costs | 475 | 22,661 | 0 | (22,661) | 23,136 | 0 | (23,136) |
| 9360 42  Amortization - Loan Costs | 0 | 475 | 0 | (475) | 475 | 0 | (475) |
| Total Amortization | 475 | 23,136 | 0 | (23,136) | 23,611 | 0 | (23,611) |
| **Interest GMAC** | | | | | | | |
| 9210 42  Interest - Mortgage | 26,229 | 84,183 | 24,993 | (59,191) | 162,539 | 100,528 | (62,011) |
| Total Interest | 26,229 | 84,183 | 24,993 | (59,191) | 162,539 | 100,528 | (62,011) |
| **Other Debt Related Expenses** | | | | | | | |
| 9175 32  Trustee Fees | 2,050 | 2,050 | 2,050 | 0 | 8,200 | 8,200 | 0 |
| 9220 42  Interest - Loan | 448 | 61 | 85 | 24 | 1,074 | 340 | (734) |
| 9230 42  Interest - Other | 383 | 371 | 413 | 42 | 1,553 | 1,652 | 99 |
| 3215 01  PIP Discounts | 29,673 | 29,895 | 30,727 | 832 | 122,377 | 123,909 | 1,532 |
| Total Other Debt Related Expenses | 32,553 | 32,377 | 33,275 | 898 | 133,205 | 134,101 | 897 |
| Total Net Income / (Loss) | $ (67,065) | $ (58,894) | $ (15,242) | $ (43,652) | $ (94,356) | $ (120,052) | $ 25,696 |