ORDERED.

**Dated: April 09, 2020**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP, | Case No. 8:16-bk-8167-MGW |
| WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP, | Case No. 8:16-bk-8168-MGW |
| Debtors.                                    / | *Jointly Administered under Case No. 8:16-bk-8167-MGW* |

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT BETWEEN DEBTORS, TIMOTHY PARKER, AND KATHLEEN BURKHOLDER

**THIS CASE** came before the Court without a hearing for consideration of the Motion to Approve Settlement Between Debtors, Timothy Parker, and Kathleen Burkholder (the "Motion") (Doc. 1670) filed by Jeffrey W. Warren, as Liquidating Trustee (the "Liquidating Trustee") for Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership. The Motion was served upon all interested parties receiving notice via CM/ECF with the Local Rule 2002-4 negative notice legend informing the parties of an opportunity to respond to the Motion within 21



PLAINTIFF'S
EXHIBIT
#100
4·15·23. ÜK
Burkholder
PENGAD 800-631-6989

days of the date of service. No party filed a response within the time permitted. The Court considers the matter to be unopposed. Accordingly, it is

**ORDERED:**

1.      The Motion is **GRANTED**.

2.      The Settlement Agreement[1] is **APPROVED** in all respects.

3.      Claim 91-1 shall be allowed as an unsecured, nonpriority claim in the amount of five-hundred thousand dollars ($500,000.00), and Claim 92-1 shall be allowed as an unsecured, nonpriority claim in the amount of seventy-five thousand dollars ($75,000.00), with such allowed claims to be treated in accordance with the terms of Class 14 of the Confirmed Secured Amended Plan.

Attorney Adam Lawton Alpert is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6DT391602.DOCX