**From:** "Rabke, W. Wilhelm" <wrabke@williamsmullen.com>

**To:** "'Trey Korhn' (TKorhn@usameribank.com)" <TKorhn@usameribank.com>, "'Price, Jay' (jprice@burr.com)" <jprice@burr.com>

**Cc:** "Kevin L. Angelis" <kevin.angelis@bhmsinvestments.com>

**Subject:** FW: Westport MLR OIR Notice Letter

**Date:** Thu, 27 Mar 2014 16:23:02 +0000

**Importance:** Normal

**Attachments:** Westport_MLR_OIR_Notice_Letter_(2).DOCX

---

Jay and Trey,

Attached is the first draft on the MLR Notice Letter.  Jay, Trey and Kevin have discussed this.

I need an unlocked version of the account agreement, so I can add required language.

Thanks,

Will


**Will Rabke**
**Williams Mullen**

**804.420.6395**

---

**From:** Rabke, W. Wilhelm
**Sent:** Thursday, March 27, 2014 12:20 PM
**To:** philip.notopoulos@hklaw.com; John Bartle (jbartle6081@yahoo.com); Dane Starbuck; Kevin L. Angelis
**Cc:** Hungate-Noland, Beth
**Subject:** Westport MLR OIR Notice Letter


All,

I am circulating this notice letter to all parties simultaneously, so please pass along questions.  Separately I will forward it to Ameribank's counsel for their review.

Let me know any comments.  The Note will be pulled out of the loan docs.  We think it makes more sense to only attach the Note as opposed to the entire Loan Agreement.  The new agreement with USAB is a work in progress, because I need a form that we can edit from the bank.

Thanks,

Will

W. Wilhelm Rabke (Will)
Williams Mullen
A Professional Corporation
200 South 10th Street



EXHIBIT

Rabke 6
8-24-23 ht

Richmond, Virginia 23219
Tel:   804.420.6395
Fax:  804.420.6507
Email:   wrabke@williamsmullen.com
www.williamsmullen.com

**CONFIDENTIALITY NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality.  If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**IRS CIRCULAR 230 DISCLOSURE:**  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Direct Dial: 804.420.6395
wrabke@williamsmullen.com

March __, 2014

FED-EX DELIVERY

Office of Insurance Regulation of the State of Florida

     Re:     University Village MLR Escrow Transfer

To Whom It May Concern:

This letter is being delivered on behalf of Westport Holdings Tampa Limited Partnership, a Delaware limited partnership (the "Provider"), which operates the University Village Retirement Community, a residential continuing care retirement community located in Hillsborough County, Florida (the "Community"). The Provider has been issued a certificate of authority from the State of Florida to provide continuing care at the Community. The Provider is required by Section 651.035, Florida Statutes (the "MLR Statute"), to establish an escrow account (the "MLR Escrow") in a Florida bank, a Florida savings and loan association, or a Florida trust company acceptable to the Office of Insurance Regulation of the State of Florida (the "Department").

Currently, the entire MLR Escrow is held by Regions Bank, pursuant to that certain Agreement for University Village Minimum Liquid Reserve Escrow dated June 22, 2004 (the "Existing MLR Agreement"). The Provider is hereby providing notice as required by the MLR Statute, that it is moving $3,000,000 (the "Transferred Amount"), representing a portion of the MLR Escrow, from Regions Bank to USAmeriBank, a Florida state banking corporation ("USAB"). This move from Regions Bank to USAB is expected to be completed on March 31, 2014. The Transferred Amount shall be held at USAB under the Westport Nursing Tampa LLC Escrow Account, identified as Account Number 500106000, pursuant to that MLR Control Agreement between the Provider and USAB, which is attached hereto as Exhibit A. The Transferred Amount is a requirement for the funding of a mortgage loan (the "Mortgage Loan") by USAB, as evidenced by the promissory note (the "USAB Note") attached hereto as Exhibit B. The USAB Note attached is not in final form, but this version is substantially final.

USAB, as a condition of the Mortgage Loan, is requiring principal, interest, fees, taxes and insurance in the amount of $3,000,000 to be escrowed at USAB for the term of said Mortgage Loan. The transfer of the Transferred Amount shall satisfy this condition, and as such, the Transferred Amount shall continue to be considered a portion of the MLR Escrow pursuant to Section 1(b) of the MLR Statute. The remainder of the MLR Escrow is remaining with Regions Bank under control of the Existing MLR Agreement.

If you have any questions about the matters describe in this letter, please call me at the number above.

Sincerely,

W. Wilhelm Rabke

24898242v1