INSTRUMENT#: 2015338832, BK: 23512 PG: 529 PGS: 529 - 532 08/31/2015 at 11:26:15 AM,   DEPUTY CLERK:MTERRELL Pat Frank,Clerk of the Circuit Court Hillsborough County

THIS IS NOT A CERTIFIED COPY

## AMENDMENT TO LOAN AGREEMENT

THIS AMENDMENT TO LOAN AGREEMENT (this "Agreement"), dated as of the 14th day of August, 2015, between WESTPORT NURSING TAMPA, L.L.C., a Florida limited liability company (the "Borrower"), BVM MANAGEMENT, INC., an Indiana non-profit corporation (the "Guarantor"), and USAMERIBANK, a Florida state banking corporation (the "Lender").

### RECITALS

A.    Borrower is indebted to Lender for a certain loan (the "Loan") in the original principal amount of $15,000,000.00 evidenced by a certain Loan Agreement between Borrower Lender dated March 31, 2014 (together with any amendments thereto, the "Loan Agreement") and the other Loan Documents (as defined in the Loan Agreement). *Capitalized terms used herein and not otherwise defined shall have the meanings given to such terms in the Loan Agreement.*

B.    In connection with the Loan, Guarantor executed that certain Guaranty Agreement dated March 31, 2014 in favor of Lender (together with any amendments thereto, the "Guaranty").

C.    Borrower, Guarantor and Lender now mutually desire to amend the Loan Agreement as hereinafter provided.

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing recitals and other good and valuable consideration, the parties agree as follows:

1.    The recitals hereto are true and correct.

2.    The Loan Agreement is hereby amended to add the following paragraph as the final paragraph of Article VI (i.e., following Section 6.2(g) thereof):

As set forth herein above, upon an Event of Default, Lender shall have exclusive rights to pursue remedies as set forth in this Loan Agreement and the other Loan Documents; provided, however, in the course of the exercise of any such remedies, the rights of the residents under a continuing care or continuing care at home contract will be honored and will not be disturbed by a foreclosure or conveyance in lieu thereof as long as the resident (a) is current in the payment of all monetary obligations required by the contract, (b) is in compliance and continues to comply with all provisions of the contract, and (c) has asserted no claim inconsistent with the rights of the Lender.

3.    Borrower and Guarantor each represents and warrants that no Event of Default currently exists.

24503324 v1

PLAINTIFF'S
EXHIBIT
56

Bk 23512 Pg 530

THIS IS NOT A
CERTIFIED COPY

4.    Except as hereby expressly modified and amended, the Loan Agreement shall remain in full force and effect, and the Loan Agreement, as so amended, is hereby ratified and affirmed in all respects.

5.    No rights of Lender with respect to the Loan Agreement or other Loan Documents (including without limitation, the Guaranty) are or will be in any manner released, destroyed, diminished, or otherwise adversely affected by this Agreement, except as expressly provided herein. Borrower and Guarantor each confirm that neither of them have any defenses or setoffs with respect to its respective obligations pursuant to any of the Loan Documents to which it is a party.

6.    This Agreement shall inure to the benefit of and be binding upon the parties hereto, and their respective successors and assigns.

7.    This Agreement may be executed in counterparts, each of which shall be an original, but all of which when taken together shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank]

24503324 v1                                    2

Bk 23512 Pg 531

4. Except as hereby expressly modified and amended, the Loan Agreement shall remain in full force and effect, and the Loan Agreement, as so amended, is hereby ratified and affirmed in all respects.

5. No rights of Lender with respect to the Loan Agreement or other Loan Documents (including without limitation, the Guaranty) are or will be in any manner released, destroyed, diminished, or otherwise adversely affected by this Agreement, except as expressly provided herein. Borrower and Guarantor each confirm that neither of them have any defenses or setoffs with respect to its respective obligations pursuant to any of the Loan Documents to which it is a party.

6. This Agreement shall inure to the benefit of and be binding upon the parties hereto, and their respective successors and assigns.

7. This Agreement may be executed in counterparts, each of which shall be an original, but all of which when taken together shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the parties have caused this Agreement to be properly executed and delivered as of the day and year first above written.

BORROWER:

WESTPORT NURSING TAMPA, L.L.C.,
a Florida limited liability company

By:    IMH HEALTHCARE, L.L.C.,
a Delaware limited liability company
Its Managing Member

By:    _____
Eli Freiden
Its Sole and Managing Member

STATE OF    Florida    )

COUNTY OF    Palm Beach,

The foregoing instrument was acknowledged before me this 14th day of August, 2015    _____
Signature of Notary Public
Nancy E. Smith

Bk 23512 Pg 532

THIS IS NOT A CERTIFIED COPY

**GUARANTOR:**

**BVM MANAGEMENT, INC.,**
an Indiana non-profit corporation

By: _____

Print Name: _____

Its: _____

STATE OF _Florida_ )

COUNTY OF _Hillsborough_ )

The foregoing instrument was acknowledged before me this _14_ day of _August_, 2015, by _John Bartle_ as the _President_ of BVM Management, Inc., an Indiana non-profit corporation. S/he is personally known to me or has produced a driver's license as identification.

_Lucette Marie Lowery_
Signature of Notary Public
Print name: _Lucette Marie Lowery_
My Commission Expires: _02/15/2018_

AFFIX NOTARY SEAL / STAMP



LUCETTE MARIE LOWERY
Notary Public - State of Florida
My Comm. Expires Feb 15, 2018
Commission # FF 076554
Bonded Through National Notary Assn.

[Signatures Continue on Following Page]

24503324 v1

4