**From:** "Price, Jay" <jprice@burr.com>
**To:** "Trey Korhn (TKorhn@usameribank.com)" <TKorhn@usameribank.com>
**Subject:** Westport Complaint
**Date:** Thu, 13 Mar 2014 15:48:34 +0000
**Importance:** Normal
**Attachments:** Complaint_for_Declaratory_Relief_and_Damages_Horizon_LP_UV_Lender_v_BVM_University_Village_&_BVM_Management_(20514056)_(1).PDF; Federal_Case_Civil_Action_Cover_Sheet_US_Dist_Ct_Middle_Dist_FL_(20514048)_(1).PDF

---

My paralegal just got me the attached complaint of Horizon in federal court. This case is still active. You can take the facts and allegations with a grain of salt, but this has more information on what they are alleging. I have not been able to review in detail.

It still comes down to whether we can get a full payoff, release, dismissal, etc. from the note holder. At this point, I have no idea other than what they are saying. I note that they did not send us this before, however.

Burr & Forman LLP Logo          Joel (Jay) A. Price, Jr. • *Partner*

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com

vCard  bio  mapit  locations  twitter  twitter

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.



PLAINTIFF'S
EXHIBIT
64

CONFIDENTIAL

VNB_072059