May 12, 2014

Desmond Wilson, Insurance Examiner II
Bureau Life and Health Financial Oversight
CCRC Section
200 East Gaines Street
Larson Building
Tallahassee FL 32399-0331

RE:     **PROVIDER: WESTPORT HOLDINGS TAMPA, L.P**
        **FACILITY: UNIVERSITY VILLAGE**
        **COMPANY NUMBER: 88104**

        MLR DEBT SERVICE RESERVE APPROVAL REQUEST AND CERTIFICATION

Dear Mr. Desmond Wilson,

We do hereby certify that account 600106000 has been established and is held

in the custody of the Florida office of the Trustee located in USAmeriBank, Florida, and has a

required balance of $3,000,616.50 as of May 12, 2014 as evidenced by the attached statement

to comply with Section 651.035(1)(o), Florida Statutes.

We further certify that the entire balance of this account will be used in accordance with

Section 4.20 of the Loan Agreement dated as of March 31, 2014 that only includes principal and

interest, and does not include taxes and insurance.

If you need any additional information, please feel free to contact John Bartle

of our office at: 317-627-0504 or jbartle@bvmmanagement.com.

Thank you for your consideration of our request.

Sincerely

_____          _____
(Provider Representative's Signature)          (Escrow Agent Representative's Signature)

__Larry Landry_____          __Trey Korhn_____
(Provider Representative's Name Printed)          (Escrow Agent Representative's Name Printed)

__CEO_____          __Vice President_____
(Provider Representative's Title Printed)          (Escrow Agent Representative's Title Printed)

__Westport Holdings Tampa, L.P._____          __USAmeriBank_____
(Provider and Facility Name)          (Financial Institution's Name)


PLAINTIFF'S EXHIBIT 87