## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>WESTPORT HOLDINGS TAMPA,<br>LIMITED PARTNERSHIP,<br>WESTPORT HOLDINGS TAMPA II,<br>LIMITED PARTNERSHIP,<br><br>    Debtors.<br>_____/ | Chapter 11<br>Case No.: 8:16-bk-08167-CED<br><br>Case No.: 8:16-bk-08168-CED<br><br>Jointly Administered Under<br>Case No. 8:16-bk-08167-CED |
| JEFFREY W. WARREN, LIQUIDATING<br>TRUSTEE FOR WESTPORT HOLDINGS<br>TAMPA, LIMITED PARTNERSHIP and<br>WESTPORT HOLDINGS II, LIMITED<br>PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY NATIONAL BANK, principal<br>subsidiary to VALLEY NATIONAL<br>BANKCORP, a New Jersey domestic profit<br>corporation, as successor by merger to<br>USAMERIBANK,<br><br>    Defendant.<br>_____/ | Adv. Pro. No.: 8:20-ap-00007-CPM |

### PLAINTIFF'S NOTICE OF DEPOSITION OF JAY PRICE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure as incorporated by Rule 9016 of the Federal Rule of Bankruptcy Procedure and Local Rule 9016-1, Plaintiff Jeffrey W. Warren, as Liquidating Trustee for Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership (the "**Liquidating Trustee**"), will take the deposition upon oral examination of Jay Price  ("**Price**") at McGlinchey Stafford

1



PLAINTIFF'S
EXHIBIT
212

PLLC, 505 20th Street North,  Suite 800, Birmingham, Alabama 35203, (205) 725-6400 on Tuesday, October 17, 2023 10:00 a.m. ET (9:00 a.m. CT) and may continue until completed.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day to day until completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition. The deposition shall be recorded stenographical before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. These services will be performed by Veritext Legal, or another officer duly authorized by law to take a deposition. This deposition is being taken for the purpose of testimony in the trial of the cause, for the purpose of discovery of evidence in the case, or for any other purpose permitted by the Federal Rules of Civil Procedure.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

October 5, 2023

/s/ *Keith T. Appleby*

Keith T. Appleby, Esq.
Florida Bar No: 0011028 Appleby Law P.A.
4916 W Melrose Ave S
Tampa, FL 33629
Telephone: (813) 435-0396 Email:
keithtappleby@icloud.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2023, he foregoing was served using the Court's CM/ECF System, which will send a notice of electronic filing to all attorneys of record in this matter, and sent this Notice of Deposition of Jay Price via email to:

J. Ellsworth Summers, Jr., Esq.
Burr Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
esummers@burr.com
*Counsel for Jay Price*

Edmund S. Whitson, III
MCGLINCHEY STAFFORD, PLLC
100 S. Ashley Drive, Ste. 600
Tampa, FL 33602
ewhitson@mcglinchey.com

and

Adina L. Pollan, Esq.
10407 Centurion Parkway N., Suite 200
Jacksonville, Florida 32256
apollan@mcglinchey.com
nreid@mcglinchey.com
*Counsel for Defendant*

/s/ *Keith T. Appleby*
Keith T. Appleby, Esq.

3