UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

www.flmb.uscourts.gov

In re:

WESTPORT HOLDINGS TAMPA,
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA II,
LIMITED PARTNERSHIP,

      Debtors.

_____/

JEFFREY W. WARREN, LIQUIDATING
TRUSTEE FOR WESTPORT HOLDINGS
TAMPA, LIMITED PARTNERSHIP and
WESTPORT HOLDINGS TAMPA II, LIMITED
PARTNERSHIP,

      Plaintiff,

v.

VALLEY NATIONAL BANK, principal
subsidiary to VALLEY NATIONAL
BANKCORP, a New Jersey domestic profit
corporation, as successor by merger to
USAMERIBANK,

      Defendant.

_____/

Case No.:  8:16-bk-08167-CED
Chapter 11

Case No.:  8:16-bk-08168-CED

Jointly Administered Under
Case No. 8:16-bk-08167-CED

Adv. Pro. No. 8:20-ap-00007-CPM

**NOTICE OF FILING OF DEPOSITION TRANSCRIPT
OF JOEL (JAY) PRICE**

Plaintiff, Jeffrey W. Warren, as the Liquidating Trustee (the "**Liquidating Trustee**") for Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership, hereby files the deposition transcript of Joel (Jay) Price, taken on October 17, 2023.

8BA7129.DOCX

November 22, 2023

/s/ *Keith T. Appleby*

Keith T. Appleby, Esq.
Florida Bar No: 0011028
Appleby Law P.A.
4916 W Melrose Ave S
Tampa, FL 33629
Telephone: (813) 435-0396
Email: keithtappleby@icloud.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2023, the foregoing was served using the Court's CM/ECF System, which will send a notice of electronic filing to all attorneys of record in this matter.

/s/ *Keith T. Appleby*

Keith T. Appleby, Esq.

8BA7129.DOCX