**Minerva Granger**

| | |
|---|---|
| **From:** | John Bartle |
| **Sent:** | Wednesday, January 12, 2022 10:59 AM |
| **To:** | Daniel Sheesley |
| **Subject:** | Fwd: 2014 and ten year plan |
| **Attachments:** | mime-attachment.jpg; Owner's Presentation 2014 Budget.ppt; mime-attachment.jpg |

Please forward this to Ed.

Warren is claiming that the Debtor was insolvent in 2014. These slides were prepared by AgeWell Senior Living, the Management Company in 2014—and certainly do NOT give an appearance of insolvency.

I plan to raise this issue next month when Ed takes my deposition.

John Bartle, Partner
AmeriCare Group
9961 Crosspoint Boulevard, Suite 300
Indianapolis, IN 46256
Direct Dial 317 288 9842



PLAINTIFF'S EXHIBIT
290

Begin forwarded message:

> **From:** John Bartle <jbartle@bvmmanagement.com>
> **Date:** April 8, 2015 at 11:47:23 PM EDT
> **To:** Stephen Turner <sturner@broadandcassel.com>, Wendy Wiener <wwiener@broadandcassel.com>, "Esq. Anna G. Small" <asmall@allendell.com>, Dane Starbuck <dstarbuck@libertyfund.org>, Eli Freiden <eli.freiden@googlemail.com>
> **Subject:** 2014 and ten year plan
> **Reply-To:** John Bartle <jbartle6081@yahoo.com>

Shortly after signing the Limited Partnership Purchase Agreement in late 2013, Lou Jackson, David Mills and I developed a ten year plan to renovate vacant units  and achieve 96% occupancy over the next few years.  The formulary for this "plan" was to continue to sell entrance fee contracts, but limit the refund

1

Bartle 000251

obligation to 40% vs the 90% that was the previous
practice.  This change, over a 5 to 7 year period would reduce
the entrance fee liability by over $24,000,000.00 ( on the
balance sheet).  Therefore, over time, new sales would generate
over 2 x the amount of dollars refunded.

   Additionally, by initiating more aggressive pricing, our
forecast was to have over 100 vacant units remodeled and
occupied by the end of 2016.  Those 100 newly occupied units
would generate additional annual revenues in excess of
$2,600,000 per year, with 70% of those dollars going to the
bottom line (30% would go to pay variable costs---since the
fixed costs are currently being met with the 400 units currently
occupied). It is simply a "scale of operations" initiative.

Simple plan---fix them up---fill them up---become more
efficient.

The market demand was there, just needed new financing
which would include new funds for capx.

If you look at this plan, then compare 2014 actual and 2015
budgeted, you will see there is a dramatic change, brought
about by BVM introducing a new "plan" in 2013, that could be
executed in the years to follow.


John Bartle, Managing Director
Americare Partners
9114 Technology Lane
Fishers, IN, 46038
Direct Dial  765 744 7672
eFax        317 863 1060
jbartle@bvmmanagement.com



On Monday, November 25, 2013 11:57 AM, Kathy Burkholder <kburkholder@universityvillage.net> wrote:


Hi John,

It was very nice meeting you too.  Here is the power point presentation that we presented to you
on Friday.  Please let me know if this is what you were looking for or if you need other
information.

Thanks,

**Kathy Burkholder**
**Director of Accounting**

2

Bartle 000252

University Village
12401 N. 22nd St.
Tampa, Fl 33612
(813) 975 – 5018

---

**From:** John Bartle [mailto:jbartle6081@yahoo.com]
**Sent:** Saturday, November 23, 2013 11:09 AM
**To:** Kathy Burkholder
**Cc:** Nancy J Robbins
**Subject:** excel document

Kathy, nice to meet you in person last week----and very nice work on the excel spreadsheets to articulate the revenues and expenses for University Village.   Can you forward my Executive Assistant, Nancy Robbins, the template for the spreadsheet?   I would like to use this for another presentation without having to start de novo.

John Bartle
AmeriCare Partners
*a BVM Management affiliate*
PO Box 501188
Indianapolis, IN 46250
317-863-1060 efax
317-627-0504 direct dial
http://bvmmanagement.com/



3

Bartle 000253




# 2014 DRAFT BUDGET




Bartle 0002



# Entrance Fee / MSF Assumptions

❖ **Project 80 closings**

   ❖ 68 Lifecare

   ❖ 12 Rental

❖ **Move Outs**

   ❖ 57 Lifecare

   ❖  2 Rental

❖ **Occupancy**

   ❖ Begin year at 70.5%

   ❖ End year at 74.8%

Bartle 00025

Case 8:20-ap-00007-CPM    Doc 499-14    Filed 11/28/23    Page 6 of 14



# Increases / Incentives

❖ **No increase in Entrance fees**

❖ **No increase for MSFs – market rate**

   ❖ **Current residents (below market rate) increase 3%**

   ❖ **Rental rates increase 3%**

❖ **Incentives**

   ❖ **40% discount off Entrance Fees**

   ❖ **15% discount off MSFs**

❖ **Entrance Fee Plan mix**

   ❖ 30% of contracts (90% refundable)

   ❖ 70% of contracts (40% refundable)

Bartle 000256



# Monthly Service Fee Credits

❖ **Free Monthly Service Fees for 4 months** (*while apt is unoccupied*)

❖ **CPI controlled contracts drop from 18% to 10%** (*55 to 33 contracts*)

Bartle 00025?



