UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/28/2023 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:16-bk-08167-CED** **Chapter 11** **01/08/2020**

**ADVERSARY: 8:20-ap-00007-CPM** **Pltf Atty:** David S Jennis

**Dft Atty:** Edmund S Whitson

**DEBTOR:** Westport Holdings Tampa, Limited Partnership

**HEARING:**

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPOR v. VALLEY NATIONAL BANK, principal subsidiary to VALL

1. Motion For Summary Judgment Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Affidavit # [2] MLR Escrow Agreement # [3] Deposition Transcript of Wilhelm Rabke # [4] Deposition Transcript of Korhn # [5] Deposition Transcript of Valley # [6] Deposition Transcript of Burkholder # [7] Deposition Transcript of C. Struk # [8] Expert Report - Stan Murphy # [9] Article # [10] Bartle Complaint and Notice of Voluntary Dismissal w/Prejudice # [11] Expert Rebuttal Report- Stan Murphy # [12] Deposition Transcript of Unterholzner # [13] Affidavit # [14] Initial Order of Suspension # [15] Recommended Order # [16] Declaration # [17] Litigation Funding Agreement # [18] CPIF Loan Closing Statement) (Whitson, Edmund) Doc #421
... - Response in Opposition to Defendant's Motion for Summary Judgment Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[421]). (Appleby, Keith) Doc #488
... - Amended Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 421) Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s) [521], [488]). (Appleby, Keith) Doc #489
... - Supplement to Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[489]). (Appleby, Keith) Doc #491
2. Continued Hearing on Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344
... - Opposition to Plaintiff's Motions to Exclude Opinions of Louis E.Robichaux and Stanley A. Murphy Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2 # [3] Exhibit 3) (Related document(s) [343], [344]). (Whitson, Edmund). Doc #403
... - Supplemental Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Stanley A. Murphy (Doc.344) Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[344]). (Whitson, Edmund) Doc #495
3. Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402
... - Response in Opposition to Defendant's Motion to Exclude Testimony and Expert Reports of Oscher Consulting, PLLC Filed by

Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[402]). (Appleby, Keith) Doc #490
------------
NOTE:
------------
- Emergency Motion to Extend Time Regarding Daubert Deadline as to Plaintiff's Expert Witnesses Meredith Benedict and Keith Seeloff Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) . Doc #469
- Motion for Remote Zoom Trial Testimony Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #485
- Motion to Strike Plaintiff's Notices of Filing and Exhibits Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[446], [471], [481], [455], [447], [436], [479], [457], [463], [456], [450], [443], [478], [434], [482], [484], [452], [480], [476], [435], [445], [453], [473], [449], [483], [444], [486], [448], [441], [442], [451], [439], [440], [467], [458], [438], [472], [475], [437], [465], [477], [454], [468]). (Whitson, Edmund) Doc #487
- Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment and related untimely filings Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[491], [489], [488]). (Whitson, Edmund) Doc #494
... - Response in Opposition to Motion to Strike Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[494]). (Appleby, Keith) Doc #496

**APPEARANCES:**:
AAPPEARANCES: via zoom: Adina Pollan, Colin Dean, Kimberly Israel, Charles Stoecker AAPPEARANCES: in person: Keith Appleby, Jeffrey Warren, Edmund Whitson, Stan Murphy

**RULING:**
1. Motion For Summary Judgment Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Affidavit # [2] MLR Escrow Agreement # [3] Deposition Transcript of Wilhelm Rabke # [4] Deposition Transcript of Korhn # [5] Deposition Transcript of Valley # [6] Deposition Transcript of Burkholder # [7] Deposition Transcript of C. Struk # [8] Expert Report - Stan Murphy # [9] Article # [10] Bartle Complaint and Notice of Voluntary Dismissal w/Prejudice # [11] Expert Rebuttal Report- Stan Murphy # [12] Deposition Transcript of Unterholzner # [13] Affidavit # [14] Initial Order of Suspension # [15] Recommended Order # [16] Declaration # [17] Litigation Funding Agreement # [18] CPIF Loan Closing Statement) (Whitson, Edmund) Doc #421

...Denied regarding Trustee's intended disposition of assets (standing), Litigation Funder issue (MSJ entered in favor of Trustee on those issues) MSJ Denied regarding advise of counsel and expert opinions, ruling deferred on in pari delicto and aiding & abetting. Trustee to supplement response regarding aiding & abetting on 12/1/2023, VNB to reply on aiding & abetting on 12/5/2023, parties to bring case law on in pari delicto on 12/7/2023 - Order by Chambers...

... - Response in Opposition to Defendant's Motion for Summary Judgment Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[421]). (Appleby, Keith) Doc #488

... - Amended Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 421) Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s) [521], [488]). (Appleby, Keith) Doc #489

... - Supplement to Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[489]). (Appleby, Keith) Doc #491

2. Continued Hearing on Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344

...Continued in open court to 12/7/2023 at 1:30 p.m. - no further notice will be given...

... - Opposition to Plaintiff's Motions to Exclude Opinions of Louis E.Robichaux and Stanley A. Murphy Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2 # [3] Exhibit 3) (Related document(s) [343], [344]). (Whitson, Edmund). Doc #403

... - Supplemental Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Stanley A. Murphy (Doc.344) Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[344]). (Whitson, Edmund) Doc #495

3. Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402

...Continued in open court to 12/7/2023 at 1:30 p.m. - no further notice will be given...

... - Response in Opposition to Defendant's Motion to Exclude Testimony and Expert Reports of Oscher Consulting, PLLC Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[402]). (Appleby, Keith) Doc #490

------------
NOTE:
------------

- Emergency Motion to Extend Time Regarding Daubert Deadline as to Plaintiff's Expert Witnesses Meredith Benedict and Keith Seeloff Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) . Doc #469

...Court to set 12/7/2023 at 1:30 p.m...

- Motion for Remote Zoom Trial Testimony Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #485

...Court to set 12/7/2023 at 1:30 p.m...

- Motion to Strike Plaintiff's Notices of Filing and Exhibits Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[446], [471], [481], [455], [447], [436], [479], [457], [463], [456], [450], [443], [478], [434], [482], [484], [452], [480], [476], [435], [445], [453], [473], [449], [483], [444], [486], [448], [441], [442], [451], [439], [440], [467], [458], [438], [472], [475], [437], [465], [477], [454], [468]). (Whitson, Edmund) Doc #487

...Denied - Order by Whitson...

- Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment and related untimely filings Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[491], [489], [488]). (Whitson, Edmund) Doc #494

... Denied - Order by Whitson...

... - Response in Opposition to Motion to Strike Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[494]). (Appleby, Keith) Doc #496

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.