



AGRICULTURE COMMISSION

## OFFICE OF INSURANCE REGULATION

KEVIN M. MCCARTY
COMMISSIONER

April 18, 2014

Kathleen Burkholder
University Village
12401 North 22nd Street
Tampa, FL 33612

RE:    Request for Corrective Action Plan
       University Village – 88171

Dear Ms. Burkholder:

This letter is a request pursuant to Section 651.114(7), Florida Statues, for Westport Holdings Tampa, L.P. d/b/a University Village, to prepare a formal Corrective Action Plan ("CAP"). The plan should be submitted to the Office for approval by May 18, 2014. The need for a CAP is, in part, based upon the following:

- The purchase of the limited partners' ownership interest in Westport Holdings Tampa L.P. by BVM

- The prolonged uncertainty regarding the ownership of the facility

- A steady increase in the Refunds Payable account that is over $1.7 million as of February 28, 2014

- Delayed capital improvements to the CCRC's campus including the nursing center.

The CAP should include, but is not limited to, the following items:

- A detailed discussion on the transaction

- A detailed discussion on the operations and intentions of the provider under the new ownership and the direction of the limited partnership

- A plan to improve the provider's current financial position and assure its future as a going concern

· · ·

DESMOND WILSON • INSURANCE EXAMINER II • LIFE & HEALTH FINANCIAL OVERSIGHT/CCRC SECTION
200 EAST GAINES STREET • TALLAHASSEE, FLORIDA  32399-0327 • (850) 413-2483 • FAX (850) 488-7061
website: www.floir.com • Email: Desmond.Wilson@floir.com

Bartle 000178



PLAINTIFF'S EXHIBIT
16

- Discuss in detail how the provider plans to address the necessary capital improvements/refurbishments for the CCRC's campus including the nursing center

- Provide a current Financial Feasibility Study

- Provide a plan to reduce University Village's refund liability and to pay future refunds in a timely fashion

- Provide a plan to ensure timely payments of long-term debts

- Provide updated disclosure statements

- Provide updated organizational charts

Please submit documentation that Westport Holdings Tampa, L.P.'s General Partner has reviewed and approved the CAP, and the name of the person responsible for implementing and monitoring compliance with the CAP. Enclosed is a copy of a sample CAP for your review.

If you have any questions or concerns, please contact me at (850) 413-2483.

Sincerely,

Desmond Wilson

CC:    Larry Landry

Bartle 000179