**From:** Trey Korhn <TKorhn@usameribank.com>
**To:** "Price, Jay" <jprice@burr.com>
**Subject:** RE: Westport MLR OIR Notice Letter
**Date:** Thu, 27 Mar 2014 17:15:07 +0000
**Importance:** Normal

---

Okay, I just want to be sure they have absolutely no write to sniff it other than to look at the balance on paper.  Thanks.

Trey

**From:** Price, Jay [mailto:jprice@burr.com]
**Sent:** Thursday, March 27, 2014 1:10 PM
**To:** Trey Korhn; Rabke, W. Wilhelm
**Cc:** Kevin L. Angelis
**Subject:** RE: Westport MLR OIR Notice Letter

I think I've cleared this up with Will and I don't think we need a separate DACA agreement that is unlocked.  I think we can fix this in the current assignment of pledge account.  The account will be subject to potential reporting (as far as confirming the liquidity required by state statute), but under statute it can be used as a cash collateral account and it is not an account that the state has any interest in.

**From:** Trey Korhn [mailto:TKorhn@usameribank.com]
**Sent:** Thursday, March 27, 2014 12:07 PM
**To:** Price, Jay; Rabke, W. Wilhelm
**Cc:** Kevin L. Angelis
**Subject:** RE: Westport MLR OIR Notice Letter

Yes, we definitely need to have separation between these two accounts.  My understanding is the same that the MLR account is for the funds over and above the $3,000M in cash collateral and held in a separate account for which this separate agreement will apply.

Will, I'm trying to locate an unlocked version of the DACA internally and will send it if successful.  Thanks.

Trey

**From:** Price, Jay [mailto:jprice@burr.com]
**Sent:** Thursday, March 27, 2014 12:31 PM
**To:** Rabke, W. Wilhelm; Trey Korhn
**Cc:** Kevin L. Angelis
**Subject:** RE: Westport MLR OIR Notice Letter
**Importance:** High

I want to make sure we are on the same page.  I thought this MLR account had something to do with funds other than the $3,000,000 that was being pledged by the borrower to the bank as cash collateral.  As currently set up, based on prior conversations, I have the bank funding $15,000,000, but $3,000,000 coming into the cash collateral account.  The cash collateral account is to be a separate account in which only the bank has rights.  I want to make sure this is not some joint account where the State has certain special requirements or any interest therein.  It was my understanding that we were talking about using this MLR account for amounts above and beyond the $3,000,000, but this states that it applies only to the $3,000,000 with the remainder still being held at Regions.  We need to discuss this in the call.  I need to make sure the bank understands.  The last emails talked about assuming the bank would want accounts above and beyond the cash collateral account and that is what the MLR issue related to.



EXHIBIT
PENGAD 800-631-6989
Plff 52
gv 11/7/23
Laundry

PLAINTIFF'S
EXHIBIT
tabbies
52

CONFIDENTIAL

VNB_070972

Burr & Forman LLP Logo

**Joel (Jay) A. Price, Jr. •** *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203
direct 205-458-5147 • fax 205-244-5699 • main 205-251-3000
jprice@burr.com • www.burr.com

vCard  bio  mapit  locations  twitter  twitter

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice – Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

**From:** Rabke, W. Wilhelm [mailto:wrabke@williamsmullen.com]
**Sent:** Thursday, March 27, 2014 11:23 AM
**To:** 'Trey Korhn' (TKorhn@usameribank.com); Price, Jay
**Cc:** Kevin L. Angelis
**Subject:** FW: Westport MLR OIR Notice Letter

Jay and Trey,

Attached is the first draft on the MLR Notice Letter. Jay, Trey and Kevin have discussed this.

I need an unlocked version of the account agreement, so I can add required language.

Thanks,

Will



**Will Rabke**
**Williams Mullen**

**804.420.6395**



**From:** Rabke, W. Wilhelm
**Sent:** Thursday, March 27, 2014 12:20 PM
**To:** philip.notopoulos@hklaw.com; John Bartle (jbartle6081@yahoo.com); Dane Starbuck; Kevin L. Angelis
**Cc:** Hungate-Noland, Beth
**Subject:** Westport MLR OIR Notice Letter

All,

I am circulating this notice letter to all parties simultaneously, so please pass along questions. Separately I will forward it to Ameribank's counsel for their review.

VNB_070973

Let me know any comments.  The Note will be pulled out of the loan docs.  We think it makes more sense to only attach the Note as opposed to the entire Loan Agreement.  The new agreement with USAB is a work in progress, because I need a form that we can edit from the bank.

Thanks,

Will

W. Wilhelm Rabke (Will)
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, Virginia 23219
Tel:  804.420.6395
Fax: 804.420.6507
Email:  wrabke@williamsmullen.com
www.williamsmullen.com

**CONFIDENTIALITY NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality.  If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**IRS CIRCULAR 230 DISCLOSURE:**  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**NOTICE:** Pursuant to the Electronic Communications Privacy Act, 18 18 U.S.C. §§ 2510-2522, the contents of this e-mail and the attachments hereto (if any) are confidential, privileged, and/or otherwise exempt from disclosure and are intended only for disclosure to and use by the intended recipient of this message. If you are not the intended recipient of this message, the receipt of this message is not intended to and does not waive any applicable confidentiality or privilege and you are hereby notified that any dissemination, distribution, printing, or copying of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify us by telephone or e-mail and delete this e-mail from your system. Further, e-mail transmissions are not guaranteed to be secure or error-free because information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. WE THEREFORE EXPRESSLY DISCLAIM ANY REPRESENTATION OR WARRANTY REGARDING THE SAFETY AND INTEGRITY OF THIS E-MAIL AND FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS E-MAIL THAT ARISE AS A RESULT OF THIS TRANSMISSION OR ANY SUBSEQUENT RE-TRANSMISSION

-----

This message has been scanned for viruses and content by McAfee.

This message has been scanned for viruses and content by McAfee.

CONFIDENTIAL