## LOAN CLOSING STATEMENT

| | |
|---|---|
| **Borrower:** | **Westport Nursing Tampa, L.L.C.** |
| **Lender:** | **USAmeriBank** |
| **Closing Date:** | **March 31, 2014** |
| **Funding Date:** | **March 31, 2014** |
| **Loan Amount:** | **$15,000,000.00** |
| **Project:** | **Westport Nursing Tampa, a 110-bed assisted living and 120-bed skilled nursing facility located at 12250 N. 22nd Street, Tampa, Hillsborough County, Florida** |

| | |
|---|---|
| **TOTAL LOAN AMOUNT:** | **$15,000,000.00** |
| **TOTAL BORROWER EQUITY DEPOSIT AT CLOSING:** | **$3,000,000.00** |
| **TOTAL FUNDS AVAILABLE FOR CLOSING:** | **$18,000,000.00** |

**LESS CLOSING EXPENSES & DISBURSEMENTS:**

1. **USAMERIBANK**

| | | | |
|---|---|---|---|
| (a) | Commitment Fee | $150,000.00 | |
| (b) | Appraisal Cost | $7,500.00 | |
| (c) | Appraisal Review Fee | $352.00 | |
| (d) | Environmental Report and Review Fee | $1,300.00 | |
| (e) | Flood Certificate | $50.00 | |
| (f) | Tax Service Fees | $1,515.00 | |
| (g) | LESS Commitment Deposit | ($50,000.00) | |
| | | | **$110,717.00** |

2. **USAMERIBANK**
   Cash Collateral Deposit by Borrower   **$3,000,000.00**





Loan Closing Statement

CONFIDENTIAL

VNB_071904

3. **GARY DYTRYCH & RYAN P.A.**, as agent for Old Republic
National Title Insurance Company (the "Title Agent")

| | | |
|---|---|---:|
| (a) | Title Insurance Premium (Owner) | $39,105.00 |
| (b) | Title Insurance Premium (Simultaneous Loan Policy) | $25.00 |
| (c) | Florida Form 9 Endorsement | $3,913.00 |
| (d) | ALTA 8.1 Environmental Lien Endorsement | $25.00 |
| (e) | Same as Survey Endorsement | $100.00 |
| (f) | Title Search Fees | $275.00 |
| (g) | Settlement Fee/Local Counsel Opinion Letter | $5,000.00 |
| (h) | Documentary Stamp Taxes | $52,500.00 |
| (i) | Florida Intangible Taxes | $30,000.00 |
| (j) | Unpaid Taxes 2013 -- Folio # 36274-0682 | $664.21 |
| (k) | Unpaid Taxes 2013 -- Folio # 36087-0000 | $2,743.16 |
| (l) | Unpaid Taxes 2013 -- Folio # 36088-0000 | $29.53 |
| (m) | Unpaid Taxes 2013 -- Folio # 36089-0000 | $119.05 |
| (n) | Recording Satisfaction of Existing Mortgage | $45.50 |
| (o) | Recording UCC-3 Assignments (4) | $40.00 |
| (p) | Recording UCC-3 Terminations (4) | $40.00 |
| (q) | Recording Affidavit of Borrower | $27.00 |
| (r) | Discharge of Lis Pendens and Notice Voluntary Dismissal | $35.50 |
| (s) | Recording SNDA | $112.00 |
| (t) | Est. Termination of Prior Management Agreements / Misc. | $300.00 |
| (u) | UCC-3 Assignments (State Level) | $24.00 |
| (v) | Recording Mortgage | $231.00 |
| (w) | Recording Assignment of Rents | $95.00 |
| (x) | Recording Fixture Filing | $61.00 |
| (y) | Record Statement of Authority | $19.10 |
| (z) | File Statement of Authority | $30.06 |
| | | **$135,559.11** |

4. **BURR & FORMAN LLP**

| | | |
|---|---|---:|
| (a) | Legal Fees and Expenses | $44,800.00 |
| (b) | Est. UCC/Litigation/Bankruptcy Searches/Corp. Certs. | $150.00 |
| (c) | State Financing Statement Filing | $53.00 |
| (d) | Estimated Miscellaneous Expenses/Deliveries | $325.00 |
| (e) | Estimated Post-Closing Work/Transcripts | $1,250.00 |
| | | **$46,578.00** |

5. **GEMSA LOAN SERVICES, LP**
Payoff of Existing A Note (through April 2, 2014)*

**$6,400,655.00**

6. **GEMSA LOAN SERVICES, LP**
Payoff of Existing B Note (through April 2, 2014)

**$8,056,025.13**

CONFIDENTIAL

VNB_071905

| | | |
|---|---|---|
| 7. | **HORIZON LP UV LENDER, LLC**<br>Payoff of Existing Note (through April 2, 2014) | **$100,465.76** |
| 8. | **SELLER**<br>Purchase Price for Borrower Membership Interests | **POC** |
| 9. | **GREEN CIRCLE CAPITAL GROUP BROKER'S FEE**<br>Broker's Fee (File No. 367819) | **$150,000.00** |

| | |
|---|---|
| **TOTAL CLOSING EXPENSES & DISBURSEMENTS:** | **$18,000,000.00** |
| **AMOUNT PAID WITH BORROWER CLOSING DEPOSIT:** | **$3,000,000.00** |
| **AMOUNT PAID WITH LOAN PROCEEDS AT CLOSING:** | **$15,000,000.00** |

\* The payoff amount shown in Disbursment Item 5 represents a portion of the total payoff amount for the Existing A Note referenced. The balance of the payoff amount is shown on the CPIF (as hereinafter defined) loan closing statement. The combined amounts off both closing statements will result in a full satisfaction of the Existing A Note at closing.

