Message

| | |
|---|---|
| From: | Kathy Burkholder [kburkholder@universityvillage.net] |
| Sent: | 5/14/2014 3:50:53 PM |
| To: | Wilson, Desmond [Desmond.Wilson@floir.com] |
| CC: | jbartle6081@yahoo.com; Lou Jackson (eagleoneslj@aol.com) [eagleoneslj@aol.com]; kevin.angelis@bhmsinvestments.com; Larry Landry (llandry@westportadvisors.com) [llandry@westportadvisors.com]; David Mills (david@agewellslm.com) [david@agewellslm.com]; tparker@universityvillage.net |
| Subject: | RE: University Village Escrow Agreement |
| Attachments: | MLR Debt Service Certificate Form.pdf |

Good afternoon Desmond,

Please see the attached for the Provider's Debt Service Certification.  Please let me know if you have any questions.

Thank you,

**Kathy Burkholder**
**Director of Accounting**
**University Village**
12401 N. 22nd St.
Tampa, Fl 33612
(813) 975 – 5018



**From:** Wilson, Desmond [mailto:Desmond.Wilson@floir.com]
**Sent:** Monday, May 12, 2014 10:42 AM
**To:** 'Kathy Burkholder'
**Subject:** FW: University Village Escrow Agreement

Good morning Kathy,

Is this escrow agreement due to the mortgage loan? If so, the attached document must be filled out and submitted to the Office. This will allow us to verify that the amount is in the bank and the MLR will not be underfunded. In addition, the 2012 MLR must be amended to include this new debt. The changes will need to be made to Schedule 4, 7 and 9. The attached document and schedule 7 must match. Please have the "Debt Service Reserve Certification" filled out, signed, and submitted to us by the end of this week.

Thank you,
Desmond



**From:** Wilson, Desmond
**Sent:** Friday, April 11, 2014 4:22 PM
**To:** 'Larry Landry'
**Subject:** University Village Escrow Agreement

Good Afternoon Larry,

In order for the agreement to comply with Chapter 651 of the Florida Statutes, it must contain the following:

### Florida Statute (F.S.) 651.033(1)(a)
- States that its purpose is to protect residents and prospective residents.
- States that upon presentation of evidence of compliance with applicable portions of Chapter 651, or upon order of a court of competent jurisdiction, Escrow Agent (E.A.) will pay over funds, portion of funds, with any interest, to the provider or resident as directed.

### F.S. 651.033(1)(c) & Rule 69O-193.023(1) Florida Administrative Code (F.A.C.)
- E.A. subject to Office approval

### F.S. 651.033(1)(d)
- States that all funds in escrow account not subject to liens, charges by E.A., judgments, garnishments, or creditor's claims. If escrow account is a debt service reserve than it may be encumbered as provided by § 651.035(1).
- States that all funds deposited in the escrow account, if invested, shall be invested as set forth in part II of chapter 625, and that such investment shall not diminish the funds held in escrow below the amount required by chapter 651.

### F.S. 651.033(1)(e)
- States that at the request of provider or Office, E.A. will issue statement of indicating status of account.

### Rule 69O-193.023(3) F.A.C.
- Must contain physical location of account(s).
- Must contain statement citing specific provision of Chapter 651 for which agreement drawn and account established.
- Must contain statement that provider and E.A. will notify Office at least 10 days prior to any change in terms of agreement, account numbers, or location of account.

### F.S. 651.033(2)
- E.A. and the provider will notify the Office in writing, 10 days before withdrawal of any MLR funds required to be escrowed under the provisions of 651.035, F.S.
- In emergency, provider may petition Office to waive 10 day notification requirement for up to 10% of required reserve.
- Office has 3 working days to deny petition, or else deemed granted.

### F.S. 651.035.(8)(b)
- Does the agreement provide that if the provider fails to make a required monthly payment, the provider must notify the Office within 5 days after the due date of the payment?

**F.S. Statute 651.033(5)(a)**
- Requires that E.A. furnish provider with quarterly statement indicating deposits, disbursements, and account condition during period.
- Requires that statement be furnished to provider on or before 10th day following end of quarter.
- E.A. subject to fine by Office of up to $25 per day of non-compliance.

**F.S. Statute 651.033(5)(b)**
- Provider will notify E.A. by certified/return receipt mail by 15th day, if statement not received by 10th day.

**F.S. 651.033(5)(c)**
- Provider will file with OIR a copy of escrow statement, or copy of letter to E.A., on or before 20th day.

**F.S. 651.033(5)(d)**
- Provider subject to fine up to $25 per day of non-compliance.

Thank you,

Desmond Wilson
Insurance Examiner II, Life and Health Financial Oversight
Florida Office of Insurance Regulation
Phone: (850) 413-2483
Fax: (850) 488-7061
desmond.wilson@floir.com
200 East Gaines Street
3rd Floor, Larson Building
Tallahassee, FL 32399-0327

May 12, 2014

Desmond Wilson, Insurance Examiner II
Bureau Life and Health Financial Oversight
CCRC Section
200 East Gaines Street
Larson Building
Tallahassee, FL 32399-0331

RE:     PROVIDER: WESTPORT HOLDINGS TAMPA, LP
        FACILITY: UNIVERSITY VILLAGE
        COMPANY NUMBER: 88104

        MLR DEBT SERVICE RESERVE APPROVAL REQUEST AND CERTIFICATION

Dear Mr. Desmond Wilson

We do hereby certify that account 500106000 has been established and is held in the custody of the Florida office of the Trustee located in USAmeriBank, Florida, and has a required balance of $3,000,616.50 as of May 12, 2014, as evidenced by the attached statement to comply with Section 651.035(1)(o), Florida Statutes.

We further certify that the entire balance of this account will be used in accordance with Section 4.20 of the Loan Agreement dated as of March 31, 2014 that only includes principal and interest, and does not include taxes and insurance.

If you need any additional information, please feel free to contact John Bartle of our office at 317-627-0504 or jbartle@bvmmanagement.com.

Thank you for your consideration of our request.

Sincerely,

_____
(Provider Representative's Signature)

Larry Landry
(Provider Representative's Name Printed)

CEO
(Provider Representative's Title Printed)

Westport Holdings Tampa, L.P.
(Provider and Facility Name)

_____
(Escrow Agent Representative's Signature)

Trey Korhn
(Escrow Agent Representative's Name Printed)

Vice President
(Escrow Agent Representative's Title Printed)

USAmeriBank
(Financial Institution's Name)