# Affidavit

April 14, 2015

My name is Kathleen Burkholder, Chief Financial Officer for Westport Holdings Tampa, LP.  This morning Eli Freiden, General Partner of Westport Holdings Tampa, LP and John Bartle came to me and requested that I recalculate the Minimum Liquid Reserve (MLR) to exclude the operations and debt of Westport Nursing Tampa, LLC from the MLR calculation.  They also told me to include the $3 million reserve in US Ameribank under Westport Nursing Tampa, LLC's name as part of the MLR funds that are held in escrow and submit the amended report to the FLOIR today.

I told John and Eli that the funds in US Ameribank could not be used towards the MLR unless the funds were in Westport Holdings Tampa, LP's name.  John Bartle said the funds would be moved into Westport Holdings Tampa, LP's name later this month.  John then instructed to me to include the amount at US Ameribank on the MLR Calculation report just like it was on the previous calculation report.  I told him if we do not combine Westport Holdings Tampa, LP and Westport Nursing Tampa, LLC, then we can not include the funds held at US Ameribank under Westport Nursing Tampa, LLC's name. John disagreed and told me to include the $3 million on the MLR Calculation report.

The correct MLR calculation report is attached and the report was submitted to Eli Freiden for his review before filing an amended report.

Kathleen Burkholder
Chief Financial Officer
Westport Holdings Tampa, LP

State of Florida
County of Hillsborough





PLAINTIFF'S
EXHIBIT
168