## LIMITED PARTNERSHIP PURCHASE AGREEMENT

This Limited Partnership Purchase Agreement (LPPA) is entered into on this _____ day of September, 2013 by and between BVM Management/Westport Holdings, L.P., a Florida Limited Partnership (BVM Westport) as Purchaser, Westport Senior Living Investment Fund (WSLIF) as Seller.

WHEREAS BVM Westport proposes to purchase the 99% interest in WSLIF, which owns the 99% interest in Westport Holdings Tampa, L.P. (WHT) and Westport Holdings Tampa II, L.P. (WHTII).

WHEREAS existing Limited Partnership Agreements exist for both limited partnerships, more specifically shown on Attachment I.

WHEREAS both partnerships, shown on Attachment I, are existing Delaware limited partnerships conducting business lawfully in the state of Florida.

NOW THEREFORE in consideration of funds delivered and other good and valuable consideration, the Parties agree hereto as follows:

1. The Purchase Price for the 99% limited partnership interest in WHT and WHTII is two million five hundred thousand dollars ($2,500,000), payable as follows:

    a)      One million dollars ($1,000,000) to be paid at the Closing (as defined in Section 2 below) , then

    b)      One million five hundred thousand dollars ($1,500,000) to be paid (minus the Earnest Money deposit) at the time of the permanent loan placement. In the event HJ Simms & Company provides bridge and permanent loan financing, the entire two million five hundred thousand dollars ($2,500,000) shall be paid at closing.

    On or before October 4, 2013, provided Purchaser has received evidence of an executed loan extension agreement by and between Westport and its mortgagee, which agreement shall extend the loan terms to December 15, 2013 BVM Westport shall tender two hundred fifty thousand dollars ($250,000) to an account designated by the General Partner of the Seller, as a non-refundable Earnest Money    deposit to be applied to the Purchase Price at closing. Additionally, Purchaser    shall make an additional two hundred fifty thousand dollars ($250,000) non-refundable deposit on or before November 1, 2013, assuming loan extensions terms have been executed as  set forth above. This additional earnest money deposit shall also be applied       to the Purchase Price with the unpaid balance to be payable at closing.

2. Closing shall occur on the first day of the first month following the approval of the Agency for Health Care Administration (AHCA), provided, however, that if

#25904812_v3

rev 8/7/13

**EXHIBIT**

Pltf 234

gv 11/7/23

PENGAD 800-631-6989

Landry

**PLAINTIFF'S EXHIBIT**
234

the Closing is not on December 1, 2013, the Closing shall take place no later than December 15, 2013. Upon the Closing, Purchaser shall payoff and discharge the existing mortgage indebtedness on University Village. Purchaser shall file its application with ACHA no later than October 4, 2013 and diligently prosecute said application.

BVM Westport acknowledges that the nursing facility is operating under a designation of "shelter care beds", which carries a specific designation under the Florida 651 statute governing Continuing Care Retirement Communities (CCRCs). BVM Westport has undertaken all sufficient due diligence with its investment banking firm, HJ Simms & Company, and has determined that the shelter care   beds designation would not impair the ability of HJ Simms & Company to provide the necessary financing for the acquisition of the limited partnership interests as well as the retirement of the  mortgage indebtedness.

3. The General Partner acknowledges that the attached Limited Partnership Agreements are in full force and effect and there has been no further modification to those Agreements as of February 4, 2013, with the exception of certain Amendments to the Limited Partnership Agreements, previously disclosed.

4. Subsequent to the payment of the existing mortgage indebtedness, and as a condition of the Purchase Price set forth in Paragraph 1, the General Partners for both WHT and WHTII hereby consent to a modification of the Limited Partnership Agreements set forth in Article 10 of both Limited Partnership Agreements.  The modified language shall read, in Section 10.02, 10.02(a), "Except as otherwise provided in Section 10.01, this Agreement may be amended from time to time only with the consent of the Majority-in-Interest of the Partners", provided no such amendment shall be in contravention of the Delaware Limited Partnership Act or in any matter increase the liability of the General Partners..

5. Except for the modification, as set forth above dealing with Article 10, and future amendments to the Limited Partnership Agreements, all other terms and provisions of both Limited Partnership Agreements shall remain in full force and effect until further notice.

6. BVM Westport agrees that the Purchase Price of two million five hundred thousand dollars ($2,500,000) is exclusive of amounts owed to the Limited Partnership from the operator of the healthcare center and assisted living facilities for funds advanced to, or owed by, the operator of the healthcare center and assisted living facility to the Limited Partnership. BVM Westport shall not have any rights, title or interest in accounts receivable, Notes receivable or any other form of indebtedness owed to the Limited Partnerships by the Operator of the healthcare center and the assisted living facility. Funds owed to the Limited Partnership may be funds owed for repayment of the line of credit, capital improvements, back rent or other obligations.

rev 8/7/13

#25904812_v3

7. BVM Westport agrees to hold each General Partner and the Management Company harmless and indemnify each General Partner and the Management Company from all liability, claims and costs associated with the project, including but not limited to, costs associated with the refinancing of the existing mortgage loans. Additionally, BVM Westport stipulates that it shall recognize the Collective Bargaining Agreement (CBA) and the multi-employer pension fund currently in effect at the health center property, leased by a third-party and at the independent living facilities. BVM Westport agrees to "bargain in good faith" an agreement of not less than three (3) years under the terms as set forth in the CBA and said multi-employer pension fund.

8. BVM Westport hereby agrees that each General Partner shall remain as the defined legal representative for each limited partnership as set forth in the Limited Partnership Agreements. Agewell Senior Living Management shall manage the independent living facilities and receive the management fees for such work. The Management Fees associated with the healthcare center and skilled nursing facility are the exclusive property of BVM Westport. If BVM Westport wishes to take over management of the Health Center prior to Closing, it understands and acknowledges that any such management agreement is subject to the approval of the current lender and must be subordinate to the mortgage loan documents.

9. Subsequent to the current mortgage indebtedness being paid in full, each General Partner and Management Company shall have the option to remain as General Partner and Management Company subject to the terms set forth under Paragraph 8 above, regarding compensation.

10. Construction interpretation of this Purchase Agreement shall be deemed to be governed by the laws of the state of Florida.

11. It is the intention of BVM Westport that both Limited Partnership Agreements shall remain in full force and effect, and that the sole modification of Article 10 shall not be deemed to compromise the ability of each General Partner to perform its duties pursuant to the Limited Partnership Agreements.

12. No General Partner nor any manager, officer, director shareholder, member or employee any General partner shall have any personal liability on this agreement or upon the bridge or permanent financing, which financing must be non-recourse.

[Signature Page to Follow]

rev 8/7/13

#25904812_v3

IN WITNESS WHEREOF this ___ day of September, 2013.

PURCHASER:
BVM Management/Westport Holdings, L.P. (BVM Westport)

By: _____

Robert C. Rynard Sr.
Printed Name

SELLER:
Westport Senior Living Investment Fund  (WSLIF)

By: _____

L. L. Landry
Printed Name

ACKNOWLEDGED AND CONSENTED TO BY:

General Partner Representative

Page 4 of 5

rev 8/7/13

#25904812_v3

Case 8:14-cv-00532-JDW-TBM   Document 1   Filed 03/04/14   Page 82 of 106 PageID 82

By:

Printed Name

rev  8/7/13

#25904812_v3