## Reinstatement and Amendment Agreement

This Agreement made as of March 11, 2014 by and between BVM Management/Westport Holdings L.P. ("Buyer"), BVM Management, Inc. ("BVM Management"), BVM University Village, LLC ("BVM University Village"), and Westport Senior Living Investment Fund, Limited Partnership ("Seller").

WHEREAS, Seller is the owner of the 99% limited partnership interests in Westport Holdings Tampa, Limited Partnership and Westport Holdings Tampa II, Limited Partnership and is the sole member of Westport Nursing Tampa, L.L.C., which are collectively hereinafter referred to as the "UV Owners" and who collectively own the continuing care retirement community in Tampa, Florida known as University Village;

WHEREAS, Buyer and Seller were parties to a Limited Partnership Purchase Agreement ("LPPA") dated September, 2013 with respect to the 99% limited partnership interests and the membership interest in the UV Owners; and

WHEREAS, the LPPA required a closing on or before December 15, 2013 and said closing has not occurred and Seller has retained the $500,000.00 deposit made by Buyer pursuant to the LPPA (the "Deposit"); and

WHEREAS, contemporaneous with the signing of the LPPA, Seller and its affiliates that own University Village entered into a Loan Extension Agreement (the "DIL Agreement") with Horizon LP UV Lender, LLC ("Horizon") with regard to the existing mortgage financing on University Village, which required, among other things, that the Seller and the UV Owners provide a deed in lieu of foreclosure to Horizon in the event the closing with BVM Management did not occur by December 15, 2013; and

WHEREAS, BVM Management and Buyer's affiliate BVM University Village LLC (" BVM UV LLC"), plans to initiate litigation in Hillsborough County Circuit Court with regard to the subject matter of this LPPA and the DIL Agreement ("state court litigation"); and

WHEREAS, Horizon has initiated litigation against BVM University Village, LLC and BVM Management, Inc. in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:14-cv-00532-T27-TBM, with regard to the subject matter of the DIL Agreement ("federal court litigation"); and

WHEREAS, the parties wish to reinstate and amend the LPPA Agreement;

NOW, THEREFORE, the parties agree as follows:

#28128163_v6



PLAINTIFF'S EXHIBIT 235

EXHIBIT
PENGAD 800-631-6989
Pltf 235
9v 11/7/23
Landry

SUB_LANDRY_00013393

1. Subject to the terms and provisions hereof, the LPPA is hereby reinstated in full force and effect, subject to the modifications set forth herein.

2. The closing date is extended to March 31, 2014. The terms of payments are revised to provide that a total of $1,500,000.00 is to be paid at closing and the balance of $1,000,000.00 shall be paid in or within 90 days of the date of closing, but in no event later than July 1, 2014. Buyer acknowledges that the Deposit became non-refundable on December 15, 2013 and that Seller is currently entitled to retain the Deposit, but Seller also agrees that if Buyer closes on or before March 31, 2014, Seller shall apply the Deposit to the $1,500,000.00 payment due at closing, leaving a payment of $1,000,000.00 to be paid at closing. Seller may, at its option, deliver the deposit to Horizon for application to the balance of the first mortgage. If the foregoing option is exercised, the full $1,500,000.00 will be due at closing, since Buyer is receiving the benefit of a lower first mortgage payoff.

3. This Reinstatement and Amendment Agreement is subject to the terms of the DIL Agreement and to the provisions of said state and federal court litigation and to any orders of the state or federal court issued thereunder. Buyer acknowledges that the terms of this Reinstatement and Amendment Agreement are subordinated to all of Seller's obligations under the DIL Agreement. Buyer reconfirms that it is a condition of closing that the existing mortgage indebtedness to Horizon be paid in full at the closing.

4. The $1,000,000.00 additional payment (above and beyond the $1,500,000.00 due at closing) shall be evidenced by a promissory note in form and substance satisfactory to Seller.

5. Buyer, BVM UV LLC, and BVM Management shall jointly and severally indemnify, defend, and hold harmless the Seller, UV Owners, all general partners and managers of the UV Owners, and Lawrence L. Landry, individually (collectively, the "Indemnified Parties"), from any loss, liability, claim or damages, including attorneys' fees, that have been or may be asserted in the future by Horizon or its affiliates in connection with the sale of University Village to Buyer.

6. Whether or not this transaction closes on or before March 31, 2014, Buyer, BVM UV LLC and BVM Management and all affiliates thereof shall release the Indemnified Parties from any and all liability, claims, suits and actions (in equity or law) relating to this LPPA and DIL Agreement, whether such claims are known or unknown, and further agree to dismiss with prejudice any litigation pending against the Indemnified Parties.

2

#28128163_v6

SUB_LANDRY_00013394

7.   Except as modified herein, the LPPA is reinstated in full force and effect.

[signature page to follow]

3

#28128163_v6

SUB_LANDRY_00013395

IN WITNESS WHEREOF as of this *11-th* day of March, 2014.

BUYER:
BVM Management/Westport Holdings, L.P.

By: *Robert L Rynard Sr.*

*Robert L. Rynard, Sr.*
Printed Name

BVM Management, Inc.

By: *Robert L Rynard Sr.*

*Robert L. Rynard, Sr., Chairman*
Printed Name

BVM University Village LLC
By its sole member BVM Management, Inc.

By: *Robert L Rynard Sr.*

*Robert L. Rynard, Sr.*
Printed Name

4

#28128163_v6

SUB_LANDRY_00013396

SELLER:

WESTPORT SENIOR LIVING INVESTMENT
FUND, LIMITED PARTNERSHIP, a Delaware
limited partnership

By:  Westport Advisors, LTD., its sole Manager

By:  Westport Asset Management, L.L.C., its sole
General Partner

By: _____
Lawrence L. Landry, President

5

#28128163_v6

SUB_LANDRY_00013397