### *Closing Agreement*

This agreement made as of March _____, 2014 by and between Westport Senior Living Investment Fund Limited Partnership, a Delaware limited partnership ("Seller"), BVM University Village LLC, a Florida limited liability company ("Buyer") and BVM Management, Inc., an Indiana not for profit corporation d/b/a BVM Management/Westport Holdings, L.P., (collectively, the "BVM Parties"), Westport Holdings Tampa Limited Partnership and Westport Holdings Tampa II Limited Partnership, each a Delaware limited partnership, and Westport Tampa Nursing LLC, a Delaware limited liability company (collectively, the "Westport UV Entities").

## RECITALS

Seller and certain of the BVM Parties are the parties to a Limited Partnership Purchase Agreement dated September, 2003 as amended and modified by a Reinstatement and Amendment Agreement dated March 11, 2014 (collectively, the "LPPA"). Seller is today conveying to Buyer its limited partnership interests in the Westport UV entities. The parties wish to acknowledge that certain obligations in the LPPA and this Closing Agreement will continue after the closing, and this agreement is intended to address said matters.

NOW, THEREFORE, the parties agree as follows:

1.    Buyer acknowledges that the provisions of Sections 5-12 of the LPPA shall survive the closing and are the continuing obligations of Buyer and all BVM Parties. In particular, Buyer agrees and acknowledges that the accounts receivable from the Health Center are the property of Seller, and it shall make reasonable efforts to collect said receivables and remit them to the Seller. Said receivables are owed pursuant to an Assisted Living Facility Service Agreement dated August 13, 2002 between Westport Holdings Tampa, L.P. and TALF, Inc. and a Skilled Nursing Facility Service Agreement also dated August 13, 2002 between Westport Holdings Tampa, L.P. and TR&SNF, Inc.  In addition, in clarification of Section 7 of the LPPA, Buyer shall take all steps necessary under ERISA and/or other applicable law, including without limitation, posting any required bonds, to prevent the occurrence of withdrawal liability with respect to the SEIU pension obligations. Also, Buyer shall cause the general partners of the Westport UV Entities to take such actions on behalf of the Westport UV Entities as are consistent with this agreement and the LPPA.

2.    Buyer shall initiate and diligently prosecute all necessary actions to obtain all approvals of the Office of Insurance Regulation and other applicable governmental authorities necessary to take over the general partner positions of the Westport UV Entities, and shall work in good faith to accomplish the same,

#28741918_v4

PLAINTIFF'S EXHIBIT 236

EXHIBIT PENGAD 800-631-6989 PLf 236 Landry ___ 4/7/23

SUB_LANDRY_00008888

provided no such transition in general partner status shall take place prior to payment of the $1,000,000 promissory note referred to in Section 4 below.

3.      Buyer and the BVM Parties hereby release and forever discharge Seller, the Westport UV Entities, the general partners and managers of the same, all officers, directors, members, partners and managers of the Seller and the Westport UV Entities, including without limitation, Lawrence L. Landry, from any and all claims, causes of action, suits, damages and liabilities of any kind or nature whatsoever, whether direct or indirect, known of unknown, suspected or unsuspected, claimed or concealed, contingent or non-contingent, arising in any way from or in any manner incidental to or connected with the partnership interests conveyed by Seller, the operations of the Westport UV Entities, and University Village.

4.      Seller and the Westport Entities hereby release and forever discharge the Buyer and the BVM Entities and the general partners and managers of the same, all officers, directors, members, partners and managers of the same from any and all claims, causes of action, suits, damages and liabilities of any kind or nature, whatsoever, whether direct or indirect, known or unknown, suspected or unsuspected, claimed or concealed, contingent or non-contingent, arising in any way from Buyer's purchase of said partnership interests, excluding, however, the obligations of Buyer pursuant to its $1,000,000 promissory note of even date in favor of Seller and Buyer and the BVM Parties from their obligations under the LPPA and this agreement that survive the closing of the sale of said partnership interests, which obligations are excluded from said release.

5.      Except to the extent modified hereby, all obligations of the parties to the LPPA to be performed after the closing of the sale of said partnership interests shall continue to apply from and after the closing date. Buyer may transfer a portion of said partnership interests to one or more other entities, in which case any such transfer by Buyer must be made subject to the provisions of this agreement and the LPPA.

Executed under seal as of the date first set forth above.

[signature page to follow]

2

#28741918_v4

SUB_LANDRY_00008889

WESTPORT HOLDINGS TAMPA, LIMITED
PARTNERSHIP, a Delaware limited partnership

By: Westport Holdings University Village, L.L.C.,
its sole General Partner

By: Westport Advisors, LTD., its sole Manager

By: Westport Asset Management, L.L.C., its sole
General Partner

By: Double L Investments, Inc., a Texas
Corporation, its Manager

By: _____
Lawrence L. Landry, President


WESTPORT NURSING TAMPA, L.L.C., a Florida
limited liability company

By: Westport Senior Living Investment Fund, LP,
its sole member

By: Westport Advisors, Ltd., its general partner

By: Westport Asset Management, LLC, a Florida
limited liability company, its General Partner

By: Double L Investments, Inc., a Texas
Corporation, its Manager

By: _____
Lawrence L. Landry, President

3

#28741918_v4

SUB_LANDRY_00008890

WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP, a Delaware limited partnership

By its General Partner

By: Westport Holdings Hidden Springs, L.L.C., its sole General Partner

By: Westport Advisors, LTD., its sole Manager

By: Westport Asset Management, LLC, its sole General Partner

By: Double L Investments, Inc., a Texas Corporation, its Manager

By: _____
Lawrence L. Landry, President

4

#28741918_v4

SUB_LANDRY_00008891

BVM University Village, LLC

By its Manager, Compliance Concepts, LLC

By:_____
    Name:   Rebecca J. Bartle
    Title:   Managing Member

WESTPORT SENIOR LIVING INVESTMENT
FUND, LIMITED PARTNERSHIP, a Delaware
limited partnership

By:  Westport Advisors, LTD., its sole Manager

By:  Westport Asset Management, L.L.C., its sole
General Partner

By:_____
Lawrence L. Landry, President

BVM Management, Inc., d/b/a BVM Management
Westport Holdings, L.P.

By:_____
    Robert L. Rynard, Sr.

5

#28741918_v4

SUB_LANDRY_00008892