## Promissory Note

$1,000,000.00

Tampa, Florida
March 29, 2014

For value received, BVM University Village, LLC, a Florida limited liability company with a usual place of business at 9114 Technology Lane, Fishers IN 46038 ("Borrower"), hereby promises to pay to the order of Westport Senior Investment Fund, Limited Partnership, a Delaware limited partnership with a usual place of business at 11360 North Jog Road, Suite 102, Palm Beach Gardens, Florida 33418 attention Lawrence L. Landry (together with any subsequent Lender of this Note being hereinafter termed the "Lender"), at the office of the Lender at the address hereinbefore set forth, the principal sum of One Million Dollars ($1,000,000.00) with interest thereon.

The entire balance of principal and interest shall be due on or before the earlier of (a) that date whereby the Borrower delivers, or causes to be delivered, the Second 2014 Amendments to the Limited Partnership Agreements of Westport Holdings Tampa, Limited Partnership, a Delaware limited partnership, and Westport Holdings Tampa II, Limited Partnership, a Delaware limited partnership or (b) July 1, 2014, the Maturity Date of this Note. No interest shall accrue until default hereunder; after default, interest shall accrue and be paid at the rate of five per cent (5%) per annum. All payments shall be applied first to interest and penalties, and then to principal. The Borrower may prepay this Note in whole or in part without penalty.

The Borrower hereby agrees to pay all reasonable costs of collection, including reasonable fees of attorneys, upon any default in payment of the principal or interest of this Note. The Borrower and all endorsers and guarantors of this Note hereby waive presentment for payment, protest and demand, notice of protest, demand of dishonor and non-payment of this Note, and the Borrower's and any endorser's or guarantor's joint and several liability shall remain unimpaired notwithstanding any extension of time of payment or other indulgence granted by the Lender.

Whenever notice, demand or request may be properly sent to Borrower hereof under this Note, the same shall be sufficient if in writing and deposited in the United States mails by registered or certified mail, postage pre-paid addressed to the Borrower at the notice address set forth above (or at any other notice address as to which Borrower shall have notified Lender in writing), and any such notice, demand or request shall be treated as having been given upon deposit in the United States mails.

At the option of the Lender, the indebtedness evidenced hereby shall also become immediately due and payable without notice or demand upon any default in the payment of any principal or interest due hereunder or upon default under the Mortgage, Security Agreement and Financing Statement of even date given by Borrower to CPIF Lending, L.L.C. to be recorded with the Hillsborough County (Florida Recorder) (the "Mortgage"), which default continues beyond the applicable grace period (if any) provided in said Mortgage.

The Borrower hereby represents to the Lender that the indebtedness represented by this Note was incurred by the Borrower for business purposes.

#28609507_v4





SUB_LANDRY_00000234

Upon receipt by Borrower of written notice from Lender of the loss, theft, destruction or mutilation of this Note and provided that Borrower receives from Lender a lost note affidavit and indemnity in form reasonably acceptable to Borrower and Lender, Borrower will execute and deliver to Lender, in lieu thereof, a replacement note in identical form to this Note and dated as of the date of this Note.

The Borrower (i) waives presentment, demand, protest and notice of dishonor and any and all lack of diligence or delays in collection or enforcement hereof, (ii) waives all exemptions, whether homestead or otherwise, as to the obligation evidenced by this Note, and (iii) to the extent not prohibited by law, waives the benefit of any defense, credit, entitlement, counterclaim, law, rule of law, advantage or protection as an obligor hereunder or providing for the Borrower's release or discharge from liability hereon, in whole or in part, on account of any facts or circumstances other than full and complete payment of all amounts due under this Note, including, but not limited to, any laws or regulations relating to (a) usury, (b) any implied duty of good faith or fair dealing under the Uniform Commercial Code or otherwise, (c) any right of subrogation, any right to enforce or claim the benefit of any right or remedy of the Lender of this Note against the Borrower, and any right as a third party beneficiary of any obligation or duty owed to the Lender of this Note, (d) any previous, contemporaneous or subsequent oral representations or oral modifications made by the Lender or any agent of the Lender of this Note to the Borrower, (e) any claim of duress or undue influence, or (f) any statute giving the Borrower the right to require (or providing for its discharge in the absence of) the institution of any suit on this Note.

Time is of the essence with regard to the payment of any amounts due under this Note and the performance of the covenants, terms and conditions of this Note.

In the event any covenant, term or condition of this Note shall be held for any reason to be invalid, illegal or unenforceable in any respect, the invalidity, illegality or unenforceability of such covenant, term or condition shall not affect the validity, legality or enforceability of the remaining covenants, terms and conditions of this Note.

The covenants, terms and conditions of this Note shall be binding on the Borrower and its respective successors and assigns, and shall inure to the benefit of the Lender and its successors and assigns.

TO THE FULLEST EXTENT POSSIBLE, THE BORROWER WAIVES IN FULL THE RIGHT TO A TRIAL BY JURY IN REGARD TO ANY DISPUTES, CLAIMS, CAUSES OF ACTION, OBLIGATIONS, DAMAGES, COMPLAINTS, LITIGATION OR ANY MATTER WHATSOEVER AND OF ANY TYPE OR NATURE, WHETHER IN CONTRACT, TORT OR OTHERWISE, THAT THE BORROWER MAY HAVE NOW OR IN THE FUTURE MAY HAVE RELATING TO THIS NOTE. BY EXECUTION OF THIS NOTE, THE BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE BORROWER IS REPRESENTED BY COMPETENT COUNSEL WHO HAS FULLY AND COMPLETELY ADVISED SUCH BORROWER OF THE MEANING AND RAMIFICATIONS OF THE RIGHT OF THE BORROWER TO A TRIAL BY JURY OR HAD THE FULL AND COMPLETE OPPORTUNITY TO CONSULT SUCH COUNSEL AND CHOSE NOT TO DO SO, AND, THEREFORE, THE BORROWER FREELY AND VOLUNTARILY WAIVES SUCH RIGHT TO TRIAL BY JURY.

SUB_LANDRY_00000235

This Note shall be governed by and construed in accordance with the laws of the State of Florida.

The Borrower hereby submits to the jurisdiction and venue of state and federal courts located within the State of Florida.

Any failure by the Lender to exercise any right hereunder shall not be construed as a waiver of the right to exercise the same or any other rights at any time.

[signature page to follow]

SUB_LANDRY_00000236

Executed under seal as of this 29th day of March, 2014.

Witness: _____
DANE STARBUCK

BVM University Village, LLC
By its Manager, Compliance Concepts, LLC

By: _____
Name: Rebecca J. Bartle
Title: Managing Member

#28609507_v4

#28609507_v4                              - 4 -

SUB_LANDRY_00000237