Exhibit B

## AMENDMENT TO PROMISSORY NOTE

Comes now the parties, BVM University Village, LLC, Westport Senior Investment Fund, Limited Partnership, AgeWell Senior Living, LLC, Westport Holdings Tampa LP and Westport Holdings Tampa II, and hereby agree to the following amendment of a Promissory Note executed by BVM University Village on the 29th day of March, 2014.

Presently, the Promissory Note states in part, as follows:

*The entire balance of principal and interest [of $1,000,000.00] shall be due on or before the earlier of (a) that date whereby the Borrower delivers, or causes to be delivered, the Second 2014 Amendments to the Limited Partnership Agreements of Westport Holdings Tampa, Limited Partnership, a Delaware limited partnership or (b) July 1, 2014, the Maturity Date of this Note. No interest shall accrue until default hereunder; after default, interest shall accrue and be paid at the rate of five per cent (5%) per annum. All payments shall be applied first to interest and penalties, and then to principal. The Borrower may prepay this Note in whole or in part without penalty.*

The parties agree that the above referenced terms to said agreement shall be amended, as follows:

*The entire balance of principal and interest [of $1,000,000.00] shall be paid in the following manner:*

    (1) *Interest of five percent (5%) on the unpaid balance shall begin to accrue as of July 1, 2014. Any accrued but unpaid interest shall be paid monthly, starting as of January 2015. Said payment shall be paid on or before the tenth (10th) day of the month, with credit being given for any interest payments made to date. As of November 7, 2014, the date of the last payment, the amount of interest paid on the note was $16,849.33. Interest from November 1 to December 25, 2014, shall be paid at the time of closing, said amount being $7,534.45.*

    (2) *A principal payment shall be made of Two Hundred Fifty Thousand and 00/00 Dollars ($250,000.00) on or before December 26, 2014 and applied against the outstanding principal;*

    (3) *On or before May 31, 2015, the outstanding principal and unpaid accrued interest shall be repaid in full. Any balance due and owing that is not paid by May 31, 2015, shall incur a default rate of interest of ten percent (10%). If the full payment is not made in a single payment, partial payments shall be applied first to accrued interest and then to the outstanding principal. The Borrower may prepay this Promissory Note in whole or in part without penalty;*

1



PLAINTIFF'S EXHIBIT 241

EXHIBIT Pltf 241 9v 11/7/23 Landry

PENGAD 800-631-6989

(4) A ten thousand and 00/00 dollars ($10,000.00) amendment extension fee shall be paid for the right to extend this agreement by December 26, 2014.

(5) The current manager of University Village is AgeWell Senior Living, LLC ("AgeWell"). BVM Management has given notice that the current management agreement with AgeWell shall not be renewed when it expires on January 31, 2015.  University Village shall pay by wire transfer the December 2014 management fee by January 14, 2015, and the January 2015 management fee by February 13, 2015.

(6) In addition, the outstanding sum of $50,004, owed to AgeWell shall be paid in five equal installments beginning January 15, 2015, and the next four months thereafter, viz. February 15, 2015; March 15, 2015; April 15, 2015; and May 15, 2015;

(7) There will be no distributions made from Westport Holdings Tampa LP or from Westport Holdings Tampa LP II until the note, plus any interest, is paid in full;

(8) If any of the for mentioned amendments are not fulfilled in a timely manner, Westport Senior Investment Fund, Limited Partnership reserves the right to declare a default on the note; however, BVM University Village, LLC has five (5) business days to cure any claim of default.

All other terms and conditions of the Promissory Note executed by BVM University Village as of March 29, 2014, shall remain the same.

Agreed to this _22nd_ day of December, 2014.

BVM University Village, LLC
By Its Manager, Compliance Concepts, LLC

By: _____

Name: Rebecca J. Bartle,
Title: Managing Member

Agreed to this _22nd_ day of December, 2014.

Westport Senior Investment Fund, Limited Partnership

By: _____

Name: Lawrence L. Landry
Title: President of the General Partner

2

SUB_LANDRY_00001538

Agreed to this 22nd day of December, 2014.

AgeWell Senior Living, LLC

By: _____

    Name: ~~Lawrence L. Landry~~ *Mark C. Lichtenwalner*

    Title:  President

Westport Holdings Tampa LP

Agreed to this 22nd day of December, 2014.

By: _____

    Name:  Lawrence L. Landry

    Title:  President of the General Partner

Agreed to this 22nd day of December, 2014.

Westport Holdings Tampa LP II

By: _____

    Name:  Lawrence L. Landry

    Title:  President of the General Partner

Prepared by:

Dane Starbuck
Attorney at Law
P.O. Box 501398
Indianapolis, IN  46250
317-806-6773

3

SUB_LANDRY_00001539