

# WESTPORT

December 29, 2014


Mr. John Bartle
AmeriCare Partners
a BVM Management affiliate
Westport Holdings, LP ("BVM Westport")
PO Box 501188
Indianapolis, IN 46250


Dear John:

Please be advised that Westport Advisors, Ltd. hereby submits its resignation as Managing Member of Westport Holdings Tampa, LP and Westport Holdings University Village, LLC its General Partner; Westport Holdings Tampa II, LP and Westport Holdings Hidden Springs, LLC, its General Partner; and Westport Nursing Tampa, LLC and Westport Holdings University Village, LLC its General Partner effective Monday, December 29, 2014.


By: Westport Advisors, Ltd., Managing Manager
By: Westport Asset Management, LLC its General Partner
By: Double L Investment, Inc., its Manager



PLAINTIFF'S EXHIBIT 242

EXHIBIT Plff 242 gv 11/7/23 Landry

SUB_LANDRY_00008902

By: _____
      Lawrence L. Landry, President

Cc:     Tim Parker, Executive Director, University Village
        Kathy Burkholder, VP, Accounting, University Village
        Steve Miller, President, University Village Resident Board
        Mark Lichtenwalner, President, AgeWell Living, LLC
        David Mills, COO, AgeWell, LLC
        Lou Jackson, Legal Counsel, BVM Management
        Becky Griffith, Florida Office of Insurance Regulation
        Desmond Wilson, Florida Office of Insurance Regulation

SUB_LANDRY_00008903