

# WESTPORT

December 29, 2014

Mr. John Bartle
AmeriCare Partners
a BVM Management affiliate
Westport Holdings, LP ("BVM Westport")
PO Box 501188
Indianapolis, IN 46250

Dear John:

This is to advise you that as of December 29, 2014 the Westport Senior Living Investment Fund, Limited Partnership ("WSLIF") has been dissolved and its assets have been distributed to the Westport Senior Living Investment Liquidating Trust (EIN: 47-6649053). All monies owed WSLIF including interest and principal payments on the $1 million note, having a current balance of $750,000 and health center accounts receivable totaling $1,300,000 should be made to the Trust.

Wiring instructions for the Trust are as follows:

Northern Trust Co.
Routing No.:    071000152
Swift Code:     CNORUS44
Beneficiary:    Westport Senior Living Investment Liquidation





SUB_LANDRY_00008881

Trust
Account No.:        2840837703

By: Double L Investment, Inc., Trustee

By: _____
       Lawrence L. Landry, President

Cc:      Tim Parker, Executive Director, University Village
         Kathy Burkholder, VP, Accounting, University Village
         Lou Jackson, Legal Counsel, BVM Management
         Dane Starbuck, Attorney at Law
         Dean Rosenbach, Attorney at Law

SUB_LANDRY_00008882