## Exhibit R

| Transfer Date | Wire or Check Confirmation Number | Transfer Type and Exhibit with Supporting Documentation | Transfer Amount |
|---|---|---|---|
| 03/31/2014 | N/A; paid from money loaned to Debtors by CPIF Lending, LLC | $1 Million Principal Transfer Exhibit F, Item 9 | $1,000,000.00 |
| 09/26/2014 | Wire -5786 | Interest Payment Transfer Exhibit L | $12,602.75 |
| 11/07/2014 | Check -47806 | Interest Payment Transfer Exhibit M | $4,246.58 |
| 01/15/2015 | Wire -5341 | Interest Payment Transfer Exhibit N | $616.44 |
| 02/11/2015 | Wire -10561 | Interest Payment Transfer Exhibit O | $3,184.93 |
| 03/16/2015 | Wire -4208 | Interest Payment Transfer Exhibit P | $2,876.71 |
| 04/13/2015 | Wire -10266 | Interest Payment Transfer Exhibit Q | $3,184.93 |
| | | | **$1,026,712.34** |



PLAINTIFF'S EXHIBIT
246



EXHIBIT
Pltf 246
GV 11/7/23
Laundry