AgeWell Living, LLC

11360 North Jog Road
Suite 102
Palm Beach Gardens, FL 33418

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2014 | 119 |

| Bill To |
|---------|
| Westport Nursing Tampa, LLC<br>Kathy Burkholder<br>12250 N 22nd St.<br>Tampa, FL 33612 |

| Description | Amount |
|-------------|--------|
| Management of the UV Health Center - July | 8,334.00 |
| **Total** | **$8,334.00** |



