AgeWell Living, LLC

11360 North Jog Road
Suite 102
Palm Beach Gardens, FL 33418

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2014 | 120 |

| Bill To |
|---|
| Westport Nursing Tampa, LLC<br>Kathy Burkholder<br>12250 N 22nd St.<br>Tampa, FL 33612 |

| Description | Amount |
|---|---|
| Management of the UV Health Center - August | 8,334.00 |
| | |
| **Total** | **$8,334.00** |


**PLAINTIFF'S EXHIBIT**
250


**EXHIBIT**
PENGAD 800-631-6989
Plff 250
gv 11/7/23  Laundry