## WSLIF
## Interest Payment on Note

Statement Date: | 09/30/14

| Loan Information |

| | |
|---|---|
| Current Prinicpal Balance | 1,000,000.00 |
| Current Interest Rate | 5% |
| Number of Days | 30 |
| Calculation based on 365-day year | 365 |

| | |
|---|---|
| **Current Interest Payment** | **4,109.59** |



PLAINTIFF'S
EXHIBIT
251



EXHIBIT
Plff 251
gv 11/7/23
Landry