# Invoice

| Date | Invoice # |
|------|-----------|
| 1/13/2015 | 1 |

**Bill To**

University Village - Tampa
Kathy Burkholder
12401 North 22nd Street
Tampa, FL  33612

| Description | Amount |
|-------------|--------|
| Interest on Promissory Note December 26, 2014 through December 31, 2014;  750,000 @ 5% divided by 365 times 6 days. | 616.44 |

| | Total | $616.44 |
|--|-------|---------|

Transaction # of wire
201501150000 5341



PLAINTIFF'S
EXHIBIT
252



EXHIBIT
Plf 252
9v 11/7/23  Laundry