Westport Sr. Living Invest. Trust

11360 N Jog Road, Suite 102
Palm Beach Gardens FL 33418

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2015 | 2 |

**Bill To**

University Village - Tampa
Kathy Burkholder
12401 North 22nd Street
Tampa, FL  33612

| Description | Amount |
|-------------|--------|
| Interest on Promissory Note January 2015;  750,000 @ 5% divided by 365 times 31 days. | 3,184.93 |

Wired 2/11/15

Confirmation # 2015021100010561

| | Total | $3,184.93 |
|---|-------|-----------|

PLAINTIFF'S
EXHIBIT
253

EXHIBIT
Plff 253
gu 11/7/23  Laundry