Sunday, October 19, 2014 11:48:31 AM Eastern Daylight Time

Subject: UV Update
Date: Saturday, September 6, 2014 9:51:11 AM Eastern Daylight Time
From: Larry Landry
To: C Flagerty, Jeff Barricelli, Marin, SBooth, Mike Stark, Jack Wong, M'Liss Moore, W. Massey, Cherie Santos-Wuest, Chris Lagan, Larry Landry, Garrett Einis

Attached is a letter from BVM explaining what is owed to Westport and when it will be paid. There are three components to the receivable from BVM 1) the $1M note which they indicate will be paid this month what is not mentioned is the 5% interest owed beginning July 1, 2014, 2) the health center accounts receivable includes non government private pay in the amount of $364, 161.73 which will be paid next week, 3) medicare-medicaid receivables the amounts of which are under protest since McCoy, the health center operator prior to the sale, allegedly over billed the federal government. The BVM letter suggests this item can be clarified later this month personally, I am doubtful. Once we receive the first two payments, I intend to propose a settlement with BVM whereby Westport would immediately be paid a percentage of the outstanding government receivable.

Projected distributions from close out excluding government receivable:

| | |
|---|---|
| Cash balance checking account | $    118,360.55 |
| Note payment | $1,000,000.00 |
| Interest est | 12,776.96 |
| Accounts Receivable | 364,161.73 |
| Close out expenses | (242,000.00) |
| Net distribution | $1,253,299.24 |

The expenses include tax preparation for 2013 and 2014, a final audit, brokerage commission on the sale and legal.

Please let me know if there are any questions or clarifications


PLAINTIFF'S EXHIBIT
255


EXHIBIT
Plf 255
gv 11/7/23

Page 1 of 2

SUB_LANDRY_00016944

LIQ_TT_1634657

needed.

Larry

Lawrence Landry
11360 North Jog Road Ste 102
Palm Beach Gardens, Florida 33418
Phone 561 624 1225
Fax 561 624 8037

WESTPORT

SUB_LANDRY_00016945

LIQ_TT_1634658