

PLAINTIFF'S
EXHIBIT
256

Larry Landry - Outlook Web App

Page 1 of 1

Office 365    Mail

○ New

oir

651.035/Escrows

Include messages from
● [illegible]
○ [illegible]
○ [illegible]

Show these messages
● All
○ Older than a week
○ Older than a month
○ Older than a year

Larry Landry                            Mark as unread

To: John Bartle <jbartle6081@yahoo.com>;

John, As you know the MLR is required under 651 and must be held at a Florida chartered bank. Horizon has no influence over the MLR all uses of the funds and the determination of amount required must be approved by OIR. If the bank qualifies and is approved by OIR we can arrange transfer but the bank must realize the role OIR plays.
Regards
Larry

**TUESDAY**

Larry Landry
UV Update                                Tue 6:34a

**LAST WEEK**

Larry Landry
UV Update                                Fri 4/3

Larry Landry
UV Update                                Fri 4/3

**THREE WEEKS AGO**

Larry Landry
State of Florida vs. Westport Holdings Tampa I    3/19/2015

Folders

Inbox                    7

Sent Items

Drafts

More

**LAST MONTH**

Larry Landry
Who owns us?                             3/12/2015

**OLDER**

John Bartle <jbartle6081@yahoo.com

People    New

Dane Starbuck    1

[illegible]

[illegible]

[illegible]

[illegible]

Larry Landry
OIR called me                            1/26/2015

Robin Mulligan
Resignation                              1/29/2014

Larry Landry
Final Revisions                          12/23/2014

Groups    New

[illegible]

Browse groups

Create group

Larry Landry
Sale of University Village               12/4/2014

Larry Landry
Sale of University Village               11/18/2014

Larry Landry
Revised resignation letter               11/12/2014

Larry Landry
Meeting with GVM                         11/4/2014

Larry Landry
MLR Calculation                          11/4/2014

Larry Landry
UV Update                                11/3/2014

Larry Landry
Amendment to loan agreement and memoran  9/25/2014

Walter Hood
Review of Loan Documents re "sale" of Univers  9/18/2014

OIR        1 of 3

Larry Landry



EXHIBIT
Plff 256
9v 11/7/23
Landry
PENGAD 800-631-6989

4/9/2015

SUB_LANDRY_00016907

LIQ_TT_1634620