

LIQ_TT_1634623

SUB_LANDRY_00016910