

**BVM MANAGEMENT INC**
PROVIDING AFFORDABLE SENIOR HOUSING

February 7, 2014

To: Mr. Larry Landry, GP Representative
From: John Bartle, BVM Representative

Re: University Village

Larry,

After much discussion with legal counsel, it might be in the best interest of the Parties to have you resign as the general partner. If you are conflicted between exerting your rights for the limited partnership, BVM would understand that position. However, a transfer of the asset for less than fair market value is a fraudulent transfer. Even though you may have signed the documents stating that the value was twelve million dollars ($12,000,000.00), your signature and declaration does not establish fair market value. As you know, the appraisal on the property, as of 2013, is thirty-eight million dollars ($38,000,000.00). The unpaid balance of the mortgage debt is less than twenty million dollars ($20,000,000.00).

I would be willing to be nominated as the substitute general partner, in order to thwart any possible takeover by the mortgagee and its management company. BVM believes this is the quickest course of action that would relieve you of any personal liability. However, BVM cannot allow its equitable interest to be foreclosed and the asset being transferred at far less than fair market value. I am sure you understand. Please call me as soon as possible.

9114 Technology Lane, Fishers, IN 46038          Phone: 317-806-6770 Fax: 317-806-6771
www.bvmmanagement.com





SUB_LANDRY_00016920

LIQ_TT_1634633