Larry Landry - Outlook Web App





UV Update

[Draft] This message hasn't been sent.
Saved on: Tue 4/7/2015 9:34 AM

Show all 12 recipients

To: C Flagerty <cflaherty@madisonint.com>;
Jeff Barricelli <jbarricelli@congressasset.com>;
Marin <melie@congressasset.com>;
SBooth <sbooth@townsendgroup.com>;
Mike Stark <mstark@townsendgroup.com>;
M'Liss Moore <mlmoore@ksbe.edu>;
W. Massey <wemassey@nexgencos.com>; …

University Village - Acq...                OIR

In a previous update, I shared a copy of the complaint filed against BVM Management for non payment of the Health Center accounts receivable.. Their counsel confirmed service of the complaint but, to date we have not received a response. In the meantime, there have been new developments none of them good. I have attached a notice from OIR to BVM that the application for a license to operate a CCRC in the state of Florida cannot be approved a hearing will be set for this matter. Furthermore, OIR filed a motion in court to be appointed the receiver of University Village a hearing is set for April 29th.

BVM continues to make interest payments on the $1million note that has a balance of $750,000 the note is due on May 31, 2015.

Larry

Lawrence Landry
11360 North Jog Road Ste 102
Palm Beach Gardens, Florida 33418
Phone 561 624 1225
Fax 561 624 9037

https://outlook.office365.com/owa/?realm=westportadvisors.com          4/9/2015

PLAINTIFF'S
EXHIBIT
259




EXHIBIT
P1tf 259
UV 11/7/23

LIQ_TT_1634634

SUB_LANDRY_00016921