# ◭ REGIONS®

REGIONS BANK
1900 5TH AVE N - 25TH FL
BIRMINGHAM AL  35203

ADMINISTRATOR:          CANDY MILLER
                        205-264-5394

INVESTMENT OFFICER      CONGRESS ASSET MANAGEMENT

RELATIONSHIP MANAGER

ACCOUNT NUMBER          1046000011

3/1/2014 — 3/31/2014

WESTPORT HOLDINGS TAMPA, L.P.
D/B/A UNIVERSITY VILLAGE
12401 NORTH 22ND STREET
ATTN: KATHY BURKHOLDER
TAMPA FL 33612

WE ENCOURAGE YOU TO CONTACT YOUR ADMINISTRATOR IF YOUR FINANCIAL OBJECTIVES
CHANGE OR IF YOU WANT TO DISCUSS THE INVESTMENT OBJECTIVES OF YOUR ACCOUNT.







PLAINTIFF'S
EXHIBIT

# ◢◣ REGIONS

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Statement Period     03/01/2014 through 03/31/2014
Account Number     1046000011

## Table Of Contents

| | |
|---|---|
| Balance Sheet | 1 |
| Summary Of Cash Receipts And Disbursements | 3 |
| Summary Of Fund | 4 |
| Investment Review | 5 |
| Summary Of Earnings | 7 |
| Schedule Of Income | 8 |
| Schedule Of Other Additions | 11 |
| Schedule Of Other Disbursements And Reductions | 12 |
| Schedule Of Purchases | 13 |
| Schedule Of Realized Gains & Losses | 15 |
| Schedule Of Unrealized Gains & Losses | 17 |
| Schedule Of Brokerage Commissions | 19 |
| Chronological Schedule Of Transactions | 20 |
| Schedule Of Purchases By Broker | 24 |
| Schedule Of Realized Gains & Losses By Broker | 25 |
| Asset Summary As Of 03/31/2014 | 29 |

**REGIONS BANK**
**WESTPORT HOLDINGS TAMPA LIMITED**
**PARTNERSHIP UNIVERSITY VILLAGE**
**MINIMUM LIQUID RESERVE ESCROW**

# ACCOUNT STATEMENT

Page 1

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Balance Sheet

|  | AS OF 03/01/2014 | | AS OF 03/31/2014 | |
|---|---|---|---|---|
|  | COST VALUE | MARKET VALUE | COST VALUE | MARKET VALUE |
| **ASSETS** | | | | |
| CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED INCOME | 2.10 | 2.10 | 4.50 | 4.50 |
|    TOTAL CASH & RECEIVABLES | 2.10 | 2.10 | 4.50 | 4.50 |
| CASH AND EQUIVALENTS | | | | |
|    SHORT TERM INVESTMENTS | 121,046.04 | 121,046.04 | 542,719.42 | 542,719.42 |
|    TOTAL CASH AND EQUIVALENTS | 121,046.04 | 121,046.04 | 542,719.42 | 542,719.42 |
| FIXED | | | | |
|    U S TREASURY BILLS | 4,397,913.10 | 4,398,941.50 | 999,697.55 | 999,975.50 |
|    TOTAL FIXED | 4,397,913.10 | 4,398,941.50 | 999,697.55 | 999,975.50 |
|     TOTAL HOLDINGS | 4,518,959.14 | 4,519,987.54 | 1,542,416.97 | 1,542,694.92 |
|      TOTAL ASSETS | 4,518,961.24 | 4,519,989.64 | 1,542,421.47 | 1,542,699.42 |
| **LIABILITIES** | | | | |
|     TOTAL LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL NET ASSET VALUE | 4,518,961.24 | 4,519,989.64 | 1,542,421.47 | 1,542,699.42 |
| TOTAL LIABILITIES AND EQUITY | 4,518,961.24 | 4,519,989.64 | 1,542,421.47 | 1,542,699.42 |

0300722-0012829

04/02/2014 #51

**▲△ REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 2

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Beginning Market Allocation



| % | | | Amount |
|---|---|---|---|
| 0.0% | | CASH & RECEIVABLES | 2.10 |
| 2.7% | ▨ | CASH AND EQUIVALENTS | 121,046.04 |
| 97.3% | ■ | FIXED | 4,398,941.50 |
| 100.0% | | Total | 4,519,989.64 |

## Ending Market Allocation



| % | | | Amount |
|---|---|---|---|
| 0.0% | | CASH & RECEIVABLES | 4.50 |
| 35.2% | ▨ | CASH AND EQUIVALENTS | 542,719.42 |
| 64.8% | ■ | FIXED | 999,975.50 |
| 100.0% | | Total | 1,542,699.42 |

04/02/2014 #51

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 3

**Statement Period**    03/01/2014 through 03/31/2014
**Account Number**    1046000011

## Summary Of Cash Receipts And Disbursements

| RECEIPTS | | |
|---|---|---|
| CASH BALANCE AS OF 03/01/2014 | | 0.00 |
| INCOME RECEIVED | | |
| INTEREST | 864.71 | |
| TOTAL INCOME RECEIPTS | | 864.71 |
| OTHER CASH RECEIPTS | | 22,222.22 |
| PROCEEDS FROM THE DISPOSITION OF ASSETS | | 7,498,064.51 |
| TOTAL RECEIPTS | | 7,521,151.44 |

| DISBURSEMENTS | | |
|---|---|---|
| OTHER CASH DISBURSEMENTS | | 3,000,000.00 |
| COST OF ACQUISITION OF ASSETS | | 4,521,151.44 |
| TOTAL DISBURSEMENTS | | 7,521,151.44 |
| CASH BALANCE AS OF 03/31/2014 | | 0.00 |

