# University Village

## 2014 Financial Statement Audit Plan

## February 2015



CliftonLarsonAllen

cliftonlarsonallen.com



©2013 CliftonLarsonAllen LLP

PLAINTIFF'S
EXHIBIT
296

CLA-000306

# Agenda

- Our Client Service Commitment
- Your Team
- Deliverables
- Engagement Timing
- Current Year Update
- Areas of Audit Emphasis
- Accounting and Auditing developments

©2013 CliftonLarsonAllen LLP

CliftonLarsonAllen

CLA-000307

# Our Client Service Commitment

©2013 CliftonLarsonAllen LLP

- The right team
  - Visible executive involvement
  - Industry focused
- Timely delivery of deliverables
- Timely communications
- Timely resolution of technical accounting matters



CliftonLarsonAllen

CLA-000308

# Your Team

©2013 CliftonLarsonAllen LLP

| Engagement Team Member | Responsibility | Years of Industry Experience | Contact |
|---|---|---|---|
| Gregg Hathorne | Healthcare Partner - Audit and Primary Advisor | 15 | (407) 802-1297 Gregory.hathorne@claconnect.com |
| Erroll Fielding | Engagement In-Charge | 20 | (407) 802-1209 Erroll.fielding@claconnect.com |
| Melissa Young | Healthcare Senior – Audit | 4 | (407) 802-1224 Melissa.young@claconnect.com |
| Ali Gulzarri | Healthcare Staff – Audit | 1 | (407) 802-1268 Ali.gulzarrri@claconnect.com |
|  |  |  |  |


CliftonLarsonAllen

CLA-000309

# Deliverables

©2013 CliftonLarsonAllen LLP

| Opinions | Ø Express an opinion on the financial statements of: University Village |
|---|---|
| Internal control communications | Ø Issue a written communication to management and the audit committee describing significant deficiencies and material weaknesses identified during our audit<br><br>Ø Issue a management letter that provides our recommendations regarding internal controls and opportunities for improvement or efficiency, based on observations made during the course of our audit |
| Other | Ø Tax Returns<br>Ø Cost Reports |



CLA-000310

# Deliverables

©2013 CliftonLarsonAllen LLP

| Activity | Timing |
| --- | --- |
| **Planning and Preliminary Procedures** | |
| Planning Meeting | 2/16/2015 |
| Present Audit Plan to Governance | 12/3/2014 |
| Planning and Preliminary Procedures | 2/16/2015 |
| **Year End Procedures** | |
| Year End Fieldwork | 4/6/2015 |
| Prelim Draft | 4/20/2015 |
| Deliver Final Draft of Financial Statements | TBD |
| Present Audit Results to Governance | TBD |



CLA-000311

# Current Year Update

- Changes in business

- Changes in key personnel and systems (e.g., software conversion)

- Interim results

- Acquisitions/dispositions

- Other significant transactions (e.g., joint ventures, debt transactions, investment transactions, etc.)

©2013 CliftonLarsonAllen LLP

CliftonLarsonAllen

CLA-000312

# Areas of Audit Emphasis

©2013 CliftonLarsonAllen LLP

- Internal controls
- Revenue recognition
- Cash and Investments
- Debt and compliance with related covenants
- Deferred Revenue
- Contributions

CliftonLarsonAllen

CLA-000313

# Accounting and Auditing Developments

Accounting Standards Updates

- Financial Accounting Standards Board
  - ASU 2012-01 issued July 2012: Health Care Entities (Topic 954), Continuing Care Retirement Communities – Refundable Advance Fees (Effective for public entities for FY beginning after December 15, 2012. For nonpublic entities for FY beginning after December 15, 2013. Early adoption is permitted).
  - ASU 2012-02 issued July 2012: Intangibles – Goodwill and Other (Topic 350), Testing of Indefinite-Lived Intangible Assets for Impairment (Effective for FY beginning after September 15, 2012. Early adoption is permitted).

©2013 CliftonLarsonAllen LLP



CLA-000314

©2013 CliftonLarsonAllen LLP

# Accounting and Auditing Developments

## Proposed Updates to Accounting Standards

- Joint FASB/IASB Projects
  - Leases (Expect Exposure Draft in 4th Quarter of 2012)
  - Revenue Recognition (Expect Final Document in 1st Half of 2013)
  - Consolidation: Policy and Procedures (Expect Final Document in 1st Half of 2013)

- FASB Projects
  - Liabilities (Topic 405): Obligations Resulting from Joint and Several Liability Agreements (an EITF project) (Comment deadline September 20, 2012)
  - Not-for-Profit Entities (Topic 958): Personnel Services Received from an Affiliate for Which the Affiliate Does Not Seek Compensation (an EITF project) (Comment deadline September 20, 2012)
  - Going Concern (Expect Exposure Draft in 4th Quarter 2012)
  - Disclosure Framework (Comment period ends in 4th Quarter 2012)
  - Not-for-Profit Financial Reporting: Financial Statements (Board to begin deliberating on the project in September 2012)



CLA-000315

# Notes

©2013 CliftonLarsonAllen LLP

CliftonLarsonAllen

CLA-000316