**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES
DBA: UNIVERSITY VILLAGE**

**COMBINED FINANCIAL STATEMENTS**

**DECEMBER 31, 2014**



PLAINTIFF'S
EXHIBIT

301

CLA-000064

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**TABLE OF CONTENTS**
**DECEMBER 31, 2014**

| | |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| COMBINED FINANCIAL STATEMENTS | |
| COMBINED BALANCE SHEET | 3 |
| COMBINED STATEMENT OF OPERATIONS | 4 |
| COMBINED STATEMENT OF CHANGES IN PARTNERS' CAPITAL | 5 |
| COMBINED STATEMENT OF CASH FLOWS | 6 |
| NOTES TO COMBINED FINANCIAL STATEMENTS | 7 |
| SUPPLEMENTARY INFORMATION | |
| COMBINING BALANCE SHEET | 24 |
| COMBINING STATEMENT OF OPERATIONS | 26 |

CLA-000065



CliftonLarsonAllen LLP
CLAconnect.com

## INDEPENDENT AUDITORS' REPORT

Board of Directors
Westport Holdings Tampa, Limited Company and Affiliates
d/b/a: University Village
Tampa, Florida

### Report on the Financial Statements

We were engaged to audit the accompanying combined financial statements of Westport Holdings, Tampa, Limited Company and Affiliates dba: University Village, which comprise the combined balance sheet as of December 31, 2014, and the related combined statements of operations, changes in partners' capital, and cash flows for the nine-month period then ended, and the related notes to the combined financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these combined financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibility*

Our responsibility is to express an opinion on these combined financial statements based on conducting the audit in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### *Basis for Disclaimer of Opinion*

The accompanying financial statements have been prepared assuming that the Company would be able to continue as a going concern. As discussed in Notes 13 and 14 to the financial statements, the Company is currently involved in a mediation process with the Florida Office of Insurance Regulation over certain compliance with state regulations. The uncertainty of the outcome of this mediation raises substantial doubt about the Company's ability to continue as a going concern. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

### Disclaimer of Opinion

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on the financial statements referred to in the first paragraph.



An independent member of Nexia International

(1)

CLA-000066

Board of Directors
Westport Holdings Tampa, Limited Partnership and Affiliates
dba: University Village

**Disclaimer of Opinion on Supplementary Information**

We were engaged to audit the combined financial statements of Westport Holdings, Tampa Limited Company and Affiliates dba: University Village as of and for the Period ended December 31, 2014, which disclaimed an opinion on those financial statements. Our audit was conducted for the purpose of forming an opinion on the combined financial statements as a whole. The combining balance sheet and combining statement of operations and comprehensive income (loss), which is the responsibility of management, are presented for purposes of additional analysis and is not a required part of the financial statements. Such information has not been subjected to the auditing procedures applied in the audit of the financial statements, and, accordingly, we do not express an opinion or provide any assurance on it.

**CliftonLarsonAllen LLP**

Tampa, Florida
Report Date

(2)

CLA-000067

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINED BALANCE SHEET**
**DECEMBER 31, 2014**

| ASSETS | |
|---|---:|
| **CURRENT ASSETS** | |
| Cash and Cash Equivalents | $ 22,526 |
| Restricted Cash | 243,830 |
| Assets Limited as to Use | 196,779 |
| Accounts Receivable, Net | 686,850 |
| Prepaid Expenses and Other Current Assets | 189,852 |
| Inventory | 114,102 |
| Due from Related Parties | 1,939,098 |
| Total Current Assets | 3,393,037 |
| **PROPERTY AND EQUIPMENT, Net** | 33,339,412 |
| **OTHER ASSETS** | |
| Assets Limited as to Use, Less Current Portion | 5,366,328 |
| Goodwill | 39,046,276 |
| Deferred Finance Costs | 517,534 |
| Deposits | 119,070 |
| Total Other Assets | 45,049,208 |
| Total Assets | $ 81,781,657 |

| LIABILITIES AND PARTNERS' CAPITAL | |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable and Accrued Expenses | $ 1,538,702 |
| Accrued Employee Compensation and Benefits | 610,456 |
| Due to Affiliates | 35,886 |
| Waiting List Deposits | 8,550 |
| Refundable Entrance Fees Payable | 1,236,041 |
| Current Maturities of Personal Income Protection Program Deposits | 3,960,134 |
| Current Maturities of Long-Term Debt | 502,591 |
| Total Current Liabilities | 7,892,360 |
| **LONG-TERM LIABILITIES** | |
| Long-Term Debt, Less Current Maturities | 23,774,009 |
| Deferred Revenue from Entrance Fees | 17,737,884 |
| Refundable Entrance Fees | 27,028,677 |
| Personal Income Protection Program Deposits, Less Current Maturities | 3,884,700 |
| Total Long-Term Liabilities | 72,425,270 |
| Total Liabilities | 80,317,630 |
| **PARTNERS' CAPITAL** | |
| Capital Contributions | 3,768,442 |
| Accumulated Deficit | (2,304,415) |
| Total Partners' Capital | 1,464,027 |
| Total Liabilities and Partners' Capital | $ 81,781,657 |

*See accompanying Notes to Combined Financial Statements.*

(3)

