| | Finding (potential deficiency) | Prior Year Item | Workpaper Reference | Account Balance, Class of Transactions, Significant Disclosure, Relevant Assertion, or Control Component | Likelihood | $ Magnitude (enter dollar amount) | Magnitude | Merits the attention of ? | Comments | Material Weakness (1) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Summary of Findings and Control Deficiency Evaluation** | | | | | | 5/16/2012 | | | |
| | | | | | | | Evaluating Classification | | | |
| 1 | CliftonLarsonAllen prepared the financial statements. | HC to Pre-Complete | HC to Pre-Complete | | | | | | | |
| 2 | It was disclosed by Kathy that one of the partner's step son was involved in renovations, with less accountability. Activities were not fully recorded. Per Kathy, there is a chance of fraud; although no fraud scheme has actually been brought to anyone's attention. (Note: Jared McCowan is the step son of John Bartle, the son of a limited partner with BVM , Becky Bartle). | | | A/P, Cash | Remote | | Less than material | Management | | |
| 3 | Most reconciliations are done in house on monthly basis. Kathy Burkholder, CFO does cash reconciliations herself. | | | All monetary accounts (e.g. Cash) | Remote | | Less than material | Management | | |
| 4 | Per the client's IT personnel regarding user's responsibilities and segregation of duties when assigning access rights, the client understanding is "There are only about 50 employees who access the server so there isn't a need to divide the responsibilities". | | | Unauthorized access to the information system. | Remote | | Less than material | Management | | |
| 5 | Tim Parker is very concerned since the transition of the company. He has serious concerns about the management of the company. In his opinion, there is a potential of misappropriation and/or fraud in 2014. | | 0460.00 | | | | | | | |

Findings

PLAINTIFF'S EXHIBIT 302

CLA-000203

| | L | M | N | O |
|---|---|---|---|---|
| | | | Classification | |
| | Significant Deficiency (1) | Management Comment / Deficiency in Internal Control (2) | No Management Comment / Not a Deficiency (2) | Conclusion / Resolution (including whom it was communicated to and when) |
| | | | | |
| | | Yes | | |
| | | Yes | | |
| | | Yes | | |
| | | | | |

Findings

CLA-000204

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 6 | | | | | | | | | | |
| 11 | 7 | | | | | | | | | | |
| 12 | 8 | | | | | | | | | | |
| 13 | 9 | | | | | | | | | | |
| 14 | 10 | | | | | | | | | | |
| 15 | 11 | | | | | | | | | | |
| 16 | 12 | | | | | | | | | | |
| 17 | 13 | | | | | | | | | | |
| 18 | 14 | | | | | | | | | | |
| 19 | 15 | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | (1) | Written communication required and must comply with professional standards. AU-C 265.11 - .14 | | | | | | | | | |
| 23 | (2) | Communication can be either oral or written. Oral communications should be documented. AU-C 265.12 -.14 | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | Possible responses: | | | | | | | | | |
| 26 | | | | | | Remote | | Material | Governance | | N |
| 27 | | | | | | Remote | | Material | Management | | N |
| 28 | | | | | | Remote | | Material | No communication | | N |
| 29 | | | | | | Remote | | Less than material | Governance | | N |
| 30 | | | | | | Remote | | Less than material | Management | | N |
| 31 | | | | | | Remote | | Less than material | No communication | | N |
| 32 | | | | | | Reasonable Possibility | | Material | Governance | | Y |
| 33 | | | | | | Reasonable Possibility | | Less than material | Governance | | N |
| 34 | | | | | | Reasonable Possibility | | Less than material | Management | | N |
| 35 | | | | | | Reasonable Possibility | | Less than material | No communication | | N |
| 36 | | | | | | | | | | | |
| 37 | | University Village   -   Summary of Findings and Control Deficiency Evaluation   -   December 31, 2014 | | | | | | | | | |

Findings

CLA-000205

| | L | M | N | O |
|---|---|---|---|---|
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | Y | N | N | |
| 27 | N | Y | N | |
| 28 | N | N | Y | |
| 29 | Y | N | N | |
| 30 | N | Y | N | |
| 31 | N | N | Y | |
| 32 | N | N | N | |
| 33 | Y | N | N | |
| 34 | N | Y | N | |
| 35 | N | N | Y | |
| 36 | | | | |
| 37 | | | | |

