| | A | B |
|---|---|---|
| 1 | | **PURPOSE** |
| 2 | | This form is designed to assist in — |
| 3 | | Considering fraud risk factors relating to fraudulent financial reporting (i.e., intentional acts to misstate the financial statements) and misappropriation of assets (e.g., embezzlement, theft), and |
| 4 | | Documenting how the fraud risk affects the entity and the audit, including audit responses to such factors. |
| 5 | | |
| 6 | | **INSTRUCTIONS** |
| 7 | | Two types of misstatements relevant to the auditor's consideration of fraud are (1) misstatements arising from fraudulent financial reporting and (2) misstatements arising from misappropriation of assets. |
| 8 | | |
| 9 | | Fraud risk factors are events or conditions that indicate — |
| 10 | | *Incentives/pressures* to perpetrate fraud, |
| 11 | | *Opportunities* to carry out the fraud, or |
| 12 | | *Attitudes/rationalizations* to justify the fraud. |
| 13 | | |
| 14 | | The presence of one or more fraud risk factors generally increases the risk of material misstatement due to fraud. For that reason, on every audit engagement, the auditor must identify fraud risk factors. |
| 15 | | |
| 16 | | Fraud risk factors may be identified during any phase of the audit process, including the pre-engagement procedures, the performance of risk assessment procedures, or the performance of other audit procedures such as tests of controls or substantive tests. Therefore, use this form to update our understanding of fraud risk factors as the audit progresses. |
| 17 | | |
| 18 | | While the fraud risk factors listed on this form cover a broad range of situations, they are only examples, and you may want to consider additional or different fraud risk factors. Furthermore, you may want to consider fraud risk factors at a business segment operating level to provide different insights when compared with those obtained when considered at an entity-wide level. |
| 19 | | |
| 20 | | Also, not all of these fraud risk factors are relevant in all circumstances, and some may be more or less significant than others depending on the circumstances of the engagement. For example, the size, complexity, and ownership characteristics of the entity have a significant influence on the consideration of relevant fraud risk factors. Accordingly, use professional judgment when evaluating the significance of fraud risk factors, individually or in the aggregate. |
| 21 | | |
| 22 | | Form Overview: |
| 23 | | |
| 24 | | Section I: Consideration of Fraud Risk Factors Relating to Fraudulent Financial Reporting |
| 25 | | Section II: Consideration of Fraud Risk Factors Relating to Misappropriations of Assets |
| 26 | | |
| 27 | | For each of the fraud risk factors listed in Sections I and II: |
| 28 | | •   Indicate whether you identified the factor as being present. |
| 29 | | •   Specify how this factor affects the entity (e.g., segregation of duties does not exist in the accounts payable and purchases cycle). |
| 30 | | •   Transfer the fraud risks identified to 0450.00 Risk Assessment Analysis, Overall Risks tab or the Assertion Level Risk Assessment tab. |
| 31 | | |

Instructions



PLAINTIFF'S
EXHIBIT

30 3

CLA-000556

| | C |
|---|---|
| 1 | 4/20/2012 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

Instructions

CLA-000557

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **SECTION I: CONSIDERATION OF FRAUD RISK FACTORS RELATING TO FRAUDULENT FINANCIAL REPORTING** | | 4/20/2012 | |
| 2 | **Fraud Risk Factor** | **If Present, How Does This Factor Affect the Entity?** (Transfer the risk to 0450.00 Risk Assessment Analysis.) | | |
| 3 | | **Incentives/Pressures** | | |
| 4 | 1. Financial stability or profitability is threatened by economic, industry, or entity operating conditions, such as (or as indicated by): | The entity has an operating loss for the past two years. They are currently under audit with the State IOR. | | |
| 5 | a. High degree of **competition or market saturation**, accompanied by **declining margins** | | | |
| 6 | b. High **vulnerability** to rapid **changes**, such as changes in technology, product obsolescence, or interest rates | | | |
| 7 | c. Significant **declines in customer demand** and increasing business failures in either the industry or overall economy | | | |
| 8 | d. **Operating losses** making the threat of bankruptcy, foreclosure, or hostile takeover imminent | | | |
| 9 | e. **Recurring negative cash flows** from operations or an inability to generate cash flows from operations while reporting earnings and earnings growth | | | |
| 10 | f. Rapid **growth** or unusual **profitability**, especially compared to that of other companies in the same industry | | | |
| 11 | g. New **accounting, statutory, or regulatory requirements** | | | |
| 12 | 2. Excessive pressure exists to meet the requirements or expectations of third parties due to: | Pressure to meet debt covenants. We will test client covenant calculations at year end to ensure they are passing without exception. | | |
| 13 | a. **Profitability or trend level expectations** of investment analysts, institutional investors, significant creditors, or other external parties (particularly expectations that are unduly aggressive or unrealistic), including expectations created by management in, for example, overly optimistic press releases or annual report messages | | | |
| 14 | b. Need to obtain additional **debt or equity financing** to stay competitive—including financing of major research and development or capital expenditures | | | |
| 15 | c. Marginal ability to meet exchange listing requirements or **debt repayment** or other **debt covenant requirements** | | | |
| 16 | d. Perceived or real adverse effects of **reporting poor financial results** on significant pending transactions, such as business combinations or contract awards | | | |
| 17 | e. A need to achieve **financial targets** required in bond covenants | | | |

