


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/07/2023 01:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:16-bk-08167-CED** **Chapter 11** **01/08/2020**

**ADVERSARY: 8:20-ap-00007-CPM** **Pltf Atty:** David S Jennis

**Dft Atty:** Edmund S Whitson

**DEBTOR:** Westport Holdings Tampa, Limited Partnership

**HEARING:**

JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPOR v. VALLEY NATIONAL BANK, principal subsidiary to VALL

1. Pretrial Conference
2. Continued Hearing on Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344
... - Opposition to Plaintiff's Motions to Exclude Opinions of Louis E.Robichaux and Stanley A. Murphy Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2 # [3] Exhibit 3) (Related document(s) [343], [344]). (Whitson, Edmund). Doc #403
... - Supplemental Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Stanley A. Murphy (Doc.344) Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[344]). (Whitson, Edmund) Doc #495
3. Motion to Compel Compliance with Subpoenas. and Motion for Sanctions Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #392
... - Opposition in Response to Defendant's Motion to Compel Litigation Funder Richard Ackerman's and A/Z Property Partners, LLC's Compliance with Subpoenas and Motion for Sanctions Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[392]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H # [9] Exhibit I # [10] Exhibit J # [11] Exhibit K) (Appleby, Keith) Doc #399
4. Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402
... - Response in Opposition to Defendant's Motion to Exclude Testimony and Expert Reports of Oscher Consulting, PLLC Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[402]). (Appleby, Keith) Doc #490
5. Motion to Extend Time until December 1, 2023 to comply with certain deadlines Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund). Doc #461
6. Motion to Extend Time To Fully Comply With Rule 26(a)(3) Disclosures Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and

WESTPORT HOLDINGS II, LIMITED PARTNERSHIP. (Appleby, Keith) Doc #462
... - Response to Plaintiff's Motion to Extend Time to Comply with Rule 26(A)(3) Disclosures Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[462]). (Whitson, Edmund) Doc #466
7. Emergency Motion to Extend Time Regarding Daubert Deadline as to Plaintiff's Expert Witnesses Meredith Benedict and Keith Seeloff Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) . Doc #469
8. Motion for Remote Zoom Trial Testimony Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #485
... - Opposition and Response to Defendant's Motion for Remote Zoom Trial Testimony Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[485]). (Appleby, Keith) Doc #534
9. Emergency Motion to Continue Trial Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #507
... - Opposition to Defendant's Emergency Motion to Continue Trial Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[507]). (Appleby, Keith) Doc #530
----------
NOTE:
----------
- Omnibus Objection to Plaintiff's Requests for Judicial Notice Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[498], [471], [481], [479], [467], [478], [480], [476], [472], [475], [473], [497], [477], [468]). (Whitson, Edmund) Doc #509
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Kim Israel AAPPEARANCES: in person: Jeffrey Warren, Keith Appleby, Edmund Whitson, Ellsworth Summers

**RULING:**
1. Pretrial Conference

...Status Conference announced in open court set for 2/26/2024 at 10:30 a.m., no further notice will be given. Final Pretrial Conference announced in open court for 4/15/2024 at 11:00 a.m. - no further notice will be given...

2. Continued Hearing on Motion for Disqualification and Exclusion of Opinions of Stanley A. Murphy Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[307]). (Appleby, Keith) Doc #344

....Continued in open court to 4/29/2024 at 9:30 a.m. - no further notice will be given...

... - Opposition to Plaintiff's Motions to Exclude Opinions of Louis E.Robichaux and Stanley A. Murphy Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2 # [3] Exhibit 3) (Related document(s) [343], [344]). (Whitson, Edmund). Doc #403

... - Supplemental Brief in Opposition to Plaintiff's Motion to Exclude Expert Opinions of Stanley A. Murphy (Doc.344) Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[344]). (Whitson, Edmund) Doc #495

3. Motion to Compel Compliance with Subpoenas. and Motion for Sanctions Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit

corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #392

...withdrawn in open court...

... - Opposition in Response to Defendant's Motion to Compel Litigation Funder Richard Ackerman's and A/Z Property Partners, LLC's Compliance with Subpoenas and Motion for Sanctions Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[392]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H # [9] Exhibit I # [10] Exhibit J # [11] Exhibit K) (Appleby, Keith) Doc #399

...withdrawn in open court...

4. Motion for Disqualification of Expert to Exclude Testimony and Expert Reports Filed by Adina L Pollan on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Pollan, Adina) Doc #402

....Continued in open court to 4/29/2024 at 9:30 a.m. - no further notice will be given...

... - Response in Opposition to Defendant's Motion to Exclude Testimony and Expert Reports of Oscher Consulting, PLLC Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[402]). (Appleby, Keith) Doc #490

5. Motion to Extend Time until December 1, 2023 to comply with certain deadlines Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund). Doc #461

...withdrawn in open court...

6. Motion to Extend Time To Fully Comply With Rule 26(a)(3) Disclosures Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP. (Appleby, Keith) Doc #462

...Continued in open court to 2/26/2024 at 10:30 a.m. - no further notice will be given...

... - Response to Plaintiff's Motion to Extend Time to Comply with Rule 26(A)(3) Disclosures Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[462]). (Whitson, Edmund) Doc #466

7. Emergency Motion to Extend Time Regarding Daubert Deadline as to Plaintiff's Expert Witnesses Meredith Benedict and Keith Seeloff Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) . Doc #469

...withdrawn in open court...

8. Motion for Remote Zoom Trial Testimony Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #485

...Continued in open court to 2/26/2024 at 10:30 a.m. - no further notice will be given...

... - Opposition and Response to Defendant's Motion for Remote Zoom Trial Testimony Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[485]). (Appleby, Keith) Doc #534

9. Emergency Motion to Continue Trial Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK,

principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK. (Whitson, Edmund) Doc #507

...Granted; Court rescheduled trial [5 1/2 days] beginning 4/29/2024 at 9:30 a.m. [all day], 4/30/2024 at 9:30 a.m. [all day], 5/1/2024 9:30 a.m. - 12:00 p.m. [1/2 day], 5/2/2024 at 9:30 a.m. [all day], 5/3/2024 at 9:30 a.m. [all day], 5/13/2024 at 9:30 a.m. [all day] (Witness & Exhibit List deadline 1/16/2024, NO OTHER DEADLINES EXTENDED) - Order by Chambers...

... - Opposition to Defendant's Emergency Motion to Continue Trial Filed by Keith T Appleby on behalf of Plaintiff JEFFREY W. WARREN, LIQUIDATING TRUSTEE FOR WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP and WESTPORT HOLDINGS II, LIMITED PARTNERSHIP (related document(s)[507]). (Appleby, Keith) Doc #530

----------
NOTE:
----------

- Omnibus Objection to Plaintiff's Requests for Judicial Notice Filed by Edmund S Whitson III on behalf of Defendant VALLEY NATIONAL BANK, principal subsidiary to VALLEY NATIONAL BANKCORP, a New Jersey domestic profit corporation, as successor by merger to USAMERIBANK (related document(s)[498], [471], [481], [479], [467], [478], [480], [476], [472], [475], [473], [497], [477], [468]). (Whitson, Edmund) Doc #509

...to be set 4/15/2024 at 11:00 a.m....
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.