ORDERED.

**Dated: December 11, 2023**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No.: 8:16-bk-08167-CPM

Westport Holdings, Tampa, Limited Partnership, Chapter 7

Debtor.
___________________________________/

Jeffrey W. Warren, Liquidating Trustee,

Plaintiff,

v. Adv. No.: 8:20-ap-00007-CPM

Valley National Bank,

Defendant.
___________________________________/

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

THIS PROCEEDING came on for hearing on November 28, 2023, for consideration of the Defendant's Motion for Summary Judgment (the "Motion") (Doc. No. 421 and supplement at Doc. No. 491) and the Plaintiff's Response thereto (Doc. No. 488, as amended at Doc. No. 489). For the reasons stated orally in open court that shall constitute the decision of the Court, it is

**ORDERED:**

1. The Motion is denied with respect to the issues involving lack of standing (distribution plan), litigation funder involvement, advice of counsel, and expert opinions. Summary judgment is entered in favor of the Plaintiff as to the first two issues. *See* Rule 56(f), Fed. R. Civ. P., made applicable here by Rule 7056, Fed. R. Bankr. P.

2. The Court defers ruling on the issues of *in pari delicto* and aiding and abetting

3. The Plaintiff shall have through and including December 1, 2023, to supplement its response to the Motion on the issue of aiding and abetting, and the Defendants shall have through December 5, 2023, to file a reply thereto.

4. The parties shall bring case law on the issue of *in pari delicto* to the continued hearing scheduled for December 7, 2023.

Service by CM/ECF only.