# Health Center Revenue Assumptions

❖ Lease Income projected $100k per month in 2014

❖ Future years projected at $150k per month

Bartle 000258

# Operating / Labor Assumptions

❖ **Wage increase of 3% in June 2014**

❖ **PTO buybacks 80 hrs per year, rollover max. of 360 hours**

❖ **Total FTEs are decreasing 4.3 from 2013**

❖ **Health Insurance increased 8.5%**

❖ **Pension surcharge 62.5% until 2023 (approx. $42k annually)**

Bartle 000259

## IL Ending Occupancy

Y-axis: 50%, 60%, 70%, 80%, 90%, 100%

X-axis: 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023

Data point labels: 75%, 79%, 82%, 84%, 86%, 88%, 90%, 92%, 94%, 96%

Bartle 000260



Bartle 0002C



# Net Entrance Fees

■ Entrance Fees    ■ Refunds    ■ Net Entrance Fees

*Numbers shown in millions*

Bartle 000262

# 10 Year Plan – Campus Income Statement Summary

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Budget Income Statement** | | | | | | | | | | |
| Operating Revenues | 10,623,888 | 11,834,768 | 12,924,988 | 13,618,236 | 14,598,518 | 15,398,907 | 16,324,410 | 17,110,515 | 18,074,172 | 18,961,017 |
| Operations Expense | 6,665,297 | 6,937,050 | 7,280,571 | 7,698,110 | 7,979,835 | 8,418,334 | 8,765,022 | 9,089,478 | 9,582,973 | 9,936,762 |
| Operating Margin Bef. Other Oper. E | 3,958,591 | 4,897,717 | 5,644,417 | 5,920,126 | 6,618,682 | 6,980,573 | 7,559,389 | 8,021,036 | 8,491,199 | 9,024,256 |
| Other Operating Expenses | 4,027,774 | 4,225,581 | 4,449,801 | 4,613,841 | 4,803,061 | 4,986,055 | 5,185,253 | 5,371,199 | 5,569,022 | 5,770,026 |
| Operating Margin | (69,183) | 672,136 | 1,194,616 | 1,306,285 | 1,815,622 | 1,994,518 | 2,374,135 | 2,649,837 | 2,922,177 | 3,254,229 |
| Net Entrance Fees | 2,860,319 | 4,239,464 | 3,729,824 | 3,821,832 | 5,231,822 | 6,047,917 | 7,059,715 | 7,419,603 | 7,790,261 | 8,172,012 |
| Other Revenue & Exps | 308,807 | 923,377 | 940,746 | 977,506 | 984,794 | 991,581 | 997,851 | 1,003,589 | 1,008,779 | 1,013,405 |
| Cash Coverage Numerator | 3,099,943 | 5,834,977 | 5,865,186 | 6,105,623 | 8,032,238 | 9,034,015 | 10,431,701 | 11,073,029 | 11,721,217 | 12,439,647 |
| Cash Coverage Denominator | (1,371,398) | (1,124,734) | (1,097,313) | (1,097,313) | (1,097,313) | (1,097,313) | (1,097,313) | (1,097,313) | (1,097,313) | (1,097,313) |
| Cash Coverage Ratio | 2.26 | 5.19 | 5.35 | 5.56 | 7.32 | 8.23 | 9.51 | 10.09 | 10.68 | 11.34 |
| Available Cash after Mortgage pmt | 1,728,545 | 4,710,243 | 4,767,873 | 5,008,310 | 6,934,925 | 7,936,702 | 9,334,388 | 9,975,716 | 10,623,905 | 11,342,334 |
| Other Principal payments | (99,400) | (87,400) | (75,400) | (75,400) | (78,400) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) |
| Capital Improvements | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) |
| Remodel Units | (1,266,000) | (1,282,700) | (1,241,400) | (1,137,600) | (1,166,800) | (1,175,500) | (1,204,200) | (1,232,900) | (1,261,600) | (1,290,300) |

Note - Remodeling units includes capitalizing maintenance staff (4.5 fte's) - auditor approved (Average $3k per unit)

\* Assuming a new owner bringing in cap ex of $2 - 4 mil

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Available Cash after Capitals | (136,855) | 2,840,143 | 2,951,073 | 3,295,310 | 5,189,725 | 6,251,202 | 7,620,188 | 8,232,816 | 8,852,305 | 9,542,034 |
| Accumulative cash balance | (136,855) | 2,703,289 | 5,654,362 | 8,949,673 | 14,139,397 | 20,390,600 | 28,010,788 | 36,243,604 | 45,095,908 | 54,637,942 |

Bartle 0002