**CLOSING DISBURSEMENTS TO BE MADE AS FOLLOWS:**

1. Borrower shall deposit an amount equal to the Total Borrower Equity Deposit at Closing ($3,000,000.00) with the Title Agent prior to closing. Such funds shall be delivered to the Title Agent pursuant to wire instructions provided to Borrower by Title Agent and shall be in addition to those separate funds required by Borrower in connection with its closing with CPIF Lending, LLC ("CPIF"). At closing (subject to the terms of Burr & Forman LLP's closing instruction letter to Title Agent), Title Agent is authorized to release an amount of Disbursement Item 2 ($3,000,000.00) in payment of such Disbursement Item (which shall be delivered to USAmeriBank in accordance with the attached wire instructions). In the event closing does not occur, Title Agent shall promptly return the Total Borrower Equity Deposit at Closing to Borrower. Borrower's deposit represents Borrower's deposit of funds required for the Loan closing. Borrower is required to deliver additional separate funds in connection with the CPIF closing.

2. An amount equal to Item No. 1 above ($110,717.00) shall be advanced from Loan proceeds and credited internally by Lender for all disbursements listed in Item No. 1.

3. An amount equal to Item Nos. 3 through 9 ($14,889,283.00) shall be advanced from Loan proceeds by Lender and shall be sent by wire transfer to the Title Agent as follows:

| | |
|---|---|
| Bank: | 1st United Bank |
| Bank Address: | 1700 Palm Beach Lakes Blvd., Suite 1000 |
| | West Palm Beach, FL 33401 |

Loan Closing Statement

CONFIDENTIAL

| | |
|---|---|
| ABA No.: | 067014987 |
| Account No. | 1001022266 |
| Account Party: | Gary Dytrych & Ryan P. A. Special Real Estate IOTA Trust Account |
| Account Party Address: | 701 US Highway One, Suite 402 |
| | North Palm Beach, FL 33408 |
| Reference: | Westport Nursing Tampa |
| Contact: | May Tucholski, Controller - (561) 844-3700 |

Title Agent shall act as the escrow agent for closing. Further disbursements of the Loan proceeds delivered to Title Agent and Borrower's Equity Deposit at closing shall be subject to the terms and conditions of Burr & Forman LLP's closing instruction letter addressed to Title Agent, and disbursements shall be made in accordance with the payment instructions provided by each payee for each such Item.

4. This Closing Statement is a summary of matters handled at closing and shall not act as a waiver or modification of any of the provisions of the Loan Documents (as defined in the Loan Agreement) and in the event of conflict between this Closing Statement and the Loan Documents, the Loan Documents shall prevail. Costs and expenses for which Borrower is responsible under the Loan Documents executed by Borrower in connection with the Loan and not reflected on this Closing Statement will be paid outside of closing.

[Remainder of Page Intentionally Left Blank]

20414552v1

Loan Closing Statement

CONFIDENTIAL

VNB_071907

**AGREED AND APPROVED**, this 31st day of March, 2014.

**BORROWER:**

**WESTPORT NURSING TAMPA, L.L.C.,**
a Florida limited liability company

By:  BHMSUNI, LLC,
     Its Managing Member

          By:  BHMS Investments, LP,
               Its Managing Member

               By: _____
                   Kevin L. Angelis
                   Its Managing Parter

**LENDER:**

**USAMERIBANK,**
a Florida state banking corporation

By: _____
        Trey Korhn
        Its Vice President

20414552v1

Loan Closing Statement

CONFIDENTIAL

VNB_071908

**AGREED AND APPROVED**, this 31st day of March, 2014.

BORROWER:

**WESTPORT NURSING TAMPA, L.L.C.,**
a Florida limited liability company

By:  BHMSUNI, LLC,
Its Managing Member

By:  BHMS Investments, LP,
Its Managing Member

By:  _____
Kevin L. Angelis
Its Managing Parter

LENDER:

**USAMERIBANK,**
a Florida state banking corporation

By:  _____
Trey Korhn
Its Vice President

20414552v1

Loan Closing Statement

CONFIDENTIAL

VNB_071909

**USAmeriBank Wire Instructions for Cash Collateral**

| | |
|---|---|
| Bank: | USAmeriBank<br>1125 East Bay Drive<br>Largo, FL 33770 |
| ABA Routing: | 63116177 |
| Account Name: | Westport Nursing Tampa, LLC Escrow Account |
| Account No.: | 500106000 |
| Notify: | Shari Smith at x4713 |

**Burr & Forman LLP Wire Instructions**
Tax I.D. # 63-0322727

| | |
|---|---|
| Account Name: | Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203 |
| Bank Name: | Wells Fargo Bank, N.A.<br>420 North 20th Street<br>Birmingham, Alabama 35203 |
| Routing Transit Number: | 121000248 |
| Account Number: | 2000686788359 |
| Contact: | Julie McAnnally<br>205-458-5390 |
| Reference | 19200/37 (JAP) |

20414552v1

Loan Closing Statement

CONFIDENTIAL

VNB_071910

**Green Circle Capital Group Wire Instructions**

Bank:                                          Citibank, N.A.
                                               7400 West Camino Road, Suite 130
                                               Boca Raton, Florida 33433

ABA Routing:                                   266086554

Account Name:                                  Green Circle Capital Group, LLC

Account Number:                                9116021512

Reference:                                     File Number 367819
                                               University Village

20414552v1                                                      Loan Closing Statement

CONFIDENTIAL                                                    VNB_071911