04/02/2014 #51

# ▲ REGIONS

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 4

| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Summary Of Fund

| | | |
|---|---:|---:|
| MARKET VALUE AS OF 03/01/2014 | | 4,519,989.64 |
| INTEREST | 864.71 | |
| LESS BEGINNING ACCRUED INCOME | 2.10- | |
| ACCRUED INCOME | 4.50 | |
| OTHER RECEIPTS | 22,222.22 | |
| REALIZED GAIN OR LOSS | 370.90 | |
| UNREALIZED GAIN OR LOSS | 750.45- | |
| OTHER DISBURSEMENTS | 3,000,000.00- | |
| TOTAL MARKET VALUE AS OF 03/31/2014 | | 1,542,699.42 |

04/02/2014 #51

**REGIONS BANK**
**WESTPORT HOLDINGS TAMPA LIMITED**
**PARTNERSHIP UNIVERSITY VILLAGE**
**MINIMUM LIQUID RESERVE ESCROW**

# ACCOUNT STATEMENT

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Summary Of Investments

### Investment Allocation



| | | | |
|---|---|---|---|
| 35.2% | CASH AND EQUIVALENTS | 542,723.92 |
| 64.8% | FIXED | 999,975.50 |
| 100 0% | Total | 1,542,699.42 |

### Investment Summary

| | Cost | Market Value | % of Acct | Estim Ann Inc | Income Yield |
|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | |
| CASH | 4.50 | 4 50 | 0.00 | 0 | 0.00 |
| SHORT TERM INVESTMENTS | 542,719.42 | 542,719.42 | 35.18 | 54 | 0.01 |
| **TOTAL CASH AND EQUIVALENTS** | 542,723.92 | 542,723.92 | 35.18 | 54 | 0.01 |
| **FIXED** | | | | | |
| U S TREASURY BILLS | 999,697.55 | 999,975.50 | 64.82 | 872 | 0.09 |
| **Total Fund** | 1,542,421.47 | 1,542,699.42 | 100.00 | 927 | 0.06 |

0300722-0012831

04/02/2014 #51

**REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 6

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Schedule Of Investments

| UNITS | DESCRIPTION | RATING | TAX COST | MARKET VALUE |
|---|---|---|---|---|
| | **CASH AND EQUIVALENTS** | | | |
| | CASH | | 0.00 | 0.00 |
| | ACCRUED INCOME | | 4.50 | 4.50 |
| 542,719.42 | REGIONS TRUST CASH SWEEP | | 542,719.42 | 542,719.42 |
| | 999990484 | | | |
| | **TOTAL CASH AND EQUIVALENTS** | | 542,723.92 | 542,723.92 |
| | **FIXED** | | | |
| | **TREASURIES** | | | |
| 550,000 | UNITED STATES TREASURY BILL DTD 10/17/2013 04/24/2014 912796CJ6 | | 549,788.92 | 549,989.00 |
| 450,000 | UNITED STATES TREASURY BILL DTD 11/07/2013 05/08/2014 912796CK3 | | 449,908.63 | 449,986.50 |
| | **TOTAL TREASURIES** | | 999,697.55 | 999,975.50 |
| | **TOTAL FIXED** | | 999,697.55 | 999,975.50 |
| | **Total Fund** | | 1,542,421.47 | 1,542,699.42 |



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 7

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Summary Of Earnings

| | | | |
|---|---|---|---|
| INCOME EARNED | | | |
| INTEREST | 867  11 | | |
| TOTAL INCOME EARNED | | 867.11 | |
| OTHER RECEIPTS | | 22,222.22 | |
| REALIZED GAIN FROM DISPOSITION OF ASSETS | | 370.90 | |
| TOTAL INCREASES IN FUND VALUE | | | 23,460.23 |
| | | | |
| OTHER DISBURSEMENTS | | 3,000,000.00 | |
| UNREALIZED LOSS IN THE PERIOD | | 750.45 | |
| TOTAL DECREASES IN FUND VALUE | | | 3,000,750.45 |
| NET CHANGE IN NET ASSET VALUE | | | 2,977,290.22- |

04/02/2014 #51

**▲▲ REGIONS®**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 8

| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Income

### Income Allocation



| | | |
|---|---|---|
| 0.5% | SHORT TERM INVESTMENTS | 4.50 |
| 99.5% | U S TREASURY BILLS | 862.61 |
| 100.0% | Total | 867.11 |

### Income Schedule

| DATE | DESCRIPTION | BEGINNING ACCRUAL / RECEIVABLE | CASH RECEIVED | ENDING ACCRUAL / RECEIVABLE | INCOME EARNED | MARKET / COST BASIS |
|---|---|---|---|---|---|---|
| INTEREST | | | | | | |
| | SHORT TERM INVESTMENTS | | | | | |
| | CUSIP # 999990484 | | | | | |
| | REGIONS TRUST CASH SWEEP | | | | | |
| 03/03/2014 | INTEREST | | 2.10 | | | |
| | SECURITY TOTAL | 2.10 0.00 | 2.10 | 4.50 0.00 | 4.50 | |
| | TOTAL SHORT TERM INVESTMENTS | 2.10 0.00 | 2.10 | 4.50 0.00 | 4.50 | |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 9