CLA-000068

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINED STATEMENT OF OPERATIONS**
**NINE-MONTH PERIOD ENDED DECEMBER 31, 2014**

| | |
|---|---:|
| **REVENUES** | |
| Monthly Service Fees | $ 7,074,624 |
| Rental Income | 743,270 |
| Earned Entrance Fees | 2,021,483 |
| Lease Income | 1,333,333 |
| Investment Income | 9,558 |
| Other Income | 452,044 |
| Total Revenues | 11,634,312 |
| | |
| **EXPENSES** | |
| Medical Care | 532,656 |
| General and Administrative | 2,452,901 |
| Dining Service | 1,408,217 |
| Plant Operations | 1,966,016 |
| Laundry and Housekeeping | 481,973 |
| Other Resident Care | 492,688 |
| Management Fees | 323,119 |
| Personal Income Protection Program Discounts | 241,624 |
| Marketing | 751,508 |
| Total Expenses | 8,650,702 |
| | |
| **TOTAL OPERATING INCOME BEFORE OTHER INCOME (EXPENSE)** | 2,983,610 |
| | |
| **OTHER INCOME (EXPENSE)** | |
| Depreciation | (1,023,975) |
| Amortization Deferred Loan Costs | (394,735) |
| Amortization of Goodwill | (3,165,914) |
| Interest Expense | (1,315,617) |
| Gain on Transactions | 585,561 |
| Gain on Sale of Assets | 26,655 |
| Total Other Income (Expense) | (5,288,025) |
| | |
| **NET LOSS** | $ (2,304,415) |

*See accompanying Notes to Combined Financial Statements.*

(4)

CLA-000069

# WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES
## DBA: UNIVERSITY VILLAGE
### COMBINED STATEMENT OF CHANGES IN PARTNERS' CAPITAL
### NINE-MONTH PERIOD ENDED DECEMBER 31, 2014

| | Capital Contributions | Accumulated Deficit | Total Partners' Capital (Deficit) |
|---|---|---|---|
| BALANCE - March 31, 2014 | $ 4,068,186 | $ - | $ 4,068,186 |
| Return of Capital | (299,744) | - | (299,744) |
| Net Loss | - | (2,304,415) | (2,304,415) |
| BALANCE - DECEMBER 31, 2014 | $ 3,768,442 | $(2,304,415) | $ 1,464,027 |

*See accompanying Notes to Combined Financial Statements.*

(5)

CLA-000070

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINED STATEMENT OF CASH FLOWS**
**NINE-MONTH PERIOD ENDED DECEMBER 31, 2014**

| | |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net Loss | $ (2,304,415) |
| Adjustments to Reconcile Change in Net Loss to Net | |
| Cash Provided by Operating Activities: | |
| Depreciation | 1,023,975 |
| Amortization of Deferred Loan Cost | 394,735 |
| Amortization of Goodwill | 3,165,914 |
| Other Operating Expenses | - |
| Gain on Sale of Assets | (26,655) |
| Increase (Decrease) in Assets: | |
| Restricted Cash | (89,090) |
| Accounts Receivable, Net | 137,936 |
| Prepaid Expenses and Other Current Assets | (143,329) |
| Inventory | (64,886) |
| Increase (Decrease) in Liabilities: | |
| Accounts Payable and Accrued Expenses | 1,133,306 |
| Accrued Employee Compensation and Benefits | 165,328 |
| Waiting List Deposits | (43,000) |
| Earned Entrance Fees | 1,900,055 |
| Net Cash Provided by Operating Activities | 5,249,874 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Decrease in assets whose use is limited, net | 729,593 |
| Proceeds from sale of equipment | 355,404 |
| Purchases of Property and Equipment | (1,310,363) |
| Net Cash Used by Investing Activities | (225,366) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Deferred Financing Costs | (912,269) |
| Proceeds from Affiliates | (499,368) |
| Advances to Related Parties | (1,939,098) |
| Capital Distributions | (299,744) |
| Long-Term Debt, Net | (318,758) |
| Refundable Entrance Fees, Net | (557,993) |
| Personal Income Protection Program Deposits, Net | (1,260,829) |
| Net Cash Used by Financing Activities | (5,788,059) |
| **DECREASE IN CASH AND CASH EQUIVALENTS** | (763,551) |
| Cash and Cash Equivalents - Beginning of Period | 786,077 |
| **CASH AND CASH EQUIVALENTS - END OF PERIOD** | $ 22,526 |
| | |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** | |
| | |
| Cash Paid for Interest | $ 1,315,617 |
| | |
| **SUPPLEMENTAL DISCLOSURE OF NON-CASH FINANCING ACTIVITIES** | |
| | |
| Gain on Transactions | $ 585,561 |

*See accompanying Notes to Combined Financial Statements.*

(6)

CLA-000071

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 1   ORGANIZATION**

Westport Holdings Tampa, LP, was organized in Delaware and registered to transact business in the State of Florida in October 2000, merged on December 31, 2000 with Westport Housing Tampa, L.L.C., a limited liability company originally incorporated in the State of Florida in July 1999. Westport Holdings Tampa, Limited Company is the surviving business entity. Westport Holdings Tampa II, Limited Company (the Villas), was organized in Delaware and registered to transact business in the State of Florida in October 2000. Westport Nursing Tampa, L.L.C. was incorporated in the State of Florida in January 1999. Collectively, the three affiliated companies are known as "the Company."

Prior to March 31, 2014, Westport Holdings University Village, L.L.C. was the sole general partner of Westport Holdings Tampa, Limited Company. Westport Senior Living Investment Fund, L.P. (the Fund) was the sole limited partner of Westport Holdings Tampa, Limited Company and the sole member of Westport Holdings University Village, L.L.C. Westport Nursing Tampa, L.L.C. was a wholly owned subsidiary of Westport Holdings Tampa, Limited Company.  Westport Holdings Tampa II, Limited Company was an affiliate for which the Company was the primary beneficiary.  On March 31, 2014, BVM University Village purchased the membership in the entities (See Note 3 for details of the acquisition).

The Company owns and operates an independent living facility under the name University Village (the Village), containing 446 apartments in Tampa, Florida. The Company operates under the "continuing care" concept (CCRC) in which residents enter into a residency and care agreement which requires payment of one time entrance fee (either prospective or deferred) and a monthly service fee. Generally, payment of these fees entitles residents to the use and privileges of the Village for life. The residency and care agreement does not entitle the residents to an interest in the real estate or any property owned by the Company. The Villas is developing 60 villa units and a community clubhouse on approximately 11 acres adjacent to the Village.  At December 31, 2014, 46 villa units had been completed. The completed units are operated as additional residences for the Village's CCRC.