Findings

CLA-000206

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | **Definitions** | | 5/6/2012 |
| 2 | | | | |
| 3 | | **Deficiency in internal control.** A deficiency in internal control exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct, misstatements on a timely basis. A deficiency in *design* exists when (a) a control necessary to meet the control objective is missing, or (b) an existing control is not properly designed so that, even if the control operates as designed, the control objective would not be met. A deficiency in *operation* exists when a properly designed control does not operate as designed or when the person performing the control does not possess the necessary authority or competence to perform the control effectively. | | AU-C 265.07 |
| 4 | | CLA Guidance: | | |
| 5 | | **A deficiency in internal control may be identified as a result of any of the following. This list is _not_ all-inclusive.**<br>- Internal control deficiencies identified while obtaining or updating our understanding of the accounting system and internal control<br>- Adjusting (or passed) journal entries indicating control deficiencies.<br>- Identification of fraud on the part of senior management<br>- Exceptions noted during tests of internal control for effectiveness<br>- The entity has less than ideal segregation of duties<br>- High control risk assessment based on known control deficiencies<br>- Ineffective oversight of financial reporting and internal control by those charged with governance<br>- Prior-period adjustment to the financial statements due to a correction of an error<br>- Prior year management letter or communication of internal control-related matters contain comments related to control deficiencies<br>- Control deficiencies identified as fraud risks | | |
| 6 | | | | |
| 7 | | **Material weakness.** A deficiency, or a combination of deficiencies, in internal control, such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected, on a timely basis. | | AU-C 265.07 |
| 8 | | | | |
| 9 | | **Significant deficiency.** A deficiency, or a combination of deficiencies, in internal control that is less severe than a material weakness yet important enough to merit attention by those charged with governance | | AU-C 265.07 |
| 10 | | | | |
| 11 | | **Those charged with governance.** The person(s) or organization(s) (for example, a corporate trustee) with responsibility for overseeing the strategic direction of the entity and the obligations related to the accountability of the entity. This includes overseeing the financial reporting process. Those charged with governance may include management personnel; for example, executive members of a governance board or an owner-manager. | | AU-C 260.06 |
| 12 | | | | |
| 13 | | **Reasonable possibility.** A reasonable possibility exists when the chance of the future event or events occurring is more than remote. | | AU-C 265.A5 |

Definitions

CLA-000207

| | A | B | C |
|---|---|---|---|
| 1 | **Evaluating Deficiencies Identified as Part of the Audit** | | 5/16/2012 |
| 2 | **AU-C Section 265—Communicating Internal Control Related Matters Identified in an Audit** | | |
| 3 | | | |
| 4 | The auditor should evaluate the **severity** of each deficiency in internal control identified during the audit to determine whether the deficiency, individually or in combination, is a significant deficiency or a material weakness. The severity of a deficiency depends on -- | | AU-C 265.09 AU-C 265.A5 |
| 5 | the **magnitude** of the potential misstatement resulting from the deficiency or deficiencies; and | | |
| 6 | whether there is a **reasonable possibility** that the entity's controls will fail to prevent, or detect and correct, a misstatement of an account balance or disclosure. | | |
| 7 | The severity of a deficiency does not depend on whether a misstatement actually occurred. Significant deficiencies and material weaknesses may exist even though the auditor has not identified misstatements during the audit. | | |
| 8 | | | |
| 9 | **Magnitude** | | |
| 10 | Factors that affect the **magnitude** of a misstatement that might result from a deficiency or deficiencies include, but are not limited to, the following: | | AU-C 265.A6 |
| 11 | • The financial statement amounts or total of transactions exposed to the deficiency. | | |
| 12 | • The volume of activity (in the current period or expected in future periods) in the account or class of transactions exposed to the deficiency. | | |
| 13 | In evaluating the magnitude of the potential misstatement, the maximum amount by which an account balance or total of transactions can be overstated generally is the recorded amount, whereas understatements could be larger. | | AU-C 265.A7 |
| 14 | | | |
| 15 | **Reasonable Possibility** | | |
| 16 | A *reasonable possibility* exists when the chance of the future event or events occurring is more than remote. | | AU-C 265.A5 |
| 17 | Risk factors affect whether there is a **reasonable possibility** that a deficiency, or a combination of deficiencies, in internal control will result in a misstatement of an account balance or disclosure. The factors include, but are not limited to, the following: | | AU-C 265.A8 |
| 18 | | | |
| 19 | • The nature of the financial statement accounts, classes of transactions, disclosures, and assertions involved | | |
| 20 | • The cause and frequency of the exceptions detected as a result of the deficiency, or deficiencies, in internal control | | |
| 21 | • The susceptibility of the related asset or liability to loss or fraud | | |
| 22 | • The subjectivity, complexity, or extent of judgment required to determine the amount involved | | |
| 23 | • The interaction or relationship of the control(s) with other controls | | |
| 24 | • The interaction with other deficiencies in internal control | | |
| 25 | • The possible future consequences of the deficiency, or deficiencies, in internal control | | |
| 26 | • The importance of the controls to the financial reporting process—for example | | |
| 27 | - general monitoring controls (such as oversight of management) | | |
| 28 | - controls over the prevention and detection of fraud | | |
| 29 | - controls over the selection and application of significant accounting policies | | |
| 30 | - controls over significant transactions with related parties | | |
| 31 | - controls over significant transactions outside the entity's normal course of business | | |
| 32 | - controls over the period-end financial reporting process (such as controls over nonrecurring journal entries) | | |
| 33 | | | |
| 34 | The evaluation of whether a deficiency in internal control presents a reasonable possibility of misstatement may be made without quantifying the probability of occurrence as a specific percentage or range. Also, in many cases, the probability of a small misstatement will be greater than the probability of a large misstatement. | | AU-C 265.A9 |
| 35 | | | |