CLA-000558

| | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | Yes |
| 12 | | | | | | | | No |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |

Fraud Risks

CLA-000559

| | A | B | C | D |
|---|---|---|---|---|
| | f. Pressure for management to meet the expectations of **legislative or oversight bodies** or to achieve political outcomes, or both | | | |
| | 3. Management or the board of directors' personal financial situation is threatened by the entity's financial performance arising from: | No significant related parties were noted in regards to management and the board of directors. Their financial situation is not directly related to entity performance. | | |
| | a. Significant **financial interests** in the entity | | | |
| | b. Significant portions of **compensation** (e.g., bonuses, stock options, or earn-out arrangements) are **contingent** upon achieving aggressive targets for stock price, operating results, financial position, or cash flow | | | |
| | c. **Personal guarantees** of debts of the entity | | | |
| | d. Adverse consequences if *good* results are reported, motivating management to, e.g., inappropriately **reduce income taxes**, defraud a **divorced spouse** or **business partner**, or convince an **arbitrator** that the entity cannot generate adequate cash flow. | | | |
| | e. There is excessive pressure to meet financial targets set up by those charged with governance or management, including sales or profitability incentive goals. | | | |
| | **Opportunities** | | | |
| | 4. The nature of the industry or the entity's operations provides opportunities to engage in fraudulent financial reporting that can arise from: | The proper controls are in place to mitigate the risk of the potential for fraudulent transactions within the entity. | | |
| | a. Significant **related-party transactions** not in the ordinary course of business or with related entities not audited or audited by another firm | | | |
| | b. A strong financial presence or **ability to dominate a certain industry** sector that allows the entity to dictate terms or conditions to suppliers or customers that may result in inappropriate or non-arm's-length transactions | | | |
| | c. Assets, liabilities, revenues, or expenses based on **significant estimates** that involve subjective judgments or uncertainties that are difficult to corroborate | | | |
| | d. Significant, **unusual, or highly complex transactions**, especially those close to period end that pose difficult "substance over form" questions | | | |
| | e. Significant **operations located or conducted across jurisdictional borders** where differing business environments and regulations exist | | | |
| | f. Use of **business intermediaries** for which there appears to be no clear business justification | | | |
| | g. Significant **bank accounts** or subsidiary **or branch operations in tax-haven jurisdictions** for which there appears to be no clear business justification | | | |

Fraud Risks

CLA-000560

| | A | B | C | D |
|---|---|---|---|---|
| | | | | |
| 34 | **5.** Ineffective monitoring of management as a result of the following: | Governance oversees management and management is not dominated by a single person. | | |
| 35 | **a. Domination of management** by a single person or small group (in a nonowner-managed business) without compensating controls | | | |
| 36 | **b. Ineffective governance** or audit committee oversight over the financial reporting process and internal control | | | |
| 37 | **6.** Complex or unstable organizational structure, as evidenced by the following: | Organizational structure has changed with the purchase of the entity in March/April 2014. | | |
| 38 | **a.** Difficulty in determining the organization or individuals that have **controlling interests** in the entity | | | |
| 39 | **b.** Overly **complex organizational structure** involving unusual legal entities or managerial lines of authority | | | |
| 40 | **c. High turnover** of senior management, legal counsel, or those charged with governance | | | |
| 41 | **7.** Internal control components are deficient as a result of the following: | None of the listed deficiencies were noted. | | |
| 42 | **a. Inadequate monitoring of controls**, including automated controls and controls over interim financial reporting (when external reporting is required) | | | |
| 43 | **b. High turnover** rates **or** employment of **ineffective** accounting, internal audit, or information technology **staff** | | | |
| 44 | **c. Ineffective accounting and information systems**, including situations involving significant deficiencies or material weaknesses in internal control | | | |
| 45 | **d. Weak controls over budget preparation** and development **and compliance with law or regulation** | | | |
| 46 | **Attitudes/Rationalizations** | | | |
| 47 | **8.** Ineffective communication, implementation, support, or enforcement of the entity's **values or ethical standards** by management or the communication of inappropriate values or ethical standards | Management has good oversight of controls, reasonable policies in place, budgeting is realistic, all errors are typically corrected by management. None of the other listed items are known to be an issue. | | |
| 48 | **9.** Nonfinancial management's excessive participation in or preoccupation with the **selection of accounting policies** or the **determination of significant estimates** | | | |
| 49 | **10.** Known history of **violations of** securities laws or other **laws and regulations**, or claims against the entity, its senior management, or those charged with governance alleging fraud or violations of laws and regulations | | | |
| 50 | **11.** Excessive interest by management in maintaining or increasing the entity's **stock price or earnings trend** | | | |
| 51 | **12.** A practice by management of committing to analysts, creditors, and other third parties to achieve aggressive or **unrealistic forecasts** | | | |