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Schedule Of Income

| DATE | DESCRIPTION | BEGINNING ACCRUAL / RECEIVABLE | CASH RECEIVED | ENDING ACCRUAL / RECEIVABLE | INCOME EARNED | MARKET / COST BASIS |
|---|---|---|---|---|---|---|
| | **U S TREASURY BILLS** | | | | | |
| | CUSIP # 912796AW9 | | | | | |
| | UNITED STATES TREASURY BILL DTD | | | | | |
| | 03/07/2013 03/06/2014 | | | | | |
| 03/06/2014 | INTEREST  500,000 UNITS | | 166.67 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 166.67 | 0.00 0.00 | 166.67 | |
| | CUSIP # 912796BP3 | | | | | |
| | UNITED STATES TREASURY BILL DTD | | | | | |
| | 06/27/2013 06/26/2014 | | | | | |
| 03/28/2014 | INTEREST  800,000 UNITS | | 84.86 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 84.86 | 0.00 0.00 | 84.86 | |
| | CUSIP # 912796BT5 | | | | | |
| | UNITED STATES TREASURY BILL DTD | | | | | |
| | 07/25/2013 0% 07/24/2014 | | | | | |
| 03/28/2014 | INTEREST  800,000 UNITS | | 186.14 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 186.14 | 0.00 0.00 | 186.14 | |
| | CUSIP # 912796BX6 | | | | | |
| | UNITED STATES TREASURY BILL DTD | | | | | |
| | 08/22/2013 08/21/2014 | | | | | |
| 03/28/2014 | INTEREST  300,000 UNITS | | 78.24 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 78.24 | 0.00 0.00 | 78.24 | |
| | CUSIP # 912796CB3 | | | | | |
| | UNITED STATES TREASURY BILL DTD | | | | | |
| | 09/19/2013 09/18/2014 | | | | | |
| 03/28/2014 | INTEREST  550,000 UNITS | | 272.05 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 272.05 | 0.00 0.00 | 272.05 | |

0300722-0011833

04/02/2014 #51

**REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Statement Period    03/01/2014 through 03/31/2014
Account Number    1046000011

## Schedule Of Income

| DATE | DESCRIPTION | BEGINNING ACCRUAL / RECEIVABLE | CASH RECEIVED | ENDING ACCRUAL / RECEIVABLE | INCOME EARNED | MARKET / COST BASIS |
|------|-------------|-------------------------------|---------------|----------------------------|---------------|---------------------|
| | CUSIP # 912796CF4 UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 | | | | | |
| 03/28/2014 | INTEREST  550,000 UNITS | | 21.35 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 21.35 | 0.00 0.00 | 21.35 | |
| | CUSIP # 912796DB2 UNITED STATES TREASURY BILL DTD 12/12/2013 12/11/2014 | | | | | |
| 03/28/2014 | INTEREST  450,000 UNITS | | 53.30 | | | |
| | SECURITY TOTAL | 0.00 0.00 | 53.30 | 0.00 0.00 | 53.30 | |
| | TOTAL U S TREASURY BILLS | 0.00 0.00 | 862.61 | 0.00 0.00 | 862.61 | |
| TOTAL INTEREST | | 2.10 0.00 | 864.71 | 4.50 0.00 | 867.11 | |
| TOTAL INCOME | | 2.10 0.00 | 864.71 | 4.50 0.00 | 867.11 | |



**REGIONS BANK**
**WESTPORT HOLDINGS TAMPA LIMITED**
**PARTNERSHIP UNIVERSITY VILLAGE**
**MINIMUM LIQUID RESERVE ESCROW**

## ACCOUNT STATEMENT

Page 11

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Other Additions

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 03/13/2014 | REC'D FROM WESTPORT HOLDING TAMPA VIA CHECK #45862 REPAYMENT OF LOAN 12 OF 36 | 9,722.22 |
| 03/13/2014 | REC'D FROM WESTPORT HOLDING TAMPA VIA CHECK #45862 PAYMENT | 12,500.00 |
| TOTAL OTHER ADDITIONS | | 22,222.22 |

04/02/2014 #51

# ◢◣ REGIONS°

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 12

| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Other Disbursements And Reductions

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 03/31/2014 | DOMESTIC WIRE TRANSFER TO GARY DYTRYCH & RYAN PA SPECIAL REAL EST IOTA TRUST WIRE TO GARY DYTRYCH & RYAN PA SPECIAL REAL EST IOTA TRUST - RE WESTPORT NURSING TAMPA PER LTR DTD 3/31/14 | 3,000,000.00 |
| TOTAL OTHER DISBURSEMENTS AND REDUCTIONS | | 3,000,000.00 |

04/02/2014 #51



**REGIONS BANK**
**WESTPORT HOLDINGS TAMPA LIMITED**
**PARTNERSHIP UNIVERSITY VILLAGE**
**MINIMUM LIQUID RESERVE ESCROW**

# ACCOUNT STATEMENT

Page 13

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Purchases

### Purchase Allocation



| | | |
|---|---|---|
| 87.8% | SHORT TERM INVESTMENTS | 3,971,412.41 |
| 12.2% | U S TREASURY BILLS | 549,739.03 |
| 100.0% | Total | 4,521,151.44 |

### Purchase Schedule

| TRADE DATE | SETTLMT DATE | DESCRIPTION | UNITS | COST |
|---|---|---|---|---|
| | | **SHORT TERM INVESTMENTS** | | |
| | | CUSIP # 999990484 REGIONS TRUST CASH SWEEP | | |
| | | TOTAL ACTIVITY FROM 03/01/2014 TO 03/31/2014 | | |
| | | PURCHASED | 3,971,412.41 | 3,971,412.41 |
| | | TOTAL | 3,971,412.41 | 3,971,412.41 |
| | | **TOTAL SHORT TERM INVESTMENTS** | 3,971,412.41 | 3,971,412.41 |

03007722-0012835

04/02/2014 #51

**REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 14

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Schedule Of Purchases

| TRADE DATE | SETTLMT DATE | DESCRIPTION | UNITS | COST |
|---|---|---|---|---|
| **U S TREASURY BILLS** | | | | |
| | | CUSIP # 912796CF4 UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 | | |
| 03/10/2014 | 03/11/2014 | PURCHASED AT 99.9526 THRU MORGAN STANLEY | 550,000 | 549,739.03 |
| | TOTAL | | 550,000 | 549,739.03 |
| **TOTAL U S TREASURY BILLS** | | | 550,000 | 549,739.03 |
| **TOTAL PURCHASES** | | | | 4,521,151.44 |

04/02/2014 #51



**REGIONS BANK**
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 15

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Schedule Of Realized Gains & Losses