Westport Nursing Tampa, L.L.C. (Nursing) owns a health center within the Village, which consists of a 120 bed skilled nursing facility and a 110 unit assisted living facility. Effective March 31, 2014, the Company leased the skilled nursing center assisted living facility and related assets to a non-related Florida not-for-profit corporation under a lease agreement with an original expiration date of March 31, 2029.

(7)

CLA-000072

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 2    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

### Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements. Estimates also affect the reported amounts of revenues and expenditures during the fiscal year. Actual results could differ from those estimates.

### Principles of Combination

These combined financial statements include the accounts of the Company. All significant intercompany transactions and balances have been eliminated from these combined financial statements.

### Cash and Cash Equivalents

Cash and cash equivalents include investments in highly liquid debt instruments with original maturities of three months or less. Restricted cash consists of escrow accounts representing waiting list deposits restricted as to use, and deposits held in escrow for seven days after receipt, as required by Florida Statutes.

### Accounts Receivable

The accounts receivable arise in the normal course of business. It is the policy of management to review the outstanding accounts receivable on a monthly basis and at year-end, as well as bad debt write-offs experienced in prior years, and establish an allowance for doubtful accounts for amounts estimated to be uncollectible.

### Inventory

Inventory is stated at the lower of cost or market determined on the first-in, first-out method.

### Assets Limited as to Use

Assets limited as to use are investments held in escrow in accordance with Florida Statues requiring maintenance of minimum liquid reserve funds as a condition of the Company's Certificate of Authority. Assets limited as to use consist of debt securities and cash equivalents and are stated at fair value in the combined balance sheets. Fair value is determined using the quoted closing or latest bid prices. The Company considers all assets limited as to use to be available-for-sale. Interest and dividends are included in investment income as they are earned. Realized gains and losses and decreases in asset value, judged to be other than temporary, are also included in investment income. Realized gains and losses are calculated based on cost, using the specific identification method.  Other assets limited as to use include cash reserves designated specifically for debt reserve requirements.  Unrealized gains and losses on investments are recorded as an adjustment to partners' capital.

CLA-000073

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 2   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)**

**Property and Equipment**

Property and equipment is stated at the fair market value on the date of acquisition, as described in Note 3. Additions and betterments that extend the life of an asset are capitalized based on historical cost. Maintenance and repair expenditures are expensed as incurred.  Depreciation expense is computed using the following estimated useful lives:

|  | Estimated Useful Life |
|---|---|
| Buildings and Improvements | 10 - 40 Years |
| Furniture and Equipment | 5 - 10 Years |
| Vehicles | 3 - 5 Years |

The Company computes depreciation on all assets using the straight-line method. The Company assesses and recognizes its long-lived assets for impairment in accordance with GAAP with respect to *Accounting for the Impairment or Disposal of Long-Lived Assets* which requires a three step approach as follows: 1) consider whether indicators of impairment of long-lived assets are present; 2) if indicators of impairment are present, determine whether the sum of the estimated future cash flows attributable to the assets in question is less than their carrying amounts; and 3) if less, recognize an impairment loss based on the excess of the carrying amounts of the assets over their respective fair values.

**Deferred Financing Costs**

Deferred financing costs are amortized using the effective interest method over the terms of the related financing agreement. Amortization expense was approximately $395,000 for the nine-month period ended December 31, 2014. Unamortized deferred financing costs as of December 31, 2014 approximated $518,000 and are included in deferred financing costs, net in the accompanying combined balance sheet.

**Residency and Care Agreements**

The Company operates under residency and care agreements (Resident Contracts) that include payment of an entrance fee at time of occupancy with a portion of the fee refundable at termination.

(9)

CLA-000074

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 2    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)**

**Goodwill and Intangible Assets**

Goodwill is recognized as a result of a business combination when the price paid for the acquired business exceeds the fair value of its identified net assets. Goodwill and intangibles are amortized over their respective estimated useful lives (goodwill has a useful life of 10 years) in accordance with Financial Accounting Standards Board (FASB) Accounting Standards Update No. 2014-02, Intangibles – Goodwill and Other (Topic 350). Impairment testing on its existing goodwill will be performed when an event or circumstance indicates that the fair value of the Company may be less than its carrying amount. See Note 7.

**Deferred Revenue from Entrance Fees and Refundable Entrance Fees**

The Company accounts for the nonrefundable portion of entrance fees related to the sale of certain residency and care agreements (Resident Contracts) as deferred revenue from entrance fees. Income from these fees is recognized over the estimated remaining life expectancy of each resident, with the life expectancy reevaluated annually, and amortization calculated monthly on the remaining unamortized portion of the nonrefundable entrance fee. See Note 17. The refundable portion is accounted for as refundable entrance fees and is not amortized. Refundable entrance fees are required to be refunded within 120 days of Resident Contract termination. If the Resident Contract is terminated during the first 3-28 months after move-in, depending on the Resident Contract, the refund may be higher. Various forms of contracts have been implemented which allows for 0%, 20%, 30%, 40%, 50%, 75% and 90% refund options. Subsequent to contract termination, payments of refunds are charged against resident's refundable entrance fee. The unamortized portion of the resident's nonrefundable entrance fee is included in earned entrance fees at contract termination. Contractual refund obligations related to all types of Resident Contracts, if all contracts were terminated at the balance sheet date, were approximately $36,900,000 at December 31, 2014. The Company allows residents to borrow against the Company's contractual refund obligations to pay for healthcare services. At December 31, 2014, approximately $3,700,000 had been borrowed against all types of Resident Contracts.

**Personal Income Protection Deposits**

Residents may participate in the Personal Income Protection Program (PIPP) whereby a refundable deposit is paid to the Company for a reduction in their monthly service fees ranging from approximately 3.5% - 4.25%. For the period ended December 31, 2014, the reduction in monthly service fees for PIPP participants was approximately $240,000.