Evaluating

CLA-000208

| | A | B | C |
|---|---|---|---|
| | Controls may be designed to operate individually, or in combination, to effectively prevent, or detect and correct, misstatements. For example, controls over accounts receivable may consist of both automated and manual controls designed to operate together to prevent, or detect and correct, misstatements in the account balance. A deficiency in internal control on its own may not be sufficiently important to constitute a significant deficiency or a material weakness. However, a combination of deficiencies affecting the same significant account or disclosure, relevant assertion, or component of internal control may increase the risks of misstatement to such an extent to give rise to a significant deficiency or material weakness. | | AU-C 265.A10 |
| | | | |
| | **Indicators of material weaknesses** in internal control include | | |
| | • identification of fraud, whether or not material, on the part of senior management; | | AU-C 265.A11 |
| | • restatement of previously issued financial statements to reflect the correction of a material misstatement due to fraud or error; | | |
| | • identification by the auditor of a material misstatement of the financial statements under audit in circumstances that indicate that the misstatement would not have been detected by the entity's internal control; and | | |
| | • ineffective oversight of the entity's financial reporting and internal control by those charged with governance. | | |
| | | | |
| | If the auditor determines that a deficiency, or a combination of deficiencies, is not a material weakness, the auditor should consider whether **prudent officials**, having knowledge of the same facts and circumstances, would likely reach the same conclusion. | | AU-C 265.10 |
| | | | |
| | **Considerations Specific to Governmental Entities** | | |
| | Law or regulation may require the auditor to communicate to those charged with governance or other relevant parties (such as regulators) deficiencies in internal control that the auditor has identified during the audit using specific terms and definitions that differ from those in this section. In such circumstances, the auditor uses such terms and definitions when communicating deficiencies in internal control in accordance with the requirements of the law or regulation and in accordance with this section. | | AU-C 265.A12 |
| | | | |
| | When law or regulation requires the auditor to communicate deficiencies in internal control that the auditor has identified during the audit using specific terms, but such terms have not been defined, the auditor may use the definitions, requirements, and guidance in this section to comply with the law or regulation. | | AU-C 265.A13 |
| | | | |
| | The requirements of this section remain applicable, notwithstanding that law or regulation may require the auditor to use specific terms or definitions. | | AU-C 265.A14 |
| | | | |
| | **Examples of circumstances that may be deficiencies, significant deficiencies, or material weaknesses** are provided in the appendix to AU-C 265. | | AU-C 265.A37 |
| | The AICPA Audit Guide, *Assessing and Responding to Audit Risk in a Financial Statement Audit (2012)* provides additional examples and discussion related to evaluating deficiencies in internal control. | | |