Fraud Risks

CLA-000561

| | A | B | C | D |
|---|---|---|---|---|
| | 13. Management **failing to correct** known **significant deficiencies or material weaknesses** in internal control on a timely basis | | | |
| | 14. An interest by management in employing inappropriate means to **minimize reported earnings** for tax-motivated reasons | | | |
| | 15. **Low morale** among senior management | | | |
| | 16. The owner-manager makes **no distinction between personal and business** transactions | | | |
| | 17. **Dispute between shareholders** in a closely held entity | | | |
| | 18. Recurring attempts by management to justify **marginal or inappropriate accounting on the basis of materiality** | | | |
| | 19. A strained relationship between management and the current or predecessor auditor, as exhibited by the following: | There is no issues between management and the auditors. | | |
| | a. Frequent **disputes with the** current or predecessor **auditor** on accounting, auditing, or reporting matters | | | |
| | b. **Unreasonable demands on the auditor**, such as unrealistic time constraints regarding the completion of the audit or the issuance of the auditor's report | | | |
| | c. **Restrictions on the auditor** that inappropriately limit access to people or information or the ability to communicate effectively with those charged with governance | | | |
| | d. Domineering **management behavior** in dealing with the auditor, especially involving attempts to influence the scope of the auditor's work or the selection or continuance of personnel assigned to or consulted on the audit engagement | | | |
| | **SECTION II: CONSIDERATION OF FRAUD RISK FACTORS RELATING TO MISAPPROPRIATION OF ASSETS** | | | |
| | **Fraud Risk Factor** | **If Present, How Does This Factor Affect the Entity?** (Transfer the risk to 0450.00 Risk Assessment Analysis.) | | |
| | **Incentives/Pressures** | | | |
| | 1. Personal financial obligations of management or employees with access to cash or other assets which are susceptible to theft | Good controls in place to prevent theft of cash. | | |
| | 2. Adverse relationships between the entity and employees with access to cash or other assets susceptible to theft. For example, adverse relationships may be created by the following: | None of the listed issues appear to be a problem currently or going forward. | | |
| | a. Known or anticipated **future employee layoffs** | | | |
| | b. Recent or anticipated **changes to employee compensation or benefit plans** | | | |
| | c. **Promotions, compensation, or other rewards** inconsistent with expectations | | | |
| | **Opportunities** | | | |

Fraud Risks

CLA-000562

| | A | B | C | D |
|---|---|---|---|---|
| | **3.** Characteristics or circumstances may increase the susceptibility of assets to misappropriation, e.g.,: | The auditors are not aware of any employee's personal issues that would result in misappropriation of the listed items. | | |
| | **a.** Large amounts of **cash on hand or processed** | | | |
| | **b.** Company-issued **credit cards** | | | |
| | **c. Inventory items** that are small in size, of high value, or in high demand | | | |
| | **d. Easily convertible assets**, such as bearer bonds, diamonds, or computer chips | | | |
| | **e. Fixed assets** that are small in size, marketable, or lacking observable identification of ownership | | | |
| | **4.** Inadequate internal control over assets, for example: | All controls in place are adequate per walkthroughs performed. | | |
| | **a. Inadequate segregation of duties** or independent checks | | | |
| | **b. Inadequate oversight of senior management expenditures,** such as travel and other reimbursements | | | |
| | **c. Inadequate management oversight of employees** responsible for assets (for example, inadequate supervision or monitoring of remote locations) | | | |
| | **d. Inadequate job applicant screening** of employees with access to assets | | | |
| | **e.** Inadequate **recordkeeping** with respect to assets | | | |
| | **f.** Inadequate system of **authorization and approval of transactions** (for example, in purchasing) | | | |
| | **g.** Inadequate **physical safeguards** over cash, investments, inventory, or fixed assets | | | |
| | **h. Lack of** complete and timely **reconciliations of assets** | | | |
| | **i.** Lack of timely and appropriate **documentation of transactions** (e.g., credits for merchandise returns) | | | |
| | **j.** Lack of **mandatory vacations** for employees performing key control functions | | | |
| | **k.** Inadequate management **understanding of information technology,** which enables information technology employees to perpetrate a misappropriation | | | |
| | **l.** Inadequate **access controls over automated records,** including controls over and review of computer systems event logs | | | |
| | **Attitudes/Rationalizations** | | | |
| | **5.** Disregard for the **need for monitoring or reducing risks** related to misappropriations of assets | None of the listed control issues were noted. | | |
| | **6.** Disregard for internal control over misappropriation of assets by **overriding existing controls** or by **failing to correct known internal control deficiencies** | | | |
| | **7.** Behavior indicating displeasure or dissatisfaction with the entity or its **treatment of the employee** | | | |

Fraud Risks

CLA-000563

| | A | B | C | D |
|---|---|---|---|---|
| 95 | 8. **Changes in behavior** or **lifestyle** that may indicate assets have been misappropriated | | | |
| 96 | 9. The **belief** by some government or other officials that their **level of authority justifies** a certain level of compensation and personal **privileges** | | | |
| 97 | 10. **Tolerance** of petty theft | | | |
| 98 | | | | |
| 99 | University Village    -    Understanding Fraud Risks    -    December 31, 2014 | | | |

Fraud Risks

CLA-000564