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT / COST BASIS | MKT / COST GAIN / LOSS |
|---|---|---|---|---|---|
| **SHORT TERM INVESTMENTS** | | | | | |
| | | CUSIP # 999990484 REGIONS TRUST CASH SWEEP | | | |
| | | TOTAL ACTIVITY FROM 03/01/2014 TO 03/31/2014 | | | |
| | | SOLD | 3,549,739.03 | 3,549,739.03 3,549,739.03 | |
| | **TOTAL 3,549,739.03 SHS** | | 3,549,739.03 | 3,549,739.03 3,549,739.03 | |
| **TOTAL SHORT TERM INVESTMENTS** | | | 3,549,739.03 | 3,549,739.03 3,549,739.03 | |
| **U S TREASURY BILLS** | | | | | |
| | | CUSIP # 912796AW9 UNITED STATES TREASURY BILL DTD 03/07/2013 03/06/2014 | | | |
| 03/06/2014 | 03/06/2014 | MATURED 500,000 UNITS | 499,833.33 | 499,833.33 499,833.33 | |
| | **TOTAL 500,000 UNITS** | | 499,833.33 | 499,833.33 499,833.33 | |
| | | CUSIP # 912796BP3 UNITED STATES TREASURY BILL DTD 06/27/2013 06/26/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 800,000 UNITS AT 99.9906 THRU JP MORGAN CHASE BANK/RBS SECURITIES INC | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 |
| | **TOTAL 800,000 UNITS** | | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 |
| | | CUSIP # 912796BT5 UNITED STATES TREASURY BILL DTD 07/25/2013 0% 07/24/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 800,000 UNITS AT 99.9853 THRU MLPFS INC/FIXED INCOME | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 |
| | **TOTAL 800,000 UNITS** | | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 |

04/02/2014 #51

# ▲ REGIONS®

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 16

| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Realized Gains & Losses

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT / COST BASIS | MKT / COST GAIN/LOSS |
|---|---|---|---|---|---|
| | | CUSIP # 912796BX6 UNITED STATES TREASURY BILL DTD 08/22/2013 08/21/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 300,000 UNITS AT 99.9769 THRU BNY/MIZUHO SECURITIES USA INC | 299,852.41 | 299,849.00 299,849.00 | 3.41 3.41 |
| | | TOTAL 300,000 UNITS | 299,852.41 | 299,849.00 299,849.00 | 3.41 3.41 |
| | | CUSIP # 912796CB3 UNITED STATES TREASURY BILL DTD 09/19/2013 09/18/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 550,000 UNITS AT 99.9746 THRU MORGAN STANLEY | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 |
| | | TOTAL 550,000 UNITS | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 |
| | | CUSIP # 912796CF4 UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 550,000 UNITS AT 99.9691 THRU BNY/MIZUHO SECURITIES USA INC | 549,808.91 | 549,739.03 549,739.03 | 69.88 69.88 |
| | | TOTAL 550,000 UNITS | 549,808.91 | 549,739.03 549,739.03 | 69.88 69.88 |
| | | CUSIP # 912796DB2 UNITED STATES TREASURY BILL DTD 12/12/2013 12/11/2014 | | | |
| 03/28/2014 | 03/28/2014 | SOLD 450,000 UNITS AT 99.9466 THRU NOMURA SECURITIES / FIX INCOME | 449,706.44 | 449,647.76 449,647.76 | 58.68 58.68 |
| | | TOTAL 450,000 UNITS | 449,706.44 | 449,647.76 449,647.76 | 58.68 58.68 |
| | | TOTAL U S TREASURY BILLS | 3,948,325.48 | 3,947,954.58 3,947,954.58 | 370.90 370.90 |
| | | TOTAL REALIZED GAINS & LOSSES | 7,498,064.51 | 7,497,693.61 7,497,693.61 | 370.90 370.90 |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 17

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Schedule Of Unrealized Gains & Losses

| DESCRIPTION | UNITS | BEGINNING MKT / COST | ENDING MKT VALUE | GAIN/LOSS MKT / COST |
|---|---|---|---|---|
| SHORT TERM INVESTMENTS | | | | |
| CUSIP # 999990484 REGIONS TRUST CASH SWEEP | 542,719.42 | 542,719.42 542,719 42 | 542,719.42 | |
| TOTAL SHORT TERM INVESTMENTS | | 542,719.42 542,719.42 | 542,719.42 | 0.00 0.00 |
| U S TREASURY BILLS | | | | |
| CUSIP # 912796AW9 UNITED STATES TREASURY BILL DTD 03/07/2013 03/06/2014 | | 166 67 0.00 | 0.00 | 166.67- |
| CUSIP # 912796BP3 UNITED STATES TREASURY BILL DTD 06/27/2013 06/26/2014 | | 40.04 0.00 | 0.00 | 40.04- |
| CUSIP # 912796BT5 UNITED STATES TREASURY BILL DTD 07/25/2013 0% 07/24/2014 | | 240.00 0.00 | 0.00 | 240.00- |
| CUSIP # 912796BX6 UNITED STATES TREASURY BILL DTD 08/22/2013 08/21/2014 | | 43.00 0.00 | 0.00 | 43.00- |
| CUSIP # 912796CB3 UNITED STATES TREASURY BILL DTD 09/19/2013 09/18/2014 | | 291.50 0.00 | 0.00 | 291.50- |
| CUSIP # 912796CJ6 UNITED STATES TREASURY BILL DTD 10/17/2013 04/24/2014 | 550,000 | 549,961.50 549,788.92 | 549,989.00 | 27.50 200.08 |
| CUSIP # 912796CK3 UNITED STATES TREASURY BILL DTD 11/07/2013 05/08/2014 | 450,000 | 449,950.50 449,908.63 | 449,986.50 | 36.00 77.87 |