(10)

CLA-000075

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 2    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)**

Obligation to Provide Future Services and the Use of Facilities

The Company calculates the present value of the net cost of future services and the use of facilities to be provided to current residents and compares that amount with the balance of deferred revenue from entrance fees annually. If the present value of the net cost of future services and the use of facilities exceeds the deferred revenue from entrance fees, a liability is recorded (an obligation to provide future services and the use of facilities) with a corresponding charge to income. The obligation has been discounted using a rate of 4.0% for the period ended December 31, 2014. No liability has been recorded at December 31, 2014 because the present value of the net cost of future services and the use of facilities is less than deferred revenue from entrance fees.

Marketing Costs

The Company's marketing costs represent advertising, promotions and sale costs that are expensed when incurred.   Marketing costs for the nine-month period ended December 31, 2014 were approximately $752,000.

Waiting List Deposits

Waiting list deposits primarily represent refundable amounts received from prospective residents.

Income Taxes

Under the provisions of the Internal Revenue Code and applicable state tax laws, the Company is not subject to taxation of income. The tax consequences of Company's profits and losses accrue to its partners.

Management has assessed its tax positions for the nine-month period ended December 31, 2014 and determined there are no uncertain tax positions to be recognized. The Company is generally no longer subject to U.S. federal, state and local examinations by tax authorities for years before 2011. Management continually evaluates expiring statutes of limitations, audits, proposed settlements, changes in tax law and new authoritative rulings.

CLA-000076

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

### NOTE 2    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### Fair Value Measurements

Fair value measurements apply to reported balances that are required or permitted to be measured at fair value under an existing accounting pronouncement. The Company emphasizes that fair value is a market-based measurement, not an entity-specific measurement. Therefore, a fair value measurement should be determined based on the assumptions that market participants would use in pricing the asset or liability and establishes a fair value hierarchy. The fair value hierarchy consists of three levels of inputs that may be used to measure fair value as follows:

*Level 1* – Inputs that utilize quoted prices (unadjusted) in active markets for identical assets or liabilities that the Company has the ability to access.

*Level 2* – Inputs that include quoted prices for similar assets and liabilities in active markets and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument. Fair values for these instruments are estimated using pricing models, quoted prices of securities with similar characteristics, or discounted cash flows.

*Level 3* – Inputs that are unobservable inputs for the asset or liability, which are typically based on an entity's own assumptions, as there is little, if any, related market activity.

In instances where the determination of the fair value measurement is based on inputs from different levels of the fair value hierarchy, the level in the fair value hierarchy within which the entire fair value measurement falls is based on the lowest level input that is significant to the fair value measurement in its entirety.

### NOTE 3    ACQUISITION

On March 31, 2014, BVM University Village, LLC purchased a 99% limited Company interest in Westport Holdings Tampa I, L.P., Westport Holdings Tampa II, L.P. and Westport Nursing Tampa, LLC. Immediately subsequent to the transaction on March 31, 2014, BVM University Village, LLC transferred 59.4% of their limited Company interest to 3 non-related parties (the "Acquisition").

The Acquisition was accounted for as a business combination, which requires the total purchase price be allocated to the assets acquired and the liabilities assumed based upon their fair values at the acquisition date.

CLA-000077

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

## NOTE 3   ACQUISITION (CONTINUED)

The purchase price paid by BVM University Village, LLC plus related purchase accounting adjustments, have been "pushed down" to the Company's, causing the Company's assets and liabilities to be revalued.  The allocation of the purchase price is based upon valuation data and the Company's estimates and assumptions.

The following table summarizes the Company's allocation of the purchase price based upon estimates of fair value of assets acquired and liabilities assumed as of March 31, 2014:

| Purchase Price: | |
|---|---:|
| Cash | $   2,500,000 |
| Notes Payable to Seller | 24,500,000 |
| | $   27,000,000 |
| | |
| **Recognized Amounts of Identifiable Assets Acquired** | |
| **and Liabilities Assumed** | |
| Cash and Cash Equivalents | $   786,077 |
| Restricted Cash | 154,740 |
| Accounts Receivable | 824,786 |
| Prepaid Expenses and Other Current Assets | 46,523 |
| Inventory | 49,216 |
| Land, Building and Equipment | 33,381,773 |
| Assets Limited as to Use | 6,292,700 |
| Deposits | 119,070 |
| Accounts Payable and Accrued Expenses | (405,396) |
| Accrued Employee Compensation and Benefits | (445,128) |
| Due to Affiliates | (535,254) |
| Waiting List Deposits | (51,550) |
| Long-Term Debt | (95,358) |
| Deferred Revenue from Entrance Fees | (15,837,829) |
| Refundable Entrance Fees | (28,822,711) |
| Personal Income Protection Program Deposits | (9,105,663) |
| Capital Contribution | (1,568,186) |
| Total Identified Net Assets | $   (15,212,190) |
| | |
| **Goodwill** | $   42,212,190 |

CLA-000078

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 4    PROPERTY AND EQUIPMENT**

Property and equipment, net consists of the following at December 31, 2014:

| | Westport Holdings Tampa, L.P. (Village) | Westport Nursing Tampa LLC (Nursing) | Combined Total |
|---|---|---|---|
| Land and Improvements | $   3,123,022 | $      548,523 | $   3,671,545 |
| Buildings and Improvements | 13,894,056 | 12,491,477 | 26,385,533 |
| Furniture and Equipment | 3,087,466 | 460,000 | 3,547,466 |
| Vehicles | 48,894 | - | 48,894 |
| Construction in Progress | 683,294 | - | 683,294 |
| Subtotal | 20,836,732 | 13,500,000 | 34,336,732 |
| Less: Accumulated Depreciation | (694,105) | (303,215) | (997,320) |
| Total Property and Equipment, Net | $ 20,142,627 | $ 13,196,785 | $ 33,339,412 |

Depreciation expense for the nine-month period ended December 31, 2014 was $720,760 and $303,215 for the Village and Nursing, respectively.