Evaluating

CLA-000209

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | **Process of Evaluating Deficiencies** | | 5/16/2012 |
| 2 | | | | |
| 3 | | **Identification:** An auditor may become aware of control deficiencies while performing a variety of audit procedures, including obtaining an understanding of the entity's internal control, performing risk assessment procedures, or performing tests of the operating effectiveness of controls. | | |
| 4 | | | | |
| 5 | | **Overview:** Start the evaluation process by considering whether an identified deficiency should be considered a material weakness. If not a material weakness, then consider its severity to determine whether it — | | |
| 6 | | (1) merits the attention of those charged with governance (a significant deficiency) | | |
| 7 | | (2) merits the attention of management (management letter comment) | | |
| 8 | | Combine individual deficiencies and evaluate whether a material weakness or significant deficiency. | | |
| 9 | | | | |
| 10 | | **Specifically**, the process will be as follows: | | |
| 11 | | • Determine whether the identified deficiency is a material weakness by considering whether (a) the **magnitude** of the potential misstatement could result in a material misstatement to the financial statements and (b) there is at least a **reasonable possibility** that the misstatement would not be prevented, or detected and corrected, on a timely basis by the entity's internal controls. | | |
| 12 | | | | |
| 13 | | • For identified deficiencies not considered material weaknesses, consider whether the deficiency, which is less severe than a material weakness, is important enough to merit attention by those charged with governance. If so, the following should be considered before concluding on whether it is a significant deficiency: | | |
| 14 | | | | |
| 15 | | •• Are there **qualitative factors** that cause the auditor to believe the potential effect of the identified deficiency is greater than originally evaluated? | | |
| 16 | | | | |
| 17 | | Consider factors such as the following: | | |
| 18 | | | | |
| 19 | | • While immaterial to the entity's net income for the current period, is material to the overall trend of earnings (for example, a misstatement that reverses a downward trend of earnings or changes a loss into income). | | |
| 20 | | | | |
| 21 | | • Results in events or circumstances that materially affect the financial statements. For example, an illegal payment of an otherwise immaterial amount could be material if it could lead to a material contingent liability, or a material loss of revenue. In addition, some misstatements, although not individually significant, may be pervasive to the financial statements (that is, misstatements that affect numerous financial statement amounts, subtotals, or totals). | | |
| 22 | | | | |
| 23 | | • Affects materiality thresholds related to statutory or regulatory requirements. Deficiencies in disclosures of related-party transactions or those required by statute or regulatory authority might be considered severe even though similar amounts for more routine items might be considered immaterial. | | |
| 24 | | | | |
| 25 | | • Affects management's compensation (for example, a misstatement that indicates an earnings target has been met, which triggers a bonus). | | |
| 26 | | | | |

CLA-000210

| | A | B | C | D |
|---|---|---|---|---|
| | | • Masks a change in earnings or other trends, especially in the context of general economic and industry conditions. | | |
| | | | | |
| | | • Has an affect on the entity's compliance with loan covenants, other contractual agreements, or regulatory provisions (for example, a misstatement that would reveal a default under a debt covenant). | | |
| | | | | |
| | | • Affects an entity's investment in a joint venture, when the joint venture partners are users of the financial statements under audit. | | |
| | | | | |
| | | • Is the result of fraud or suspected fraud. (In this case, the auditor should consider the implications of the misstatement in relation to other aspects of the audit, as described in AU-C 240, *Consideration of Fraud in a Financial Statement Audit,* even if the effect of the misstatement is not material to the financial statements.) | | |
| | | • Affects professional fees, if the auditor is concerned that there is an inadequate understanding of the client's litigation exposure and the identity of all attorneys engaged during the period. | | |
| | | | | |
| | | • Affects material disclosures related to a small account balance. (For example, a joint venture investment might be small at the balance-sheet date, but a subsequent events note might indicate a subsequent major investment in that joint venture project that holds the key to the client's future success.) | | |
| | | | | |
| | | In summary, the auditor needs to draw on the knowledge and understanding of the client to identify all of the qualitative factors that might influence the auditor's judgment about the magnitude of a potential misstatement and, thus, judgments about the severity of an identified control deficiency. Finally, it is important for the auditor to recognize that qualitative considerations are used only to determine whether the auditor's final judgment about the severity of an identified control deficiency is greater than, but never lower than, the auditor's preliminary judgment. | | |
| | | | | |
| | | •• Are **prudent officials** likely to reach the same conclusion, assuming they have knowledge of the same facts and circumstances? | | |
| | | | | |
| | | • Combine individual deficiencies affecting the same account balance or disclosure, relevant assertion, or component of internal control and evaluate whether they are considered either a significant deficiency or a material weakness. | | |
| | | | | |
| | | • For identified deficiencies not considered material weaknesses or significant deficiencies, consider whether to communicate them to management in accordance with AU-C 265.12(b). | | |