04/02/2014 #51

**REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 18

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Unrealized Gains & Losses

| DESCRIPTION | UNITS | BEGINNING MKT /COST | ENDING MKT VALUE | GAIN/LOSS MKT /COST |
|---|---|---|---|---|
| CUSIP # 912796DB2 UNITED STATES TREASURY BILL DTD 12/12/2013 12/11/2014 | | 32.74 0.00 | 0.00 | 32.74- |
| TOTAL U S TREASURY BILLS | | 1,000,725.95 999,697.55 | 999,975.50 | 750.45- 277.95 |
| TOTAL UNREALIZED GAINS & LOSSES | | 1,543,445.37 1,542,416.97 | 1,542,694.92 | 750.45- 277.95 |

04/02/2014 #51



**REGIONS BANK**
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 19

**Statement Period**    03/01/2014 through 03/31/2014
**Account Number**    1046000011

## Schedule Of Brokerage Commissions

| BROKER NAME | NON-DIRECTED | | DIRECTED | |
| --- | --- | --- | --- | --- |
| | AS AGENT | AS PRINCIPAL | AS AGENT | AS PRINCIPAL |
| MORGAN STANLEY | 0.00 | | | |
| MLPFS INC/FIXED INCOME | 0.00 | | | |
| JP MORGAN CHASE BANK/RBS SECURITIES INC | 0.00 | | | |
| BNY/MIZUHO SECURITIES USA INC | 0.00 | | | |
| NOMURA SECURITIES / FIX INCOME | 0.00 | | | |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |

04/02/2014 #51

**▲▲ REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Chronological Schedule Of Transactions

| DATE | DESCRIPTION | CASH | COST |
|---|---|---|---|
| 03/01/2014 | BEGINNING BALANCE | 2.10 | 4,518,959.14 |
| 03/01/2014 | LESS BEGINNING INCOME ACCRUAL | 2.10- | |
| 03/03/2014 | INTEREST ON REGIONS TRUST CASH SWEEP PAYABLE 03/01/2014 CUSIP # 999990484 | 2.10 | 0.00 |
| 03/03/2014 | PURCHASED 2.1 SHS REGIONS TRUST CASH SWEEP ON 03/03/2014 AT 1.00 CUSIP # 999990484 | 2.10- | 2.10 |
| 03/06/2014 | INTEREST ON 500,000 UNITS UNITED STATES TREASURY BILL DTD 03/07/2013 03/06/2014 PAYABLE 03/06/2014 CUSIP # 912796AW9 | 166.67 | 0.00 |
| 03/06/2014 | MATURED 500,000 UNITS UNITED STATES TREASURY BILL DTD 03/07/2013 03/06/2014 CUSIP # 912796AW9 | 499,833.33 | 499,833.33- |
| 03/06/2014 | PURCHASED 500,000 SHS REGIONS TRUST CASH SWEEP ON 03/06/2014 AT 1.00 CUSIP # 999990484 | 500,000.00- | 500,000.00 |
| 03/11/2014 | PURCHASED 550,000 UNITS UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 ON 03/10/2014 AT 99.9526 THRU MORGAN STANLEY CUSIP # 912796CF4 | 549,739.03- | 549,739.03 |
| 03/11/2014 | SOLD 549,739.03 SHS REGIONS TRUST CASH SWEEP ON 03/11/2014 AT 1.00 CUSIP # 999990484 | 549,739.03 | 549,739.03- |
| 03/13/2014 | RECEIVED FROM WESTPORT HOLDING TAMPA VIA CHECK #45862 REPAYMENT OF LOAN 12 OF 36 | 9,722.22 | 0.00 |
| 03/13/2014 | RECEIVED FROM WESTPORT HOLDING TAMPA VIA CHECK #45862 PAYMENT | 12,500.00 | 0.00 |



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Chronological Schedule Of Transactions

| DATE | DESCRIPTION | CASH | COST |
|---|---|---|---|
| 03/13/2014 | PURCHASED 22,222.22 SHS REGIONS TRUST CASH SWEEP ON 03/13/2014 AT 1.00 CUSIP # 999990484 | 22,222.22- | 22,222.22 |
| 03/28/2014 | INTEREST ON 450,000 UNITS UNITED STATES TREASURY BILL DTD 12/12/2013 12/11/2014 CUSIP # 912796DB2 | 53.30 | 0.00 |
| 03/28/2014 | SOLD 450,000 UNITS UNITED STATES TREASURY BILL DTD 12/12/2013 12/11/2014 ON 03/28/2014 AT 99.9466 THRU NOMURA SECURITIES / FIX INCOME CUSIP # 912796DB2 | 449,706.44 | 449,647.76- |
| 03/28/2014 | INTEREST ON 550,000 UNITS UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 CUSIP # 912796CF4 | 21.35 | 0.00 |
| 03/28/2014 | SOLD 550,000 UNITS UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 ON 03/28/2014 AT 99.9691 THRU BNY/MIZUHO SECURITIES USA INC CUSIP # 912796CF4 | 549,808.91 | 549,739.03- |
| 03/28/2014 | INTEREST ON 550,000 UNITS UNITED STATES TREASURY BILL DTD 09/19/2013 09/18/2014 CUSIP # 912796CB3 | 272.05 | 0.00 |
| 03/28/2014 | SOLD 550,000 UNITS UNITED STATES TREASURY BILL DTD 09/19/2013 09/18/2014 ON 03/28/2014 AT 99.9746 THRU MORGAN STANLEY CUSIP # 912796CB3 | 549,588.39 | 549,477.50- |
| 03/28/2014 | INTEREST ON 300,000 UNITS UNITED STATES TREASURY BILL DTD 08/22/2013 08/21/2014 CUSIP # 912796BX6 | 78.24 | 0.00 |

0300722-0012839

## ▲ REGIONS®

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 22

| | Statement Period | 03/01/2014 through 03/31/2014 |
| --- | --- | --- |
| | Account Number | 1046000011 |