**NOTE 5    INVESTMENTS AND ASSETS LIMITED AS TO USE**

Investments are stated at fair value. The composition of investments and assets limited as to use is set forth in the following table as of December 31, 2014:

| | |
|---|---|
| Cash and Cash Equivalents | $   3,663,201 |
| U.S. Treasury Obligations | 1,899,906 |
| Total | $   5,563,107 |

(14)

CLA-000079

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 5   INVESTMENTS AND ASSETS LIMITED AS TO USE (CONTINUED)**

Assets limited as to use are held under the following limitations as of December 31, 2014:

| Description | |
| --- | --- |
| Assets held in escrow under State of Florida Statutes as a condition of the Obligated Group's Certificate of Authority (Minimum Liquid Reserve Fund) | $   1,979,626 |
| Assets held in escrow under Loan Agreement for the payment of costs of operating, repairing, or expanding the Facility (Capital Reserve Fund) | 381,046 |
| Assets held in escrow under Loan Agreement for the payment of principal and accrued interest (Debt Service Reserve Fund) | 3,005,656 |
| Assets held in escrow under Loan Agreement for the payment of real estate taxes (Real Estate Tax Fund) | 196,779 |
| Subtotal | $   5,563,107 |

**NOTE 6   FAIR VALUE MEASUREMENTS**

The Organization uses fair value measurements to record fair value adjustments to certain assets and liabilities and to determine fair value disclosures. For additional information on how the Organization measures fair value refer to Note 2 – Summary of Significant Accounting Policies.

The following table presents the fair value hierarchy for the balances of financial assets and liabilities of the Organization measured at fair value on a recurring basis as of December 31, 2014:

| | Level 1 | Level 2 | Level 3 | Total |
| --- | --- | --- | --- | --- |
| **Investments and Assets Limited as to Use:** | | | | |
| Cash and Cash Equivalents | $   3,663,201 | $          - | $          - | $ 3,663,201 |
| U.S. Government Obligations | 1,899,906 | - | - | 1,899,906 |
| | $   5,563,107 | $          - | $          - | $ 5,563,107 |

(15)

CLA-000080

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 6   FAIR VALUE MEASUREMENTS (CONTINUED)**

**Valuation Techniques**

Securities included in Level 1 were valued using readily available market quotations in active markets. The fair values of money market funds were determined through the use of quoted market prices, or $1, which is generally the net asset value of these funds. The Organization does not have any securities that are valued using Level 2 or Level 3 inputs.

**Other Financial Instruments**

The fair value of certain of the Organization's financial instruments that are not measured at fair value, including cash, patient accounts receivable, and accounts payable approximated the carrying amount because of the short-term nature of these instruments. The fair value of the Obligated Group's debt is based on quoted market prices, if available, or estimated using quoted market prices for similar securities.

**NOTE 7   GOODWILL**

Summary of the changes in goodwill:

| | | |
|---|---|---|
| Beginning Goodwill | $ | 42,212,190 |
| Amortization on Goodwill During the Year | | (3,165,914) |
| Balance at December 31, 2014 | $ | 39,046,276 |

The estimated amortization amounts to be charged to operations over the next 5 years are approximately $4,200,000 for each of the next 5 years.

(16)

CLA-000081

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 8    DEBT**

The Company's long-term debt consists of the following at December 31, 2014:

| Description | |
|---|---:|
| Note Payable to CPIF Lending, LLC.; interest payable monthly in arrears at 11.0% per annum commencing on May 5, 2014; and principal due in full at maturity on September 30, 2015. The maturity date was extended to March 31, 2016. Interest expense during the period ended December 31, 2014 was $787,329 | $    9,500,000 |
| Note Payable to USAmeriBank.; interest payable monthly in arrears at 4.95% per annum and principal due commencing on May 1, 2014  paid in 23 equal installments of $98,580 with the remaining principal due in full at maturity on March 1, 2016.   Interest expense during the period ended December 31, 2014 was $563,881 | 14,712,533 |
| Capital Lease Payable to Verizon; interest at 4.8% per annum and principal of $2,313 due in 60 monthly payments through December 31, 2016 | 52,810 |
| Capital Lease Payable to Vend; interest at 14.25% per annum and principal and interest of $391 due in 34 monthly payments through December 31, 2015 | 4,181 |
| Capital Lease Payable to Ford; interest at 6.24% per annum and principal of $530 due in 36 monthly payments through September 30, 2015 | 7,076 |
| | 24,276,600 |
| Less Current Portion of Notes Payable | 502,591 |
| Notes Payable, Net of Current Portion | $   23,774,009 |

Future maturities of notes payable as of December 31, 2014:

| Year Ending December 31, | | |
|---|---|---:|
| | 2015 | $      502,591 |
| | 2016 | 23,774,009 |
| | | $   24,276,600 |

(17)

CLA-000082

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 8    DEBT (CONTINUED)**

**Notes Payable**

On March 31, 2014 the Company entered into a loan agreement with CPIF Lending, LLC (CPIF) to provide a $9,500,000 term loan (Note), which is secured by a first priority preferred security interest in all property of Westport Holdings Tampa I, L.P. and Westport Holdings Tampa II, L.P., including, without limitation, the accounts and other collateral of the two entities. The note entered into with CPIF matures on September 30, 2015. The Company pays interest in arrears monthly at the rate of 11% per annum.

On March 31, 2014 the Company entered into a loan agreement with USAmeriBank (USAB) to provide a $15,000,000 term loan (Note), which is secured by a first priority preferred security interest in all property of Westport Nursing Tampa, LLC, including, without limitation, the accounts and other collateral of the Company. The note entered with USAB matures on March 1, 2016. The Company pays interest in arrears monthly at the rate of 4.95% per annum, along with principal totaling $98,580.