Process of Evaluating

CLA-000211

|   | A | B | C |
|---|---|---|---|
| Audit Risk Alert: Communicating Internal Control Related Matters in an Audit - Understanding SAS No. 115 (2008) | | | |
| 18. The following table summarizes the consideration of the severity of a deficiency to determine whether it is a deficiency in internal control, a significant deficiency, or a material weakness. | | | |
| *Magnitude of Misstatement That Occurred, or Could Have Occurred* | *Probability of Misstatement* | | |
|  | *Reasonably Possible* | *Remote* | |
| Quantitatively or qualitatively material | Material weakness | Deficiency in internal control that could be a significant deficiency but not a material weakness | |
| Less than material | Deficiency in internal control that could be a significant deficiency but not a material weakness | Deficiency in internal control that could be a significant deficiency but not a material weakness | |
| 19. As shown in the preceding table, a deficiency in internal control that is less than material, less than reasonably possible, or both, could be considered a significant deficiency if it is determined by the auditor's professional judgment to merit the attention of those charged with governance. | | | |

Evaluation Table

CLA-000212

| | | Consideration - Preparation of Financial Statements | This is an optional tool to assist in documenting considerations when CliftonLarsonAllen prepares the financial statements. |
|---|---|---|---|
| | | **Purpose:** | |
| | | This memo provides documentation of the clients controls/procedures over the period-end financial reporting process and our determination of whether there exists a material weakness in the client's internal control. | |
| | | AU-C 265.A11 states the following: | |
| | | Indicators of material weaknesses in internal control include | |
| | | • identification of fraud, whether or not material, on the part of senior management; | |
| | | • restatement of previously issued financial statements to reflect the correction of a material misstatement due to fraud or error; | |
| | | • identification by the auditor of a material misstatement of the financial statements under audit in circumstances that indicate that the misstatement would not have been detected by the entity's internal control; and | |
| | | • ineffective oversight of the entity's financial reporting and internal control by those charged with governance. | |
| | | **Conclusion:** | |
| | | CliftonLarsonAllen drafted the financial statements and related footnotes as a matter of convenience/clerical function for the entity. Based on the client's knowledge and ability to prepare financial statements, and the procedures the client performed related to the period-end financial statements, we concluded that there is not a material weakness, significant deficiency, or a deficiency in internal control. | |
| | | This conclusion is warranted based on management's establishment of effective review policies/procedures, and their involvement in the following functions: | |

| | | **Controls/Functions** | **Comments/Notes** |
|---|---|---|---|
| | 1 | Reconciled general ledger amounts to the draft financial statements utilizing trial balance/grouping schedules provided by us. | Trial balance was given to Kathy Burkholder, CFO and John Bartle, Owner. They approved trial balance. (Note: Obtain TB signed off by client and scan in as evidence of review and approval.) |
| | 2 | Reviewed supporting documentation and explanations for all proposed adjustments. | Journal entries were given to Kathy Burkholder, CFO and John Bartle, Owner. They approved all proposed adjusting journal entries and understand the effect on the financial statements. (Note: Obtain journal entries signed off by client and scan in as evidence of review and approval.) |
| | 3 | Review of the adequacy of financial statement disclosures by completing a disclosure checklist we provided to them. | Reviewed not maintained in file. |