## Chronological Schedule Of Transactions

| DATE | DESCRIPTION | CASH | COST |
| --- | --- | --- | --- |
| 03/28/2014 | SOLD 300,000 UNITS UNITED STATES TREASURY BILL DTD 08/22/2013 08/21/2014 ON 03/28/2014 AT 99.9769 THRU BNY/MIZUHO SECURITIES USA INC CUSIP # 912796BX6 | 299,852.41 | 299,849.00- |
| 03/28/2014 | INTEREST ON 800,000 UNITS UNITED STATES TREASURY BILL DTD 07/25/2013 0% 07/24/2014 CUSIP # 912796BT5 | 186.14 | 0 00 |
| 03/28/2014 | SOLD 800,000 UNITS UNITED STATES TREASURY BILL DTD 07/25/2013 0% 07/24/2014 ON 03/28/2014 AT 99.9853 THRU MLPFS INC/FIXED INCOME CUSIP # 912796BT5 | 799,695.86 | 799,592.00- |
| 03/28/2014 | INTEREST ON 800,000 UNITS UNITED STATES TREASURY BILL DTD 06/27/2013 06/26/2014 CUSIP # 912796BP3 | 84.86 | 0.00 |
| 03/28/2014 | SOLD 800,000 UNITS UNITED STATES TREASURY BILL DTD 06/27/2013 06/26/2014 ON 03/28/2014 AT 99.9906 THRU JP MORGAN CHASE BANK/RBS SECURITIES INC CUSIP # 912796BP3 | 799,840.14 | 799,815.96- |
| 03/28/2014 | PURCHASED 3,449,188.09 SHS REGIONS TRUST CASH SWEEP ON 03/28/2014 AT 1.00 CUSIP # 999990484 | 3,449,188.09- | 3,449,188.09 |
| 03/31/2014 | SOLD 3,000,000 SHS REGIONS TRUST CASH SWEEP ON 03/31/2014 AT 1.00 CUSIP # 999990484 | 3,000,000.00 | 3,000,000.00- |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 23

| Statement Period | 03/01/2014 through 03/31/2014 |
|---|---|
| Account Number | 1046000011 |

## Chronological Schedule Of Transactions

| DATE | DESCRIPTION | CASH | COST |
|---|---|---|---|
| 03/31/2014 | DOMESTIC WIRE TRANSFER TO GARY DYTRYCH & RYAN PA SPECIAL REAL EST IOTA TRUST WIRE TO GARY DYTRYCH & RYAN PA SPECIAL REAL EST IOTA TRUST - RE WESTPORT NURSING TAMPA PER LTR DTD 3/31/14 | 3,000,000.00- | 0.00 |
| 03/31/2014 | ENDING INCOME ACCRUAL | 4.50 | |
| 03/31/2014 | ENDING BALANCE | 4.50 | 1,542,416.97 |

04/02/2014 #51

**REGIONS**

## ACCOUNT STATEMENT

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

Page 24

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Purchases By Broker

| TRADE DATE | SETTLMT DATE | DESCRIPTION | UNITS | COST | COMMISSIONS |
|---|---|---|---|---|---|
| **MORGAN STANLEY** | | | | | |
| **U S TREASURY BILLS** | | | | | |
| | | CUSIP # 912796CF4<br>UNITED STATES TREASURY BILL DTD<br>10/17/2013 10/16/2014 | | | |
| 03/10/2014 | 03/11/2014 | PURCHASED AT 99.9526 | 550,000 | 549,739 03 | 0.00 |
| | | TOTAL | 550,000 | 549,739 03 | 0.00 |
| **TOTAL U S TREASURY BILLS** | | | 550,000 | 549,739.03 | 0.00 |
| **TOTAL MORGAN STANLEY** | | | 550,000 | 549,739.03 | 0 00 |
| **NO BROKER OR BROKER UNKNOWN** | | | | | |
| **SHORT TERM INVESTMENTS** | | | | | |
| | | CUSIP # 999990484<br>REGIONS TRUST CASH SWEEP | | | |
| | | TOTAL ACTIVITY FROM 03/01/2014<br>TO 03/31/2014 | | | |
| | | PURCHASED | 3,971,412.41 | 3,971,412.41 | 0.00 |
| | | TOTAL | 3,971,412.41 | 3,971,412.41 | 0.00 |
| **TOTAL SHORT TERM INVESTMENTS** | | | 3,971,412.41 | 3,971,412.41 | 0.00 |
| **TOTAL NO BROKER OR BROKER UNKNOWN** | | | 3,971,412.41 | 3,971,412.41 | 0.00 |
| **TOTAL PURCHASES** | | | | 4,521,151.44 | 0.00 |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 25

| | Statement Period | 03/01/2014 through 03/31/2014 |
| --- | --- | --- |
| | Account Number | 1046000011 |

## Schedule Of Realized Gains & Losses By Broker

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT /COST BASIS | MKT /COST GAIN/LOSS | COMMISSIONS | EXPENSES |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **MORGAN STANLEY** | | | | | | | |
| **U S TREASURY BILLS** | | | | | | | |
| | | CUSIP # 912796CB3 UNITED STATES TREASURY BILL DTD 09/19/2013 09/18/2014 | | | | | |
| 03/28/2014 | 03/28/2014 | SOLD 550,000 UNITS AT 99.9746 | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 | 0.00 | 0.00 |
| | | **TOTAL 550,000 UNITS** | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 | 0.00 | 0.00 |
| | | **TOTAL U S TREASURY BILLS** | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 | 0.00 | 0.00 |
| | | **TOTAL MORGAN STANLEY** | 549,588.39 | 549,477.50 549,477.50 | 110.89 110.89 | 0.00 | 0.00 |
| **MLPFS INC/FIXED INCOME** | | | | | | | |
| **U S TREASURY BILLS** | | | | | | | |
| | | CUSIP # 912796BT5 UNITED STATES TREASURY BILL DTD 07/25/2013 0% 07/24/2014 | | | | | |
| 03/28/2014 | 03/28/2014 | SOLD 800,000 UNITS AT 99.9853 | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 | 0.00 | 0.00 |
| | | **TOTAL 800,000 UNITS** | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 | 0.00 | 0.00 |
| | | **TOTAL U S TREASURY BILLS** | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 | 0.00 | 0.00 |
| | | **TOTAL MLPFS INC/FIXED INCOME** | 799,695.86 | 799,592.00 799,592.00 | 103.86 103.86 | 0.00 | 0.00 |