The Company is required to maintain certain minimum financial covenants under its debt agreements commencing on March 31, 2014. As of December 31, 2014 the Company was not in compliance with the covenants. The Company received a waiver of compliance with the required covenants as of December 31, 2014.

As of the date of the financial statements, the Company is in the process of refinancing the CPIF debt due to mature on September 30, 2015 with US AmeriBank.  The terms of the deal would provide funding in the amount of $11,600,000 in order to payoff the existing debt of $9,500,000 and provide for additional funding for capital improvements.  The maturity date would be extended 2 years from the date of closing, with an option to extend for a third year. The Company would be required to pay a monthly amount of $40,000, including interest at a fixed rate of 4.75%.

**Capital Lease**

During December 2011, the Company acquired equipment under a long-term capital lease. The lease requires 60 monthly payments of $2,313 including interest at 4.8% and expires in December 2016. For financial reporting purposes, the present value of the minimum lease payments has been capitalized. The property under this lease had a total cost of $123,078 and accumulated depreciation of $54,213 at December 31, 2014.   Future minimum payments required under the lease for 2015 and 2016 are $27,751, for a total of $55,502. The future minimum lease payments include interest of $2,692 for a net present value of the capital lease payable of $52,810.

During February 2013, the Company acquired equipment under a long-term capital lease. The lease requires a security deposit of $783 and 34 monthly payments of $391 including interest at 14.25% and expires in December 2015. For financial reporting purposes, the present value of the minimum lease payments has been capitalized. The property under this lease had a total cost of $14,263 and accumulated depreciation of $3,095 at December 31, 2014.  Future minimum payments required under the lease for 2015 are $4,496. The future minimum lease payments include interest of $317 for a net present value of the capital lease payable of $4,181.

CLA-000083

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 8    DEBT (CONTINUED)**

**Other Long-Term Debt**

During September 2012, the Company entered into an installment loan of $17,328 to acquire a vehicle.  The loan requires 36 monthly installments of $530 including interest at 6.24% and expires in September 2015. The loan is collateralized by the vehicle.

**NOTE 9    RETIREMENT PLAN**

The Company, at its discretion, makes matching contributions to a defined contribution plan for non-bargaining employees.  Matching contributions totaled $18,945 for the period ended December 31, 2014.  Effective June 1, 2007, the Company entered into a collective bargaining agreement contract with the SEIU that requires participation in a pension plan for all eligible bargaining employees for the term of the contract.  For the period ended December 31, 2014, contributions to the Plan were $0.45 per hour worked for each employee.  Effective June 1, 2013, the Company was also subject to supplemental contributions, as required by the Plan, which was a 62.5% increase per hour worked for each employee.  Pension contributions totaled $73,628 for the period ended December 31, 2014.

**NOTE 10   TRANSACTIONS WITH RELATED PARTIES**

Effective March 31, 2014, Westport Nursing Tampa, L.L.C. entered into a lease with two not-for-profit related parties (collectively the Lessee) to provide health care and related services through the operation of the health center.  The lease included the skilled nursing center and assisted living facility and related assets, with an approximate cost of $13,500,000 and approximate accumulated depreciation of $303,000 at December 31, 2014.  Pursuant to service agreements executed with Westport Nursing Tampa, L.L.C., the Lessee provides assisted living and skilled nursing services to the residents of University Village.  The lease term is for 15 years and will expire on March 31, 2029.

Commencing on March 31, 2014, the Lessee is required to pay approximately $208,000 in initial monthly base rental payments for a total yearly rent of $2,500,000.  The rent shall increase by $500,000 per year, commencing with the second lease year and continuing through the fourth lease year, where the total yearly rent will be $4,000,000.  Commencing with the fifth lease year and thereafter during the term of the lease, the base rent shall increase, compounded annually, by an amount equal to the product of the base rent for the immediately preceding lease year and the CPI increase. The Company recorded income of approximately $704,000 for the period ended December 31, 2014.

CLA-000084

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILLAGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 10   TRANSACTIONS WITH RELATED PARTIES (CONTINUED)**

During August 2014, the Company transferred $1,000,000 from the Capital reserve to BVM Management, L.L.C., which is a 40% owner of the Company (BVM University Village, L.L.C.), in order to obtain financing for two additional properties.  The lender, CPIF Lending, L.L.C (CPIF), amended the original loan agreement which stipulates the funds are to be transferred back to the Company upon the two new entities achieving certain performance criteria.  The amount is included in the balance sheet as a Due from Related Parties.

In addition to the $1,000,000, as part of the original loan from CPIF, the Due from Related Parties receivable includes $400,000 in restricted cash the Company was required to maintain.  The account was opened with Regions Bank by BVM University Village, L.L.C, a 40% member of the Company, and is recorded as a receivable from the member. Additionally, the Company paid $250,000 on behalf of BVM University Village, L.L.C. on a loan to the previous owner of the Company that resulted from the purchase.  This amount is also recorded as a Due from Related Party.

**NOTE 11   COMMITMENTS**

**Regulatory**

The health care industry is subject to numerous laws and regulations of federal, state and local governments. Compliance with such laws and regulations can be subject to future review and interpretation as well as regulatory actions unknown or unasserted at this time. Management is not aware of any noncompliance with any applicable government laws and regulations.

**Leases**

Certain property and equipment is being leased under long-term non-cancelable operating leases from others, expiring at various times through 2017. Rent expense and common area maintenance charges under operating leases totaled approximately $111,000. Additionally, the Company has a 60 month contract for bulk cable television services for the residents of University Village that expires in December 2016.  Total cable expense for the period ended December 31, 2014 approximated $81,000.  Future minimum lease payments required under operating leases and agreements as of December 31, 2014 are as follows:

| Year Ending December 31, | Amount |
|---|---|
| 2015 | $    208,596 |
| 2016 | 179,331 |
| 2017 | 26,897 |
| | $    414,824 |

(20)

CLA-000085

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILALGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

## NOTE 11  COMMITMENTS (CONTINUED)

### Legal Proceedings

The Company, in the normal course of operations, is exposed to risk of and involvement in legal actions and proceedings. The Company believes it is developing and utilizing care practices consistent with the various federal guidelines. The Company also maintains insurance coverage for various types of risk. Based on the Company's past experience, management believes that any legal actions or proceedings will not have a material effect on the financial position of the Company.