Memo FS Prep

CLA-000213

| A | B | C | D |
|---|---|---|---|
| | 4 | Review and approval of (1) schedules and calculations supporting amounts included in the notes to the financial statements and (2) the cash flow worksheet used in preparing the statement of cash flows. | Supporting schedules, calculations, and the cash flow worksheet were provided to Kathy Burkholder, CFO and John Bartle, Owner. They approved all items. (Note: Obtain supporting items signed off by client and scan in as evidence of review and approval.) |
| | | | |
| | 5 | Application of analytical procedures to the draft financial statements. | Kathy Burkholder, CFO and John Bartle, Owner review activity throughout the year in monthly statements. Based on this knowledge, (CFO, Controller) is able to apply analytical procedures to the year-end draft financial statements. |
| | | | |
| | 6 | Performance of other procedures as considered necessary by management including. | |
| | | | |
| | 7 | Reading the financial statements, revise as necessary, and approve them for issuance. Accept responsibility for the financial statements. | Approved by Kathy Burkholder, CFO and Controller. Signing of the management representation letter documents their acceptance of this responsibility. |
| | | | |
| | 8 | Kathy Burkholder and John Bartle are responsible for completing the procedures listed above. Name worked in public accounting for many years before entering the private sector. Name has his CPA and continues to be an active member of the AICPA and receives the Journal of Accountancy on a monthly basis. He utilizes the *Journal of Accountancy* as well as the AICPA website to keep up on standard changes. Name has very strong analytical skills. In prior audits, when we have presented potential adjustments, he has challenged us on various items. We can be comfortable that Name has the ability to read and understand the standards. Name also has seven years of public accounting experience prior to entering the private sector. He keeps up on the standards. Name is currently working toward his MBA. He has access to the *Journal of Accountancy*, as well as many other publications. Name monitors the financial reporting closely and ensures that all numbers tie out and transactions are properly authorized. | |

Memo FS Prep

CLA-000214

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Audit Risk Alert: Communicating Internal Control Related Matters in an Audit - Understanding SAS No. 115 (2008) | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | .37 Another issue that may cause concern is the extent to which the auditor may be involved in the drafting of an entity's financial statements. It is a strong indication of material weakness in internal control if the audit client has ineffective controls over the preparation of their financial statements such that client controls are absent or controls are not effective in preventing or detecting material misstatements in the preparation of financial statements, including the related footnotes. Although the auditor can propose adjustments and assist in assembling or drafting the financial statements, the auditor cannot establish or maintain the client's controls, including monitoring ongoing activities, because doing so would impair independence.[3] | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | 3  See Ethics Interpretation 101-3, Performance of Nonattest Services, under Rule 101, Independence (AICPA, Professional Standards, vol. 2, ET sec. 101 par. .05) | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | Paragraphs 61 - 64 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | Situation 4 | | | | | | | | | | | | | |
| 10 | .61 This client has an accounting manager who requests that you assist in drafting the financial statements and notes to the financial statements. However, prior to signing the representation letter, the accounting manager obtains the financial statement grouping schedules and the schedules documenting the calculation of amounts included in the notes to the financial statements, and reviews and approves these schedules. In addition, the accounting manager obtains a current disclosure checklist from the AICPA and reviews and answers the checklist to ensure propriety and completeness of the footnotes. The financial statements are also read, revised, and approved by both the accounting manager and the owner. | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | .62 Discussion. Based only on the facts presented, no deficiencies in internal control were observed. You would need to further understand whether the client's controls are designed appropriately and operating effectively, and that would be dependent on the competence and expertise of the client's accounting manager. | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | .63 In assessing this situation, you would first consider whether a reasonable possibility exists that a material misstatement in the presentation and disclosure of the financial statements, including the related footnotes, could occur without being detected by the accounting manager. If you determine that the accounting manager and owner lack the necessary accounting expertise to detect a misstatement, then that would represent a deficiency in internal control that would need to be evaluated. | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | .64 However, you might conclude that, despite the accounting manager asking you to assist in drafting the financial statements and footnotes, they (the accounting manger and owner) do possess the necessary accounting expertise to perform effective controls to prevent, detect, and correct a potential misstatement in the financial statements or notes; therefore, you would not have a deficiency in internal control. | | | | | | | | | | | | | |

Reference FS Prep

CLA-000215

| | A |
|---|---|
| 1 | |
| 2 | |
| 3 | DO NOT DELETE - These are for the drop downs |
| 4 | Remote |
| 5 | Reasonable Possibility |
| 6 | |
| 7 | Less than material |
| 8 | Material |
| 9 | |
| 10 | Yes |
| 11 | No |
| 12 | |
| 13 | Effective |
| 14 | Ineffective |
| 15 | Not tested |
| 16 | |
| 17 | Governance |
| 18 | Management |
| 19 | No communication |
| 20 | |
| 21 | Yes |
| 22 | No |

Drop down data

CLA-000216