04/02/2014 #51

**REGIONS**

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

Page 26

Statement Period: 03/01/2014 through 03/31/2014
Account Number: 1046000011

## Schedule Of Realized Gains & Losses By Broker

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT /COST BASIS | MKT /COST GAIN/LOSS | COMMISSIONS | EXPENSES |
|---|---|---|---|---|---|---|---|
| | | **JP MORGAN CHASE BANK/RBS SECURITIES INC** | | | | | |
| | | **U S TREASURY BILLS** | | | | | |
| | | CUSIP # 912796BP3 UNITED STATES TREASURY BILL DTD 06/27/2013 06/26/2014 | | | | | |
| 03/28/2014 | 03/28/2014 | SOLD 800,000 UNITS AT 99.9906 | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 | 0 00 | 0.00 |
| | | **TOTAL 800,000 UNITS** | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 | 0.00 | 0.00 |
| | | **TOTAL U S TREASURY BILLS** | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 | 0.00 | 0.00 |
| | | **TOTAL JP MORGAN CHASE BANK/RBS SECURITIES INC** | 799,840.14 | 799,815.96 799,815.96 | 24.18 24.18 | 0.00 | 0.00 |
| | | **BNY/MIZUHO SECURITIES USA INC** | | | | | |
| | | **U S TREASURY BILLS** | | | | | |
| | | CUSIP # 912796BX6 UNITED STATES TREASURY BILL DTD 08/22/2013 08/21/2014 | | | | | |
| 03/28/2014 | 03/28/2014 | SOLD 300,000 UNITS AT 99.9769 | 299,852.41 | 299,849.00 299,849.00 | 3.41 3.41 | 0 00 | 0.00 |
| | | **TOTAL 300,000 UNITS** | 299,852.41 | 299,849.00 299,849.00 | 3.41 3.41 | 0.00 | 0.00 |
| | | CUSIP # 912796CF4 UNITED STATES TREASURY BILL DTD 10/17/2013 10/16/2014 | | | | | |
| 03/28/2014 | 03/28/2014 | SOLD 550,000 UNITS AT 99.9691 | 549,808.91 | 549,739.03 549,739.03 | 69.88 69.88 | 0.00 | 0.00 |
| | | **TOTAL 550,000 UNITS** | 549,808.91 | 549,739.03 549,739.03 | 69.88 69.88 | 0.00 | 0.00 |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 27

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Schedule Of Realized Gains & Losses By Broker

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT/COST BASIS | MKT/COST GAIN/LOSS | COMMISSIONS | EXPENSES |
|---|---|---|---|---|---|---|---|
| **TOTAL U S TREASURY BILLS** | | | 849,661.32 | 849,588.03 | 73.29 | 0.00 | 0.00 |
| | | | | 849,588.03 | 73.29 | | |
| **TOTAL BNY/MIZUHO SECURITIES USA INC** | | | 849,661.32 | 849,588.03 | 73.29 | 0.00 | 0.00 |
| | | | | 849,588.03 | 73.29 | | |

**NOMURA SECURITIES / FIX INCOME**

**U S TREASURY BILLS**

CUSIP # 912796DB2
UNITED STATES TREASURY BILL DTD
12/12/2013 12/11/2014

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT/COST BASIS | MKT/COST GAIN/LOSS | COMMISSIONS | EXPENSES |
|---|---|---|---|---|---|---|---|
| 03/28/2014 | 03/28/2014 | SOLD 450,000 UNITS AT 99.9466 | 449,706.44 | 449,647.76 | 58.68 | 0.00 | 0.00 |
| | | | | 449,647.76 | 58.68 | | |
| | | **TOTAL 450,000 UNITS** | 449,706.44 | 449,647.76 | 58.68 | 0.00 | 0.00 |
| | | | | 449,647.76 | 58.68 | | |
| **TOTAL U S TREASURY BILLS** | | | 449,706.44 | 449,647.76 | 58.68 | 0.00 | 0.00 |
| | | | | 449,647.76 | 58.68 | | |
| **TOTAL NOMURA SECURITIES / FIX INCOME** | | | 449,706.44 | 449,647.76 | 58.68 | 0.00 | 0.00 |
| | | | | 449,647.76 | 58.68 | | |

**NO BROKER OR BROKER UNKNOWN**

**SHORT TERM INVESTMENTS**

CUSIP # 999990484
REGIONS TRUST CASH SWEEP

TOTAL ACTIVITY FROM 03/01/2014
TO 03/31/2014

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT/COST BASIS | MKT/COST GAIN/LOSS | COMMISSIONS | EXPENSES |
|---|---|---|---|---|---|---|---|
| | | SOLD | 3,549,739.03 | 3,549,739.03 | | 0.00 | 0.00 |
| | | | | 3,549,739.03 | | | |
| | | **TOTAL 3,549,739.03 SHS** | 3,549,739.03 | 3,549,739.03 | 0.00 | 0.00 | 0.00 |
| | | | | 3,549,739.03 | 0.00 | | |
| **TOTAL SHORT TERM INVESTMENTS** | | | 3,549,739.03 | 3,549,739.03 | 0.00 | 0.00 | 0.00 |
| | | | | 3,549,739.03 | 0.00 | | |

04/02/2014 #51

## ▲▲ REGIONS®

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Statement Period        03/01/2014 through 03/31/2014
Account Number          1046000011