### Health Care

The health care industry is subject to numerous laws and regulations by federal, state, and local governments. These laws and regulations include, but are not necessarily limited to, matters such as licensure, accreditation, government health care program participation requirements, reimbursement for patient care, and Medicare and Medicaid fraud and abuse. Recently, government activity has increased with respect to investigations and allegations concerning possible violations of fraud and abuse statutes and regulations by health care providers. Violations of these laws and regulations could result in expulsion from government health care programs together with the imposition of significant fines and penalties, as well as significant repayments for patient services previously billed.

### Minimum Liquid Reserve

The Company is required by Florida Statute (the Statute) to maintain an amount equal to one year's debt service, property taxes and insurance in an escrow account. In addition, an operating reserve is required in an amount equal to 15% of the average annual operating expenses, as defined by the Statute, for the preceding three years. The Village is also required to maintain in escrow a renewal and replacement reserve equal to 15% of total accumulated depreciation, but not to exceed 15% of the three-year average annual total operating expenses, as defined by the Statute.

Reserve funds set aside to meet the State of Florida minimum liquid reserve requirements and reserve requirements at December 31, 2014 are $5,316,434 which is below the Florida Department of Insurance calculation of the reserve requirement of $5,688,940. The Company has requested to enter into a payment plan with the Florida Office of Insurance Regulation (OIR) to resolve this issue. See Note 13.

## NOTE 12  CONCENTRATIONS

### Supply of Labor

Approximately 79% of the Company's labor force for 2014 are members of the Service Employees International Union (SEIU). The Company's contract with SEIU was renewed in June 2014 to extend through December 31, 2015. The contract was not extended beyond December 31, 2015. The remaining 21% of the labor force for 2014 is not represented by a union.

CLA-000086

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA:  UNIVERSITY VILALGE**
**NOTES TO COMBINED FINANCIAL STATEMENTS**
**DECEMBER 31, 2014**

**NOTE 13   SUBSEQUENT EVENTS**

In preparing these combined financial statements, the Company has evaluated events and transaction for potential recognition or disclosure through, the date the combined financial statements were available to be issued.

As noted above (Note 11) the Company did not meet the MLR requirement as of December 31, 2014. The Company requested to enter into a payment plan with the OIR, where they would pay $15,500 per month in order to meet the funding requirements by December 31, 2016.

In February, 2015, the Office of Insurance Regulation (OIR) opened a "financial condition examination", pursuant to their rights as set forth in Florida Statute 651 et seq. Westport Holdings Tampa LP, Westport Holdings Tampa II, LP and Westport Nursing Tampa, LLC ("Affiliated Parties") have retained the law firm of Broad & Cassel to provide legal advice to the "Affiliated Parties" and to monitor the "examination" and ancillary proceedings that followed.  They are currently working through a workout plan to get the issue resolved. Formal examination results was expected to be provided to the "Affiliated Parties" by the OIR on or before September 2015.

However, the OIR has continued its investigation subsequent to September 2015 and during May 2016 entered into a mediation process. The uncertainty of the outcome of this mediation causes substantial doubt about the entity's ability to continue as a going concern (see also Note 14).

No other subsequent events information has become available such that would require disclosure were provided during the Company's subsequent events evaluation.

**NOTE 14   GOING CONCERN**

At December 31, 2014, the Company had cash and cash equivalents of $22,526 and an accumulated deficit of $2,304,415. While the Company incurred a net loss since its inception on March 31, 2014, operating income for the period was $2,983,610.

Management has taken the following action to ensure that the Company will continue as a going concern through December 31, 2015. As discussed in Note 13, the Company, with assistance from Broad & Cassel, is working on a workout plan with the OIR. Management believes that this action will enable the Company to continue as a going concern through December 31, 2016. However, there is substantial uncertainty of the outcome of the continuing litigation with OIR about whether the Company will be able to continue as a going concern.

CLA-000087

SUPPLEMENTARY INFORMATION

CLA-000088

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINING BALANCE SHEET**
**DECEMBER 31, 2014**

| | Westport Holdings Tampa, L.P. (Village) | Westport Nursing Tampa LLC (Nursing) | Eliminating Entries | Westport Holdings Tampa, L.P. and Affiliates (The Company) |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT ASSETS** | | | | |
| Cash and Cash Equivalents | $ 1,012 | $ 21,514 | $ - | $ 22,526 |
| Restricted Cash | 243,830 | - | - | 243,830 |
| Assets Limited as to Use | 196,779 | - | - | 196,779 |
| Accounts Receivable, Net | 686,850 | - | - | 686,850 |
| Prepaid Expenses and Other Current Assets | 189,852 | - | - | 189,852 |
| Inventory | 114,102 | - | - | 114,102 |
| Due from Related Parties | 1,922,773 | 16,325 | | 1,939,098 |
| Due from Affiliates | 7,129,374 | - | (7,129,374) | - |
| Total Current Assets | 10,484,572 | 37,839 | (7,129,374) | 3,393,037 |
| **PROPERTY AND EQUIPMENT, Net** | 20,142,627 | 13,196,785 | - | 33,339,412 |
| **OTHER ASSETS** | | | | |
| Assets Limited as to Use, Less Current Portion | 2,360,672 | 3,005,656 | - | 5,366,328 |
| Goodwill | 37,666,385 | 1,379,891 | - | 39,046,276 |
| Deferred Financing Costs | 211,723 | 305,811 | - | 517,534 |
| Deposits | 114,400 | 4,670 | - | 119,070 |
| Total Other Assets | 40,353,180 | 4,696,028 | - | 45,049,208 |
| Total Assets | $ 70,980,379 | $ 17,930,652 | $ (7,129,374) | $ 81,781,657 |