## Schedule Of Realized Gains & Losses By Broker

| TRADE DATE | SETTLMT DATE | DESCRIPTION | PROCEEDS | MKT/COST BASIS | MKT/COST GAIN/LOSS | COMMISSIONS | EXPENSES |
|---|---|---|---|---|---|---|---|
| **U S TREASURY BILLS** | | | | | | | |
| | | CUSIP # 912796AW9 UNITED STATES TREASURY BILL DTD 03/07/2013 03/06/2014 | | | | | |
| 03/06/2014 | 03/06/2014 | MATURED 500,000 UNITS | 499,833.33 | 499,833.33 499,833.33 | | 0.00 | 0.00 |
| | | **TOTAL 500,000 UNITS** | 499,833.33 | 499,833.33 499,833.33 | 0.00 0.00 | 0.00 | 0.00 |
| | | **TOTAL U S TREASURY BILLS** | 499,833.33 | 499,833.33 499,833.33 | 0.00 0.00 | 0.00 | 0.00 |
| | | **TOTAL NO BROKER OR BROKER UNKNOWN** | 4,049,572.36 | 4,049,572.36 4,049,572.36 | 0.00 0.00 | 0.00 | 0.00 |
| | | **TOTAL REALIZED GAINS & LOSSES** | 7,498,064.51 | 7,497,693.61 7,497,693.61 | 370.90 370.90 | 0.00 | 0.00 |

04/02/2014 #51



**REGIONS BANK**
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

# ACCOUNT STATEMENT

Page 29

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

## Asset Summary As Of 03/31/2014

| DESCRIPTION | MARKET VALUE | COST | % OF PORT | ACCRUED INCOME |
|---|---|---|---|---|
| SHORT TERM INVESTMENTS | 542,719 42 | 542,719 42 | 35 | 4.50 |
| U S TREASURY BILLS | 999,975.50 | 999,697.55 | 65 | 0.00 |
| TOTAL INVESTMENTS | 1,542,694.92 | 1,542,416.97 | | 4.50 |
| CASH | 0.00 | | | |
| DUE FROM BROKER | 0.00 | | | |
| DUE TO BROKER | 0.00 | | | |
| ACCRUED INCOME | 4.50 | | | |
| TOTAL MARKET VALUE | 1,542,699.42 | | | |

## Ending Asset Allocation



| | | | |
|---|---|---|---|
| 35.2% | | SHORT TERM INVESTMENTS | 542,719.42 |
| 64.8% | | U S TREASURY BILLS | 999,975.50 |
| 100.0% | | Total | 1,542,694.92 |

0300722-0012843

04/02/2014 #51

**▲ REGIONS**

## ACCOUNT STATEMENT

REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

Page 30

Statement Period     03/01/2014 through 03/31/2014
Account Number     1046000011

## Asset Detail As Of 03/31/2014

| UNITS/BOOK VALUE | DESCRIPTION | MARKET VALUE | COST | % OF PORT | ACCRUED INCOME |
|---|---|---|---|---|---|
| | SHORT TERM INVESTMENTS | | | | |
| 542,719.42 | CUSIP # 999990484 REGIONS TRUST CASH SWEEP | 542,719.42 | 542,719 42 | 35 | 4 50 |
| | | 542,719.42 | 542,719.42 | 35 | 4.50 |
| | U S TREASURY BILLS | | | | |
| 550,000 | CUSIP # 912796CJ6 UNITED STATES TREASURY BILL DTD 10/17/2013 04/24/2014 | 549,989.00 | 549,788 92 | 36 | 0 00 |
| 450,000 | CUSIP # 912796CK3 UNITED STATES TREASURY BILL DTD 11/07/2013 05/08/2014 | 449,986.50 | 449,908.63 | 29 | 0.00 |
| | | 999,975.50 | 999,697.55 | 65 | 0.00 |
| | TOTAL INVESTMENTS | 1,542,694.92 | | | |
| | CASH | 0.00 | | | |
| | DUE FROM BROKER | 0.00 | | | |
| | DUE TO BROKER | 0.00 | | | |
| | NET ASSETS | 1,542,694.92 | | | |
| | ACCRUED INCOME | 4.50 | | | |
| | TOTAL MARKET VALUE | 1,542,699.42 | | | |

04/02/2014 #51



REGIONS BANK
WESTPORT HOLDINGS TAMPA LIMITED
PARTNERSHIP UNIVERSITY VILLAGE
MINIMUM LIQUID RESERVE ESCROW

## ACCOUNT STATEMENT

| | |
|---|---|
| Statement Period | 03/01/2014 through 03/31/2014 |
| Account Number | 1046000011 |

**IMPORTANT INFORMATION FOR REGIONS CORPORATE TRUST CUSTOMERS:**

INVESTMENT AND INSURANCE PRODUCTS: ARE NOT FDIC INSURED, ARE NOT A DEPOSIT, ARE NOT BANK GUARANTEED, ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY, MAY GO DOWN IN VALUE, AND ARE NOT A CONDITION OF ANY BANKING ACTIVITY.

FOR MORE DETAILED INFORMATION REGARDING FEES, PLEASE CONSULT THE FUND PROSPECTUS OR CONTACT YOUR ADMINISTRATOR.

**IMPORTANT DISCLOSURE INFORMATION FOR ALL FLORIDA ACCOUNTS:**

AN ACTION FOR BREACH OF TRUST BASED ON MATTERS DISCLOSED IN A TRUST ACCOUNTING OR OTHER WRITTEN REPORT OF THE TRUSTEE MAY BE SUBJECT TO A SIX MONTH STATUTE OF LIMITATIONS FROM THE RECEIPT OF THE TRUST ACCOUNTING OR OTHER WRITTEN REPORT. IF YOU HAVE QUESTIONS, PLEASE CONSULT YOUR ATTORNEY.