(24)

CLA-000089

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINING BALANCE SHEET (CONTINUED)**
**DECEMBER 31, 2014**

| LIABILITIES AND PARTNERS' CAPITAL | Westport Holdings Tampa, L.P. (Village) | Westport Nursing Tampa LLC (Nursing) | Eliminating Entries | Westport Holdings Tampa, L.P. and Affiliates (The Company) |
|---|---|---|---|---|
| **CURRENT LIABILITIES** | | | | |
| Accounts Payable and Accrued Expenses | $ 1,536,707 | $ 1,995 | $ - | $ 1,538,702 |
| Accrued Employee Compensation and Benefits | 517,550 | 92,906 | | 610,456 |
| Due to Affiliates | 7,165,155 | 105 | (7,129,374) | 35,886 |
| Waiting List Deposits | 8,550 | - | - | 8,550 |
| Refundable Entance Fees Payable | 1,236,041 | - | - | 1,236,041 |
| Current Maturities of Personal Income Protection Program Deposits | 3,960,134 | - | - | 3,960,134 |
| Current Maturities of Long-Term Debt | 37,027 | 465,564 | - | 502,591 |
| Total Current Liabilities | 14,461,164 | 560,570 | (7,129,374) | 7,892,360 |
| **LONG-TERM LIABILITIES** | | | | |
| Long-Term Debt, Less Current Maturities | 9,527,040 | 14,246,969 | - | 23,774,009 |
| Deferred Revenue from Entrance Fees | 17,737,884 | - | - | 17,737,884 |
| Refundable Entrance Fees | 27,028,677 | - | - | 27,028,677 |
| Personal Income Protection Program Deposits, Less Current Maturities | 3,884,700 | - | - | 3,884,700 |
| Total Long-Term Liabilities | 58,178,301 | 14,246,969 | - | 72,425,270 |
| Total Liabilities | 72,639,465 | 14,807,539 | (7,129,374) | 80,317,630 |
| **PARTNERS' CAPITAL** | | | | |
| Capital Contributions | 1,068,442 | 2,700,000 | - | 3,768,442 |
| Accumulated Profit | (2,727,528) | 423,113 | - | (2,304,415) |
| Total Partners' Capital | (1,659,086) | 3,123,113 | - | 1,464,027 |
| Total Liabilities and Partners' Capital | $ 70,980,379 | $ 17,930,652 | $ (7,129,374) | $ 81,781,657 |

(25)

CLA-000090

**WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES**
**DBA: UNIVERSITY VILLAGE**
**COMBINING STATEMENT OF OPERATIONS**
**NINE-MONTH PERIOD ENDED DECEMBER 31, 2014**

| | Westport Holdings Tampa, L.P. (Village) | Westport Nursing Tampa LLC (Nursing) | Eliminations | Total Operations 2014 |
|---|---|---|---|---|
| **REVENUES** | | | | |
| Monthly Service Fees | $ 7,074,624 | $ - | $ - | $ 7,074,624 |
| Rental Income | 743,270 | - | - | 743,270 |
| Earned Entrance Fees | 2,021,483 | - | - | 2,021,483 |
| Lease Income | - | 1,333,333 | - | 1,333,333 |
| Investment Income | 3,902 | 5,656 | - | 9,558 |
| Other Income | 452,044 | - | - | 452,044 |
| Total Revenues | 10,295,323 | 1,338,989 | - | 11,634,312 |
| | | | | |
| **EXPENSES** | | | | |
| Medical Care | 532,656 | - | - | 532,656 |
| General and Administrative | 2,435,815 | 17,086 | - | 2,452,901 |
| Dining Service | 1,408,217 | - | - | 1,408,217 |
| Plant Operations | 1,966,016 | - | - | 1,966,016 |
| Laundry and Housekeeping | 481,973 | - | - | 481,973 |
| Other Resident Care | 492,688 | - | - | 492,688 |
| Management Fees | 323,119 | - | - | 323,119 |
| Personal Income Protection Program Discounts | 241,624 | - | - | 241,624 |
| Marketing | 751,508 | - | - | 751,508 |
| Total Expenses | $ 8,633,616 | $ 17,086 | $ - | $ 8,650,702 |
| | | | | |
| **TOTAL OPERATING INCOME BEFORE OTHER INCOME** | 1,661,707 | 1,321,903 | - | 2,983,610 |

(26)

CLA-000091

# WESTPORT HOLDINGS TAMPA, LP AND AFFILIATES
## DBA: UNIVERSITY VILLAGE
### COMBINING STATEMENT OF OPERATIONS (CONTINUED)
### NINE-MONTH PERIOD ENDED DECEMBER 31, 2014

|  | Westport Holdings Tampa, L.P. (Village) | Westport Nursing Tampa LLC (Nursing) | Eliminations | Total Operations 2014 |
|---|---|---|---|---|
| **OTHER INCOME (EXPENSE)** |  |  |  |  |
| Depreciation | $ (720,760) | $ (303,215) | $ - | $ (1,023,975) |
| Amortization of Deferred Loan Costs | (211,248) | (183,487) | - | (394,735) |
| Amortization of Goodwill | (3,054,031) | (111,883) | - | (3,165,914) |
| Interest Expense | (752,798) | (562,819) | - | (1,315,617) |
| Gain on Transactions | 322,947 | 262,614 | - | 585,561 |
| Gain on Sale of Assets | 26,655 | - | - | 26,655 |
| Total Other Income (Expense) | (4,389,235) | (898,790) | - | (5,288,025) |
| **NET INCOME (LOSS)** | $ (2,727,528) | $ 423,113 | $ - | $ (2,304,415) |

(27)

CLA-000092